UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| Hidden Empire Holdings, LLC; a Delaware limited lability company; Hyper Engine, LLC; a California limited liability company; Deon Taylor, an individual<br><br>Plaintiffs,<br><br>v.<br><br>Darrick Angelone, an individual; AOne Creative LLC, formerly known as AOne Entertainment LLC, a Florida limited liability company; On Chain Innovations, LLC, a Florida limited liability company<br><br>Defendants. | CASE NO. CV 22-6515-MWF (AGRx)<br><br>**PRELIMINARY INJUNCTION AGAINST DEFENDANTS DARRICK ANGELONE, AONE CREATIVE LLC, AND CHAIN INNOVATIONS, LLC** |

Plaintiffs' Application for a Preliminary Injunction (the "Application") was heard by the Honorable Michael W. Fitzgerald on September 29, 2022, at 9:30 a.m. The Court, having fully considered the papers filed in connection with the Application and the Court's Order to Show Cause, and having heard the arguments of counsel at the hearing, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, now rules as follows:

1

THE COURT FINDS THAT (1) Plaintiffs have made a clear showing that they are likely to succeed on the merits at trial in this action on several of their claims; (2) Plaintiffs have shown that they are suffering, and will continue to suffer, immediate and irreparable harm if the requested relief is not granted; (3) the balance of the hardships weighs in favor of Plaintiffs; and (4) the issuance of the present Application is in the public interest.

IT IS HEREBY ORDERED THAT Defendants Darrick Angelone, AOne Creative, LLC, and On Chain Innovations, LLC, as well as their officers, agents, servants and employees, and all persons or entities acting in concert or participation with them who receive actual notice of this Preliminary Injunction by personal service or otherwise, are **ENJOINED** as follows:

1. **TO REFRAIN** from accessing, using, or transferring (other than to Plaintiffs) the domains and social media, email, and website accounts listed herein.

2. **TO PROVIDE** to Plaintiffs login credentials (e.g., usernames and passwords) and administrator rights credentials (e.g., usernames and passwords) associated with the domains and social media, email, and website accounts listed herein.

   a. <u>DOMAINS</u>

      i. hiddenempirefilmgroup.com

      ii. hiddenempire.com

      iii. hiddenempirefilms.com

      iv. hiddenempiremediagroup.com

      v. hiddenempiremedia.com

      vi. hiddenempirereleasing.com

      vii. hiddenempireproductions.com

viii. hiddenempire.productions

ix. hiddenempire.media

x. hiddenempiremedia.group

xi. hiddenempire.studio

xii. hiddenempire.org

xiii. hiddenempireentertainment.com

xiv. foreveryoungfabrics.com

xv. hiddenempirestudios.com

xvi. hefg.com

xvii. hiddenempire.productions

xviii. fatale.movie

xix. theintruder.movie

xx. traffik.movie

xxi. traffikmovie.com

xxii. meettheblacksmovie.com

xxiii. meettheblacksthemovie.com

xxiv. thehousenextdoor.movie

xxv. supremacyfilm.com

xxvi. supremacymovie.com

xxvii. fear.movie

xxviii. fearthemovie.com

xxix. freeagantsmovie.com

    xxx. freeagents.movie

    xxxi. hoop2film.com

    xxxii. hooptofilm.com

    xxxiii. factsnotpolitics.com

    xxxiv. factsnotpolitics.org

    xxxv. climborganization.org

    xxxvi. climb.org

    xxxvii. climb.network

    xxxviii. Blackchairshow.com

    xxxix. Blackhistoryintwominutes.com

    xl. 2getherwesavelives.com

    xli. togetherwewillsavelives.com

    xlii. togetherwewillsavelives.com

    xliii. togetherwewillsavelives.org

    xliv. 2getherwewillsavelives.com

    xlv. Be.woke.vote

    xlvi. hyperenginellc.com

    xlvii. hyperengine.ai

b. <u>SOCIAL MEDIA ACCOUNTS (Facebook, Instragram, Twitter, YouTube and Linkedin)</u>

    i. hiddenempirefilmgroup

    ii. hiddenempirefg

    iii. blackhistoryintwominutes

      iv.  be.Woke.Vote

      v.  climb.organization

      vi.  fear.movie

      vii.  fatalemovie

      viii.  meet_the_blacks

      ix.  theintrudermovie

      x.  traffikmovie

      xi.  supremacy.movie

      xii.  the.hustle.movie

      xiii.  akuma.movie

      xiv.  deontaylor

      xv.  dtfilmtohoop

      xvi.  roxanneavent

c.  <u>EMAIL/WORKSPACE ACCOUNTS</u>

    i.  The email/workspace accounts associated with hiddenempirefilmgroup.com hosted by Google, Namecheap, GoDaddy and/or any other website hosting entity or individual.

d.  <u>WEBSITE ACCOUNTS</u>

    i.  www.hiddenempirefilmgroup.com

    ii.  www.hiddenempire.com

    iii.  www.hyperengine.ai

3.    **TO TRANSFER** to Plaintiffs**,** on or before October 6, 2022, at 5:00 p.m. PDT, access, control, ownership, and/or registration of all

domains, social media, emails, and website accounts listed herein that include the name "Hidden Empire."

    a.  Accounts and/or domains bearing the Hidden Empire name shall reflect ownership and/or registration in Plaintiff Hidden Empire's name.

    b.  Defendants shall return to Plaintiffs all data and information that Defendants obtained from Plaintiffs' computer and/or email accounts, and any copies Defendants may have made from them, and in any and all forms, including copies of any and all parts, and thereafter permanently delete and destroy all copies remaining on any computer systems, discs, hard drives, etc.

4.  **TO REFRAIN** from publicly utilizing, promoting, advertising, marketing, or selling a video game or NFTs based on or associated with the movie titled "Fear" produced by Plaintiffs.

IT IS FURTHER ORDERED THAT, on or before October 13, 2022, Defendant Darrick Angelone shall file with the Court and serve upon Plaintiff's counsel a declaration setting forth the manner in which Defendant has complied with the Preliminary Injunction.

Dated:  September 30, 2022

                                            MICHAEL W. FITZGERALD
                                            United States District Judge