# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-22-06515-MWF (AGRx) | Date | March 17, 2023 |
|---|---|---|---|
| Title | Hidden Empire Holdings, LLC., et al v. Darrick Angelone, et al. | | |

Present: The Honorable

| K. Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** **(IN CHAMBERS) ORDER RE: (1) FURTHER PROCEEDINGS ON PLAINTIFFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER (Dkt. No. 61); AND (2) STAYING THIRD PARTY SUBPOENAS LISTED ON EXHIBIT 1 TO TAYLOR DECLARATION PENDING OUTCOME OF EX PARTE APPLICATION**

Plaintiffs Hidden Empire Holdings, LLC and Hyper Engine, LLC filed an ex parte application for protective order in connection with 49 third party subpoenas served by Defendants and listed on Exhibit 1 to the Taylor Declaration. (Dkt. No. 61.) Defendants filed an opposition that, among other things, requested a briefing schedule on the ex parte application. (Dkt. No. 62.) Plaintiffs note, however, that the date set for compliance with the third party subpoenas is April 3, 2023.

Accordingly, IT IS ORDERED that:

1. Compliance with the 49 subpoenas listed on Exhibit 1 to the Taylor Declaration is STAYED pending the outcome of Plaintiff's ex parte application for protective order.

2. Defendants shall give notice of the stay to the recipients of the 49 third party subpoenas by no later than March 24, 2023.

3. Defendants shall file an opposition to the ex parte application for protective order by March 27, 2023.

4. Plaintiffs may file an optional reply by April 3, 2023.

5. The hearing on the ex parte application is set via Zoom for 11:00 a.m. on April 10, 2023.

cc: District Judge Michael W. Fitzgerald

Initials of Preparer    kl