1  Clifford P. Jung, Esq. (State Bar No. 181117)
   JUNG & YUEN LLP
2  Attorneys at Law
   2667 East Colorado Boulevard, 2nd Floor
3  Pasadena, CA 91107
   Tel.: (213) 689-8880
4  Fax: (213) 689-8887
   curtis@jyllp.com
5
6  Attorneys for
   Evonne Zummo
7
8                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA

10  HIDDEN EMPIRE HOLDINGS, LLC, a         Case No. 2:22-CV-06515-MWF-AGR
    Delaware limited liability company; HYPER
11  ENGINE, LLC, a California limited liability   **JOINT AGENDA REGARDING**
    company; DEON TAYLOR, an individual,        **INFORMAL DISCOVERY**
12                                               **CONFERENCE**
                   Plaintiffs,
13                                               Date: April 5, 2023
           v.                                    Time: 11:00 am by Zoom
14                                               Courtroom: 550
    DARRICK ANGELONE, an individual;            Judge:   Honorable Alicia Rosenberg
15  AONE CREATIVE, LLC, formerly known as
    AONE ENTERTAINMENT LLC, a Florida
16  limited liability company; AND DOES 1-100,

17                 Defendants.
    _____
18
    AND RELATED CROSS-ACTIONS
19
20
21
22
23
24
25
26
27
28

**-1-**
**JOINT AGENDA REGARDING INFORMAL DISCOVERY CONFERENCE**

1  **TO HONORABLE COURT AND THEIRATTORNEY OF RECORD:**

2        PlaintiffsHIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC, and DEON
3  TAYLOR, (collectively, "Plaintiffs"), Defendants DARRICK ANGELONE, AONE CREATIVE,
4  LLC, and ON CHAIN INNOVATIONS, LLC (collectively, "Defendants"), and Non Party Evonne
5  Zummo ("Zummo") hereby submit the following Joint Report for the videoInformal Discovery
6  Conference ("IDC") set for April 5, 2023 at 11:00 a.m. by Zoom.

7        Zummo, the mother of Defendant Darrick Angelone, has requested this IDC concerning
8  the subpoena served by Plaintiffs on third party Charter Communications, Inc. ("Charter"). The
9  subject subpoena includes only the following request for documents (the "Request"):

10     1. All subscriber information (including but not limited to name, address, phone,
11        email, billing information, account recovery information, account creation
12        date), and all time and connection logs covering the period July 1, 2022 through
13        the present, for the subscriber identified by the following IP addresses and
14        timestamps:

15          2603:8000:df00:988f:90b8:f0ce:ab97:3f8d, 2022-10-10T19:32:32-07:00
16          2603:8000:df00:988f:7c01:605e:9ece:4330, 2022-10-05 15:49:30 UTC
17          2603:8000:df00:988f:d062:7bdb:3f5e:3df4, 2022-08-31 20:28:02 UTC
18          2603:8000:df00:988f:f1b3:2443:fcf6:875e, 2022-08-09 21:00:27 UTC
19          2603:8000:df00:988f:a42b:ccc6:2841:cc4, 2022-06-10 14:41:55 UTC

20        On March 14, 2023, the Court issued an Order Re Production of Records by Third Party
21  Charter Communications in Response to Subpoena ("Order"). (Dkt. 60). Pursuant to the Order, on
22  March 15, 2023, Charter sent a letter to Zummo stating that the Objection Deadline was March 31,
23  2023. Zummo represents that she served objections by that deadline. The issue to be addressed at
24  the IDC is the scope of documents Charter may produce responsive to the Request.

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: April 4, 2023 | JUNG & YUEN, LLP |
| 2 | | |
| 3 | | By: _/s/ Clifford P. Jung_ |
| 4 | | Clifford P. Jung, Esq. |
| 5 | | Attorneys for EVONNE ZUMMO |
| 6 | | |
| 7 | Dated: April 4, 2023 | SANDERS & ROBERTS |
| 8 | | |
| 9 | | By: _/s/ Lawrence Hinkle_ |
| 10 | | Lawrence Hinkle, Esq.<br>Stephanie Jones Najima, Esq |
| 11 | | Attorneys for HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC, and DEON TAYLOR |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Dated: April 4, 2023 | LAW OFFICES OF JT FOX |
| 16 | | |
| 17 | | By: _/s/ JT Fox_ |
| 18 | | JT Fox, Esq.<br>Justin Kian, Esq. |
| 19 | | Attorneys for DARRICK ANGELONE, AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC |

**-3-**
**JOINT AGENDA REGARDING INFORMAL DISCOVERY CONFERENCE**