UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-22-06515-MWF (AGRx) | Date | April 5, 2023 |
|---|---|---|---|
| Title | Hidden Empire Holdings, LLC., et al. v. Darrick Angelone, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | CS 04/05/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephanie Jones Nojima<br>Lawrence C Hinkle, II | Justin Kian |
| | Attorneys Present for Non Party Evonne Zummo: |
| | Clifford P. Jung |

**Proceedings:**   **VIDEO DISCOVERY CONFERENCE**

   Case is called. Counsel state their appearances. The court and counsel conferred as stated on the record regarding the Joint Agenda filed by the parties on April 4, 2023 (Dkt. No. 75).

   For the reasons stated on the record, IT IS ORDERED that counsel for the parties and third party subscriber Ms. Zummo confer within 7 days after entry of this order regarding (a) a protocol for production of certain information by third party Charter Communications to a third party vendor pursuant to subpoenas served by Plaintiffs and Defendants; (b) potential redaction of any bank account, credit card or method of payment used by Ms. Zummo to pay for services from Charter Communications; (c) a protective order to govern Charter Communications' production; and (d) a proposed order to the court on these subjects. Counsel shall submit a stipulation and proposed order to the court, if necessary, within 14 days after entry of this order.

cc: District Judge Michael W. Fitzgerald

|   |   | 0 | : | 35 |
|---|---|---|---|---|
| | Initials of Preparer | kl | | |