1  J.T. Fox, Esq. (SBN 195063)
   LAW OFFICES OF JT FOX, APC
2  556 S. Fair Oaks Ave., No. 444
3  Pasadena, California 91105
   Telephone: (888) 750-5530
4  Fax: (888) 750-5530
5  Email: jt@jtfoxlaw.com

6
   Attorney for Defendants,
7  DARRICK ANGELONE;
   AONE CREATIVE, LLC; and
8  ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company, <br><br> Defendants. | **CASE NO. 2:22-cv-06515-MWF-AGR** <br><br> **JOINT STIPULATION REGARDING ORDER GOVERNING PRODUCTION OF RECORDS BY THIRD PARTY CHARTER COMMUNICATIONS IN RESPONSE TO SUBPOENA** |

JOINT STIPULATION

TO THE HONORABLE COURT:

Plaintiffs HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; and DEON TAYLOR ("Plaintiffs/Counter-Defendants"), Third-Party Defendant ROXANNE TAYLOR ("Third-Party Defendant"), and Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC ("Defendants/Counter-Claimants") (collectively "Parties") hereby agree and stipulate as follows:

WHEREAS on March 9, 2023, Defendants served a Notice of Subpoena and accompanying subpoena, pursuant to Federal Rule of Civil Procedure 45, advising Defendants that Plaintiffs would be seeking subscriber information from third party Charter Communications ("Charter") relevant to this action.

WHEREAS on March 17, 2023, Defendants served the subject subpoena on Charter's agent for service of process, seeking production of all subscriber information and time and connection logs associated with seven (7) IP addresses allegedly used to log into Plaintiffs' email accounts that are at issue in this action.

WHEREAS the subject subpoena sought a production date of April 10, 2023.

WHEREAS on March 27, 2023, Charter sent a letter to Defendants via their deposition officer for the subject subpoena, DDS Legal Systems, which confirmed that 47 U.S.C. § 551 (Section 631 of the Communications Act of 1934) prevents it from producing responsive information to Plaintiffs absent first being provided with a court order and notice to the affected subscriber consistent with the exception provided in 47 U.S.C. § 551(c)(2)(B). Charter also informed Defendants that Charter would be required to comply with the subpoena if Charter obtained said order.

WHEREAS Defendants and Charter have agreed that the [Proposed] Order attached hereto as Exhibit A is in compliance with the requirements of Section 631 of the Communications Act of 1934 (codified at 47 U.S.C. § 551).

WHEREAS, upon receipt of said court order, Charter has agreed to give sufficient notice to the affected subscriber pursuant to Section 631 of the Communications Act of 1934 (codified at 47 U.S.C. § 551), and if no response or intention to oppose is submitted by subscriber within the time frame specified in the [Proposed] Order, Charter will produce information responsive to the subpoena in accordance with the [Proposed] Order.

WHEREAS each of the undersigned represents that he has been duly authorized to enter into this Stipulation.

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

The Parties request that the Court enter an order consistent with the [Proposed] Order attached hereto as Exhibit A.

**IT IS SO STIPULATED.**

Dated: April 13, 2023

LAW OFFICES OF J.T. FOX & ASSOCIATES, APC

By: */s/ J.T. Fox*
J.T. Fox, Esq.
Attorney for Defendants,
DARRICK ANGELONE; AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC

*/s/ Lawrence Hinkle*
Lawrence Hinkle, Esq.
Stephanie Jones Nojima, Esq.
Attorneys for Plaintiffs
HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR



1  J.T. Fox, Esq. (SBN 195063)
2  LAW OFFICES OF JT FOX, APC
3  556 S. Fair Oaks Ave., No. 444
   Pasadena, California 91105
4  Telephone: (888) 750-5530
5  Fax: (888) 750-5530
   Email: jt@jtfoxlaw.com
6
7  Attorney for Defendants,
   DARRICK ANGELONE;
8  AONE CREATIVE, LLC; and
   ON CHAIN INNOVATIONS, LLC
9

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | **CASE NO. 2:22-cv-06515-MWF-AGR**<br><br>**[PROPOSED] ORDER RE: PRODUCTION OF RECORDS BY THIRD PARTY CHARTER COMMUNICATIONS IN RESPONSE TO SUBPOENA** |

# [PROPOSED] ORDER

For good cause shown, the Joint Stipulation Regarding Order Governing the Production of Records By Third Party Charter Communications ("Charter") in Response to Subpoena is hereby granted as follows:

1) Consistent with 47 U.S.C. § 551(c)(2)(B), Charter shall provide notice to the affected subscriber that Charter has been ordered to disclose his or her name and address and connection log history and that such disclosure will be required by this Order unless such subscriber responds or objects no later than fourteen (14) days from the date that Charter notifies the subscriber.

2) Charter shall advise Defendants of the date the subscriber was notified and further whether the subscriber has responded or indicated an intention to oppose disclosure within the fourteen (14) days provided for a response.

3) If no response or intention to oppose is filed or served, Charter shall disclose the relevant name(s) and address(es) of the Subscriber(s) within ten (10) days after the end of the fourteen (14) day notice period.

4) If any of the affected subscriber(s) files a responsive pleading, opposition, intention to oppose or otherwise challenges disclosure of his or her personally identifiable information within the fourteen (14) day notice period, Charter will not be required to disclose the requested information unless and until this Court considers and disposes of any such challenge.

5) Counsel for Defendants shall agree to pay reasonable copying and searching costs to Charter for producing responsive records and/or information to Defendants.

**IT IS SO ORDERED.**

Dated: _____

                                        UNITED STATES DISTRICT JUDGE