J.T. Fox, Esq. (SBN 195063)
LAW OFFICES OF JT FOX, APC
556 S. Fair Oaks Ave., No. 444
Pasadena, California 91105
Telephone: (888) 750-5530
Fax: (888) 750-5530
Email: jt@jtfoxlaw.com

Attorney for Defendants,
DARRICK ANGELONE;
AONE CREATIVE, LLC; and
ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>　　　　　Defendants. | **CASE NO. 2:22-cv-06515-MWF-AGR**<br><br>**[PROPOSED] ORDER RE: PRODUCTION OF RECORDS BY THIRD PARTY CHARTER COMMUNICATIONS IN RESPONSE TO SUBPOENA** |

# [PROPOSED] ORDER

For good cause shown, the Joint Stipulation Regarding Order Governing the Production of Records By Third Party Charter Communications ("Charter") in Response to Subpoena is hereby granted as follows:

1) Consistent with 47 U.S.C. § 551(c)(2)(B), Charter shall provide notice to the affected subscriber that Charter has been ordered to disclose his or her name and address and connection log history and that such disclosure will be required by this Order unless such subscriber responds or objects no later than fourteen (14) days from the date that Charter notifies the subscriber.

2) Charter shall advise Defendants of the date the subscriber was notified and further whether the subscriber has responded or indicated an intention to oppose disclosure within the fourteen (14) days provided for a response.

3) If no response or intention to oppose is filed or served, Charter shall disclose the relevant name(s) and address(es) of the Subscriber(s) within ten (10) days after the end of the fourteen (14) day notice period.

4) If any of the affected subscriber(s) files a responsive pleading, opposition, intention to oppose or otherwise challenges disclosure of his or her personally identifiable information within the fourteen (14) day notice period, Charter will not be required to disclose the requested information unless and until this Court considers and disposes of any such challenge.

5) Counsel for Defendants shall agree to pay reasonable copying and searching costs to Charter for producing responsive records and/or information to Defendants.

**IT IS SO ORDERED.**

Dated: April 14, 2023

_Alicia G. Rosenberg_
UNITED STATES MAGISTRATE JUDGE