Lawrence Hinkle (SBN 180551)
lhinkle@sandersroberts.com
Stephanie Jones Nojima (SBN 178453)
sjonesnojima@sandersroberts.com
Matthew Barzman (SBN 309063)
mbarzman@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile:  (213) 234-4581

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC;
HYPER ENGINE, LLC; AND DEON
TAYLOR**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | **CASE NO.  2:22-cv-06515-MWF-AGR**<br><br>[PROPOSED] **ORDER RE: PROTOCOL FOR PRODUCTION OF DOCUMENTS BY CHARTER COMMUNICATIONS** |

**[PROPOSED] ORDER**

For good cause shown, the Joint Stipulation Regarding Protocol For Production of Documents by Charter Communications, is adopted as follows:

1. Third Party Charter Communications ("Charter") shall produce the documents responsive to the subpoena ("Charter's documents") to FTI Consulting, Inc. ("FTI") including subscriber information, time and connection logs, and all ip addresses assigned to Zummo for the period July 1, 2022 to October 31, 2022;

2. FTI shall limit its production of Charter's documents to the Plaintiffs and Defendants (collectively, the "parties") and third party Evonne Zummo ("Zummo") to the following time period: September 30, 2022 to October 11, 2022. No additional production of Charter's documents will be produced by FTI to the parties or Zummo unless there is an agreement among parties and Zummo, or pursuant to a Court Order;

3. FTI shall redact all bank account and credit card numbers except the last four numbers of each bank account number and credit card number;

4. FTI shall redact all connection log in activity, if any, except for activity related to the users' connections to Charter;

5. FTI shall produce to the parties and Zummo the redacted version of the documents produced by Charter within fourteen (14) days of its receipt of the documents from Charter;

6. FTI shall maintain custody of the documents produced by Charter until the conclusion of the dispute between the parties, at which point, FTI shall destroy the documents.

IT IS SO ORDERED.

Dated: June 2, 2023

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE