UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-22-06515-MWF (AGRx) | Date | August 29, 2023 |
|---|---|---|---|
| Title | Hidden Empire Holdings, LLC., et al. v. Darrick Angelone, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | CS 08/29/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephanie Jones Nojima | Justin Kian |
| Lawrence C. Hinkle, II | Sandra Calin |

**Proceedings:**     **ORDER RE PLAINTIFFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER (Dkt. No. 61)**

Case is called. Counsel state their appearances. Following up on the Order dated April 10, 2023 (Dkt. No. 77), the court and counsel conferred as stated on the record. Defendants advised that they have withdrawn the subpoena to Mr. Allen. The parties address the remaining 44 subpoenas that are the subject of a stay. (Order, Dkt. No. 63.)

The court modified the subpoena to third party Lamya Malhotra, which is found at Dkt. No. 61-6 at 67. Defendants must add the words "by Hyper Engine" after the word "provided" in each document request. In addition, Defendants must change the time period to begin on January 1, 2020.

If not already served, Defendants shall modify the return date for the subpoenas served pursuant to this order. If served upon the third parties, Defendants shall advise the third parties of the new return dates.

For the reasons stated on the record, IT IS ORDERED that:

1. The stay is lifted on the subpoenas to third parties Bank of the West, City National Bank, Philip Fier, and Lamya Malhotra (as revised above). Nothing in this order precludes these third parties from serving objections or filing motions under Rule 45.

2. The stay is continued on the remaining 40 subpoenas pending further order of the court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-22-06515-MWF (AGRx) | Date | August 29, 2023 |
|---|---|---|---|
| Title | Hidden Empire Holdings, LLC., et al. v. Darrick Angelone, et al. | | |

3. Counsel shall confer regarding a date and time for a continued hearing on Plaintiffs' ex parte application for protective order. Counsel shall contact the Courtroom Clerk, Karl Lozada, to request a continued hearing on a proposed date and time.

cc: District Judge Michael W. Fitzgerald

1 : 50

Initials of Preparer    kl