J.T. Fox, Esq., State Bar 195063
Law Offices of JT Fox & Associates, APC
556 S. Fair Oaks Ave., No. 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax
Email: jt@jtfoxlaw.com

JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
21860 Burbank Boulevard, Suite 370
Woodland Hills, California 91367
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com

Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>        Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed:  September 12, 2022<br><br>**DEFENDANTS' INITIAL EXPERT WITNESS DISCLOSURE, F.R.C.P. 26(a)(2)(C)** |

\\\

\\\

TO ALL PARTIES AND ATTORNEYS OF RECORD HEREIN:

Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC ("Defendants") hereby disclose the following expert witness who may be used at trial to present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence and Federal Rule of Civil Procedure 26(a)(2)(C).

George Edwards of Quandry Peak Research, 205 South Broadway, Suite 300, Los Angeles, California 90012, (323) 545-3350 (Email: George@QuandryPeak.com). Mr. George Edwards' professional resume is attached hereto as Exhibit "A".

The subject matter on which the expert witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 is as follows: (i) Whether Defendants are responsible for the loss of the Google workplace, (ii) Whether Plaintiffs' access to the Google workplace was hindered by the Defendants, (iii) Refuting Defendant Angelone's apparent attempts to deny Roxanne Taylor's access to the Google workplace, (iv) Refuting Plaintiffs' IP, (v) Refuting plaintiffs' allegation that Defendant Angelone was repeatedly resetting Taylor's email access, (vi) Refuting Darrick Angelone's alleged alias' as Jacky Jasper, (vii) Refuting Plaintiffs' allegation that Darrick failing to transfer the Hidden Empire Instagram and Twitter accounts, (viii) Refute that videos that Jacky Jasper published on

November 1, 2022 were not stolen or altered, (ix) Refute that Darrick Angelone

violated the temporary restraining order issued by this Court on September 30, 2022

and (x) Refute that Darrick Angelone converted other videos belonging to Plaintiffs.

A summary of the facts and opinions to which the expert witness is expected

to testify: (i) Ownership rights as to the subject IP and/or email accounts and/or

provides serviced provided by Defendants referenced in the lawsuit, (ii) Defendants'

legal right (per industry standards) to shut down Plaintiffs' email accounts upon

failure to pay outstanding invoices, (iii) Whether Defendants are responsible for the

loss of the Google workplace, (iv) Whether Plaintiffs' access to the Google

workplace was hindered by the Defendants, (v) Refuting Defendant Angelone's

apparent attempts to deny Roxanne Taylor's access to the Google workplace, (vi)

Refuting Plaintiffs' IP, (vii) Refuting plaintiffs' allegation that Defendant Angelone

was repeatedly resetting Taylor's email access, (viii) Refuting Darrick Angelone's

alleged alias' as Jacky Jasper, (ix) Refuting Plaintiffs' allegation that Darrick failing

to transfer the Hidden Empire Instagram and Twitter accounts, (x) Refute that videos

that Jacky Jasper published on November 1, 2022 were not stolen or altered, (xi)

Refute that Darrick Angelone violated the temporary restraining order issued by this

Court on September 30, 2022 and (xii) Refute that Darrick Angelone converted

other videos belonging to Plaintiffs.

Defendants reserve their rights to supplement this disclosure pursuant to

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

**DATED:** January 22, 2024      **LAW OFFFICES OF JT FOX & ASSOCIATES, APC**

*s/J.T. Fox*

By: _____

J.T. Fox, Esq.
Attorneys for Defendants,
DARRICK ANGELONE, AONE
CREATIVE, LLC, and ON CHAIN
INNOVATIONS, LLC

# Exhibit A

# George Edwards, PhD

Computer Scientist

323-545-3933
george@quandarypeak.com

**Quandary Peak Research**
205 S Broadway, Suite 300
Los Angeles, CA 90012

quandarypeak.com/george

## Education

**Ph.D. in Computer Science**
University of Southern California | Aug 2010

**M.S. in Computer Science**
University of Southern California | May 2006

**B.S. in Computer Science,** Minor in Mathematics
Vanderbilt University | Aug 2003

## Employment

**President & Principal Computer Scientist**
Quandary Peak Research | Los Angeles, CA | June 2012–Present

- Providing software analysis and expert witness testimony in software-related litigation, including patent and copyright infringement, theft of trade secrets, breach-of-contract, and other matters.
- Analyzing software intellectual property and patent portfolios for validity and infringement in the context of licensing and brokering negotiations, startup investments, and M&A.
- Investigating software failures to determine the root cause and help clients understand whether and how the failure could have been avoided.
- Applying advanced analytic techniques based on calibrated parametric models for valuation of software products and estimation of software development costs.
- Documenting the architecture of software systems to identify structural similarities and differences among competing products and services and deduce the origin of software designs and code.

**Lecturer of Computer Science**
Computer Science Department, University of Southern California | Jan 2012–May 2017

- Teaching a graduate-level software engineering course for M.S. and Ph.D. students and practicing software and aerospace engineers (CSCI 568).
- Previously taught an undergraduate-level course on programming fundamentals, algorithms, and data structures (CSCI 102).

**Co-Founder and CEO**
Blue Cell Software | Los Angeles, CA | Aug 2010–June 2012

- Led and managed the development of a next-generation modeling and analysis platform for complex software-intensive systems.

- Developed advanced model-based algorithms for reliability, efficiency, and risk analysis.
- Conceived and implemented the business development strategy and produced and presented investment proposals.

### Post-Doctoral Researcher
Center for Systems and Software Engineering, University of Southern California | Feb 2011–Sept 2011

- Conducted research on enterprise integration mechanisms to support net-centric operations.
- Investigated methods, processes, and tools for decomposition and refinement of SoS capability needs into detailed requirements and integration architectures for an NSA-funded research project.
- Designed key components of PATFrame, a decision support system for planning test events of networks of unmanned and autonomous vehicles.
- Applied lessons learned from large-scale corporate mergers, including the HP-Compaq merger, to software and systems integration challenges faced by the DoD and NSA.

### Graduate Fellow
Computer Science Department, University of Southern California | Aug 2004–Aug 2010

- Designed and implemented XTEAM — a model-driven software design, analysis, and code generation toolset. XTEAM allows software architects to create domain-specific software architecture models, evaluate those models with respect to quality metrics, and automatically synthesize custom code. XTEAM has been utilized by more than a dozen software engineering projects in academia and industry.
- Built key components of Prism-MW, a novel Java-based implementation platform for mobile and handheld devices that enables rapid development of event-based applications.
- Invented the adaptive layered style, an architectural style for autonomous systems, and designed the corresponding implementation support in Prism-MW.
- Developed iterative redundancy, an algorithm for reliably distributing and replicating computation on untrusted networks of faulty and malicious nodes.
- Contributed as an architect and developer to a diverse set of experimental software systems, such as computer simulations of volunteer computing networks and collaboration tools for geographically distributed teams of engineers.

### Research Associate
Intelligent Systems Technology, Inc. | Los Angeles, CA | May 2009–Jan 2010

- Designed and implemented an instructional game for US Army vehicle maintenance technicians that teaches techniques for making decisions in the presence of uncertainty.
- Developed research grant proposals for DoD and DHS funding through the Small Business Innovation Research (SBIR) program and Broad Agency Announcements (BAAs).
- Briefed managers of research funding programs at DoD and DHS on critical research challenges and opportunities in computer science and software engineering.

### Graduate Research Intern
T.J. Watson Research Center, IBM | Yorktown Heights, NY | May 2008–Aug 2008

- Developed elements of BlueStar, a scalable mobile device management and provisioning system. BlueStar allows system administrators to easily manage the configuration of thousands of mobile devices.

- Co-designed Proxima, a context-aware search service for mobile devices. Proxima provides image based search capabilities for finding people in a large database by leveraging contextual information associated with an image, such as location, time, and the unique characteristics of the user.
- Developed requirements for a mobile application for insurance adjusters and managed a team of overseas programmers.

## Software Engineer

The Boeing Company | Huntington Beach, CA | June 2005–Aug 2006

- Advised, coordinated, and assisted C4ISR software architecture modeling and analysis efforts leveraging state-of-the-art model-driven engineering technologies.
- Developed the architecture for a mobile (handheld) device for controlling unmanned autonomous air and ground robots.
- Integrated multiple independent simulations of interactions among military vehicles and networks to create test harnesses for subcontractor-supplied software components.
- Created and evaluated software architecture descriptions, guidance memoranda, requirements specifications, design models, trade studies, risk analyses, and development schedules.

## Graduate Research Assistant

Computer Science Department, Vanderbilt University | Nashville, TN | Sept 2003–May 2004

- Developed a CORBA Component Model framework that supports application access to highly optimized and scalable event-based (publish-subscribe) communication services.
- Created a specification language and supporting toolset for configuring QoS policies in component based DRE systems.
- Designed regression tests and enhanced support for key capabilities in a real-time CORBA implementation.

## Network Technician

CTC Networks | Nashville, TN | Oct 2002–Mar 2003

- Administered Windows-based small business networks and performed network and PC upgrades, troubleshooting, and repair.
- Advised business clients on software purchasing and technology infrastructure investment decisions.

## e-Business Consultant

Nebraska e-Commerce Association | Lincoln, NE | May 2001–Aug 2001

- Advised small businesses on e-commerce development and implementation strategies.

## Web Developer

Nebraska Educational Telecommunications | Lincoln, NE | May 1998–Aug 2000

- Developed front-end HTML and JavaScript and secure grade assessment software for CLASS, the first web-delivered, fully accredited high school.
- Implemented a multimedia publishing system for web-based distribution of television programs.

# Litigation Consulting

- **Electronic Devices Including Smartphones, Computers, Tablet Computers, and Components Thereof**
  Dec 2023–Present
  Jurisdiction: International Trade Commission (ITC)
  Case Number: 337-TA-1373
  Counsel: Alston & Bird LLP
  Nature of Suit: Patent

- **Security First Innovations, LLC vs Google LLC** | Dec 2023–Present
  Jurisdiction: US District Court Eastern District of Virginia Alexandria Division
  Case Number: 2-23-cv-00097-EWH-RJK
  Counsel: Sullivan & Cromwell LLP
  Nature of Suit: Patent

- **Smart Mobile Technologies, LLC v. Samsung Electronics Co. Ltd.** | Oct 2023–Present
  Jurisdiction: Western District of Texas
  Case Number: 6:21-cv-00701
  Counsel: Graves & Shaw LLP
  Nature of Suit: Patent

- **AGI Suretrack, LLC v. Farmers Edge Inc** | Sept 2023–Present
  Jurisdiction: U.S. District Court for the District of Nebraska
  Case Number: 8:22-cv-00275-JFB-SMB
  Counsel: Irell & Manella LLP
  Nature of Suit: Patent

- **Club Speed, LLC v. K1 Speed, Inc.** | July 2023–Present
  Jurisdiction: Superior Court of California
  Case Number: 30-2022-01241507-CU-BC-CJC
  Counsel: Rutan & Tucker, LLP
  Nature of Suit: Breach of Contract

- **University of Victoria v. FreshWorks Studio Inc** | July 2023–Present
  Jurisdiction: BC Supreme Court
  Case Number: S-226081
  Counsel: Smart & Biggar LLP
  Nature of Suit: Patent

- **Entangled Media, LLC v. Dropbox, Inc.** | May 2023–Present
  Jurisdiction: Western District of Texas
  Case Number: 1:22-cv-01324
  Counsel: Skiermont Derby
  Nature of Suit: Patent

- **Multimodal Media LLC v. ZTE Corporation** | Mar 2023–Oct 2023
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:21-cv-00437
  Counsel: McDermott Will & Emery
  Nature of Suit: Patent

- **<u>Cutting Edge Vision, LLC</u> v. TCL Technology Group Corporation, et al.** | Mar 2023–Aug 2023
  Jurisdiction: U.S. District Court for the Western District of Texas
  Case Number: 6:22-cv-00285
  Counsel: Law Offices of Lisa and Lesko
  Nature of Suit: Patent

- **LQK Corporation v. <u>Overall Parts Solutions</u>** | Nov 2022–Present
  Jurisdiction: Court of Chancery of the State of Delaware
  Case Number: 2022-0036
  Counsel: Jones Day
  Nature of Suit: Breach of Contract

- **<u>IPA Technologies, Inc.</u> v. Microsoft Corp.** | Oct 2022–Present
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:18-cv-00001
  Counsel: Skiermont Derby LLP
  Nature of Suit: Patent

- **Multimodal Media LLC v. <u>Guangdong OPPO Mobile Telecomm. Corp., Ltd.</u>** | Sept 2022–Sept 2023
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:21-cv-00436
  Counsel: Moore IP Law
  Nature of Suit: Patent

- **<u>Ark Innovation Technology Inc., et al.</u> v. Matidor Technologies Inc. et al.** | May 2022–Present
  Jurisdiction: Federal Court of Canada
  Case Number: 1163929
  Counsel: Gowling WLG
  Nature of Suit: Copyright

- **<u>Farmobile, LLC</u> v. Farmers Edge, Inc.** | May 2022–Sept 2023
  Jurisdiction: U.S. District Court for the District of Nebraska
  Case Number: 8:22-cv-00275
  Counsel: Irell & Manella LLP
  Nature of Suit: Patent

- **<u>Artec Europe S.a.r.l.</u> v. Schenzen Creality 3D Technology Co., Ltd., et al.** | Apr 2022– Present
  Jurisdiction: U.S. District Court for the Eastern District of New York
  Case Number: 1:22-cv-01676
  Counsel: Munck Wilson Mandala LLP
  Nature of Suit: Patent

- **Autoscan GmbH et al v. <u>5121175 Manitoba LTD d/b/a DCC Hail</u>** | Nov 2020–Sept 2021
  Jurisdiction: Federal Court of Canada
  Case Number: T-359-20
  Counsel: Gowling WLG
  Nature of Suit: Copyright

- **Intellicad Technology Consortium v. <u>Suzhou Gstarsoft Co. Ltd.</u>** | July 2020–Oct 2020
  Jurisdiction: U.S. District Court for the District of Oregon
  Case Number: 3:19-cv-01963
  Counsel: Perkins Coie LLP
  Nature of Suit: Copyright

- **<u>Denika Terry, et al.</u> v. Wasatch Advantage Group, LLC et al.** | June 2020–July 2020
  Jurisdiction: Superior Court of California, County of Los Angeles
  Case Number: 34-2014-00158417
  Counsel: Goldstein, Borgen, Dardarian & Ho
  Nature of Suit: Class Action

- **American National Manufacturing, Inc. v. <u>Sleep Number Corporation</u>** | Sept 2019–July 2020
  Jurisdiction: United States Patent and Trademark Office
  Case Number: IPR2019-00497, IPR2019-00500, IPR2019-00514
  Counsel: Fox Rothschild LLP
  Nature of Suit: Patent

- **Bookman v. <u>Resorts World Casino New York City, Genting New York LL</u>**
  **<u>and International Game Technology PLC</u>** | Sept 2019–Oct 2019
  Jurisdiction: Supreme Court of the State of New York, Queens County
  Case Number: 0713839/2017
  Counsel: Proskauer Rose LLP
  Nature of Suit: Negligence and Breach of Contract

- **<u>IPA Technologies, Inc.</u> v. Google LLC** | May 2019–Present
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 18-cv-00318
  Counsel: Skiermont Derby LLP
  Nature of Suit: Patent

- **<u>IPA Technologies, Inc.</u> v. Amazon.com, Inc. et al.** | May 2019–Apr 2022
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 18-cv-00318
  Counsel: Skiermont Derby LLP
  Nature of Suit: Patent

- **<u>Sequoia Technology LLC</u> v. Dell, Inc., Dell Technologies Inc., Hewlett Packard Enterprise Co., Hitachi Ltd,**
  **and Super Micro Computer** | Oct 2018–Jan 2023
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:18-cv-01127
  Counsel: One LLP
  Nature of Suit: Patent

- **Lithography Machines and Systems, and Components Thereof** | Sept 2018–Apr 2019
  Jurisdiction: U.S. International Trade Commission
  Case Number: 337-TA-1128, 337-TA-1129
  Counsel: Morrison & Foerster LLP (Nikon Corporation)
  Nature of Suit: Patent

- **<u>Sleep Number Corporation</u> v. Sizewise Rentals, LLC**
  **and American National Manufacturing, Inc.** | Aug 2018–Dec 2020
  Jurisdiction: U.S. District Court for the Central District of California
  Case Number: 5:18-cv-00356
  Counsel: Fox Rothschild LLP
  Nature of Suit: Patent

- **Capstone Logistics Holdings, Inc., et al. v. <u>Humano, LLC, et al.</u>** | June 2018–Jan 2019
  Jurisdiction: U.S. District Court for the Southern District of New York
  Case Number: 1:17-cv-04819
  Counsel: Ferber Law
  Nature of Suit: Copyright and Trade Secret

- **<u>Arlynn Whittaker</u> v. Glaser Weil Fink Howard Avchen & Shapiro, LLP** | Mar 2018–Oct 2018
  Jurisdiction: Superior Court of California, County of Los Angeles
  Case Number: BC657065, BC664506
  Counsel: Baker Marquart
  Nature of Suit: Professional Negligence

- **CyWee Group Ltd. v. <u>ZTE Corporation, ZTE (USA), Inc., and ZTE (TX), Inc.</u>** | Feb 2018–Jan 2019
  Jurisdiction: U.S. District Court for the Southern District of California
  Case Number: 3:17-cv-02130
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **SEVEN Networks, LLC v. <u>ZTE (USA) Inc. and ZTE Corporation</u>** | Jan 2018–Aug 2019
  Jurisdiction: U.S. District Court for the Northern District of Texas
  Case Number: 3:17-cv-01495
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **<u>Farmobile, LLC</u> v. Farmers Edge Inc.** | Nov 2017–Present
  Jurisdiction: Federal Court of Canada
  Case Number: FC 915, FC 688, FC 915, FC 1269
  Counsel: Gowling WLG
  Nature of Suit: Patent

- **<u>Space Data Corporation</u> v. Alphabet Inc., Google LLC, and Loon, LLC** | July 2017–Sept 2019
  Jurisdiction: U.S. District Court for the Northern District of California
  Case Number: 5:16-cv-03260
  Counsel: Hosie Rice LLP
  Nature of Suit: Patent and Trade Secret

- **Hitachi Maxell, Ltd. v. <u>ZTE Corp. and ZTE USA Inc.</u>** | July 2017–June 2018
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 16-cv-00179
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **Semcon IP Inc. v. <u>ZTE Corporation, et al.</u>** | May 2017–Mar 2018
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 16-cv-00437
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **<u>Vesta Corporation</u> v. Amdocs Management Limited and Amdocs, Inc.** | Mar 2017–Nov 2018
  Jurisdiction: U.S. District Court for the District of Oregon
  Case Number: 3:14-cv-01142
  Counsel: Perkins Coie LLP
  Nature of Suit: Trade Secret

- **eBay, Inc. v. <u>Masterobjects, Inc.</u>** | Mar 2017–July 2018
  Jurisdiction: United States Patent and Trademark Office
  Case Number: IPR2017-00740
  Counsel: Carr & Ferrell LLP
  Nature of Suit: Patent

- **<u>Implicit, LLC</u> v. Trend Micro, Inc.** | Jan 2017–Oct 2017
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 6:16-cv-00080, 6:17-cv-00183
  Counsel: DiNovo Price Ellwanger LLP
  Nature of Suit: Patent

- **<u>Implicit, LLC</u> v. Ericsson, Inc.** | Jan 2017–Mar 2017
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 6:16-cv-00075, 6:17-cv-00181
  Counsel: DiNovo Price Ellwanger LLP
  Nature of Suit: Patent

- **<u>Sound View Innovations, LLC</u> v. Facebook, Inc.** | Aug 2016–Jan 2018
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:16-cv-00116
  Counsel: Desmarais LLP
  Nature of Suit: Patent

- **Farmers Edge, Inc., et al. v. <u>Farmobile LLC, et al.</u>** | July 2016–May 2018
  Jurisdiction: U.S. District Court for the District of Nebraska
  Case Number: 8:17-cv-00225
  Counsel: Husch Blackwell LLP
  Nature of Suit: Trade Secret and Breach of Contract

- **Certain Air Mattress Systems, Components Thereof, and Methods of Using the Same** | Apr 2016–May 2016
  Jurisdiction: U.S. International Trade Commission
  Case Number: 337-TA-971
  Counsel: Pillsbury Winthrop Shaw Pittman LLP (Sleep Number Corporation)
  Nature of Suit: Patent

- **<u>Synca Direct Inc.</u> v. Scil Animal Care Company and Vet Novations, Inc.** | Mar 2016–Dec 2016
  Jurisdiction: U.S. District Court for the Northern District of New York
  Case Number: 8:15-cv-00794
  Counsel: White and Williams LLP
  Nature of Suit: Breach of Contract

- **<u>TiVo, Inc.</u> v. Samsung Electronics Co., Ltd., et al.** | Mar 2016– Nov 2016
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:15-cv-01503
  Counsel: Irell & Manella LLP
  Nature of Suit: Patent

- **<u>Backflip Software, Inc.</u> v. Cisco Systems, Inc.** | Feb 2016–Oct 2016
  Jurisdiction: Superior Court of California, County of Santa Clara
  Case Number: 2013-1-cv-242234
  Counsel: Hosie Rice LLP
  Nature of Suit: Breach of Contract

- **Cellular Communications Equipment, LLC v. <u>HTC Corporation and ZTE Corp.</u>** | Dec 2015–Aug 2018
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:15-cv-00576
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **Ericsson Inc., et al. v. <u>TCL Communication Technology Holdings, Ltd., et al.</u>** | Sept 2015–Dec 2015
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:15-cv-00011
  Counsel: Sheppard Mullin Richter & Hampton LLP
  Nature of Suit: Patent

- **<u>Chipp'd Ltd.</u> v. Crush & Lovely LLC** | July 2015–Sept 2015
  Jurisdiction: American Arbitration Association
  Counsel: White and Williams LLP
  Nature of Suit: Breach of Contract

- **<u>Bryndon Fisher</u> v. The United States of America** | Aug 2015–Present
  Jurisdiction: United States Court of Federal Claims
  Case Number: 13-608C
  Counsel: Schubert Jonckheer & Kolbe LLP
  Nature of Suit: Class Action

- **<u>Seymore Levine</u> v. The Boeing Company** | July 2015–Jan 2016
  Jurisdiction: U.S. District Court for the Central District of California
  Case Number: 2:14-cv-06859
  Counsel: Quinn Emanuel Urquhart & Sullivan LLP
  Nature of Suit: Patent

- **<u>Global Cash Access, Inc.</u> v. NRT Technology Corp. et al.** | July 2015–Mar 2016
  Jurisdiction: U.S. District Court for the District of Nevada
  Case Number: 2:15-cv-00822
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **<u>Anthony Johnson</u> v. Storix, Inc.** | June 2015–Dec 2015
  Jurisdiction: U.S. District Court for the Southern District of California
  Case Number: 3:14-cv-01873
  Counsel: Eastman & McCartney LLP
  Nature of Suit: Copyright

- **<u>Custom Media Technologies LLC</u> v. AT&T Services, Inc., et al.** | Apr 2015–June 2015
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:13-cv-01419
  Counsel: Freitas Angell & Weinberg LLP
  Nature of Suit: Patent

- **<u>Huricks et al.</u> v. Shopkick, Inc.** | Apr 2015–Aug 2015
  Jurisdiction: U.S. District Court for the Northern District of California
  Case Number: 4:14-cv-02464
  Counsel: Newman DuWors, LLP
  Nature of Suit: Telephone Consumer Protection Act (TCPA)

- **Fox Television Stations, Inc. v. <u>FilmOn X, LLC, et al.</u>** | Mar 2015–July 2015
  Jurisdiction: U.S. District Court for the District of Columbia
  Case Number: 1:13-cv-00758
  Counsel: Baker Marquart LLP
  Nature of Suit: Copyright

- **e-Watch, Inc. et al. v. <u>ZTE Solutions, Inc., ZTE (USA) Inc. and ZTE Corp.</u>** | Mar 2015–Jan 2017
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:13-cv-01071
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **Novatel Wireless, Inc., et al. v. <u>ZTE Corp. and ZTE (USA) Inc.</u>** | Jan 2015–July 2015
  Jurisdiction: U.S. District Court for the Southern District of California
  Case Number: 3:12-cv-02576
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **<u>Essociate, Inc.</u> v. Clickbooth.com, LLC** | Oct 2014–Feb 2015
  Jurisdiction: U.S. District Court for the Central District of California
  Case Number: 8:13-cv-01886
  Counsel: Newman DuWors, LLP
  Nature of Suit: Patent

- **Adaptix, Inc. v. <u>ZTE Corporation, ZTE Solutions, Inc., and ZTE (USA) Inc.</u>** | Sept 2014–July 2016
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 6:13-cv-00438
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **VStream Technologies, LLC v. <u>ZTE Corporation and ZTE (USA) Inc., et al.</u>** | Sept 2014–July 2015
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 6:14-cv-00296
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **State of California v. <u>Burlena King</u>** | Aug 2014–Sept 2014
  Jurisdiction: Superior Court of California, County of Los Angeles
  Counsel: Law Offices of the Los Angeles County Public Defender
  Nature of Suit: Criminal

- **<u>Hill-Rom Company, Inc.</u>, et al. v. General Electric Company** | July 2014–Sept 2014
  Jurisdiction: U.S. District Court for the Eastern District of Virginia
  Case Number: 2:14-cv-00187
  Counsel: Schiff Hardin LLP
  Nature of Suit: Patent

- **Personal Audio LLC v. <u>ZTE Corporation, et al.</u>** | July 2014–May 2015
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 1:14-cv-00008
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **Yardi Systems, Inc. v. <u>Property Solutions International, Inc.</u>** | May 2014–Sept 2019
  Jurisdiction: U.S. District Court for the Central District of California
  Case Number: 2:13-cv-07764
  Counsel: Morrison & Foerster, LLP
  Nature of Suit: Copyright and Trade Secret

- **AgJunction, LLC v. <u>Agrian, Inc. et al.</u>** | Apr 2014–Feb 2015
  Jurisdiction: U.S. District Court for the District of Kansas
  Case Number: 2:14-cv-02069
  Counsel: Husch Blackwell LLP
  Nature of Suit: Copyright and Trade Secret

- **<u>Davies</u> v. L.A. Checker Cab** | Apr 2014–June 2014
  Jurisdiction: Superior Court of California, County of Los Angeles
  Case Number: SC111290
  Counsel: Cheong, Denove, Rowell & Bennett
  Nature of Suit: Negligence

- ***Inter Partes* Review of U.S. Patent No. 8,466,795** | Feb 2014–July 2014
  Jurisdiction: U.S. Patent and Trademark Office
  Case Number: IPR2014-00670
  Counsel: Pillsbury Winthrop Shaw Pittman LLP (ZTE Corporation)
  Nature of Suit: Patent

- **Certain Wireless Devices, Including Mobile Phones And Tablets II** | Feb 2014–July 2014
  Jurisdiction: U.S. International Trade Commission
  Case Number: 337-TA-905
  Counsel: Pillsbury Winthrop Shaw Pittman LLP (ZTE Corporation)
  Nature of Suit: Patent

- **Pragmatus Mobile, LLC v. <u>ZTE Corporation</u>** | Feb 2014–July 2014
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:14-cv-00443
  Counsel: Pillsbury Winthrop Shaw Pittman LLP
  Nature of Suit: Patent

- **<u>Intellectual Ventures, LLC</u> v. AT&T Mobility, LLC, et al.**
  **<u>Intellectual Ventures, LLC</u> v. T-Mobile USA, Inc., et al.**
  **<u>Intellectual Ventures, LLC</u> v. Nextel Operations, Inc., et al.**
  **<u>Intellectual Ventures, LLC</u> v. United States Cellular Corporation** | Oct 2013–May 2015
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:12-cv-00193, 1:13-cv-01631, 1:13-cv-01636, 1:13-cv-01637,
  1:13-cv-01634, 1:13-cv-01635, 1:13-cv-01632, 1:13-cv-01633
  Counsel: Dechert LLP
  Nature of Suit: Patent

- **<u>Front Row Technologies, LLC</u> v. NBA Media Ventures, LLC, et al.** | Oct 2013–July 2016
  Jurisdiction: U.S. District Court for the District of New Mexico
  Case Number: 1:13-cv-01153
  Counsel: Shore Chan DePumpo LLP
  Nature of Suit: Patent

- **<u>Nokia Corporation and Nokia Inc.</u> v. HTC Corporation and HTC America, Inc.** | Dec 2013–Feb 2014
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:12-cv-00549, 1:12-cv-00550, 1:12-cv-00551
  Counsel: Desmarais LLP
  Nature of Suit: Patent

- **Certain Portable Electronic Communications Devices, Including Mobile Phones and Components Thereof** | Aug 2013–Feb 2014
  Jurisdiction: U.S. International Trade Commission
  Case Number: 337-TA-885
  Counsel: Desmarais LLP (Nokia Corp.)
  Nature of Suit: Patent

- **SecurityBase.com v. <u>Jeffrey Essick, et al.</u>** | Aug 2013–June 2015
  Jurisdiction: Superior Court of California, County of Orange
  Case Number: 30-2012-00546106
  Counsel: Younesi & Yoss, LLP
  Nature of Suit: Copyright and Trade Secret

- **<u>Nokia Corp. and Intellisync Corp.</u> v. HTC America, Inc., and Exedea, Inc.** | Feb 2013–May 2013
  Jurisdiction: U.S. District Court for the District of Delaware
  Case Number: 1:12-cv-00549, 1:12-cv-00550
  Counsel: Desmarais LLP
  Nature of Suit: Patent

- **Certain Electronic Devices, Including Mobile Phones and Tablet Computers, and Components Thereof** | Feb 2013–May 2013
  Jurisdiction: U.S. International Trade Commission
  Case Number: 337-TA-847
  Counsel: Desmarais LLP (Nokia Corp.)
  Nature of Suit: Patent

- **<u>Essociate, Inc.</u> v. Azoogle.com, Inc. and Epic Media Group, Inc.** | Nov 2012–Oct 2013
  Jurisdiction: U.S. District Court for the Western District of Wisconsin
  Case Number: 3:11-cv-00727
  Counsel: Newman DuWors, LLP
  Nature of Suit: Patent

- **John Doe v. <u>Passageway School</u>** | Oct 2012–Dec 2012
  Jurisdiction: Superior Court of California, County of Ventura
  Case Number: 2012-00418623
  Counsel: Stone & Hiles, LLP
  Nature of Suit: Negligence

- **<u>Essociate, Inc.</u> v. Neverblue Media, Inc.** | Sept 2012–July 2013
  Jurisdiction: U.S. District Court for the Central District of California
  Case Number: 2:12-cv-08455
  Counsel: Newman DuWors, LLP
  Nature of Suit: Patent

- **<u>Porto Technology Co., Ltd.</u> v. Cellco Partnership d/b/a Verizon Wireless** | Sept 2012–Feb 2014
  Jurisdiction: U.S. District Court for the Eastern District of Virginia
  Case Number: 3:12-cv-00678, 3:13-cv-00265
  Counsel: Fox Rothschild LLP
  Nature of Suit: Patent

- **Flashpoint Technology, Inc. v. ZTE Corporation** | Aug 2012–Mar 2013
  Jurisdiction: U.S District Court for the District of Delaware
  Case Number: 12-cv-00649
  Counsel: Goodwin Procter LLP
  Nature of Suit: Patent

- **Certain Electronic Imaging Devices** | Aug 2012–Mar 2013
  Jurisdiction: U.S International Trade Commission
  Case Number: 337-TA-850 (ZTE Corporation)
  Counsel: Goodwin Procter LLP
  Nature of Suit: Patent

- **MobileMedia Ideas, LLC v. HTC Corporation and HTC America, Inc.** | July 2012–May 2013
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 2:10-cv-00112
  Counsel: Desmarais LLP
  Nature of Suit: Patent

- **Golden Archer Investments, LLC v. SkyNet Financial Systems, LLC** | July 2012–Dec 2012
  Jurisdiction: U.S. District Court for the Southern District of New York
  Case Number: 1:11-cv-03673
  Counsel: Goldman Ismail Tomaselli Brennan & Baum LLP
  Nature of Suit: Breach of Contract

- **Inter Partes Reexamination of U.S. Patent No. 7,702,669** | May 2012–July 2012
  Jurisdiction: U.S. Patent and Trademark Office
  Case Number: 95/001,844
  Counsel: Hickman Palermo Truong Becker Bingham Wong LLP (RingCentral, Inc.)
  Nature of Suit: Patent

- **Denise Black v. Prowess, Inc.** | Mar 2012–May 2012
  Jurisdiction: State of New York, Supreme Court, County of Ontario
  Case Number: 0102070/2009
  Counsel: Smith, Sovik, Kendrick & Sugnet, PC
  Nature of Suit: Breach of Contract

- **Essociate, Inc. v. Direct ROI, LLC** | Mar 2012–June 2012
  Jurisdiction: U.S. District Court for the Central District of California
  Case Number: 2:10-cv-02107, 8:12-cv-00444
  Counsel: Newman DuWors, LLP
  Nature of Suit: Patent

- **EchoStar Technologies, Corp. v. TiVo Inc. and Humax USA, Inc.** | Mar 2011–Apr 2011
  Jurisdiction: U.S. District Court for the Eastern District of Texas
  Case Number: 5:05-cv-00081
  Counsel: Morrison & Foerster, LLP
  Nature of Suit: Patent

# Journal and Magazine Articles

- Mahdi Eslamimehr, George Edwards, and Mohsen Lesani | 2017
  ***Efficient Detection and Validation of Atomicity Violations in Concurrent Programs*** – Journal of Systems & Software

- Yuriy Brun, Jae young Bang, George Edwards, and Nenad Medvidovic | 2015
  ***Self-Adapting Reliability in Distributed Software Systems*** – IEEE Transactions on Software Engineering

- Chris A. Mattmann, Nenad Medvidovic, Sam Malek, George Edwards and Somo Banerjee | 2012
  ***A Middleware Platform for Providing Mobile and Embedded Computing Instruction to Software Engineering Students*** – IEEE Transactions on Education

- Nenad Medvidovic, Hossein Tajalli, Joshua Garcia, Yuriy Brun, Ivo Krka, and George Edwards | 2011
  ***Engineering Heterogeneous Robotics Systems: A Software Architecture-Based Approach*** – IEEE Computer

- Nenad Medvidovic and George Edwards | 2010
  ***Software Architecture and Mobility: A Roadmap*** – Journal of Systems and Software (JSS): Special Issue on Software Architecture and Mobility

- Nenad Medvidovic, Hossein Tajalli, Joshua Garcia, Yuriy Brun, Ivo Krka, George Edwards, Marija Mikic Rakic, Sam Malek, and Gaurav Sukhatme | 2010
  ***An Architecture-Driven Software Mobility Framework*** – Journal of Systems and Software (JSS): Special Issue on Software Architecture and Mobility

- George Edwards, Chiyoung Seo, and Nenad Medvidovic | 2008
  ***Model Interpreter Frameworks: A Foundation for the Analysis of Domain-Specific Software Architectures*** – Journal of Universal Computer Science (JUCS): Special Issue on Software Components, Architectures and Reuse

- Aniruddha Gokhale, Krishnakumar Balasubramanian, Jaiganesh Balasubramanian, Arvind Krishna, George T. Edwards, Gan Deng, Emre Turkay, Jeffrey Parsons, and Douglas C. Schmidt | 2005
  ***Model-Driven Middleware: A New Paradigm for Deploying and Provisioning Distributed Real-time and Embedded Applications*** – Elsevier Journal of the Science of Computer Programming: Special Issue on Model Driven Architecture

## Conference Papers

- Mahdi Eslamimehr, George Edwards | December 2015
  ***End-to-End Cross-Language Test Case Generation for Web Applications***
  Proceedings of the 9th EAI International Conference on Performance Evaluation Methodologies and Tools

- Christoph Dorn, George Edwards, Nenad Medvidovic | September 2012
  ***Analyzing Design Tradeoffs in Large-scale Socio-Technical Systems through Simulation of Dynamic Collaboration Patterns***
  Proceedings of the 20th International Conference on Cooperative Information Systems (CoopIS)

- George Edwards, Nenad Medvidovic, Yuriy Brun | August 2012
  ***Automated Analysis and Code Generation for Domain-Specific Models***
  Proceedings of the Joint 10th Working IEEE/IFIP Conference on Software Architecture & 6th European Conference on Software Architecture (WICSA/ECSA)

- George Edwards, Yuriy Brun, Nenad Medvidovic | November 2011
  ***Isomorphism in Model Tools and Editors***
  Proceedings of the 26th IEEE/ACM International Conference on Automated Software Engineering (ASE)

- Yuriy Brun, George Edwards, Jae Young Bang, Nenad Medvidovic | June 2011
  ***Smart Redundancy for Distributed Computation***
  Proceedings of 31st International Conference on Distributed Computing Systems (ICDCS)

- Hossein Tajalli, Joshua Garcia, George Edwards, Nenad Medvidovic | September 2010
  ***PLASMA: A Plan-based Layered Architecture for Software Model-driven Adaptation***
  Proceedings of the 25th IEEE/ACM International Conference on Automated Software Engineering (ASE)

- Jae Young Bang, Daniel Popescu, George Edwards, Nenad Medvidovic, Naveen Kulkarni, Girish M. Rama, Srinivas Padmanabhuni | May 2010
  ***CoDesign - A Highly Extensible Collaborative Software Modeling Framework***
  Research Demonstrations Track, Proceedings of the ACM/IEEE 32nd International Conference on Software Engineering (ICSE)

- Ivo Krka, George Edwards, Yuriy Brun, Nenad Medvidovic | August 2009
  ***Synthesizing Partial Component-Level Behavior Models from System Specifications***
  Proceedings of the 7th Joint Meeting of the European Software Engineering Conference and ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE)

- Joshua Garcia, Daniel Popescu, George Edwards, and Nenad Medvidovic | June 2009
  ***Toward a Catalogue of Architectural Bad Smells***
  Proceedings of the 5th International Conference on the Quality of Software Architectures (QoSA)

- Ivo Krka, George Edwards, Yuriy Brun, and Nenad Medvidovic | May 2009
  ***From System Specifications to Component Behavioral Models***
  New Ideas and Emerging Results Track, Companion Volume of the 31st International Conference on Software Engineering (ICSE)

- Joshua Garcia, Daniel Popescu, George Edwards, and Nenad Medvidovic | March 2009
  ***Identifying Architectural Bad Smells***
  Proceedings of the 13th European Conference on Software Maintenance and Reengineering (CSMR)

- Steve Mastrianni, David Bantz, Terrence Buechner, Tom Chefalas, George Edwards, Song Jinho, Dong Jun Lan, Gary Leonardi, Leslie Liu, Randy Moulic, Dennis G. Shea, Andrew Wyskida | October 2008
  ***BlueStar: Managed Services for Enterprise Mobility***
  Proceedings of the IEEE International Conference on e-Business Engineering (ICEBE)

- George Edwards, Leslie S. Liu, and Randy Moulic | October 2008
  ***Proxima: A Mobile Augmented-Image Search System***
  Proceedings of the ACM International Conference on Multimedia (ACMMM)

- George Edwards and Nenad Medvidovic | September 2008
  ***A Methodology and Framework for Creating Domain Specific Development Infrastructures***
  Proceedings of the 23rd IEEE ACM International Conference on Automated Software Engineering (ASE)

- Chiyoung Seo, George Edwards, Sam Malek, and Nenad Medvidovic | February 2008
  ***A Framework for Estimating the Impact of a Distributed Software System's Architectural Style on its Energy Consumption***
  Proceedings of the Working International Conference on Software Architecture (WICSA)

- George Edwards, Chiyoung Seo, and Nenad Medvidovic | August 2007
  ***Construction of Analytic Frameworks for Component-Based Architectures***
  Proceedings of the Brazilian Symposium on Software Components, Architectures and Reuse (SBCARS)

- Gan Deng, Ming Xiong, Aniruddha Gokhale, and George Edwards | May 2007
  ***Evaluating Real-time Publish/Subscribe Service Integration Approaches in QoS-enabled Component Middleware***
  Proceedings of the 10th IEEE International Symposium on Object-oriented Real-time Distributed Computing (ISORC)

- George Edwards, Sam Malek, and Nenad Medvidovic | March 2007
  ***Scenario-Driven Dynamic Analysis of Distributed Architectures***
  Proceedings of the 10th International Conference on Fundamental Approaches to Software Engineering (FASE)

- George Edwards, Gan Deng, Douglas C. Schmidt, Anirudda Gokhale, and Balachandran Natarajan | October 2004
  ***Model-Driven Configuration and Deployment of Component Middleware Publisher/Subscriber Services***
  Proceedings of the 3rd ACM International Conference on Generative Programming and Component Engineering (GPCE)

- George Edwards, Douglas C. Schmidt, Aniruddha Gokhale, and Bala Natarajan | April 2004
  ***Integrating Publisher/Subscriber Services in Component Middleware for Distributed Real-time and Embedded Systems***
  Proceedings of the 42nd Annual ACM Southeast Conference (ACMSE)

## Workshop Papers

- Arman Shahbazian, George Edwards, Nenad Medvidovic | May 2016
  ***An End-to-End Domain Specific Modeling and Analysis Platform***
  8th Workshop on Modelling in Software Engineering (MiSE)

- Chiyoung Seo, George Edwards, Daniel Popescu, Sam Malek, Nenad Medvidovic | August 2009
  ***A Framework for Estimating the Energy Consumption Induced by a Distributed System's Architectural Style***
  8th Workshop on Specification and Verification of Component-Based Systems (SAVCBS)

- George Edwards, Joshua Garcia, Hossein Tajalli, Daniel Popescu, Nenad Medvidovic, Gaurav Sukhatme, and Brad Petrus | May 2009
  ***Architecture-Driven Self-Adaptation and Self-Management in Robotics Systems***
  Proceedings of the Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS)

- Ivo Krka, Leslie Cheung, George Edwards, Leana Golubchik, Nenad Medvidovic | June 2008
  ***Architecture-Based Software Reliability Estimation: Problem Space, Challenges, and Strategies***
  Proceedings of the Workshop on Architecting Dependable Systems (WADS)

- George Edwards, Chiyoung Seo, Daniel Popescu, Sam Malek, Nenad Medvidovic | November 2007
  ***Self-* Software Architectures and Component Middleware in Pervasive Environments***
  Proceedings of the 5th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC)

- Chiyoung Seo, Sam Malek, George Edwards, Daniel Popescu, Nenad Medvidovic, Brad Petrus, and Sharmila Ravula | May 2007
  ***Exploring the Role of Software Architecture in Fault-Tolerant and Dynamic Pervasive Systems***
  Proc. of 1st Workshop on Software Engineering of Pervasive Computing Applications, Systems and Environments

## Book Chapters

- Ivo Krka, George Edwards, Leslie Cheung, Leana Golubchik, and Nenad Medvidovic | 2009
  ***A Comprehensive Exploration of Challenges in Architecture-Based Reliability Estimation***
  Architecting Dependable Systems 6, R. de Lemos, J.-C. Fabre, C. Gacek, F. Gadducci, M. ter Beek (Eds.)

# Posters And Demonstrations

- ***BlueStar Mobile Management Services***
  IBM Research Technology Fair | June 2008

- ***The Extensible Tool-chain for Evaluation of Architectural Models***
  USC Center for Software and Systems Engineering Convocation | October 2006

- ***A Model-Driven Framework for Architectural Evaluation of Mobile Software Systems***
  UCI Institute for Software Research Forum | April 2006

# Invited Talks

- ***Metamodeling-Enabled Model-Checking for Complex Systems***
  Systems Engineering Research Center (SERC) Annual Research Review | November 2010

- ***XTEAM: Automated Synthesis of Domain-Specific Code Generators***
  Northrop Grumman Technology Day Research Showcase, Information Systems Track | May 2010

- ***Domain-Specific Model Analysis and Code-Generation Frameworks***
  Ground Systems Architecture Workshop (GSAW), Architecture-Centric Evolution (ACE) Working Group | March 2010

- ***Automated Analysis and Code Generation for Domain-Specific Models***
  USC Computer Science Department Annual Research Review | March 2010

- ***Automated Analysis and Code Generation for Domain-Specific Models***
  USC Center for Software and Systems Engineering Annual Research Review | March 2010

- ***Model-Driven Analysis Frameworks for Embedded Systems***
  USC Center for Software and Systems Engineering Annual Research Review | March 2009

- ***Creating Domain-Specific Development Infrastructures***
  USC Center for Software and Systems Engineering Annual Research Review | March 2008

- ***Weighing Architectural Trade-offs with XTEAM***
  USC Center for Software and Systems Engineering Annual Research Review | February 2007

# Technical Reports

- George Edwards, Yuriy Brun, and Nenad Medvidovic | August 2010
  ***Automated Analysis and Code Generation for Domain-Specific Models***
  Technical Report USC-CSSE-2010-517, Center for Software and Systems Engineering, University of Southern California

- George Edwards and Nenad Medvidovic | July 2009
  ***Model Interpreter Frameworks***
  Technical Report USC-CSSE 2009-514, USC Center for Software and Systems Engineering, Center for Software and Systems Engineering, University of Southern California

- George Edwards and Nenad Medvidovic | May 2009
  ***A Highly Extensible Simulation Framework for Domain Specific Architectures***
  Technical Report USC-CSSE-2009-511, Center for Software and Systems Engineering, Univ. of Southern California

- Yuriy Brun, George Edwards, and Nenad Medvidovic | May 2009
*Injecting Robustness into Autonomic Grid Systems*
Technical Report USC-CSSE-2009-510, USC Center for Software and Systems Engineering, University of Southern California

## Patent Applications

- *Method and Apparatus for Simulation of Domain-Specific Models*
U.S. Provisional Patent Application 61/513,357, filed July 29, 2011. (abandoned)

- *Extensible Collaborative Software Modeling*
U.S. Patent Application 13/271,008, filed October 11, 2011. (abandoned)

## Honors and Awards

- **2008 USC Computer Science Outstanding Student Research Award**
Awarded each year for exceptional research achievement by a graduate student in computer science.

- **Annenberg Graduate Fellowship** | August 2007
Supports highly qualified graduate students to conduct cutting-edge communication and digital media research and advance important new programs in the communications arena.

- **USC Viterbi School of Engineering Dean's Doctoral Fellowship** | May 2004
Supports world-class students for four years in the pursuit and publication of research leading to the doctoral degree.

- **Vanderbilt *Summa Cum Laude* Graduate** | August 2003
Awarded to graduates whose grade point average equals or exceeds that of the top 5 percent of the previous year's graduating seniors.

- **NSF Research Experiences for Undergraduates Grant** | June 2003
Supports active research participation by undergraduate students in any of the areas of research funded by the National Science Foundation.

- **Vanderbilt Dean's List with High Honors** | Dec 2000, May '01, Dec '01, May '02, Dec '02, May '03
Recognizes outstanding academic performance in a semester. Students are named to the Dean's List when they earn a grade point average of at least 3.500.

- **Vanderbilt School of Engineering Merit Scholarship** | May 2000
Awarded to approximately 5 percent of all applicants based on exceptional accomplishment and high promise in intellectual endeavors.

- **National Merit Scholar** | May 2000
Awarded for academic achievement to 8,200 high school students each year out of 1.5 million entrants.

## Teaching

**Lecturer**, CSCI 102–Data Structures | Fall 2012

**Lecturer**, CSCI 568–Requirements Engineering | Spring 2012, Spring 2013, Spring 2014, Spring 2015, Spring 2016

**Teaching Assistant**, Infosys Intensive Course on Software Architecture | December 2009

**Guest Lecturer**, CSCI 589–Software Engineering for Embedded Systems | Fall 2007, Fall 2008

**Guest Lecturer**, CSCI 377−Introduction to Software Engineering | Fall 2007, Fall 2008, Fall 2009

**Guest Lecturer**, SAE 599−Model-Driven Systems Architecture | Summer 2007, Spring 2008

**Teaching Assistant**, CSCI 589−Software Engineering for Embedded Systems | Fall 2006

# Research Community Service

- Reviewer for the **Journal of Systems and Software**, Elsevier | 2010−2013

- Reviewer for **IEEE Transactions on Software Engineering (TSE)** | 2010−2012

- Reviewer for the **50th International Conference on Objects, Models, Components, Patterns (TOOLS Europe)**
  Prague, Czech Republic | May 28−June 1, 2012

- Program Committee Member for the **Research in Applied Computation Symposium (RACS)**
  Miami, FL | November 2−5, 2011

- Reviewer for the **Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS)**
  Cape Town, South Africa | May 3−4, 2010

- Reviewer for the **24th IEEE/ACM International Conference on Automated Software Engineering (ASE)**
  Auckland, New Zealand | November 1−20, 2009

- Reviewer for **DSN 2009 Workshop on Architecting Dependable Systems (WADS)**, Lisbon, Portugal | June 29, 2009

- Reviewer for **Architecting Dependable Systems 6**, Springer Publishing | 2009

- Reviewer for the **6th IEEE International Conference on Autonomic Computing (ICAC)** | June 15−19, 2009

- Reviewer for **IEEE Software Special Issue: Domain-Specific Languages & Modeling** | July/August, 2009

- Reviewer for the **23rd International Conference on Automated Software Engineering (ASE)**
  L'Aquila, Italy | Sept. 15−19, 2008

- Reviewer for the **Working IEEE/IFIP Conference on Software Architecture (WICSA)**
  Vancouver, Canada | February 18−21, 2008

- Program Committee Member for the **Institute for Software Research (ISR) Graduate Student Research Symposium (GSRS),** Irvine, CA | June 1, 2007

- Reviewer for the **3rd International Conference on the Quality of Software Architectures (QoSA)**
  Boston, MA | July 12−13, 2007

- Reviewer for the **10th International ACM SIGSOFT Symposium on Component-Based Software Engineering (CBSE),**
  Boston, MA | July 9−11, 2007

- Reviewer for the **First IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO)**
  Boston, MA | July 9−11, 2007

- Reviewer for the **Second Workshop on Sharing and Reusing Architectural Knowledge - Architecture, Rationale, and Design Intent (SHARK/ADI),** Minneapolis, MN | May 19−20, 2007

- Reviewer for the **Workshop on Tools, Operating Systems and Programming Models for Developing Reliable Systems (TOPMoDelS),** Long Beach, CA | March 26−30, 2007

## Professional Associations

- **Member**, Association for Computer Machinery (ACM) and ACM Special Interest Group on Simulation and Modeling
- **Member**, IEEE Computer Society

# PROOF OF SERVICE

I am a resident of the State of California, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 556 S. Fair Oaks Ave., No. 444, Pasadena, CA 91105, jt@jtfoxlaw.com.

On January 22, 2024, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANTS' INITIAL EXPERT WITNESS DISCLOSURE, F.R.C.P. 26(a)(2)(C)**

[ X ]    **BY EMAIL per local court rule to:**

| | |
|---|---|
| LAWRENCE HINKLE (SBN 180551) <br> lhinkle@sandersroberts.com <br> STEPHANIE JONES NOJIMA (SBN 178453) <br> sjonesnojima@sandersroberts.com <br> MATTHEW BARZMAN (SBN 309063) <br> mbarzman@sandersroberts.com <br> SANDERS ROBERTS LLP <br> 1055 West 7th Street, Suite 3200 <br> Los Angeles, CA 90017 <br> Telephone: (213) 426-5000 <br> Facsimile: (213) 234-4581 | *Counsel for Plaintiffs* |

[ X ]  **FEDERAL:**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2024 at Los Angeles, California.

*s/Justin Kian*

_____

Justin Kian