LAWRENCE HINKLE (SBN 180551)
lhinkle@sandersroberts.com
STEPHANIE JONES NOJIMA (SBN 178453)
sjonesnojima@sandersroberts.com
SANDERS ROBERTS LLP
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiffs and Counterclaim Defendants
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company, <br><br> Defendants. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company <br><br> Counterclaimants, | **CASE NO. 2:22-cv-06515-MWF-AGR** <br><br> Assigned for all purposes to the Honorable Judge Michael W. Fitzgerald <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS FOR (1) VIOLATING THE PRELIMINARY INJUNCTION [CONTEMPT] AND (2) SPOLIATION OF EVIDENCE** <br><br> [Submitted concurrently with Notice of Motion and Motion, Compendium of Evidence; and Request for Judicial Notice] <br><br> Date: March 4, 2024 <br> Time: 10:00 a.m. <br> Courtroom: 5A |

| | |
|---|---|
| 1 | HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; |
| 2 | HYPER ENGINE, LLC; a California limited liability company; DEON |
| 3 | TAYLOR, an individual, |
| 4 | Counterclaim Defendants, |
| 5 | |
| 6 | DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly |
| 7 | known as AONE ENTERTAINMENT LLC, a Florida limited liability |
| 8 | company; ON CHAIN INNOVATIONS LLC, a Florida limited liability |
| 9 | company, |
| 10 | Third-Party Plaintiffs, |
| 11 | v. |
| 12 | ROXANNE TAYLOR, an individual, |
| 13 | Third-Party Defendant |

# [PROPOSED] ORDER

Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine, LLC and Deon Taylor's (collectively "Plaintiffs") Motion for an Order to Show Cause as to why Sanctions should not be Imposed against Defendants Darrick Angelone, Aone Creative, LLC and On Chain Innovations, LLC (collectively "Defendants") for (1) Violating the Preliminary Injunction [Contempt] and (2) Spoliation of Evidence (the "Motion") came on for hearing on March 4, 2024 at 10:00 a.m. in Courtroom 5A of the above-entitled court.

The Court, having considered all papers filed in support and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, find as follows:

1.  Defendants' conduct violated the terms of the Preliminary Injunction issued by the Court on September 30, 2022 (Dkt. No. 26).

2.  Defendants should be held in civil contempt for their violation of the Preliminary Injunction.

3.  Defendants' deletion of Plaintiff Hidden Empire Holdings, LLC's ("HEFG") Google Workspace Account constitutes spoliation of evidence.

Good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.  Terminating sanctions shall issue against Defendants. Defendants' Answer to the Complaint is stricken and Defendants' Counterclaims and Third-Party Complaint are hereby **DISMISSED** with **prejudice**.

2.  A coercive daily fine of $2,500 is imposed against each Defendant jointly and severally to ensure future compliance with the Court's Order requiring Defendants to transfer the Nine Icelandic Domains to HEFG.

3.  A compensatory fine in the amount $_____, inclusive of the attorneys' fees and costs incurred by Plaintiffs is also imposed on each Defendant, jointly and severally.

4. The Court reserves the right to issue such further orders and relief as necessary to deter such future misconduct by Defendants.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable Michael W. Fitzgerald
United States District Judge