LAWRENCE HINKLE (SBN 180551)
lhinkle@sandersroberts.com
STEPHANIE JONES NOJIMA (SBN 178453)
sjonesnojima@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiffs and Counterclaim Defendants
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company<br><br>Counterclaimants, | **CASE NO. 2:22-cv-06515-MWF-AGR**<br><br>Assigned for all purposes to the Honorable Judge Michael W. Fitzgerald<br><br>**PLAINTIFFS' COMPENDIUM OF EXHIBITS IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS FOR (1) VIOLATING PRELIMINARY INJUNCTION [CONTEMPT] AND (2) SPOLIATION OF EVIDENCE**<br><br>[Submitted concurrently with Notice of Motion and Motion; Request for Judicial Notice and [Proposed] Order]<br><br>Date:       March 4, 2024<br>Time:       10:00 a.m.<br>Courtroom: 5A |

| | |
|---|---|
| 1 | HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, |
| 2 | |
| 3 | |
| 4 | Counterclaim Defendants, |
| 5 | |
| 6 | DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Third-Party Plaintiffs, |
| 11 | v. |
| 12 | ROXANNE TAYLOR, an individual, |
| 13 | Third-Party Defendant |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Plaintiffs Hidden Empire Holdings, LLC; Hyper Engine, LLC, and Deon Taylor ("Plaintiffs") hereby submit this Compendium of Exhibits in Support of their Motion for Order to Show Cause Why Sanctions Should Not Be Imposed Against Defendants for (1) Violating Preliminary Injunction [Contempt] and (2) Spoliation of Evidence.

## DECLARATIONS

| DECLARATION NO. | DECLARATION |
|---|---|
| 1 | Declaration of Roxanne A. Taylor |
| 2 | Declaration of Erin Burke |
| 3 | Declaration of Alex Izen |
| 4 | Declaration of Lawrence C. Hinkle II |

## EXHIBITS

| EXHIBIT NO. | EXHIBIT |
|---|---|
| 5 | 09/06/22 Email: Google Workspace Support to Darrick Angelone |
| 6. | 09/06/22 Email: Google Workspace Support to Roxanne Taylor |
| 7. | 09/07/22 Email: Roxanne Taylor to Google Workspace Support |
| 8. | 10/05/22 Email: Roxanne Taylor to Google Workspace Support |
| 9. | 10/06/22 Email: Google Workspace Support to Roxanne Taylor |
| 10. | 10/07/22 Email: Google Workspace Support to Roxanne Taylor |



| EXHIBIT NO. | EXHIBIT |
|---|---|
| 11. | 10/10/22 Email: Google Workspace Support to Roxanne Taylor |
| 12. | 10/11/22 Email: Google Workspace Support to Roxanne Taylor |
| 13. | 10/12/22 Google Workspace Support Chat Transcript with Roxanne Taylor |
| 14. | 10/27/22 Email: Google Workspace Support to Roxanne Taylor |
| 15. | 11/1/22 Email: Google Workspace Support to Roxanne Taylor |
| 16. | 11/8/22 Email: Google Workspace Support to Roxanne Taylor |
| 17. | 10/4/22 Email: Darrick Angelone to Erin Burke |
| 18. | 10/04/22-10/05/22 Email: Darrick Angelone to Erin Burke with 09/07/22 Attachment (Domains) |
| 19. | HEFG Admin Console Screenshot |
| 20. | 10/03/22 Email: Darrick Angelone to Erin Burke re Domains |
| 21. | 10/05/22 Email: Darrick Angelone to Erin Burke re Domains |
| 22. | 10/13/22 Email: Darrick Angelone to Erin Burke re Domains |
| 23. | WHOIS Histories for Icelandic Domains |
| 24. | 10/14/22 Email: Darrick Angelone to Erin Burke re Aventviii |
| 25. | 11/22/22 Email: Darrick Angelone to Erin Burke re Aventviii Access Control |



| EXHIBIT NO. | EXHIBIT |
|---|---|
| 26. | 10/05/22 Email: Thread Between Erin Burke and Darrick Angelone re Social Media |
| 27. | 10/07/22-10/11/22 Email: Thread Between Darrick Angelone and Erin Burke re Twitter |
| 28. | 10/11/22 Email: Thread Between Darrick Angelone and Erin Burke re Instagram |
| 29. | 10/13/22 Email: Erin Burke to Darrick Angelone re Instagram Recap |
| 30. | Tracy Wilkison Profile |
| 31. | Chris Pluhar Profile |
| 32. | Jacky Jasper Linkedin Profile |
| 33. | 09/09/14 Gawker Article re Kris Jenner |
| 34. | 01/05/16 New York Times Article re Charlie Sheen |
| 35. | 03/01/23 Hollywood Street King – Director Deon Taylor Chimes In On Jada Smith's Toxicity & Will Smith and Chris Rock's Masculinity |
| 36. | 03/29/23 Hollywood Street King – Deon & Roxanne Taylor's Hidden Empire Firm Group Sued for Multiple Counts of Fraud |
| 37. | 05/31/23 Hollywood Street King – Hidden Empire's Troubling Connections and Litigation Nightmare |
| 38. | 08/11/23 Hollywood Street King – Deon and Roxanne Taylor Ordered to Answer the Numerous Claims Filed Against Them by Former Partner |
| 39. | 08/22/23 Hollywood Street King – Deon Taylor Exposed: The 'Fake Friend' in Jamie Foxx's Scandalous Post |
| 40. | 09/18/23 Hollywood Street King – Deon Taylor's King |

| EXHIBIT NO. | EXHIBIT |
|---|---|
|  | Bach Zoom Pitch Disaster, Ignorance on Full Display! |
| 41. | 09/26/23 Hollywood Street King – Deon Taylor's Unfiltered Take on Tyrese's Social Media Skills | HSK Exclusive |
| 42. | 09/28/23 Hollywood Street King – Leaked Audio Expose: Deon Taylor and King Bach's Dubious Pasts Unveiled |
| 43. | 09/29/23 Hollywood Street King – In Leaked Audio Caleb Pinkett Reveals: Will Smith & Kevin Hart's Hollywood Power Dynamics |
| 44. | 10/02/23 Hollywood Street King – Deon Taylor's Wild R. Kelly Instagram Theory – Pedophilia Populism? |
| 45. | 10/03/23 Hollywood Street King – Inside the Zoom Leak: Will Smith's Race to Outshine the Rock & Kevin Hart |
| 46. | 11/03/23 Hollywood Street King – Civil Rights Icon Diane Nash Denounces Taylor's "Freedom Riders" Film |
| 47. | 12/19/23 Hollywood Street King – Mystery Patron: Billionaire Robert F. Smith's Link to Tinseltown's Secrets |
| 48. | 02/17/23 Hollywood Street King – Twitter Video of Deon Taylor |
| 49. | 08/7/23 Hollywood Street King – Twitter Post re Jamie Foxx Fake Friend |
| 50. | Los Angeles Superior Court Register of Actions from HER Enterprises, et al. v. Jacky Jasper, et al. |
| 51. | 10/18/22 Google Subpoena |
| 52. | 02/1/23 Google Subpoena |
| 53. | 01/25/23, 02/18/23, 03/13/23 Google Responses and Productions |
| 54. | 02/01/23 Twitter Subpoena |

| EXHIBIT NO. | EXHIBIT |
|---|---|
| 55. | 04/18/23 Twitter Subpoena |
| 56. | 03/23/23, 09/21/23 Twitter Responses and Production |
| 57. | 10/18/22 Namecheap Subpoena |
| 58. | 11/15/22 Namecheap Production |
| 59. | 02/01/23 Charter Subpoena |
| 60. | 06/27/23 Charter Production |
| 61. | Sanders Roberts Attorneys' Fees Billing Charts |
| 62. | 09/29/22 Official Court Reporter's Transcript of Hearing |
| 63. | 01/13/14 Transcript Testimony of Darrick Angelone in Angelone vs. Midway Rent a Car case |

Dated: February 5, 2024

**SANDERS ROBERTS LLP**

By: _/s/ Lawrence Hinkle_
Lawrence Hinkle, Esq.
Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC, AND DEON TAYLOR**