```
INTRODUCTION
============

This README file contains an explanation of the produced data. Each filename
includes the Twitter account's unique identification number ("accountID").

To view a file, double click on it. You may need to select a text editing, word
processing program, or browser to open the files (i.e., Notepad, Word, or Chrome).
In a text editor or word processor, you may need to turn on "word wrap" to view the
full contents of the file.

All of our records are maintained in UTC, which is the same as GMT for time zone
purposes. Any fields that are blank or any files that have no content between the
PGP header and signature block indicate that there are no responsive records for
this filetype.

For more information, see our Guidelines for Law Enforcement: https://t.co/le

If you have additional questions that are not answered in our Guidelines for Law
Enforcement, please reply directly to the production email you received. If you are
unable to reply directly to the production email, please submit your inquiry via
Twitter's web form (https://support.twitter.com/forms/lawenforcement) and include
your Twitter case number from the subject line of the production email.


CONTENTS
========
This archive contains:

        /account-creation-ip.txt: IP address used when the account was created.
        /account.txt: Basic account information.
        /ip-audit.txt: IP addresses associated with user authentications to
Twitter.
        /phone-number.txt: Phone number currently associated with the account if a
phone number has been provided.


DETAILED DOCUMENTATION
======================
This section documents the data in each file in more detail.

account-creation-ip.txt
-----------------------
IP address used when the account was created.
* accountId: Unique identifier for the account.
* userCreationIp: IP address at account creation.

account.txt
-----------
Basic account information.
```

56.1

```
* email: Email address currently associated with the account if an email address
has been provided.
* createdVia: Client application used when the account was created. For example:
"web" if the  account was created from a browser.
* username: The account's current @username. Note that the @username may change but
the account ID will remain the same for the lifetime of the account.
* accountId: Unique identifier for the account.
* createdAt: Date and time when the account was created.
* accountDisplayName: The account's name as currently displayed on the profile.
Note that the display name may change but the account ID will remain the same for
the lifetime of the account.

ip-audit.txt
------------
IP addresses associated with user authentications to Twitter. Please note that
available IP logs correlate with user authentications to Twitter (i.e., sessions),
and not to individual Tweet postings.
* accountId: Unique identifier for the account.
* createdAt: Date and time of a session associated with the account.
* loginIp: IP address associated with the session.

phone-number.txt
----------------
* phoneNumber: Phone number currently associated with the account if a phone number
has been provided.
```

```
-----BEGIN PGP PUBLIC KEY BLOCK-----
Comment: GPGTools - https://gpgtools.org

mQENBFdxlzgBCAC7+hH+wGWfl419NRjag+1Dc8ZDA8hMCwDZUxgb26zFBEnVY/1B
7d9j5BAhMIjWj2Bf3sVuI0qm88zTCpAa6XH89l4gVatzyRC/dFB22wnXw8PN9taW
rLcYRLRk3Gd0m37niuyjR7+bGjT/NQJj1xtvTrrP6SXZGjAxAaqNqF1h1xmt/xrO
3O+Hc0BHSmuDJkGLmd2fxou5YT94dWWo/t3VNodu/DW6P0wrmyHrgso9Wn6uN7JA
HbEvP0Tkloe7xLmkw+BNM6wITOxSI6BCnNDrH277eXcOkmmZPA69Yia8/Z2yvtSX
ZSxrE739PlerulL6qDBDLgLUEZ2xTsJUKzWjABEBAAG06FR3aXR0ZXIgU2VjdXJp
dHkgT3BlcmF0aW9ucyAoVGhpcyBpcyB0aGUgR1BHIEtleSBmb3IgdGhlIGVtYWls
IGFsaWFzIHNlY3VyaXR5QCBiZWluZyByZW5ld2VkIGZvciBTRUNVUklUWS0yMzE4
Ny4gVGhpcyBrZXkgaXMgcHJpbWFyaWx5IHVzZWQgdG8gc2lnbiBiYXRhIHRoYXQg
aXMgdHJhbnNtaXR0ZWQgYnkgQWRlbnQpVG9vbHMsIFppcCBJcmNtQgYW5uZCBaaXBi
b3gpIDxzZWN1cml0eUB0d2l0dGVyLmNvbT6JAT0EEwEKACcFAldxlzgCGwMFCRLM
AwAFCwkIBwMFFQoJCAsFFgIDAQACHgECF4AACgkQccn4C4ZE/PO5mgf+N/gS0Jgb
n6iT1MTYWuHehH+jZISLbMiV62iLo74AkXFubI0S8+s2ilEFO6fEWC+WykljRQ11
SFeMm4EzufB9tlXZ7ZBNAE33NuIxC/qD2YmQHlaf9fw7fsQ4w0D6L/PZcMJ6Cfyx
R3QgDLU6OOxbbzk++Cm68qyNZqFd/EsRCqV2O2U88Ib8GAtwF0iFpP0hoNqZFVFD
CcoYY+G0mwO7pUUhpTqnSxsUjro3x7T9Uh9W7sQUg9FlhYv8icgm3a7FGbpcUMac
n//PXbVG+V1XCgPxK4O8ChMEKZF35CECIfYHNLBOi+DEcOGxPYik1mqxdmZMjbbB
55DCQ0LHxYkG5LkBDQRXcZc4AQgA2SFPDBIzUlYZ8ukoELzWhtu7w5ZwS27wvsH+
uEBNqh+CJ+O2Q8n0wSfGC881xOPgUZyHFYCfZ1KrJTk/TOGlNwChNdQRcF7BO7x2
6NhXNLUPPrxqSaw7cwGzd43DRrrdu6V/DQKajMQAw1Y4kpw0oGUoo9l7NNUpomWy
c8KI/30cmbCg0lOUmFSww9MX2H6KJMWpbimv0fHtBP2O6y2DtXRS4a26F46sVN0v
7fkKwyCpRP7c1VJMg543nRQnMbgcjYU13ry2Vuuq8pxYSlV+RPNsbz5NAR5Ch7xW
ujNg9AoFjDIn3rOJvotRsxwAyFE7y29ANC5mnHfH+8qgMgThJQARAQABiQElBBgB
CgAPBQJXcZc4AhsMBQkSzAMAAAoJEHHJ+AuGRPzzDBgIAJRt6j1w4vy6jZ34ms3v
8P7IZxbITFQxM8I89V+Ncd5UmoZm78pBSqqxJlbflwGdUB3xN+D6RuR0w4ExWGit
Nn8/qCjuzDDOfCuEQRn26+J5o7qgXYOWqZTiM9F/d7HBzly8qjNRTC6wRMFN80xv
LphPbvydte23GfB0jqHJjagHYvOFEnxDEv4RCad1CP7RH+/yJTy9yPdmq8+5zn4U
JWTZUQoHmhzxhsNVAolAF4o2uU+mP9zwEEqCD0guGi532FWbrv8Dq9d1xe477GnA
tLGsdC8uA031SKsPmfkuRsHX1novD1Jf+lRFoS5mqh6o+2J8JipQd+op4RPJe9ig
Luw=
=Q9RY
-----END PGP PUBLIC KEY BLOCK-----
```

56.3

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "account" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T00:41:10.121Z",
      "email" : "jacky.jasper@gmail.com",
      "createdVia" : "oauth:3033300",
      "username" : "hiddenempirefg",
      "accountDisplayName" : "hiddenempirefg"
    }
  }
]
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69
```

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbW92ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCBtbyBbyBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbm5kIFppcGJvcGGPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT882slB/9rlu+gDrQ8N8WPtrx8JGch5Gr+uN5f
HaGvIA69FLjDheS2GWhMbvPE1mjXTzaaCxTTqmO6cs1Zuac4MKxGqDWbWgEySMsn
zZXkMhi0KvpikaCEXN8a58bWHKHm3i64g0tY73RhtOtdUOLdQtyisHMN2y+Nvl2l
DvB3G02+3Mh0Po/JaViW+U4OsQ7jHuHrwU1fPTaqZCgJrATdeGXA2WLiD76+Tekg
/37qEVwpvnHGP6RTgAbRdrKix2YyWiPTVWkhkIzXPckHn8HMnGoSoUCcKHNZzUAk
8GCU4U6BGW9L7/70AT2GviIUbGRZ829lSy/zYrVztPQK7/y03+1tM/GW
=NyAX
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "accountCreationIp" : {
      "accountId" : "1613335181120933888",
      "userCreationIp" : "64.44.80.108"
    }
  }
]
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69
```

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHRlbV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwWmlyYyBhbm5kIFppcGJvZChLgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT88+EuB/0TKiA/tclKEuYYoCZBfoK/UyPIqJ4A
UZBgnXjE5lcCX4DUlBgxDhp5s2AOMn3fR72PhhVWh2gq4kUSnvEmz/ktjvFRYFNe
cY/aDaMy4B8Qpm6BL7e3HdX8pJn73p/A4zh6Toh7sfFh5xtkEuZ8b3sz0lJ1T3QJ
03A1UnEU+vrZYYneRT3iSStMdbVMWdz38Zgm/ZJIGpdTRE8mLl/9ICd+dtLf6Y//
BKxSs3yJ60wNnQJk0GtSmNGZY35HWooBxcFQrJLch7WVCJxMRefmuY8D0xON6EnM
B/MlOu67B4WMdAAfG60caXo9wKXUwG4YnYKLU0fBMCkuEB6sfQBLen7y
=7gah
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T19:09:06.000Z",
      "loginIp" : "76.167.147.254"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:49.000Z",
      "loginIp" : "10.223.107.2"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:46.000Z",
      "loginIp" : "10.223.105.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:33.000Z",
      "loginIp" : "10.223.104.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:30.000Z",
      "loginIp" : "10.223.105.2"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:23:35.000Z",
      "loginIp" : "10.223.106.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:23:26.000Z",
```

56.6

```
      "loginIp" : "10.223.107.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:22:41.000Z",
      "loginIp" : "10.223.106.2"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:21:08.000Z",
      "loginIp" : "10.223.104.2"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T01:54:10.000Z",
      "loginIp" : "64.44.80.108"
    }
  }
]
```

-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHRlbV3ZWQgZm9yIFNNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmylZCBhbm5kIFpppcGJveCCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT88+ZmB/0VQwF5tMmiPaMCcJvVfRFA8wkpt/Eq
/3780j6LhsCCwvGh4DPp8e8lZSpZko31BEW+mSlzQxZvrLZwCcgcKDL77KfStz25
jNvHYD58NMYCiFezmyvWCq7+6YrNlH2O7a+qOcyF1yplZ3CliY05Vp38+z0qBmcZ
RDfeG7iJHTLiF4OOukYdA9D/lnFPfcngfQlm3UKnXZ1lMqRROgBJq3UZmrA1vqH1
I0ZZqWHTTvTqWzsmFygVPAplIkriBTURsMYH9WmtAizXr+c00pvR/PVn5sBLwwiR
4iz8/KJIl5Yz8yPar41fkGiidQKc9X20w4Dtbul0YNKtppw5EquF1Fhi
=WEYK
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "device" : {
      "phoneNumber" : "+16262674354"
    }
  }
]
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69
```

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbnkgIFppcGJveCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT888cbB/9Ol2Cf7g4z+wsuDr//FC+ifENEdM8C
Y0Wc1IH9Lwb7rvq792LLIWOXO4bNvkPp6izk0X3aNKo0ZnYmsrdzJnNrk6IwuHhY
wRWByS6D49Z4d/K8OjcBQr+7rLn7gb9lDblgZqas8wpbpV5/+5hk0u3s3IMskZDy
3xQnfCnznFbu8lfD5CA6/1YjkpN2YL9iur2w9iHmzdeOCjlxnTYVyEfh5D8thhPJ
HLeTDocV24lT/3VTZ3jzmMTvI7uR3CUggSIJQ3rnnKg++QceO6mZ+BDgpF12xNIj
wbuD8ScSmhPf/H1reNqFM12hZF0M/zRqBnBWOMEWI7A1LMgjjTwWlG4m
=WfJE

```
-----END PGP SIGNATURE-----
```

56.8

## DECLARATION OF JOLIE PERLA

I, Jolie Perla, hereby declare as follows:

1. I am a member of the legal department at X Corp., and work on responding to information requests made via legal process. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge and/or information to which I have access.

2. On April 24, 2023, non-party X Corp. was served with a subpoena from the Plaintiffs in the above-captioned action ("Subpoena"). The Subpoena requested certain information regarding an account on the X platform with username @darrickdidit. I have checked X Corp.'s records, which reflect that account was erased on November 4, 2022.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 9/21/2023, 2023 in San Francisco, California.

_____
Jolie Perla

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, Marcella Barreto, certify and declare as follows:

1. I work for X Corp., and am located in San Francisco, California. I am a duly authorized custodian of records for X Corp., and am qualified to certify X Corp.'s domestic records of regularly conducted activity.

2. On March 23, 2023, X Corp. produced a true and correct copy of records regarding the account @hiddenempirefg in response to the subpoena issued to it (then, Twitter, Inc.), dated February 1, 2023, in the case of *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*, No. 2:22-cv-06515-MWF-ARG(x), pending in the United States District Court for the Central District of California.

3. The records produced on March 23, 2023 were made and kept by the automated systems of X Corp. in the course of regularly conducted activity as a regular practice of X Corp.

I declare under penalty of perjury under the laws of the State of California that the foregoing certification is true and correct to the best of my knowledge.

Executed on January 22, 2024, at San Francisco, California.

DocuSigned by:
*Marcella Barreto*
F60C6621B23D40F...

Marcella Barreto