AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Hidden Empire Holdings, LLC, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2-22-cv-06515-MWF-ARG(x) |
| Darrick Angelone, et al. | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Namecheap Inc., 4600 E. Washington Street, Suite 305, Phoenix, Arizona 85034

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment 1.

| Place: | Precise Subpoena Service<br>254 N. Lake Ave., #835<br>Pasadena, CA 91101 | Date and Time:<br>11/18/2022 5:00 pm |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/18/2022

*CLERK OF COURT*

OR     /s/ Lawrence Hinkle

*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Hidden Empire Holdings, LLC        , who issues or requests this subpoena, are:
Lawrence C. Hinkle II, Sanders Roberts, LLP, 1055 W. 7th Street, Suite 3200, Los Angeles, CA 90017; 213-426-5000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

57.1

**Attachment 1**

*Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*

United States District Court – Central District of California Case No. 2:22-cv-06515-MWF-AGR(x)

**DEFINITIONS**

1. The term "DOCUMENTS" means all writings, electronically stored information, drawings, graphs, charts, photographs, phono records, and other data compilations from which information can be obtained and translated, if necessary, by and updated through detection devices into reasonably usable forms, including final and draft versions of documents in the actual or constructive possession, custody or control of YOU or YOUR attorneys or agents. The term "DOCUMENTS" encompasses originals and copies, or reproductions of originals, upon which notations in writing, print or otherwise have been made, which do not appear in the originals.

**DOCUMENT REQUESTS**

1. For each of the domains set forth below, all DOCUMENTS during the period July 1, 2022 through October 1, 2022 evidencing, reflecting and/or stating the (a) account owner username; (b) account full name; (c) account telephone number; (d) account email; (e) account billing information; (f) name of each and every related or connected account under common ownership; (g) account connection logs to include IP address logins; and (h) records of account changes:

   i. hiddenempiremediagroup.com
   ii. hiddenempirereleasing.com
   iii. hiddenempireproductions.com
   iv. hiddenempire.productions
   v. hiddenempire.media
   vi. hiddenempiremedia.group
   vii. hiddenempire.studio
   viii. hiddenempire.org
   ix. hiddenempireentertainment.com
   x. hiddenempirestudios.com

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 2:22-cv-06515-MWF-AGR   Document 111-57   Filed 02/05/24   Page 3 of 3   Page ID #:4607

Civil Action No. **2:22-cv-06515-MWF-AGR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Namecheap, Inc**
on *(date)* **10/20/2022**

☑ I served the subpoena by delivering a copy to the named individual as follows:
Attn: Custodian of Records via UPS TRK# 1ZY8A5001387297466     on *(date)* 10/24/2022 ; or

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **10/24/2022**

*Server's signature*

**Ivania "Roxy" Obando**
**Registered professional photocopier**
*Printed name and title*

**Registration No.: 2020217741**
**Precise Subpoena Service**
**254 N. Lake Ave., Pasadena CA, 91101**
*Server's Address*

Additional information regarding attempted service, etc:

CPROOF28p2/US01095

57.3