# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DARRICK ANGELONE, et al.,<br><br>　　　　Defendants. | Case No. CV 22-6515-MWF(AGRx)<br><br>ORDER GRANTING STIPULATED CONTINAUCE OF PRETRIAL AND TRIAL DATES |

The Court has reviewed the parties' Joint Stipulation to Continue Trial Date and Discovery Cut-Offs. (Docket No. 113). For good cause shown, the Court GRANTS the parties' request and ORDERS the following new dates:

1. Expert Disclosure (Rebuttal):  February 20, 2024
2. Last Day to Conduct ADR Proceeding:  March 22, 2024
3. Non-Expert Discovery Cut-Off (including last day to hear discovery-related motion):  August 16, 2024
4. Expert Discovery Cut-Off:  September 23, 2024
5. Last Day to Hear Motions:  October 7, 2024
6. File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine:  November 4, 2024

7. Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict forms, and Oppositions to Motions in Limine: November 12, 2024

8. Final Pretrial Conference and Hearing on Motions in Limine: **November 25, 2024, at 11:00 a.m.**

9. Jury Trial (Est. 10 Days): **December 10, 2024, at 8:30 a.m.**

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than six weeks prior to the Final Pretrial Conference, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony. See Order Re Jury Trial regarding Witness List requirements. Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge