JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
21860 Burbank Boulevard, Suite 370
Woodland Hills, California 91367
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com
Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC
and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HIDDEN EMPIRE HOLDINGS, LLC;
a Delaware limited lability company;
HYPER ENGINE, LLC; a California
limited liability company; DEON
TAYLOR, an individual,

Plaintiffs,

v.

DARRICK ANGELONE, an
individual; AONE CREATIVE, LLC
formerly known as AONE
ENTERTAINMENT LLC, a Florida
limited liability company; ON CHAIN
INNOVATIONS, LLC, a Florida
limited liability company,

Defendants.

Case No. 2:22-cv-06515-MWF-AGR
Action Filed:  September 12, 2022

**DEFENDANTS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS**

DATE:  March 18, 2024
TIME:   10:00am
DEPT:   5A

[Filed Concurrently with Memorandum of Points and Authorities in Opposition to Motion; Declaration of Sandra Calin; and Declaration of Darrick Angelone]

COMES NOW, Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC, by and through their attorneys of record, and submit their Opposition to the Request for Judicial Notice filed in support Plaintiffs' Motion for Order to Show Cause Re Sanctions.

Plaintiffs ask the Court to take judicial notice of six pleadings from a completely unrelated case, filed by Tosh Berman, in which one of the defendants is

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

1  Darrick Angelone, one of the defendants in the case at bar.  One of the other

2  defendants in that case is "Greg Comeau, a/k/a, Jacky Jasper doing business as Diary

3  of a Hollywood Street King."  Although Plaintiffs' Motion contains some unfounded

4  allegations regarding "Jacky Jasper" and Plaintiffs contention that Mr. Angelone used

5  that name, the pleadings in the Request for Judicial Notice clearly differentiate

6  between Mr. Angelone on the one hand, and another individual who is known by the

7  name "Jacky Jasper."

8       In order for the Court to take judicial notice of any documents, the information

9  contained therein must be relevant to the case.  *Threshold Enterprises Ltd. v. Pressed*

10 *Juicery, Inc..* 445 F. Supp.3d 139 (N.D. Cal. April 7, 2020).  See also, *Blye v.*

11 *California Supreme Court,* 2014 WL 295022 (N.D. Cal. January 21, 2014).

12      The documents that Plaintiffs ask the Court to judicially notice are irrelevant to

13 this action, and not reasonably calculated to lead to any admissible evidence.

14 Therefore, Defendants request the Court to deny the Request for Judicial Notice.

15

16 DATED:  February 26, 2024              KRAMER, DEBOER & KEANE

17

18

19                              By: _____

20                                  JEFFREY S. KRAMER
                                    SANDRA CALIN
21                                  Attorneys for Defendants
                                    DARRICK ANGELONE, AONE
22                                  CREATIVE, LLC, and ON CHAIN
                                    INNOVATIONS, LLC
23

24

25

26

27

28

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

**CERTIFICATE OF SERVICE**

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action; my business address is 21860 Burbank Blvd., Suite 370, Woodland Hills, CA 91367.  My email address is ynelson@kdeklaw.com.

I certify that on February 26, 2024, I served:  **DEFENDANTS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS** on the following parties or counsel of record as follows:

| | |
|---|---|
| LAWRENCE HINKLE (SBN 180551)<br>STEPHANIE JONES NOJIMA (SBN 178453)<br>JOSHUA ROY ENGEL<br>SANDERS ROBERTS LLP<br>1055 West 7th Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 426-5000 - Facsimile: (213) 234-4581<br>E-Mail:  lhinkle@sandersroberts.com;<br>sjonesnojima@sandersroberts.com;<br>jengel@sandersroberts.com; | *Counsel for Plaintiffs* |
| Justin Kian, Esq.<br>J.T. Fox, Esq.<br>LAW OFFICES OF JT FOX, APC<br>556 S. Fair Oaks Avenue, Suite 444<br>Pasadena, California 91105<br>Telephone: (888) 750-5530 - Fax: (888) 750-5530<br>Email:  jt@jtfoxlaw.com;<br>justin@jtfoxlaw.com | *Co-Counsel for Defendants* |

By ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct.  Executed at Santa Clarita, California on February 26, 2024.

/s/ *Yolanda Nelson*
Yolanda Nelson

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 Burbank Boulevard, Suite 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255