JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
21860 Burbank Boulevard, Suite 370
Woodland Hills, California 91367
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com
Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed:  September 12, 2022<br><br>Assigned to Honorable<br>Judge Michael W. Fitzgerald<br><br>**DECLARATION OF DEFENDANT DARRICK ANGELONE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS**<br><br>DATE:  March 18, 2024<br>TIME:   10:00am<br>DEPT:   5A<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Opposition to Motion; Opposition to Request for Judicial Notice; and Declaration of Sandra Calin] |

I, DARRICK ANGELONE, declare as follows:

I am one of the Defendants in the above-captioned case.  I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

are true and correct.

1.      Attached hereto as Exhibit "2" is my Declaration filed with the Court on October 13, 2022 demonstrating compliance with the Court's Order for Preliminary Injunction.  That Declaration details my compliance with the Preliminary Injunction and Plaintiffs' assertions to the contrary in the instant motion are incorrect.

2.      With respect to the claimed deletion of the Google Workspace account, I did not delete the Google Workspace account in October 2022.  On August 9, 2022 I did disable access to the account, however access was restored on August 16, 2022.  No data was lost because of this.

3.      On October 6, 2022, I made Roxanne Taylor the administrator for the account, and I was no longer administrator.  Nothing in any of the evidence provided to the Court shows otherwise.  When the alleged deletion of the Workspace account occurred on October 10, 2022, I no longer had access to it.

4.      With respect to the nine domains at issue in the subject motion, I had a discussion with Quincy Newell regarding the domains and I registered them in August 2021.  I was advised by Quincy Newell, and I am informed and believe, that Quincy spoke with Roxanne Taylor regarding these domains and she did not want them.  Hidden Empire never paid for these domains and never owned them.   The registrations for the domains expired in August 2022, and they were not renewed.  Therefore, I could not transfer them to Plaintiffs after August 2022.

5.      Plaintiffs attempt to imply that I, using the name "Jacky Jasper," control the nine Icelandic domains.  I have never used the name "Jacky Jasper" and Plaintiffs' assertions to the contrary are mere speculation and unsupported by the evidence.

///

///

///

///

///

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

6.      With respect to the Twitter and Instagram accounts, all passwords were provided to Plaintiffs, as is documented by Exhibit "J" to Exhibit "2" attached hereto.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 26th day of February, 2024, at Los Angeles, California.

_____/s/ _Darrick Angelone_
DARRICK ANGELONE, Declarant

KRAMER, deBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

# EXHIBIT 2

J.T. Fox, Esq., SBN 195063
**LAW OFFICES OF J.T. FOX, APC**
556 S. Fair Oaks Ave., No. 444
Pasadena, CA 91105
(888) 750-5530 Work/(888) 750-5530 Fax
E-mail: JT@JTFOXLAW.COM

Attorney for Defendants,
DARRICK ANGELONE; AONE CREATIVE, LLC; AND
ON CHAIN INNOVATIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE Entertainment LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-06515-MWF-AGR(x)<br><br>**DECLARATION OF DARRICK ANGELONE IN RESPONSE TO COURT'S ORDER FOR RESPONSE DEMONSTRATING COMPLIANCE WITH COURT'S ORDER FOR PRELIMINARY INJUNCTION**<br><br>ASSIGNED TO THE HONORABLE: Judge Michael W. Fitzgerald |

-1-
DECLARATION OF DARRICK ANGELONE

1.      I, Darrick Angelone, declare as follows: I am writing this declaration to the Court to provide a response demonstrating my compliance with the Court's Order dated September 30, 2022.

2.      On Monday, October 3, 2022, I discussed with Plaintiffs' hired party, FTI Consulting ("FTI"), the handling and execution of the data transfer regarding the transfer of ownership and providing access to the domains in question. It was agreed that the quickest and most frictionless method would be for them to provide me with an HEFG Namecheap account, which would allow this to be completed within hours of coordination. As of October 4, this process has been completed and confirmed by FTI.

3.      As discussed, Defendants do not own and have never owned the following domains:

     a.  hefg.com

     b.  Climb.org

     c.  Fearthemovie.com

     d.  Factsnotpolitics.com

     e.  2getherwewillsavelives.com

It would be impossible for me to transfer, and Plaintiffs' hired data firm seemed to agree that their research reveals the same. On October 5th 2022, when discussing the domain transfer with FTI, they confirmed that Plaintiffs agreed that AOne

never owned or controlled the domains: hefg.com, climb.org, fearthemovie.com,

factsnotpolitics.com, 2getherwewillsavelives.com, and

hiddenempireentertainment.com. As mentioned above, Defendants do not own,

possess, or control the domain hefg.com. I suspect Plaintiffs have confused this

with my occasional use of the shorthand for hiddenempirefilmgroup.com. I have

attached the ICANN record showing this domain was registered in the year 2000

by an individual with the name "GOTW Hostmaster" with a UK mailing address,

and was recently renewed until 2031. There is no way I can produce this domain

for Plaintiffs, and forcing a domain registrar to turn it over will deprive the true

owner of that domain of its possession and use. A true and correct copy of the

ICANN record showing hefg.com registration details is attached hereto as **Exhibit**

**"A."** Further, Plaintiffs have conceded that Defendants do not have ownership of

said domain and thus cannot transfer it. As further mentioned above, Defendants

do not own or possess or control the domain climb.org. Which is an active website

and looks to belong to: "Climb Theatre; 6415 Carmen Ave E; Inver Grove Heights,

MN 55076." There is no way I can produce this domain for plaintiffs and forcing a

domain registrar to turn it over will deprive the true owner of that domain of its

possession and use. A true and correct copy of the ICANN record showing

Climb.org registration details is attached hereto as **Exhibit "B."** Further, Plaintiffs

DECLARATION OF DARRICK ANGELONE

have conceded that Defendants do not have ownership of said domain and thus cannot transfer it.

4.    Further discussed were the following domains, which were secured on or about August 6, 2021 for consideration of possible use, but which were never used, and for which we have no record of any billing to or payments from HEFG for these domains:

   a.  Hiddenempiremediagroup.com

   b.  Hiddenempiremedia.com

   c.  Hiddenempirereleasing.com

   d.  Hiddenempireproductions.com

   e.  Hiddenempire.productions

   f.  Hiddenempire.media

   g.  Hiddenempiremedia.group

   h.  Hiddenempire.studio

   i.  Hiddenempire.org

Payment invoices for August 2021 through the last paid invoice of April 2022 demonstrate that each listed domain was never billed nor paid for. Specifically, the email thread conversation with Quincy on August 6, 2021 submitted as evidence by Plaintiffs shows that AONE paid for and registered these domains. However, HEFG was never billed for them as can be seen in the August 2021 – April 2022

-4-
DECLARATION OF DARRICK ANGELONE

payment request invoices Aone sent to HEFG. A true and correct copy of the aforementioned invoices is attached hereto as **Exhibit "C."** As I have stated in my previous declarations, these domains were not ever used and not set to renew, essentially letting them expire at the end of the term in early August 2022 prior to the start of any legal proceedings. The domains expired on August 6, 2022, before the past due balances had been received, none of which were for the costs to us of managing these domains in August 2021, before the services being provided by AOne were disabled, and long before litigation. After investigating who the new owners of the domains are, we discovered that they were registered by a 3rd party we are familiar with and who routinely registers domains that AOne and other resellers allow to expire on Namecheap. We have no interest in this 3rd party business and allowed the domains to expire because they were never used or paid for by HEFG, and because AOne had no intention to develop them nor any desire to carry the costs for another year. Because we have no interest in the company who purchased them, we are not able to transfer ownership to HEFG. This was noted in email communications regarding this issue between me and Erin from FTI. A true and correct copy of my aforementioned email exchange with Erin from FTI attached hereto as **Exhibit "D."** Regarding the domain, hiddenempireentertainment.com. This domain is not listed in the August 6, 2021 email with Quincy Newell where I listed the domains that AOne secured "per our

conversation." A true and correct copy of my August 6, 2021 email communication with Quincy is attached hereto as **Exhibit "E."** To my knowledge, this domain was never billed to HEFG nor otherwise paid for by HEFG. The key phrase left out of the conversation is where I state at the start of the email and above the domains listed on the purchase order is: "per our conversation, the following domains have been secured *pending their use and consideration.*" The phrase "pending use and consideration" is used because not all domains which AOne secures are used by HEFG, or any of its affiliates, and were not usually registered at the request of HEFG. These domains specifically were not used. Roxanne also considered them and said that she was good with only hiddenempirefilmgroup.com, and that we did not need any other ones. So, HEFG was never billed for and did not ever pay for these domains despite the court order compelling Aone to effect their transfer.

5.      On September 30, 2022, upon receipt of the Court's order, I provided HEFG with details on the transfer of the requested social accounts. Specifically, I wrote an email to HEFG in which I stated:

"All credentials for twitter and IG accounts listed in the injunction and which we have control over have been shared with Roxanne. As follows:

@hiddenempirefilmgroup
@blackhistoryintwominutes
@be.Woke.Vote

@climb.organization
@fear.movie
@meet_the_blacks
@traffikmovie
@supremacy.movie"

As of October 6, 2022, HEFG has confirmed access and ownership of all abovementioned accounts except "@hiddenempirefilmgroup." I am continuing in my cooperation and assistance in working with FTI to restore access to said account, despite the issue being completely out of my control.

6.      The social media accounts for the HEFG film "The Intruder", which I have been ordered by the Court to turn over, are in fact owned by "Sony" who distributed the film theatrically.

7.      The social media accounts for the HEFG film "Fatale", which I have been ordered by the Court to turn over, are in fact owned by "Lionsgate" who distributed the film theatrically.

8.      Defendants do not control or have possession of the following social media profiles:

a.  @the.hustle.movie (does not exist)

b.  @akuma.movie (does not exist)

c.  @deontaylor (never managed, controlled, or denied anyone access)

d.  @dtfilmtohoop (does not exist)

e.  @roxanneavent (never managed, controlled, or denied anyone access)

f.   @hiddenempirefg (does not exist)

Without specific detail as to what social media platforms the ordered profiles above are connected to, we either have never managed the profiles (such as that of Deon and Roxanne who have always managed their own), or they were otherwise suspended, expired, or never existed. On Monday, October 3, 2022, while discussing the transfer of assets with Plaintiffs' hired data transfer firm, the same was expressed along with the lack of specifics as to which handle (account) was listed on which platform. As written, no social media company would be able to comply with this order due to its vagueness and ambiguity.

9.      In respect to my compliance with this Court's Order, it is important to provide the Court with certain explanation.  It is unfortunate that in responding to Plaintiffs' Request for TRO and/or Preliminary Injunction there was not ample to time to fully review and respond to Plaintiffs' claims as it relates to technology.  It also became evident from this Court's ruling, that there were certain misunderstandings on the moving papers, the response papers, and the Court's ruling.  I am not asking the Court to re-litigate Plaintiffs' Preliminary Injunction, nor I am asking the Court for reconsideration.  This is simply to help the Court better understand the existing asset transfer issues and over-all compliance with the Court's Order.

10.     To clarify the issue of whether I was locked out and tried to restore my access to google workspace, I provided email proof from Google that on September 6, 2022, my administrator privileges had been revoked because of a dispute raised by another party. I assumed that party to be HEFG. On September 7, I replied to Google and confirmed the requested information they asked me to provide in order to restore access. On September 13, 2022 I followed up by email regarding the status from Google as I was still unable to access the google workspace administration: "Please advise status of case. Its been longer than 7 days and we have not had admin access restored." I did not receive a response from Google until September 26, which read as follows:

> "Thank you for your response. My name is Rithik and I am representing the Account Recovery Team for Google Workspace. I am contacting you on behalf of my colleague Prince. I apologize for the delay in response. It looks like the CNAME record has been removed, therefore please add the CNAME record again so that we can resolve this issue at the earliest.

I then emailed google again on September 28 demanding access, which had still not been restored. On September 29, following the hearing, I emailed Deon and Roxanne to explain that for me to be able to regain access the Google server and make Roxanne and administrator, I would need their cooperation. I proposed a solution and did not receive a response. I sent the same solution request to my counsel, JT Fox, on September 30 so he could forward to counsel for HEFG. A

true and correct copy of my email exchanges with Google through October 5, 2022 are attached hereto as **Exhibit "F."**

11.    For the Court's understanding, Plaintiffs were notified on August 2, 2022 that Google email servers where being set up for transfer. HEFG cannot conclude they were unaware of any current balance as the pertinent email thread with HEFG states there is a "current balance". Services were suspended on August 9, which demonstrates that Aone provided HEFG with a standard 7-day grace period before doing so. To elaborate, on August 2, (before any past due balance had been paid) I communicated to Sean Miller of HEFG the following regarding the preparation for the transfer of the google server from AONE to HEFG: "Accounts are being closed out and where necessary set up for transfer." Sean then replied: "Okay, but why is my data being transferred to the DT Asst? Like my emails and stuff? Sean." I then wrote back saying "this will need to be set up internally on hefg side and transfer request made there. This is an aone service being discontinued with current outstanding balance." Sean then replied "copy" in acknowledgment. This entire process entailed HEFG setting up their own email server and managing it themselves, as I mention in the email thread. A true and correct copy of my aforementioned email exchange with HEFG is attached hereto as **Exhibit "G."**

DECLARATION OF DARRICK ANGELONE

12.     For further clarification, the mention of proof that HEFG has access to Google emails was mistakenly identified by my counsel as being demonstrated by the fact that emails included as exhibits on Quincy's declaration were sent from the hefg google server accounts. In fact, they were not sent from such accounts. Rather, what I sought to explain was that the request HEFG made to Google was not to have the email accounts restored, but rather to have the roxanne@hiddenempirefilmgroup.com email be granted administrator privileges. If Roxanne or HEFG did not have access to the roxanne@hiddenempirefilmgroup.com Google account as they claimed, there would be no value in granting that account administrator privileges.

13.     On September 14th and again on September 29th of 2022 I sent test emails to sean@hiddenempirefilmgroup.com. On both occasions, I received an auto-reply back from Sean stating that HEFG had a new email and to use it instead of sean@hiddenempirefilmgroup.com. Specifically, Sean's email stated: "Hello and thank you for your email. This email is no longer active. For ALL INQUIRIES please message me at: hiddenempirefilm@gmail.com" I mention this simply to illustrate that, if HEFG staff did not have access to their emails, then Sean would not have been able to set up an autoreply on his HEFG email to notify people of the new HEFG email address. If in fact HEFG has not accessed Google workspace since it was reenabled on August 16, 2022, I believe it was their choice to do so, or

because of their inability to access or perform functions without my assistance. A true and correct copy of the aforementioned auto-reply emails from Sean is attached hereto as **Exhibit "H."**

14.    As of October 11, 2022, FTI Consulting has confirmed that HEFG has full, exclusive control of the Google Workspace account.

15.    On September 30, 2022, upon receipt of the Court order, I provided HEFG with details on the transfer of the "website accounts" and asked for some clarity regarding what that entailed: Specifically, my email stated:

> "HEFG,
> Regarding the following:
> WEBSITE ACCOUNTS
> www.hiddenempirefilmgroup.com
> www.hyperengine.ai
> What are you asking for on this request. There are not website accounts to share access or transfer. It not clear what is being asked for. Domain ownership/admin would be where these domains and where they point to would be controlled. That will be forthcoming soon.. Also we do not have the domain www.hiddenempire.com."

A true and correct copy of my aforementioned email exchange with HEFG is attached hereto as **Exhibit "I."** FTI has agreed that neither hyperengine.ai nor hiddenempire.com have active websites, and domains simply cannot have login credentials. On Monday October 3, 2022, I further discussed this with Plaintiffs' hired party, FTI Consulting, to handle and execute the data transfer and was waiting for them to set up a server so that the data can be transferred from

hiddenempirefilmgroup.com to their own server, as servers are not transferable or owned. It was agreed that neither hiddenempire.com nor hyperengine.ai have websites and therefore cannot be transferred, and have no data that will need to be transferred to their server. As of October 6, all of the website data available for hiddenempirefilmgroup.com has been transferred to FTI Consulting to handle and execute said data transfer.

16.     Given the litigation at hand, we have ceased all development, marketing, promotion of the Fear game on October 2, 2022, and have taken a loss in excess of $250,000 in the process.  The Fear game has not been released and nothing has been sold. Also, no NFT's have been minted (made) or sold. The concept presented in November 2021 included discussion and possibilities of it having stand-alone potential. However, by the time we were in February, the concept had evolved such that it was strictly a marketing vehicle for HEFG's movie, Fear. Thus, a stand-alone game is not possible at this point. Also, release of the game was always to coincide with the film release. Neither have been released.

17.     Regarding Your Honor's question concerning possible duplicate domain registration, a domain can be registered with any domain registrar when it has not already been registered elsewhere. It is not possible to register the same domain name with multiple domain registrars under any circumstances.

DECLARATION OF DARRICK ANGELONE

18.     As of October 4, all passwords for Twitter and Instagram accounts have been provided to Plaintiffs. This was confirmed in an email exchange between me and Erin Burke of FTI consulting beginning on October 3, 2022. A true and correct copy of my email exchange with FTI is attached hereto as **Exhibit "J."**

19.     As of October 4, ownership of the hidden Empire Film Group Facebook page was transferred to the HEFG business manager account provided to us by FTI. This was confirmed in an email exchange between me and Erin Burke of FTI consulting beginning on October 3, 2022. *See* **Exhibit "J."**

20.     As of October 4, admin access has been provided to all the remaining Facebook pages listed in the order. As of October 4, the ownership of the following domains were transferred to the Namecheap account 'roxanneavent' provided to us by FTI:

a. Hiddenempirefilmgroup.com

b. Hiddenempirefilms.com

For the following, ownership was transferred despite lack of mention in the Order:

c. Meettheblacksthemovie.com

d. 2getherwesavelives.com

e. Togetherwewillsavelives.com (listed twice at xli. & xlii)

f. Togetherwewillsavelives.org

g.  Factsnotpolitics.org

This was confirmed in an email exchange between me and Erin Burke of FTI consulting beginning on October 3, 2022. *See* **Exhibit "J."**

21.  As of October 4, Plaintiffs have been provided full administrator access and control over the following domains:

a.  Fatale.movie

b.  Theintruder.movie

c.  Traffik.movie

d.  Traffikmovie.com

e.  Meettheblacksmovie.com

f.  Thehousenextdoor.movie

g.  Supremacyfilm.com

h.  Supremacymovie.com

i.  Fear.movie

j.  Freeagentsmovie.com

k.  Freeagents.movie

l.  Hoop2film.com

m. Hooptofilm.com

n.  Climborganization.org

o.  Climb.network

DECLARATION OF DARRICK ANGELONE

p. Blackchairshow.com

q. Blackhistoryintwominutes.com

r. Bewoke.vote (improperly listed as be.woke.vote in the order)

s. Hyperenginellc.com

t. Hyperengine.ai

This was confirmed in an email exchange between me and Erin Burke of FTI consulting beginning on October 3, 2022. *See* **Exhibit "J."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of October, 2022 at Los Angeles, California.

By: ___/s/ Darrick Angelone___
    Darrick Angelone

DECLARATION OF DARRICK ANGELONE

# EXHIBIT A

English :

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number
resource (IP Network or ASN)

Frequently Asked Questions
(FAQ) (/en/faq)

hefg.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data
submitted by me will be processed in accordance with the ICANN Privacy Policy
(https://www.icann.org/privacy/policy), and agree to abide by the website Terms of
Service (https://www.icann.org/privacy/tos) and the registration data lookup tool
Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** HEFG.COM

**Registry Domain ID:** 25475019_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS1.DNSNAMESERVICE.COM
NS2.DNSNAMESERVICE.COM

## Dates

**Registry Expiration:** 2031-04-22 23:59:57 UTC

**Updated:** 2022-06-26 08:38:49 UTC

**Created:** 2000-04-22 23:59:57 UTC

# A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote
## Contact Information
simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.
(https://www.icann.org/privacy/cookies)  ✕ OK

## Registrant:

**Name:** GOTW Hostmaster

**Organization:** Get On The Web Limited

**Email:** hostmaster@getontheweb.com

**Phone:** tel:+44.1923902000

**Kind:** individual

**Mailing Address:** Fawley House, 2 Regatta Place, Bourne End, Buckinghamshire, SL8 5TD, GB

## Admin:

*Redacted for privacy:*
*some of the data in this object has been removed*

## Technical:

*Redacted for privacy:*
*some of the data in this object has been removed*

## Billing:

*Redacted for privacy:*
*some of the data in this object has been removed*

## Registrar Information

**Name:** TUCOWS, INC.

### A note about our privacy policies and terms of service:

**IANA ID:** 69

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote
**Abuse contact email:** domainabuse@tucows.com
simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

**Abuse contact phone:** tel:+1.4165350123

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.

(https://www.icann.org/privacy/cookies)    ✖ OK

## Reseller Information

**Name:** Get On The Web Limited

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/hefg.com (https://rdap.verisign.com/com/v1/domain/hefg.com)

**Last updated from Registry RDAP DB:** 2022-09-30 22:04:16 UTC

**Registrar Server URL:** https://opensrs.rdap.tucows.com/domain/HEFG.COM (https://opensrs.rdap.tucows.com/domain/HEFG.COM)

**Last updated from Registrar RDAP DB:** 2022-06-26 01:38:49 UTC

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed

### Notices:

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

**A note about our privacy policies and terms of service:**

https://icann.org/wicf (https://icann.org/wicf)

We have updated our privacy and certain website terms of service to provide greater transparency, promote
simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

**Terms of Service**

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.
(https://www.icann.org/privacy/cookies) **× OK**

The data provided by the Registration Data Access Protocol ("RDAP" or "Whois") is provided to you by Tucows for information purposes only and may be used to assist you in obtaining information about or related to a domain name's registration record. These terms govern your use of this service and access to this database. We reserve the right to modify these terms at any time.

This information is provided "as is" and does not guarantee its accuracy.

By submitting a query, you certify that you have a legitimate purpose for requesting the data, that you will use this data only for lawful purposes and delete the data immediately when the data are no longer necessary for your lawful or legitimate purpose, and that, under no circumstances, will you use this data to: a) allow, enable, or otherwise support the transmission of mass, unsolicited, commercial advertising, or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any registry operator or ICANN-accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

The compilation, repackaging, dissemination, or other use of these data is expressly prohibited.

Your access to the database may be terminated at any time in our sole discretion including, without limitation, for excessive querying of the database or for failure to otherwise abide by this policy.

Your IP address, the queried domain, the response, and a timestamp is stored for the purposes of maintaining the service and to ensure adherence with these terms.

By submitting this query, you agree to these terms.

NOTE: THIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

                          

Youtube (https://www.youtube.com/icannnews) Twitter (https://www.twitter.com/icann) Linkedin (https://www.linkedin.com/company/icann)
http://www.tucowsdomains.com/rdap/tos (http://www.tucowsdomains.com/rdap/tos)

                          

Flickr (https://www.flickr.com/photos/icann)                    Facebook (https://www.facebook.com/icannorg)

                          

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)     Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**     **CONTACT US**     **ACCOUNTABILITY AND**          **GOVERNANCE**     **HELP**
                                    **TRANSPARENCY**

DATA PROTECTION

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

© Internet Corporation for Assigned Names and Numbers.     Privacy Policy (https://www.icann.org/privacy/policy)     Terms of Service (https://www.icann.org/privacy/tos)     Cookies Policy (https://www.icann.org/privacy/cookies)

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)      OK

# EXHIBIT B

English

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number
resource (IP Network or ASN)

Frequently Asked Questions
(FAQ) (/en/faq)

climb.org

Lookup

By submitting any personal data, I acknowledge and agree that the personal data
submitted by me will be processed in accordance with the ICANN Privacy Policy
(https://www.icann.org/privacy/policy), and agree to abide by the website Terms of
Service (https://www.icann.org/privacy/tos) and the registration data lookup tool
Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** climb.org

**Internationalized Domain Name:** climb.org

**Registry Domain ID:** a5aec9b9c2a8429d90a964495355040a-LROR

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
ns93.worldnic.com
ns94.worldnic.com

## Dates

**Registry Expiration:** 2024-11-13 05:00:00 UTC

**Updated:** 2021-09-16 08:20:39 UTC

**Created:** 1997-11-14 05:00:00 UTC

## A note about our privacy policies and terms of service:

We have **Registrar Information** olicies and certain website terms of service to provide greater transparency, promote
simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

**IANA ID:** 2
This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.
(https://www.icann.org/privacy/cookies)  ✕ OK

## Authoritative Servers

**Registry Server URL:** https://rdap.publicinterestregistry.org/rdap/domain/climb.org (https://rdap.publicinterestregistry.org/rdap/domain/climb.org)

**Registrar Server URL:** https://rdap.networksolutions.com/rdap/domain/climb.org (https://rdap.networksolutions.com/rdap/domain/climb.org)



Youtube (https://www.youtube.com/icannnews) Twitter (https://www.twitter.com/icann) Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)                                          Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)            Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**     **CONTACT US**     **ACCOUNTABILITY AND**       **GOVERNANCE**     **HELP**
                                      **TRANSPARENCY**

**DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.    Privacy Policy
(https://www.icann.org/privacy/policy)      Terms of Service (https://www.icann.org/privacy/tos)
   Cookies Policy (https://www.icann.org/privacy/cookies)

---

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote
simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.
(https://www.icann.org/privacy/cookies)   ✕ OK

# EXHIBIT C



INVOICE

**INVOICE HEFG-AUG2021**
**TERM: AUGUST 1 - 31**
**DATE:  SEPTEMBER 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon) Community management and engagement: All HEFG Socials Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin 20 + Social Profiles | $3,000 |
| HEFG.com Hidden Empire Releasing page: <br> ○　https://hiddenempirefilmgroup.com/about/ (mock-up status) <br> HEFG.com Hidden Empire Releasing Announcement Integration: <br> ○　https://hiddenempirefilmgroup.com/ (live) <br> HEFG.com FEAR Movie Announcement Integration: <br> ○　https://hiddenempirefilmgroup.com/ (live @ second slide) | $2,000 |
| HEFG.com <br> ○　database backups <br> ○　plugin updates <br> ○　database optimization <br> ○　platform updates | $500 |
| CLIMB.com <br> ○　database backups <br> ○　plugin updates <br> ○　database optimization <br> ○　platform updates | $500 |
| hyperengine.ai <br> ○　database backups <br> ○　plugin updates <br> ○　database optimization <br> ○　platform updates | $500 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoice attached) | $228 |

| | |
|---|---|
| Sub Total: | $6,769.76 |
| | |
| **Total Due:** | **$6,769.76** |

**Please remit payment via wire transfer or direct deposit to:**



INVOICE

**INVOICE HEFG-SEPT2021**
**TERM: SEPTEMBER 1 - 30**
**DATE:  OCTOBER 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $3,000 |
| HEFG.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500 |
| CLIMB.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500 |
| hyperengine.ai<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306 |
| Domain Registrations (paid invoices for reimbursement below) | $27.32 |

|  | Sub Total: | $4,875.08 |
|---|---|---|
|  | **Total Due:** | **$4,875.08** |

**Please remit payment via wire transfer or direct deposit to:**



Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States

# Invoice

Invoice number: 3994156783

**Bill to**

Darrick Angelone

hiddenempirefilmgroup.com

340 s lemon ave

#3390

walnut, CA 91789

United States

**Details**

Invoice number ..........................3994156783
Invoice date ...............................Sep 30, 2021
Billing ID ...................................0642-8216-0923
Domain name ...........................hiddenempirefilmgroup.com

**Google Workspace**

Total in USD                                    **$306.00**

Summary for Sep 1, 2021 - Sep 30, 2021

| | |
|---|---|
| Subtotal in USD | $306.00 |
| Tax (0%) | $0.00 |
| Total in USD | $306.00 |

You will be automatically charged for any amount due.

 **Invoice**

Invoice number: 3994156783

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Business Plus | Commitment | Sep 1 - Sep 30 | 20 | 306.00 |

| | | |
|---|---|---|
| Subtotal in USD | | $306.00 |
| Tax (0%) | | $0.00 |
| Total in USD | | **$306.00** |

**Need help understanding the charges on your invoice?** Click here for detailed explanations
https://support.google.com/a?p=gsuite-bills-and-charges



# RECEIPT

**Order # 80838216**

www.namecheap.com

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 9/13/2021 2:38:42 AM | Payment Source | : CreditCard |
| Order Number | : **80838216** | Initial Charge | : $13.66 |
| Transaction ID | : 93925792 | Final Cost | : $13.66 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW hiddenempirefilmgroup.com | 1 | 1 year | $13.48 | $13.48<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for hiddenempirefilmgroup.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| | | | | Sub Total | $13.66 |
| | | | | TOTAL | **$13.66** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 1d08642c-37c9-483e-88fb-7d75d9665146 |
| Approval | # ch_3JZ8oPI2aKwfvOvn1ZdrQy3n |

 namecheap

# RECEIPT

www.namecheap.com   **Order # 81367127**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 9/23/2021 3:15:54 AM | Payment Source | : CreditCard |
| Order Number | : **81367127** | Initial Charge | : $13.66 |
| Transaction ID | : 94580854 | Final Cost | : $13.66 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW meettheblacksthemovie.com | 1 | 1 year | $13.48 | $13.48 ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for meettheblacksthemovie.com | 1 | 1 year | $0.00 | $0.00 ICANN Fee $0.00 |
| | | | | Sub Total | $13.66 |
| | | | | TOTAL | **$13.66** |

Additional Transaction Details:

Order          # a6b1d13e-cd6e-487d-a933-5e08ccb42396
Approval     # ch_3Jcm9sI2aKwfvOvn109vfSC3



# RECEIPT

**Order # 81598570**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 9/27/2021 6:07:47 PM | Payment Source | : CreditCard |
| Order Number | : **81598570** | Initial Charge | : $41.76 |
| Transaction ID | : 94869432 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc walnut S , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Sep 26 2021 – Oct 26 2021) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 4f87353c-b49f-4d2b-89df-2874dccbcf9d |
| Approval | # ch_3JeRzBI2aKwfvOvn0tvbzFjT |



## RECEIPT

**Namecheap, Inc.**
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 82673599**          support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 10/18/2021 3:56:11 AM | | Payment Source | : CreditCard |
| Order Number | : **82673599** | | Initial Charge | : $251.16 |
| Transaction ID | : 96192722 | | Final Cost | : $251.16 |
| User Name | : aoneent | | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | | Total Refund | : $0.00 |
| | | | Refund Transaction ID | : N/A |
| | | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW thehousenextdoor.movie | 1 | 1 year | $250.98 | $250.98 ICANN Fee  $0.18 |
| | | | | Sub Total | $251.16 |
| | | | | TOTAL | **$251.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # d1f472fb-8aa7-4a6d-9616-319df247728f |
| Approval | # ch_3JIqhZI2aKwfvOvn04lF0r9T |



# INVOICE

**INVOICE HEFG-OCT2021**
**TERM: OCTOBER 1 - 31**
**DATE:  NOVEMBER 1, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $3,000 |
| HEFG.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| CLIMB.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| hyperengine.ai<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306 |
| Domain Registrations (paid invoices for reimbursement below) | $1035.36 |

| | |
|---|---|
| Sub Total: | $5,883.12 |
| | |
| **Total Due:** | **$5,883.12** |

**Please remit payment via wire transfer or direct deposit to:**



# Invoice

Invoice number: 4009812839

**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

**Bill to**

Darrick Angelone

hiddenempirefilmgroup.com

340 s lemon ave

#3390

walnut, CA 91789

United States

**Details**

Invoice number ............................4009812839

Invoice date ...............................Oct 31, 2021

Billing ID ..................................0642-8216-0923

Domain name ...........................hiddenempirefilmgroup.com

**Google Workspace**

Total in USD                                    **$306.00**

**Summary for Oct 1, 2021 - Oct 31, 2021**

| | |
|---|---|
| Subtotal in USD | $306.00 |
| Tax (0%) | $0.00 |
| Total in USD | $306.00 |

You will be automatically charged for any amount due.

 **Invoice**

Invoice number: 4009812839

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Business Plus | Commitment | Oct 1 - Oct 31 | 20 | 306.00 |

|  |  |
|---|---|
| Subtotal in USD | $306.00 |
| Tax (0%) | $0.00 |

| **Total in USD** | **$306.00** |
|---|---|

| **Need help understanding the charges on your invoice?** [Click here for detailed explanations](https://support.google.com/a?p=gsuite-bills-and-charges) |
|---|
| https://support.google.com/a?p=gsuite-bills-and-charges |



# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 82412481**        support@namecheap.com

| | | | | | |
|---|---|---|---|---|---|
| Order Date | : 10/13/2021 2:40:46 AM | | Payment Source | : CreditCard | |
| Order Number | : **82412481** | | Initial Charge | : $775.14 | |
| Transaction ID | : 95873346 | | Final Cost | : $775.14 | |
| User Name | : aoneent | | | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | | Total Refund | : $0.00 | |
| | | | Refund Transaction ID | : N/A | |
| | | | Refunded To | : N/A | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW fatale.movie | 1 | 1 year | $250.98 | $250.98<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for fatale.movie | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| RENEW | RENEW freeagents.movie | 1 | 1 year | $250.98 | $250.98<br>ICANN Fee $0.18 |
| RENEW | RENEW freeagentsmovie.com | 1 | 1 year | $10.65 | $10.65<br>ICANN Fee $0.18 |
| RENEW | RENEW qaddafispointguard.com | 1 | 1 year | $10.65 | $10.65<br>ICANN Fee $0.18 |
| RENEW | RENEW qaddafispointguard.movie | 1 | 1 year | $250.98 | $250.98<br>ICANN Fee $0.18 |
| | | | | Sub Total | $775.14 |
| | | | | TOTAL | **$775.14** |

Additional Transaction Details:

Order            # f9e3116b-7ae1-4bfb-adf9-c02e0376fb24
Approval        # ch_3Jk18rI2aKwfvOvn1Gx9FCxX



# RECEIPT

**Order # 82447743**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 10/13/2021 2:50:04 PM | Payment Source | : CreditCard |
| Order Number | : **82447743** | Initial Charge | : $9.06 |
| Transaction ID | : 95917789 | Final Cost | : $9.06 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 |
| | | | | Setup | $0.00 |
| REGISTER | Domain Registration factsnotpolitics.org | 1 | 1 year | $8.88 | $8.88 |
| | | | | ICANN Fee | $0.18 |
| | | | | Sub Total | $9.06 |
| | | | | TOTAL | **$9.06** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 35ec19a9-e7ea-4f69-abea-f5829d9be45e |
| Approval | # ch_3JkCWcI2aKwfvOvn1VbhRCKi |



INVOICE

**INVOICE HEFG-NOV2021**
**TERM: NOVEMBER 1 - 30**
**DATE:  DECEMBER 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $1,500.00 |
| HEFG.com<br>    ○   database backups<br>    ○   plugin updates<br>    ○   database optimization<br>    ○   platform updates | $500.00 |
| CLIMB.com<br>    ○   database backups<br>    ○   plugin updates<br>    ○   database optimization<br>    ○   platform updates | $500.00 |
| hyperengine.ai<br>    ○   database backups<br>    ○   plugin updates<br>    ○   database optimization<br>    ○   platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306.00 |
| Domain Registrations (paid invoices for reimbursement below) | $70.80 |

|  | Sub Total: | $3,418.56 |
|---|---|---|
|  |  |  |
|  | **Total Due:** | **$3,418.56** |

**Please remit payment via wire transfer or direct deposit to:**

 **namecheap**

# RECEIPT

**Namecheap, Inc.**
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 84871524**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 11/27/2021 6:38:40 PM | Payment Source | : CreditCard |
| Order Number | : **84871524** | Initial Charge | : $41.76 |
| Transaction ID | : 98898555 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Nov 26 2021 – Dec 26 2021) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # fdbd20de-82dd-461c-8dd5-a98bc5b5aea7 |
| Approval | # ch_3K0aTaI2aKwfvOvn0kUdhCyi |



# RECEIPT

**Order # 84229541**

www.namecheap.com

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 11/16/2021 2:26:31 AM | Payment Source | : CreditCard |
| Order Number | : **84229541** | Initial Charge | : $28.32 |
| Transaction ID | : 98094803 | Final Cost | : $28.32 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW meettheblacksmovie.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee $0.18 |
| RENEW | RENEW supremacyfilm.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee $0.18 |
| | | | | Sub Total | $28.32 |
| | | | | TOTAL | **$28.32** |

Additional Transaction Details:

| Order | # 7f2083c2-c207-4049-9789-e68afbb58fd9 |
|---|---|
| Approval | # ch_3JwM3lI2aKwfvOvn16cpUB4w |

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 83973246**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 11/11/2021 1:19:17 AM | Payment Source | : CreditCard |
| Order Number | : **83973246** | Initial Charge | : $42.48 |
| Transaction ID | : 97772589 | Final Cost | : $42.48 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW deontaylor.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for deontaylor.com | 1 | 1 year | $0.00 | $0.00 ICANN Fee  $0.00 |
| RENEW | RENEW deontaylorfilms.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for deontaylorfilms.com | 1 | 1 year | $0.00 | $0.00 ICANN Fee  $0.00 |
| RENEW | RENEW hiddenempirefilms.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for hiddenempirefilms.com | 1 | 1 year | $0.00 | $0.00 ICANN Fee  $0.00 |
| | | | | Sub Total | $42.48 |
| | | | | TOTAL | **$42.48** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 73ac0334-5461-41f1-b556-d433bba8266f |
| Approval | # ch_3JuWcxI2aKwfvOvn1OezdUUC |



Payments profile ID
0642-8216-0923

Business name
hiddenempirefilmgroup.com

Payments account nickname
hiddenempirefilmgroup.com

Summary created
Jan 4, 2022

## Nov 1 – 30, 2021

Ending balance: $306.00

| Date | Description | Amount (USD) |
|------|-------------|--------------|
| Nov 1 – 30, 2021 | Google Workspace Business Plus: Commitment for 20 seats | $306.00 |
| Nov 2, 2021 | Automatic payment: American Express ···· 1002. A69764099195 | −$306.00 |

Starting balance: $306.00



INVOICE

**INVOICE HEFG-DEC2021**
**TERM: DECEMBER 1 - 31**
**DATE:  JANUARY 4, 2022**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $1,500.00 |
| HEFG.com<br> o database backups<br> o plugin updates<br> o database optimization<br> o platform updates | $500.00 |
| CLIMB.com<br> o database backups<br> o plugin updates<br> o database optimization<br> o platform updates | $500.00 |
| hyperengine.ai<br> o database backups<br> o plugin updates<br> o database optimization<br> o platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306.00 |
| Domain Registrations (paid invoices for reimbursement below) | $0 |

| | |
|---|---|
| Sub Total: | $3,347.76 |
| **Total Due:** | **$3,347.76** |

**Please remit payment via wire transfer or direct deposit to:**



# RECEIPT

**Order # 86480398**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 12/27/2021 5:41:08 PM | Payment Source | : CreditCard |
| Order Number | : **86480398** | Initial Charge | : $41.76 |
| Transaction ID | : 100886041 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Dec 26 2021 - Jan 26 2022) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # ba789be4-da95-4f26-ae96-fa8faa17c745 |
| Approval | # ch_3KBRsMI2aKwfvOvn1JknXUw0 |



Payments profile ID
0642-8216-0923

Business name
hiddenempirefilmgroup.com

Payments account nickname
hiddenempirefilmgroup.com

Summary created
Jan 4, 2022

## Dec 1 – 31, 2021

Ending balance: $306.00

| Date | Description | Amount (USD) |
|------|-------------|--------------|
| Dec 1 – 31, 2021 | Google Workspace Business Plus: Commitment for 20 seats | $306.00 |
| Dec 2, 2021 | Automatic payment: American Express ••••1002. A70679419752942160 | −$306.00 |

Starting balance: $306.00



INVOICE

**INVOICE HEFG-JAN2022**
**TERM: JANUARY 1 - 31**
**DATE:  FEBRUARY 4, 2022**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $2,000.00 |
| HEFG.com<br>   o  database backups<br>   o  plugin updates<br>   o  database optimization<br>   o  platform updates | $500.00 |
| CLIMB.com<br>   o  database backups<br>   o  plugin updates<br>   o  database optimization<br>   o  platform updates | $500.00 |
| hyperengine.ai<br>   o  database backups<br>   o  plugin updates<br>   o  database optimization<br>   o  platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306.00 |
| Domain Registrations (paid invoices for reimbursement below) | $247.92 |

| | |
|---|---|
| Sub Total: | $4,095.68 |
| | |
| **Total Due:** | **$4,095.68** |

**Please remit payment via wire transfer or direct deposit to:**

*As of April 1, 2022, a 5% convenience fee will be added, per month, to <u>all balances</u> carried past 30 days from the invoice date. Thank you.*



**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

# Invoice

Invoice number: 4040451816

**Bill to**

Darrick Angelone

hiddenempirefilmgroup.com

340 s lemon ave

#3390

walnut, CA 91789

United States

**Details**

Invoice number ............................4040451816

Invoice date ...............................Dec 31, 2021

Billing ID ...................................0642-8216-0923

Domain name ............................hiddenempirefilmgroup.com

**Google Workspace**

Total in USD                                           **$306.00**

**Summary for Dec 1, 2021 - Dec 31, 2021**

| | |
|---|---|
| Subtotal in USD | $306.00 |
| Tax (0%) | $0.00 |
| Total in USD | $306.00 |

You will be automatically charged for any amount due.

 **Invoice**

Invoice number: 4040451816

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Business Plus | Commitment | Dec 1 - Dec 31 | 20 | 306.00 |

| | |
|---|---|
| Subtotal in USD | $306.00 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$306.00** |

**Need help understanding the charges on your invoice?** Click here for detailed explanations
https://support.google.com/a?p=gsuite-bills-and-charges



# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 86718229**        support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/1/2022 2:12:27 AM | Payment Source | : CreditCard |
| Order Number | : **86718229** | Initial Charge | : $28.32 |
| Transaction ID | : 101177662 | Final Cost | : $28.32 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW hoop2film.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee  $0.18 |
| RENEW | RENEW hooptofilm.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $28.32 |
| | | | | TOTAL | **$28.32** |

Additional Transaction Details:

Order              # b51ef5eb-4d3f-48af-8b4d-e138ae554c83

Approval         # ch_3KD1lNI2aKwfvOvn1lBlPFjO



# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 86819174**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/3/2022 3:05:11 AM | Payment Source | : CreditCard |
| Order Number | : **86819174** | Initial Charge | : $14.16 |
| Transaction ID | : 101300524 | Final Cost | : $14.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave walnut | Refunded To | : N/A |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW supremacymovie.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee  $0.18 |
| | | | | Sub Total | $14.16 |
| | | | | TOTAL | **$14.16** |

Additional Transaction Details:

Order          # 7aaf1ed4-f44c-49e4-b93c-63555cc7e92c
Approval       # ch_3KDlXVl2aKwfvOvn1vjgOTPq

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com    **Order # 87097874**    support@namecheap.com

| | | | | | |
|---|---|---|---|---|---|
| Order Date | : 1/7/2022 11:51:32 AM | | Payment Source | : CreditCard | |
| Order Number | : **87097874** | | Initial Charge | : $9.16 | |
| Transaction ID | : 101642497 | | Final Cost | : $9.16 | |
| User Name | : aoneent | | | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | | Total Refund | : $0.00 | |
| | | | Refund Transaction ID | : N/A | |
| | | | Refunded To | : N/A | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 |
| | | | | Setup | $0.00 |
| REGISTER | Domain Registration foreveryoungfabrics.com | 1 | 1 year | $8.98 | $8.98 |
| | | | | ICANN Fee | $0.18 |
| | | | | Sub Total | $9.16 |
| | | | | TOTAL | **$9.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 433159e0-4d14-4c69-a442-5e84a4c8aed8 |
| Approval | # ch_3KFLf3I2aKwfvOvn04MQyT3j |



# RECEIPT

**Order # 87125915**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 1/8/2022 12:55:07 AM | Payment Source | : CreditCard |
| Order Number | : **87125915** | Initial Charge | : $14.16 |
| Transaction ID | : 101677665 | Final Cost | : $14.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW aventviii.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for aventviii.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| | | | | Sub Total | $14.16 |
| | | | | TOTAL | **$14.16** |

Additional Transaction Details:

Order          # 3c110c6d-542b-466a-afb2-82c463daaad7
Approval     # ch_3KFXtOI2aKwfvOvn0m53wW6O

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 87437619**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/13/2022 1:16:43 AM | Payment Source | : CreditCard |
| Order Number | : **87437619** | Initial Charge | : $15.16 |
| Transaction ID | : 102075714 | Final Cost | : $15.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW whoisguard-protect-one for climborganization.org | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| RENEW | RENEW climborganization.org | 1 | 1 year | $14.98 | $14.98<br>ICANN Fee $0.18 |
| | | | | Sub Total | $15.16 |
| | | | | TOTAL | **$15.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 2adaf6b9-8a3d-4d1e-bba0-57fd998a6b76 |
| Approval | # ch_3KHMc1I2aKwfvOvn0APIap86 |



# RECEIPT

**Order # 88333212**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com    support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/27/2022 5:59:24 PM | Payment Source | : CreditCard |
| Order Number | : **88333212** | Initial Charge | : $43.76 |
| Transaction ID | : 103199543 | Final Cost | : $43.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Jan 26 2022 - Feb 26 2022) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $18.88 | $18.88 |
| | | | | Sub Total | $43.76 |
| | | | | TOTAL | **$43.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 9dcb98ae-63b3-4b3a-b339-524a5f2342e2 |
| Approval | # ch_3KMgw2I2aKwfvOvn0dzG3Dkg |



# RECEIPT

**Order # 88596791**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/1/2022 2:53:26 AM | Payment Source | : CreditCard |
| Order Number | : **88596791** | Initial Charge | : $174.12 |
| Transaction ID | : 103540004 | Final Cost | : $174.12 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave walnut | Refunded To | : N/A |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW hyperengine.ai | 1 | 2 year | $79.98 | $159.96 ICANN Fee  $0.00 |
| RENEW | RENEW hyperenginellc.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for hyperenginellc.com | 1 | 1 year | $0.00 | $0.00 ICANN Fee  $0.00 |
| | | | | Sub Total | $174.12 |
| | | | | TOTAL | **$174.12** |

Additional Transaction Details:

Order          # d6df1ba3-3373-40ac-a98e-5be44f1cf401

Approval       # ch_3KOHB3I2aKwfvOvn1mc38FI4



INVOICE

**INVOICE HEFG-FEB2022**
**TERM: FEBRUARY 1 - 28**
**DATE:  MARCH 4, 2022**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $5,000.00 |
| HEFG.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500.00 |
| CLIMB.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates<br>    o   PLACE UNDER CONSTRUCTION | $500.00 |
| HEFG Server (paid invoice attached) | $43.76 |
| Google Workspace Email server (paid invoices for reimbursement below) | $306.00 |
| Domain Registrations (paid invoices for reimbursement below) | $36.64 |

| | |
|---|---|
| Sub Total: | $6,386.40 |
| | |
| **Total Due:** | **$6,386.40** |

**Please remit payment via ACH, wire transfer or direct deposit to:**

*As of April 1, 2022, a 5% convenience fee will be added, per month, to <u>all balances</u> carried past 30 days from the invoice date. Thank you.*



# Invoice

Invoice number: 4084485495

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States

**Bill to**

Darrick Angelone

hiddenempirefilmgroup.com

340 s lemon ave

#3390

walnut, CA 91789

United States

**Details**

Invoice number ...........................4084485495

Invoice date ...............................Feb 28, 2022

Billing ID ..................................0642-8216-0923

Domain name ...........................hiddenempirefilmgroup.com

**Google Workspace**

Total in USD                          **$306.00**

**Summary for Feb 1, 2022 - Feb 28, 2022**

| | |
|---|---|
| Subtotal in USD | $306.00 |
| Tax (0%) | $0.00 |
| Total in USD | $306.00 |

You will be automatically charged for any amount due.

 **Invoice**

Invoice number: 4084485495

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Business Plus | Commitment | Feb 1 - Feb 28 | 20 | 306.00 |

| | | |
|---|---|---|
| Subtotal in USD | | $306.00 |
| Tax (0%) | | $0.00 |

| | | |
|---|---|---|
| Total in USD | | **$306.00** |

**Need help understanding the charges on your invoice?** Click here for detailed explanations
https://support.google.com/a?p=gsuite-bills-and-charges



# RECEIPT

**Namecheap, Inc.**
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com      **Order # 90223940**      support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/27/2022 6:19:42 PM | Payment Source | : CreditCard |
| Order Number | : **90223940** | Initial Charge | : $43.76 |
| Transaction ID | : 105582965 | Final Cost | : $43.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Feb 26 2022 - Mar 26 2022) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $18.88 | $18.88 |
| | | | | Sub Total | $43.76 |
| | | | | TOTAL | **$43.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 6e3b9ad6-4f30-41c7-91cd-57c80d3ea64f |
| Approval | # ch_3KXw1hI2aKwfvOvn161atfjc |

 namecheap

# RECEIPT

www.namecheap.com

**Order # 90273620**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/28/2022 12:41:38 PM | Payment Source | : CreditCard |
| Order Number | : **90273620** | Initial Charge | : $9.16 |
| Transaction ID | : 105646879 | Final Cost | : $9.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 |
| | | | | Setup | $0.00 |
| REGISTER | Domain Registration 2getherwesavelives.com | 1 | 1 year | $8.98 | $8.98 |
| | | | | ICANN Fee | $0.18 |
| | | | | Sub Total | $9.16 |
| | | | | TOTAL | **$9.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 8df2fb04-0b18-463b-9167-bb8d580ffca7 |
| Approval | # ch_3KYDE4I2aKwfvOvn0JhYlnCj |

 namecheap    **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 90273725**        support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/28/2022 12:45:53 PM | Payment Source | : CreditCard |
| Order Number | : **90273725** | Initial Charge | : $27.48 |
| Transaction ID | : 105647055 | Final Cost | : $27.48 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL | |
|---|---|---|---|---|---|---|
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | | $0.00 |
| | | | | | Setup | $0.00 |
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | | $0.00 |
| | | | | | Setup | $0.00 |
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | | $0.00 |
| | | | | | Setup | $0.00 |
| REGISTER | Domain Registration togetherwewillsavelives.com | 1 | 1 year | $8.98 | | $8.98 |
| | | | | | ICANN Fee | $0.18 |
| REGISTER | Domain Registration togetherwewillsavelives.org | 1 | 1 year | $8.98 | | $8.98 |
| | | | | | ICANN Fee | $0.18 |
| REGISTER | Domain Registration 2getherwewillsavelives.org | 1 | 1 year | $8.98 | | $8.98 |
| | | | | | ICANN Fee | $0.18 |
| | | | | | Sub Total | $27.48 |
| | | | | | TOTAL | **$27.48** |

Additional Transaction Details:

| | |
|---|---|
| Order | # d24760eb-74ac-48de-9535-3c87f027c061 |
| Approval | # ch_3KYDIAI2aKwfvOvn1LVM6jxH |



INVOICE

**INVOICE HEFG-MAR2022**
**TERM: MARCH 1 - 31**
**DATE:  APRIL 4, 2022**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles + Updated branding and social strategy proposals | $5,000.00 |
| HEFG.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $43.76 |
| Google Workspace Email server (paid invoices for reimbursement below) | $307.98 |
| Domain Registrations (paid invoices for reimbursement below) | $44.32 |
| Carried Balance fee (5% of $41,273)<br>Open HEFG invoices: Feb21, Aug21, Sep21, Oct21, Nov21, Dec21, Jan22, Feb22 | $2063.65 |

| | |
|---|---|
| Sub Total: | $7,959.71 |
| | |
| **Total Due:** | **$7,959.71** |

**Please remit payment via ACH, wire transfer or direct deposit to:**

*As of April 1, 2022, a 5% convenience fee will be added, per month, to all balances carried past 30 days from the invoice date. Thank you.*



**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

# Invoice

Invoice number: 4093641777

**Bill to**

Darrick Angelone

hiddenempirefilmgroup.com

340 s lemon ave

#3390

walnut, CA 91789

United States

**Details**

Invoice number ..........................4093641777

Invoice date .............................Mar 31, 2022

Billing ID .................................0642-8216-0923

Domain name ...........................hiddenempirefilmgroup.com

**Google Workspace**

Total in USD                                    **$307.98**

Summary for Mar 1, 2022 - Mar 31, 2022

Subtotal in USD                                 $307.98
Tax (0%)                                          $0.00
Total in USD                                    $307.98

You will be automatically charged for any amount due.

 **Invoice**

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Business Plus | Commitment | Mar 1 - Mar 31 | 20 | 306.00 |
| Google Workspace Business Plus | Commitment increase | Mar 28 - Mar 31 | 1 | 1.98 |

|  |  |
|---|---|
| Subtotal in USD | $307.98 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$307.98** |

**Need help understanding the charges on your invoice?** Click here for detailed explanations
https://support.google.com/a?p=gsuite-bills-and-charges

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 91494216**          support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 3/18/2022 2:02:28 AM | Payment Source | : CreditCard |
| Order Number | : **91494216** | Initial Charge | : $44.32 |
| Transaction ID | : 107313395 | Final Cost | : $44.32 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW theblackchair.show | 1 | 1 year | $29.98 | $29.98<br>ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for blackchairshow.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW blackchairshow.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $44.32 |
| | | | | TOTAL | **$44.32** |

Additional Transaction Details:

Order              # 78a1bfd7-ef0c-4ca5-b791-100bc2e3198e

Approval          # ch_3KeYtKl2aKwfvOvn0s0PipWY



# RECEIPT

**Order # 92240714**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com
support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 3/27/2022 6:08:58 PM | Payment Source | : CreditCard |
| Order Number | : **92240714** | Initial Charge | : $43.76 |
| Transaction ID | : 108367615 | Final Cost | : $43.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Mar 26 2022 - Apr 26 2022) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $18.88 | $18.88 |
| | | | | Sub Total | $43.76 |
| | | | | TOTAL | **$43.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 74e6a739-69c9-4995-8954-15bf1dbb265e |
| Approval | # ch_3Ki4GaI2aKwfvOvn0USfThZX |



340 S Lemon Ave #3390
Los Angeles, CA 91789

# INVOICE

Bill To:
Hidden Empire Film Group

INVOICE HEFG-APR2022
TERMS: NET 30 DAYS
DATE: MAY 2, 2022

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles + Updated branding and social strategy proposals | $5,000.00 |
| HEFG.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $43.76 |
| Google Workspace Email server (paid invoices for reimbursement below) | $321.30 |
| Domain Registrations (paid invoices for reimbursement below) | $516.48 |
| Carried Balance fee (2.5% of $49,232)<br>Open HEFG invoices: Feb21, Aug21, Sep21, Oct21, Nov21, Dec21, Jan22, Feb22, Mar22 | $1,230.80 |

| | |
|---|---|
| Sub Total: | $7,612.34 |
| **Total Due:** | **$7,612.34** |

**Please remit payment via ACH, wire transfer or direct deposit to:**

Invoice payment is due according to terms stated above. Interest will accrue at a rate of 2.5% per month on past due invoices. If assigned, no title of work product will pass to client until full payment is received. Client will bear all collections costs necessary to collect this invoice.

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 92796339**          support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 4/3/2022 4:16:53 AM | Payment Source | : CreditCard |
| Order Number | : **92796339** | Initial Charge | : $251.16 |
| Transaction ID | : 109163706 | Final Cost | : $251.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW traffik.movie | 1 | 1 year | $250.98 | $250.98 |
| | | | | | ICANN Fee  $0.18 |
| | | | | Sub Total | $251.16 |
| | | | | TOTAL | **$251.16** |

Additional Transaction Details:

Order                # f702d780-da0b-4653-93a3-5b4535f5c05e
Approval             # ch_3KkOcBI2aKwfvOvn0HeIkK6p

 namecheap

# RECEIPT

www.namecheap.com   **Order # 92860938**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 4/4/2022 4:20:32 AM | Payment Source | : CreditCard |
| Order Number | : **92860938** | Initial Charge | : $14.16 |
| Transaction ID | : 109259504 | Final Cost | : $14.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|------|------|-----|----------|-------|-----------|
| RENEW | RENEW traffikmovie.com | 1 | 1 year | $13.98 | $13.98 |
| | | | | | ICANN Fee  $0.18 |
| | | | | Sub Total | $14.16 |
| | | | | TOTAL | **$14.16** |

Additional Transaction Details:

Order          # 821fe2b9-2572-41c3-9aa1-26ad5226d882
Approval     # ch_3Kkl9GI2aKwfvOvn0lW8pJiZ

# Google

Payments profile ID
0642-8216-0923

Business name
hiddenempirefilmgroup.com

Payments account nickname
hiddenempirefilmgroup.com

Summary created
May 3, 2022

## May 1 – 3, 2022

Ending balance: $321.30

| Date | Description | Amount (USD) |
|---|---|---|
| May 1 – 31, 2022 | Google Workspace Business Plus: Commitment for 21 seats | $321.30 |
| May 1, 2022 | Automatic payment: American Express ••••1009. A63445449794 | −$321.30 |

Starting balance: $321.30

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com   **Order # 93074799**   support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 4/7/2022 2:27:18 AM | Payment Source | : CreditCard |
| Order Number | : **93074799** | Initial Charge | : $22.66 |
| Transaction ID | : 109560381 | Final Cost | : $22.66 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW whoisguard-protect-one for theintruder.movie | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW whoisguard-protect-one for climb.network | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW climb.network | 1 | 1 year | $22.48 | $22.48<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $22.66 |
| | | | | TOTAL | **$22.66** |

Additional Transaction Details:

Order          # 86c96879-4146-4cb0-820d-f5a051b46bc5
Approval       # ch_3KlooLI2aKwfvOvn1oyBEjk5



# RECEIPT

**Order # 93150960**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | |
|---|---|---|
| Order Date | : | 4/8/2022 4:31:18 AM |
| Order Number | : | **93150960** |
| Transaction ID | : | 109663459 |
| User Name | : | aoneent |
| Address | : | darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US |

| | | |
|---|---|---|
| Payment Source | : | CreditCard |
| Initial Charge | : | $251.16 |
| Final Cost | : | $251.16 |
| | | |
| Total Refund | : | $0.00 |
| Refund Transaction ID | : | N/A |
| | | |
| Refunded To | : | N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW theintruder.movie | 1 | 1 year | $250.98 | $250.98 ICANN Fee  $0.18 |
| | | | | Sub Total | $251.16 |
| | | | | TOTAL | **$251.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 0c1ff60d-bca0-4ca0-8c99-896f5d2b3e5a |
| Approval | # ch_3KmDDrI2aKwfvOvn0gc4VDKt |



# RECEIPT

**Order # 93639945**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com

support@namecheap.com

| | | | | | |
|---|---|---|---|---|---|
| Order Date | : 4/16/2022 2:02:46 AM | | Payment Source | : CreditCard | |
| Order Number | : **93639945** | | Initial Charge | : $14.16 | |
| Transaction ID | : 110353569 | | Final Cost | : $14.16 | |
| User Name | : aoneent | | | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | | Total Refund | : $0.00 | |
| | | | Refund Transaction ID | : N/A | |
| | | | Refunded To | : N/A | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW blackhistoryintwominutes.com | 1 | 1 year | $13.98 | $13.98 ICANN Fee  $0.18 |
| | | | | Sub Total | $14.16 |
| | | | | TOTAL | **$14.16** |

Additional Transaction Details:

Order          # 055efa20-3dc0-4187-ae8a-dd5775910619
Approval    # ch_3Kp4iWI2aKwfvOvn0rOD6HYv



**RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 94367250**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 4/27/2022 6:45:05 PM | Payment Source | : CreditCard |
| Order Number | : **94367250** | Initial Charge | : $43.76 |
| Transaction ID | : 111367078 | Final Cost | : $43.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Apr 26 2022 - May 26 2022) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $18.88 | $18.88 |
| | | | | Sub Total | $43.76 |
| | | | | TOTAL | **$43.76** |

Additional Transaction Details:

Order            # cf6bde79-0d8b-40cd-adec-1a1e07d2810d
Approval         # ch_3KtJbXl2aKwfvOvn1P3eJmN1

# EXHIBIT D

## darrick@aone.la

| | |
|---|---|
| **From:** | darrick@aone.la |
| **Sent:** | Thursday, October 13, 2022 9:41 AM |
| **To:** | 'Burke, Erin' |
| **Subject:** | expired domains statuses |
| **Attachments:** | 8.9.2021 FW_ Hiddenempire.com.pdf; quincy domains-email aug 6 2021.pdf |

Hi Erin,

After some investigation, we have determined what happened to the domains which expired on August 6th, 2022.

a.     Hiddenempiremediagroup.com
b.     Hiddenempiremedia.com
c.     Hiddenempirereleasing.com
d.     Hiddenempireproductions.com
e.     Hiddenempire.productions
f.     Hiddenempire.media
g.     Hiddenempiremedia.group
h.     Hiddenempire.studio
i.     Hiddenempire.org

As I have mentioned on numerous occasions, the domains were registered on August 6, 2021 for *consideration of use by HEFG*. On August 9, 2021 Roxanne emailed Quincy who forwarded it to me, a message saying *"We have hiddenempirefilmgroup already?"* confirming she did not want to use the domains or pay the premium rate to register hiddenempire.com which had also been discussed between Quincy and I. I attached both emails here for clarity and context. HEFG never optioned to use them, never was billed for them, never paid for them and never sent notice to renew them prior to August 6, 2022. They were all completely undeveloped. Therefore, they were allowed to expire.

This was prior to the disabling of HEFG services for non-payment on August 9, 2022, and well before and litigation had started in September.

After contacting the address shown on the privacy guard requesting details about the current registered owner, we have determined that a company who we are familiar with and who routinely registers domains recently expired from us and other vendors, registered these domains and a score of others that had expired recently and are not subject of this litigation. I nor AOne have any interest in this company and have no way to force them to transfer the domains to AOne or to HEFG. Please let me know if I can provide further assistance. Thank you.

Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

| **From:** | Quincy Newell <quincy@hiddenempirefilmgroup.com> |
| **To:** | darrick@aone.la |
| **Subject:** | FW: Hiddenempire |
| **Date:** | Monday, August 9, 2021 11:48:56 AM |

---

**From:** Roxanne Taylor <roxanne@hiddenempirefilmgroup.com>
**Sent:** Sunday, August 8, 2021 9:26 AM
**To:** Quincy Newell <quincy@hiddenempirefilmgroup.com>
**Subject:** Re: Hiddenempire.com

We have hiddenempirefilmgroup already?

Roxanne Taylor

Hidden Empire Film Group
5410 Wilshire Blvd, 10th Floor
LA, Ca 90036

O. (323) 879-9566
C. (916) 257-2475



> On Aug 8, 2021, at 10:58 AM, Quincy Newell <quincy@hiddenempirefilmgroup.com>
> wrote:
>
> Good morning!
>
> Darrick did some research and found that we can secure (buy) the website URL
> hiddenempire.com for $3400.
>
> That's the ideal URL to secure. It aligns with our future rebrand plans. What do you
> think? I think we should lock it down.
>
> Let me know if we can go ahead and get it.
>
> Best,
>
> Quincy

Friday, August 19, 2022 at 09:34:12 Pacific Daylight Time

**Subject:** FW: Order Summary (Order# 78923507);

**Date:** Friday, August 6, 2021 at 3:42:43 PM Pacific Daylight Time

**From:** darrick@hiddenempirefilmgroup.com

**To:** 'Quincy Newell'

**CC:** 'Roxanne Taylor', 'Omar Joseph'

Quincy,

Per our conversation, the following domains have been secured pending their use upon consideration.

With regards,

**Order Details**

| | |
|---|---|
| Order Date: Aug 6, 2021 06:22:22 PM | Payment Source: Credit Card ***(* * * * 1002) |
| Order Number: 78923507 | Initial Charge: $80.24 |
| Transaction ID: 91554619 | Final Cost: $80.24 |
| | |
| | Total Refund: N/A |
| | Refund Transaction ID: N/A |
| | Refunded To: N/A |

| TITLE | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|
| Domain Registration hiddenempiremediagroup.com | 1 | 1 year | $8.88 | $8.88 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempiremedia.com | 1 | 1 year | $8.88 | $8.88 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempirereleasing.com | 1 | 1 year | $8.88 | $8.88 |

Page 1 of 3

| | | | | |
|---|---|---|---|---|
| | | | | ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempireproductions.com | 1 | 1 year | $8.88 | $8.88 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.productions | 1 | 1 year | $5.98 | $5.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.media | 1 | 1 year | $4.98 | $4.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempiremedia.group | 1 | 1 year | $10.98 | $10.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.studio | 1 | 1 year | $11.98 | $11.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.org | 1 | 1 year | $9.18 | $9.18 ICANN Fee $0.18 |

| | | | | | |
|---|---|---|---|---|---|
| Free Domain Privacy | 1 | 1 year | | $0.00 | $0.00 |
| | | | | | Setup $0.00 |

| | |
|---|---|
| Sub Total | $0.00 |
| **TOTAL** | **$80.24** |

## Additional Transaction Details

Order Ref # aoneent-76.167.147.254-20ba8aadc9ae4f17887577348a60addd
Approval #  ch_3JLbQmI2aKwfvOvn0Im20r50

**Hosting:**
If you've purchased a hosting plan, its activation and setup will start soon →. Once both are complete, we'll send you a welcome email with your IP address and hosting account information.

**SSL Certificates:**
If you've purchased an SSL certificate, you will need to enable the SSL on your server. However, if you purchased a renewal PositiveSSL or EssentialSSL for a domain on Namecheap Shared Hosting, it should be installed automatically within an hour of the purchase.

**Premium domains:**
Please note that the premium purchase may take 24-72 hours to complete. We might get in touch with you to confirm purchase details. Please see our Knowledgebase for more information.

**Transfers:**
If you are transferring domains that require an Auth Code (or "EPP code"), we'll let you know. If it's required, please obtain the Auth Code from your previous registrar and enter it via your Account Panel.

**Renewals:**
We strongly encourage you to select auto-renewal for your domains and other products, whenever the option is available. We offer a variety of payment options for auto-renewals.

Feel free to contact our Customer Service team if you have any questions or concerns. They're available 24/7.

Regards,
Team Namecheap
https://www.namecheap.com/

# EXHIBIT E

**Subject:** FW: Order Summary (Order# 78923507);

**Date:** Friday, August 6, 2021 at 3:42:43 PM Pacific Daylight Time

**From:** darrick@hiddenempirefilmgroup.com

**To:** 'Quincy Newell'

**CC:** 'Roxanne Taylor', 'Omar Joseph'

Quincy,

Per our conversation, the following domains have been secured pending their use upon consideration.

With regards,

**Order Details**

Order Date:     Aug 6, 2021 06:22:22 PM

Order Number: 78923507

Transaction ID: 91554619

Payment Source:     Credit Card ***(* * * * 1002)

Initial Charge:     $80.24

Final Cost:     $80.24

Total Refund:     N/A

Refund Transaction ID: N/A

Refunded To:     N/A

| TITLE | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|
| Domain Registration hiddenempiremediagroup.com | 1 | 1 year | $8.88 | $8.88 |
| | | | | ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 |
| | | | | Setup $0.00 |
| Domain Registration hiddenempiremedia.com | 1 | 1 year | $8.88 | $8.88 |
| | | | | ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 |
| | | | | Setup $0.00 |
| Domain Registration hiddenempirereleasing.com | 1 | 1 year | $8.88 | $8.88 |

| | | | | |
|---|---|---|---|---|
| | | | | ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempireproductions.com | 1 | 1 year | $8.88 | $8.88 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.productions | 1 | 1 year | $5.98 | $5.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.media | 1 | 1 year | $4.98 | $4.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempiremedia.group | 1 | 1 year | $10.98 | $10.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.studio | 1 | 1 year | $11.98 | $11.98 ICANN Fee $0.18 |
| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 Setup $0.00 |
| Domain Registration hiddenempire.org | 1 | 1 year | $9.18 | $9.18 ICANN Fee $0.18 |

| Free Domain Privacy | 1 | 1 year | $0.00 | $0.00 |
| | | | | Setup $0.00 |

| | Sub Total | $0.00 |
| | TOTAL | **$80.24** |

## Additional Transaction Details

Order Ref # aoneent-76.167.147.254-20ba8aadc9ae4f17887577348a60addd
Approval #  ch_3JLbQmI2aKwfvOvn0Im20r50

**Hosting:**
If you've purchased a hosting plan, its activation and setup will start soon →. Once both are complete, we'll send you a welcome email with your IP address and hosting account information.

**SSL Certificates:**
If you've purchased an SSL certificate, you will need to enable the SSL on your server. However, if you purchased a renewal PositiveSSL or EssentialSSL for a domain on Namecheap Shared Hosting, it should be installed automatically within an hour of the purchase.

**Premium domains:**
Please note that the premium purchase may take 24-72 hours to complete. We might get in touch with you to confirm purchase details. Please see our Knowledgebase for more information.

**Transfers:**
If you are transferring domains that require an Auth Code (or "EPP code"), we'll let you know. If it's required, please obtain the Auth Code from your previous registrar and enter it via your Account Panel.

**Renewals:**
We strongly encourage you to select auto-renewal for your domains and other products, whenever the option is available. We offer a variety of payment options for auto-renewals.

Feel free to contact our Customer Service team if you have any questions or concerns. They're available 24/7.

Regards,
Team Namecheap
https://www.namecheap.com/

# EXHIBIT F

| From: | Roxanne Taylor |
|---|---|
| To: | Google Workspace Support |
| Cc: | darrick.aone@gmail.com; Burke, Erin |
| Subject: | Support # 40829326 and 41009848 |
| Date: | Wednesday, October 5, 2022 6:08:39 PM |

Dear Google Workspace Support,


There are several parties on this correspondence, all requesting your assistance to achieve the same end goal, which is to facilitate proper administrator access for the Google workspace "**hiddenempirefilmgroup.com**".  Two separate, previous support cases have been opened on this same matter to include:


1. Google Workspace Support 40829326: [rogue] roxanne@hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004Mtwez7:ref ]
2. Google Workspace Support 41009848: Child case for domain hiddenempirefilmgroup.com [

ref:_00Df423Flu._5004MtqpVr:ref ]


Currently, no user (or admin) in the hiddenempirefilmgroup.com workspace can access their account; instead, users are referred to contact the workspace admin.  However, the sole admin's privileges were revoked by Google in September, likely due to parallel requests above, and so anyone's access to the workspace is in a holding pattern. Therefore, we need to get an appropriate admin email for this workspace.  The prior admin account was darrick@hiddenempirefilmgroup.com.  That admin is copied on this correspondence through the email "darrick.aone@gmail.com", the same email used to contact Google workspace for help on this matter between Sept 6 – Sept 29 2022 in support matter "41009848".  In support matter 41009848, this prior admin stated "*I have agreed to give roxanne@hiddenempirefilmgroup.com administrator privileges*." The owner of Roxanne@hiddenempirefilmgroup.com separately contacted workspace support in matter "40829326" asking for administrator privileges (please note correspondence in that support ticket as well as in this ticket with the email roxanneavent@gmail.com as there is no way to access, at this time due to this very issue,  email for roxanne@hiddenempirefilmgroup.com – error messages advise to contact the admin, but again, there is no active admin).   The admin receives this error message:


--
Roxanne Taylor

| | |
|---|---|
| **From:** | Google Workspace Support |
| **To:** | darrick.aone@gmail.com |
| **Subject:** | Google Workspace Support 41009848: Child case for domain hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004MtqpVr:ref ] |
| **Date:** | Tuesday, September 6, 2022 8:34:23 AM |

Google Workspace



Hello Darrick,

I am contacting you to let you know that another user is claiming ownership of "hiddenempirefilmgroup.com". As per the Google Workspace terms of service 'https://workspace.google.com/terms/premier_terms.html' domain ownership is a requirement for Google Workspace services. Google Cloud Support has revoked your administrative privileges while ownership of the domain is under debate.

Within seven days, you must successfully complete the actions listed below in order to prove ownership. If you fail to do so, you will not be granted administrative access to your Google Workspace account or any assets associated with it: user accounts, domains, Gmail content, Google Drive data, Google Cloud Platform projects, YouTube channel(s), Google Play developer account, etc.

This change on your Google Workspace account implies loss of administrative privileges to all assets associated within the Google Workspace account.

If you no longer own this domain, you have terminated the agreement with Google Workspace.

If you still own the primary domain name - hiddenempirefilmgroup.com, please reply to this message as soon as possible and provide us with proof of your ownership.

You can provide proof of domain ownership for your primary domain sovanyc.com by following

the steps below:

1. Create the following CNAME record through your domain hosting provider:

41009848.hiddenempirefilmgroup.com points to google.com

If your hosting provider is separate from your domain registrar, make sure you are modifying the CNAME record with your hosting provider.

For more information on how to create a CNAME record, please visit https://support.google.com/a/answer/47283. If you need assistance in creating the CNAME record, please contact your hosting provider for support

2.  Please answer the following account knowledge questions:

Please try to answer all of the questions, specifying a single answer to each one. If you are uncertain about some of the answers, it's a good idea to check the inbox of the personal email address you've specified while registering the Google Workspace account, or the bank that manages the payment method you're using.

- What is the username (username@domain.com) of the Super Administrator account you are trying to access?

- When did you last sign in to this Super Administrator account (MM/DD/YYYY)?

- What is the original secondary/recovery email address?

- Why are you unable to access this secondary/recovery email address?

- How many users are on your Google Workspace account?

If you paid with a credit/debit card: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)

- When was the last charge for this Google Workspace account (MM/DD/YYYY)?

- How much was your credit/debit card charged?

- What type of credit/debit card was charged (e.g. MasterCard, Visa)?

- What are the last four digits of this card?

- What is the expiration date of this card?

- What is the billing address associated with the Google Workspace payment method?

- If you made the transaction through Google Wallet, what is the order number?

If you paid by bank transfer: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)

- What is the date of the most recent invoice (MM/DD/YYYY)?

- How much was your most recent bank transfer?

- What is the reference number for this transfer?

- What are the last two digits of this bank account?

- What is the billing address associated with the Google Workspace payment method?

If you paid by PayPal:

- When was the last charge for this Google Workspace account (MM/DD/YYYY)?

- How much was your PayPal account charged?

- What email is associated with the Paypal account used to pay?

- What is the ID of your last invoice?

Once you have replied, I will check your answers to the account knowledge questions. After I have verified your ownership of hiddenempirefilmgroup.com, we will be able to confirm Google Workspace account ownership.

I appreciate your patience and your understanding regarding our commitment to account security.

Please feel free to get in touch with us if you have any concerns or queries. We are always here and happy to help.

Regards,

Prince
Google Workspace Support

*Follow **@AskWorkspace** for regular helpful tips & product updates*



© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

| From: | Google Workspace Support |
|---|---|
| To: | darrick.aone@gmail.com |
| Subject: | Google Workspace Support 41009848: Child case for domain hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004MtqpVr:ref ] |
| Date: | Wednesday, September 7, 2022 10:26:24 AM |

Google Workspace

Hello Darrick,

I hope this email finds you well.

Thank you for completing the Knowledge test and adding the CNAME records for the domain 'hiddenempirefilmgroup.com'. I am glad to see that the CNAME record is propagating accurately to the values given by us. I request you not to remove/edit the CNAME records until the issue is resolved.

I understand that you are going through a difficult situation. Please be informed that we have already involved our team of specialists to review the case and fastened our investigation to resolve the issue at the earliest.

Since we are in between of the investigation and this will take upto 7 business days therefore once we have verified your ownership of 'hiddenempirefilmgroup.com', we will be able to confirm Google Workspace account ownership and will be providing you with an update soon as I have one in order to provide you access with your Google workspace account.

I appreciate your patience and your understanding regarding our commitment to account security.

If you have queries in the meantime, please do not hesitate to contact me by replying to this message. Have a great day!

| | |
|---|---|
| **From:** | Darrick Angelone |
| **To:** | Google Workspace Support |
| **Subject:** | Re: Google Workspace Support 41009848: Child case for domain hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004MtqpVr:ref ] |
| **Date:** | Tuesday, September 13, 2022 9:57:19 AM |

Please advise status of case. Its been longer than 7 days and we have not had admin access restored. We will have no choice except to stop using google services and remove the dns settings currently pointing to google services.  Thank you.

On Wed, Sep 7, 2022 at 10:26 Google Workspace Support <workspacesupport@google.com> wrote:



Hello Darrick,

I hope this email finds you well.

Thank you for completing the Knowledge test and adding the CNAME records for the domain 'hiddenempirefilmgroup.com'. I am glad to see that the CNAME record is propagating accurately to the values given by us. I request you not to remove/edit the CNAME records until the issue is resolved.

I understand that you are going through a difficult situation. Please be informed that we have already involved our team of specialists to review the case and fastened our investigation to resolve the issue at the earliest.

Since we are in between of the investigation and this will take upto 7 business days therefore once we have verified your ownership of 'hiddenempirefilmgroup.com', we will be able to confirm Google Workspace account ownership and will be providing you with an update soon as I have one in order to provide you access with your Google workspace account.

I appreciate your patience and your understanding regarding our commitment to account security.

If you have queries in the meantime, please do not hesitate to contact me by replying to this message. Have a great day!

Regards,

Prince
Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*



© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043



--
Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

| From: | Google Workspace Support |
|---|---|
| To: | darrick.aone@gmail.com |
| Subject: | Google Workspace Support 41009848: Child case for domain hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004MtqpVr:ref ] |
| Date: | Monday, September 26, 2022 6:15:16 PM |

Google Workspace

Hello Darrick,

Thank you for your response. My name is Rithik and I am representing the Account Recovery Team for Google Workspace. I am contacting you on behalf of my colleague Prince.

I apologize for the delay in response. It looks like the CNAME record has been removed, therefore please add the CNAME record again so that
we can resolve this issue at the earliest.

If you have any questions or concerns, please respond to this email, I will be happy to address them.

Regards,

Rithik
Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*



© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

| **From:** | Darrick Angelone |
|---|---|
| **To:** | Google Workspace Support |
| **Subject:** | Re: Google Workspace Support 41009848: Child case for domain hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004MtqpVr:ref ] |
| **Date:** | Thursday, September 29, 2022 7:03:51 PM |

I have agreed to give roxanne@hiddenempirefilmgroup.com administrator privileges… but i
am unable to because my administrator privileges have been revoked. Please advise how we
can facilitate this with upmost quickness. I have advised Roxanne as well. Thank you.

On Wed, Sep 28, 2022 at 20:26 Google Workspace Support
<workspacesupport@google.com> wrote:



Google Workspace

Hello Darrick,

Thank you for your response. My name is Rithik and I am representing the Account
Recovery Team for Google Workspace. I am contacting you on behalf of my colleague
Prince.

If you still wish to regain your administrator privileges we can help you with that. However,
for us to proceed with that you will have to add the CNAME record.

Should you have queries in the meantime, please do not hesitate to contact me by
replying to this message.

Regards,

Rithik
Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*



© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

--
Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

# EXHIBIT G

| | |
|---|---|
| **From:** | Darrick Angelone |
| **To:** | Sean Miller |
| **Subject:** | Re: Your Google Workspace data transfer was successful for Sean Miller to Deon Taylor Assistant |
| **Date:** | Tuesday, August 2, 2022 1:44:43 PM |

Accounts are being closed out and where necessary set up for transfer.

On Tue, Aug 2, 2022 at 13:25 Sean Miller <sean@hiddenempirefilmgroup.com> wrote:

What is this?

Sean

**Sean Miller**
Office Manager

*Hidden Empire Film Group*

c | 818.634.4989

o | 323.613.7120

e | sean@hiddenempirefilmgroup.com

w | www.hiddenempirefilmgroup.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify Hidden Empire Film Group immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

---------- Forwarded message ---------
From: **The Google Workspace Team** <workspace-noreply@google.com>
Date: Tue, Aug 2, 2022 at 12:59 PM
Subject: Your Google Workspace data transfer was successful for Sean Miller to Deon Taylor Assistant
To: <sean@hiddenempirefilmgroup.com>



Hello Admin,

| | |
|---|---|
| **From:** | Darrick Angelone |
| **To:** | Sean Miller |
| **Subject:** | Re: Your Google Workspace data transfer was successful for Sean Miller to Deon Taylor Assistant |
| **Date:** | Tuesday, August 2, 2022 1:48:49 PM |

This will need to be set up internally on hefg side and transfer request made there. This is an aone service being discontinued with current outstanding balance.

On Tue, Aug 2, 2022 at 13:46 Sean Miller <sean@hiddenempirefilmgroup.com> wrote:
> Okay, but why is my data being transferred to the DT Asst?
>
> Like my emails and stuff?
>
> Sean
>
> On Tue, Aug 2, 2022 at 1:44 PM Darrick Angelone <darrick@hiddenempirefilmgroup.com> wrote:
>> Accounts are being closed out and where necessary set up for transfer.
>>
>> On Tue, Aug 2, 2022 at 13:25 Sean Miller <sean@hiddenempirefilmgroup.com> wrote:
>>> What is this?
>>>
>>> Sean
>>>
>>>
>>>
>>> **Sean Miller**
>>> Office Manager
>>>
>>> *Hidden Empire Film Group*
>>>
>>> c | 818.634.4989
>>>
>>> o | 323.613.7120
>>>
>>> e | sean@hiddenempirefilmgroup.com
>>>
>>> w | www.hiddenempirefilmgroup.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify Hidden Empire Film Group immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

>>> ---------- Forwarded message ---------
>>> From: **The Google Workspace Team** <workspace-noreply@google.com>
>>> Date: Tue, Aug 2, 2022 at 12:59 PM
>>> Subject: Your Google Workspace data transfer was successful for Sean Miller to Deon Taylor Assistant
>>> To: <sean@hiddenempirefilmgroup.com>

# EXHIBIT H

 **Gmail**

---

## NEW EMAIL Re: Testing
1 message

---

**Sean Miller** <sean@hiddenempirefilmgroup.com>                Wed, Sep 14, 2022 at 9:21 AM
To: darrick@aone.la

Hello and thank you for your email.

This email is no longer active.

For ALL INQUIRIES please message me at:

**hiddenempirefilm@gmail.com**

Thank you kindly,

Sean


--



**Sean Miller**
Office Manager

***Hidden Empire Film Group***

c | 818.634.4989

o | 323.613.7120

e | sean@hiddenempirefilmgroup.com

w | www.hiddenempirefilmgroup.com

**THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS.** This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify Hidden Empire Film Group immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

 **Gmail**

---

# NEW EMAIL Re: Testing

1 message

---

**Sean Miller** <sean@hiddenempirefilmgroup.com>                    Thu, Sep 29, 2022 at 3:11 PM
To: darrick@aone.la

Hello and thank you for your email.

This email is no longer active.

For ALL INQUIRIES please message me at:

**hiddenempirefilm@gmail.com**

Thank you kindly,

Sean

--

**Sean Miller**
Office Manager

***Hidden Empire Film Group***

c | 818.634.4989

o | 323.613.7120

e | sean@hiddenempirefilmgroup.com

w | www.hiddenempirefilmgroup.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify Hidden Empire Film Group immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you.

# EXHIBIT I

| From: | darrick@aone.la |
|---|---|
| To: | "Roxanne Taylor"; deontaylor@icloud.com |
| Cc: | "Jt Fox" |
| Subject: | WEBSITE ACCOUNTS |
| Date: | Friday, September 30, 2022 5:29:49 PM |

HEFG,

Regarding the following:

WEBSITE ACCOUNTS
www.hiddenempirefilmgroup.com
www.hyperengine.ai

What are you asking for on this request. There are not website accounts to share access or transfer. It not clear what is being asked for. Domain ownership/admin would be where these domains and where they point to would be controlled. That will be forthcoming soon.. Also we do not have the domain www.hiddenempire.com.


Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

# EXHIBIT J

| | |
|---|---|
| **From:** | Darrick Angelone |
| **To:** | "Burke, Erin" |
| **Subject:** | RE: [EXTERNAL] RE: Follow up |
| **Date:** | Tuesday, October 4, 2022 2:16:00 PM |

Thank you Erin. I will be done and back at my computer to be able to start the access and ownership transfers around a quarter after 4. As a reminder, the transfers and access will need to be confirmed by the 'roxanneavent' Namecheap account. Thank you.

Also we still need Meta business manager id to transfer and allow access to FB pages and specific clarity for the list of social handles as detailed in the injunction... and I believe we need to coordinate the 2 factor authentication for the social account credentials we've already provided via lastpass.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 12:05 PM
**To:** Darrick@aone.la
**Subject:** RE: [EXTERNAL] RE: Follow up

Darrick,

Let's start the domain transfers and access.  Please use Namecheap username "roxanneavent" and let me know if you encounter any issues.

**Erin Burke**
+1.949.386.6333 M
erin.burke@fticonsulting.com

**From:** darrick@aone.la <darrick@aone.la>
**Sent:** Tuesday, October 4, 2022 9:24 AM
**To:** Burke, Erin <erin.burke@fticonsulting.com>
**Subject:** [EXTERNAL] RE: Follow up

Good morning Ms. Burke,

Please advise if you will be providing a Namecheap username for your clients today, so we can facilitate the transfer and access of the domains, as directed in the injunction? We remain ready to execute as soon as it is provided to us.

The same applies for the Facebook pages, which we are waiting for a business manager account id from your client to facilitate transfer and access for those.

Thank you greatly.

Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Monday, October 3, 2022 2:23 PM
**To:** erin.burke@fticonsulting.com
**Subject:** RE: Follow up

Ms. Burke,

To recap our brief second conversation. We can provide cpanel to cpanel or a proper gzip of the html/css files on the AOne server of HEFG. Gzip is probably easiest but whatever is best for you will work. I am standing by for your direction. Thank you.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Monday, October 3, 2022 2:11 PM
**To:** 'erin.burke@fticonsulting.com' <erin.burke@fticonsulting.com>
**Subject:** Follow up

Hi Ms. Burke,

It was great to speak with you and refreshing to see there is finally someone with the familiarity needed to help facilitate the transfer and access to many of the assets in question and understand where the order is lacking is the needed specifics (i.e. social accounts) or demanding transfer of assets that do not exist in the capacity they are listed (i.e.: website accounts). I think we covered almost all of the aspects on the call and will briefly summarize below for the record. Please let me know if I forgot anything. It was a very productive call otherwise. Thank you.

**DOMAINS:**

We agree, that my suggestion for domain ownership and access can be facilitated most quickly and easily via Namecheap to Namecheap accounts. This will be done once you are able to provide me with a Namecheap user name for HEFG. You will then be required to confirm the transfer on the

HEFG side individually for each domain that is transferred or provided access to, once I have made each of the transfers. We have agreed to domain ownership transfer/access for all except those listed below, with reasons explanation included.

As discussed we do not own and have never owned the following domains. It would be impossible for me to transfer.
- HEFG.com
- Climb.org
- Fearthemovie.com

Further discussed were the following domains which were secured in August 6, 2021 for consideration of possible use, but they were never used and we have no record of any billing to or payments from HEFG for these domains. I have attached HEFG payment invoices for August 2021 through the last paid invoice of April 2022. Otherwise we are investigating the status and location of them for when the issues is ultimately resolved.

- Hiddenempiremediagroup.com
- Hiddenempiremedia.com
- Hiddenempirereleasing.com
- Hiddenempireproductions.com
- Hiddenempire.productions
- Hiddenempire.media
- Hiddenempiremedia.group
- Hiddenempire.studio
- Hiddenempire.org

The following domain is not listed on the email with Quincy on August 6, 2021 and we also have no record of HEFG being billed for or them having paid for the domain.

- Hiddenempireentertainment.com

**Social Media Accounts:**

Thank you for confirming you were able to access the credentials we provided to Roxanne on Friday September 30, 2022. As we agreed that lastpass was suitable for the transfer of credentials where credentials apply. Specifically for Twitter and Instagram. With Instagram requiring all people with access to have the credentials and Twitter allowing the possibility to provide access to other accounts without the sharing of credentials.

For Facebook we will wait for you to provide a Meta Business manager account ID with which we can transfer/share the profiles to.

HEFG needs to be very specific to which platform the handles they list are located on. As is, we agree that it is nearly impossible to decipher and if this injunction was taken to the social media companies they would ne be able to comply as it is way to vague and in many cases includes accounts never

owned or controlled by me or aone.

I am waiting for you to get back to me after HEFG is more specific for this demand.

Not owned or controlled by Aone, or do not exist:

- Theintrudermovie social accounts are owned and managed by Sony.
- Fatalemovie social accounts are owned and managed by Lionsgate.
- Dtfilmtohoop does not exist
- Roxanneavent we never owned or controlled and cannot transfer.
- Deontaylor we never owned or controlled and cannot transfer.
- The.hustle.movie does not exist
- Akuma.movie does not exist


**Google Workspace Email**

We are in agreement that Google workspace does not have a login credential per se, rather privileges are applied to users accounts, a user account typically being their name followed by @hiddenempirefilmgroup.com. Given that the only administrator account has always been darrick@hiddenempirefilmgroup.com, and it was set up in 2016 under my personal gmail account.

As we discussed, and also what I suggested to HEFG in early August was that the easdiest solution for HEFG would be for them to set up an email server with Microsoft exchange or any other email server and then we could point the DNS at the domain to their own servers and not the ones registered and administered by aone since inception. Traditionally clients are usually insistent on having and managing their own and that would be the solution. All user accounts on google are currently enabled and should be able to be accessed for them to be able to download a back up of their files, at least while we are currently in the black hole of google customer service. Since HEFG will now own and control their domain it makes the most sense that they would setup their own servers.

**Website Accounts**

I believe we left this in agreement that there was probably some confusion between this and domain level access which makes this transfer request moot. There are no files on hiddenempire.com or hyperengine.ai and they should have the files for HEFG and are just going to point the dns away from aone servers once they get control. Otherwise the transfer of a server not owned by either of us we can agree would be impossible to facilitate.


With regards,

**Darrick Angelone**

AONE Creative LLC.
m. 310-869-2354
aone.la

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| | |
|---|---|
| **From:** | Darrick Angelone |
| **To:** | "Burke, Erin" |
| **Subject:** | RE: [EXTERNAL] RE: Follow up |
| **Date:** | Tuesday, October 4, 2022 4:08:00 PM |

Hi Erin,

We have facilitated the transfer of ownership and provided access as required to the following. Please confirm receipt.

Required Ownership Transfer:
- Hiddenempirefilmgroup.com
- Hiddenempirefilms.com

Ownership Transferred Despite Lack of Order:
- Meettheblacksthemovie.com
- 2getherwesavelives.com
- Togetherwewillsavelives.com (listed twice at xli. & xlii)
- Togetherwewillsavelives.org
- Factsnotpolitics.org

Full Admin Access Provided:
- Fatale.movie
- Theintruder.movie
- Traffik.movie
- Traffikmovie.com
- Meettheblacksmovie.com
- Thehousenextdoor.movie
- Supremacyfilm.com
- Supremacymovie.com
- Fear.movie
- Freeagentsmovie.com
- Freeagents.movie
- Hoop2film.com
- Hooptofilm.com
- Climborganization.org
- Climb.network
- Blackchairshow.com
- Blackhistoryintwominutes.com
- Bewoke.vote (improperly listed as be.woke.vote in order)
- Hyperenginellc.com
- Hyperengine.ai

The following domains we don't own and never owned and cannot facilitate a transfer. I hope you can help convince your clients the same following your due diligence.
- Hefg.com

- 2getherwewillsavelives.com
- Climb.org
- Factsnotpolitics.com

Lastly in regards to the complete list of domains listed in injunction. The following are domains registered in Aug 2021, not used by HEFG not billed to or paid for and allowed to expire last month. They are currently not held in our namecheap account preventing me from being able to transfer/provide access as ordered. We are still investigating this and would welcome any feedback or help if you have tracked anything in their regards. They are:

- Hiddenempiremediagroup.com
- Hiddenempiremedia.com
- Hiddenempirereleasing.com
- Hiddenempireproductions.com
- Hiddenempire.productions (listed twice in order at viii & xvii)
- Hiddenempire.media
- Hiddenempiremedia.group
- Hiddenempire.studio
- Hiddenempire.org
- Hiddenempireentertainment.com
- Hiddenempirestudios.com

Thank you.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

---

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 12:05 PM
**To:** Darrick@aone.la
**Subject:** RE: [EXTERNAL] RE: Follow up

Darrick,

Let's start the domain transfers and access.  Please use Namecheap username "roxanneavent" and let me know if you encounter any issues.

**Erin Burke**
+1.949.386.6333 M
erin.burke@fticonsulting.com

---

**From:** darrick@aone.la <darrick@aone.la>
**Sent:** Tuesday, October 4, 2022 9:24 AM
**To:** Burke, Erin <erin.burke@fticonsulting.com>

**Subject:** [EXTERNAL] RE: Follow up

Good morning Ms. Burke,

Please advise if you will be providing a Namecheap username for your clients today, so we can facilitate the transfer and access of the domains, as directed in the injunction? We remain ready to execute as soon as it is provided to us.

The same applies for the Facebook pages, which we are waiting for a business manager account id from your client to facilitate transfer and access for those.

Thank you greatly.

Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Monday, October 3, 2022 2:23 PM
**To:** erin.burke@fticonsulting.com
**Subject:** RE: Follow up

Ms. Burke,

To recap our brief second conversation. We can provide cpanel to cpanel or a proper gzip of the html/css files on the AOne server of HEFG. Gzip is probably easiest but whatever is best for you will work. I am standing by for your direction. Thank you.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m: 310-869-2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Monday, October 3, 2022 2:11 PM
**To:** 'erin.burke@fticonsulting.com' <erin.burke@fticonsulting.com>
**Subject:** Follow up

Hi Ms. Burke,

It was great to speak with you and refreshing to see there is finally someone with the familiarity needed to help facilitate the transfer and access to many of the assets in question and understand

where the order is lacking is the needed specifics (i.e. social accounts) or demanding transfer of assets that do not exist in the capacity they are listed (i.e.: website accounts). I think we covered almost all of the aspects on the call and will briefly summarize below for the record. Please let me know if I forgot anything. It was a very productive call otherwise. Thank you.

**DOMAINS:**

We agree, that my suggestion for domain ownership and access can be facilitated most quickly and easily via Namecheap to Namecheap accounts. This will be done once you are able to provide me with a Namecheap user name for HEFG. You will then be required to confirm the transfer on the HEFG side individually for each domain that is transferred or provided access to, once I have made each of the transfers. We have agreed to domain ownership transfer/access for all except those listed below, with reasons explanation included.

As discussed we do not own and have never owned the following domains. It would be impossible for me to transfer.
- HEFG.com
- Climb.org
- Fearthemovie.com

Further discussed were the following domains which were secured in August 6, 2021 for consideration of possible use, but they were never used and we have no record of any billing to or payments from HEFG for these domains. I have attached HEFG payment invoices for August 2021 through the last paid invoice of April 2022. Otherwise we are investigating the status and location of them for when the issues is ultimately resolved.

- Hiddenempiremediagroup.com
- Hiddenempiremedia.com
- Hiddenempirereleasing.com
- Hiddenempireproductions.com
- Hiddenempire.productions
- Hiddenempire.media
- Hiddenempiremedia.group
- Hiddenempire.studio
- Hiddenempire.org

The following domain is not listed on the email with Quincy on August 6, 2021 and we also have no record of HEFG being billed for or them having paid for the domain.

- Hiddenempireentertainment.com

**Social Media Accounts:**

Thank you for confirming you were able to access the credentials we provided to Roxanne on Friday September 30, 2022. As we agreed that lastpass was suitable for the transfer of credentials where

credentials apply. Specifically for Twitter and Instagram. With Instagram requiring all people with access to have the credentials and Twitter allowing the possibility to provide access to other accounts without the sharing of credentials.

For Facebook we will wait for you to provide a Meta Business manager account ID with which we can transfer/share the profiles to.

HEFG needs to be very specific to which platform the handles they list are located on. As is, we agree that it is nearly impossible to decipher and if this injunction was taken to the social media companies they would ne be able to comply as it is way to vague and in many cases includes accounts never owned or controlled by me or aone.

I am waiting for you to get back to me after HEFG is more specific for this demand.

Not owned or controlled by Aone, or do not exist:

- Theintrudermovie social accounts are owned and managed by Sony.
- Fatalemovie social accounts are owned and managed by Lionsgate.
- Dtfilmtohoop does not exist
- Roxanneavent we never owned or controlled and cannot transfer.
- Deontaylor we never owned or controlled and cannot transfer.
- The.hustle.movie does not exist
- Akuma.movie does not exist

**Google Workspace Email**

We are in agreement that Google workspace does not have a login credential per se, rather privileges are applied to users accounts, a user account typically being their name followed by @hiddenempirefilmgroup.com. Given that the only administrator account has always been darrick@hiddenempirefilmgroup.com, and it was set up in 2016 under my personal gmail account.

As we discussed, and also what I suggested to HEFG in early August was that the easdiest solution for HEFG would be for them to set up an email server with Microsoft exchange or any other email server and then we could point the DNS at the domain to their own servers and not the ones registered and administered by aone since inception. Traditionally clients are usually insistent on having and managing their own and that would be the solution. All user accounts on google are currently enabled and should be able to be accessed for them to be able to download a back up of their files, at least while we are currently in the black hole of google customer service. Since HEFG will now own and control their domain it makes the most sense that they would setup their own servers.

**Website Accounts**

I believe we left this in agreement that there was probably some confusion between this and domain

level access which makes this transfer request moot. There are no files on hiddenempire.com or hyperengine.ai and they should have the files for HEFG and are just going to point the dns away from aone servers once they get control. Otherwise the transfer of a server not owned by either of us we can agree would be impossible to facilitate.

With regards,

**Darrick Angelone**
ADNE Creative LLC.
m. 310-869-2354
aone.la

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| From: | Darrick Angelone |
|---|---|
| To: | "Burke, Erin" |
| Subject: | RE: [EXTERNAL] RE: Social media follow up |
| Date: | Tuesday, October 4, 2022 5:31:37 PM |
| Attachments: | image001.png |
| | image002.png |

Sounds good. Have nice evening. We'll speak tomorrow. I have a call from 9:00 to 10:30 then a dr appointment from 10:30 to probably 11:30 and then a conf call at 1pm. So I am available for you between 11:30 and 1 or after 2pm. Thank you so much.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 910-869-2354
aone.la

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 5:23 PM
**To:** Darrick Angelone <darrick@aone.la>
**Subject:** Re: [EXTERNAL] RE: Social media follow up

Copy. We both need to pivot to parenting duties around the same time! I will review your domain transfer list tonight/early AM and we can reconvene tomorrow. Thanks, Darrick.

On Oct 4, 2022, at 5:12 PM, Darrick Angelone <darrick@aone.la> wrote:

Hi Erin,

I will have to take my son to a study group at 5:30 and will need to break from this until the am. In the meantime I am waiting on your confirmation regarding the domain transfer we initiated and below I have addressed each line with details for what's been transferred, what cannot be transferred and what we still need an account from HEFG to add ad a manager, such as with youtube. Thanks so much, this is a huge amount of digital assets and I think we are moving through pretty quickly. Please confirm.

1. Instagram:
   1. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   2. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   3. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   4. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   5. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   6. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   7. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/

**WE HAVE PROVIDED ALL PASSWORDS HAVE BEEN SHARED WITH YOU VIA LASTPASS, FOR ALL OF THE INSTAGRAM ACCOUNTS LISTED ABOVE.**
**@HIDDENEMPIREFILMGROUP**

1. Facebook:
   1. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   2. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   3. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   4. Traffik: https://www.facebook.com/traffikmovie/
   5. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   6. "Be woke.vote": https://www.facebook.com/be.woke.vote/
   7. "Fear Movie": https://www.facebook.com/fearmovie2022/
   8. Climb.organization: https://www.facebook.com/climb.organization/

**WE HAVE TRANSFERRED OWNERSHIP AND CONTROL OF THE @HIDDENEMPIREFILMGROUP FB PAGE TO THE META BUINESS MANAGER ID YOU PROVIDED.**
**WE HAVE PROVIDED ACCESS AND CONTROL OVER ALL THE OTHER ACCOUNT LISTED ABOVE.**

1. Twitter:
   1. Hiddenempirefg: https://twitter.com/hiddenempirefg
   2. [@]meettheblacks:
   3. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
   4. Traffik: https://twitter.com/traffikmovie
   5. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   6. Bewoke.vote: https://twitter.com/bewokevote/
   7. May you please check your records for a twitter relating to fear.movie?

**@HIDDENEMPIREFG WAS SUSPENDEDFOR COPYRIGHT ISSUES.**
**@FEAR.MOVIE DOES NOT EXIST**
**THE REST CREDENTIALS FOR THE REST WERE SHARED WITH YOU VIA LASTPASS.**

1. LinkedIn:
   1. https://www.linkedin.com/company/hidden-empire-film-group/

**I AM NOT AN ADMIN OR MANAGER OF THIS LINKEDIN PAGE. IT IS NOT POSSIBLE FOR ME TO TRANSFER IT.**

1. Youtube:
   1. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   2. https://www.youtube.com/blackhistoryintwominutes/
   3. https://www.youtube.com/c/BeWokeVote

**THE HIDDENEMPIREFILMGROUP CHANNEL WAS NOT MANAGED BY US AND WAS CONNECTED TO AN HEFG ACCOUNT. AONE HAD POSTING PRIVILEGES.**

**WE WILL NEED YOU TO PROVIDE AN ACCOUNT TO PROVIDE ADMIN ACCESS TO FOR THE BE WOKE AND BLACK HISTORY YOUTUBE CHANNELS.**

2. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

THESE WERE SET UP AND NEVER USED. MY RECOLLECTION WAS THAT THEY BECAME OTHER ACCOUNTS OR ACCOUNTS WE USED TO AMPLIFY OTHER MESSAGING OVER THE YEARS. THEY EITHER DO NOT EXIST OR WE NO LONGER HAVE ACCESS TO THEM.

With regards,

**Darrick Angelone**
ADNE Creative LLC.
m. 310-869-2354
aone.la

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 2:38 PM
**To:** darrick@aone.la
**Subject:** Social media follow up

Darrick,

Turning to the social media portion, Facebook Manager ID is: 423512856612497.  Below are the verified accounts for prioritization:

1. Instagram:
   1. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   2. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   3. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   4. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   5. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   6. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   7. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/
      1.



2. Facebook:
   1. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   2. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   3. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   4. Traffik: https://www.facebook.com/traffikmovie/
   5. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   6. "Be woke.vote": https://www.facebook.com/be-woke-vote/
   7. "Fear Movie": https://www.facebook.com/fearmovie2022/
   8. Climb.organization: https://www.facebook.com/climb.organization/

3. Twitter:
   1. Hiddenempirefg: https://twitter.com/hiddenempirefg
   2. [@]meettheblacks:



      1.
   3. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
   4. Traffik: https://twitter.com/traffikmovie
   5. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   6. Bewoke.vote: https://twitter.com/bewokevote/
   7. May you please check your records for a twitter relating to fear.movie?
4. LinkedIn:

1. https://www.linkedin.com/company/hidden-empire-film-group/
5. Youtube:
   1. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   2. https://www.youtube.com/blackhistoryintwominutes/
   3. https://www.youtube.com/c/BeWokeVote
6. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**Erin Burke**
Director, Cybersecurity

**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com

2030 Main Street | Suite 530
Irvine, CA 92614
www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| | |
|---|---|
| **From:** | Darrick Angelone |
| **To:** | "Burke, Erin" |
| **Subject:** | RE: Social media follow up |
| **Date:** | Tuesday, October 4, 2022 3:10:48 PM |
| **Attachments:** | image001.png |
| | image002.png |

Thanks Erin. Will send you line by line details one done. We also need the email of the business account manager. For instance the HEFG page is not claimed by a business so it needs to have someone from HEFG added as an admin of the page, so you claim it within HEFGs business mgr account. So we need a facebook account of someone to add in these instances. The email address of the person will suffice. Thank you.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

---

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 2:38 PM
**To:** darrick@aone.la
**Subject:** Social media follow up

Darrick,

Turning to the social media portion, Facebook Manager ID is: 423512856612497. Below are the verified accounts for prioritization:

1. Instagram:
   a. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/



   i.
2. Facebook:
   a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   b. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   d. Traffik: https://www.facebook.com/traffikmovie/
   e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   f. "Be woke.vote": https://www.facebook.com/be.woke.vote/
   g. "Fear Movie": https://www.facebook.com/fearmovie2022/
   h. Climb.organization: https://www.facebook.com/climb.organization/

3. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks:



c. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
d. Traffik: https://twitter.com/traffikmovie
e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
f. Bewoke.vote: https://twitter.com/bewokevote/
g. May you please check your records for a twitter relating to fear.movie?

3. LinkedIn:
   a. https://www.linkedin.com/company/hidden-empire-film-group/

4. Youtube:
   a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   b. https://www.youtube.com/blackhistoryintwominutes/
   c. https://www.youtube.com/c/BeWokeVote

5. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**Erin Burke**
Director, Cybersecurity

**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com

2030 Main Street | Suite 530
Irvine, CA 92614
www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| From: | darrick@aone.la |
|---|---|
| To: | "Burke, Erin" |
| Subject: | RE: domains transferred |
| Date: | Wednesday, October 5, 2022 8:57:55 AM |
| Attachments: | image001.png |

Erin,

I hope we can get these confirmed from your side today for the ones we transferred and provided access too. I am not sure how to show that we do not hold the listed domains. Please let me know if you have a suggested method we can use.

Specifically, these we never registered or owned:

- Hefg.com
- 2getherwewillsavelives.com
- Climb.org
- Factsnotpolitics.com

And these were registered by hefg to consider using as expressed when registration had been communicated. But there is no record of them wanting to use, them being billed for or them paying for these domains which we let expire in August. Again, not sure how to show that these are not held in our domain registry. We made the who.is info open on all the disputed domains we do have control over. Your expertise would be appreciated on this. Thank you.

- Hiddenempiremediagroup.com
- Hiddenempiremedia.com
- Hiddenempirereleasing.com
- Hiddenempireproductions.com
- Hiddenempire.productions (listed twice in order at viii & xvii)
- Hiddenempire.media
- Hiddenempiremedia.group
- Hiddenempire.studio
- Hiddenempire.org
- Hiddenempireentertainment.com
- Hiddenempirestudios.com

Quincy,

Per our conversation, the following domains have been secured pending their use upon consideration.

With regards,

**Order Details**

| | | | |
|---|---|---|---|
| Order Date: | Aug 6, 2021 06:22:22 PM | Payment Source: | Credit Card ***(* * * * 1002) |
| Order Number: 78923507 | | Initial Charge: | $80.24 |
| Transaction ID: 91554619 | | Final Cost: | $80.24 |
| | | Total Refund: | N/A |
| | | Refund Transaction ID: | N/A |
| | | Refunded To: | N/A |

Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Tuesday, October 4, 2022 4:08 PM
**To:** 'Burke, Erin' <Erin.Burke@fticonsulting.com>
**Subject:** RE: [EXTERNAL] RE: Follow up

Hi Erin,

We have facilitated the transfer of ownership and provided access as required to the following. Please confirm receipt.

Required Ownership Transfer:
- Hiddenempirefilmgroup.com
- Hiddenempirefilms.com

Ownership Transferred Despite Lack of Order:
- Meettheblacksthemovie.com
- 2getherwesavelives.com
- Togetherwewillsavelives.com (listed twice at xli. & xlii)
- Togetherwewillsavelives.org
- Factsnotpolitics.org

Full Admin Access Provided:
- Fatale.movie
- Theintruder.movie
- Traffik.movie
- Traffikmovie.com

- Meettheblacksmovie.com
- Thehousenextdoor.movie
- Supremacyfilm.com
- Supremacymovie.com
- Fear.movie
- Freeagentsmovie.com
- Freeagents.movie
- Hoop2film.com
- Hooptofilm.com
- Climborganization.org
- Climb.network
- Blackchairshow.com
- Blackhistoryintwominutes.com
- Bewoke.vote (improperly listed as be.woke.vote in order)
- Hyperenginellc.com
- Hyperengine.ai

The following domains we don't own and never owned and cannot facilitate a transfer. I hope you can help convince your clients the same following your due diligence.

- Hefg.com
- 2getherwewillsavelives.com
- Climb.org
- Factsnotpolitics.com

Lastly in regards to the complete list of domains listed in injunction. The following are domains registered in Aug 2021, not used by HEFG not billed to or paid for and allowed to expire last month. They are currently not held in our namecheap account preventing me from being able to transfer/provide access as ordered. We are still investigating this and would welcome any feedback or help if you have tracked anything in their regards. They are:

- Hiddenempiremediagroup.com
- Hiddenempiremedia.com
- Hiddenempirereleasing.com
- Hiddenempireproductions.com
- Hiddenempire.productions (listed twice in order at viii & xvii)
- Hiddenempire.media
- Hiddenempiremedia.group
- Hiddenempire.studio
- Hiddenempire.org
- Hiddenempireentertainment.com
- Hiddenempirestudios.com

Thank you.

With regards,

**Darrick Angelone**

AONE Creative LLC.
m. 310-869-2354
aone.la

---

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 12:05 PM
**To:** Darrick@aone.la
**Subject:** RE: [EXTERNAL] RE: Follow up

Darrick,

Let's start the domain transfers and access.  Please use Namecheap username "roxanneavent" and let me know if you encounter any issues.

**Erin Burke**
+1.949.386.6333 M
erin.burke@fticonsulting.com

**From:** darrick@aone.la <darrick@aone.la>
**Sent:** Tuesday, October 4, 2022 9:24 AM
**To:** Burke, Erin <erin.burke@fticonsulting.com>
**Subject:** [EXTERNAL] RE: Follow up

Good morning Ms. Burke,

Please advise if you will be providing a Namecheap username for your clients today, so we can facilitate the transfer and access of the domains, as directed in the injunction? We remain ready to execute as soon as it is provided to us.

The same applies for the Facebook pages, which we are waiting for a business manager account id from your client to facilitate transfer and access for those.

Thank you greatly.

Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Monday, October 3, 2022 2:23 PM
**To:** erin.burke@fticonsulting.com
**Subject:** RE: Follow up

Ms. Burke,

To recap our brief second conversation. We can provide cpanel to cpanel or a proper gzip of the html/css files on the AOne server of HEFG. Gzip is probably easiest but whatever is best for you will work. I am standing by for your direction. Thank you.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Monday, October 3, 2022 2:11 PM
**To:** 'erin.burke@fticonsulting.com' <erin.burke@fticonsulting.com>
**Subject:** Follow up

Hi Ms. Burke,

It was great to speak with you and refreshing to see there is finally someone with the familiarity needed to help facilitate the transfer and access to many of the assets in question and understand where the order is lacking is the needed specifics (i.e. social accounts) or demanding transfer of assets that do not exist in the capacity they are listed (i.e.: website accounts). I think we covered almost all of the aspects on the call and will briefly summarize below for the record. Please let me know if I forgot anything. It was a very productive call otherwise. Thank you.

**DOMAINS:**

We agree, that my suggestion for domain ownership and access can be facilitated most quickly and easily via Namecheap to Namecheap accounts. This will be done once you are able to provide me with a Namecheap user name for HEFG. You will then be required to confirm the transfer on the HEFG side individually for each domain that is transferred or provided access to, once I have made each of the transfers. We have agreed to domain ownership transfer/access for all except those listed below, with reasons explanation included.

As discussed we do not own and have never owned the following domains. It would be impossible for me to transfer.
- HEFG.com
- Climb.org
- Fearthemovie.com

Further discussed were the following domains which were secured in August 6, 2021 for consideration of possible use, but they were never used and we have no record of any billing to or payments from HEFG for these domains. I have attached HEFG payment invoices for August 2021 through the last paid invoice of April 2022. Otherwise we are investigating the status and location of them for when the issues is ultimately resolved.

- Hiddenempiremediagroup.com
- Hiddenempiremedia.com
- Hiddenempirereleasing.com
- Hiddenempireproductions.com
- Hiddenempire.productions
- Hiddenempire.media
- Hiddenempiremedia.group
- Hiddenempire.studio
- Hiddenempire.org

The following domain is not listed on the email with Quincy on August 6, 2021 and we also have no record of HEFG being billed for or them having paid for the domain.

- Hiddenempireentertainment.com

**Social Media Accounts:**

Thank you for confirming you were able to access the credentials we provided to Roxanne on Friday September 30, 2022. As we agreed that lastpass was suitable for the transfer of credentials where credentials apply. Specifically for Twitter and Instagram. With Instagram requiring all people with access to have the credentials and Twitter allowing the possibility to provide access to other accounts without the sharing of credentials.

For Facebook we will wait for you to provide a Meta Business manager account ID with which we can transfer/share the profiles to.

HEFG needs to be very specific to which platform the handles they list are located on. As is, we agree that it is nearly impossible to decipher and if this injunction was taken to the social media companies they would ne be able to comply as it is way to vague and in many cases includes accounts never owned or controlled by me or aone.

I am waiting for you to get back to me after HEFG is more specific for this demand.

Not owned or controlled by Aone, or do not exist:

- Theintrudermovie social accounts are owned and managed by Sony.
- Fatalemovie social accounts are owned and managed by Lionsgate.
- Dtfilmtohoop does not exist
- Roxanneavent we never owned or controlled and cannot transfer.
- Deontaylor we never owned or controlled and cannot transfer.
- The.hustle.movie does not exist
- Akuma.movie does not exist

**Google Workspace Email**

We are in agreement that Google workspace does not have a login credential per se, rather privileges are applied to users accounts, a user account typically being their name followed by @hiddenempirefilmgroup.com. Given that the only administrator account has always been darrick@hiddenempirefilmgroup.com, and it was set up in 2016 under my personal gmail account.

As we discussed, and also what I suggested to HEFG in early August was that the easdiest solution for HEFG would be for them to set up an email server with Microsoft exchange or any other email server and then we could point the DNS at the domain to their own servers and not the ones registered and administered by aone since inception. Traditionally clients are usually insistent on having and managing their own and that would be the solution. All user accounts on google are currently enabled and should be able to be accessed for them to be able to download a back up of their files, at least while we are currently in the black hole of google customer service. Since HEFG will now own and control their domain it makes the most sense that they would setup their own servers.

**Website Accounts**

I believe we left this in agreement that there was probably some confusion between this and domain level access which makes this transfer request moot. There are no files on hiddenempire.com or hyperengine.ai and they should have the files for HEFG and are just going to point the dns away from aone servers once they get control. Otherwise the transfer of a server not owned by either of us we can agree would be impossible to facilitate.

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| From: | darrick@aone.la |
|---|---|
| To: | "Burke, Erin" |
| Subject: | RE: Google workspace |
| Date: | Wednesday, October 5, 2022 8:50:51 AM |
| Attachments: | image001.png |
| | google workspace admin priv revoked.pdf |

Good morning, Erin.

I have attached the google workspace email communications to this email. Below is what I send Roxanne and Deon before the injunction was issued. Because there was some confusion on the HEFG side, on how google workspace is actually set up and managed, and because their was a belief that there was a centralized account managing it, versus the reality of it being a privileged level system. I am not so comfortable providing personal information, as I have already provided it to google on September 6, with no success. If as I proposed in the email to HEFG on September 29th, HEFG drops their dispute and the darrick@hiddenempirefilmgroup.com admin privileges are reinstated I can quickly add administrator privileges to Roxanne's account. This could be sorted very quickly once admin privileges are restored. Otherwise I am unable to facilitate anything except logging into my own darrick@hiddenempirefilmgroup.com account, sans and privileges beyond user. I attached a screenshot of what we encounter when attempting to access the administration. Please advise any suggestions you may have. Thank you.



Warm regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone.la

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 12:46 PM
**To:** darrick@aone.la
**Subject:** Google workspace

Darrick,

As discussed on yesterday's call, may you forward your email correspondence with Google regarding the revocation/suspension of your admin email for the hiddenempirefilmgroup.com workspace?  As none of the hiddenempirefilmgroup emails are, at this time, accessible (error messages instruct to contact the admin), we will need to proceed with resolving the workspace issue in order to create backups of the email to then proceed with repointing DNS.

Once we receive the Namecheap transfer for hiddenempirefilmgroup.com (please transfer to username "roxanneavent" as requested in prior email), we can proceed with Google on the workspace matter, but per Google's instructions, we will also need the following answers to confirm "account knowledge":

1) Admin email: darrick[at]hiddenempirefilmgroup[.]com, correct?

2) What was the recovery address used? (You mentioned yesterday this was your personal email.)

3) You mentioned yesterday that you paid for workspace on your credit card. Kindly provide the following requested by Google, but please do not provide full credit card details:

- When was the last charge for this Google Workspace account (MM/DD/YYYY)?

- How much was your credit/debit card charged?

- What type of credit/debit card was charged (e.g. MasterCard, Visa)?

- What are the last four digits of this card?

- What is the expiration date of this card?

- What is the billing address associated with the Google Workspace payment method?

- If you made the transaction through Google Wallet, what is the order number?

**Erin Burke**
Director, Cybersecurity

**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com

2030 Main Street    Suite 530

|

Irvine, CA 92614
www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

From: darrick@aone.la
To: "Burke, Erin"
Subject: RE: Social media follow up
Date: Wednesday, October 5, 2022 8:59:52 AM
Attachments: image001.png
image002.png

Erin,

Lastly, I hope we can confirm this asap too. All access has been provided and HEFG has been transferred entirely to the business manager ID you provided. Thanks so much. I am back at 11:30 to dive back into this with you.

1. Instagram:
   a. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/

WE HAVE PROVIDED ALL PASSWORDS HAVE BEEN SHARED WITH YOU VIA LASTPASS, FOR ALL OF THE INSTAGRAM ACCOUNTS LISTED ABOVE. @HIDDENEMPIREFILMGROUP

1. Facebook:
   a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   b. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   d. Traffik: https://www.facebook.com/traffikmovie/
   e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   f. "Be woke vote": https://www.facebook.com/be.woke.vote/
   g. "Fear Movie": https://www.facebook.com/fearmovie2022/
   h. Climb.organization: https://www.facebook.com/climb.organization/

WE HAVE TRANSFERRED OWNERSHIP AND CONTROL OF THE @HIDDENEMPIREFILMGROUP FB PAGE TO THE META BUINESS MANAGER ID YOU PROVIDED.
WE HAVE PROVIDED ACCESS AND CONTROL OVER ALL THE OTHER ACCOUNT LISTED ABOVE.

1. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks:
   c. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
   d. Traffik: https://twitter.com/traffikmovie
   e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   f. Bewoke.vote: https://twitter.com/bewokevote/
   g. May you please check your records for a twitter relating to fear.movie?

@HIDDENEMPIREFG WAS SUSPENDEDFOR COPYRIGHT ISSUES.
@FEAR.MOVIE DOES NOT EXIST
THE REST CREDENTIALS FOR THE REST WERE SHARED WITH YOU VIA LASTPASS.

1. LinkedIn:
   a. https://www.linkedin.com/company/hidden-empire-film-group/

I AM NOT AN ADMIN OR MANAGER OF THIS LINKEDIN PAGE. IT IS NOT POSSIBLE FOR ME TO TRANSFER IT.

1. Youtube:
   a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   b. https://www.youtube.com/blackhistoryintwominutes/
   c. https://www.youtube.com/c/BeWokeVote

THE HIDDENEMPIREFILMGROUP CHANNEL WAS NOT MANAGED BY US AND WAS CONNECTED TO AN HEFG ACCOUNT. AONE HAD POSTING PRIVILEGES.

WE WILL NEED YOU TO PROVIDE AN ACCOUNT TO PROVIDE ADMIN ACCESS TO FOR THE BE WOKE AND BLACK HISTORY YOUTUBE CHANNELS.

2. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

THESE WERE SET UP AND NEVER USED. MY RECOLLECTION WAS THAT THEY BECAME OTHER ACCOUNTS OR ACCOUNTS WE USED TO AMPLIFY OTHER MESSAGING OVER THE YEARS. THEY EITHER DO NOT EXIST OR WE NO LONGER HAVE ACCESS TO THEM.

With regards,

Darrick Angelone
AONE Creative LLC.
m. 310-869-2354
aone.la

From: Burke, Erin <Erin.Burke@fticonsulting.com>
Sent: Tuesday, October 4, 2022 2:38 PM
To: darrick@aone.la
Subject: Social media follow up

Darrick,

Turning to the social media portion, Facebook Manager ID is:  423512856612497.  Below are the verified accounts for prioritization:

1. Instagram:
   a. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/



   i.
2. Facebook:
   a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   b. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   d. Traffik: https://www.facebook.com/traffikmovie/
   e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   f. "Be.woke.vote": https://www.facebook.com/be.woke.vote/
   g. "Fear Movie": https://www.facebook.com/fearmovie2022/
   h. Climb.organization: https://www.facebook.com/climb.organization/
3. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks:



   i.
   c. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
   d. Traffik: https://twitter.com/traffikmovie
   e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   f. Bewoke.vote: https://twitter.com/bewokevote/
   g. May you please check your records for a twitter relating to fear.movie?
3. LinkedIn:
   a. https://www.linkedin.com/company/hidden-empire-film-group/
4. Youtube:
   a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   b. https://www.youtube.com/blackhistoryintwominutes/
   c. https://www.youtube.com/c/BeWokeVote
5. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**Erin Burke**
Director, Cybersecurity

**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com

2030 Main Street | Suite 530
Irvine, CA 92614
www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| From: | Darrick Angelone |
|---|---|
| To: | "Burke, Erin" |
| Subject: | RE: [EXTERNAL] RE: Social media follow up |
| Date: | Thursday, October 6, 2022 9:58:00 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

Erin,

I have reshared the credentials that did not show for you in lastpass. The login issues such as with fear.movie maybe the same as we are working through now with hefg.

Regarding 2-factor, no 2 factor is enabled on the accounts, the prompt you are seeing must be related to the platform raising red flag, not 2 factor. The email for @meettheblacks iss me@aoneent.com and for Traffik it is social@traffik.movie. I do not have access to the email for the later. Traffik movie may have been set up as an alias in workspace or just a forwarder at the server level, I am not sure exactly as it's been years since they were serviced.

I am standing by for further instruction from you. Thanks.

With regards,

Darrick Angelone
AONE Creative LLC.
m. 310-969-2354
aone.la

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Thursday, October 6, 2022 6:18 AM
**To:** Darrick@aone.la
**Subject:** RE: [EXTERNAL] RE: Social media follow up

Darrick,

Please see my inline response for social media results on Twitter and Instagram.  Only one item was successful, unfortunately.  The remainder were either missing a password in the link you sent, an incorrect password was provided, or required 2FA to an email.  May you please conduct password resets for the invalid and missing credentials, and send valid credentials?  May you please remove the 2FA for those with it on?  I will provide the Youtube brand account later today, along with status check of the Facebook accounts.

**Erin Burke**
+1.949.386.6333 M
erin.burke@fticonsulting.com

**From:** darrick@aone.la <darrick@aone.la>
**Sent:** Wednesday, October 5, 2022 9:00 AM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** [EXTERNAL] RE: Social media follow up

Erin,

Lastly, I hope we can confirm this asap too. All access have been provided and HEFG has been transferred entirely to the business manager ID you provided. Thanks so much. I am back at 11:30 to dive back into this with you.

1. Instagram:
   a. Hiddenempirefilmgroup" - https://www.instagram.com/hiddenempirefilmgroup/?hl=en Password provided does not work
   b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
      Password provided does not work
   c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/Pass
      Lastpass link sent but password field was blank
   d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
      Password provided does not work
   e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
      Link not provided
   f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
      Link not provided
   g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/
      Password provided does not work

**WE HAVE PROVIDED ALL PASSWORDS HAVE BEEN SHARED WITH YOU VIA LASTPASS, FOR ALL OF THE INSTAGRAM ACCOUNTS LISTED ABOVE. @HIDDENEMPIREFILMGROUP**

1. Facebook:
   a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   b. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   d. Traffik: https://www.facebook.com/traffikmovie/
   e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   f. "Be woke.vote": https://www.facebook.com/be.woke.vote/
   g. "Fear Movie": https://www.facebook.com/fearmovie2022/
   h. Climb.organization: https://www.facebook.com/climb.organization/

**WE HAVE TRANSFERRED OWNERSHIP AND CONTROL OF THE @HIDDENEMPIREFILMGROUP FB PAGE TO THE META BUINESS MANAGER ID YOU PROVIDED.**
**WE HAVE PROVIDED ACCESS AND CONTROL OVER ALL THE OTHER ACCOUNT LISTED ABOVE.**

1. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks: Missing 2FA ...@a......[.]com
   c. Black History in Two Minutes. [@]blkhistory2min: https://twitter.com/blkhistory2min/
      No password provided in Lastpass link

    d. Traffik: https://twitter.com/traffikmovie

       Missing 2FA so****@t******.*****

    e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en

       Successful

    f. Bewoke.vote: https://twitter.com/bewokevote/

       No password provided in Lastpass link

    g. May you please check your records for a twitter relating to fear.movie?

**@HIDDENEMPIREFG WAS SUSPENDEDFOR COPYRIGHT ISSUES.**
**@FEAR.MOVIE DOES NOT EXIST**
**THE REST CREDENTIALS FOR THE REST WERE SHARED WITH YOU VIA LASTPASS.**

    1. LinkedIn:

      a. https://www.linkedin.com/company/hidden-empire-film-group/

**I AM NOT AN ADMIN OR MANAGER OF THIS LINKEDIN PAGE. IT IS NOT POSSIBLE FOR ME TO TRANSFER IT.**

    1. Youtube:

      a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop

      b. https://www.youtube.com/blackhistoryintwominutes/

      c. https://www.youtube.com/c/BeWokeVote

**THE HIDDENEMPIREFILMGROUP CHANNEL WAS NOT MANAGED BY US AND WAS CONNECTED TO AN HEFG ACCOUNT. AONE HAD POSTING PRIVILEGES.**

**WE WILL NEED YOU TO PROVIDE AN ACCOUNT TO PROVIDE ADMIN ACCESS TO FOR THE BE WOKE AND BLACK HISTORY YOUTUBE CHANNELS.**

    2. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**THESE WERE SET UP AND NEVER USED. MY RECOLLECTION WAS THAT THEY BECAME OTHER ACCOUNTS OR ACCOUNTS WE USED TO AMPLIFY OTHER MESSAGING OVER THE YEARS. THEY EITHER DO NOT EXIST OR WE NO LONGER HAVE ACCESS TO THEM.**

With regards,

**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

---

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 4, 2022 2:38 PM
**To:** darrick@aone.la
**Subject:** Social media follow up

Darrick,

Turning to the social media portion, Facebook Manager ID is:  423512856612497.  Below are the verified accounts for prioritization:

    1. Instagram:

      a. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en

      b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en

      c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/

      d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en

      e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en

      f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en

      g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/



      i.

    2. Facebook:

      a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/

      b. "Meet the Blacks": https://www.facebook.com/meettheblacks/

      c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/

      d. Traffik: https://www.facebook.com/traffikmovie/

e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
f. "Be woke.vote": https://www.facebook.com/be.woke.vote/
g. "Fear Movie": https://www.facebook.com/fearmovie2022/
h. Climb.organization: https://www.facebook.com/climb.organization/

3. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks:



   i.
   c. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
   d. Traffik: https://twitter.com/traffikmovie
   e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   f. Bewoke.vote: https://twitter.com/bewokevote/
   g. May you please check your records for a twitter relating to fear.movie?

3. LinkedIn:
   a. https://www.linkedin.com/company/hidden-empire-film-group/

4. Youtube:
   a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   b. https://www.youtube.com/blackhistoryintwominutes/
   c. https://www.youtube.com/c/BeWokeVote

5. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**Erin Burke**
Director, Cybersecurity

**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com

2030 Main Street | Suite 530
Irvine, CA 92614
www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action; my business address is 21860 Burbank Blvd., Suite 370, Woodland Hills, CA 91367.  My email address is ynelson@kdeklaw.com.

I certify that on February 26, 2024, I served:  **DECLARATION OF DEFENDANT DARRICK ANGELONE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS** on the following parties or counsel of record as follows:

| | |
|---|---|
| LAWRENCE HINKLE (SBN 180551)<br>STEPHANIE JONES NOJIMA (SBN 178453)<br>JOSHUA ROY ENGEL<br>SANDERS ROBERTS LLP<br>1055 West 7th Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 426-5000 - Facsimile: (213) 234-4581<br>E-Mail: lhinkle@sandersroberts.com;<br>sjonesnojima@sandersroberts.com;<br>jengel@sandersroberts.com; | *Counsel for Plaintiffs* |
| Justin Kian, Esq.<br>J.T. Fox, Esq.<br>LAW OFFICES OF JT FOX, APC<br>556 S. Fair Oaks Avenue, Suite 444<br>Pasadena, California 91105<br>Telephone: (888) 750-5530 - Fax: (888) 750-5530<br>Email:  jt@jtfoxlaw.com;<br>justin@jtfoxlaw.com | *Co-Counsel for Defendants* |

By ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct.  Executed at Santa Clarita, California on February 26, 2024.

  /s/ *Yolanda Nelson*
Yolanda Nelson

KRAMER, deBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 Burbank Boulevard, Suite 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255