Name & Address:
LAWRENCE HINKLE (SBN 180551)
lhinkle@sandersroberts.com
SANDERS ROBERTS LLP,
1055 West 7th Street, Suite 320, Los Angeles, CA 90071
Attorneys for Plaintiffs and Counterclaim Defts

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; etal.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DARRICK ANGELONE, an individual; etal.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-06515-MWF-AGR<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Attached please find a thumb drive containing a video filed in support of:

EXHIBIT 66 TO PLAINTIFFS' SUPPLEMENTAL COMPENDIUM OF EVIDENCE IN SUPPORT OF SUPPLEMENTAL DECLARATION OF LAWRENCE C. HINKLE, II, IN SUPPORT OF REPLY TO OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS FOR (1) VIOLATING THE PRELIMINARY INJUNCTION [CONTEMPT] AND (2) SPOLIATION OF EVIDENCE

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 4, 2024
Date

Lawrence C. Hinkle, II
Attorney Name

HIDDEN EMPIRE HOLDINGS, LLC; etal.
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING