Mr. J.T. Fox, Esq., SBN 195063
LAW OFFICES OF JT FOX & ASSOCIATES, APC
556 S. Fair Oaks Ave., Suite 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax

Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed: September 12, 2022<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR (1) AN ORDER ALLOWING DESIGNATION OF AN ALTERNATE REBUTTAL EXPERT, AND (2) AN ORDER PERMITTING LATE FILING OF DEFENDANTS' EXPERT RICK WATTS' REBUTTAL REPORT**<br><br>[Submitted concurrently with Defendants' Ex Parte Application]<br><br>Jury Trial: December 10, 2024 |

# [PROPOSED] ORDER

On _____, in Department 5A of the above-captioned Court, the Court granted Defendants' Ex Parte Application For (1) An Order Allowing Designation Of An Alternate Rebuttal Expert, and (2) An Order Permitting Late Filing Of Defendants' Expert Rick Watts' Rebuttal Report.

**IT IS FURTHER ORDERED:**

1. Defendants' request for an Order Allowing Designation Of An Alternate Rebuttal Expert, is GRANTED.

2. Defendants' request for an Order Permitting The Late Filing Of Defendants' Expert Rick Watts' Rebuttal Report, is GRANTED..

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Michael W. Fitzgerald,
District Judge

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 556 South Fair Oaks Avenue, No. 444, Pasadena, CA 91105. My email address is justin@jtfoxlaw.com

I certify that on March 4, 2024, I served: [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR (1) AN ORDER ALLOWING DESIGNATION OF AN ALTERNATE REBUTTAL EXPERT, AND (2) AN ORDER PERMITTING LATE FILING OF DEFENDANTS' EXPERT RICK WATTS' REBUTTAL REPORT; DECLARATIONS OF COUNSEL on the following parties or counsel of record as follows:

| | |
|---|---|
| Lawrence Hinkle (Sbn 180551)<br>Stephanie Jones Nojima (Sbn 178453)<br>Matthew Barzman (Sbn 309063)<br>SANDERS ROBERTS LLP<br>1055 West 7th Street, Suite 3200<br>Los Angeles, CA 90017<br>E-Mail: lhinkle@sandersroberts.com;<br>sjonesnojima@sandersroberts.com;<br>mbarzman@sandersroberts.com. | *Counsel for Plaintiffs* |
| Sandra Calin, Esq.<br>Jeffrey S. Kramer, Esq.<br>KRAMER, DEBOER & KEANE<br>A Limited Liability Partnership Including<br>Professional Corporations<br>21860 Burbank Boulevard, Suite 370<br>Woodland Hills, California 91367<br>Email: jkramer@kdeklaw.com;<br>scalin@kdeklaw.com; | *Co-Counsel for Defendants* |

**BY ELECTRONIC TRANSMISSION ONLY** by emailing the document(s) to the persons at the email address(es). No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Los Angeles, California on March 4, 2024.

_____
Justin Kian