LAWRENCE HINKLE (SBN 180551)
lhinkle@sandersroberts.com
STEPHANIE JONES NOJIMA (SBN 178453)
sjonesnojima@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiffs and Counterclaim Defendants
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company, <br><br> Defendants. | **CASE NO. 2:22-cv-06515-MWF-AGR** <br><br> Assigned for all purposes to the Honorable Judge Michael W. Fitzgerald <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE RE IMPOSITION OF SANCTIONS** <br><br> *[Filed concurrently with Plaintiffs' Reply To Defendants' Opposition To Motion For Order To Show Cause; Plaintiffs' Supplemental Compendium of Evidence; Objections and Request to Strike Defendants' Expert Witness Disclosures and Corresponding Reports of Rick Watts; Response to Plaintiffs' Objections to Request for Judicial Notice; and Notice of Manual Filing or Lodging]* <br><br> Date:       March 18, 2024 <br> Time:       10:00 a.m. <br> Courtroom: 5A |

Case No.: 2:22-cv-06515-MWF-AGR

PLAINTIFFS' RESPONSE TO DEFENDANT'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE RE IMPOSITION OF SANCTIONS

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company<br><br>　　　　　　　Counterclaimants, |
| 7<br>8<br>9<br>10<br>11 | HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>　　　　　　　Counterclaim Defendants, |
| 12<br>13<br>14<br>15 | DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company, |
| 16 | 　　　　　　　Third-Party Plaintiffs, |
| 17 | |
| 18 | 　　v. |
| 19 | ROXANNE TAYLOR, an individual, |
| 20 | 　　　　　　　Third-Party Defendant |

Case No.: 2:22-cv-06515-MWF-AGR

PLAINTIFFS' RESPONSE TO DEFENDANT'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE RE IMPOSITION OF SANCTIONS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine, LLC and Deon Taylor (collectively "Plaintiffs") hereby respond to Defendants Darrick Angelone, AOne Creative LLC, and On Chain Innovations, LLC's (collectively "Defendants") opposition to Plaintiffs' Request for Judicial Notice in Support of their Motion for an Order to Show Cause as to why Sanctions should not be Imposed against Defendants for (1) Violating the Preliminary Injunction [Contempt] and (2) Spoliation of Evidence.

Plaintiffs cited extensive evidence in the Declarations of Alex Izen (Dkt. 111-2) and Erin Burke (Dkt. 111-3) detailing Darrick Angelone's ("Angelone") long-standing close association with the name "Jacky Jasper" and efforts to hide behind that name to violate the Injunction in this case, respectively. Despite this mountain of evidence, Defendants remarkably claim that the documents attached to Plaintiffs' Request for Judicial Notice pertaining to litigation where a court found "Jacky Jasper" to be not a real person but an alias used by Angelone to commit libel and defame people on the internet are not relevant to the instant motion.

Defendants could not be more wrong. This evidence is highly probative of the issue of whether Angelone was again pretending to be "Jacky Jasper" in his dealings with Plaintiffs to shield himself from repercussions for intentionally violating the Injunction or, alternatively, working in concert with someone else using the name "Jacky Jasper" to achieve the same end result. The records attached to Plaintiffs'

///
///
///

Request for Judicial Notice are directly related to these issues and are therefore judicially noticeable by the Court. *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citation omitted).

Respectfully submitted,

Dated: March 4, 2024

By: _____
Lawrence Hinkle, Esq.
Stephanie Jones Nojima, Esq.
Joshua R. Engel, Esq.
Attorneys for Plaintiffs,
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

# PROOF OF SERVICE

## (CODE CIV. PROC. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 1055 West 7th Street, Los Angeles, CA 90017. My electronic service address is esanders@sandersroberts.com.

On March 4, 2024, I served the following document(s) described as **PLAINTIFFS' RESPONSE TO DEFENDANT'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE RE IMPOSITION OF SANCTIONS** on the interested parties in this action as follows:

| | |
|---|---|
| JEFFREY S. KRAMER, ESQ.<br>SANDRA CALIN, ESQ.<br>KRAMER, DEBOER & KEANE<br>A Limited Liability Partnership<br>Including Professional Corporations<br>21860 Burbank Boulevard, Suite 370<br>Woodland Hills, California 91367<br>Tel: (818) 657-0255<br>Fax: (818) 657-0256<br>jkramer@kdeklaw.com<br>scalin@kdeklaw.com | *Attorneys for Defendants, Darrick Angelone, AOne Creative, LLC, On Chain Innovations, LLC* |
| J. T. FOX, ESQ.<br>JUSTIN KIAN, ESQ.<br>LAW OFFICES OF JT FOX, APC<br>556 S. Fair Oaks Avenue, Suite 444<br>Pasadena, California 91105<br>Telephone: (888) 750-5530<br>Fax: (888) 750-5530<br>jt@jtfoxlaw.com | *Co-Counsel for Defendants, Darrick Angelone, AOne Creative, LLC, On Chain Innovations, LLC* |

☒ **VIA ELECTRONIC MAIL** I caused the documents to be transmitted electronically through the approved vendor for e-filing by electronic service on the party(s) identified on the attached service list using the e-mail address(es) shown I did not receive, within a reasonable time after transmission, any email or other indication that the transmission(s) were unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2024, at Los Angeles, California.

    Rhonda Bruton                                         *Rhonda Bruton*
    (Type or print name)

- i -                                          Case No.: 2:22-cv-06515-MWF-AGR
PROOF OF SERVICE