JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
21860 Burbank Boulevard, Suite 370
Woodland Hills, California 91367
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com
Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC
and ON CHAIN INNOVATIONS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HIDDEN EMPIRE HOLDINGS, LLC;
a Delaware limited lability company;
HYPER ENGINE, LLC; a California
limited liability company; DEON
TAYLOR, an individual,

　　　　　　Plaintiffs,

　　　v.

DARRICK ANGELONE, an
individual; AONE CREATIVE, LLC
formerly known as AONE
ENTERTAINMENT LLC, a Florida
limited liability company; ON CHAIN
INNOVATIONS, LLC, a Florida
limited liability company,

　　　　　　Defendants.

AND RELATED ACTIONS.

Case No. 2:22-cv-06515-MWF-AGR
Action Filed:  September 12, 2022
Assigned for all purposes to the
Honorable Judge Michael W. Fitzgerald

**JOINT STIPULATION TO
CONTINUE ADR DEADLINE**

**TO THE COURT:**

Plaintiffs/Counterclaim Defendants HIDDEN EMPIRE HOLDINGS, LLC;
HYPER ENGINE, LLC; and DEON TAYLOR and Third-Party Defendant
ROXANNE TAYLOR (collectively, the "Hidden Empire Parties") and
Defendants/Counterclaimants/Third Party Plaintiffs DARRICK ANGELONE;

*KRAMER, DEBOER & KEANE*
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

AONE CREATIVE, LLC; AONE ENTERTAINMENT LLC and ON CHAIN INNOVATIONS, LLC (collectively the "Angelone Parties") (The Hidden Empire Parties and the Angelone Parties are collectively referred to herein as the "Parties"), by and through their counsel of record, jointly stipulate as follows:

**WHEREAS**, the Parties submitted a Joint Stipulation to the Court to continue the Trial Date, which was granted, and the current Trial Date is December 9, 2024;

**WHEREAS**, the Parties are currently engaged in discovery, including written discovery and depositions (collectively, the "Discovery");

**WHEREAS**, there have been no depositions taken to date;

**WHEREAS**, the current ADR cut off date is March 22, 2024; and

**WHEREAS**, the Parties agree that they need more time to complete discovery before they can engage in ADR proceedings.

**NOW THEREFORE**, the Parties agree and stipulate that there is good cause to continue the March 22, 2024 ADR deadline to September 20, 2024, or any other date in the Fall of 2024 that the Court deems appropriate.

DATED:  March 14, 2024                    SANDERS ROBERTS, LLP


                                   By:    /s/ Lawrence Hinkle
                                          LAWRENCE HINKLE
                                          STEPHANIE JONES NOJIMA
                                          Attorneys for Plaintiffs/Counter-
                                          Defendants/ Third Party Defendant,
                                          HIDDEN EMPIRE HOLDINGS, LLC;
                                          HYPER ENGINE, LLC; DEON
                                          TAYLOR; and ROXANNE TAYLOR

**KRAMER, DEBOER & KEANE**
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

1    DATED:  March 14, 2024                    LAW OFFICE OF J.T. FOX, APC

2

3

4                                    By:        _____ /s/ J.T. Fox
                                               J.T. FOX
5                                              JUSTIN KIAN
                                               Attorneys for Defendant/Counter-
6                                              Claimants/Third-Party Plaintiffs
7                                               DARRICK ANGELONE, AONE
                                               CREATIVE, LLC, and ON CHAIN
8                                              INNOVATIONS, LLC

9

10   DATED:  March 14, 2024                    KRAMER, DEBOER & KEANE

11

12

13

14                                   By:       ____ /s/ Sandra Calin
                                               JEFFREY S. KRAMER
15                                             SANDRA CALIN
                                               Attorneys for Defendants
16                                             DARRICK ANGELONE, AONE
                                               CREATIVE, LLC, and ON CHAIN
17                                             INNOVATIONS, LLC

18

19

20

21

22

23

24

25

26

27

28

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255