UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-6515-MWF (AGRx)** | | Dated: **March 18, 2024** |
| Title: | Hidden Empire Holdings, LLC, et al. -v- Darrick Angelone, et al. | | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Lawrence C. Hinkle, II | Justin D. Kian |
| Stephanie J. Nojima | Sandra Calin |

**PROCEEDINGS:**     **PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS [110]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court orders counsel for defendant to file its declaration by noon on March 19, 2024. An evidentiary hearing will be set by further order.

**IT IS SO ORDERED.**

Initials of Deputy Clerk    rs
:20