UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 22-6515-MWF (AGRx)  **Date:**  March 20, 2024
**Title:**  Hidden Empire Holdings, LLC et al v. Darrick Angelone et al

**Present:**  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:              Court Reporter:
Rita Sanchez               Not Reported

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None Present                        None Present

**Proceedings (In Chambers):**   ORDER SETTING EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS [110]

Before the Court is a Motion for Order to Show Cause Why Sanctions Should Not Be Imposed Against Defendants For (1) Violating the Preliminary Injunction, and (2) Spoliation of Evidence (the "Motion"), filed by Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine, LLC and Deon Taylor, on February 5, 2024.  (Docket No. 110).  Defendants Darrick Angelone, AONE Creative, LLC, and On Chain Innovations, LLC, filed an Opposition on February 26, 2024.  (Docket No. 118).  Plaintiffs filed a Reply on March 4, 2024.  (Docket No. 126).  Plaintiffs also filed a Supplement to the Reply on March 6, 2024.  (Docket No. 131).  Defendants also filed a Sur-Reply on March 6, 2024.  (Docket No. 133).

The Court read and considered the Motion and held a hearing on **March 18, 2024**.

Based on the arguments raised in the briefs and at the hearing, the Court concludes that there are factual issues in dispute that require an evidentiary hearing. The Court therefore **ORDERS** an evidentiary hearing on the Motion, scheduled for **April 10, 2024, at 9 a.m.**  Specifically, the following individuals are **ORDERED** to appear for the evidentiary hearing: (1) Darrick Angelone; (2) Sean Merrick; (3) Erin Burke; and (4) Rick Watts.  Upon request, the Court will permit Sean Merrick, Erin Burke, and Rick Watts to appear via Zoom.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 22-6515-MWF (AGRx)          **Date:** March 20, 2024

Title: Hidden Empire Holdings, LLC et al v. Darrick Angelone et al

    The Court will approve a stipulation for a different date agreeable to the parties and the witnesses if the Court is available.

    IT IS SO ORDERED.