UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** CV 22-6515-MWF (AGRx) | | **Date:** April 3, 2024 |
| **Title:** | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   AMENDED ORDER RE: EVIDENTIARY HEARING

On March 18, 2024, the Court held a hearing on Plaintiffs' Motion for Order to Show Cause Why Sanctions Should Not Be Imposed Against Defendants For (1) Violating the Preliminary Injunction, and (2) Spoliation of Evidence (the "Motion"). (Docket No. 110).  The Motion argued that Defendant Angelone failed to comply with the Court's Preliminary Injunction with respect to (1) the Google Workspace account; (2) certain domain names (the "Domains"); (3) the @hiddenempirefg Twitter account; (4) the @hiddenempirefilmgroup Instagram account.  (Motion at 17).

On March 20, 2024, the Court scheduled an evidentiary hearing on the Motion. (Docket No. 140 at 1).  In that Order, the Court instructed the following individuals to appear at the evidentiary hearing: (1) Darrick Angelone; (2) Sean Merrick; (3) Erin Burke; and (4) Rick Watts.  (*Id.*).  Subsequently, the Court advanced the evidentiary hearing to April 9, 2024, at 9 a.m.  (Docket No. 141).

On March 29, 2024, at the request of Plaintiffs' counsel, the Court held a status conference regarding Mr. Merrick's attendance at the evidentiary hearing.  Based on the representations made at the status conference, the Court concludes that Defendant Angelone and Mr. Merrick are no longer required to appear for the evidentiary hearing. Of course, Defendant Angelone may appear at the evidentiary hearing and present his testimony if he so chooses.

| | |
|---|---|
| **CIVIL MINUTES—GENERAL** | 1 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 22-6515-MWF (AGRx)          **Date:** April 3, 2024
Title:     Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.

     Accordingly, only the parties' experts, Erin Burke and Rick Watts, are **ORDERED** to appear for the evidentiary hearing, to be held on April 9, 2024, at 9 a.m. over Zoom. Counsel are limited to 30 minutes of cross examination and 15 minutes of redirect for each expert.

     IT IS SO ORDERED.