JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
21860 Burbank Boulevard, Suite 370
Woodland Hills, California 91367
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com
Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br>v.<br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed: September 12, 2022<br><br>Assigned to Honorable<br>Judge Michael W. Fitzgerald<br><br>**DECLARATION OF SANDRA CALIN REGARDING TRANSFER OF THE NINE "ICELANDIC DOMAINS"**<br><br>DATE: April 9, 2024<br>TIME: 9:00am<br>DEPT: 5A |

I, Sandra Calin, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a partner with the law firm of Kramer, deBoer & Keane, LLP, attorneys of record for Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC ("Defendants") in the above-captioned case.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. Following the Status Conference held on April 2, 2024, I participated in a telephone conference with Erin Burke of FTI, counsel for Plaintiffs Stephanie Jones Nojima, and Sean Merrick, regarding transfer of four of the "Icelandic domains" that are at issue in this litigation.

4. During the telephone conference, Mr. Merrick was provided with the named used by Roxanne Taylor to register the domains, and the domains were transferred to her by Mr. Merrick. Following the telephone conference, Ms. Nojima confirmed by email that the domains had been transferred.

5. During the hearing on April 2, 2024, counsel for Plaintiffs Lawrence Hinkle confirmed that of the total of nine of the "Icelandic domains," five were in fact unregistered and in the public domain, and Ms. Taylor was able to register them. With the transfer of the remaining four domains by Mr. Merrick, all nine of the domains have been accounted for, and the terms of the Preliminary Injunctions with respect to these nine domains have been satisfied.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2024, at Woodland Hills, California.

_____
SANDRA CALIN, Declarant

# **CERTIFICATE OF SERVICE**

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 21860 Burbank Blvd., Suite 370, Woodland Hills, CA 91367. My email address is ynelson@kdeklaw.com.

I certify that on April 4, 2024, I served: **DECLARATION OF SANDRA CALIN REGARDING TRANSFER OF THE NINE "ICELANDIC DOMAINS"** on the following parties or counsel of record as follows:

| | |
|---|---|
| LAWRENCE HINKLE (SBN 180551)<br>STEPHANIE JONES NOJIMA (SBN 178453)<br>JOSHUA ROY ENGEL<br>SANDERS ROBERTS LLP<br>1055 West 7th Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 426-5000 - Facsimile: (213) 234-4581<br>E-Mail: lhinkle@sandersroberts.com;<br>sjonesnojima@sandersroberts.com;<br>jengel@sandersroberts.com; | *Counsel for Plaintiffs* |
| Justin Kian, Esq.<br>J.T. Fox, Esq.<br>LAW OFFICES OF JT FOX, APC<br>556 S. Fair Oaks Avenue, Suite 444<br>Pasadena, California 91105<br>Telephone: (888) 750-5530 - Fax: (888) 750-5530<br>Email: jt@jtfoxlaw.com;<br>justin@jtfoxlaw.com | *Co-Counsel for Defendants* |

By ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct. Executed at Santa Clarita, California on April 4, 2024.

/s/ *Yolanda Nelson*
Yolanda Nelson

https://kdeklawllp.sharepoint.com/sites/LACASES/Shared Documents/LACASES/66/6604/PLEADINGS/Motion Re Sanctions 3-18-24/Declaration of Sandra Calin 4-4-24.docx