UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-6515-MWF (AGRx)** | | Dated: **April 8, 2024** |
| Title: | Hidden Empire Holdings, LLC, et al. -v- Darrick Angelone, et al. | | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Lawrence C. Hinkle, II | Sandra Calin |
| Stephanie J. Nojima | JT Fox |

**PROCEEDINGS:** **ZOOM EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS [110]**

Case called, and counsel make their appearance. The Evidentiary Hearing is held.

Witnesses are sworn and testify. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission.

**IT IS SO ORDERED.**

Initials of Deputy Clerk __rs__
:45