# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DARRICK ANGELONE, et al., <br><br> Defendants. | Case No. CV 22-6515-MWF(AGRx) <br><br> ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND DISCOVERY CUT-OFF DATES |

The Court has reviewed the parties' Joint Stipulation to Continue Trial Date and Discovery Cut-Offs (the "Stipulation"), filed July 12, 2024. (Docket No. 149). For good cause shown, the Court GRANTS the Stipulation and CONTINUES the following deadlines:

1. Non-Expert Discovery Cut-Off: December 20, 2024;
2. Last Day to Conduct ADR Proceeding: January 17, 2025;
3. Expert Discovery Cut-Off: January 24, 2025;
4. Last Day to Hear Motions: February 3, 2025;
5. File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine: March 3, 2025;

6. Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict Forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine: March 10, 2025;

7. Final Pretrial Conference and Hearing on Motions in Limine: **March 24, 2025, at 11:00 a.m.**

8. Jury Trial: **April 8, 2025, at 8:30 a.m.**

**IT IS SO ORDERED.**

Dated: July 17, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge