# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al., | CV 22-6515-MWF(AGRx) |
| PLAINTIFF(S) | |
| v. | |
| DARRICK ANGELONE, et al., | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below are deficient for the following reason(s): Proposed Orders were not filed with the Requests; incorrect event used so new counsel was not added to the docket. See correct event: Civil Events>Motions and Related Filings>Applications/Ex Parte Applications/Motions/Petitions/Requests>Substitute Attorney (G-01). Request does not include all counsel to be substituted out (see docket).

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Request for Approval of Substitution of Attorney (Docket No. 152) | 09/13/2024 |
| Request for Approval of Substitution of Attorney (Docket No. 153) | 09/13/2024 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

September 13, 2024
Date

_/s/ Michael W. Fitzgerald_
United States District Judge

CV-80 (12/22)    ORDER STRIKING FILED DOCUMENTS FROM THE RECORD