# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s) <br> v. <br> Defendant(s) | CASE NUMBER <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____      _____
*City, State, Zip*                              *E-Mail Address*

_____   _____   _____
*Telephone Number*              *Fax Number*                 *State Bar Number*

as attorney of record instead of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____           _____
                                                                              U. S. District Judge/U.S. Magistrate Judge