JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
21860 Burbank Boulevard, Suite 370
Woodland Hills, California 91367
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com
Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed:  September 12, 2022<br><br>**DECLARATION OF SANDRA CALIN REGARDING REQUEST FOR SUBSTITUTION OF ATTORNEY** |

I, Sandra Calin, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a partner with the law firm of Kramer, deBoer & Keane, LLP, attorneys of record for Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC ("Defendants") in the above-captioned case.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. The purpose of this Declaration is to bring to the Court's attention a document filed in this case on March 15, 2023, a Declaration of Quincy Newell, Document 61-2, and attached hereto as Exhibit "A."

4. In this Declaration, Mr. Newell indicates that he has "served as a consultant" [p.2, line 2] to Plaintiffs and his duties include "a chief operations officer" [p.2, line4].

5. Defendants intend to depose Quincy Newell in this case.

6. Declarant is informed and believes that Quincy Newell is a partner in Newell Law Group, counsel requesting to substitute into the case. Defendants are concerned that by this Substitution, they will be unable to depose Quincy Newell, who is an essential witness in the case.

7. Declarant respectfully requests that if the Substitution is granted, the Court will allow a deposition of Quincy Newell to go forward in the case, following the completion of written discovery.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2024, at Woodland Hills, California.

_____
SANDRA CALIN, Declarant

# EXHIBIT "A"

| | |
|---|---|
| 1 | Lawrence Hinkle (SBN 180551) |
| | lhinkle@sandersroberts.com |
| 2 | Stephanie Jones Nojima (178453) |
| | sjonesnojima@sandersroberts.com |
| 3 | Matt Barzman (309063) |
| | Mbarzman@sandersroberts.com |
| 4 | **SANDERS ROBERTS LLP** |
| | 1055 West 7th Street, Suite 3200 |
| 5 | Los Angeles, CA 90017 |
| | Telephone: (213) 426-5000 |
| 6 | Facsimile: (213) 234-4581 |
| 7 | Attorneys for Plaintiffs |
| | **HIDDEN EMPIRE HOLDINGS, LLC;** |
| 8 | **HYPER ENGINE, LLC; AND DEON** |
| | **TAYLOR** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a Delaware limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AOne CREATIVE, formerly known as AOne ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | **CASE NO. 2:22-cv-06525-MFW-AGR**<br><br>**DECLARATION OF QUINCY NEWELL IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR PROTECTIVE ORDER** |

- 1 -

DECLARATION OF QUINCY NEWELL

Case No.:



I, Quincy Newell, declare as follows:

1. I have served as a consultant for Hidden Empire Holdings, LLC. ("HEFG") since March 2021. My consulting duties at HEFG have been in the capacity of a chief operations officer, which include guiding the development of long-term business strategies, providing advisement concerning daily operations of the company, working with the owners to develop a strategy to scale HEFG's business, and provide strategic advisement regarding the company's fundraising activities. I am also the founder of TwentyOne 14, LLC, a media company that focuses on providing strategic advisement to media and entertainment companies and content development and production targeted to multi-cultural audiences.

2. The facts set forth in this declaration are based on my personal knowledge, except where otherwise noted, and, if called to testify, I could and would competently testify thereto.

3. In or around April of 2021 I engaged an outside consultant, Philip Fier to provide financial modeling services for HEFG's fundraising efforts. I was Mr. Fier's sole point of contact with HEFG for this engagement and there was no interaction between Mr. Fier and Defendant Darrick Angelone ("Angelone") or anyone else affiliated with Defendant AOne Creative, LLC ("AOne") during the course of this engagement. Nor was Angelone or anyone affiliated with AOne ever copied on emails between Mr. Fier and me, which I sent from or received in my quincy@hiddenempirefilmgroup.com HEFG email account. Neither I or anyone else at HEFG ever authorized Angelone to read through emails sent to or from my quincy@hiddenempirefilmgroup.com email account.

4. I understand that Defendants in this action have already or are attempting to serve a subpoena for the production of business records on Mr. Fier seeking the production of documents relating to the work Mr. Fier performed for HEFG. The only way Defendants could have learned of the engagement between Mr. Fier and HEFG was by Angelone abusing his privileges as the administrator of HEFG's email system

- 2 -  Case No.:
DECLARATION OF QUINCY NEWELL

by reading through the confidential emails sent to or from my quincy@hiddenempirefilmgroup.com email account.

5. Defendants are also attempting to serve a subpoena on my company, Twentyone 14, LLC. TwentyOne 14, LLC's sole relationship with HEFG is the lending of my consulting services, the company has no further engagement with HEFG other than my consulting services. Other than my consulting time spent with HEFG, TwentyOne 14 as a company has no further business with HEFG and has nothing to do with the claims asserted by Defendants in this action. All correspondence during my consultancy has taken place on HEFG owned and controlled emails accounts and servers and all documentation that may be relevant to this matter produced during my consultancy exists on HEFG company document storage servers. This protocol has been the requirement during my consultancy, and for other consultants engaged with HEFG, to ensure that all rights and proceeds derived from my time with HEFG, remain HEFG's property and under HEFG's control. I believe the basis for Defendants' subpoena to TwentyOne 14, LLC is not to seek information potentially relevant to this action, but rather to personally harass and annoy me as a result of my consulting role at HEFG.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2023 at Los Angeles, California

/s/ Quincy Newell
Quincy Newell

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 21860 Burbank Blvd., Suite 370, Woodland Hills, CA 91367. My email address is ynelson@kdeklaw.com.

I certify that on September 13, 2024, I served: **DECLARATION OF SANDRA CALIN REGARDING REQUEST FOR SUBSTITUTION OF ATTORNEY** on the following parties or counsel of record as follows:

| | |
|---|---|
| LAWRENCE HINKLE (SBN 180551)<br>STEPHANIE JONES NOJIMA (SBN 178453)<br>JOSHUA ROY ENGEL<br>SANDERS ROBERTS LLP<br>1055 West 7th Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 426-5000 - Facsimile: (213) 234-4581<br>E-Mail: lhinkle@sandersroberts.com;<br>sjonesnojima@sandersroberts.com;<br>jengel@sandersroberts.com;<br><br>Felton T. Newell, Esq.<br>Newell Law Group PC<br>1801 Century Park East, 24th Floor<br>Phone (310) 556-9663<br>E-mail: felton@newellpc.com | *Counsel for Plaintiffs* |
| Justin Kian, Esq.<br>J.T. Fox, Esq.<br>LAW OFFICES OF JT FOX, APC<br>556 S. Fair Oaks Avenue, Suite 444<br>Pasadena, California 91105<br>Telephone: (888) 750-5530<br>Fax: (888) 750-5530<br>Email: jt@jtfoxlaw.com;<br>justin@jtfoxlaw.com | *Co-Counsel for Defendants* |

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
21860 BURBANK BOULEVARD, SUITE 370
WOODLAND HILLS, CA 91367
TELEPHONE (818) 657-0255

By ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

    I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct. Executed at Woodland Hills, California on September 13, 2024.

*Yolanda Nelson*
_____
Yolanda Nelson