# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>DARRICK ANGELONE, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 22-6515-MWF(AGRx)<br><br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

☒  The Court hereby orders that the request of **Plaintiffs, Cross-Defendants and Counter-Defendants HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; DEON TAYLOR; and Third-Party Defendant ROXANNE TAYLOR:**

☒ to substitute **Felton T. Newell** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Newell Law Group PC, 1801 Century Park East, 24th Floor
Street Address

Los Angeles, CA 90067                                   felton@newellpc.com
City, State, Zip                                              E-Mail Address

(310) 556-9663                                                                                              201078
Telephone Number                      Fax Number                        State Bar Number

as attorney of record instead of   Matthew D. Barzman, Stephanie J. Nojima, Joshua R. Engel, Oluwatobi N. Agbelemose, and Lawrence C. Hinkle, II

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☐  The Court hereby orders that the request of: _____

to withdraw as attorney of record for _____

**is hereby** ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **September 23, 2024**

_[signature]_
MICHAEL W. FITZGERALD
United States District Judge