UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV-22-06515-MWF (AGRx)                                    Date: October 25, 2024

Title   Hidden Empire Holdings, LLC., et. al. v. Darrick Angelone, et. al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 10/25/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
Felton T. Newell, Jr.                                     Sandra Calin
                                                                     Justin Kian

**Proceedings: VIDEO DISCOVERY CONFERENCE**

    Case is called.  Counsel state their appearances.  The court and counsel conferred as stated on the record regarding the Joint Agenda filed on October 23, 2024 (Dkt. No. 164).

    For the reasons stated on the record, IT IS ORDERED that:

1. Within 7 days after entry of this order, counsel will confer regarding Plaintiffs/Counterdefendants' production of documents sufficient to show ownership of the following third parties identified in one or more objected portions of the subpoenas to Bank of the West and City National Bank:

    Hoop 2 Film, LLC
    Avent Productions, LLC
    Hidden Empire Films, LLC
    HEFG Releasing, LLC
    HEFG Development, LLC

2. Counsel shall also confer promptly regarding production of documentation underlying the transfers of funds from Hyper Engine LLC to the above listed entities that Defendants/Counterclaimants have identified.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-22-06515-MWF (AGRx)                                    Date: October 25, 2024

Title      Hidden Empire Holdings, LLC., et. al. v. Darrick Angelone, et. al.

    3. If counsel cannot resolve the discovery issues in Paragraphs 1 and 2 above and/or Plaintiffs/Counterdefendants do not complete any agreed production in response to Paragraphs 1 and 2 by November 20, 2024, then counsel shall contact the Courtroom Clerk, Mr. Lozada, on or before November 20, 2024 to request a further discovery conference to resolve the subpoenas to Bank of America and City National Bank.

cc: District Judge Michael W. Fitzgerald

                                                                                                       0:35

**Initials of Preparer**   kl