# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DARRICK ANGELONE, et al., <br><br> Defendants. | Case No. CV 22-6515-MWF(AGRx) <br><br> ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUTOFFS |

The Court has reviewed the Stipulation to Continue Discovery Cutoffs (Docket No. 166). For good cause shown, the Court GRANTS the parties' request and CONTINUES only the following deadlines:

1. Percipient discovery cutoff: January 31, 2025
2. Expert discovery cutoff: February 19, 2025

**IT IS SO ORDERED.**

Dated: November 1, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

\*\*\* Counsel are reminded that compliance with the Local Rules and this Court's procedures is mandatory. The Court did not receive the word-processing version of the proposed Order. Future non-compliance may result in documents being stricken. \*\*\*

-1-