FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs and Counterclaim Defendants **HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC,** and **DEON TAYLOR;** and Third-Party Defendant **ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br><br>The Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER** |
| DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida | |

limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company

          Counterclaimants,

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual,

          Counterclaim Defendants,

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

          Third-Party Plaintiffs

      v.

ROXANNE TAYLOR, an individual, Third-Party Defendant

The Court has reviewed the parties' Joint Stipulation to Continue Trial Date and Other Case Deadlines (the "Stipulation"), filed December 10, 2024 (Docket No. 170). For good cause shown, the Court GRANTS the Stipulation and modifies the schedule as follows:

1. Plaintiffs shall file their First Amended Complaint ("FAC") on or before December 13, 2024.
2. Defendants shall file their pleading responsive to the FAC 21 days after the date Plaintiffs file the FAC.
3. The remaining pre-trial and trial deadlines in this matter shall be continued as followed:

| | Old Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-off | January 31, 2025 | July 1, 2025 |
| Expert Discovery Cut-off | February 19, 2025 | June 19, 2025 |
| Last Day to Hear Motions | February 3, 2025 | June 3, 2025 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | March 3, 2025 | July 3, 2025 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and | March 10, 2025 | July 10, 2025 |

|  |  |  |
|---|---|---|
| Verdict Forms, and file oppositions |  |  |
| Final Pretrial Conference and Hearing on Motion in Limine | March 25, 2025 | July 25, 2025 at 11:00 a.m. |
| Trial Date (Est. 10 Days) | April 8, 2025 | August 12, 2025. at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: December __, 2024      _____
                              UNITED STATES DISTRICT JUDGE