NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al., | Case No. CV 22-6515-MWF(AGRx) |
| Plaintiffs, | ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES |
| v. | |
| DARRICK ANGELONE, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Stipulation, filed December 17, 2024. (Docket No. 172). For good cause shown, the Court GRANTS the parties' request and ORDERS as follows:

1. Plaintiffs shall file their First Amended Complaint (the "FAC") on or before December 20, 2024.

2. Defendants' response to the FAC shall be filed no more than 21 days after the FAC is filed.

3. The pretrial and trial dates are CONTINUED as follows:

///
///
///
///

|  | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-off | January 31, 2025 | July 1, 2025 |
| Expert Discovery Cut-off | February 19, 2025 | June 19, 2025 |
| Last Day to Hear Motions | February 3, 2025 | June 2, 2025 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | March 3, 2025 | July 7, 2025 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict forms, and Oppositions to Motions in Limine | March 10, 2025 | July 14, 2025 |
| Final Pretrial Conference and Hearing on Motions in Limine | March 25, 2025 | July 28, 2025, at 11:00 a.m. |
| Jury Trial (Est. 10 Days) | April 8, 2025 | August 12, 2025, at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel.  No later than **seven** weeks prior to the Final Pretrial Conference, counsel must file *joint* notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)).  Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated:  December 18, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge