FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs and Counterclaim Defendants **HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC,** and **DEON TAYLOR;** and Third-Party Defendant **ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida | Case No. 2:22-cv-06515-MWF-AGR<br><br>The Hon. Michael W. Fitzgerald<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |

| | |
|---|---|
| 1 | limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
| 5 | |
| 6 | HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counterclaim Defendants, |
| 11 | |
| 12 | DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Third-Party Plaintiffs |
| 19 | v. |
| 20 | |
| 21 | ROXANNE TAYLOR, an individual, Third-Party Defendant |

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Plaintiffs and Counterclaim Defendants Hidden Empire Holdings, LLC, Hyper Engine, LLC and Deon Taylor ("Plaintiffs") and Third-Party Defendant Roxanne Taylor and Defendants and Counterclaimants Darrick Angelone, AOne Creative, LLC and On Chain Innovations, LLC ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS counsel for Defendants are currently engaged in trial and have been in trial for several weeks;

WHEREAS the parties have had to postpone critical depositions pending trial; and

WHEREAS the Parties have met and conferred and agreed to a proposed revised case schedule.

THEREFORE, the Parties hereby agree and stipulate as follows:

The remaining pre-trial and trial deadlines in this matter shall be continued as followed:

|  | Old Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-off | July 1, 2025 | August 1, 2025 |
| Expert Discovery Cut-off | June 19, 2025 | July 18, 2025 |
| Last Day to Hear Motions | June 2, 2025 | July 7, 2025 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | July 7, 2025 | August 7, 2025 |
| Lodge Pretrial Conference Order, | July 14, 2025 | August 14, 2025 |

| | | |
|---|---|---|
| file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | | |
| Final Pretrial Conference and Hearing on Motion in Limine | July 28, 2025 | August 25, 2025 at 11:00 a.m. |
| Trial Date (Est. 10 Days) | August 12, 2025 | September 9, 2025. at 8:30 a.m. |

**IT IS SO STIPULATED.**

Dated: May 5, 2025                    NEWELL LAW GROUP PC

                                      By: */s/ Felton Newell*
                                          FELTON T. NEWELL
                                          CHRISTINE SAID
                                          Attorneys for Plaintiffs and Counter-Claim Defendants HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC and DEON TAYLOR; and Third-Party Defendant ROXANNE TAYLOR

| | | |
|---|---|---|
| Dated: May 5, 2025 | | KRAMER, DEBOER & KEANE |
| | | By: */s/ Sandra Calin*_____ |
| | | SANDRA CALIN |
| | | Attorneys for Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC |
| Dated: May 5, 2025 | | LAW OFFICES OF JT FOX, APC |
| | | By: */s/ J.T. Fox*_____ |
| | | J.T. FOX |
| | | JUSTIN KIAN |
| | | Attorneys for Defendants DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC |