**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,

Plaintiffs,

vs.

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

Defendants.

---

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company

Counterclaimants,

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a

Case No. 2:22-cv-06515-MWF-AGR

The Hon. Michael W. Fitzgerald

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**

California limited liability company, DEON TAYLOR, an individual,

Counterclaim Defendants,

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

Third-Party Plaintiffs

v.

ROXANNE TAYLOR, an individual, Third-Party Defendant

The Court has reviewed the parties' Joint Stipulation, filed May 2, 2025 (Docket No. ___). For good cause shown, the Court GRANTS the parties' request and ORDERS as follows:

The pretrial and trial dates are CONTINUED as follows:

| | **Old Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery Cut-off | July 1, 2025 | August 1, 2025 |
| Expert Discovery Cut-off | June 19, 2025 | July 18, 2025 |
| Last Day to Hear Motions | June 2, 2025 | July 7, 2025 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | July 7, 2025 | August 7, 2025 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | July 14, 2025 | August 14, 2025 |
| Final Pretrial Conference and Hearing on Motion in Limine | July 28, 2025 | August 25, 2025 at 11:00 a.m. |
| Trial Date (Est. 10 Days) | August 12, 2025 | September 9, 2025. at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than seven weeks prior to the Final Pretrial Conference, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: May __, 2025 ______________________________________

UNITED STATES DISTRICT JUDGE