1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  HIDDEN EMPIRE HOLDINGS, LLC,, et al.,

12                          Plaintiffs,

13          v.

14  DARRICK ANGELONE, et al.,

15                          Defendants.

16  AND RELATED ACTIONS.

17

Case No. CV 22-6515-MWF(AGRx)

ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES

18          The Court has considered the Joint Stipulation to Continue Pretrial and Trial

19  Dates, filed May 5, 2025.  (Docket No. 182).  For good cause shown, the Court

20  GRANTS the parties' request and ORDERS the pretrial and trial dates CONTINUED

21  as follows:

22

| | **Old Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery Cut-off | July 1, 2025 | August 1, 2025 |
| Expert Discovery Cut-off | June 19, 2025 | July 18, 2025 |
| Last Day to Hear Motions | June 2, 2025 | July 7, 2025 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | July 7, 2025 | August 7, 2025 |

23
24
25
26
27
28

| | | |
|---|---|---|
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | July 14, 2025 | August 14, 2025 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 28, 2025 | August 25, 2025, at 11:00 a.m. |
| Jury Trial (Est. 10 Days) | August 12, 2025 | September 9, 2025. at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel.  No later than seven weeks prior to the Final Pretrial Conference, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)).  Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated:  May 6, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-2-