**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Hidden Empire Holdings, LLC., et. al., <br><br> Plaintiff(s) <br> v. <br><br> Darrick Angelone, et. al., <br><br> Defendant(s) | CASE NUMBER: <br><br> CV-22-06515-MWF (AGRx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Alicia G. Rosenberg. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required      ☒ Hearing Required
                            ☐ In-Person Court Hearing
                            ☒ Video Conference
                            ☐ Telephonic

Magistrate Judge   Alicia G. Rosenberg

Date/Time          Tuesday, May 27, 2025 at 1:30 p.m. PT

Courtroom:         Zoom (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg)

Dated:    May 27, 2025                                By:            kl
                                                              Deputy Clerk