J.T. Fox, Esq. (SBN 195063)
**LAW OFFICES OF JT FOX & ASSOCIATES, APC**
556 S. Fair Oaks Ave., No. 444
Pasadena, California 91105
Telephone: (888) 750-5530
Fax: (888) 750-5530
Email: jt@jtfoxlaw.com

Attorney for Defendants and Counterclaimants,
DARRICK ANGELONE, AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, a Delaware limited liability company; HYPER ENGINE, LLC, a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; AND DOES 1-100,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:22-CV-06515-MWF-AGR<br><br>**JOINT REPORT**<br><br>*Assigned to the Hon. Michael W. Fitzgerald and Hon. Judge Alicia G. Rosenberg, Magistrate Judge* |

-1-
**JOINT REPORT REGARDING INFORMAL DISCOVERY CONFERENCE**

**TO THE HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC, and DEON TAYLOR, (collectively, "Plaintiffs"), Third-Party Defendant Roxanne Taylor ("Roxanne"), and Defendants DARRICK ANGELONE, AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC (collectively, "Defendants") hereby submit this Joint Report pursuant to the Court's Order dated May 27, 2025 (hereinafter, the "Order".)

Per the Order, the Parties have met and conferred regarding the remaining third-party subpoenas in the "Talent" category, excluding Robert Smith and any third parties who were involved in the "Fear" motion picture and/or video game. Upon conferring, the Parties do not agree about the remaining third-parties in the Talent category: (1) Eric M. Bishop, (2) Dr. Henry Louis Gates, (3) Percy Miller, (4) Roland Martin, and (5) Van Jones.

Pursuant to the Order, the following table represents the Defendants' proposed document requests to these remaining third parties, and Plaintiffs' objections thereto:

| Name | Documents Sought | Plaintiffs' Objections |
|---|---|---|
| Eric M. Bishop | **(a)** Any contract—draft or final, partial or full—that identifies Darrick Angelone and/or AONE Entertainment LLC and their role in Hyper Engine;<br><br>**(b)** All communications with Hidden Empire, Hyper Engine, Deon Taylor, Roxanne Taylor, Darrick Angelone, AONE, AONE Creative, LLC, or AONE Entertainment, LLC regarding any Hyper Engine films or projects on which YOU were engaged; | (a) Mr. Bishop merely participated in an event promoted by Hyper Engine – he had no contractual relationship with Hyper Engine.<br><br>(b) This request is overbroad and is not limited to the issues in this case; Hyper Engine did not produce any films; Mr. Bishop had no contractual agreement with Hyper Engine. |

| Name | Documents Sought | Plaintiffs' Objections |
|---|---|---|
|  | **(c)** All communications with Hidden Empire, Hyper Engine, Deon Taylor, Roxanne Taylor, Darrick Angelone, AONE, AONE Creative, LLC, or AONE Entertainment, LLC regarding Darrick Angelone's work or role in films or projects of Hidden Empire Film Group | **(c)** Mr. Angelone's work or role in films or projects of Hidden Empire Film Group is not relevant to this dispute; this request is over broad. |
| Dr. Henry Louis Gates | **(a)** Any contract—draft or final, partial or full—that identifies Darrick Angelone and/or AONE Entertainment LLC and their role in Hyper Engine;<br><br>**(b)** All communications with Hidden Empire, Hyper Engine, Deon Taylor, Roxanne Taylor, Darrick Angelone, AONE, AONE Creative, LLC, or AONE Entertainment, LLC regarding any Hyper Engine films or projects on which YOU were engaged; and<br><br>**(c)** All Documents sufficient to show ownership of the series known as "Black History in Two Minutes" | **(a)** Mr. Angelone has not indicated any basis for belief that Professor Gates would have a contract that refers to him, AOne, or their role in Hyper Engine.<br><br>**(b)** This request is overbroad and is not limited to the issues in this case; Hyper Engine did not produce any films; Professor Gates had no contractual agreement with Hyper Engine. |
| Percy Miller | **(a)** All documents and communications with Hidden Empire, Hyper Engine, Deon Taylor, Roxanne Taylor, Darrick Angelone, AONE, AONE Creative, LLC, or AONE Entertainment, LLC | **(a)** This request is overbroad and is not limited to the issues in this case in that it seeks all communications regarding the film. |

| Name | Documents Sought | Plaintiffs' Objections |
|---|---|---|
| | regarding the Untitled Scripted Series about Percy Miller (AKA "Master P"); **(b)** All Documents and Communications regarding business disruptions or delays to HEFG allegedly caused by Darrick Angelone or AONE | |
| Roland Martin | Same as Eric. M. Bishop, above | (a) Mr. Martin merely participated in appearances promoted by Hyper Engine – he had no contractual relationship with Hyper Engine. (b) This request is overbroad and is not limited to the issues in this case; Hyper Engine did not produce any films; Mr. Martin had no contractual agreement with Hyper Engine. (c) Mr. Angelone's work or role in films or projects of Hidden Empire Film Group is not relevant to this dispute; this request is over broad. |
| Van Jones | Same as Eric M. Bishop, above | (a) Mr. Jones merely participated in events promoted by Hyper Engine – he had no contractual relationship with Hyper Engine. |

**JOINT REPORT REGARDING INFORMAL DISCOVERY CONFERENCE**

| Name | Documents Sought | Plaintiffs' Objections |
|---|---|---|
| | | (b) This request is overbroad and is not limited to the issues in this case; Hyper Engine did not produce any films; Mr. Jones had no contractual agreement with Hyper Engine.<br><br>(c) Mr. Angelone's work or role in films or projects of Hidden Empire Film Group is not relevant to this dispute; this request is over broad. |

Dated: June 9, 2025

**LAW OFFICES OF JT FOX & ASSOCIATES, APC**

By: ___/s/ JT Fox___
       J.T. Fox, Esq.

Attorneys for Defendants, *Darrick Angelone, AONE Creative, LLC, and On Chain Innovations, LLC*

Dated: June 9, 2025

**KRAMER, DEBOER & KEANE**

By: ___/s/ Sandra Calin___
       Sandra Calin, Esq

Attorneys for Defendants *Darrick Angelone, AONE Creative, LLC, and On Chain Innovations, LLC*

| | | |
|---|---|---|
| 1 | Dated: June 9, 2025 | **NEWELL LAW GROUP PC** |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Felton T. Newell |
| 5 | |       Felton T. Newell, Esq |
| 6 | | Attorneys for *Hidden Empire Holdings, LLC, Hyper Engine, LLC, Deon Taylor, And Roxanne Taylor* |