NEWELL LAW GROUP PC
FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs and Counterclaim Defendants
**HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC, AND DEON TAYLOR;**
And Third-Party Defendant
**ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, | Case No. 2:22-cv-06515-MWF-AGR<br><br>The Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF FELTON T. NEWELL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>HEARING:</u><br>**DATE:** July 7, 2025<br>**TIME:** 10:00 a.m.<br>**LOCATION:** Courtroom 5A |

-1-
FELTON T. NEWELL DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 1<br>2<br>3<br>4 | formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company |
| 5<br>6 | Counterclaimants, |
| 7<br>8<br>9<br>10 | HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual, |
| 11<br>12 | Counterclaim Defendants, |
| 13<br>14<br>15<br>16<br>17<br>18 | DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company, |
| 19<br>20 | Third-Party Plaintiffs |
| 21 | v. |
| 22<br>23 | ROXANNE TAYLOR, an individual, Third-Party Defendant |

NEWELL LAW GROUP<br>1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067<br>(310) 556-9663

## DECLARATION OF FELTON T. NEWELL

I, Felton T. Newell, declare as follows:

1. I am a Partner at Newell Law Group PC, counsel of record for Plaintiffs in this action. This Declaration is in support of Plaintiffs' Motion for Summary Judgment.

2. The facts set forth in this declaration are based on my personal knowledge, except where otherwise noted, and, if called to testify, I could and would competently testify thereto.

3. On May 1, 2025, I had a meet and confer telephone conversation with Sandra Calin and J.T. Fox, counsel for Defendants in this action, regarding the claims Plaintiff intended to assert in its Motion for Summary Judgment. During that call, the parties were unable to resolve any disputes regarding any of the issues involved in this Motion.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025 at Los Angeles, California

*/s/ Felton T. Newell*
Felton T. Newell