1  NEWELL LAW GROUP PC
2  FELTON T. NEWELL (State Bar #201078)
   felton@newellpc.com
3  CHRISTINE SAID (State Bar #344348)
4  christine@newellpc.com
   1801 Century Park East, 24th Floor
5  Los Angeles, CA 90067
6  Telephone: (310) 556-9663

7  Attorneys for Plaintiffs and Counterclaim
8  Defendants
9  **HIDDEN EMPIRE HOLDINGS, LLC,**
   **HYPER ENGINE, LLC, AND DEON**
10 **TAYLOR;**
11 And Third-Party Defendant
   **ROXANNE TAYLOR**
12

13

14            **UNITED STATES DISTRICT COURT**

15        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

17 HIDDEN EMPIRE HOLDINGS,              Case No. 2:22-cv-06515-MWF-AGR
18 LLC; a Delaware limited liability
   company; HYPER ENGINE, LLC; a      The Hon. Michael W. Fitzgerald
19 California limited liability company;
   DEON TAYLOR, an individual,
20                                     **DECLARATION OF ROXANNE**
                Plaintiffs,            **TAYLOR IN SUPPORT OF**
21                                     **PLAINTIFFS' MOTION FOR**
   vs.                                 **SUMMARY JUDGMENT**
22
   DARRICK ANGELONE, an
23 individual; AONE CREATIVE LLC,
   formerly known as AONEE
24 ENTERTAINMENT LLC, a Florida        **HEARING:**
   limited liability company; and ON   **DATE:        July 7, 2025**
25 CHAIN INNOVATIONS LLC, a            **TIME:        10:00 a.m.**
   Florida limited liability company,  **LOCATION: Courtroom 5A**
26
                Defendants.
27

28 DARRICK ANGELONE, an
   individual; AONE CREATIVE LLC,

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

formerly known as AONE
ENTERTAINMENT LLC, a Florida
limited liability company; ON
CHAIN INNOVATIONS LLC, a
Florida limited liability company

     Counterclaimants,

HIDDEN EMPIRE HOLDINGS,
LLC; a Delaware limited liability
company; HYPERENGINE, LLC; a
California limited liability company,
DEON TAYLOR, an individual,

     Counterclaim
     Defendants,

DARRICK ANGELONE, an
individual; AONE CREATIVE LLC,
formerly known as AONE
ENTERTAINMENT LLC, a Florida
limited liability company; ON
CHAIN INNOVATIONS LLC, a
Florida limited liability company,

     Third-Party Plaintiffs

    v.

ROXANNE TAYLOR, an
individual, Third-Party Defendant

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

# DECLARATION OF ROXANNE TAYLOR

I, Roxanne Taylor, declare as follows:

1.      I am the co-founder, managing member and co-Chief Executive Officer of Hidden Empire Holdings, LLC. ("HEFG"). My husband, Deon Taylor, is the other co-founder, managing member and co-Chief Executive Officer of HEFG.    HEFG is a successful independent film company that has produced numerous films that have been distributed nationally and internationally including, but not limited to, "Fatale," a psychological thriller starring two-time Academy Award winner Hillary Swank and Michael Ealy, "Black and Blue," an action thriller starring Academy Award nominee Naomie Harris, Tyrese Gibson and Frank Grillo, "Intruder," a psychological thriller starring Dennis Quaid, Michael Ealy and Meghan Good, "Traffik," a thriller starring Omar Epps and Paula Patton, "Meet the Blacks," a comedy-horror starring Mike Epps, Bresha Webb and Katt Williams, "The House Next Door: Meet the Blacks 2," a comedy-horror starring Mike Epps, Katt Williams and Lil Duval, and "Supremacy," a thriller starring  Joe Anderson, Danny Glover and Derek Luke. HEFG has also produced the film titled "Fear," a horror starring Joseph Sikora, Andrew Bachelor and Anne Ilonzeh, which will be released early next year. I served as a producer on all of HEFG's films. HEFG also produces "Black History in Two Minutes," a series of brief episodes about the African-American experience narrated by Henry Louis Gates, Jr. and published on YouTube and Facebook.    HEFG also has initiatives called BeWoke.Vote which aims to encourage younger generations to vote and become educated about politics, Together We Will Save Lives, where we partner with the Conference of National Black Churches in philanthropic endeavors, and the "Black Chair Show," where Deon interviews other celebrities about empowerment behaviors.  HEFG also runs the CLIMB Organization, a non-profit that mentors inner-city youth to help them excel and pursue their dreams. HEFG's website

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

address is www.hiddenempirefilmgroup.com.   My duties at HEFG include executive management of all operations of HEFG including, but not limited to, all creative and marketing operations.   Prior to filing this action, Hidden Empire Film Group, LLC assigned all of its rights and obligations in connection with the 2012 Agreement to HEFG.

2.      My husband Deon is the founder of Hyper Engine, LLC ("Hyper Engine"), a marketing and branding agency that specializes in reaching diverse audiences.   While Deon is the founder of HyperEngine, I manage its day-to-day operations.   Hyper Engine serves as the marketing agency for HEFG as well as its films and initiatives.    HEFG, Deon and Hyper Engine hold all the rights to prosecute the intellectual property claims discussed in this declaration.

3.      The facts set forth in this declaration are based on my personal knowledge, except where otherwise noted, and, if called to testify, I could and would competently testify thereto.

**Darrick Angelone And AOne**

4.      In or about 2012, I met Darrick Angelone. He is the founder and owner of AOne Entertainment LLC. All of the services discussed herein performed by AOne were performed by Darrick Angelone on behalf of AOne.   It is my understanding that at some point after 2012, Mr. Angelone changed the name of AOne Entertainment LLC to AOne Creative LLC.  AOne Entertainment LLC and AOne Creative LLC are collectively referred to herein as "AOne."  The AOne website is located at www.aone.la.  According to its website, AOne is a digital creative media, marketing and distribution company that assists businesses and brands with their social networks, paid social media and digital marketing strategies.

5.      From 2012 through 2022, AOne has provided a variety of services to HEFG and its films and initiatives, to Hyper Engine and to representatives of HEFG

and Deon.  The types of services it provided have included the following: hosting the domains of HEFG and its related entities and Hyper Engine and making sure the domain registrations are current; design, development and maintenance of the HEFG and Hyper Engine websites; maintaining and renewing the registrations for the HEFG Google workspace accounts used for HEFG emails, contacts, calendars, etc.; maintaining the servers that host the HEFG websites; creating social profiles for, posting content on and managing the social media accounts (Instagram, Facebook, Twitter, Linkedin) of HEFG, the HEFG initiatives and the personal accounts of certain HEFG personnel; publishing Hyper Engine content on YouTube, Instagram and Facebook; copywriting; and managing paid digital media campaigns.

6.    AOne has always served as an independent contractor for HEFG and Hyper Engine.  Mr. Angelone has never been an employee, member, investor or owner of HEFG, its affiliated entities, or Hyper Engine.

## The HEFG Domain And The HEFG GoDaddy Account

7.    In or about June 11, 2011 I, on behalf of HEFG, secured the domain hiddenempirefilmgroup.com (the "HEFG Domain") through GoDaddy, a domain registrar and web hosting company.  To secure that domain, I created HEFG's log in credentials for a GoDaddy account (the "HEFG GoDaddy Account"). The HEFG Domain was hosted on the HEFG GoDaddy Account.

8.    Since securing the HEFG Domain, HEFG has been the owner of it, and it has never agreed to sell, transfer or assign said domain to any other person or non-HEFG entity. Neither Mr. Angelone nor AOne have ever obtained an ownership interest in the HEFG Domain or the HEFG GoDaddy Account.

## 2012 Agreement With AOne

9.    HEFG's predecessor, Hidden Empire Film Group, LLC, and AOne entered into a written agreement dated as of April 26, 2012 ("2012 Agreement").

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9963

Prior to the filing of this action, Hidden Empire Film Group, LLC, assigned all of its rights and obligations in the 2012 Agreement to HEFG.   Both HEFG and Mr. Angelone, on behalf of AOne, executed the 2012 Agreement.  A true and correct copy of said contract is attached hereto as **Exhibit 1**.  The 2012 Agreement has not been amended, modified or terminated. The key terms of the 2012 Agreement relevant to this dispute are:

a.    AOne agreed to design and develop HEFG's website using the HEFG Domain which website would be found at www.hiddenempirefilmgroup.com (the "HEFG Website").

b.    AOne agreed that all of the Intellectual Property Rights (as that term is defined in the contract) that may be conceived, developed, expressed or stated by AOne, either alone or with others, shall be the sole property of HEFG; and further AOne acknowledged that HEFG's intellectual property remains the exclusive property of HEFG.

c.    AOne agreed that at no time shall it own or register for its own benefit or otherwise acquire any rights in the HEFG Domain, or any simulations or related domains thereto.

d.    AOne agreed that to the extent AOne is provided access thereto or is designated as administrative or technical contact, it shall be for the benefit of HEFG and not for the benefit of AOne and any such designations shall be immediately returned or changed to such individuals or entities as are designated by HEFG upon HEFG making such demand.

e.    AOne agreed that modifications of the terms of this contract must be written and authorized by both parties.

f.    AOne agreed that either party may terminate this Agreement by giving 30 days written notice to the other of such termination.

g.      AOne agreed that it and HEFG are independent parties and nothing in the contract shall constitute either party as the employer, principal or partner of or joint venture with the other party.

All of the services provided by AOne outside of the scope of the 2012 Agreement over the years were agreed upon by the parties in each instance. The amount or fee for those additional services was based on a rate card provided by AOne. Any time services were provided by AOne, it would send an invoice to me and/or other HEFG personnel. Each invoice typically set forth in detail the work performed and the amount of the fee owed.  HEFG has paid in full all of the invoices it has received from AOne.  It is my understanding that there are no services AOne performed for HEFG, Deon or HyperEngine for which it has not received payment in full from HEFG.

**Mr. Angelone Obtains Control of the HEFG Domain and the HEFG GoDaddy/Namecheap Account**

10.     In connection with the 2012 Agreement, on December 3, 2012, Mr. Angelone sent an email to me and others on the HEFG team in which he stated:

> I need to access the hosting account for Hiddenempire domain so I can work on the website design I have for it. Everything you have set up currently would stay as is, but I need to add an A record pointing to my servers for the development.

Acknowledging that HEFG owns and controls that domain, Mr. Angelone further stated to us by email:

> "even if you can just change the password to something temporary and then you can change back (sic) once I am done."

In response, on December 3, 2012, a member of the HEFG team, Velma Sykes, sent an email to Mr. Angelone with the login credentials he needed to access the HEFG GoDaddy Account. A true and correct copy the foregoing email exchange on December 3, 2012 is attached hereto as **Exhibit 2**.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

11. Since 2012, AOne has been in possession of the log in credentials to access and control the HEFG GoDaddy Account. At Mr. Angelone's urging we later transferred our www.hiddenempirefilmgroup.com domain from GoDaddy to a company called Namecheap. Namecheap is another domain name registrar providing domain name registration and web hosting. Unbeknownst to HEFG and without our authorization, Mr. Angelone and AOne registered our www.hiddenempirefilmgroup.com domain in AOne's name and has refused to provide the current credentials for the HEFG NamecheapAccount to me or anyone else at HEFG. I, and other representatives of HEFG, have asked Mr. Angelone to provide the current log in credentials for the HEFG Namecheap Account numerous times, but he has refused to do so. Since Mr. Angelone registered our www.hiddenempirefilmgroup.com domain in AOne's own name on Namecheap, we are also unable to recover our credentials from Namecheap.

## At the Direction of HEFG, Mr. Angelone Created The HEFG Website Owned By HEFG

12. After receiving the log in credentials to the HEFG GoDaddy Account, Mr. Angelone obtained access to the HEFG Domain which allowed him to design and develop the HEFG Website. He, through his company AOne, created the HEFG Website in or about 2012. Since creating the HEFG Website, Angelone has made further made changes and updates to the HEFG Website and AOne has been the only company managing said website.

13. HEFG's ownership of the HEFG domain and the HEFG website has never been questioned by anyone, including by Mr. Angelone. For example, in an email exchange between me and Mr. Angelone on December 10-11, 2014, we were communicating about my efforts to try to get access to the HEFG Website files so I could make changes to the website myself. In an email dated December 10, 2014, Mr. Angelone stated:

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663



"Either way the [website] files should still be on ***your godaddy accct*** (sic), but someone forwarded the DNS or domain from somewhere on yourside (sic)."

[Emphasis added.] In a separate email dated December 10, 2014, Mr. Angelone further stated: "The files should be on HEFG.com and hosted on that associated godaddy acct." A true and correct copy of said email exchange is attached hereto as **Exhibit 3**.

## Mr. Angelone Obtained Control Of The HEFG Google Account And Email System

14.     Several years ago, AOne set up HEFG's corporate email system using the HEFG Domain. Mr. Angelone set up the HEFG email system using Google Workspace (formerly GSuite) by setting up an HEFG account (the "HEFG Google Account") on our behalf. As part of AOne setting up the HEFG Google Account, Mr. Angelone obtained the credentials to our HEFG Google Account so he could complete the deployment of the HEFG Google Account on HEFG's behalf. Thereafter, Mr. Angelone provided me with the HEFG Google Account administrator credentials.

15.     After setting up the HEFG Google Account, individual email accounts for HEFG personnel were created. For example, my HEFG email is roxanne@hiddenempirefilmgroup.com        and        Deon's        is deon@hiddenempirefilmgroup.com. Similar emails using the HEFG Domain were created for other HEFG personnel and our support team.   All of the HEFG emails are tied to the HEFG Domain and the HEFG Google Account.

16.     After each individual HEFG email was created, each such email has been regularly used by HEFG personnel to conduct HEFG business.  Said email accounts have served as the primary method of communicating amongst HEFG personnel and with non-HEFG individuals and companies about HEFG business.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Most of the communications HEFG personnel engage in regarding HEFG business are conducted through use of an HEFG email account. We also circulate our banking and financial information through our HEFG email accounts and store such records in our Google Account. Accordingly, HEFG's business would be greatly frustrated and damaged if HEFG personnel were unable to utilize the HEFG email system.

17. As stated above, at the time Mr. Angelone deployed our HEFG Google account, he obtained the log in credentials in connection with the tech-related services AOne was providing to HEFG. At some point unknown to me, Mr. Angelone changed the log in credentials he provided me after setting up our HEFG Google Account. AOne has not provided the current credentials for the HEFG Google Account to me or anyone else at HEFG. I, and other representatives of HEFG, have asked Mr. Angelone to provide the current credentials of the HEFG Google Account numerous times, but he has refused to do so. We are also unable to obtain our credentials from Google because Angelone has changed the registration on our account from HEFG to AOne.

## Mr. Angelone Has "Locked Out" HEFG And Its Personnel From Being Able To Use The HEFG Email

18. On or about August 7, 2022, I discovered that Mr. Angelone "locked out" me and all of the other HEFG personnel from being able to access, send, or receive our respective HEFG emails or otherwise use our Google Account. We have been unable to read or write new emails, open any documents attached to those emails, or access any of our contracts or other information stored in our workspace. This has severely frustrated and damaged HEFG's ability to conduct its business. For example, we are in the middle of negotiating contract terms for our upcoming "Freedom Ride" project with Participant Studios and I have received inquries asking why we have not responded to emails from Participant Studios



NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

surrounding the negotiations.  I have also received inquiries from representatives of MGM asking why we have not responded to emails from the writer of our "Blacula" project and inquiries from representatives of BET asking why we have not responded to emails surrounding a contract proposal for a potential new project with BET.

19.    Immediately upon learning that Mr. Angelone "locked out" me and the other HEFG personnel from our emails, representatives of HEFG, including Deon, contacted Mr. Angelone and demanded that he not only "unlock" the emails so that HEFG personnel could access them, but also that he turn over to HEFG the pertinent log in credentials for the HEFG Google Account that would allow for HEFG to take over control of its email system.  Despite repeated demands by HEFG, Mr. Angelone has refused to provide any of the log in credentials to HEFG or restore our email access.

**Mr. Angelone Starts To Manage All Of The Domains Owned By HEFG, Hyper Engine And HEFG Personnel**

20.    On December 10, 2014, Mr. Angelone sent an email to me in which he suggested that HEFG should allow AOne to manage all of the HEFG Domains and other domains. Specifically, Mr. Angelone stated:

> *Going forward, you guys should have me manage all your domains etc.*. I have my own servers and manage hundreds of domain registrations. $100 per host (you would only need one or two) per year and $15 for registrations. Fortunately Dumrobot is registered with me and hosted on our servers, so it can not be lost/hijacked.

(Emphasis added.) A true and correct copy of said email is attached hereto as **Exhibit 3**.

21.    In response to Mr. Angelone's request, HEFG agreed to allow AOne to manage all of the domains owned by HEFG, Hyper Engine and the other

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

domains of HEFG personnel.

22.     Since 2014, AOne has been responsible for securing and/or managing on HEFG's behalf various domains related to or using a variation of the HEFG name including the following domains:

a.     hiddenempirefilmgroup.com

b.     hiddenempirefilms.com

c.     hiddenempiremediagroup.com

d.     hiddenempiremedia.com

e.     hiddenempirereleasing.com

f.     hiddenempireproductions.com

g.     hiddenempire.productions

h.     hiddenempire.media

i.     hiddenempiremedia.group

j.     hiddenempire.studio

k.     hiddenempire.org

l.     hiddenempireentertainment.com

n.     hiddenempirestudios.com

o.     hefg.com

p.     hiddenempire.productions

q.     foreveryoungfabrics.com

AOne has been responsible for managing numerous domains related to HEFG films. Those HEFG films and the corresponding domains are as follows:

a.     "Fatale" – fatale.movie

b.     "Intruder" - theintruder.movie

c.     "Traffik" – traffik.movie and traffikmovie.com

d.     "Meet the Blacks" – meettheblacksmovie.com and meettheblacksthemovie.com

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

e.      "The House Next Door: Meet the Blacks 2" –

thehousenextdoor.movie

f.      "Supremacy" – supremacyfilm.com and supremacymovie.com

g.      "Fear" - fear.movie and fearthemovie.com

h.      "Free Agents" - freeagentsmovie.com and freeagents.movie

i.      "Hoop 2" - hoop2film.com and hooptofilm.com

AOne has been responsible for securing and/or managing the domains based on the
names of HEFG personnel including the following domains:

a.      Deon Taylor (co-founder) – deontaylor.com and

deontaylorfilms.com

b.      Roxanne Avent Taylor (co-founder) – Aventviii.com

AOne has been responsible for securing and/or managing the
domains related to HEFG initiatives including the following domains:

a.      Climb – climborganization.org, climb.org and climb.network

b.      factsnotpolitics.com/factsnotpolitics.org

c.      blackhistoryintwominutes.com

d.      bewoke.vote

e.      2getherwesavelives.com, togetherwewillsavelives.com,

togetherwewillsavelives.com, togetherwewillsavelives.org, and

2getherwewillsavelives.com

f.      blackchairshow.com and theblackchairshow.com.

AOne has been responsible for securing and/or managing the domains for Hyper
Engine including:

a.      hyperenginellc.com

b.      hyperengine.ai

23.     The foregoing domains were either registered by HEFG itself or

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

HEFG requested AOne to register them on HEFG's behalf and in its name. By way of example, I secured the domain for meettheblacksthemovie.com. A true and correct copy of the email dated October 13, 2015 from GoDaddy to me confirming my set up of said domain is attached hereto as **Exhibit 4**. After I secured that domain, I also created the credentials (log in username and password) for it. After I created the domain and created the credentials, I provided that information to Mr. Angelone. A true and correct of my email to Mr. Angelone dated October 13, 2015 is attached hereto as **Exhibit 5**. In said email, I provided to Mr. Angelone the credentials for that domain so he could access the meettheblackthemovie.com domain. By way of another example, on May 8, 2018 I had an email exchange with Mr. Angelone asking him secure a website domain and associated social media accounts for our use for our CLIMB Nonprofit initiative and to design the CLIMB website. He secured those assets for HEFG and did the development work at my request. In that same exchange he provided the passwords to me, which passwords he subsequently changed without anyone at HEFG's authorization. A true and correct of my May 8, 2018 email exchange with Mr. Angelone is attached hereto as **Exhibit 6.**

24.     In a separate email dated July 6, 2018, Mr. Angelone transmitted a spreadsheet with all of the HEFG related domain and social accounts and passwords to me and Deon. In that email he acknowledged that the HEFG domain and other domains in existence at the time (Meet the Blacks, Traffik and Supremacy) belonged to HEFG, not AOne. In that email, Mr. Angelone further acknowledged the harm that could occur to our business if "someone with access changes the passwords, email credentials, with malicious intent," stating that in that instance "there is almost nothing to be done to recover." A true and correct copy of said email exchange is attached hereto as **Exhibit 7**.

25.     Neither I, nor anyone else at HEFG, has ever agreed that Mr. Angelone

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663



or AOne could own any of the foregoing domains and there has never been a transfer of ownership to either of those parties. In fact, HEFG has already paid for registering and maintaining (eg, payment of renewal fees) all of those domains. *See*, *e.g.*, **Exhibit 8.**

26.     As described above, AOne used the company Namecheap to help HEFG secure and maintain our domains.  AOne's process for securing and/or maintaining the domains on HEFG's behalf included AOne advancing the costs owed to Namescheap for securing and maintaining the domains.  After AOne advanced those costs, it sent an invoice to HEFG seeking reimbursement of those costs. A true and correct copy of invoices AOne sent to HEFG related to its securing and maintaining the HEFG domains is attached collectively hereto as **Exhibit 8.**

27.     In 2018 Mr. Angelone provided marketing services to HEFG and Lionsgate in connection with the release of our "Traffik" film.  A dispute arose between Lionsgate and AOne that implicated HEFG and required that all three parties enter into a settlement agreement.  On July 19, 2018 I had an email exchange with Mr. Angelone concerning settlement of that matter.  A true and correct copy of my July 19, 2018 email exchange with Mr. Angelone is attached hereto as **Exhibit 9.**  During that exchange Mr. Angelone acknowledged that AOne was merely a *vendor* providing IT services to HEFG, stating as follows:  "[m]oving forward, whether HEFG eventually brings other parties on to handle HEFG digital or not, AONE would require a monthly fee of $5,000 for the following services:

- Management and use of webservers for:
  - Supremacyfilm.com
  - Meettheblacksmovie.com
  - Traffik.movie
  - Traffikmovie.com
  - Hiddenempirefilmgroup.com

ROXANNE TAYLOR DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1
     o   News. Hiddenempirefilmgroup.com

2
     o   Hyperengine.ai

3
•    Media server and hosting of creative assets for HEFG

4
•    Management of HEFG google-suite applications

5
•    Management of the following social accounts (including a minimum of 50

6
posts per month):

7
     o   ·    @hiddenempirefilmgroup     (IG)

8
     o   ·    @meet_the_blacks     (IG)

9
     o   ·    @Traffikmovie     (IG)

10
     o   ·    @supremacy.movie     (IG)

11
     o   ·    @the.hustle.movie     (IG)

12
     o   @akuma.movie     (IG)

13
     o   ·    @traffikmovie     (twitter)

14
     o   ·    @meettheblacks     (twitter)

15
     o   ·    @hiddenempirefg     (twitter)

16
     o   ·    @dtfilmtohoop     (twitter)

17
     o   ·    @hiddenempirefilmgroup     (FB)

18
     o   ·    @meet_the_blacks     (FB)

19
     o   ·    @Traffikmovie     (FB)

20
     o   ·    @supremacy.movie     (FB)

21
     o   ·    @the.hustle.movie     (FB)

22
     o   ·    @akuma.movie     (FB)

23
     o   ·    @Deon Taylor     (FB)

24
     o   ·    @Roxanne Avent     (FB)

25
     o   ·    @hiddenempirefilmgroup     (Youtube)

26
     o   ·    @meet_the_blacks     (Youtube)

27
     o   ·    @Traffikmovie     (Youtube)

28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

ROXANNE TAYLOR DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

o    @supremacy.movie                    (Youtube)"

28.    In an April 22, 2022 email to me from Mr. Angelone discussing the marketing for our "Fear" film he again acknowledged that AOne has always served as a vendor to HEFG.  In asking us to commit to engaging AOne for the digital marketing for that film he stated "[w]e are not looking for a financial commitment at this time and indeed HEFG has almost always engaged AONE when the time came and we are very familiar with the processes of HEFG…we are only looking for a commitment **to be that vendor** when the time comes for this project" (emphasis added.) A true and correct copy of my April 22, 2022 email exchange with Mr. Angelone is attached hereto as **Exhibit 10**.

29.    To my knowledge, AOne has sent invoices for all of the costs for registering and maintaining (eg, renewal fees) it has advanced on HEFG's behalf. HEFG has paid in full all of the invoices it has received from AOne.

## Mr. Angelone Has "Locked Out" HEFG, Hyper Engine And HEFG Personnel From Being Able To Access The Domains

30.    In early August, I discovered that Mr. Angelone "locked out" me and all of the other HEFG personnel from being able to access the foregoing domains. This has severely frustrated and damaged HEFG's ability to conduct its business.

31.    Beginning in or about August 2022, representatives of HEFG, including for example Deon and Quincy Newell, HEFG's Chief Operating Officer, contacted Mr. Angelone and demanded that he not only "unlock" the domains to allow HEFG personnel to access them, but also that he turn over to HEFG the pertinent log in credentials for the domains that would allow HEFG to take over control of them.  Mr. Angelone has refused to provide any of the log in credentials to HEFG.

## Mr. Angelone Managed All Of The Social Media Accounts Owned By HEFG, Hyper Engine And HEFG Personnel

ROXANNE TAYLOR DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

32.    In or around December 2014, Mr. Angelone suggested to me that HEFG should set up social media accounts for the HEFG films. On December 14, 2014, Mr. Angelone sent an email to me in which he stated:

> If your distribution deals allow it… You guys should definitely set up Facebook pages, Twitter and Instagram accounts in the name of ALL the films you guys release. ***OWN them before someone else does*** (to exploit your potential brand recognition).
>
> And if you want to target the younger generation… We come up with a cool marketing plan incorporating Snapchat! BAM < That's GAME!

[Emphasis added.] A true and correct copy of said email is attached hereto as **Exhibit 11**. Based on his email to us and the express terms of the 2012 Agreement under which Mr. Angelone was providing services to HEFG, he was aware that the HEFG related social media accounts would be owned by HEFG, and no one else, including AOne.

33.    I decided to have AOne create and manage all of the HEFG related social media pages, including the pages for HEFG itself, all of the HEFG films, and the HEFG initiatives.  On October 22, 2015, I sent an email to Mr. Angelone attaching a document that included the credentials (log in username and password) for several social media accounts owned by HEFG. A true and correct copy of said email and document is attached hereto as **Exhibit 12.**

34.    The following is a list of all of the social media accounts owned by HEFG and the identification of the specific accounts for each that exists (e.g., Facebook, instagram, Twitter, Linkedin, Snapchat, YouTube and Tiktok):

    a.    hiddenempirefilmgroup (related to the HEFG company name)– Facebook, Instagram, twitter and Linkedin

    b.    Blackhistoryintwominutes (related to a HEFG production) – [Facebook, Instagram, YouTube, Apple Podcast, twitter and Linkedin.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

c.    Be.Woke.Vote (related to a HEFG initiative) – Facebook, Instagram, YouTube, twitter.

d.    Climb.organization (related to a HEFG initiative) - Facebook, Instagram, YouTube, twitter.

e.    Fear.movie (related to a HEFG film) - Facebook, Instagram, YouTube, twitter.

f.    Fatalemovie (related to a HEFG film) - Facebook, Instagram, YouTube, twitter.

g.    Meet_the_blacks (related to a HEFG film) - Facebook, Instagram, YouTube, twitter.

h.    Theintrudermovie (related to a HEFG film) - Facebook, Instagram, YouTube, twitter.

i.    Traffikmovie (related to a HEFG film) - Facebook, Instagram, YouTube, twitter.

j.    Supremacy.movie (related to a HEFG film) - Facebook, Instagram, YouTube, twitter.

35.    Each of the foregoing social media accounts have credentials (log in user name and password) as well as administrator rights credentials.  HEFG has either provided to AOne or AOne has created all of the credentials necessary to access and control said social media accounts. *See, e.g.*, **Exhibit  7, Exhibit 12**.

**Mr. Angelone Has "Locked Out" HEFG, Hyper Engine And HEFG Personnel From Being Able To Access The Social Media Accounts**

36.    At some point unknown to me, Mr. Angelone changed the log in credentials provided to him by HEFG.   Neither Mr. Angleone or anyone else at AOne has provided the current credentials for the social media accounts to me or anyone else at HEFG.  I, and other representatives of HEFG, including Deon and

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Mr. Newell, have asked Mr. Angelone to provide the current credentials of the social media accounts numerous times, but he has refused to do so.

///

### Mr. Angelone Has Used HEFG's Social Media Accounts To Promote AOne

37.     After we discovered Mr. Angelone had locked us out of our accounts and requested our credentials back, I noticed that Mr. Angelone was posting content to our social media pages liking posts from his AOne accounts and promoting his "Fear" game.  Once we engaged legal counsel to assist us with recovering our assets, Mr. Angelone deleted his recent activity on our accounts, but his efforts restarted on September 6, 2022.  At that time, I noticed that Mr. Angelone changed the authorized image on our HEFG Instagram account to an unauthorized one that consisted of AOne's logo and text just below the logo stating, "brought to you by," implying that AOne has an ownership interest in HEFG.  He also reposted this Instagram post on the HEFG Twitter account, and used his AOne Twitter account to like the post, again implying he has an ownership interest in HEFG. A true and correct copy of Mr. Angelone's September 6, 2022 Instagram and Twitter posts on our HEFG pages are attached collectively as **Exhibit 13**.

### Mr. Angelone Created A Video Game Based On HEFG's Film "Fear" Without Authorization

38.     As stated above, HEFG produced a film called "Fear." Fear was completed in or about July, 2020, with a copy of the film being "fixed" at that time. We released a teaser video in January, 2022 and the film will be released early next year.   Our "Fear" film introduces several unique characters; including "Rom" played by Joseph Sikora, "Benny," played by Andrew Bachelor, "Russ," played by Terrence Jenkins, "Bianca," played by Annie Ilonzeh, "Kim," played by Tyler Abron, "Michael," played by Iddo Goldberg, "Meg," played by Jessica Allain, and "Serena," played by Ruby Modine.  A true and correct copy of an excerpt from a

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

marketing deck for the "Fear" film identifying these characters is attached as **Exhibit 14.** These unique characters and their relationships are the central feature of our film and these unique characters have not appeared in any other motion picture.

39.    In the Spring of this year, Mr. Angelone informed me and Deon that he had created a mobile video game and NFT experience that is directly derived from our "Fear" film ( the "Unauthorized Fear Game"). It is my understanding that Mr. Angelone formed a company called On Chain Innovations LLC ("On Chain Innovations") for the Unauthorized "Fear" Game. I have reviewed the fear.game website Mr. Angelone apparently created for the Unauthorized Fear Game and that website indicates most of the characters in his game are exactly the same as the characters in our film; "Rom," "Serena," "Benny," "Lou," "Meg," "Michael," "Bianca," "Russ," and "Kim." True and correct copies of screenshots of the characters from the Fear.gamewebsite are attached as **Exhibit 15**. Mr. Angelone also created his "Fear" characters to physically resemble the actors who play these roles, incorporating our film's unique characters into the game. **Id.** In addition, the Unauthorized Fear Game directly incorporates scenes from our film. Mr. Angelone claims to have spent substantial sums of money to develop the game.

40.    Neither I, nor any other HEFG representative, authorized Mr. Angelone or AOne to create the Unauthorized Fear Game. Moreover, neither I nor any other HEFG representative was aware that he was in the process of developing the Unauthorized Fear Game before it was completed. I first learned of the Unauthorized Fear Game after Mr. Angelone told me that he had already created it.

41.    On or about May 2, 2022, Mr. Angelone caused a press release about the Unauthorized Fear Game to be released. Certain media outlets published articles based on the press release. For example, on May 2, 2022, the *Longview*

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1  *News Journal* published an article with the following heading: "On Chain

2  Innovations Partners with Hidden Empire Film Group to Develop Mobile Gaming

3  and P2E Interactive NFT Experience for Upcoming Horror Film Release 'Fear'"

4  (the "Fear Game Article"). A true and correct copy of the Fear Game Article is

5  attached hereto as **Exhibit 16**.

6         42.    The Fear Game Article states there is a partnership between HEFG

7  and On Chain Innovations LLC. There is not, and has never been, any such

8  partnership.

9         43.    The article states that Mr. Angelone is the Chief Executive Officer of

10  On Chain Innovations and that said company was started in 2022.

11         44.    The Fear Game Article includes a quote from Deon. Dean did not

12  provide that quote, and no representative of HEFG authorized Mr. Angelone or

13  anyone else to use that quote or any quote from Deon for this article or any other

14  purpose.

15         45.    The Fear Game Article also states that the first product from On Chain

16  Innovations is the Unauthorized Fear Game.

17         46.    Mr. Angelone has promoted the Unauthorized Fear Game on his

18  personal Instagram page. A true and correct copy of a printout of pages from Mr.

19  Angelone's Instagram page is attached hereto as **Exhibit 17**. Neither I, nor any

20  other HEFG representative, authorized Mr. Angelone's promotion of the

21  Unauthorized Fear Game in any manner.

22  **Mr. Angelone is Using HEFG's Confidential Email Communications**

23  **Without Authorization And For His Own Economic Advantage**

24         47.    Based on communications between our counsel and Mr. Angelone's

25  counsel and based on text messages sent to Deon by Mr. Angelone, I understand

26  that Mr. Angelone is refusing to turn over our intellectual property assets in an

27  attempt to force Deon to make him a partner in his Hyper Engine venture.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

48.    Included in the text messages to Deon were links to (1) a November 25, 2019 attorney client privileged email from one of our outside counsel, Stephanie Pottier, to my HEFG email account; and (2) a September 20, 2019 email message from Bank of the West to my HEFG email account transmitting a prepaid debit card application.  A true and correct copy of the non-privileged September 20, 2019 email message is attached hereto as **Exhibit 18**.  Mr. Angelone was not copied on either of these messages and no one within HEFG forwarded them to him.  Mr. Angelone has never been authorized to read any HEFG employee emails, and the only way he could have obtained these messages was by reading through our confidential emails.  Mr. Angelone was also never authorized to access or review attorney client privileged HEFG or Hyper Engine materials.

**Mr. Angelone/AOne Have Caused HEFG Damages Through Their Conduct**

49.    As a result of the foregoing conduct by Mr. Angelone and AOne, the Plaintiffs have incurred costs in excess of Ten Thousand Dollars ($10,000) investigating the matter. These costs relate to Plaintiffs' retention of a private forensic consulting firm to conduct an investigation of the Defendants' conduct as described herein regarding the Plaintiffs' emails, domains, and social media accounts.   Costs for the completed investigation are expected to far exceed $100,000.   We have also incurred significant attorneys' fees in bringing this Application for a Temporary Restraining Order and in negotiating with Mr. Angelone's counsel in attempt to secure the return of our intellectual property.

50.    HEFG is also being damaged by Mr. Angelone's unauthorized access to our email accounts and represnetations that he has an ownership interest in HEFG.  Before Mr. Angelone locked us out of all HEFG email accounts HEFG personnel regularly used email communications to transmit banking and other financial information and other sensitive information regarding film projects in development.   We also store important documents like financial records and

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

contracts for our film projects in our Google Account. As Mr. Angelone as recently as August 25, 2022 confirmed he is reading through HEFG personnel emails in an attempt to extract financial advantages for himself and AOne, and as recently as September 6, 2022 added content to HEFG's Instagram account implying that he has an ownership in HEFG, we are very concerned he will access the sensitive information contained in HEFG personnel emails and create content on our social media pages that will further harm HEFG. Mr. Angelone's activity implying an ownership interest in HEFG also damages our business interests, because we have other legitimate investors who may question whether their financial interests are being diluted.

51. I am the founder of Hyper Engine, LLC ("Hyper Engine"), a marketing and branding agency that specializes in reaching diverse audiences. My wife Roxanne manages its day-to-day operations. Hyper Engine serves as the marketing agency for HEFG as well as its films and initiatives. HEFG and Hyper Engine hold all the rights to prosecute the intellectual property claims discussed in this declaration.

52. The facts set forth in this declaration are based on my personal knowledge, except where otherwise noted, and, if called to testify, I could and would competently testify thereto.

53. AOne Creative LLC, formerly AOne Entertainment LLC ("AOne")

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

has provided a variety of services to HEFG and its films and initiatives and for me personally since 2012. The types of services it provided have included the following: hosting the domains of HEFGand Hyper Engine and making sure the domain registrations are current; design, development and maintenance of the HEFG and Hyper Engine websites; maintaining and renewing the registrations for the HEFG Google workspace accounts used for HEFG emails, contacts, calendars, etc.; maintaining the servers that host the HEFG websites; creating social profiles for, posting content on and managing the social media accounts (Instagram, Facebook, Twitter, Linkedin) of HEFG, the HEFG initiatives and the personal accounts of certain HEFG personnel; publishing Hyper Engine content on YouTube and Facebook; copywriting; managing paid media campaigns; and handling digital marketing campaigns for HEFG films.

54.    Darrick Angelone is the founder and owner of AOne.

55.    By virtue of the types of services AOne provided, it has been in possession of the username and password credentials for all of the domain, GoDaddy, Google Workspace, website and social media accounts owned by HEFG, Hyper Engine and/or myself (the "Credentials").

56.    In or about July 2022, the HEFG team including but not limited to Roxanne and its COO, Quincy Newell, asked Mr. Angelone to provide the Credentials to HEFG. Mr. Angelone has refused to provide the credentials to HEFG.

57.    On or about August 7, 2022, I noticed that Mr. Angelone had locked out HEFG and all of its personnel from being able to access the HEFG emails. In other words, neither I nor any of the other HEFG personnel could send emails or see the emails that were received. This has been extremely disruptive to HEFG's ability to conduct business. My HEFG team and I access information about HEFG accounts (eg, bank accounts), contracts, the status of HEFG projects and many

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

other matters in our Google Account and circulate those materials through email. I made numerous efforts to try to get Mr. Angelone's cooperation to give HEFG access to its emails and other accounts.

58.    For example, on August 11, 2022, I sent an email to Mr. Angelone and his attorneys Mr. Fox and Mr. Thompson about the fact that Mr. Angelone locked out HEFG and its personnel from its email, social media and website accounts. A true and correct copy of said email is attached hereto as **Exhibit 19**.

59.    To date, Mr. Angelone and AOne have refused to provide us any access to the subject accounts.

60.    Neither I, nor any other HEFG personnel, has given Mr. Angelone or any other AOne personnel, authorization to review our HEFG emails. However, on August 22, 2022, Mr. Angelone sent a series of texts to me evidencing that he had been reviewing HEFG emails going back several years. Embedded in one of those texts was a Business Debit Card Enrollment Form from Bank of the West that my wife Roxanne filled out in September 2019 and emailed back to Bank of the West from her HEFG email account. A true and correct copy of an excerpt from said text and the related form is attached hereto as **Exhibit 20**.

61.    Mr. Angelone's series of texts on that day also included private emails between Roxanne and HEFG's accountants. A true and correct copy of said text excerpt and the related emails are attached hereto collectively as **Exhibit 21**.

62.    The fact that Mr. Angelone sent Exhibits 20 and 21 to me evidences that Mr. Angelone had looked through Roxanne's personal HEFG emails and found that form which he sent to me. Acknowledging that he had been looking through our private emails, Mr. Angelone stated in his series of text messages that: "Until this deep dive I had not noticed how badly I was being gaslighted." A true and correct copy of said text excerpt is attached hereto as **Exhibit 22**. The "deep dive" Mr. Angelone references was his looking through years worth of my and Roxanne's

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

-26-
ROXANNE TAYLOR DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1    private emails without our authorization.

2        63.    In that same series of text messages Mr. Angelone sent me a

3    confidential and privileged draft of an operating agreement for Hyper Engine that

4    was sent from our outside counsel to me and Roxanne by email to our HEFG email

5    accounts.  Mr. Angelone did not have authorization to either look through HEFG

6    emails or access any privileged information. A true and correct copy of said text

7    excerpt is attached hereto as **Exhibit 23**.

8        64.    The paid in full status of AOne invoices was confirmed in

9    contemporaneous correspondence in August 2022 by Angelone's attorney, Darrel

10   Thompson, who confirmed that all "prior balances" had either been paid or were

11   being paid.  A true and correct copy of his correspondence is attached hereto as

12   **Exhibit 24**.

13       65.    Angelone's actions have had a devastating effect on our  business, as

14   it has been a struggle to recover from the loss of so much of our business

15   information that the company accumulated over a decade.  While Angelone was

16   HEFG's IT administrator, the company conducted much of its business by email

17   and, to this day, the company continues to have difficulty with its ongoing

18   operations because it is unable to find or retrieve information it needs pertaining to

19   its films.  It is extremely difficult to place a monetary figure on the substantial

20   damages Plaintiffs have suffered, and will continue to suffer, as a result of

21   Angelone's complete destruction of all of Plaintiffs' critical data and emails.

22

23

24       I declare under the penalty of perjury under the laws of the United States of

25   America that the foregoing is true and correct.

26       Executed on June 9, 2025 at Los Angeles, California

27

28

                                    */s/ Roxanne Taylor*

ROXANNE TAYLOR DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1

Roxanne Taylor

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROXANNE TAYLOR DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

EXHIBIT 1

This AGREEMENT is dated and in effect as of April 26, 2012, between **AOne Entertainment LLC**., hereafter referred to as "Developer" and **Hidden Empire Film Group, LLC** hereafter referred to as "Client". This agreement is with respect to the design and development of Client's websites at domain names www.**LMAOcomedyseries.com and www.HiddenEmpirefilmgroup.com**, hereinafter referred to as the "Work" or the "services".

Client wishes Developer to create the Work described more fully herein; and Whereas, Developer wishes to create such Work; Now, therefore, in consideration of the foregoing premises and the mutual covenants hereinafter set forth and other valuable considerations, the parties hereto agree as follows:

# 1. CONFIDENTIALITY:

The Client and Developer may disclose confidential information one to the other to facilitate work under this Agreement. Such information shall be so identified in writing at the time of its transmittal, and shall be safeguarded and not disclosed to third parties by the receiving party. Confidential information shall not include information that:

1.  is already known to the party to which it is disclosed;
2.  is or becomes part of the public domain without breach of this Agreement;
3.  is obtained from third parties, which have no obligations to keep confidential to the parties to this Agreement.

# 2. DESCRIPTION OF WORK:

** A separate Proposal/Addendum will describe the Work that is required of Developer for the Client.

# 3. PAYMENT SCHEDULE:

**The full length of this contract is as follows:**

Developer will start project immediately upon receipt of deposit and the estimated completion date is 15st day of June, 2012 for the total amount not more than $22,500.00USD.

Client shall pay Developer $15,000, as a deposit for project commencement.

The balance is due upon completion, and prior to file relinquishment, or upload and/or assembly of website on Client's web server.

# 4. DUE DATES:

Developer will make every effort to meet agreed upon due dates. The Client should be aware that failure to submit required information or materials may cause subsequent delays in the production. Client delays could result in significant delays in delivery of finished work.

# 5. FEES & ADDITIONAL SERVICES:

Changes in client input or direction or excessive changes will be charged at $200 per hour. Any work the Client wishes Developer to create, which is not specified in the DESCRIPTION section of this agreement, or in the attached proposal will be considered an additional service. Such Work shall require a separate Agreement and payment separate from and above that specified in this Agreement.

All invoices are payable within 21 business days of receipt. A $50 service charge is payable on all overdue balances for reissuing each invoice at 45, 60, 75 and 90 days from the date of original invoice. The grant of any license or right of copyright is conditioned on receipt of full payment.

## 6. ADDITIONAL EXPENSES:

Client agrees to reimburse Developer for any of the following expenses necessary in completion of the Work: (e.g. Fonts, Messengers, Proofs, Props, Research, Shipping, 3rd party Software, Stock photography, Travel, Telephone Consultation). Reimbursable expenses must be approved by client prior.

## 7. ASSIGNMENT OF WORK:

Developer reserves the right to assign other designers or subcontractors to the Work to ensure quality and on-time completion but Developer shall remain ultimately responsible for timely delivery of the Work in accordance with the specifications provided by Client.

## 8. RESERVATION OF RIGHTS:

All rights not expressly granted hereunder are reserved to Developer.

## 9. PERMISSIONS AND RELEASES:

The Client agrees to indemnify and hold harmless Developer against any and all claims, costs, and expenses, including attorney's fees, due to materials included in the Work at the request of the Client for which no copyright permission or previous release was requested or uses which exceed the uses allowed pursuant to a permission or release. Developer agrees to indemnify and hold harmless Client against any and all claims, costs, and expenses, including attorney's fees, resulting from materials provided to Client by Developer for which no permission/consent or previous release was received or uses which exceed the uses allowed pursuant to a permission/consent or release.

## 10. Non-Disparagement:

Consultant will not at any time disparage, criticize, defame, or otherwise make any derogatory statements regarding the Company, its directors, officers, members, employees, or shareholders.

## 11. Assignment of Discoveries and Intellectual Property Rights; No Transfer of or License to Rights:

All processes, improvements, formulations, ideas, inventions, designs and discoveries, whether patentable or not (collectively "Discoveries") and all patents, copyrights, trademarks, and other intangible rights (collectively "Intellectual Property Rights") that may be conceived, developed, expressed, or stated by Developer, either alone or with others, during the term in connection with or related to Developer's performances of Services hereunder shall be the sole property of the Client.   Developer shall take all action and execute and deliver all agreements, assignments and other documents, including, without limitation, all patent, copyright, and trademark applications and assignments, requested by the Client to establish the Client's rights under this paragraph and to vest in the Client title to all Discoveries and Intellectual Property Rights which are the property of the Client under this paragraph. The Client does not grant any license to Developer to the Client's technology and Confidential Information (as defined herein)

or any of the Client's trademarks, copyrights, patents, or trade secrets, provided however that the Client grants to Developer a non-exclusive license to use the Client's registered trademarks to provide the services during the term. Developer acknowledges that the Client's intellectual property remains the exclusive property of the Client. At no time shall Developer own or register for its own benefit or otherwise acquire any rights in the domain names www.lmaocomedyseries.com or www.hiddenempirefilmgroup.com, or any simulations or related domains thereto. To the extent Developer is provided with access thereto or is designated as administrative or technical contact, it shall be for the benefit of Client hereunder and not for the benefit of Developer and any such designations shall be immediately returned or changed to such individuals or entities as are designed by Client upon Client making such demand.

## 12. Publicity:

The Client shall have the right, in its sole discretion, to disclose to any third parties the existence of this Agreement and the fact that Developer has agreed to provide the services hereunder. Developer shall not discuss with any third party the business of the Client, the existence of this Agreement, or the nature of the Services without the Client's prior written consent.

## 13. Arbitration:

Any controversy, claim or dispute arising out of or relating to this Agreement, shall be settled solely and exclusively by binding arbitration in Los Angeles, California. Such arbitration shall be conducted in accordance with the then prevailing commercial arbitration rules of the American Arbitration Association ("AAA"). The parties hereto agree to abide by all decisions and awards rendered in such proceedings. Such decisions and awards rendered by the arbitrator shall be final, conclusive and confidential. All such controversies, claims or disputes shall be settled in this manner in lieu of any action at law or equity; provided however, that nothing in this paragraph shall be construed as precluding the Company from seeking and obtaining injunctive relief to stop the disclosure or infringement, or possible disclosure or infringement of intellectual property owned by the Company, or any other equitable relief including the right of specific performance. The arbitrator shall not have the right to award punitive damages or speculative damages to either party, and shall not have the power to amend this Agreement. The arbitrator shall be required to follow applicable law.

## 14. MODIFICATIONS:

Modifications of the terms of this contract must be written and authorized by both parties, involving the implementation of a new version of the contract as a whole following standard procedures of documentation and approval.

## 15. TERMINATION:

Either party may terminate this Agreement by giving 30 days written notice to the other of such termination. In the event that Work is postponed or terminated at the request of the Client, Developer shall have the right to bill pro rata for work completed through the date of that request, while reserving all rights under this Agreement. If additional payment is due, this shall be payable within thirty days of the Client's written notification to stop work. In the event of termination, the Client shall also pay any expenses incurred by Developer and the Developer shall own all rights to the Work. The Client shall assume responsibility for all collection of legal fees necessitated by default in payment.

The Client and Developer are independent parties and nothing in this Agreement shall constitute either party as the employer, principal or partner of or joint venture with the other party. Neither the Client nor Developer has any authority to assume or create any obligation or liability, either express or implied, on behalf of the other.

This Agreement shall be governed by and construed in accordance with the laws of the State of California exclusive of its choice of law rules.

**The undersigned agrees to the terms of this agreement on behalf of his or her organization or business.**

On behalf of the Client: _Roxanne Kvent_____ Date _____

On behalf of Developer: _____ Date April 26, 2012
                         Darrick Angelone

# EXHIBIT 2

## Lawrence Hinkle

**From:**        Quincy Newell <quincy@twentyone14.com>
**Sent:**        Friday, August 19, 2022 10:45 AM
**To:**          Stephanie Jones Nojima; Lawrence Hinkle
**Subject:**     FW: FW: HiddenEmpire

**From:** Roxanne Taylor <roxanneavent@gmail.com>
**Date:** Friday, August 19, 2022 at 9:34 AM
**To:** Quincy Newell <quincy@twentyone14.com>
**Subject:** Fwd: FW: HiddenEmpire

fyi
---------- Forwarded message ---------
From: **Darrick Angelone** <d.angelone@aoneent.com>
Date: Tue, Oct 1, 2013 at 11:54 AM
Subject: FW: HiddenEmpire
To: Roxanne <roxanneavent@gmail.com>

This is the godaddy acct info I was sent for you guys (below). Perhaps it is what you are looking for.

Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

mobile: +1.323.989.2221

fax: +1.646.390.8154

**From:** Velma Sykes [mailto:sykesv1@yahoo.com]
**Sent:** Monday, December 03, 2012 2:18 PM
**To:** Darrick Angelone; deontaylor@att.blackberry.net; 'Roxanne Supremacy'; 'Valene Byrd'
**Subject:** Re: HiddenEmpire

1

Please see below:

Godaddy.com

Login: DTESITES
pw: Filmmaker2012

*Velma Sykes*

"Some succeed because they are destined to; most succeed because they are determined to."-Anatole France

 Please consider the environment before printing this e-mail

**From:** Darrick Angelone <d.angelone@aoneent.com>
**To:** deontaylor@att.blackberry.net; 'Roxanne Supremacy' <ravent@hiddenempirefilmgroup.com>; 'Velma Sykes' <sykesv1@yahoo.com>; 'Valene Byrd' <valcjb@gmail.com>
**Sent:** Monday, December 3, 2012 1:29 PM
**Subject:** RE: HiddenEmpire

even if you can just change the password to something temporary and then you can change back once I am done. Please and thank you.

Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

mobile: +1.323.989.2221

fax: +1.646.390.8154

**From:** deontaylor@att.blackberry.net [mailto:deontaylor@att.blackberry.net]
**Sent:** Monday, December 03, 2012 1:24 PM
**To:** Darrick Angelone; Roxanne Supremacy; Velma Sykes; Valene Byrd
**Subject:** Re: HiddenEmpire

Velma can you or Valene please provide Darrick with this info right away.. Thanks so much.

Sent via BlackBerry by AT&T

**From:** "Darrick Angelone" <d.angelone@aoneent.com>

2

**Date:** Mon, 3 Dec 2012 11:04:08 -0800

**To:** 'Roxanne Supremacy'<ravent@hiddenempirefilmgroup.com>

**Cc:** <deontaylor@att.blackberry.net>

**Subject:** HiddenEmpire

Hi Roxanne

I need to access the hosting account for Hiddenempire domain so I can work on the website design I have for it.
Everything you have set up currently would stay as is, but I need to add an A record pointing to my servers for the
development.

Can I please get that today?

Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

mobile: +1.323.989.2221

fax: +1.646.390.8154

--
Roxanne Taylor

3

---------- Forwarded message ---------
From: **Darrick Angelone** <d.angelone@aoneent.com>
Date: Wed, Dec 10, 2014 at 4:58 PM
Subject: RE: HEFG Site
To: Rox <roxanneavent@gmail.com>
Cc: Deon Taylor <deontaylor@me.com>

Well, I know there are people around you guys hoping and prodding for your failure (such is life for anyone doing things). I can't be convinced someone else in Sacramento has a film company, came up with the name HEFG and conveniently it was available for them to registered it.

Going forward, you guys should have me manage all your domains etc.. I have my own servers and manage hundreds of domain registrations. $100 per host (you would only need one or two) per year and $15 for registrations. Fortunately Dumrobot is registered with me and hosted on our servers, so it can not be lost/hijacked.

Sooooo, what will the domain be for HEFG if not that one?

Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

1

mobile: +1.323.989.2221

fax: +1.310.775.4445

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 1:50 AM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

I know. So weird. I just stopped receiving emails one day and I called and they told be it was canceled months ago and someone else has it. They apologized. Thanks D

On Dec 10, 2014, at 4:43 PM, Darrick Angelone <d.angelone@aoneent.com> wrote:

There is no change of owner listed... In the morning I will see what I can dig up. Who would want to register hiddenempirefilmgroup.com? its pretty specific name.. Not like film.com.

Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

mobile: +1.323.989.2221

fax: +1.310.775.4445

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 1:42 AM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

No. I don't know who that is but looks like they are in Sacramento.

On Dec 10, 2014, at 4:12 PM, Darrick Angelone <d.angelone@aoneent.com> wrote:

2

This is you guys right? I don't see a transfer anywhere in the history:


Domain Name: HIDDENEMPIREFILMGROUP.COM
Registry Domain ID: 1666440836_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-08-22 22:06:19
Creation Date: 2011-07-11 19:30:25
Registrar Registration Expiration Date: 2015-07-11 19:30:25
Registrar: GoDaddy.com, LLC


Registrant Name: nicolas ortega
Registrant Organization:
Registrant Street: 2615 H street
Registrant Street: apt 9
Registrant City: Sacramento
Registrant State/Province: California
Registrant Postal Code: 95816
Registrant Country: United States
Registrant Phone: +1.9168935641
Registrant Email: newgaminglaptop@gmail.com


Admin Name: nicolas ortega
Admin Organization:
Admin Street: 2615 H street
Admin Street: apt 9
Admin City: Sacramento
Admin State/Province: California
Admin Postal Code: 95816
Admin Country: United States
Admin Phone: +1.9168935641
Admin Email: newgaminglaptop@gmail.com


Tech Name: nicolas ortega
Tech Organization:
Tech Street: 2615 H street
Tech Street: apt 9
Tech City: Sacramento
Tech State/Province: California
Tech Postal Code: 95816
Tech Country: United States
Tech Phone: +1.9168935641

3

Tech Email: newgaminglaptop@gmail.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM


Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

mobile: +1.323.989.2221

fax: +1.310.775.4445


**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 1:07 AM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site


It expired and I didn't know and someone else bought the domain


On Dec 10, 2014, at 3:55 PM, Darrick Angelone <d.angelone@aoneent.com> wrote:

The files should be on HEFG.com and hosted on that associated
godaddy acct.


I don't understand what you mean by, "I don't have .com site anymore "
please clarify.


Darrick Angelone

d.angelone@aoneent.com

office: +1.323.205.6506

4

version of the site as Deon wanted to
get it back up. There is a lot going on
and he wants a place for everyone to go
to. I may need a few things deleted or
what not. Is there a way you can send
me the file and I can upload it and make
changes?

Thanks a bunch

Roxanne

--

Roxanne Avent

Hidden Empire Film Group

PO BOX 6931

Folsom, CA 95763-6931
c. (916) 257-2475

www.hiddenempirefilmgroup.com

NOTICE: This e-mail, the information
contained herein, and any attachments
transmitted with it: (i) are the property
of Hidden Empire Film Group, LLC., and
(ii) may contain confidential and/or
privileged material, and (iii) are
intended solely for the
addressee. Access to this e-mail, the
contents, or any attachments, by
anyone other than the intended
recipient is unauthorized. If you are not
the intended recipient, any disclosure,
copying, distribution or any action
taken or omitted to be taken in reliance
on it, is prohibited and may be
unlawful. If you have received this e-
mail in error, please notify the sender
by reply e-mail and delete the message
and any attachments. Any other use,
retention, dissemination, forwarding,

7

printing, or copying of this e-mail is
strictly prohibited.

--
Roxanne Taylor

# EXHIBIT 3

---------- Forwarded message ---------
From: **Darrick Angelone** <d.angelone@aoneent.com>
Date: Wed, Dec 10, 2014 at 4:58 PM
Subject: RE: HEFG Site
To: Rox <roxanneavent@gmail.com>
Cc: Deon Taylor <deontaylor@me.com>


Well, I know there are people around you guys hoping and prodding for your failure (such is life for anyone doing things). I can't be convinced someone else in Sacramento has a film company, came up with the name HEFG and conveniently it was available for them to registered it.

Going forward, you guys should have me manage all your domains etc.. I have my own servers and manage hundreds of domain registrations. $100 per host (you would only need one or two) per year and $15 for registrations. Fortunately Dumrobot is registered with me and hosted on our servers, so it can not be lost/hijacked.

Sooooo, what will the domain be for HEFG if not that one?


Darrick Angelone
d.angelone@aoneent.com
office: +1.323.205.6506
mobile: +1.323.989.2221
fax: +1.310.775.4445

---

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 1:50 AM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

I know. So weird. I just stopped receiving emails one day and I called and they told be it was canceled months ago and someone else has it. They apologized. Thanks D


On Dec 10, 2014, at 4:43 PM, Darrick Angelone <d.angelone@aoneent.com> wrote:

> There is no change of owner listed... In the morning I will see what I can dig up. Who would want to register hiddenempirefilmgroup.com? its pretty specific name.. Not like film.com.


Darrick Angelone
d.angelone@aoneent.com
office: +1.323.205.6506

mobile: +1.323.989.2221

fax: +1.310.775.4445

---

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 1:42 AM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

No. I don't know who that is but looks like they are in Sacramento.


On Dec 10, 2014, at 4:12 PM, Darrick Angelone <d.angelone@aoneent.com> wrote:

This is you guys right? I don't see a transfer anywhere in the history:


Domain Name: HIDDENEMPIREFILMGROUP.COM
Registry Domain ID: 1666440836_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-08-22 22:06:19
Creation Date: 2011-07-11 19:30:25
Registrar Registration Expiration Date: 2015-07-11 19:30:25
Registrar: GoDaddy.com, LLC


Registrant Name: nicolas ortega
Registrant Organization:
Registrant Street: 2615 H street
Registrant Street: apt 9
Registrant City: Sacramento
Registrant State/Province: California
Registrant Postal Code: 95816
Registrant Country: United States
Registrant Phone: +1.9168935641
Registrant Email: newgaminglaptop@gmail.com


Admin Name: nicolas ortega
Admin Organization:
Admin Street: 2615 H street
Admin Street: apt 9
Admin City: Sacramento
Admin State/Province: California
Admin Postal Code: 95816
Admin Country: United States
Admin Phone: +1.9168935641
Admin Email: newgaminglaptop@gmail.com

Tech Name: nicolas ortega
Tech Organization:
Tech Street: 2615 H street
Tech Street: apt 9
Tech City: Sacramento
Tech State/Province: California
Tech Postal Code: 95816
Tech Country: United States
Tech Phone: +1.9168935641

Tech Email: newgaminglaptop@gmail.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM


Darrick Angelone
d.angelone@aoneent.com
office: +1.323.205.6506
mobile: +1.323.989.2221
fax: +1.310.775.4445

---

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 1:07 AM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

It expired and I didn't know and someone else bought the domain


On Dec 10, 2014, at 3:55 PM, Darrick Angelone
<d.angelone@aoneent.com> wrote:

> The files should be on HEFG.com and hosted on that
> associated godaddy acct.
>
> I don't understand what you mean by, "I don't have .com
> site anymore " please clarify.
>
>
> Darrick Angelone
> d.angelone@aoneent.com
> office: +1.323.205.6506
> mobile: +1.323.989.2221
> fax: +1.310.775.4445

---

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Wednesday, December 10, 2014 11:50 PM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

Okay so I should be able to find the files on the go daddy
site? I don't have .com site anymore

On Dec 10, 2014, at 1:13 PM, Darrick Angelone
<d.angelone@aoneent.com> wrote:

> No that's just a who.is search I ran…. Either way
> the files should still be on your godaddy accct,
> but someone forwarded the DNS or domain
> from somewhere on yourside. Find that person
> and they can answer this question.
>
>
> Darrick Angelone
> d.angelone@aoneent.com
> office: +1.323.205.6506
> mobile: +1.323.989.2221
> fax: +1.310.775.4445

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Wednesday, December 10, 2014 9:55 PM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: HEFG Site

Got it. Is this what I need to access?

On Dec 10, 2014, at 12:26 PM, Darrick
Angelone <d.angelone@aoneent.com> wrote:

> Domain Name:
> HIDDENEMPIREFILMGROUP.CO
> M
> Registrar URL:
> http://www.godaddy.com
> Registrant Name: nicolas
> ortega
> Registrant

```
Organization:
Name Server:
NS67.DOMAINCONTROL.COM
Name Server:
NS68.DOMAINCONTROL.COM
DNSSEC: unsigned
```

Darrick Angelone
d.angelone@aoneent.com
office: +1.323.205.6506
mobile: +1.323.989.2221
fax: +1.310.775.4445

**From:** Roxanne Avent [mailto:roxanneavent@gmail.com]
**Sent:** Wednesday, December 10, 2014 8:57 PM
**To:** Darrick Angelone; Deon Taylor
**Subject:** HEFG Site

Hey D,

Hope all is well with you and your family.  I wanted to check in with you to see if you can send me the latest version of the site as Deon wanted to get it back up.  There is a lot going on and he wants a place for everyone to go to.  I may need a few things deleted or what not.  Is there a way you can send me the file and I can upload it and make changes?

Thanks a bunch
Roxanne

--
Roxanne Avent
Hidden Empire Film Group

PO BOX 6931
Folsom, CA 95763-6931
c. (916) 257-2475

www.hiddenempirefilmgroup.com

NOTICE:  This e-mail, the information contained herein, and any attachments transmitted with it: (i) are the property of Hidden Empire Film Group, LLC., and (ii) may contain confidential and/or privileged material, and (iii) are intended solely for the addressee.  Access to this e-mail, the contents, or any attachments, by anyone other than the intended recipient is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message and any attachments.  Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

--
Roxanne Taylor

EXHIBIT 4



---------- Forwarded message ---------
From: **GoDaddy** <donotreply@godaddy.com>
Date: Tue, Oct 13, 2015 at 12:16 PM
Subject: MEETTHEBLACKSTHEMOVIE.COM - Information You Requested
To: <roxanneavent@gmail.com>

 **GoDa**

24/7 Support: (480) 505-8877
Roxanne Avent — Customer Number: 22595375

# Here's your
# authorization code

Here's the authorization code and domain information you requested:

Customer Account: 22595375
Domain Name: MEETTHEBLACKSTHEMOVIE.COM

1

Authorization Code: K0]9E18C8M]6460P

Your domain's still active and no action is required. No changes have been made to your account. If you delete this email or simply don't use the code, your domain status will remain as-is.

If you have questions, please contact customer support at (480) 505-8877.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2015 GoDaddy Operating Company, LLC. 14455 N. Hayden Rd, Ste. 219, Scottsdale, AZ 85260. All rights reserved.

--
Roxanne Taylor

MEETTHEBLACKSTHEMOVIE.COM - Oct.
23, 2015

UPDATE YOUR PAYMENT

METHOD

We participate in account update services. As part
of Visa® and MasterCard® programs, banks may
notify us of credit card expiration date(s) and/or card
number(s). If you are a cardholder, we will
automatically update information on file and attempt
to renew your domain(s) as scheduled. If paying
with American Express, auto-renewal on an
expired/re-assigned card may be automatically billed
by American Express using the new expiration date
and/or card number without notification to us. Similar
services may be supported by other card brands.

Please do not rely on these services to keep card
information up to date. The only way to ensure
successful domain renewal is to update your credit
card information now. If you wish to cancel
automatic renewal, you can turn off this feature in
your GoDaddy account.

For certain ccTLDs, if renewals are not processed in
the proper respective time frame, redemption fees
may be applied and/or your domain name may be
placed on non-renewal status. You will only be able
to renew the name by calling GoDaddy. Also, refer
to this help article for more details.

Enjoy 20%* off new products
of $40.00 or more.

Use promo code: gdbbm1030

NOTE: Our free product credit policy has been
updated – see Section 8 of our Universal Terms of
Service for more details. Active free products
created in association with free credits from this
domain registration will expire 1 year from the
renewal of the domain name if they have been
activated. Credits that have not been activated will
expire and be removed at the time the domain
renews. In the event that the Credit is redeemed,
after the initial free one year period, the free product
will automatically renew at the then-current renewal
price until cancelled. If you wish to cancel the
automatic renewal of the product, you may do so by
visiting your GoDaddy Account and turning off the
auto-renewal feature, or by contacting GoDaddy
customer service.

*Not applicable to ICANN fees, taxes, transfers,
premium domains, premium templates, cloud server
plans, Professional Design Service fees (including
Web Design, eCommerce Design, and Logo
Design), gift cards or Trademark Holders/Priority
Pre-registration or pre-registration fees. Offer good
towards new product purchases only and cannot be
used on product renewals. Cannot be used in
conjunction with any other offer, sale, discount or
promotion. After the initial purchase term,
discounted products will renew at the then-current
renewal list price. Offer may be changed without
notice.

Please do not reply to this email. Emails sent to this
address will not be answered.

Copyright © 1999-2015 GoDaddy Operating

5

Company, LLC. 14455 N. Hayden Rd, Ste. 219,
Scottsdale, AZ 85260. All rights reserved.

--

Hidden Empire Film Group

PO BOX 6931

Folsom, CA 95763-6931
c. (916) 257-2475

www.hiddenempirefilms.com

NOTICE: This e-mail, the information contained herein, and any attachments transmitted with it: (i) are the property of Hidden Empire Film Group, LLC., and (ii) may contain confidential and/or privileged material, and (iii) are intended solely for the addressee. Access to this e-mail, the contents, or any attachments, by anyone other than the intended recipient is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message and any attachments. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

--

Hidden Empire Film Group

PO BOX 6931

Folsom, CA 95763-6931
c. (916) 257-2475

6

www.hiddenempirefilms.com

NOTICE: This e-mail, the information contained herein, and any attachments transmitted with it: (i) are the property of Hidden Empire Film Group, LLC., and (ii) may contain confidential and/or privileged material, and (iii) are intended solely for the addressee. Access to this e-mail, the contents, or any attachments, by anyone other than the intended recipient is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message and any attachments. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

--
Roxanne Taylor

# EXHIBIT 5

---------- Forwarded message ---------
From: **Darrick Angelone** <darrickangelone@aoneent.com>
Date: Tue, Oct 13, 2015 at 12:17 PM
Subject: RE: Action required: Update your payment information
To: Roxanne Avent <roxanneavent@gmail.com>

You will receive by email from godaddy any second with an authorization code. Please forward it to me when you get it.

Thanks,

Darrick Angelone

darrickangelone@aoneent.com

o:  +1.323.205.6506

f:   +1.310.775.4445

m: +1.323.989.2221


**From:** Roxanne Avent [mailto:roxanneavent@gmail.com]
**Sent:** Tuesday, October 13, 2015 12:11 PM
**To:** Darrick Angelone <darrickangelone@aoneent.com>
**Subject:** Re: Action required: Update your payment information

1

no

On Tue, Oct 13, 2015 at 12:05 PM, Darrick Angelone <darrickangelone@aoneent.com> wrote:

I will handle this now. Are you using the meettheblacks.com domain for email?


Darrick Angelone

darrickangelone@aoneent.com

o:  +1.323.205.6506

f:  +1.310.775.4445

m: +1.323.989.2221


**From:** Roxanne Avent [mailto:roxanneavent@gmail.com]
**Sent:** Tuesday, October 13, 2015 12:00 PM
**To:** Darrick Angelone <Darrickangelone@aoneent.com>
**Subject:** Fwd: Action required: Update your payment information


Go Daddy


login:  DTEsites

PW: Avent9224


---------- Forwarded message ----------
**From: GoDaddy** <donotreply@godaddy.com>
Date: Thu, Oct 8, 2015 at 7:43 AM
Subject: Action required: Update your payment information
To: roxanneavent@gmail.com



24/7 Support: (480) 505-8877

Roxanne Avent —
Customer Number:
22595375

# Update your payment information

We're unable to automatically renew one or all of the domain(s) on the dates listed below because the payment method is either expired or missing.

Roxanne, please update your credit card information or add a payment method so you don't lose your domain(s) and any associated content or email addresses. The following items will expire if you do not update your payment information:

3

EXHIBIT 6



---------- Forwarded message ---------
From: **Darrick Angelone** <darrick@hiddenempirefilmgroup.com>
Date: Tue, May 8, 2018 at 10:48 AM
Subject: RE: C.LI.M.B
To: Roxanne <roxanne@hiddenempirefilmgroup.com>
Cc: Nina <Nyajo82@gmail.com>


Password for IG and Tw is: highTOWER555

I will connect the facebook page to your profile because it's not possible to 'log into" a facebook page.

https://www.facebook.com/climb.network

IG: @climb.organization
TW: @climb_org
FB: @climb.network
www: http://climb.network



Darrick Angelone
Hidden Empire Film Group
o: (323) 205-6506 | m: (310) 869-2354
Hiddenempirefilmgroup.com

---

**From:** Roxanne <roxanne@hiddenempirefilmgroup.com>
**Sent:** Monday, May 7, 2018 12:03
**To:** Darrick Angelone <darrick@hiddenempirefilmgroup.com>
**Cc:** Roxanne Avent <roxanneavent@gmail.com>; Lifted PRInc <liftedpr@gmail.com>; Gregory Wise II <babybubb95660@gmail.com>; Velma Sykes <sykesv1@gmail.com>; gw@hiddenempirefilmgroup.com; Marian Kourieh <marian@aoneent.com>; Nina

<Nyajo82@gmail.com>
**Subject:** Re: C.LI.M.B

Thanks D

Website can be flier for now but for future would have a page for each letter/definition and relating events under those banners.

Nina please add to cheat sheet

Greg artwork for the sticker wallet holder for phone would be as follows

C. Community
L. Learn
I. Inspire
M. Motivate
B. Build

Domains listed below. Suzanne please confirm dimensions

For the flier please be creative. All needs to be done by 2pm.

Let me know if doable.

Roxanne
916.257.2475

On May 7, 2018, at 11:54 AM, Darrick Angelone <darrick@hiddenempirefilmgroup.com> wrote:

> I registered www.climb.network < so that's going to be the domain. The website will be just the flyer artwork Greg sends and will be up once I get it.
>
> IG: @climb.organization
> TW: @climb_org
> FB: (TBD)
>
> Darrick Angelone
> Hidden Empire Film Group
> o: (323) 205-6506 | m: (310) 869-2354
> Hiddenempirefilmgroup.com
>
> **From:** Roxanne Avent <roxanneavent@gmail.com>
> **Sent:** Monday, May 7, 2018 11:35
> **To:** Darrick Angelone <darrick@hiddenempirefilmgroup.com>

**Cc:** Lifted PRInc <liftedpr@gmail.com>; Roxanne
<roxanne@hiddenempirefilmgroup.com>; Gregory Wise II
<babybubb95660@gmail.com>; greg@hiddenempirefilmgroup.com;
Velma Sykes <sykesv1@gmail.com>; gw@hiddenempirefilmgroup.com
**Subject:** Re: C.LI.M.B

Let me think. No on climb with Hefg

Roxanne
916.257.2475

On May 7, 2018, at 11:23 AM, Darrick Angelone
<darrick@hiddenempirefilmgroup.com> wrote:

> How do we feel about www.climbwithhefg.com or
> www.hashtagclimb.com or does anyone have a suggestion
> off hand?
>
> Darrick Angelone
> Hidden Empire Film Group
> o: (323) 205-6506 | m: (310) 869-2354
> Hiddenempirefilmgroup.com
>
> ---
>
> **From:** Roxanne Avent <roxanneavent@gmail.com>
> **Sent:** Monday, May 7, 2018 11:15
> **To:** Lifted PRInc <liftedpr@gmail.com>
> **Cc:** Roxanne <roxanne@hiddenempirefilmgroup.com>;
> Gregory Wise II <babybubb95660@gmail.com>;
> greg@hiddenempirefilmgroup.com; Darrick Angelone
> <darrick@hiddenempirefilmgroup.com>; Velma Sykes
> <sykesv1@gmail.com>; gw@hiddenempirefilmgroup.com
> **Subject:** Re: C.LI.M.B
>
> Greg looking for a two sided flyer with climb details. You
> have everything except handles.
>
> Open to how you design.
>
> Let me know if you are able to get some today.
>
> I will call you to discuss
>
>
>
> Roxanne
> 916.257.2475

On May 7, 2018, at 11:09 AM, Roxanne Avent
<roxanneavent@gmail.com> wrote:

Adding Greg right email.

Roxanne
916.257.2475

On May 7, 2018, at 11:03 AM, Roxanne Avent
<roxanneavent@gmail.com> wrote:

FYI. Darrick handles all social
media and URL's.

Darrick were you able to secure
the handles. Once handles are
secured please email to team
attached.

Greg let me know when you have
a moment and we can call you to
go over.

Thank you everyone. This was a
last minute thing. Appreciate
everyone jumping in.

Roxanne
916.257.2475

On May 7, 2018, at 10:54 AM,
Lifted PRInc
<liftedpr@gmail.com> wrote:

Hello---

Darrick, can you
please send the URL
for the one page
web site

Greg, hello, can you
please add social
media handle/s to
LOGO so I can order
printed materials

TODAY?

Also, need two sided glossy postcard, one side has brief summary of CLIMB (see document attached by Roxanne in this thread), the other side prompts people to Follow Us on Social Media, lists all handles, lists web site, asks to join our movement on the web site.

All of this is for an incredible Mother's Day Brunch on this SATURDAY. We are sponsoring a table. Roxanne will give the gift of a Mother's Day brunch to 9 women who may be survivors of trafficking or domestic abuse, etc. Postcards and web site and printed materials will go in gift bags to all women in attendance to soft launch awareness of CLIMB, as we move toward more activations.

Thanks guys!

Suzanne
818-385-7472

On Sat, May 5, 2018
at 8:33 PM, Roxanne
<roxanne@hiddene
mpirefilmgroup.com
> wrote:

> Here is the logo

> <image001.jpg>
> <image002.png>
> Roxanne
> 916.257.2475

> On May 4, 2018,
> at 3:47 PM,
> Darrick Angelone
> <darrick@hiddene
> mpirefilmgroup.co
> m> wrote:

>> affir
>> mati
>> ve

>> Darri
>> ck
>> Angel
>> one
>> Hidden
>> Empire
>> Film
>> Group
>> o: (323)
>> 205-
>> 6506 |
>> m: (310)
>> 869-
>> 2354
>> Hiddene
>> mpirefil
>> mgroup
>> .com

>> **From
>> :**
>> Lifte
>> d
>> PRIn
>> c
>> <lifte

dpr @gmail.com>

**Sent:** Friday, May 4, 2018 15:31

**To:** Darrick Angelone <darrick@hiddenempirefilmgroup.com>

**Cc:** Roxanne <roxanne@hiddenempirefilmgroup.com>; Velma Sykes <sykesv1@gm

ail.co
m>
**Subj
ect:**
Re:
C.LI.
M.B

Ok,
than
ks.
Velm
a can
you
provi
de
the
defin
ition
and
missi
on
state
ment
for
CLIM
B?

Darri
ck,
just
need
a url
and
1-3
page
site.
A
field
to
join
our
mov
eme
nt/st

ay in touch with CLIMB (collect email addresses)

Mission Statement

Logo

Join us field/email capture

Booking info/Contact Us page to collect info

We need FB/IG/Twitter set

up before next Friday.

Can we do this?

If yes, Rox/Velma let's discuss the sponsorship, swag bag insertion, printed materials, red carpet interview opportunity. Etc.

Thanks!
Suza

nne

On Fri, May 4, 2018, 1:37 PM Darrick Angelone <[darrick@hiddenempirefilmgroup.com](mailto:darrick@hiddenempirefilmgroup.com)> wrote:

Hi suzanne... there is not right now. I need a

little background because climb is going to be taken in most contexts

Sent on the fly....

On Fri,

May 4, 2018 at 1:08 PM -0700, "Lifted PR Inc" <liftedpr@gmail.com> wrote:

Also is there

aurl?

Hi Darrick!

On Fri, May 4, 2018, 12:25 PM Roxan

ne<roxanne@hiddenempirefilmgroup.com> wrote:

He

y
D
,

C
a
n
r
e
m
e
m
b
e
r
i
f
w
e
s
e
c
u
r
e
d
t
h
e
s
o
c
i
a
l
m
e
d
i
a
p
l
a
t

f
o
r
m
s
f
o
r
t
h
e
a
b
o
v
e
r
e
f
e
r
e
n
c
e
d
n
o
n
p
r
o
f
i
t
.

P
l
e
a
s
e
a
d

vise

Thank you

--
Suzanne Summerville
Lifted PR
(818) 385-
7472 Mobile
(818) 851-0095 Office
LiftedPR@gmail.com
*Talent Relations
*TV, Film & Event
Producer
*Publicity & Brand
Extension
Follow us on Twitter &
IG:
@LiftedPRInc

--
Roxanne Taylor

EXHIBIT 7

---------- Forwarded message ---------
From: **Darrick Angelone** <darrickangelone@aoneent.com>
Date: Mon, Jul 9, 2018 at 9:39 AM
Subject: updated hefg social account list
To: Deon Taylor <deontaylor@me.com>
Cc: Roxanne <roxanne@hiddenempirefilmgroup.com>


Attached.

| | Facebook | pass | Instagram | pass | Twitter | pass |
|---|---|---|---|---|---|---|
| **Chain Letter** | n/a | n/a | @Chain.letter.movie | jhf3jhf)86^^ | n/a | jhf3jhf)86^^ |
| **Free Agents** | n/a | n/a | @free.agents.movie | 673jd9365o0%% | n/a | 673jd9365o0%% |
| **The Hustle** | n/a | n/a | @the.hustle.movie | fjk3g438%$2h | @thehustle_movie | fjk3g438%$2h |
| **Nite Tales** | n/a | n/a | @nite.tales | wfjk3efg3789## | @nite_tales | wfjk3efg3789## |
| **Tommy's Little Girl** | n/a | n/a | @tommys.little.girl | wvqwvkj) | @tommys_lil_girl | wvqwvkj) |
| | | | | | | |
| | | | | | | |
| **Supremacy** | @Supremacymovie | Facebook Biz mgmr | @Supremacy_movie | 0(65%nsuqH | @Supremacy_movie | 0(65%nsuqH |
| **The Intruder** | @the-intruder | Facebook Biz mgmr | @theintruderfilm | e2812rfjh^g | @intruderfilm | e2812rfjh^g |
| **The Intruder** | | | @the.intruder.film | e2812rfjh^g | | |
| **The Intruder** | | | @the.intruder.movie | e2812rfjh^g | | |
| **The Intruder** | | | @theintruderfilm | e2812rfjh^g | | |
| **Cinemapede** | | | @cinemapede | 1p6!K@XbOOB | | |
| **Akuma** | n/a | n/a | @akuma.movie | n/a | @akuma_movie | |
| **Traffik** | @traffikmovie | Facebook Biz mgmr | @traffikmovie | 0728f5&^%#k | @traffikmovie | 0728f3&^%#k |
| **HEFG** | @hiddenempirefilmgroup | Facebook Biz mgmr | @hiddenempirefilmgroup | 3982rmk3kt78^^ | @hiddenempirefg | 3982rmk3kt78^^ |
| **Deon** | @Deon.Taylor.507027 | Facebook Biz mgmr | @dtfilmtohoop | | @dtfilmtohoop | |
| **MtB** | @meettheblacks | Facebook Biz mgmr | @meet_the_blacks | ^^#)$kHFG% | @meettheblacks | ^^#)$kHFG% |
| **Roxanne** | @RoxanneAventHEFG | Facebook Biz mgmr | @roxanneavent | n/a | n/a | n/a |
| **Hyper Engine** | @hyperengine | Facebook Biz mgmr | @hyperengine.ai | B5W*%vK%HI7 | @HyperEngineLLC | B5W*%vK%HI7 |
| **Climb** | @climborganization | Facebook Biz mgmr | @climb.organization | g4^hi))*jkgdg! | @climb_org | g4^hi))*jkgdg! |
| | | | | | | |
| | | | | | | |
| **HEFG server** | ssh ip: 198.54.119.20 | | | | | |
| | login.hefgproper | | | | | |
| | pass: u*!E6v$f9X&so#N8U&o8lT#570YuwXm21v9T | | | | | |
| | | | | | | |
| | | | **Total Accounts =** | **42** | | |



PRIVATE&CONFIDENTIAL

Darrick Angelone
AOne Unlimited | CEO
o: (323) 205-6506 | m: (310) 869-2354
aoneunlimited.com

**From:** Deon Taylor <deontaylor@me.com>
**Sent:** Sunday, July 8, 2018 19:48
**To:** Darrick Angelone <darrickangelone@aoneent.com>
**Cc:** Roxanne <roxanne@hiddenempirefilmgroup.com>
**Subject:** Re: HEFG social accts

Awe man!!

Ok , thanks D!


Sent from my iPhone

DT
God Bless.

On Jul 8, 2018, at 7:02 PM, Darrick Angelone <darrickangelone@aoneent.com> wrote:

> Thats a real bummer, hope rox is ok.
>
> Wrecked my back so im laid up, but cAn def get on the jack with you tonight if you have time.
>
> Sent on the fly....

On Sun, Jul 8, 2018 at 5:57 PM -0700, "Deon Taylor" <deontaylor@me.com> wrote:

> Thank you D,
>
> We're coming up for air.. Rox grand father passed.. crazy last few months..
>
> Owe you a call.. you around tonight?
>
> Sent from my iPhone
>
> DT
> God Bless.
>
> On Jul 6, 2018, at 10:34 AM, Darrick Angelone <darrickangelone@aoneent.com> wrote:
>
>> Happy Friday!
>>
>> Attached is a spread sheet with all the HEFG related social accts and passwords. Please please handle this info with extreme caution, if someone with access changes the passwords email login credentials, with malicious intent, there is almost nothing to be done to recover. We had this issue prior with some original accounts I created for you and passed over, only to be lost to the ether (think back to hiddenempirefilms.com). I can not guarantee the security to accounts/servers without controlling who has access. Within my company I have safeguards which restrict the information and abilities of what my staff can perform.
>>
>> The server information listed, must be accesses via SSH, which anyone handling web development or server administration should be very familiar working with. The server login info is even MORE sensitive than the social account info. Keep that in mind also. The server currently hosts the following domains:
>>
>> 1. **HEFG**
>> 2. **MTB**
>> 3. **Traffik**
>> 4. **Supremacy**
>>
>> Let me know if you need any clarification or further details.
>>
>> With regards,
>>
>> Darrick Angelone
>> AOne Unlimited | CEO
>> o: (323) 205-6506 | m: (310) 869-2354
>> aoneunlimited.com
>>
>> <Social Media Handles.pdf>

--
Roxanne Taylor

EXHIBIT 8

Friday, August 19, 2022 at 09:40:30 Pacific Daylight Time

**Subject:** Fwd: invoicing complete through 2021

**Date:** Friday, January 14, 2022 at 7:04:13 PM Pacific Standard Time

**From:** Roxanne Taylor

**To:** Quincy Newell

**Attachments:** INVOICE HEFG-APR2021-REIMBURSEMENTS.pdf, ATT00001.htm, INVOICE HEFG-OCT2021.pdf, ATT00002.htm, INVOICE HEFG-SEPT2021.pdf, ATT00003.htm, INVOICE HEFG-NOV2021.pdf, ATT00004.htm, INVOICE HEFG-DEC2021.pdf, ATT00005.htm, INVOICE FNP-DEC2021.pdf, ATT00006.htm, INVOICE BHITM-DEC2021.pdf, ATT00007.htm, INVOICE BHITM-NOV2021.pdf, ATT00008.htm, INVOICE HEFG-AUG2021.pdf, ATT00009.htm, INVOICE BHITM-UPDATES2021.pdf, ATT00010.htm, INVOICE FEAR-AUG2021.pdf, ATT00011.htm, INVOICE-THND-AUG.2021.pdf, ATT00012.htm, INVOICE HEFG-FEB2021 v2.pdf, ATT00013.htm, INVOICE HEFG- DEC2020.pdf, ATT00014.htm

Sent from my iPhone

Begin forwarded message:

> **From:** darrick@aone.la
> **Date:** January 12, 2022 at 9:32:44 AM PST
> **To:** Roxanne Taylor <roxanne@hiddenempirefilmgroup.com>
> **Subject: invoicing complete through 2021**
>
>
> Good morning Rox,
>
> Attached are the open invoices, whoever the new accountant is, I'm not sure of their mode, it seems random invoices are selected and paid, so while jan, march, April were paid, dec 2020, feb 2021 have not. So I've attached the open invoices through the end of 2021, and will give a brief summary below. Thanks you.
>
> HEFG:
> Dec 2020
> Feb 2021
> Aug 2021
> Sep 2021
> Oct 2021
> Nov 2021
> Dec 2021
> Apr 2021 reimbursement receipt
>
> BHITM:
> Sep 2021
> Nov 2021
> Dec 2021
>
> FEAR:

**Page 1 of 2**

Aug 2021

THND:
Aug 2021

Factsnotpolitics
Nov/Dec 2021 (one invoice)

With regards,

**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 l m: 310.869.2354
aone.la



# INVOICE

INVOICE BHITM-DEC2021
TERM: December 1 - 31
DATE: January 03, 2022

**Bill To:**
**Black History in Two Minutes**
**c/o Hyper Engine LLC**

| Description | Amount |
|---|---|
| Encoding & Publishing 3x episode (Mamie Till Mobley, Clotilda, Segregated Travel)<br>3 x @ $750 per episode - 3x Platforms | $2,250.00 |
| Annual Hosting 3x episode ( Mamie Till Mobley, Clotilda, Segregated Travel )<br>3  x @ $50 Per Episode Annual | $150.00 |
| 3 x Edit Promo Clips 3x episode (Mamie Till Mobley, Clotilda, Segregated Travel)<br>3 hours @ $249 per hour | $747.00 |
| Social Publishing Calendar & Scheduling<br>3x platforms<br>Community Management<br>6 hours @ $110 Per hour | $660.00 |
| Copywriting<br>2 hours @ $159.70 Per hour | $319.40 |

| | |
|---|---|
| Sub Total | $4,126.40 |
| | |
| **Total:** | **$4,126.40** |

**Please remit payment via wire transfer or direct deposit to:**



OR MAIL TO:
AONE
340 S. LEMON AVE
SUITE 3390
WALNUT, CA 91789



# INVOICE

INVOICE BHITM-NOV2021
TERM: November 1 - 30
DATE: January 03, 2022

**Bill To:**
**Black History in Two Minutes**
**c/o Hyper Engine LLC**

| Description | Amount |
|---|---|
| Encoding & Publishing 3x episode (History of the Black Soldier, 15th Amendment, Black Farmers)<br>3 x @ $750 per episode - 3x Platforms | $2,250.00 |
| Annual Hosting 3x episode (History of the Black Soldier, 15th Amendment, Black Farmers)<br>3  x @ $50 Per Episode Annual | $150.00 |
| 3 x Edit Promo Clips 3x episode (History of the Black Soldier, 15th Amendment, Black Farmers)<br>3 hours @ $249 per hour | $747.00 |
| Social Publishing Calendar & Scheduling<br>3x platforms<br>Community Management<br>6 hours @ $110 Per hour | $660.00 |
| Copywriting<br>2 hours @ $159.70 Per hour | $319.40 |

| | |
|---|---|
| Sub Total | $4,126.40 |
| **Total:** | **$4,126.40** |

**Please remit payment via wire transfer or direct deposit to:**



OR MAIL TO:
AONE
340 S. LEMON AVE
SUITE 3390
WALNUT, CA 91789



INVOICE

**INVOICE BHITM-UPDATES**
**DATE:  SEPTEMBER 7, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Update/Create BHITM website pages per terakeet recommendations.<br>• https://blackhistoryintwominutes.com/<br>• https://blackhistoryintwominutes.com/episodes/<br>• https://blackhistoryintwominutes.com/about/<br>• https://blackhistoryintwominutes.com/teaching-guide/<br>• https://blackhistoryintwominutes.com/teaching-guide/introduction/<br>• https://blackhistoryintwominutes.com/teaching-guide/lessons/<br>• https://blackhistoryintwominutes.com/teaching-guide/graphic-organizers/<br>• https://blackhistoryintwominutes.com/teaching-guide/text-dependent-questions/<br>• https://blackhistoryintwominutes.com/teaching-guide/plug-and-play-activities/<br>• https://blackhistoryintwominutes.com/subscribe-to-black-history-in-two-minutes-or-so/ | $2,000 |
| SEO optimize the following BHITM website pages:<br>• https://blackhistoryintwominutes.com/<br>• https://blackhistoryintwominutes.com/episodes/<br>• https://blackhistoryintwominutes.com/about/<br>• https://blackhistoryintwominutes.com/teaching-guide/<br>• https://blackhistoryintwominutes.com/teaching-guide/introduction/<br>• https://blackhistoryintwominutes.com/teaching-guide/lessons/<br>• https://blackhistoryintwominutes.com/teaching-guide/graphic-organizers/<br>• https://blackhistoryintwominutes.com/teaching-guide/text-dependent-questions/<br>• https://blackhistoryintwominutes.com/teaching-guide/plug-and-play-activities/<br>• https://blackhistoryintwominutes.com/subscribe-to-black-history-in-two-minutes-or-so/ | $500 |

| | |
|---|---|
| Sub Total: | $2,500 |
| | |
| **Total Due:** | **$2,500** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039



INVOICE

**INVOICE FEAR-AUG2021**
**TERM: AUGUST 1 - 31**
**DATE:  SEPTEMBER 3, 2021**

**Bill To:**
Social Distance Movie LLC.

| Description | Amount |
|---|---|
| FEAR Establish and skin social profiles<br>Facebook/IG/Twitter/Youtube/ | $2,500 |
| Fear.Movie Domain Registration (invoice below)<br>    o    https://fear.movie | $29.16 |
| Fear.Movie Develop landing page<br>https://fear.movie | $1,000 |
| Fear.Movie<br>    o   Create database<br>    o   plugin setup<br>    o   database optimization<br>    o   platform setup & configuration | $500 |
| Fear.movie<br>   &bull;  configure facebook pixel tracking<br>   &bull;  configure google tag manager<br>   &bull;  configure google analytics tracking<br>   &bull;  configure google console | $2,500 |
| Social management & engagement<br>   &bull;  Announcement Launch Amplification<br>   &bull;  Share with and amplify cast social posts<br>   &bull;  Amplify press | $2,000 |

| | |
|---|---|
| Sub Total: | $8,529.16 |
| | |
| **Total Due:** | **$8,529.16** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039



# INVOICE

**INVOICE FNP-DEC2021**
**TERM: NOVEMBER & DECEMBER 2021**
**DATE:  JANUARY 6, 2021**

**Bill To:**
Hyper Engine

| Description | Amount |
|---|---|
| FNP Establish and skin social profiles<br>Facebook/IG/Twitter/Youtube/ | $2,500 |
| Factsnotpolitics.org Domain Registration (invoice below)<br>• https://factsnotpolitics.org | $9.06 |
| Factsnotpolitics.org  Develop landing page<br>• https://factsnotpolitics.org | $1,000 |
| Factsnotpolitics.org<br>• Create database<br>• plugin setup<br>• database optimization<br>• platform setup & configuration | $500 |
| Factsnotpolitics.org<br>• configure facebook pixel tracking<br>• configure google tag manager<br>• configure google analytics tracking<br>• configure google console | $2,500 |
| Social management & engagement<br>• Launch Amplification<br>• Develop Audience<br>• Share with and amplify | $2,000 |

| | |
|---|---|
| Sub Total: | $8,509.06 |
| | |
| **Total Due:** | **$8,509.06** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039



# INVOICE

**INVOICE HEFG-DEC2020**
**TERM: DECEMBER 1 - 31**
**DATE:  FEBRUARY 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/MTB/traffik/intruder)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube 20 + Social Profiles | $2,000 |
| Fatale Theatrical Release:<br>&bull; Influencer campaign<br>&bull; Website configuration with Lionsgate digital<br>&bull; Messaging amplification<br>&bull; paid media campaign management | $5,000 |

| | |
|---|---|
| Sub Total | $7,000 |
| Reduced Fee | -$2,000 |
| **Total Balance:** | **$5,000** |

**Please remit payment via wire transfer or direct deposit to:**



OR MAIL TO:
AONE
340 S. LEMON AVE
SUITE 3390
WALNUT, CA 91789



# INVOICE

**INVOICE HEFG-APR2021-RE
REIMBUREMENT
DATE:  APRIL 3rd, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Google Suite November 1, 2020 – March 31, 2021<br>(Reimbursement for invoices attached and already paid by aone)<br>*Paid Invoices below* | $764.50 |
| Domain Registrations November 1, 2020 - April 3, 2021<br>(Reimbursement for invoices attached and already paid by aone)<br>*Paid Invoices below* | $446.00 |
| HEFG web server hosting November 1, 2020 - March 31, 2021<br>(Reimbursement for invoices attached and already paid by aone)<br>*Paid Invoices below* | $206.80 |

| | |
|---|---|
| Sub Total | $1,417.30 |
| | |
| **Total:** | **$1,417.30** |

**Please remit payment via wire transfer or direct deposit to:**



OR MAIL TO:
AONE
340 S. LEMON AVE
SUITE 3390
WALNUT, CA 91789



# Invoice

nvo ce number  3885239505

**Google LLC**

1600 Amph theatre Pkwy

Mounta n V ew, CA 94043

Un ted States

Federa  Tax  D  77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s  emon ave

#3390

wa nut, CA 91789

Un ted States

**Details**

| | |
|---|---|
| nvo ce number | 3885239505 |
| nvo ce date | Mar 31, 2021 |
| B  ng D | 0642-8216-0923 |
| Doma n name | h ddenemp refi mgroup com |

**Google Workspace**

| | |
|---|---|
| Tota   n USD | **$215.61** |

**Summary for Mar 1, 2021 - Mar 31, 2021**

| | |
|---|---|
| Subtota   n USD | $215 61 |
| Tax (0%) | $0 00 |
| Tota   n USD | $215 61 |

You w   be automat ca  y charged for any amount due

 **Invoice**

nvo ce number  3885239505

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Su te Bus ness | Usage | Mar 1 - Mar 16 | 17 | 105 29 |
| G Su te Bus ness | Usage | Mar 17 - Mar 31 | 19 | 110 32 |
| | | Subtota  n USD | | $215 61 |
| | | Tax (0%) | | $0 00 |
| | | **Tota   n USD** | | **$215.61** |

**Need help understanding the charges on your invoice?** C  ck here for deta  ed exp anat ons
https //support goog e com/a?p=gsu te-b   s-and-charges



# Invoice

nvo ce number  3824695636

**Google LLC**

1600 Amph theatre Pkwy

Mounta n V ew, CA 94043

Un ted States

Federa Tax D 77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s emon ave

#3390

wa nut, CA 91789

Un ted States

**Details**

| | |
|---|---|
| nvo ce number | 3824695636 |
| nvo ce date | Nov 30, 2020 |
| B ng D | 0642-8216-0923 |
| Doma n name | h ddenemp refi mgroup com |

**Google Cloud - G Suite**

| | |
|---|---|
| Tota n USD | **$180.00** |

**Summary for Nov 1, 2020 - Nov 30, 2020**

| | |
|---|---|
| Subtota n USD | $180 00 |
| Tax (0%) | $0 00 |
| Tota n USD | $180 00 |

You w be automat ca y charged for any amount due

 **Invoice**

nvo ce number  3824695636

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Su te Bus ness | Usage | Nov 1 - Nov 30 | 15 | 180 00 |

| | | |
|---|---|---|
| Subtota  n USD | | $180 00 |
| Tax (0%) | | $0 00 |
| Tota  n USD | | **$180.00** |

**Need help understanding the charges on your invoice?** C ck here for deta ed exp anat ons
https //support goog e com/a?p=gsu te-b  s-and-charges



# Invoice

nvo ce number  3840838950

**Google LLC**
1600 Amph theatre Pkwy
Mounta n V ew, CA 94043
Un ted States
Federa  Tax  D  77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s  emon ave

#3390

wa nut, CA 91789

Un ted States

**Details**

| | |
|---|---|
| nvo ce number | 3840838950 |
| nvo ce date | Dec 31, 2020 |
| B  ng D | 0642-8216-0923 |
| Doma n name | h ddenemp refi mgroup com |

**Google Workspace**

Tota  n USD                                    **$188.50**

**Summary for Dec 1, 2020 - Dec 31, 2020**

| | |
|---|---|
| Subtota  n USD | $188 50 |
| Tax (0%) | $0 00 |
| Tota  n USD | $188 50 |

You w   be automat ca  y charged for any amount due

 **Invoice**

nvo ce number  3840838950

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Su te Bus ness | Usage | Dec 1 - Dec 9 | 15 | 52 25 |
| G Su te Bus ness | Usage | Dec 10 - Dec 31 | 16 | 136 25 |
| | | Subtota  n USD | | $188 50 |
| | | Tax (0%) | | $0 00 |
| | | **Tota  n USD** | | **$188.50** |

**Need help understanding the charges on your invoice?** C ck here for deta ed exp anat ons

https //support goog e com/a?p=gsu te-b  s-and-charges



# Invoice

nvo ce number  3853779214

<strong>Google LLC</strong>

1600 Amph theatre Pkwy

Mounta n V ew, CA 94043

Un ted States

Federa Tax D 77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s emon ave

#3390

wa nut, CA 91789

Un ted States

**Details**

| | |
|---|---|
| nvo ce number | 3853779214 |
| nvo ce date | Jan 31, 2021 |
| B ng D | 0642-8216-0923 |
| Doma n name | h ddenemp refi mgroup com |

**Google Workspace**

| | |
|---|---|
| Tota n USD | **$192.00** |

**Summary for Jan 1, 2021 - Jan 31, 2021**

| | |
|---|---|
| Subtota n USD | $192 00 |
| Tax (0%) | $0 00 |
| Tota n USD | $192 00 |

You w be automat ca y charged for any amount due

 **Invoice**

nvo ce number  3853779214

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Su te Bus ness | Usage | Jan 1 - Jan 31 | 16 | 192 00 |
| | | Subtota  n USD | | $192 00 |
| | | Tax (0%) | | $0 00 |
| | | Tota  n USD | | **$192.00** |

**Need help understanding the charges on your invoice?** C ck here for deta ed exp anat ons
https //support goog e com/a?p=gsu te-b  s-and-charges



# Invoice

nvo ce number  3872608960

Google LLC
1600 Amph theatre Pkwy
Mounta n V ew, CA 94043
Un ted States
Federa Tax D 77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s emon ave

#3390

wa nut, CA 91789

Un ted States

| **Details** | | **Google Workspace** | |
|---|---|---|---|
| nvo ce number | 3872608960 | | |
| nvo ce date | Feb 28, 2021 | Tota n USD | **$204.00** |
| B ng D | 0642-8216-0923 | | |
| Doma n name | h ddenemp refi mgroup com | **Summary for Feb 1, 2021 - Feb 28, 2021** | |

| | |
|---|---|
| Subtota n USD | $204 00 |
| Tax (0%) | $0 00 |
| Tota n USD | $204 00 |

You w be automat ca y charged for any amount due

 **Invoice**

nvo ce number  3872608960

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Su te Bus ness | Usage | Feb 1 - Feb 28 | 17 | 204 00 |

|  |  |
|---|---|
| Subtota  n USD | $204 00 |
| Tax (0%) | $0 00 |

| Tota  n USD | **$204.00** |
|---|---|

> **Need help understanding the charges on your invoice?** C ck here for deta ed exp anat ons
>
> https //support goog e com/a?p=gsu te-b  s-and-charges

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 65714243**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 11/11/2020 1:07:26 AM | Payment Source | : CreditCard |
| Order Number | : **65714243** | Initial Charge | : $39.48 |
| Transaction ID | : 75097304 | Final Cost | : $39.48 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave walnut | Refunded To | : N/A |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW whoisguard-protect-one for hiddenempirefilms.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW hiddenempirefilms.com | 1 | 1 year | $12.98 | $12.98<br>ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for deontaylorfilms.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW deontaylorfilms.com | 1 | 1 year | $12.98 | $12.98<br>ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for deontaylor.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW deontaylor.com | 1 | 1 year | $12.98 | $12.98<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $39.48 |
| | | | | TOTAL | **$39.48** |

Additional Transaction Details:

Order          # bda0b3d4-a445-43b5-8097-16832f8b0008
Approval          # ch_1HmCULI2aKwfvOvn72Egqi6W

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 65974211**        support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 11/16/2020 1:46:59 AM | Payment Source | : CreditCard |
| Order Number | : **65974211** | Initial Charge | : $26.32 |
| Transaction ID | : 75405434 | Final Cost | : $26.32 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW supremacyfilm.com | 1 | 1 year | $12.98 | $12.98 <br> ICANN Fee  $0.18 |
| RENEW | RENEW meettheblacksmovie.com | 1 | 1 year | $12.98 | $12.98 <br> ICANN Fee  $0.18 |
| | | | | Sub Total | $26.32 |
| | | | | TOTAL | **$26.32** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 440308bc-9e85-4d92-a30e-fc172c15ac8d |
| Approval | # ch_1Ho1UMI2aKwfvOvnwVlPbJRx |

 **namecheap**

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 67960859**        support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/1/2021 1:44:07 AM | Payment Source | : CreditCard |
| Order Number | : **67960859** | Initial Charge | : $26.32 |
| Transaction ID | : 77870887 | Final Cost | : $26.32 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW hooptofilm.com | 1 | 1 year | $12.98 | $12.98 ICANN Fee  $0.18 |
| RENEW | RENEW hoop2film.com | 1 | 1 year | $12.98 | $12.98 ICANN Fee  $0.18 |
| | | | | Sub Total | $26.32 |
| | | | | TOTAL | **$26.32** |

Additional Transaction Details:

Order            # 68e0b692-411f-4980-b7a6-658e370247e7
Approval        # ch_1I4hMoI2aKwfvOvn5sAaQejW

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 68041851**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/3/2021 2:20:31 AM | Payment Source | : CreditCard |
| Order Number | : **68041851** | Initial Charge | : $13.16 |
| Transaction ID | : 77965378 | Final Cost | : $13.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave | Refunded To | : N/A |
| | walnut | | |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW supremacymovie.com | 1 | 1 year | $12.98 | $12.98 ICANN Fee $0.18 |
| | | | | Sub Total | $13.16 |
| | | | | TOTAL | **$13.16** |

Additional Transaction Details:

Order          # 2bfae3ec-2465-4557-a4cf-963504b8a7cd
Approval       # ch_1I5Qt8I2aKwfvOvnjBPcftve

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 68508634**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 1/13/2021 1:08:23 AM | Payment Source | : CreditCard |
| Order Number | : **68508634** | Initial Charge | : $15.16 |
| Transaction ID | : 78526048 | Final Cost | : $15.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave | Refunded To | : N/A |
| | walnut | | |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW whoisguard-protect-one for climborganization.org | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| RENEW | RENEW climborganization.org | 1 | 1 year | $14.98 | $14.98<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $15.16 |
| | | | | TOTAL | **$15.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # b7dd4059-dce8-4da3-ab8c-4269f966dad7 |
| Approval | # ch_1I92WoI2aKwfvOvneg2PPOtd |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 69439106**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/1/2021 1:47:30 AM | Payment Source | : CreditCard |
| Order Number | : **69439106** | Initial Charge | : $13.16 |
| Transaction ID | : 79664210 | Final Cost | : $13.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW hyperenginellc.com | 1 | 1 year | $12.98 | $12.98 ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for hyperenginellc.com | 1 | 1 year | $0.00 | $0.00 ICANN Fee $0.00 |
| | | | | Sub Total | $13.16 |
| | | | | TOTAL | **$13.16** |

Additional Transaction Details:

| | |
|---|---|
| Order | # dd973b9b-9b31-4fdb-a5cd-cb1b5830f7b8 |
| Approval | # ch_1IFwC5I2aKwfvOvn92vk1UHb |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com    **Order # 69654769**    support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/4/2021 8:47:12 PM | Payment Source | : CreditCard |
| Order Number | : **69654769** | Initial Charge | : $9.06 |
| Transaction ID | : 79939056 | Final Cost | : $9.06 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL | |
|---|---|---|---|---|---|---|
| PURCHASE | Free WhoisGuard | 1 | 1 year | $0.00 | | $0.00 |
| | | | | | Setup | $0.00 |
| REGISTER | Domain Registration aventvii.com | 1 | 1 year | $8.88 | | $8.88 |
| | | | | | ICANN Fee | $0.18 |
| | | | | | Sub Total | $9.06 |
| | | | | | **TOTAL** | **$9.06** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 23e10191-c8fe-4410-b4fd-9dcd9f6909c0 |
| Approval | # ch_1IHJPfI2aKwfvOvnGmGVVnqO |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 69762002**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/7/2021 4:56:09 AM | Payment Source | : CreditCard |
| Order Number | : **69762002** | Initial Charge | : $9.06 |
| Transaction ID | : 80070347 | Final Cost | : $9.06 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL | |
|---|---|---|---|---|---|---|
| PURCHASE | Free WhoisGuard | 1 | 1 year | $0.00 | | $0.00 |
| | | | | | Setup | $0.00 |
| REGISTER | Domain Registration aventviii.com | 1 | 1 year | $8.88 | | $8.88 |
| | | | | | ICANN Fee | $0.18 |
| | | | | | Sub Total | $9.06 |
| | | | | | TOTAL | **$9.06** |

Additional Transaction Details:

| Order | # 92292327-ebab-4c24-a51f-a82d8c873025 |
|---|---|
| Approval | # ch_1II9zvI2aKwfvOvnLYepwLXB |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 71627676**          support@namecheap.com

| Order Date | : 3/18/2021 1:54:12 AM | Payment Source | : CreditCard |
|---|---|---|---|
| Order Number | : **71627676** | Initial Charge | : $43.22 |
| Transaction ID | : 82364717 | Final Cost | : $43.22 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave | Refunded To | : N/A |
| | walnut | | |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW theblackchair.show | 1 | 1 year | $29.88 | $29.88 ICANN Fee $0.18 |
| RENEW | RENEW blackchairshow.com | 1 | 1 year | $12.98 | $12.98 ICANN Fee $0.18 |
| | | | | Sub Total | $43.22 |
| | | | | TOTAL | **$43.22** |

Additional Transaction Details:

| Order | # 0fbad02a-e445-490b-bbcb-c288645ac948 |
|---|---|
| Approval | # ch_1IWEoAI2aKwfvOvnHVliJk3X |

 namecheap

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 72488530**          support@namecheap.com

| | | |
|---|---|---|
| Order Date | : 4/3/2021 3:45:11 AM | |
| Order Number | : **72488530** | |
| Transaction ID | : 83480055 | |
| User Name | : aoneent | |
| Address | : darrick angelone | |
| | manager | |
| | aone entertainment | |
| | llc | |
| | 340 S lemon ave | |
| | walnut | |
| | CA , 91789 | |
| | US | |

| | |
|---|---|
| Payment Source | : CreditCard |
| Initial Charge | : $251.06 |
| Final Cost | : $251.06 |
| | |
| Total Refund | : $0.00 |
| Refund Transaction ID | : N/A |
| | |
| Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW traffik.movie | 1 | 1 year | $250.88 | $250.88<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $251.06 |
| | | | | TOTAL | **$251.06** |

Additional Transaction Details:

| | |
|---|---|
| Order | # b9f8eb6e-aa93-42ac-bd41-26ea2727e272 |
| Approval | # ch_1Ic4AMI2aKwfvOvnkIu9MhrI |



# RECEIPT

**Order # 66448705**

www.namecheap.com

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 11/27/2020 5:30:51 AM | Payment Source | : CreditCard |
| Order Number | : **66448705** | Initial Charge | : $40.76 |
| Transaction ID | : 75997167 | Final Cost | : $40.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc walnut S , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Nov 26 2020 - Dec 26 2020) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee  $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $15.88 | $15.88 |
| | | | | Sub Total | $40.76 |
| | | | | TOTAL | **$40.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # ch_1Hs4E2I2aKwfvOvn2ZJ7BOxk |
| Approval | # ch_1Hs4E2I2aKwfvOvn2ZJ7BOxk |



# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 67763314**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 12/27/2020 6:28:06 AM | Payment Source | : CreditCard |
| Order Number | : **67763314** | Initial Charge | : $40.76 |
| Transaction ID | : 77632124 | Final Cost | : $40.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Dec 26 2020 - Jan 26 2021) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee  $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $15.88 | $15.88 |
| | | | | Sub Total | $40.76 |
| | | | | TOTAL | **$40.76** |

Additional Transaction Details:

| Order | # ch_1I2xPsI2aKwfvOvnckTzzGlW |
|---|---|
| Approval | # ch_1I2xPsI2aKwfvOvnckTzzGlW |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com    **Order # 69185598**    support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 1/27/2021 5:53:55 AM | Payment Source | : CreditCard |
| Order Number | : **69185598** | Initial Charge | : $41.76 |
| Transaction ID | : 79327667 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Jan 26 2021 - Feb 26 2021) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee  $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| Order | # ch_1IEBenI2aKwfvOvnXZPWFzjp |
|---|---|
| Approval | # ch_1IEBenI2aKwfvOvnXZPWFzjp |



# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 70714531**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 2/27/2021 6:49:42 AM | Payment Source | : CreditCard |
| Order Number | : **70714531** | Initial Charge | : $41.76 |
| Transaction ID | : 81236366 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc walnut S , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Feb 26 2021 - Mar 26 2021) | 1 | 1 MONTH | $24.88 | $24.88 <br> ICANN Fee  $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # ch_1IPRImI2aKwfvOvnNqFjLP8m |
| Approval | # ch_1IPRImI2aKwfvOvnNqFjLP8m |



# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 72084446**        support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 3/27/2021 6:44:00 AM | Payment Source | : CreditCard |
| Order Number | : **72084446** | Initial Charge | : $41.76 |
| Transaction ID | : 82919584 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Mar 26 2021 - Apr 26 2021) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # ch_1IZZcZI2aKwfvOvnsUzAiBoi |
| Approval | # ch_1IZZcZI2aKwfvOvnsUzAiBoi |



INVOICE

**INVOICE HEFG-AUG2021**
**TERM: AUGUST 1 – 31**
**DATE:  SEPTEMBER 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $3,000 |
| HEFG.com Hidden Empire Releasing page:<br>   o   https://hiddenempirefilmgroup.com/about/ (mock-up status)<br>HEFG.com Hidden Empire Releasing Announcement Integration:<br>   o   https://hiddenempirefilmgroup.com/ (live)<br>HEFG.com FEAR Movie Announcement Integration:<br>   o   https://hiddenempirefilmgroup.com/ (live @ second slide) | $2,000 |
| HEFG.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| CLIMB.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| hyperengine.ai<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoice attached) | $228 |

|  | |
|---|---|
| Sub Total: | $6,769.76 |
|  | |
| **Total Due:** | **$6,769.76** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039



INVOICE

**INVOICE HEFG-DEC2021**
**TERM: DECEMBER 1 - 31**
**DATE: JANUARY 4, 2022**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear) Community management and engagement: All HEFG Socials Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin 20 + Social Profiles | $1,500.00 |
| HEFG.com<br>o database backups<br>o plugin updates<br>o database optimization<br>o platform updates | $500.00 |
| CLIMB.com<br>o database backups<br>o plugin updates<br>o database optimization<br>o platform updates | $500.00 |
| hyperengine.ai<br>o database backups<br>o plugin updates<br>o database optimization<br>o platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306.00 |
| Domain Registrations (paid invoices for reimbursement below) | $0 |

| | |
|---|---|
| Sub Total: | $3,347.76 |
| | |
| **Total Due:** | **$3,347.76** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 86480398**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 12/27/2021 5:41:08 PM | Payment Source | : CreditCard |
| Order Number | : **86480398** | Initial Charge | : $41.76 |
| Transaction ID | : 100886041 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Dec 26 2021 - Jan 26 2022) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee  $0.00 |
| | Additional Backup Storage: None | | | $0.00 | $0.00 |
| | Additional Traffic: None | | | $0.00 | $0.00 |
| | CXS license: No | | | $0.00 | $0.00 |
| | Dedicated IPs: None | | | $0.00 | $0.00 |
| | Disc space: Standard | | | $0.00 | $0.00 |
| | IP addresses by default: 2 IP addresses | | | $0.00 | $0.00 |
| | Operating System: CentOS 7 cPanel 64 Bit | | | $0.00 | $0.00 |
| | RAM: Standard | | | $0.00 | $0.00 |
| | Server Management: Self-managed | | | $0.00 | $0.00 |
| | Softaculous: no | | | $0.00 | $0.00 |
| | WHMCS - Hosting Billing CMS: No | | | $0.00 | $0.00 |
| | cPanel control panel: cPanel VPS 30 | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # ba789be4-da95-4f26-ae96-fa8faa17c745 |
| Approval | # ch_3KBRsMI2aKwfvOvn1JknXUw0 |



Payments profile ID
0642-8216-0923

Business name
hiddenempirefilmgroup.com

Payments account nickname
hiddenempirefilmgroup.com

Summary created
Jan 4, 2022

## Dec 1 – 31, 2021

Ending balance: $306.00

| Date | Description | Amount (USD) |
|------|-------------|--------------|
| Dec 1 – 31, 2021 | Google Workspace Business Plus: Commitment for 20 seats | $306.00 |
| Dec 2, 2021 | Automatic payment: American Express ⋯⋯1002. A70679419752942160 | −$306.00 |

Starting balance: $306.00



INVOICE

**INVOICE HEFG-FEB2021**
**TERM: FEBRUARY 1 - 28**
**DATE:  MARCH 3, 2021**

## Bill To:
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/MTB/traffik/intruder/Deon)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $5,000 |
| Fatale FYC page: https://hiddenempirefilmgroup.com/fyc/ | Inclusive |
| Service BHITM to ReachTV x 60 episodes | Inclusive |
| HEFG.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   wordpress update | $500 |
| THND.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   wordpress update | $500 |
| Hyperengine.ai<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   wordpress update | $500 |

| | |
|---|---|
| Sub Total: | $6,500 |
| | |
| **Total Due:** | **$6,500** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
340 S. Lemon Ave
Suite 3390
Walnut, CA 91789



INVOICE

**INVOICE HEFG-NOV2021**
**TERM: NOVEMBER 1 - 30**
**DATE:  DECEMBER 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND/Fear)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $1,500.00 |
| HEFG.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500.00 |
| CLIMB.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500.00 |
| hyperengine.ai<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500.00 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306.00 |
| Domain Registrations (paid invoices for reimbursement below) | $70.80 |

| | |
|---|---|
| Sub Total: | $3,418.56 |
| | |
| **Total Due:** | **$3,418.56** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039

 **namecheap**

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 84871524**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 11/27/2021 6:38:40 PM | Payment Source | : CreditCard |
| Order Number | : **84871524** | Initial Charge | : $41.76 |
| Transaction ID | : 98898555 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc walnut S , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Nov 26 2021 - Dec 26 2021) | 1 | 1 MONTH | $24.88 | $24.88 ICANN Fee  $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # fdbd20de-82dd-461c-8dd5-a98bc5b5aea7 |
| Approval | # ch_3K0aTaI2aKwfvOvn0kUdhCyi |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 84229541**          support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 11/16/2021 2:26:31 AM | Payment Source | : CreditCard | |
| Order Number | : **84229541** | Initial Charge | : $28.32 | |
| Transaction ID | : 98094803 | Final Cost | : $28.32 | |
| User Name | : aoneent | | | |
| Address | : darrick angelone | Total Refund | : $0.00 | |
| | manager | Refund Transaction ID | : N/A | |
| | aone entertainment llc | | | |
| | 340 S lemon ave | Refunded To | : N/A | |
| | walnut | | | |
| | CA , 91789 | | | |
| | US | | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW meettheblacksmovie.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee  $0.18 |
| RENEW | RENEW supremacyfilm.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee  $0.18 |
| | | | | Sub Total | $28.32 |
| | | | | TOTAL | **$28.32** |

Additional Transaction Details:

| Order | # 7f2083c2-c207-4049-9789-e68afbb58fd9 |
|---|---|
| Approval | # ch_3JwM3lI2aKwfvOvn16cpUB4w |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 83973246**          support@namecheap.com

| | | |
|---|---|---|
| Order Date | : 11/11/2021 1:19:17 AM | |
| Order Number | : **83973246** | |
| Transaction ID | : 97772589 | |
| User Name | : aoneent | |
| Address | : darrick angelone<br>manager<br>aone entertainment<br>llc<br>340 S lemon ave<br>walnut<br>CA , 91789<br>US | |

| | |
|---|---|
| Payment Source | : CreditCard |
| Initial Charge | : $42.48 |
| Final Cost | : $42.48 |
| Total Refund | : $0.00 |
| Refund Transaction ID | : N/A |
| Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW deontaylor.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for deontaylor.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| RENEW | RENEW deontaylorfilms.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for deontaylorfilms.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| RENEW | RENEW hiddenempirefilms.com | 1 | 1 year | $13.98 | $13.98<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for hiddenempirefilms.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| | | | | Sub Total | $42.48 |
| | | | | TOTAL | **$42.48** |

Additional Transaction Details:

| Order | # 73ac0334-5461-41f1-b556-d433bba8266f |
|---|---|
| Approval | # ch_3JuWcxI2aKwfvOvn1OezdUUC |



Payments profile ID
0642-8216-0923

Business name
hiddenempirefilmgroup.com

Payments account nickname
hiddenempirefilmgroup.com

Summary created
Jan 4, 2022

## Nov 1 – 30, 2021

Ending balance: $306.00

| Date | Description | Amount (USD) |
|------|-------------|--------------|
| Nov 1 – 30, 2021 | Google Workspace Business Plus: Commitment for 20 seats | $306.00 |
| Nov 2, 2021 | Automatic payment: American Express ···· 1002. A69764099195 | –$306.00 |

Starting balance: $306.00



INVOICE

**INVOICE HEFG-OCT2021**
**TERM: OCTOBER 1 - 31**
**DATE: NOVEMBER 1, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
| --- | --- |
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $3,000 |
| HEFG.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| CLIMB.com<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| hyperengine.ai<br>   o   database backups<br>   o   plugin updates<br>   o   database optimization<br>   o   platform updates | $500 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306 |
| Domain Registrations (paid invoices for reimbursement below) | $1035.36 |

| | |
| --- | --- |
| Sub Total: | $5,883.12 |
| | |
| **Total Due:** | **$5,883.12** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039



# Invoice

nvo ce number  4009812839

Google LLC
1600 Amph theatre Pkwy
Mounta n V ew, CA 94043
Un ted States
Federa  Tax  D  77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s  emon ave

#3390

wa nut, CA 91789

Un ted States

**Details**

| | |
|---|---|
| nvo ce number | 4009812839 |
| nvo ce date | Oct 31, 2021 |
| B  ng D | 0642-8216-0923 |
| Doma n name | h ddenemp refi mgroup com |

**Google Workspace**

| | |
|---|---|
| Tota  n USD | **$306.00** |

**Summary for Oct 1, 2021 - Oct 31, 2021**

| | |
|---|---|
| Subtota  n USD | $306 00 |
| Tax (0%) | $0 00 |
| Tota  n USD | $306 00 |

You w   be automat ca  y charged for any amount due

 **Invoice**

nvo ce number  4009812839

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Goog e Workspace Bus ness P us | Comm tment | Oct 1 - Oct 31 | 20 | 306 00 |

| | | |
|---|---|---|
| Subtota  n USD | | $306 00 |
| Tax (0%) | | $0 00 |
| **Tota  n USD** | | **$306.00** |

**Need help understanding the charges on your invoice?** C ck here for deta ed exp anat ons

https //support goog e com/a?p=gsu te-b  s-and-charges

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com    **Order # 82412481**    support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 10/13/2021 2:40:46 AM | Payment Source | : CreditCard |
| Order Number | : **82412481** | Initial Charge | : $775.14 |
| Transaction ID | : 95873346 | Final Cost | : $775.14 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW fatale.movie | 1 | 1 year | $250.98 | $250.98<br>ICANN Fee $0.18 |
| RENEW | RENEW whoisguard-protect-one for fatale.movie | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee $0.00 |
| RENEW | RENEW freeagents.movie | 1 | 1 year | $250.98 | $250.98<br>ICANN Fee $0.18 |
| RENEW | RENEW freeagentsmovie.com | 1 | 1 year | $10.65 | $10.65<br>ICANN Fee $0.18 |
| RENEW | RENEW qaddafispointguard.com | 1 | 1 year | $10.65 | $10.65<br>ICANN Fee $0.18 |
| RENEW | RENEW qaddafispointguard.movie | 1 | 1 year | $250.98 | $250.98<br>ICANN Fee $0.18 |
| | | | | Sub Total | $775.14 |
| | | | | TOTAL | **$775.14** |

Additional Transaction Details:

| | |
|---|---|
| Order | # f9e3116b-7ae1-4bfb-adf9-c02e0376fb24 |
| Approval | # ch_3Jk18rI2aKwfvOvn1Gx9FCxX |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com        **Order # 82447743**        support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 10/13/2021 2:50:04 PM | Payment Source | : CreditCard |
| Order Number | : **82447743** | Initial Charge | : $9.06 |
| Transaction ID | : 95917789 | Final Cost | : $9.06 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL | |
|---|---|---|---|---|---|---|
| PURCHASE | Free Domain Privacy | 1 | 1 year | $0.00 | | $0.00 |
| | | | | | Setup | $0.00 |
| REGISTER | Domain Registration factsnotpolitics.org | 1 | 1 year | $8.88 | | $8.88 |
| | | | | | ICANN Fee | $0.18 |
| | | | | | Sub Total | $9.06 |
| | | | | | TOTAL | **$9.06** |

Additional Transaction Details:

Order            # 35ec19a9-e7ea-4f69-abea-f5829d9be45e
Approval         # ch_3JkCWcI2aKwfvOvn1VbhRCKi



INVOICE

**INVOICE HEFG-SEPT2021**
**TERM: SEPTEMBER 1 - 30**
**DATE:  OCTOBER 3, 2021**

**Bill To:**
Hidden Empire Film Group

| Description | Amount |
|---|---|
| Hefg social Postings (HEFG/Supremacy/traffik/intruder/Deon/THND)<br>Community management and engagement: All HEFG Socials<br>Facebook/IG/Twitter/Youtube/Tiktok/Snap/Linkedin<br>20 + Social Profiles | $3,000 |
| HEFG.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500 |
| CLIMB.com<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500 |
| hyperengine.ai<br>    o   database backups<br>    o   plugin updates<br>    o   database optimization<br>    o   platform updates | $500 |
| HEFG Server (paid invoice attached) | $41.76 |
| Google Gsuite Email server (paid invoices for reimbursement below) | $306 |
| Domain Registrations (paid invoices for reimbursement below) | $27.32 |

| | |
|---|---|
| Sub Total: | $4,875.08 |
| | |
| **Total Due:** | **$4,875.08** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd
Los Angeles, CA 90039



# Invoice

nvo ce number  3994156783

Google LLC
1600 Amph theatre Pkwy
Mounta n V ew, CA 94043
Un ted States
Federa  Tax  D  77-0493581

**Bill to**

Darr ck Ange one

h ddenemp refi mgroup com

340 s  emon ave

#3390

wa nut, CA 91789

Un ted States

**Details**

| | |
|---|---|
| nvo ce number | 3994156783 |
| nvo ce date | Sep 30, 2021 |
| B  ng D | 0642-8216-0923 |
| Doma n name | h ddenemp refi mgroup com |

**Google Workspace**

| | |
|---|---|
| Tota  n USD | **$306.00** |

**Summary for Sep 1, 2021 - Sep 30, 2021**

| | |
|---|---|
| Subtota  n USD | $306 00 |
| Tax (0%) | $0 00 |
| Tota  n USD | $306 00 |

You w   be automat ca  y charged for any amount due

 **Invoice**

nvo ce number  3994156783

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Goog e Workspace Bus ness P us | Comm tment | Sep 1 - Sep 30 | 20 | 306 00 |

| | | |
|---|---|---|
| Subtota  n USD | | $306 00 |
| Tax (0%) | | $0 00 |
| **Tota  n USD** | | **$306.00** |

**Need help understanding the charges on your invoice?** C ck here for deta ed exp anat ons
https //support goog e com/a?p=gsu te-b  s-and-charges

 namecheap

# RECEIPT

www.namecheap.com              **Order # 80838216**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 9/13/2021 2:38:42 AM | Payment Source | : CreditCard |
| Order Number | : **80838216** | Initial Charge | : $13.66 |
| Transaction ID | : 93925792 | Final Cost | : $13.66 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | 340 S lemon ave | Refunded To | : N/A |
| | walnut | | |
| | CA , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW hiddenempirefilmgroup.com | 1 | 1 year | $13.48 | $13.48<br>ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for hiddenempirefilmgroup.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| | | | | Sub Total | $13.66 |
| | | | | TOTAL | **$13.66** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 1d08642c-37c9-483e-88fb-7d75d9665146 |
| Approval | # ch_3JZ8oPI2aKwfvOvn1ZdrQy3n |



# RECEIPT

www.namecheap.com          **Order # 81367127**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 9/23/2021 3:15:54 AM | Payment Source | : CreditCard |
| Order Number | : **81367127** | Initial Charge | : $13.66 |
| Transaction ID | : 94580854 | Final Cost | : $13.66 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW meettheblacksthemovie.com | 1 | 1 year | $13.48 | $13.48<br>ICANN Fee  $0.18 |
| RENEW | RENEW whoisguard-protect-one for meettheblacksthemovie.com | 1 | 1 year | $0.00 | $0.00<br>ICANN Fee  $0.00 |
| | | | | Sub Total | $13.66 |
| | | | | TOTAL | **$13.66** |

Additional Transaction Details:

| | |
|---|---|
| Order | # a6b1d13e-cd6e-487d-a933-5e08ccb42396 |
| Approval | # ch_3Jcm9sI2aKwfvOvn109vfSC3 |

 **namecheap**

# RECEIPT

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com          **Order # 81598570**          support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 9/27/2021 6:07:47 PM | Payment Source | : CreditCard |
| Order Number | : **81598570** | Initial Charge | : $41.76 |
| Transaction ID | : 94869432 | Final Cost | : $41.76 |
| User Name | : aoneent | | |
| Address | : darrick angelone | Total Refund | : $0.00 |
| | manager | Refund Transaction ID | : N/A |
| | aone entertainment llc | | |
| | walnut | Refunded To | : N/A |
| | S , 91789 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | VPS Quasar for hiddenempirefilmgroup.com (Sep 26 2021 - Oct 26 2021) | 1 | 1 MONTH | $24.88 | $24.88<br>ICANN Fee $0.00 |
| Additional Backup Storage: None | | | | $0.00 | $0.00 |
| Additional Traffic: None | | | | $0.00 | $0.00 |
| CXS license: No | | | | $0.00 | $0.00 |
| Dedicated IPs: None | | | | $0.00 | $0.00 |
| Disc space: Standard | | | | $0.00 | $0.00 |
| IP addresses by default: 2 IP addresses | | | | $0.00 | $0.00 |
| Operating System: CentOS 7 cPanel 64 Bit | | | | $0.00 | $0.00 |
| RAM: Standard | | | | $0.00 | $0.00 |
| Server Management: Self-managed | | | | $0.00 | $0.00 |
| Softaculous: no | | | | $0.00 | $0.00 |
| WHMCS - Hosting Billing CMS: No | | | | $0.00 | $0.00 |
| cPanel control panel: cPanel VPS 30 | | | | $16.88 | $16.88 |
| | | | | Sub Total | $41.76 |
| | | | | TOTAL | **$41.76** |

Additional Transaction Details:

| | |
|---|---|
| Order | # 4f87353c-b49f-4d2b-89df-2874dccbcf9d |
| Approval | # ch_3JeRzBI2aKwfvOvn0tvbzFjT |

 **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com       **Order # 82673599**       support@namecheap.com

| | | | |
|---|---|---|---|
| Order Date | : 10/18/2021 3:56:11 AM | Payment Source | : CreditCard |
| Order Number | : **82673599** | Initial Charge | : $251.16 |
| Transaction ID | : 96192722 | Final Cost | : $251.16 |
| User Name | : aoneent | | |
| Address | : darrick angelone manager aone entertainment llc 340 S lemon ave walnut CA , 91789 US | Total Refund | : $0.00 |
| | | Refund Transaction ID | : N/A |
| | | Refunded To | : N/A |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| RENEW | RENEW thehousenextdoor.movie | 1 | 1 year | $250.98 | $250.98 ICANN Fee  $0.18 |
| | | | | Sub Total | $251.16 |
| | | | | TOTAL | **$251.16** |

Additional Transaction Details:

Order          # d1f472fb-8aa7-4a6d-9616-319df247728f
Approval       # ch_3JlqhZI2aKwfvOvn04lF0r9T



INVOICE

**INVOICE: THND-AUGUST-2021**
**TERM: AUGUST 1 – 31, 2021**
**DATE:  SEPTEMBER 03, 2021**

## Bill To:
The House Next Door LLC

| Description | Amount |
|---|---|
| THND social media mgmt. postings & audience engagement<br>DVD & Streaming launch August 10th<br>Execute LG plan | $5,000.00 |
| Update mobile & desktop websites with 'where to watch' CTAs | Inclusive |
| Amplify Press coverage | Inclusive |

| | |
|---|---|
| Sub Total | $5,000.00 |
| | |
| **Total:** | **$5,000.00** |

**Please remit payment via wire transfer or direct deposit to:**



Or mail to:
AONE
2529 Griffith Park Blvd.
Los Angeles, CA 90039

EXHIBIT 9

---------- Forwarded message ---------
From: **Darrick Angelone** <darrickangelone@aoneent.com>
Date: Thu, Jul 19, 2018 at 10:41 AM
Subject: FW: release of claims against Lionsgate
To: <deontaylor@me.com>, Roxanne <roxanne@hiddenempirefilmgroup.com>
Cc: <allen@thefriedfirm.com>


Good afternoon,

Roxane, this is a recap what Deon and I discussed and agreed to do so that my attorneys can
withdraw the demand made to Lionsgate re Traffik….. I know I am beating a dead horse Roxanne,
but my attorneys had to detail the work AOne did for Traffik in order to connect it to Jeff as the
REASON I was left out to dry not to claim or infer in anyway that you, deon or hefg wronged me in
anyway. I am very sorry it played out the way it did, and as I told deon, I would understand and
would harbor no hard feeling if you did not retain my services moving forward.

With that said; as I told deon, upon consultation with my attorney, who advised that in order for us
to withdraw the demand, we would need to formally settle it and that could be with Lionsgate or
directly with HEFG. I therefore proposed to deon that we could do a settlement amongst ourselves
instead of dealing with Lionsgate, I sent the attached paperwork last month. Due to the extenuating
circumstances of the last month (im sorry) we are just addressing now. The settlement my attorneys
were discussing with Lionsgate is in the range of $100,000 and included the invoice Jeff ignored.
Since this would just be passed down to HEFG, I told deon I would not purse this and we could settle
amongst ourselves for just the current and outstanding invoices between Aone & hefg, which
currently totals $59,000 and is enumerated by the following invoices, which are also attached:


1. $12,000        MTB-1004 (August 21, 2016)
2. $16,000        HEFG-MAR2018 (March 22, 2018
3. $16,000        HEFG-APR2018 (May 2, 2018)
4. $11,000        HEFG-MAY2018 (June 6, 2018)
5. $ 4,000        HEFG-JUNE2018

AOne will waive the $20,000 invoice Jeff failed to pay (paragraph #4)
Aone will forever release Lionsgate/Traffik/hefg from any claims  (paragraph #4).
Aone will indemnify HEFG/TRAFFIK per the terms of the attached settlement agreement.

The accountant for AONE notified me that they received payment for the March invoice (listed above), so for simplicities sake, we will apply to this settlement as an initial payment leaving a balance of $43,000 payable asap.

Moving forward, whether HEFG eventually brings other parties on to handle HEFG digital or not, AONE would require a monthly fee of $5,000 for the following services:

- Management and use of webservers for:

  - Supremacyfilm.com

  - Meettheblacksmovie.com

  - Traffik.movie

  - Hiddenempirefilmgroup.com

  - News. Hiddenempirefilmgroup.com

  - Hyperengine.ai

- Media server and hosting of creative assets for HEFG
- Management of HEFG google-suite applications
- Management of the following social accounts (including a minimum of 50 posts per month):

  - @hiddenempirefilmgroup        (IG)

  - @meet_the_blacks              (IG)

  - @Traffikmovie                 (IG)

  - @supremacy.movie              (IG)

  - @the.hustle.movie             (IG)

  - @akuma.movie                  (IG)

  - @traffikmovie                 (twitter)

  - @meettheblacks                (twitter)

  - @hiddenempirefg               (twitter)

  - @dtfilmtohoop                 (twitter)

  - @hiddenempirefilmgroup        (FB)

  - @meet_the_blacks              (FB)

  - @Traffikmovie                 (FB)

- @supremacy.movie                (FB)

- @the.hustle.movie               (FB)

- @akuma.movie                    (FB)

- @Deon Taylor                    (FB)

- @Roxanne Avent                  (FB)

- @hiddenempirefilmgroup          (Youtube)

- @meet_the_blacks                (Youtube)

- @Traffikmovie                   (Youtube)

- @supremacy.movie                (Youtube)

Overall, aside from infrastructure, this would entail about 50 hours per month. I can not continue to keep providing the targeting tools and algorithms as the overhead on that system for us to maintain is over $20,000 per month, which I built and carried forward over two years, hoping we would mutually engage on Hyper Engine and begin to start pitching projects in order to bring in revenue to cover these costs and subsidize applying the tools on HEFG brands for below cost. You guys are running a movie studio, I understand you do not have the time to simultaneously develop and launch a new marketing company.

We can evaluate projects on a case by case budget and make agreements accordingly.

I know you guys are busy, I hope you get a chance to review this ASAP and that we can discuss, finalize and release the claims against Lionsgate so we can all move forward.

Kindly,

**Darrick Angelone**
AOne Unlimited | CEO
o: (323) 205-6506 | m: (310) 869-2354
aoneunlimited.com



--
Roxanne Taylor

# EXHIBIT 10

---------- Forwarded message ---------
From: <darrick@aone.la>
Date: Fri, Apr 22, 2022 at 10:16 AM
Subject: RE: Fear digital marketing
To: Roxanne Taylor <roxanne@hiddenempirefilmgroup.com>, Quincy Newell
<quincy@hiddenempirefilmgroup.com>
Cc: deon taylor <deon@hiddenempirefilmgroup.com>, Darrell Thompson <dtlaw5@gmail.com>


Thank you Roxanne. Please find attached again here. Of course it is fluid to updated messaging,
creative direction and your final decision as to the budget allocations. We are not looking for a
financial commitment at this time and indeed HEFG has almost always engaged AONE when the time
came and we are very familiar with the processes of HEFG. Because a considerable amount more
work and financial investment by AONE has gone into this strategy versus previous collaborations
between aone/hefg, we are only looking for a commitment to be that vendor when the time comes

for this project. That time is quickly approaching and this will help satisfy any concerns my partners have about formalizing while we are in a state of limbo as to what happens. There is also potential that if a 3rd party was to take the film in these last days of HEFG planning to self release, the package becomes that much more enticing with a complete marketing strategy developed in close consultation with studio marketing veteran, Damon Wolf, attached to it. Everyone at AONE would like to see this plan executed to high success by whomever releases the film. I am positive we can come to some agreeable terms. I appreciate all the consideration.


Warm regards,


**Darrick Angelone**
AOne Creative LLC.
o: 323.205.6506 | m: 310.869.2354
aone la



---

**From:** Roxanne Taylor <roxanne@hiddenempirefilmgroup.com>
**Sent:** Friday, April 22, 2022 9:54 AM
**To:** Quincy Newell <quincy@hiddenempirefilmgroup.com>
**Cc:** Darrick@aone.la; deon taylor <deon@hiddenempirefilmgroup.com>; Darrell Thompson <dtlaw5@gmail.com>
**Subject:** Re: Fear digital marketing

Thanks Quincy, nothing attached on my end.  Please resend.  Although I have seen and discussed the original proposal, I want to be sure this is what indeed was the final outcome.  Also, until we have an approved P& A spend we cannot confirm any third party agreements but as we have done with all of our films we will absolutely engage Aone to continue the support.


Happy Friday!

On Thu, Apr 21, 2022 at 6:36 PM Quincy Newell <quincy@hiddenempirefilmgroup.com> wrote:

> Hey Darrick,
>
> Received. Will discuss with Deon and Roxanne.
>
> Daryl, please feel free to send a draft of the proposed vendor services agreement when you are ready. We may want to consider making the contractor agreement more of an MSA to cover all services currently provided by AOne to HEFG. Let's discuss.
>
> In the meantime, can you please send over the updated list of admin logins and passwords for all Hidden Empire owned social media accounts for our files? Thanks.
>
> Best regards,

Quincy

QUINCY C. NEWELL | **HIDDEN EMPIRE FILM GROUP** | COO | cell: 818.455.6398 | email: quincy@hiddenempirefilmgroup.com | hiddenempirefilmgroup.com

> On Apr 21, 2022, at 2:49 PM, darrick@aone.la wrote:
>
> Hi Quincy,
> In my conversation with Deon before my holiday (cc'd on this email) we discussed tabling the hyper engine conversation to continue at a later date.  We will come to an agreement on terms such as or similar to the following: should HEFG (or any of its affiliates) release the Fear movie theatrically themselves, Aone will be contracted for the digital strategy and execution thereof.  Aone will be paid market rates. The current plan is already laid out in the strategy deck previously approved by Damon whom we worked in close consultation in developing such strategy. I have reattached the plan and budget here for your reference. Please work with Darrell to put the terms into a contractor's agreement (also cc'd here). As the marketing window for the Fear release is quickly approaching, let's wrap this up expeditiously. Thank you.
> Warm regards,
>
> **Darrick Angelone**
> AOne Creative LLC.
> o: 323 205.6506 | m: 310.869 2354
> aone.la



--
Roxanne Taylor
916.257.2475

Hidden Empire Film Group
5410 Wilshire Blvd, 10th Floor
LA, Ca 90036

--

Roxanne Taylor
323.613.7120 ext.104

Hidden Empire Film Group
1669 12th Street
Santa Monica, CA 90404

roxanne@hiddenempirefilmgroup.com
www.hiddenempirefilmgroup.com

--
Roxanne Taylor

EXHIBIT 11

Roxanne Taylor

Begin forwarded message:

> **From:** Roxanne Taylor <roxanneavent@gmail.com>
> **Date:** August 19, 2022 at 8:55:15 AM PDT
> **To:** Roxanne Taylor <roxanneavent@gmail.com>
> **Subject: Fwd: social media accounts**

Roxanne Taylor

Begin forwarded message:

> **From:** Rox <roxanneavent@gmail.com>
> **Date:** December 15, 2014 at 3:43:28 PM PST
> **To:** Darrick Angelone <d.angelone@aoneent.com>
> **Cc:** Deon Taylor <deontaylor@me.com>
> **Subject: Re: social media accounts**

Hey D

Here is the info for Meet the Blacks. Let's get to work. I'm here.
Ready to go! ;)

Twitter: Meet_the_Blacks
Instagram: Meet_the_Blacks
Facebook: Meet the Blacks

Password: aven9224

Email roxanneavent@gmail.com

On Dec 11, 2014, at 11:44 AM, Darrick Angelone
<d.angelone@aoneent.com> wrote:

> Yep... and you're not missing out on anything!
>
> Darrick Angelone
> d.angelone@aoneent.com
> office: +1.323.205.6506
> mobile: +1.323.989.2221

fax: +1.310.775.4445

---

**From:** Rox [mailto:roxanneavent@gmail.com]
**Sent:** Thursday, December 11, 2014 8:40 PM
**To:** Darrick Angelone
**Cc:** Deon Taylor
**Subject:** Re: social media accounts

So I guess we need to set a Facebook account up as I
don't even have one. Lol

On Dec 11, 2014, at 11:38 AM, Darrick Angelone
<d.angelone@aoneent.com> wrote:

> https://www.facebook.com/angelonedarrick
>
> I only use that facebook account for business
> my other is super private and super lame!
>
>
> Darrick Angelone
> d.angelone@aoneent.com
> office: +1.323.205.6506
> mobile: +1.323.989.2221
> fax: +1.310.775.4445
>
> **From:** Roxanne Avent
> [mailto:roxanneavent@gmail.com]
> **Sent:** Thursday, December 11, 2014 8:30 PM
> **To:** Darrick Angelone
> **Cc:** Deon Taylor
> **Subject:** Re: social media accounts
>
> Should we do it for the old films or the ones
> moving forward
>
> On Thu, Dec 11, 2014 at 11:25 AM, Darrick
> Angelone <d.angelone@aoneent.com>
> wrote:
>> If your distribution deals allow it… You
>> guys should definitely set up Facebook
>> pages, Twitter and Instagram accounts in the
>> name of ALL the films you guys release.
>> OWN them before someone else does (to
>> exploit your potential brand recognition).
>>
>> And if you want to target younger
>> generation… We come up with a cool

marketing plan incorporating Snapchat!
BAM < That's GAME!


Darrick Angelone
d.angelone@aoneent.com
office: +1.323.205.6506
mobile: +1.323.989.2221
fax: +1.310.775.4445



--
Roxanne Avent
Hidden Empire Film Group

PO BOX 6931
Folsom, CA 95763-6931
c. (916) 257-2475

www.hiddenempirefilmgroup.com

NOTICE:  This e-mail, the information
contained herein, and any attachments
transmitted with it: (i) are the property of
Hidden Empire Film Group, LLC., and (ii)
may contain confidential and/or privileged
material, and (iii) are intended solely for the
addressee.  Access to this e-mail, the
contents, or any attachments, by anyone
other than the intended recipient is
unauthorized.  If you are not the intended
recipient, any disclosure, copying,
distribution or any action taken or omitted to
be taken in reliance on it, is prohibited and
may be unlawful.  If you have received this
e-mail in error, please notify the sender by
reply e-mail and delete the message and any
attachments.  Any other use, retention,
dissemination, forwarding, printing, or
copying of this e-mail is strictly prohibited.

EXHIBIT 12

**Supremacy**

**Instagram: Have requested password reset so should arrive in your email as below**
User name: Supremacy_The_Movie
Password: aven9224
Email used: roxanne@hiddenempirefilms.com

**Twitter:**
User name: Supremacy_Movie
Password: aven9224
Email used: roxanneavent@icloud.com

**Facebook: Is live but cannot access the back end.**
Address:
https://www.facebook.com/SupremacyFilm
None of the email addresses for Roxanne match to begin login in, Facebook will only accept email or phone number.

**Meet the Blacks**

**Instagram: Have requested password reset so should arrive in your email as below**
User name: Meet_the_Blacks
Password: AVEN9224
Email used: ROXANNEAVENT@GMAIL.COM

**Twitter:**
User name: Meet_the_Blacks
Password: aven9224
Email used: ROXANNEAVENT@GMAIL.COM

**Facebook:**
User name: Meet Blacks
Password: milan1904
Email used: ROXANNEAVENT@GMAIL.COM

**Chain Letter**

**Instagram:**
User name: chain_letter_movie
Password: aven9224
Email used: roxanneavent@icloud.com

**Twitter:**
User name: Chain Letter Movie or
@_chain_letter
Password: aven9224
Email used: roxanne@hiddenempirefilms.com

**Hustle**

**Instagram:**
User name: hustle_movie
Password: aven9224
Email used: roxanne.avent@gmail.com

**Twitter:**

User name: Hustle the Movie or
@hustle_movie
Password: aven9224
Email used: roxanne.avent@gmail.com

**Night Tales**

**Instagram:**
User name: nite_tales_the_movie
Password: aven9224
Email used: r.roxanneavent@gmail.com

**Twitter:**
User name: Nite Tales the Movie or @nite_tales
Password: aven9224
Email used: r.roxanneavent@gmail.com

**Tommy's Little Girl**

**Instagram:**
User name: tommys_little_girl
Password: aven9224
Email used: rox.anneavent@gmail.com

**Twitter:**
User name: Tommy's Little Girl or
@TLG_the_movie
Password: aven9224
Email used: roxanneavent.@gmail.com

**Free Agents**

**Instagram:**
User name: free_agents_the_movie
Password: aven9224
Email used: ro.xanneavent@gmail.com

**Twitter:**
User name: Free Agents Movie or
@_free_agents
Password: aven9224
Email used: rox.anneavent@gmail.com

**Akuma**

**Instagram:**
User name: akuma_the_movie
Password: aven9224
Email used: roxanneaven.t@gmail.com

**Twitter:**
User name: Akuma the Movie or
@akuma_movie
Password: aven9224
Email used: roxanneaven.t@gmail.com

## Hidden Empire Film Group

**Gmail Email Address:**
hiddenempirefilmgroup@gmail.com
Password: aven9224

**Youtube:**
User name: Hidden Empire Film Group
Password: aven9224
Email used:
hiddenempirefilmgroup@gmail.com
Need to create a channel but unable to at
present

**LinkedIn:**
Password: aven9224
Email used:
hiddenempirefilmgroup@gmail.com
Apparently you can't create a company
page until 7 days have passed from initial sign
up.

EXHIBIT 13

10:33 ◀ Search

◀ HIDDENEMPIREFILMG... **Follow**

### Posts

 **hiddenempirefilmgroup**                    ...





                      

**41 likes**

**hiddenempirefilmgroup** brought to you by!! 😉

View all 5 comments

2 days ago

 **hiddenempirefilmgroup**

10:34 ◀ Search

**Tweet**

← 


**Hidden Empire Film Group**
@HiddenEmpireFG

# brought to you by!! 

 Hidden Empire Film Group
(@hiddenempirefilmgroup...
instagram.com

9:19 AM · 9/6/22 · Instagram

**2** Likes

    

Tweet your reply

             15     3

# EXHIBIT 14



**JOSEPH SIKORA**
Actor / Writer / Director

"ROM"

SOCIAL OVERVIEW / CAST INFLUENCE

2.2M followers

207.5K followers

20M followers

224,463 followers

**Known for: Power, Ozark,** Ghost Wood, Jack Reacher, Shutter Island
**Cast for Golden Globe-nominated** Normal **and went on
to star in multiple well-known television series, such as**
Law & Order: Special Victims Unit, The Heart, She Hollier,
Power, **and** Ozark.

TEAR THEATRICAL RELEASE | DIGITAL, CTV & SOCIAL CAMPAIGN ROADMAP | PRIVATE & CONFIDENTIAL

© 2022 AONE Creative LLC. All rights reserved.



# TERRENCE JENKINS

Actor / Producer

"RUSS"

SOCIAL OVERVIEW / CAST INFLUENCE

3.1M followers

1.7M followers

683,292 followers

Known for: *Think Like A Man*, *Burlesque*, *Entourage*

Was previously a co-host of one of BET's #1 hip-hop and R&B music video programs. Was labeled by *Forbes* as "one of the most respected on-air personalities in pop culture" in 2018.

FEAR THEATRICAL RELEASE | DIGITAL, OTV & SOCIAL CAMPAIGN ROADMAP | PRIVATE & CONFIDENTIAL

© 2022 AONE Creative LLC. All rights reserved.



ANNIE ILONZEH
Actress

"BIANCA"

SOCIAL OVERVIEW / CAST INFLUENCE

FEAR THEATRICAL RELEASE | DIGITAL CTV & SOCIAL CAMPAIGN ROADMAP | PRIVATE & CONFIDENTIAL

175K followers
14.2K followers
22.1K followers
3,191 followers

Known for: *Peppermint, Person of Interest, He's Just Not That Into You*

Played guest and supporting roles in a number of films throughout the years, including *He's Just Not That Into You* and *Percy Jackson & The Olympians: The Lightning Thief*. A few shows include *Switched at Birth* and CW's *Beauty and the Beast*. She uses her Instagram as a major platform to take a stand on major human rights issues.

© 2022 ACME Creative LLC. All rights reserved.



FEAR THEATRICAL RELEASE | DIGITAL, CTV & SOCIAL CAMPAIGN ROADMAP | PRIVATE & CONFIDENTIAL

SOCIAL OVERVIEW / CAST INFLUENCE

ANDREW BACHELOR
Actor / Director / Writer / Producer

"BENNY"

20.2M followers

2.5M followers

20M followers

9,223,225 followers

Known for: *When We First Met, The Babysitter, To All the Boys I've Loved Before, Rim of the World*

Known for major upcoming on Vine and YouTube channel BachelorsPadTV. Having risen by internet fame, he has now starred in a countless number of well-known films and continues to dominate through comedic content.

© 2022 AONE Creative LLC. All rights reserved.

FEAR THEATRICAL RELEASE | DIGITAL, CTV & SOCIAL CAMPAIGN ROADMAP | PRIVATE & CONFIDENTIAL



**TYLER ABRON**
Actress
"KIM"

514K followers

Known for: *Are You The One?, The Family Business, The Breaks*

Starring in upcoming Hidden Empire films and is well known for her TikToks and affiliation with the Bang brand.

**IDDO GOLDBERG**
Actor / Director / Producer
"MICHAEL"

90.6K followers
31.3K followers
29.1K followers
8,858 followers

Known for: *Peaky Blinders, The Zookeeper's Wife, Salem*

Also known for his photography and short films posted to his Tumblr page. Appeared in the music video of a Disclosure song alongside Lorde. Uses his Instagram as a platform to showcase his stylized and intimate photography skills.

**JESSICA ALLAIN**
Actress
"MEG"

121.1K followers
225 followers
263 page likes

Known for: *The Laundromat, The Thriller, The Honor List*

Started her career as a model when she was 16. Has starred in a few known movies, along with the upcoming reboot film The Texas Chainsaw Massacre. She uses her Instagram as a major platform to take a stand on major human rights issues.

**RUBY MODINE**
Actress
"SERENA"

138K followers

Known for: *Shameless, Happy Death Day, Satanic Panic*

Nominated for Best Supporting Actress in Satanic Panic, which was also nominated for Best Film and the Catalonian International Film Festival. Best known for her role in Season 7 of Shameless.

© 2022 AONE Creative LLC. All rights reserved.

EXHIBIT 15

https://fear.game

FEAR

? ABOUT ∨

⌂ ROADMAP

↗ GAME REWARD MECHANICS ∨

♔ MEET THE TEAM ∨

☺ FAQ

□ PRESS



ROM



SERENA



BENNY



LOU



MEG

Fear Game | Mobile Gaming and P2E NFT Experience

https://fear.game

FEAR

↑ ABOUT ~

□ ROADMAP

⚙ GAME REWARD MECHANICS ~

MEET THE TEAM ~

@ FAQ

🖵 PRESS

INTRODUCING FEAR THE LEGENDARY RUNNERS

MICHAEL



BIANCA



RUSS



KIM



LAS BRUHAS

# EXHIBIT 16

https://curated.tncontentexchange.com/partners/pr_newswire/subject/licensing_marketing_agreements/on-chain-innovations-partners-with-hidden-empire-film-group-to-develop-mobile-gaming-and-p2e/article_dfd9bc8d-222d-57ed-b076-e2aee53e795d.html

# ON CHAIN INNOVATIONS PARTNERS WITH HIDDEN EMPIRE FILM GROUP TO DEVELOP MOBILE GAMING AND P2E INTERACTIVE NFT EXPERIENCE FOR UPCOMING HORROR FILM RELEASE 'FEAR'

By The Firm LA, Hidden Empire Film Group
May 2, 2022

LOS ANGELES, May 2, 2022 /PRNewswire/ -- On Chain Innovations LLC. has teamed up with Hidden Empire Film Group LP. to give fans an interactive experience and first look at the 2022 film release, 'FEAR.'  On Chain Innovations alongside Deon Taylor and Roxanne Avent Taylor's Hidden Empire Film Group (HEFG) developed and will launch this pixel-art running mobile game and NFT experience, developed for IOS and Android.  The cross integration of film and P2E gaming has not been successfully done before. FEAR the game is based on their film titled 'FEAR' which was directed by Deon Taylor (*The Intruder, Black and Blue, Fatale*) and stars Joseph Sikora (*Power, Ozarks*) in the leading role.

ON CHAIN INNOVATIONS PARTNERS WITH HIDDEN EMPIRE FILM GROUP TO DEVELOP MOBILE GAMING AND P2E INTERACTIVE NFT EXPERIENCE

According to Fear director, Deon Taylor; "The Fear game allows us to naturally develop audience affinity for characters and a story they may not be familiar with yet. Hidden Empire Film Group films are made for the excitement of a diverse demographic. This partnership allows us to create a community directly with those of our Gen Z and Millennial audiences."

## Around The Web





**Fighting Diabetes? Try This Trick (Watch)**

Diabetes Secret



**Have Diabetes? Try This Immediately (Watch)**

Diabetes Secret



**Top Surgeon: Try This to Help Shrink an Enlarged Prostate (Watch Now)**

Gorilla Prostate



**Toenail Fungus? Do This To Flush It Away At Home (Watch)**

Frontline Health News



**These Are the Top Financial Advisors in Los Angeles**

SmartAsset



**Do This If You Have Toenail Fungus (Try Tonight)**

Frontline Health News

Part of the draw for the "Fear" game is the engagement of the NFT holders who are literally vested in the project. On Chain Innovations will mint 10,000 NFT membership passes in August 2022. They will be minted and sold over four separate periods, the first coinciding with the release of the film. The details of this can be found on the project's roadmap.

No one has successfully integrated blockchain utility with film, "The NFT space is exploding with so much innovation and we've spent the last few years experimenting with smart-contracts and blockchain technologies, developing a way that we could engage our audiences with more than the traditional film marketing campaign," said Darrick Angelone, CEO of On Chain Innovations.

A first look beta version of the game will be available on the Apple and Google app stores in early May and will be available to play by invitation only. Invitations will be given away for free by the studio and Fear movie cast. The final game will be available to everyone in July 2022 and the P2E version launch will coincide with the black carpet premiere of Fear, in theaters on August 26th 2022.

## ABOUT HIDDEN EMPIRE FILM GROUP

Hidden Empire Film Group ("HEFG"), founded by Black filmmaking team Deon Taylor and Roxanne Avent Taylor in partnership with investor and philanthropist Robert F. Smith, is a next generation film production, distribution and marketing company. HEFG has partnered with major distributors including LIONSGATE on movies including FATALE starring Michael Ealy & two-time Academy Award® winner Hilary Swank, as well as SONY SCREEN GEMS on the movies BLACK & BLUE starring Academy Award® nominee Naomie Harris, Tyrese Gibson, Mike Colter and Frank Grillo and the thriller THE INTRUDER starring Michael Ealy, Meagan Good and Dennis Quaid. Upcoming projects include the John Lewis biopic FREEDOM RIDE.

## ABOUT ON CHAIN INNOVATIONS

On Chain Innovations started in 2022 as a vehicle for Hollywood to be able to explore the blockchain and the infinite possibilities it holds for brands and their audiences. The first product from On Chain Innovations will be the Fear mobile gaming and NFT experience.

Learn more by visiting https://fear.game

Related Links:

Website: https://fear.game

Discord: https://discord.gg/fear-game

Twitter: https://twitter.com/fearnftgame

Instagram: https://www.instagram.com/fearnftgame/

ɕ View original content:https://www.prnewswire.com/news-releases/on-chain-innovations-partners-with-hidden-empire-film-group-to-develop-mobile-gaming-and-p2e-interactive-nft-experience-for-upcoming-horror-film-release-fear-301537150.html

SOURCE The Firm LA

*Originally published on the TownNews Content Exchange.*



ShopKitchenAid.com
**1.9 L Kettle with C Handle and Trim Band**
$39.99
**Shop Now**



Omaha Steaks
**Omaha Steaks Classic Grill Pack + Steak Lovers Duo**
$303.91
**Shop Now**



Macys.com
**Monique Stripe Throw Blanket**
$31.99
**Shop Now**



Gourmet Food World
**New Zealand Grass Fed Beef Rib Eye Steaks**

$45.90

# EXHIBIT 17



9:23 ✈

◀ Search

‹     **DARRICKANGELONE**     **Follow**
**Posts**

 **darrickangelone**      •••



♡   ◯   ◁          🔖

**63 views**

**darrickangelone** Coming Soon!

#feargame

View all 3 comments

May 24

 **darrickangelone**      •••
The Webby Awards



⌂      🔍      ▶      🛍      ◯



EXHIBIT 18

| From: | HE |
| To: | info@hiddenempirefilmgroup.com |
| Subject: | Fwd: HYPER ENGINE LLC |
| Date: | Saturday, September 21, 2019 8:48:03 AM |
| Attachments: | image001.png |
| | WIRE INSTRUCTIONS Bank of The West.docx |
| | HYPER ENGINE SIGNATURE CARD DOCUMENTS.pdf |
| | darrick debit card enrollment.pdf |

---------- Forwarded message ---------
From: **Patel, Monica (Elk Grove)** <Monica.Patel@bankofthewest.com>
Date: Fri, Sep 20, 2019 at 16:30
Subject: RE: HYPER ENGINE LLC
To: Roxanne Taylor <roxanne@hiddenempirefilmgroup.com>


Hi Roxanne,


I have opened the operating account for Hyper Engine LLC #            and the
account for Darrick Angelone's debit card;            The debits cards for you and
Deon are linked to the operating account each with limits of $10,000. Darrick
Angelone's card will be delivered to your address. It will have a limit of $3000 on the
card. To fund his debit card, you would need to transfer funds from operating A/C as
you prefer.


Attached please find the wiring instructions for the operating account if you need.


Would you and Deon please sign the signature card documents and the debit card
enrollment form in the spaces I have marked "X" and return to me via email?  I will
need these by Tuesday to be in compliance.


You should be able to add these accounts to your online banking under "Link
Accounts".  I may need to send you the paperwork to add these to your web direct.
They're all out today so I'll take care of that Monday, if I don't get called in to jury
duty. Let me know if you need anything else or if I missed something.


Have a great weekend.

**Monica Patel**
Vice President, Branch Manager

NMLS# 570590

8426 Elk Grove Florin Rd
Elk Grove, CA 95624
T 916.682.3166    D 916.509.3750
monica.patel@bankofthewest.com



**From:** Roxanne Taylor [mailto:roxanne@hiddenempirefilmgroup.com]
**Sent:** Friday, September 20, 2019 3:43 PM
**To:** Patel, Monica (Elk Grove) <Monica.Patel@bankofthewest.com>
**Subject:** Re: HYPER ENGINE LLC

That would be great!!

Roxanne Taylor

916.257.2475

On Sep 20, 2019, at 3:41 PM, Patel, Monica (Elk Grove)
<Monica.Patel@bankofthewest.com> wrote:

I can open the account today.  I might be able to hold off my back office until it shows active again.  Shall I open the account today?

**Monica Patel**
Vice President, Branch Manager

NMLS# 570590

_____

8426 Elk Grove Florin Rd
Elk Grove, CA 95624
T 916.682.3166    D 916.509.3750
monica.patel@bankofthewest.com

---

**From:** Roxanne Taylor [mailto:roxanne@hiddenempirefilmgroup.com]
**Sent:** Friday, September 20, 2019 3:28 PM
**To:** Patel, Monica (Elk Grove) <Monica.Patel@bankofthewest.com>
**Subject:** Re: HYPER ENGINE LLC

I needed it last week. Didn't know it was suspended

Roxanne Taylor

916.257.2475

On Sep 20, 2019, at 3:14 PM, Patel, Monica (Elk Grove)
<Monica.Patel@bankofthewest.com> wrote:

Hi Roxanne,


When do you absolutely need the account opened by?  Then I
can open it close to that time and stay within compliance if it's
a few days out.


**Monica Patel**
Vice President, Branch Manager

NMLS# 570590

8426 Elk Grove Florin Rd
Elk Grove, CA 95624
T 916.682.3166    D 916.509.3750
monica.patel@bankofthewest.com

---

**From:** Roxanne Taylor
[mailto:roxanne@hiddenempirefilmgroup.com]
**Sent:** Friday, September 20, 2019 2:52 PM
**To:** Patel, Monica (Elk Grove) <Monica.Patel@bankofthewest.com>
**Subject:** Re: HYPER ENGINE LLC

Hey Monica


They said it's going to take up to 14 days.

Roxanne Taylor

916.257.2475




On Sep 16, 2019, at 1:44 PM, Patel, Monica (Elk Grove)
<Monica.Patel@bankofthewest.com> wrote:

Hi Roxanne,


I looked up the entity on the Secretary of State
website and it is still showing suspended so I have
not been able to open this account still.  Just
wanted to update you on where I was with this.


**Monica Patel**
Vice President, Branch Manager

NMLS# 570590

_____
8426 Elk Grove Florin Rd
Elk Grove, CA 95624
T 916.682.3166     D 916.509.3750
monica.patel@bankofthewest.com

**IMPORTANT NOTICE: This message is intended
only for the addressee and may contain confidential,
privileged information. If you are not the intended
recipient, you may not use, copy or disclose any
information contained in the message. If you have
received this message in error, please notify the
sender by reply e-mail and delete the message.**

**IMPORTANT NOTICE: This message is intended only for the
addressee and may contain confidential, privileged information.
If you are not the intended recipient, you may not use, copy or
disclose any information contained in the message. If you have
received this message in error, please notify the sender by reply
e-mail and delete the message.**

**IMPORTANT NOTICE: This message is intended only for the addressee
and may contain confidential, privileged information. If you are not the
intended recipient, you may not use, copy or disclose any information
contained in the message. If you have received this message in error, please
notify the sender by reply e-mail and delete the message.**

**IMPORTANT NOTICE: This message is intended only for the addressee and may
contain confidential, privileged information. If you are not the intended recipient, you
may not use, copy or disclose any information contained in the message. If you have
received this message in error, please notify the sender by reply e-mail and delete the
message.**