NEWELL LAW GROUP PC
FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs and Counterclaim
Defendants
**HIDDEN EMPIRE HOLDINGS, LLC,
HYPER ENGINE, LLC, AND DEON
TAYLOR;**
And Third-Party Defendant
**ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, | Case No. 2:22-cv-06515-MWF-AGR |
| Plaintiffs, | The Hon. Michael W. Fitzgerald |
| vs. | **DECLARATION OF ERIN BURKE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a | **HEARING:**
**DATE:        July 7, 2025** |

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Florida limited liability company,

                Defendants.

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company

                Counterclaimants,

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual,

                Counterclaim Defendants,

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

                Third-Party Plaintiffs

        v.

**TIME:**        **10:00 a.m.**
**LOCATION: Courtroom 5A**

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

-2-
ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1

2   ROXANNE TAYLOR, an
    individual, Third-Party Defendant
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17



18

19

20

21

22

23

24

25

26

27

28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF QUINCY NEWELL

I, Erin Burke, declare as follows:

1.      I am over the age of 18 years and am an Owner-Member of Silent Stack Cybersecurity, LLC since April 2024. As an owner-member, I conduct forensic investigations and advise clients on cybersecurity best practices.

2.      From July 2022 to April 2024, I was employed as a Director in cybersecurity practice at FTI Consulting, Inc. ("FTI"), a business consultancy firm that specializes in corporate finance and restructuring, economic consulting, forensic and litigation consulting, strategic communications and technology. I have personal knowledge of the following facts and could, and would, competently testify thereto if called as a witness. I make this Declaration in support of Plaintiffs' Motion to Hold Defendants in Contempt and Order to Show Cause Re: (1) Violation of Preliminary Injunction, and (2) Spoliation of Evidence ("Motion").

3.      I have 15 years of professional experience in law and program management, including five years of cybersecurity experience in confidential and complex criminal and regulatory cyber security investigations, specifically in insider threats and digital assets and currency, and maturing enterprise security programs. Prior to joining FTI, I led enterprise-level criminal and national security cyber investigations at the Federal Bureau of Investigations ("FBI") in Los Angeles, including investigations of malicious-cyber actors, for approximately four- and one-half years from January 2018 to May 2022. Prior to joining the FBI, I was Assistant Dean at Fordham University from 2010 through mid-2016. At different points during that time, I was also Adjunct Faculty in the Computer

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

-4-
ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Sciences Department at Fordham University. I clerked and practiced law in New York and New Jersey in securities and arbitration matters for approximately two years from 2008 to 2010.

4.      Global Information Assurance Certification ("GIAC") is an information security certification entity that specializes in technical and practical certification, and I have held GIAC certifications in Linux hardening, incident handling, and penetration testing. I hold a CISSP (Certified Information Systems Security Professional) certification, granted by the International Information System Security Certification Consortium ("ISC2"). I hold undergraduate and graduate degrees in law (Juris Doctor) and computer science (Master of Science) both from Fordham University.

5.      My experience includes work and investigations involving Google applications and services, and the Instagram and Twitter platforms. Specifically, in my investigative capacity while I was at the FBI, I regularly prepared and served subpoenas upon Google and social media platforms, including Instagram and Twitter, and analyzed returns received in response to the subpoenas. Additionally, I have experience investigating and working within Google's Workspace infrastructure of enterprise tools and services based on advisory work I provide to clients in the corporate environment.

6.      In approximately September 2022, FTI was retained by counsel for Plaintiff Hidden Empire Holdings, LLC ("HEFG"). On or about October 3, 2022, FTI was informed of the Preliminary Injunction entered in this action, signed by the Honorable Michael W. Fitzgerald, dated September 30, 2022 ("Preliminary

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Injunction"), and was asked by HEFG and its counsel to coordinate and assist in the transfer of the assets described in and required by the Preliminary Injunction to HEFG from Defendants Darrick Angelone ("Angelone") and AOne Creative LLC, formerly known as Aone Entertainment, LLC.

7.    Among other things, I learned through my communications with HEFG representatives and its counsel that Angelone had provided services to HEFG for approximately a decade that included development and maintenance of digital content, social media marketing, and acquisition and maintenance of HEFG's website domains. Counsel requested FTI to assist with expeditiously and accurately transferring online assets identified in the Preliminary Injunction to HEFG and to act as a knowledgeable intermediary between HEFG and Angelone to facilitate the process. I was the primary person from FTI responsible for communicating with Angelone about this endeavor.

8.    During FTI's assistance with seeking to obtain Angelone's compliance with the Preliminary Injunction, I and other members of my team at FTI: (1) conducted interviews of HEFG co-founder and executive, Roxanne Avent Taylor ("R. Taylor"), and other HEFG personnel such as her husband, HEFG co-founder and executive Deon Taylor; (2) conducted interviews of Angelone to understand context about the various matters pertinent to the transfer of HEFG's assets and to obtain his compliance with the Preliminary Injunction; (3) exchanged emails with R. Taylor and Angelone regarding the status of Angelone's compliance with the Preliminary Injunction and his efforts to transfer HEFG's assets; (4) reviewed and observed HEFG account information and other documents related to

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1  the efforts to transfer the assets to HEFG; and (5) reviewed legal process returns

2  provided by various service providers (e.g., Google, Namecheap, Charter

3  Communications, Twitter) in response to subpoenas served by HEFG.

4       9.     The assets in the Preliminary Injunction we understand to be at issue

5  in the Motion can be grouped into the following categories: (1) HEFG's Google

6  Workspace account, (2) HEFG's nine domains, and (3) HEFG's Instagram and

7  Twitter accounts.

8       10.    Google Workspace is a collection of productivity tools offered by

9  Google. Many companies use Google Workspace as a solution for company email,

10 file storage on Google Drive, calendaring, task management, word processing

11 using Google Docs (similar to Microsoft Word), creating financial spreadsheets

12 using Google Sheets (similar to Microsoft Excel), and other functions. Those are

13 many of the most common functions a business desires when it creates and

14 maintains a Google Workspace account.

15      11.    When signing up for a Google Workspace account, a business owner

16 enters the business' domain name to use with the Google Workspace account. In

17 the account creation process, Google does not take the applicant's word that the

18 applicant owns the domain name sought to be used for the Google Workspace

19 account. Rather, Google has an automated procedure for a Google Workspace

20 registrant to demonstrate the registrant's ownership of the domain name it seeks to

21 use for its Workspace account. Once the account is created, a registrant can then

22 create various "user accounts" within the newly formed Google Workspace

23 account for each of its users (e.g., employees and consultants) to send and receive

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1   email. For example, if HEFG created an account using the
2   hiddenempirefilmgroup.com domain it owns, HEFG could then create a user
3   account for one of its employees (e.g., John Doe) under that domain (e.g.,
4   JohnDoe@hiddenempirefilmgroup.com) that could then be used by that employee
5   to send and receive email. In this case, HEFG's Google Workspace account was
6   created and maintained using the domain *hiddenempirefilmgroup.com*. Domain
7   names are described more fully below.

8       12.    For a modern business to have a presence on the internet – that is, for
9   example, to have a website or use a professional, custom email address – it must
10  purchase a domain name that gets hosted. A domain name is the method by which
11  something on the internet can be contacted in a human-friendly way. For example,
12  by typing in the domain name *hiddenempirefilmgroup.com* in a web browser, one
13  can view the website for HEFG. Additionally, one can correspond over the internet
14  by sending an email to an email address such as
15  *office@hiddenempirefilmgroup.com.*

17      13.    Domain names may be purchased from various companies who sell
18  them, and they must be renewed periodically for continuous use. The purchase of
19  a domain name alone does not instantly result in an internet-accessible website or
20  email; the purchase simply means the domain name has been made unavailable for
21  others to use. In fact, domain names are commonly purchased simply to be owned
22  and protected from others' malicious or deceiving, or unintentionally confusing,
23  use, and not necessarily to be functional.

24      14.    To be functional and accessible by the internet, a domain name must

ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

be hosted, meaning, in the case of a website, that the files of code and graphics are stored on an internet-connected computer, called a server. Because maintaining a server entails technical knowledge and attention, many businesses opt to use a hosting provider, who effectively rents its server space for companies to use to host their domain name and related content.

15. The Internet Corporation for Assigned Names and Numbers (ICANN) is a not-for-profit public/private partnership that plays a significant role in the stable functioning of our global internet, specifically by coordinating the Internet's naming system. As an example, ICANN coordinates the Internet's domain name system, as discussed in this declaration, whereby human friendly domain names, purchased for use from registrars, map to IP addresses on the internet. ICANN specifically coordinates contracts with registries, and coordinates and deconflicts the allocation of IP addresses, among ICANN's other responsibilities in this space.

16. Among these additional responsibilities is maintenance of the WHOIS database. WHOIS is a database that stores the registrant information, such as name, address, phone number, and email address, for a domain name, and IP address block. This transparency of registrant information allows for accountability and investigation of domain or IP ownership.

17. All internet connected computers are reachable through IP addresses. Hosting providers will facilitate Domain Name System ("DNS") services, which map a domain name to an IP address, allowing the end user to visit websites and send email in a human friendly way.

18. To put it all together, based on my investigation

ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

the domain *hiddenempirefilmgroup.com* is hosted by the hosting provider called Namecheap, who has assigned it the IP address 162.255.119.166.[1] Hiddenempirefilmgroup.com is both a functional website and an email domain, and no one needs to know its IP address to see the website or send email.

19.     As a media production company, HEFG had an important presence on Instagram, Twitter, YouTube, and Facebook, where it has shared information about upcoming films and promotional events. Specific social media account names, particularly for Instagram and Twitter, are typically referred to as "handles" that follow an "@" sign. In the case of Facebook and YouTube, content is accessible through a business page "URL" such as www.facebook.com/examplebusinessid.

20.     Based on my investigation, the evidence indicates that after the Preliminary Injunction was issued, Angelone apparently deleted HEFG's Google Workspace account when he was the administrator of the account.

21.     An administrator is a person on a Google Workspace account with "administrator privileges." A Google Workspace administrator manages the account and is able to take certain actions and make changes that a standard user of an account cannot. For example, an administrator can add and delete accounts, reset passwords, and change settings. The term "super administrator" refers to an administrator that has access to all possible administrator privileges. An administrator that is not a "super administrator" may have access to only certain subsets of the available administrator-related privileges.

22.     The original creator of a Google Workspace account becomes the account's first user, and the account's "super administrator." Based on my

ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

interviews of R. Taylor and Angelone, and correspondence from Angelone, he originally set up the HEFG Google Workspace account using the hiddenempirefilmgroup.com domain and was engaged by HEFG to be solely responsible for the maintenance of that account.    As    Angelone    was    the account's    creator,    his    email address    - darrick@hiddenempirefilmgroup.com - was the original "user" of the account that had the privileges of "super administrator." Angelone's role as sole administrator is documented in the Google Return No. 25783578 dated January 25, 2023. (See **Exhibit** 53, p. 53.44 [Google Return]).

23.    In the case of HEFG's Google Workspace Account that Angelone was hired to maintain, based on all the information available to me, there was only ever one super administrator, Angelone. In this Declaration, I will simply refer to Angelone's role as "administrator" because Angelone was the only administrator and HEFG as a small company did not have a structure of multiple super administrators or administrators with varying privilege sets.

24.    On October 10, 2022, R. Taylor advised me that all of the information in HEFG's Google Workspace account had been deleted. As explained below, the Google Return and correspondence from Google Workspace Support to R. Taylor show that Google reinstated Angelone's administrator privileges which were used to delete HEFG's Google Workspace account on October 10, 2022. (**Exhibits 14-16**, *post*.)

25.    In the weeks following October 10, 2022, R. Taylor communicated with Google Workspace Support account recovery team in an attempt to recover

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

HEFG's deleted account and all its contents but was advised by Google that the account and its contents (including all of HEFG's historical emails and records) could not be recovered. Correspondence from Google Workspace Support confirms that the prior administrator (Angelone) deleted the account and that it could not be recovered:

    •    October 27, 2022: "Since the deletion has been performed by the existing admin in workspace…" A true and correct copy of this email to R. Taylor, which she forwarded to me, is attached as **Exhibit 14**.

    •    November 1, 2022: "Please be informed that the deletion of *old account* was performed by the *existing super administrator* and *only administrator can delete the account* because administrator has the all (sic) control over the Google workspace but not any user hence I would suggest you to be in touch with the *existing/old admin of the previously deleted Google workspace* account with the domain hiddenempirefilmgroup.com." (Emphases added). A true and correct copy of the November 1, 2022, correspondence from Google Workspace, which R. Taylor forwarded to me, is attached as **Exhibit 15**.

    •    November 8, 2022: "According to your other opened case 40829326 you were informed that you were not able to prove the ownership of the domain 'hiddenempirefilmgroup.com' by answering the knowledge test and by adding CNAME. *Therefore changes were reverted to the original state* prior to sending proof of ownership request to both parties (namely

-12-
ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

you as requester and the rogue admin). Once this account was reverted the admin deleted domain and domain was released and according to my tools can see that you signed up for new domain later on the same date 10/OCT/2022." (Emphasis added) A true and correct copy of the November 8, 2022, correspondence from Google Workspace, which R. Taylor forwarded to me, is attached as **Exhibit 16**.

26.     All the information available to me indicates Angelone was the person who deleted HEFG's historical Google Workspace account because no one except for Angelone had ever been an administrator on the account and only an administrator has the ability to delete an account. This is confirmed by Angelone himself in his declaration filed with this Court on or about September 28, 2022, in which he stated that:

> "Roxanne has never had administrator privileges and needed to contact me or someone at Aone in order to create, delete or update email accounts." (Dkt. 23-1, ¶ 12). No records I have seen even suggest R. Taylor ever obtained administrator access up through, and including, October 10, 2022, when the old account was deleted.

27.     In addition, in approximately April 2023, after HEFG's new Google Workspace account was created, I accessed audit logs within the admin console for the account. Audit logs provide a record of actions performed within a given Google admin console.[2] The audit logs within the Google admin console show a record of activity conducted by the administrator(s) of an account.

28.     When I accessed the audit logs for HEFG's Google Workspace

-13-
ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

account, I saw the record of activity for that account as well as what appeared to be a few historical snippets from the prior account.[3] The audit logs show that the following IP address was logged onto HEFG's Google Workspace account when R. Taylor's account       was    disabled:

2603:8000:df00:988f:90b8:f0ce:ab97:3f8d,  2022-10-10T19:32:32-07:00.

An IP address is the address identifying the source or destination of a computer sending or receiving traffic on the internet. The IP address can be tied to a specific individual. This can be done by contacting the IP address provider who maintains records identifying the individual subscriber that used a particular IP address at a given point in time.

29.    As the oldest two records from the audit logs originated from Angelone's IP address (including the record evidencing the disabling of R. Taylor's user account), it appears he used administrator credentials to disable R. Taylor's account on October 10, 2022, the same day the entire Workspace account was deleted and while Angelone was the sole administrator. A true and correct screenshot of the admin console and audit logs is attached as **Exhibit 19**.

30.    In     **Exhibit     19**,    the    last    entry,    states: Roxanne[@]hiddenempirefilmgroup.com disabled. Next to that, it identifies the corresponding IP address (for Angelone) that executed that particular action.

31.    The fact that IP address 2603:8000:df00:988f:90b8:f0ce:ab97:3f8d belongs to Angelone was confirmed through a subpoena served by HEFG on Charter Communications ("Charter"), the Internet Service Provider assigning this particular IP address. The documents produced by Charter identified the subscriber

-14-
ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

as "Evonne Zummo," who is Angelone's mother, and the subscriber location as 2529 Griffth Park Blvd., Los Angeles, CA 90039, which is Angelone's residence. Additionally, the User Name for the subscriber identifies two email accounts associated with Angelone: aoneent@twc.com and darrick.aone@gmail.com. A true and correct copy of the Charter Return is attached as **Exhibit 60**.

32.    The information in the audit logs corroborates that Angelone had the administrator access and the ability to delete the Workspace Account as identified in Google's return. This deletion of the Workspace account resulted in the loss of all of the historical information contained within or connected to HEFG's Google Workspace account. As Angelone was the sole administrator of the HEFG Google Workspace account and used his administrator credentials to deny R. Taylor access to the account on October 10, 2022, based on the information available to me, he had to be the person that also deleted the entire HEFG Workspace account before R. Taylor was able to login to the new HEFG Google Workspace account.

33.    Angelone did not successfully transfer two social media accounts, which accordingly to R. Taylor were the two most important to HEFG's business and branding,    specifically: Twitter    @hiddenempirefg, and    Instagram @hiddenempirefilmgroup.

34.    HEFG's counsel subpoenaed records from Twitter regarding HEFG's Twitter account. The Twitter Return included information showing that the historical account was deleted on November 4, 2022 and HEFG's Twitter handle was transferred to "Jacky Jasper," the same alias of Angelone that is associated with the Nine Icelandic Domains, on January 12, 2023. *See* **Exhibit 56**, pp. 56,4,

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

56.9. The

35.     Twitter return further revealed that IP address 76.167.147.254 was used to login to the Twitter account, the darrick@hiddenempirefilmgroup.com Workspace account and the "Jacky Jasper" Namecheap account containing the Icelandic Domains. *See* **Exhibit 56**, p. 56.6 (Twitter); **Exhibit 58**, p. 58.12 (Namecheap), **Exhibit 53,** p. 53.40 (Google Workspace). This IP address is a Los Angeles-based IP address provided by Spectrum. A true and correct copy of the Twitter Return is attached as **Exhibit 56**.

36.     On October 5, 2022, I sent an email to Angelone and requested, among other things, that he prioritize transferring the social media accounts, including HEFG's       Twitter       @hiddenempirefg       account       and       HEFG's @hiddenempirefilmgroup's Instagram account. Angelone replied on October 5, 2022, and specifically regarding the @hiddenempirefg Twitter account, stated that the account had been suspended for copyright issues. A true and correct copy of the email thread with my request and Angelone's reply is attached as **Exhibit 26**.

37.     On October 7, 2022, and October 11, 2022, I emailed Angelone and asked him to produce the suspension notification from Twitter. A true and correct copy of the email thread between Angelone and me is attached as **Exhibit 27**. Exhibit 27 includes Angelone's October 11, 2022, email in which he stated he was not aware of any notification from Twitter and provided a screenshot indicating that the account did not exist.

38.     When I asked Angelone for the password to the account on the same day, he sent a password that was invalid. Also on the same date, I sent a follow-up

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

email to which Angelone answered: "Try a reset. It's been a long time (**Exhibit 27,**
p. 27.2). A lot of these accounts were not active or had bots/automation posting."
However, I could not conduct a password reset because Angelone would not
provide a valid email or phone number connected with the account.

39.    Meanwhile, a separate team within FTI had been retained to monitor
HEFG's social media accounts, parallel to my work trying to facilitate the account
transfers. My colleague at FTI, Alex Izen, was a member of that team. The work
by 1  that team revealed that Angelone apparently took over HEFG's twitter
account and changed the handle to @darrickdidit before deleting the account.

40.    Based upon the Twitter Return, HEFG's Twitter
account was misappropriated on January 12, 2023, by the "Jacky Jasper" alias used
by Angelone. The account associated with the username and handle
@hiddenempirefg showed a creation date 2023-01-12T00:41:10.121Z with
the email address jacky.jasper@gmail.com. (See Twitter return, Exhibit 56, p.
56.4.) A very similar email address, jackyjasper@gmail.com, was used to
register the Nine Icelandic domains. And as stated in Paragraph 67, IP address
76.167.147.254 was used to login to Angelone's HEFG Workspace account, the
"Jacky Jasper" Namecheap account with aventviii and the Icelandic Domains, and
HEFG's twitter account. See Exhibit 56, p. 56.6 (Twitter); Exhibit 58, p. 58.12
(Namecheap), Exhibit 53, p. 53.40 (Google Workspace). This indicates that
Angelone had access to, and continued to access the Twitter account, after the
Preliminary Injunction Order issued, and did not turn it over.

41.    On October 5, 2022, Angelone first provided me with the username

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

and password credentials for the Instagram account. However, the account was protected by "two factor" or "multi factor" authentication ("2FA") as well. Instagram's 2FA is a mechanism that is used to protect an account in the event of credential set compromise. For example, when a new device, such as a new computer, logs into an account, the 2FA may be used to "verify" that this new device is permitted to access the account.

42.     The 2FA process requires that in addition to inputting a username and password, one must receive and input a confirmation code to gain access to the account. Typically, in order to get the confirmation code, the 2FA process requires input of an email address, a cell phone number, or use of an authenticator app.

43.     In the case of the HEFG Instagram account, when I attempted to test the username and password provided by Angelone, it was met with the 2FA process. Specifically, Instagram sent a response to me stating that it sent an email to "s*****@h*****.com" that contained the confirmation code I needed to access the account.

44.     On October 11, 2022, I asked Angelone to identify this partial email address that was provided. A true and correct copy of the email thread between Angelone and me is attached hereto as **Exhibit 28**. In response, Angelone told me by email he was unable to identify this email address. (*Id*. at p. 28.4.) In an email dated October 11, 2022, Angelone claimed he had not logged into the Instagram account since providing account credentials on September 30, 2022, and further claimed that on October 11, 2022, he received a similar verification email sending a confirmation code to the same unknown email. (*Id*. at p. 28.2.)

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

45.    Angelone claimed in a conversation with me on October 13, 2022, memorialized via email, that he received alert emails to his office@aone.la email account that there had been logins to this Instagram account. A true and correct copy of this email is attached hereto as **Exhibit 29**. Though his accessible email was connected to this account, albeit apparently not the one used as the verification email for the confirmation code for this account, he claimed he was unable to access or change the verification email address receiving the confirmation code in order to permit access. In this manner, providing a valid username and password did not actually result in successful access to the account. Accordingly, Angelone never provided the transfer of this account as required by the Preliminary Injunction.

46.    Despite Angelone's lack of compliance, HEFG was ultimately able to work through separate channels at Instagram to recover this account.

47.    From October 3, 2022, through January 2024, when I worked at FTI, FTI's cybersecurity team spent a total of 114.1 hours conducting its work related to this matter and billed $84,034.35 to Plaintiffs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025 at Los Angeles, California


*/s/ Erin Burke*
Erin Burke

ERIN BURKE DEC. ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT



NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

| From: | Roxanne Taylor |
|-------|----------------|
| To: | Burke, Erin; ██████████ |
| Subject: | [EXTERNAL] Fwd: Google Workspace Support 40829326: [rogue] roxanne@hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004Mtwez7:ref ] |
| Date: | Thursday, October 27, 2022 8:42:42 AM |

Roxanne Taylor

Begin forwarded message:

**From:** Google Workspace Support <workspacesupport@google.com>
**Date:** October 27, 2022 at 6:04:24 AM PDT
**To:** roxanneavent@gmail.com
**Subject: Google Workspace Support 40829326: [rogue] roxanne@hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004Mtwez7:ref ]**



Google Workspace

Hello Roxanne,

Greetings for the day!

I understand that you want to restore the emails that have been deleted. Please be informed that you have already created a new Google workspace account and the previous account has been completely deleted thus there is no possibility to restore those emails/users data that has been completely freed from our system.

Since the deletion has been performed by the existing admin in workspace and we never promise for any user data/files that has been deleted either by system or the admin.

**14.1**

Therefore , There is nothing left in this case as I can confirm by checking the inventory as you are able to login successfully to the admin console hence I will proceed to close the case as resolved.

It was a pleasure assisting you with this issue. If the case is not resolved and you need any further assistance on this issue, we request you to reply to any email you have received which references your unique case number within 30 days. This will reopen the case and I am happy to assist you further. If you need assistance with any new concern, kindly create a new request and we will be glad to assist you.

However we do have a dedicated support team for all other Google Workspace core services and you should get required support. Please log in to admin.google.com, and reach out to our support teams as highlighted by the Help Center article https://support.google.com/a/answer/1047213.

If you have queries in the meantime, please do not hesitate to contact me by replying to this email.

Have a great day!

Regards,

Prince
Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*



© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043



**14.2**

**From:** Google Workspace Support <workspacesupport@google.com>
**Date:** November 1, 2022 at 11:15:13 AM PDT
**To:** roxanneavent@gmail.com
**Subject: Google Workspace Support 40829326: [rogue]**
**roxanne@hiddenempirefilmgroup.com    [ ref:_00Df423Flu._5004Mtwez7:ref ]**

**15.1**

Hello Roxanne,

Greetings for the day.

Thank you for contacting Google Workspace support. My name is David and I am representing the Account Recovery Team. I call you and I will be assisting you today on behalf of my colleague Prince.

I tried to reach you on +1 916-257-2475. However, the call reached voicemail and because of that I am sending this email instead.

Please be informed that the deletion of old account was performed by the existing super administrator and only administrator can delete the account because administrator has the all control over the Google workspace but not any user hence I would suggest you to be in touch with the existing/old admin of the previously deleted Google workspace account with the domain hiddenempirefilmgroup.com.

I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.

Have a great day!

Regards,

David

Google Workspace Support

Follow @AskWorkspace for regular helpful tips & product updates

© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

15.2

ref:_00Df423Flu._5004Mtwez7:ref





**From:** Google Workspace Support <workspacesupport@google.com>
**Date:** November 8, 2022 at 2:30:45 PM PST
**To:** roxanne@hiddenempirefilmgroup.com
**Subject: Google Workspace Support 41749336: On OCtober 12, I had a case 41638514 in which google workspace said it would refer our inquiry to the recovery team; I haven't received anything further   [ ref:_00Df423Flu._5004MuG3tn:ref ]**



Hello Roxanne,

This is Pedro from the Account Recovery team supporting in this case. By reading notes I understand that you're requiring to continue working with case 41638514 (currently closed) as there's still pending to address historical emails from deleted user accounts and can see that case 41638514 also indicates that you have case 40829326 (which is still opened) following on this issue where it has been confirmed that deleted emails can't be recovered as previous iteration of the domain was deleted along with contents by the previous existing admin on 10/OCT/2022.

According to your other opened case 40829326 you were informed that you were not able to prove the ownership of the domain 'hiddenempirefilmgroup.com' by answering the knowledge test and by adding CNAME. Therefore changes were reverted to the original state prior to sending proof of ownership request to both parties (namely you as requester and the rogue admin).

Once this account was reverted the admin deleted domain and domain was released and according to my tools can see that you signed up for new domain later on the same date 10/OCT/2022. Unfortunately the emails and the data that you are requiring to recover were part of the previous iteration of the domain and unfortunately those can't be recovered as after 20 days the data is gone and can't be restored [1].

Please let me know if this has clarified your inquiries regarding missing historical emails.

Link:
[1] https://support.google.com/a/answer/1397578

Thanks for contacting Google Workspace Support, and I hope you have a great day!

Pedro

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

ref:_00Df423Flu._5004MuG3tn:ref

**16.2**



| Date | Description | Login type | IP address |
|---|---|---|---|
| 2022-10-11T09:33:01-07:00 | Roxanne Taylor logged in | Google password | 108.184.95.212 |
| 2022-10-10T21:27:46-07:00 | Roxanne Taylor logged in | Google password | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:41:30-07:00 | Roxanne Taylor logged in | Re-auth | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:36:58-07:00 | Roxanne Taylor logged in | Re-auth | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:35:49-07:00 | Roxanne Taylor has changed Account password | | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:35:16-07:00 | Roxanne Taylor logged in | Google password | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:35:16-07:00 | Roxanne Taylor was presented with login verificatio | Google password | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:34:46-07:00 | Roxanne Taylor was presented with login verificatio | Google password | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:34:37-07:00 | Roxanne Taylor was presented with login verificatio | Google password | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:34:34-07:00 | Roxanne Taylor was presented with login verificatio | Google password | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T20:33:40-07:00 | Roxanne Taylor failed to login | Unknown | 2600:387:f:571b:0:0:0:a |
| 2022-10-10T19:33:36-07:00 | Roxanne Taylor failed to login | Google password | 2603:8000:df00:988f:90b8:f0... |
| 2022-10-10T19:32:32-07:00 | Account roxanne@hiddenempirefilmgroup.com dis | | 2603:8000:df00:988f:90b8:f0... |

| From: | darrick@aone.la |
|-------|-----------------|
| To: | Burke, Erin |
| Subject: | [EXTERNAL] RE: Social media follow up |
| Date: | Wednesday, October 5, 2022 9:00:01 AM |
| Attachments: | image001.png |
| | image002.png |

Erin,

Lastly, I hope we can confirm this asap too. All access has been provided and HEFG has been transferred entirely to the business manager ID you provided. Thanks so much. I am back at 11:30 to dive back into this with you.

1. Instagram:
   a. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/

**WE HAVE PROVIDED ALL PASSWORDS HAVE BEEN SHARED WITH YOU VIA LASTPASS, FOR ALL OF THE INSTAGRAM ACCOUNTS LISTED ABOVE. @HIDDENEMPIREFILMGROUP**

1. Facebook:
   a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   b. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   d. Traffik: https://www.facebook.com/traffikmovie/
   e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   f. "Be woke.vote": https://www.facebook.com/be.woke.vote/
   g. "Fear Movie": https://www.facebook.com/fearmovie2022/
   h. Climb.organization: https://www.facebook.com/climb.organization/

**WE HAVE TRANSFERRED OWNERSHIP AND CONTROL OF THE @HIDDENEMPIREFILMGROUP FB PAGE TO THE META BUINESS MANAGER ID YOU PROVIDED.**
**WE HAVE PROVIDED ACCESS AND CONTROL OVER ALL THE OTHER ACCOUNT LISTED ABOVE.**

1. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks
   c. Black History in Two Minutes. [@]blkhistory2min: https://twitter.com/blkhistory2min/
   d. Traffik: https://twitter.com/traffikmovie
   e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   f. Bewoke.vote: https://twitter.com/bewokevote/
   g. May you please check your records for a twitter relating to fear.movie?

**@HIDDENEMPIREFG WAS SUSPENDEDFOR COPYRIGHT ISSUES.**
**@FEAR.MOVIE DOES NOT EXIST**
**THE REST CREDENTIALS FOR THE REST WERE SHARED WITH YOU VIA LASTPASS.**

1. LinkedIn:
   a. https://www.linkedin.com/company/hidden-empire-film-group/

**I AM NOT AN ADMIN OR MANAGER OF THIS LINKEDIN PAGE. IT IS NOT POSSIBLE FOR ME TO TRANSFER IT.**

1. Youtube:
   a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   b. https://www.youtube.com/c/blackhistoryintwominutes/
   c. https://www.youtube.com/c/BeWokeVote

**THE HIDDENEMPIREFILMGROUP CHANNEL WAS NOT MANAGED BY US AND WAS CONNECTED TO AN HEFG ACCOUNT. AONE HAD POSTING PRIVILEGES.**
**WE WILL NEED YOU TO PROVIDE AN ACCOUNT TO PROVIDE ADMIN ACCESS TO FOR THE BE WOKE AND BLACK HISTORY YOUTUBE CHANNELS.**

   2. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**THESE WERE SET UP AND NEVER USED. MY RECOLLECTION WAS THAT THEY BECAME OTHER ACCOUNTS OR ACCOUNTS WE USED TO AMPLIFY OTHER MESSAGING OVER THE YEARS. THEY EITHER DO NOT EXIST OR WE NO LONGER HAVE ACCESS TO THEM.**

With regards,
**Darrick Angelone**
AONE Creative LLC.
m. 310-869-2354
aone.la

From: Burke, Erin <Erin.Burke@fticonsulting.com>
Sent: Tuesday, October 4, 2022 2:38 PM
To: darrick@aone.la
Subject: Social media follow up

Darrick,

Turning to the social media portion, Facebook Manager ID is: 423512856612497. Below are the verified accounts for prioritization:

1. Instagram:
   a. Hiddenempirefilmgroup" https://www.instagram.com/hiddenempirefilmgroup/?hl=en
   b. Meet_the_blacks: https://www.instagram.com/meet_the_blacks/?hl=en
   c. blackhistoryintwominutes: https://www.instagram.com/blackhistoryintwominutes/
   d. Traffikmovie: https://www.instagram.com/traffikmovie/?hl=en
   e. Supremacy.movie : https://www.instagram.com/supremacy.movie/?hl=en
   f. Be.woke.vote: https://www.instagram.com/be.woke.vote/?hl=en
   g. "@Fear.movie"/"Fear" https://www.instagram.com/fear.movie/

**26.1**



i.

2. Facebook:
   a. "Hiddenempirefilmgroup": https://www.facebook.com/hiddenempirefilmgroup/
   b. "Meet the Blacks": https://www.facebook.com/meettheblacks/
   c. "blackhistoryintwominutes": https://www.facebook.com/blackhistoryintwominutes/
   d. Traffik: https://www.facebook.com/traffikmovie/
   e. [@]Supremacymovie, Supremacy: https://www.facebook.com/Supremacymovie/
   f. "Be woke.vote": https://www.facebook.com/be.woke.vote/
   g. "Fear Movie": https://www.facebook.com/fearmovie2022/
   h. Climb.organization: https://www.facebook.com/climb.organization/

3. Twitter:
   a. Hiddenempirefg: https://twitter.com/hiddenempirefg
   b. [@]meettheblacks:

i.

   c. Black History in Two Minutes, [@]blkhistory2min: https://twitter.com/blkhistory2min/
   d. Traffik: https://twitter.com/traffikmovie
   e. Supremacy, @Supremacy_movie: https://twitter.com/supremacy_movie?lang=en
   f. Bewoke.vote: https://twitter.com/bewokevote/
   g. May you please check your records for a twitter relating to fear.movie?

3. LinkedIn:
   a. https://www.linkedin.com/company/hidden-empire-film-group/

4. Youtube:
   a. https://www.youtube.com/c/HiddenEmpireFilmGroup?app=desktop
   b. https://www.youtube.com/blackhistoryintwominutes/
   c. https://www.youtube.com/c/BeWokeVote

5. May you please review your internal records for akuma.movie and the.hustle.movie related social media accounts?

**Erin Burke**
Director, Cybersecurity
**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com
2030 Main Street │ Suite 530
Irvine, CA 92614
www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

| From: | Darrick Angelone |
|---|---|
| To: | Burke, Erin |
| Subject: | Re: [EXTERNAL] RE: Twitter suspension |
| Date: | Tuesday, October 11, 2022  :12: 5  M |
| Attachments: | image001.png |

Erin,

Previously when on the url: www.twitter.com/hiddenempirefg it said that the account had been suspended. Now it just says its does not exist. I don't know when or why the status changed. Given twitter says it doesn't exist but you also can not create an account with it, which is generally in line with handles of accounts that were suspended.

On Tue, Oct 11, 2022 at 14:57 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

> The username is already in use so I cannot create that username.
>
>
> **Erin Burke**
>
> +1.949.386.6333 M
>
> erin.burke@fticonsulting.com
>
>
> ---
>
> **From:** Darrick Angelone <darrick@aone.la>
> **Sent:** Tuesday, October 11, 2022 2:19 PM
> **To:** Burke, Erin <Erin.Burke@fticonsulting.com>
> **Subject:** Re: [EXTERNAL] RE: Twitter suspension
>
>
> Exactly. Have you tried creating an account with that username? They literally never once logged in and used it so if their interest lies in the handle, try that. If its the content, again it was mostly automated bots and not actively managed so this best i can assist.
>
>
> On Tue, Oct 11, 2022 at 13:57 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:
>
>> Twitter says there is no account with that email
>>
>>
>> **Erin Burke**
>>
>> +1.949.386.6333 M
>>
>> erin.burke@fticonsulting.com

**27.1**

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Tuesday, October 11, 2022 1:48 PM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** Re: [EXTERNAL] RE: Twitter suspension


Twitter@hiddenempirefilmgroup.com


On Tue, Oct 11, 2022 at 12:48 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

> What was the email used with this account? Forgot password needs the email or phone
> to do the password reset.
>
>
> **Erin Burke**
>
> +1.949.386.6333 M
>
> erin.burke@fticonsulting.com


**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Tuesday, October 11, 2022 11:11 AM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** Re: [EXTERNAL] RE: Twitter suspension


Try a reset. It's been a long time. A lot of these accounts were not active or had
bots/automation posting.


On Tue, Oct 11, 2022 at 11:07 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

> It said wrong password
>
>
> **Erin Burke**
>
> +1.949.386.6333 M
>
> erin.burke@fticonsulting.com

**27.2**

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Tuesday, October 11, 2022 11:02 AM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** Re: [EXTERNAL] RE: Twitter suspension

V8Nxp9xO7a

On Tue, Oct 11, 2022 at 10:59 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

May you send the password for this account?

**Erin Burke**

+1.949.386.6333 M

erin.burke@fticonsulting.com

**From:** darrick@aone.la <darrick@aone.la>
**Sent:** Tuesday, October 11, 2022 8:36 AM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** [EXTERNAL] RE: Twitter suspension

Erin,

I am not familiar with any process that twitter notifies users of accounts
suspensions.

https://twitter.com/hiddenempirefg

**27.3**

Warm regards,


**Darrick Angelone**

AOne Creative LLC.

o: 323.205.6506 | m: 310.869.2354

aone.la

---

**From:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Sent:** Tuesday, October 11, 2022 8:30 AM
**To:** darrick@aone.la
**Subject:** RE: Twitter suspension

Hi Darrick,

I wanted to follow up on this email, which may have been overlooked on your travel. Can you send the Twitter correspondence related to the hiddenempirefg suspension?  Thank you.

**Erin Burke**

+1.949.386.6333 M

erin.burke@fticonsulting.com

---

**From:** Burke, Erin
**Sent:** Friday, October 7, 2022 10:59 AM
**To:** Darrick@aone.la
**Subject:** Twitter suspension

Hi Darrick,

I understand you mentioned the hiddenempirefg twitter account was suspended. Can you send the correspondence from Twitter related to the account suspension as well as the last known credentials?  Thank you.

**Erin Burke**

Director, Cybersecurity

**FTI Consulting**

+1.949.386.6333 M

erin.burke@fticonsulting.com

2030 Main Street | Suite 530

Irvine, CA 92614

www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--
Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

| | |
|---|---|
| **From:** | arrick Angelone |
| **To:** | Burke, Erin |
| **Subject:** | Re: [EXTERNAL] Re:  iddenempirefilmgroup    email reco ery |
| **Date:** | Tuesday, October 11, 2022 11:1 :59 AM |
| **Attachments:** | image002. pg |
| | M   0555. pg |
| | image001. pg |

Roxanne logged into @hiddenempirefilmgroup instagram on October 6th from Granite Bay, where she lives  see attached . This is the last email i have from Instagram regarding this account and confirms she logged in. It was also sent to office@aone.la and not the s        l@h            .com email. We have the same confirmation for every other instagram account provided, and since, we have no access to any of them. Perhaps roxanne meant to use the .tv instead of .com when she changed it.



On Tue, Oct 11, 2022 at 10:48 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

May you please attempt a password reset/recovery with the aone.la email you said was receiving notifications for this account?


**Erin Burke**

+1.949.386.6333 M

erin.burke@fticonsulting.com


**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Tuesday, October 11, 2022 10:46 AM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** Re: [EXTERNAL] Re: hiddenempirefilmgroup IG email recovery


Erin,


I am here to assist, however my only guess of the email address is social@hiddenempirefilmgroup.com. How do you suggest i can assist you further?


On Tue, Oct 11, 2022 at 10:37 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

Darrick  -

No one on this side made this change.  May we please have your assistance identifying that email?

**Erin Burke**

+1.949.386.6333 M

erin.burke@fticonsulting.com

---

**From:** Darrick Angelone <darrick@aone.la>
**Sent:** Tuesday, October 11, 2022 10:22 AM
**To:** Burke, Erin <Erin.Burke@fticonsulting.com>
**Subject:** Re: [EXTERNAL] Re: hiddenempirefilmgroup IG email recovery

I have been logged out since we shared credentials with Roxanne, via last pass on September 30. When i try and log in now, i received the same verification  screenshot attached  with asterisked email address. When clicking to verify, i also do not receive an email or code.

On Tue, Oct 11, 2022 at 10:08 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

> May you please then logon and change the email?  We haven't changed the password since you sent it.
>
>
> **Erin Burke**
>
> +1.949.386.6333 M
>
> erin.burke@fticonsulting.com
>
> _____
>
> **From:** Darrick Angelone <darrick@aone.la>
> **Sent:** Tuesday, October 11, 2022 10:06 AM
> **To:** Burke, Erin <Erin.Burke@fticonsulting.com>
> **Subject:** [EXTERNAL] Re: hiddenempirefilmgroup IG email recovery

**2 .3**

Erin,

The email address on the @hiddenempirefilmgroup instagram account, when i transferred to you was office@aone.la, this is the email i received a confirmation on, from IG, when your colleague was logging on. I attached that here too. I have no idea what the asterisk email could be if not hefg.com.



On Tue, Oct 11, 2022 at 09:58 Burke, Erin <Erin.Burke@fticonsulting.com> wrote:

Darrick,

ou speculated that the Instagram above, successful log into which re uires a verification email to s_____@h_____.com was sent to

**2 .4**

social@hiddenempirefilmgroup.com.  This is not the case, as we have that email now
and it is not receiving a verification email.  The number of asterisks in the domain
also don't match.  Can you please help identify the domain it is referring to?

**Erin Burke**

Director, Cybersecurity

**FTI Consulting**

+1.949.386.6333 M

erin.burke@fticonsulting.com

2030 Main Street | Suite 530

Irvine, CA 92614

www.fticonsulting.com

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended
recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited.
If you have received this email in error, please notify us immediately by replying to the sender and then delete
this copy and the reply from your system. Thank you for your cooperation.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--

Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

--
Warm regards,
Darrick R. Angelone

Sent while on the move... Please excuse typo and grammar issues.

| From: | Burke, Erin |
|---|---|
| To: | _arrick@aone.la |
| Subject: | instagram: iddenempirefilmgroup |
| Date: | T ursday, October 1 , 2022 11:2 :00 AM |

Darrick,

To recap today s conversation, we ll be trying parallel efforts to recover the hiddenempirefilmgroup Instagram account for meaningful access and use by HE. I will be attempting to send verification emails to social@hiddenempire.com and social@hyperenginellc.com in the meantime, because you have the office@aone.la email that is associated with the Instagram account as evidenced by your continued login notification emails, you are going to initiate a help re uest via Facebook given Instagram s full automation e plaining there is an unknown/inaccessible verification email associated with the Instagram account that needs removal.  As we discussed, it is imperative not to re uest that Instagram resets the credentials  which could be sent to the unknown email  which are working  ust fine, or otherwise locks the account.  The re uest is solely to get the verification email of s____@h____.com removed.  Thank you for your collaborative efforts on this matter.

**Erin Burke**
Director, Cybersecurity

**FTI Consulting**
+1.949.386.6333 M
erin.burke@fticonsulting.com

2030 Main Street | Suite 530
Irvine, CA 92614
www.fticonsulting.com



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

January 25, 2023

***Via Email Only***
*lhinkle@sandersroberts.com*

Lawrence C. Hinkle II
Sanders Roberts, LLP
1055 W. 7th Street, Suite 3200
Los Angeles, California 90017
213-426-5000

Re: ***Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.***, **United States District Court for the Central District of California, 2-22-cv-06515-MWF (AGRx) (Internal Ref. No. 25783578)**

Dear Lawrence C. Hinkle II:

Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby produces the attached documents. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) subscriber information for the Workspace Enterprise account(s) associated with HIDDENEMPIREFILMGROUP.COM.

Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (25783578) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Patrick Marcus
Legal Investigations Support

**53.1**



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

**Hash Values for Production Files (Internal Ref. No. 25783578)**

Hidden Empire Holdings - #40829326.pdf:

MD5- 383a89d273f3f510fe838a27cfea1ee1
SHA512-
6409f1b9cf4824bd80cbb87bf06f1ad527b8b7c0b0514a672b12d6efd86147f1fbf954dc0a497a956c2147a4c
17e69d54b65be91fa432fe329333f3e6486672d

hiddenempirefilmgroup.com.Workspace.AdminRoles_001.001.zip:

MD5- ab2705503e64bdb2a3bef3b1023aa99b
SHA512-
3e72e3d634b6129de26f2d6784c9cc4dde8851d38d2ba78c5caf85d0edbb166a5757f1dbbeb52a4a2aebbba3
185871c5b43a3896614f3aa7588547504db381ff

hiddenempirefilmgroup.com.Workspace.AdminRoles_001.zip:

MD5- 6c63f55a156c0fffe1a3f7821e09d7d5
SHA512-
b988735af6d28c10d772b5483a765063a6cbbb7d8fe7df0461624633bcb2626e68f67b9c8c5e54f448e0708c
15efee749cec88b9e0e28a4c70b7033dccef02f0

hiddenempirefilmgroup.com.Workspace.EnterpriseAccountInformation_001.001.zip:

MD5- 43d8495f1a074e2335ba52157a137607
SHA512-
cbc862eeb09db30da13dd54e25c563c020de791d6b5ecf118a99438a22aad1754c01792bec8f9d42852c86a0
c66edf13ff1ecde0e39c6b591903f78f37d9a4ae

hiddenempirefilmgroup.com.Workspace.EnterpriseAccountInformation_001.zip:

MD5- 5f523f619ef3a7f38b45ec72489fceae
SHA512-
7560dedd943c3e5919dd3303bb66e59efb445968714efdb7e405d7986dc518b0ae24d6989e5656e516c27fc
56e0eb0e009f21a619892027df3fde2be2bc9bb41

hiddenempirefilmgroup.com.Workspace.LoginAuditLogs_001.001.zip:

MD5- 505d787b092d8fa01183ded1b56117d2

**53.2**



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

SHA512-
3af5a9f489b03e2bd1c162749989b73daf8ab4ee12a6295369c1eeff9e7896eaef88a9c0597ae42ba419266bb
1d3137262c6b337561b49f4b32b94afab35a16c

53.3



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I, Patrick Marcus, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated October 18, 2022 (Google LLC Internal Reference No. 25783578) in the matter of *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying 6 files contain true and correct copies of records pertaining to the Workspace enterprise account associated with HIDDENEMPIREFILMGROUP.COM ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 25, 2023

Patrick Marcus, Custodian of Records for Google LLC

```
    "login_type": "google_password",
    "event_name": "login_verification",
    "event_timestamp": "2022-08-17 17:36:53 UTC"
}, {
    "user_name": "sean@hiddenempirefilmgroup.com",
    "ip_address": "47.181.171.127",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-17 16:38:53 UTC"
}, {
    "user_name": "sean@hiddenempirefilmgroup.com",
    "ip_address": "47.181.171.127",
    "login_type": "google_password",
    "event_name": "login_verification",
    "event_timestamp": "2022-08-17 16:38:53 UTC"
}, {
    "user_name": "darrick@hiddenempirefilmgroup.com",
    "ip_address": "76.167.147.254",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-17 00:29:34 UTC"
}, {
    "user_name": "darrick@hiddenempirefilmgroup.com",
    "ip_address": "76.167.147.254",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-16 23:12:38 UTC"
}, {
    "user_name": "sean@hiddenempirefilmgroup.com",
    "ip_address": "64.183.120.14",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-16 22:10:38 UTC"
}, {
    "user_name": "sean@hiddenempirefilmgroup.com",
    "ip_address": "64.183.120.14",
    "login_type": "google_password",
    "event_name": "login_verification",
    "event_timestamp": "2022-08-16 22:10:38 UTC"
}, {
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "107.116.89.26",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-16 21:14:44 UTC"
}, {
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "107.116.89.26",
    "login_type": "google_password",
    "event_name": "login_verification",
```

```
            "event_timestamp": "2022-08-16 21:14:44 UTC"
        }, {
            "user_name": "quincy@hiddenempirefilmgroup.com",
            "ip_address": "76.87.158.89",
            "login_type": "google_password",
            "event_name": "login_success",
            "event_timestamp": "2022-08-16 21:11:45 UTC"
        }, {
            "user_name": "quincy@hiddenempirefilmgroup.com",
            "ip_address": "76.87.158.89",
            "login_type": "google_password",
            "event_name": "login_verification",
            "event_timestamp": "2022-08-16 21:11:45 UTC"
        }, {
            "user_name": "quincy@hiddenempirefilmgroup.com",
            "ip_address": "76.87.158.89",
            "login_type": "google_password",
            "event_name": "login_verification",
            "event_timestamp": "2022-08-16 21:11:23 UTC"
        }, {
            "user_name": "office@hiddenempirefilmgroup.com",
            "ip_address": "47.181.171.127",
            "login_type": "unknown",
            "event_name": "login_failure",
            "event_timestamp": "2022-08-16 20:09:41 UTC"
        }, {
            "user_name": "sean@hiddenempirefilmgroup.com",
            "ip_address": "47.181.171.127",
            "login_type": "google_password",
            "event_name": "login_success",
            "event_timestamp": "2022-08-16 20:05:41 UTC"
        }, {
            "user_name": "sean@hiddenempirefilmgroup.com",
            "ip_address": "47.181.171.127",
            "login_type": "google_password",
            "event_name": "login_verification",
            "event_timestamp": "2022-08-16 20:05:41 UTC"
        }, {
            "user_name": "sean@hiddenempirefilmgroup.com",
            "ip_address": "47.181.171.127",
            "login_type": "google_password",
            "event_name": "login_verification",
            "event_timestamp": "2022-08-16 20:04:57 UTC"
        }, {
            "user_name": "office@hiddenempirefilmgroup.com",
            "ip_address": "47.181.171.127",
            "login_type": "unknown",
            "event_name": "login_failure",
            "event_timestamp": "2022-08-16 20:03:57 UTC"
        }, {
```

```
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "76.14.130.236",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-16 17:22:17 UTC"
}, {
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "76.14.130.236",
    "login_type": "google_password",
    "event_name": "login_verification",
    "event_timestamp": "2022-08-16 17:22:17 UTC"
}, {
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "76.14.130.236",
    "login_type": "google_password",
    "event_name": "login_verification",
    "event_timestamp": "2022-08-16 17:21:53 UTC"
}, {
    "user_name": "darrick@hiddenempirefilmgroup.com",
    "ip_address": "76.167.147.254",
    "login_type": "google_password",
    "event_name": "login_success",
    "event_timestamp": "2022-08-16 16:53:41 UTC"
}, {
    "user_name": "darrick@hiddenempirefilmgroup.com",
    "ip_address": "76.167.147.254",
    "login_type": "google_password",
    "event_name": "login_verification",
    "event_timestamp": "2022-08-16 16:53:41 UTC"
}, {
    "user_name": "rtaylor_asst@hiddenempirefilmgroup.com",
    "ip_address": "2603:8000:7f40:a817:60e0:3991:23b8:aef9",
    "login_type": "google_password",
    "event_name": "login_failure",
    "event_timestamp": "2022-08-16 03:38:02 UTC"
}, {
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "76.14.130.236",
    "login_type": "unknown",
    "event_name": "login_failure",
    "event_timestamp": "2022-08-15 19:51:55 UTC"
}, {
    "user_name": "roxanne@hiddenempirefilmgroup.com",
    "ip_address": "76.14.130.236",
    "login_type": "unknown",
    "event_name": "login_failure",
    "event_timestamp": "2022-08-15 19:43:37 UTC"
}, {
    "user_name": "sean@hiddenempirefilmgroup.com",
    "ip_address": "47.181.171.127",
```

| case_number | case_comment |
|---|---|
| | `<pre>`Hello, |
| | Thank you for contacting Google Workspace Support. |
| | If someone else is in control of your administrator account roxanne@hiddenempirefilmgroup.com, please secure access to your DNS hiddenempirefilmgroup.com first, so that we can assist you with restoration of access. |
| | - DNS OWNERSHIP: please verify that you are the owner of this Google Workspace/Cloud Identity domain by creating one of the following DNS record through your domain hosting provider: |
| |   - Via CNAME (preferred): |
| |     - Label/Host: 40829326<br>    - Destination/Target: google.com<br>    - Time to live (TTL): 3600 seconds / 60 minutes / 1 Hour |
| |     For more information on how to create a CNAME record, please visit https://support.google.com/a/answer/47283.<br>    If you need assistance creating the CNAME record, please contact your hosting provider for support. |
| |   - Via TXT: |
| |     - Label/Host: enter @ or leave it blank<br>    - Value/Destination: google-gws-recovery-domain-verification=40829326<br>    - Time to live (TTL): 3600 seconds / 60 minutes / 1 Hour |
| |     For more information on how to create a TXT record, please visit https://support.google.com/a/answer/183895.<br>    If you need assistance creating the TXT record, please contact your hosting provider for support. |
| | If you do not have access to your domain hosting provider/DNS, please reply to this email with details about your case. |
| | Best regards, |
| 40829326 | Google Support`</pre>` |

```
#rogue
user: roxanne@hiddenempirefilmgroup.com
contact_from_domain: False
allow_reseller_to_manage: None
has_active_sub: False
is_consumer: False
is_edu: False
is_nongdr: True
is_primary: True
is_resold: False
is_standard: False
is_super_admin: False
is_user: True
provided_id: 59255770
provided_name: hiddenempirefilmgroup.com
reseller_name: None
user_count: 14
original_language: English
40829326  handle_in_english: False
```

Message Sent By: Google Support (enterprise-support-metabug-automator@prod.google.com)
--------------------------------------------------

Hello,

Thank you for contacting Google Workspace Support.

If someone else is in control of your administrator account roxanne@hiddenempirefilmgroup.com, please secure access to your DNS hiddenempirefilmgroup.com first, so that we can assist you with restoration of access.

- DNS OWNERSHIP: please verify that you are the owner of this Google Workspace/Cloud Identity domain by creating one of the following DNS record through your domain hosting provider:

  - Via CNAME (preferred):

    - Label/Host: 40829326
    - Destination/Target: google.com
    - Time to live (TTL): 3600 seconds / 60 minutes / 1 Hour

  For more information on how to create a CNAME record, please visit https://support.google.com/a/answer/47283.
  If you need assistance creating the CNAME record, please contact your hosting provider for support.

  - Via TXT:

    - Label/Host: enter @ or leave it blank
    - Value/Destination: google-gws-recovery-domain-verification=40829326
    - Time to live (TTL): 3600 seconds / 60 minutes / 1 Hour

  For more information on how to create a TXT record, please visit https://support.google.com/a/answer/183895.
  If you need assistance creating the TXT record, please contact your hosting provider for support.


If you do not have access to your domain hosting provider/DNS, please reply to this email with details about your case.

Best regards,

40829326  Google Support

**53.10**

I have worked with our IT manager for over 10 years that maintained all of<br>our domains, socials and google workspace. We have since released him and<br>he has gone and changed all of our admin login and passwords and is<br>extorting us for money. He is also pretending to be us and sending harmful<br>emails from our accounts that are directly affecting us as people and our<br>business. He is reading and forwarding personal banking details,<br>contracts, etc to try to hack into our financial records from the detailed<br>information he is searching in our emails. I DO NOT have access to<br>anything anymore to turn off or change any passwords. I trusted this<br>company Aone/Darrick Angelone and he has destroyed us. We have filed a<br>Temporary restraining order and a police report but in the meantime we need<br>to figure out a resolution to receive our company emails back. WE have<br>been in business for 17 years and if you simply look us up, Hidden Empire<br>Film group you will see this man and company is not the owner or affiliate<br>of our company but simply work for hire. If you also look him up you will<br>see that he has done this in the past to others.<br>Please let me know how you can assist here please<br><br>On Thu, Aug 25, 2022 at 10:55 AM Google Workspace Support <br>workspacesupport@google.com&gt; wrote:<br>&gt;<br>&gt;&gt; Hello ,<br>&gt;&gt;<br>&gt;&gt; Your Case #40829326 for Google Workspace hiddenempirefilmgroup.com has<br>&gt; been updated.<br>&gt;&gt;<br>&gt;&gt; Case Subject: [rogue] roxanne@hiddenempirefilmgroup.com<br>&gt;&gt;<br>&gt;&gt; Case Comment :<br>&gt;&gt; Hello,<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Thank you for contacting Google Workspace Support.<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; If someone else is in control of your administrator account<br>&gt;&gt; roxanne@hiddenempirefilmgroup.com, please secure access to your DNS<br>&gt;&gt; hiddenempirefilmgroup.com first, so that we can assist you with<br>&gt;&gt; restoration of access.<br>&gt;&gt;&gt;<br>&gt;&gt; - DNS OWNERSHIP: please verify that you are the owner of this Google<br>&gt; Workspace/Cloud Identity domain by creating one of the following DNS record<br>&gt;&gt; through your domain hosting provider:<br>&gt;&gt;<br>&gt;&gt; - Via CNAME (preferred):<br>&gt;&gt;&gt;<br>&gt;&gt; - Label/Host: 40829326<br>&gt;&gt; - Destination/Target: google.com<br>&gt;&gt; - Time to live (TTL): 3600 seconds / 60 minutes / 1 Hour<br>&gt;&gt;&gt;<br>&gt;&gt; For more information on how to create a CNAME record, please contact your<br>&gt; hosting provider for support.<br>&gt;&gt;&gt;<br>&gt;&gt; - Via TXT:<br>&gt;&gt;&gt;<br>&gt; - Label/Host: enter @ or leave it blank<br>&gt;&gt;<br>&gt; - Value/Destination: google-gws-recovery-domain-verification=40829326<br>&gt; - Time to live (TTL): 3600 seconds / 60 minutes / 1 Hour<br>&gt;&gt;&gt;<br>&gt; For more information on how to create a TXT record, please visit<br>&gt;&gt; https://support.google.com/a/answer/183895.<br>&gt;&gt;&gt;<br>&gt; If you need assistance creating the TXT record, please contact your<br>&gt; hosting provider for support.<br>&gt;&gt;&gt;<br>&gt;&gt; If you do not have access to your domain hosting provider/DNS, please<br>&gt;&gt; reply to this email with details about your case.<br>&gt;&gt;<br>&gt;&gt;<br>&gt;&gt; Best regards,<br>&gt;&gt;<br>&gt;&gt; Google Support<br>&gt;&gt;<br>&gt;&gt; Please review your case and take any actions as requested. If you have any<br>&gt;&gt; questions or require immediate assistance, please reply to this email to<br>&gt;&gt; contact Google Workspace Support.<br>&gt;&gt;<br>&gt;&gt;<br>&gt;&gt; Thanks for choosing Google Workspace.<br>&gt;&gt;<br>&gt; —The Google Team<br>&gt; &copy; 2022 Google Inc.

40829326   1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt;&gt;&gt;<br>&gt; ref:_00Df423Flu._5004Mtwez7:ref<br>&gt;<br>&gt;<br>&gt;-- <br>Roxanne Taylor

      Hello Roxanne,<br><br>Greetings for the day!<br><br>My name is Prince and I am representing the Account Recovery Team from Google workspace support. I&#39;ll be happy to help you resolve any account access concerns.<br><br>I tried calling you on +1 916-257-2475, However I reached an automated voice screening service and left a voice message with my name so I am sending you this email instead. If you want to discuss this case further over the phone, then please reply to this email with two best time frames to resolve the issue at the earliest. If not, We are happy to help you in email conversation as well.<br><br>I understand that you are going through a difficult situation and are not able to login to the admin console of the Google workspace account with the domain 'hiddenempirefilmgroup.com'. I am happy to assist you in resolving this issue at the earliest.<br><br>As per your request, I have started the investigation and have already involved our team of specialists to review the case and fastened our investigation to resolve the issue at the earliest.<br><br>Since we are in between of the investigation therefore once we have verified your ownership of 'hiddenempirefilmgroup.com', We will be able to confirm Google Workspace account ownership and will be providing you with an update as soon as I have one in order to provide you access with your Google workspace account.<br><br>I appreciate your patience and your understanding regarding your commitment to account security.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>

40829326   ref:_00Df423Flu._5004Mtwez7:ref

40829326   A consult (#/40993806) has been requested for this case

Hello Roxanne,<br><br>Greetings for the day!<br><br>My name is Prince and I am representing the Account Recovery Team from Google workspace support. I&#39;ll be happy to help you resolve any account access concerns.<br><br>I tried calling you on +1 916-257-2475, However I reached an automated voice screening service and left a voice message with my name so I am sending you this email instead. If you want to discuss this case further over the phone, then please reply to this email with two best time frames to resolve the issue at the earliest. If not, We are happy to help you in email conversation as well.<br><br>I understand that you are going through a difficult situation and are not able to login to the admin console of the Google workspace account with the domain 'hiddenempirefilmgroup.com'. I am happy to assist you in resolving this issue at the earliest.<br><br>As per your request, I have started the investigation and have already involved our team of specialists to review the case and fastened our investigation to resolve the issue at the earliest.<br><br>Since we are in between of the investigation therefore once we have verified your ownership of 'hiddenempirefilmgroup.com', We will be able to confirm Google Workspace account ownership and will be providing you with an update as soon as I have one in order to provide you access with your Google workspace account.<br><br>I appreciate your patience and your understanding regarding our commitment to account security.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>

40829326   ref:_00Df423Flu._5004Mtwez7:ref

<p>==== Initial Case Summary ====</p><p>Issue description: Rogue Admin</p><p>Called customer: Yes</p><p>Reached customer: No</p><p>Is duplicate: No</p><p> </p><p>Customer details</p><p>Is GDR: No</p><p>Is resold: No</p><p>Has other admins: No</p><p>Is 2sv: Yes</p><p>Is phishing resistant: No</p><p>Customer status: ACTIVE</p><p>Matches admin name: No</p><p>Matches secondary: No</p> </p><p>Workflow details</p><p>Troubleshooter link: <a href="https://support.google.com/supportu/troubleshooter/9265923?hl=en&amp;ref_topic=9332936#ts=9231449%2C9231452%2C9325674%2C9453150%2C9453051%2C9266184%2C9266087%2C9266089" alt="https://support.google.com/supportu/troubleshooter/9265923?hl=en&amp;ref_topic=9332936#ts=9231449%2C9231452%2C9325674%2C9453150%2C9453051%2C9266184%2C9266087%2C9266089" target="_blank">https://support.google.com/supportu/troubleshooter/9265923?hl=en&amp;ref_topic=9332936#ts=9231449%2C9231452%2C9325674%2C9453150%2C9453051%2C9266184%2C9266087%2C9266089</a></p><p>Workflow process: ART: Rogue Admin</p><p>Workflow step: Submitted a Consult: Admin FTC: Rogue Admin Revoke</p><p> </p><p>KT status: No Update</p><p> </p><p>CNAME status: No Update</p><p> </p><p>Others</p><p>Agent Notes: Informed

40829326   customer to wait since consult has been submitted for revoking access for rogue admin</p><p>Next steps: Awaiting consult response</p><p>==============</p>

<p>*** 40993806 ***</p> </p><p>===INTERNAL===</p> </p><p>Confirmed rogue admin signals and user provided by requester is in domain.</p> </p><p>Rogue: darrick@hiddenempirefilmgroup.com</p> </p><p>Actions taken:</p> </p><p>1. Changed primary admin

40829326   from darrick@hiddenempirefilmgroup.com to 40829326@hiddenempirefilmgroup.com</p><p>2. Demoted darrick@hiddenempirefilmgroup.com</p><p>3. Disabled temp admin.</p> </p><p>=== NEXT STEPS ====</p><p>Send challenge to both parties</p><p> </p>

A consult (#/40993806) has been updated to Closed

40829326   @Prince Kumar

53.12

Hello Roxanne,<br><br>I hope this email finds you well.<br><br>Following support case 40829326 filed with Google Workspace Support, I am writing to inform you that you must provide proof of ownership for "hiddenempirefilmgroup.com".<br><br>Within seven days, you must successfully complete the actions listed below to prove ownership. If you fail to do so, you will not be granted administrative access to your Google Workspace account or any assets associated with it: user accounts, domains, Gmail content, Google Drive data, Google Cloud Platform projects, YouTube channel(s), Google Play developer account, etc.<br><br>This will affect your all assets associated within the Google Workspace account.<br><br>You can provide proof of domain ownership for your primary domain hiddenempirefilmgroup.com by following the steps below:<br> 1. Create the following CNAME record through your domain hosting provider: 40829326.hiddenempirefilmgroup.com points to google.com <br> If your hosting provider is separate from your domain registrar, make sure you are modifying the CNAME record with your hosting provider. For more information on how to create a CNAME record, please visit https://support.google.com/a/answer/47283. If you need assistance in creating the CNAME record, please contact your hosting provider for support<br> 2. Please answer the following account knowledge questions:<br> Please try to answer all of the questions, specifying a single answer to each one. If you are uncertain about some of the answers, it&#39;s a good idea to check the inbox of the personal email address you&#39;ve specified while registering the Google Workspace account, or the bank that manages the payment method you&#39;re using.<br> - What is the username (username@domain.com) of the Super Administrator account you are trying to access?<br> - When did you last sign in to this Super Administrator account (MM/DD/YYYY)?<br> - What is the original secondary/recovery email address (MM/DD/YYYY)?<br> - Why are you unable to access this secondary/recovery email address?<br> - How many users are on your Google Workspace account? If you paid with a credit/debit card: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)<br> - When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br> - How much was your credit/debit card charged?<br> - What type of credit/debit card was charged (e.g. MasterCard, Visa)?<br> - What are the last four digits of this card?<br> - What is the expiration date of this card?<br> - What is the billing address associated with the Google Workspace payment method?<br> - If you made the transaction through Google Wallet, what is the order number?<br> If you paid by bank transfer: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)<br> - What is the date of the most recent invoice (MM/DD/YYYY)?<br> - How much was your most recent bank transfer?<br> - What is the reference number for this transfer?<br> - What are the last two digits of this bank account?<br> - What is the billing address associated with the Google Workspace payment method?<br> If you paid by PayPal:<br> - When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br> - How much was your PayPal account charged?<br> - What email is associated with the Paypal account used to pay?<br> - What is the ID of your last invoice?<br> Once you have replied, I will check your answers to the account knowledge questions. After I have verified your ownership of hiddenempirefilmgroup.com, we will be able to confirm Google Workspace account ownership.<br> I appreciate your patience and your understanding regarding our commitment to account security.<br> Please feel free to get in touch with us if you have any concerns or queries. We are always here and happy to help. <br> Regards,<br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br> ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>==== Follow Up ====</p><p>Customer replied: No</p><p>Called customer: No</p><p>Reason not called: NA</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: CR ROGUEADMINREQUESTER</p><p> sent to the requester</p><p>Next steps: IPTP</p><p>=============</p>

40829326

Hello Prince<br><br>I can speak today at 3pm or 5pm. <br><br>Thank you <br><br>Roxanne Taylor<br><br>&gt; On Sep 5, 2022, at 11:53 AM, Google Workspace Support  wrote:<br>&gt; <br>&gt; <br>&gt; <br>&gt; Hello Roxanne,<br>&gt; <br>&gt; Greetings for the day!<br>&gt; <br>&gt; My name is Prince and I am representing the Account Recovery Team from Google workspace support. I&#39;ll be happy to help you resolve any account access concerns.<br>&gt; <br>&gt; I tried calling you on +1 916-257-2475, However I reached an automated voice screening service and left a voice message with my name so I am sending you this email instead. If you want to discuss this case further over the phone, then please reply to this email with two best time frames to resolve the issue at the earliest. If not, We are happy to help you in email conversation as well.<br>&gt; <br>&gt; I understand that you are going through a difficult situation and are not able to login to the admin console of the Google workspace account with the domain 'hiddenempirefilmgroup.com'. I am happy to assist you in resolving this issue at the earliest.<br>&gt; <br>&gt; As per your request, I have started the investigation and have already involved our team of specialists to review the case and fastened our investigation to resolve the issue at the earliest.<br>&gt; <br>&gt; Since we are in between of the investigation therefore once we have verified your ownership of 'hiddenempirefilmgroup.com', We will be able to confirm Google Workspace account ownership and will be providing you with an update as soon as I have one in order to provide you access with your Google workspace account.<br>&gt; <br>&gt; I appreciate your patience and your understanding regarding our commitment to account security.<br>&gt; <br>&gt; I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br>&gt; <br>&gt; Have a great day!<br>&gt; <br>&gt; Regards,<br>&gt; <br>&gt; Prince<br>&gt; Google Workspace Support<br>&gt; <br>&gt; Follow @AskWorkspace for regular helpful tips &amp; product updates<br>&gt; <br>&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt; <br>&gt; <br>&gt;

40829326

Dear Google, <br><br>Thank you for your email. Due to a recent IT manager that has worked with the company as an consultant for 10 years has hijacked and changed all of our admins controls leaving us with no access to our server or workspace. He has went into our emails taken banking information, social security numbers, emailed people pretending to be us and going through our private contracts without authorization. I know this because our business colleagues have emailed us asking what's going on. We have filed a lawsuit but in the meantime the criminal activity and loss to our business has been very damaging. <br><br>We had approximately 21 users on our workspace. He managed and secured on behalf of us. The payments are made monthly on an Amex card ending in 1009 on automatic renewal and we asked that he do this so we don't miss anything. I do not log in and haven't logged in as he has been contracted to perform all these functions so I am not aware when the password has changed. <br><br>The name of the company who rightfully owns the domain is Hidden Empire Holdings, LLC. , dba, Hidden Empire Film Group.<br><br>&quot;A-One&quot; we understand is the controller of the account where our owned domains currently live. I have a formal agreement with A-One, explicitly showing our ownership of the domain: &quot;www.hiddenempirefilmgroup.com&quot;, explicitly in Section 11. Assignment of Discoveries and Intellectual Property Rights; No Transfer of or License to Rights. ATTACHED HERE.<br><br><br><br>Our objective is to obtain control of our owned domains by having them transferred to our NameCheap account. <br><br>Hiddenempirefilmgroup.com<br><br>&gt; I am the co owner of this company and if you Google us you will be able to confirm this easily  <br><br><br><br>&gt; Roxanne Taylor<br><br>&gt; On Sep 6, 2022, at 8:24 AM, Google Workspace Support  wrote:<br><br>&gt; <br><br>&gt; Hello Roxanne,<br><br>&gt; <br><br>&gt; I hope this email finds you well.<br><br>&gt; <br><br>&gt; Following support case 40829326 filed with Google Workspace Support, I am writing to inform you that you must provide proof of ownership for "hiddenempirefilmgroup.com".<br><br>&gt; <br><br>&gt; Within seven days, you must successfully complete the actions listed below to prove ownership. If you fail to do so, you will not be granted administrative access to your Google Workspace account or any assets associated with it: user accounts, domains, Gmail content, Google Drive data, Google Cloud Platform projects, YouTube channel(s), Google Play developer account, etc.<br><br>&gt; <br><br>&gt; This will affect you all assets associated within the Google Workspace account.<br><br>&gt; <br><br>&gt; You can provide proof of domain ownership for your primary domain hiddenempirefilmgroup.com by following the steps below:<br><br>&gt; <br><br>&gt; 1. Create the following CNAME record through your domain hosting provider: 40829326.hiddenempirefilmgroup.com points to google.com <br><br>&gt; <br><br>&gt; If your hosting provider is separate from your domain registrar, make sure you are modifying the CNAME record with your hosting provider. For more information on how to create a CNAME record, please visit https://support.google.com/a/answer/47283. If you need assistance in creating the CNAME record, please contact your hosting provider for support<br><br>&gt; 2.  Please answer the following account knowledge questions:<br><br>&gt; <br><br>&gt; Please try to answer all of the questions, specifying a single answer to each one. If you are uncertain about some of the answers, it&#39;s a good idea to check the inbox of the personal email address you&#39;ve specified while registering the Google Workspace account, or the bank that manages the payment method you&#39;re using.<br><br>&gt; <br><br>&gt; - What is the username (username@domain.com) of the Super Administrator account you are trying to access?<br><br>&gt; - When did you last sign in to this Super Administrator account (MM/DD/YYYY)?<br><br>&gt; - What is the original secondary/recovery email address?<br><br>&gt; - Why are you unable to access this secondary/recovery email address?<br><br>&gt; - How many users are on your Google Workspace account?<br><br>&gt; If you paid with a credit/debit card: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)<br><br>&gt; <br><br>&gt; - When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br><br>&gt; - How much was your credit/debit card charged?<br><br>&gt; <br><br>&gt; - What type of credit/debit card was charged (e.g. MasterCard, Visa)?<br><br>&gt; - What are the last four digits of this card?<br><br>&gt; <br><br>&gt; - What is the expiration date of this card?<br><br>&gt; <br><br>&gt; - What is the billing address associated with the Google Workspace payment method?<br><br>&gt; <br><br>&gt; - If you made the transaction through Google Wallet, what is the order number?<br><br>&gt; <br><br>&gt; If you paid by bank transfer: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)<br><br>&gt; <br><br>&gt; - What is the date of the most recent invoice (MM/DD/YYYY)?<br><br>&gt; - How much was your most recent bank transfer?<br><br>&gt; <br><br>&gt; - What is the reference number for this transfer?<br><br>&gt; <br><br>&gt; - What are the last two digits of this bank account?<br><br>&gt; <br><br>&gt; - What is the billing address associated with the Google Workspace payment method?<br><br>&gt; <br><br>&gt; If you paid by PayPal:<br><br>&gt; <br><br>&gt; - When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br><br>&gt; <br><br>&gt; - How much was your PayPal account charged?<br><br>&gt; <br><br>&gt; - What email is associated with the Paypal account used to pay?<br><br>&gt; <br><br>&gt; - What is the ID of your last invoice?<br><br>&gt; <br><br>&gt; Once you have replied, I will check your answers to the account knowledge questions. After I have verified your ownership of hiddenempirefilmgroup.com, we will be able to confirm Google Workspace account ownership.<br><br>&gt; <br><br>&gt; I appreciate your patience and your understanding regarding our commitment to account security.<br><br>&gt; <br><br>&gt; Please feel free to get in touch with us if you have any concerns or queries. We are always here and happy to help. <br><br>&gt; <br><br>&gt; Regards,<br><br>&gt; <br><br>&gt; Prince<br><br>&gt; Google Workspace Support<br><br>&gt; <br><br>&gt; Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br>&gt; <br><br>&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br><br>&gt;  <br><br>&gt;

40829326

53.14

Hello Roxanne,<br><br>I hope this email finds you well.<br><br>It was a pleasure speaking with you on the call.<br><br>As discussed on call, I understand that you are going through a difficult situation and would like assistance in accessing the Google Admin Console of the Google Workspace account for "hiddenempirefilmgroup.com".<br><br>Within seven days, you must successfully complete the actions listed below to prove ownership. If you fail to do so, you will not be granted administrative access to your Google Workspace account or any assets associated with it: user accounts, domains, Gmail content, Google Drive data, Google Cloud Platform projects, YouTube channel(s), Google Play developer account, etc.<br><br>This will affect your all assets associated within the Google Workspace account.<br><br>Please be informed, To prove account ownership Modification of DNS records and completion of knowledge test is very required. Therefore, I would request you to refer to our previous email and create the CNAME records and complete the Knowledge test by answering all the required information asked as per the questionnaire.<br><br>Once you have created the CNAME records and completed the Knowledge test, Please reply back to this message to let me know. After I have verified your ownership of "hiddenempirefilmgroup.com", I will initiate the required investigation in order to resolve the issue at the earliest.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br> ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: Yes</p><p>Reached customer: Yes</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Informed customer to create the CNAME and complete the KT</p><p>Next steps: IPTP</p><p>=============</p>

40829326

<p>***Took ownership of this case to send a response, as the current owner is OOH***</p>

40829326

53.15

Please see below to further the claim<br><br>Dear Google Workspace Support,<br><br><br><br>There are several parties on this correspondence, all requesting your<br>assistance to achieve the same end goal, which is to facilitate proper<br>administrator access for the Google workspace &quot;*hiddenempirefilmgroup.com&quot;*&quot;. Two separate, previous support<br>cases have been opened on this same matter to include:<br><br><br><br> 1. Google Workspace Support 40829326: [rogue]<br> roxanne@hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004Mtwez7:ref ]<br> 2. Google Workspace Support 41009848: Child case for domain<br> hiddenempirefilmgroup.com [<br><br>ref:_00Df423Flu._5004MtqpVr:ref ]<br><br><br><br>Currently, no user (or admin) in the hiddenempirefilmgroup.com workspace<br>can access their account; instead, users are referred to contact the<br>workspace admin. However, the sole admin&#39;s privileges were revoked by<br>Google in September, likely due to parallel requests above, and so anyone's<br>access to the workspace is in a holding pattern. Therefore, we need to get<br>an appropriate admin email for this workspace. The prior admin<br>account was *darrick@hiddenempirefilmgroup.com<br>*. That admin is copied on this<br>correspondence through the email &quot;darrick.aone@gmail.com&quot;, the same email<br>used to contact Google workspace for help on this matter between Sept 6 –<br>Sept 29 2022 in support matter &quot;41009848&quot;. In support matter 41009848,<br>this prior admin stated &quot;*I have agreed to<br>give roxanne@hiddenempirefilmgroup.com<br> administrator privileges*.&quot; The owner<br>of Roxanne@hiddenempirefilmgroup.com separately contacted workspace support<br>in matter &quot;40829326&quot; asking for administrator privileges (please note<br>correspondence in that support ticket as well as in this ticket with the<br>email roxanneavent@gmail.com as there is no way to access, at this time due<br>to this very issue, email for roxanne@hiddenempirefilmgroup.com – error<br>messages advise to contact the admin, but again, there is no active<br>admin). The admin receives this error message:<br><br>On Wed, Sep 7, 2022 at 11:53 AM Roxanne Taylor <br>wrote:<br><br> <br><br> Dear Google,<br><br> Thank you for your email. Due to a recent IT manager that has worked with<br>&gt; the company as an consultant for 10 years has hijacked and changed all of<br>&gt; our admins controls leaving us with no access to our server or workspace.<br>&gt; He has went into our emails taken banking information, social security<br>&gt; numbers, email people pretending to be us and going through our private<br>&gt; contracts without authorization. I know this because our business<br>&gt; colleagues have emailed us asking what's going on. We have filed a lawsuit<br>&gt; but in the meantime the criminal activity and loss to our business has been<br>&gt; very damaging.<br>&gt; We had approximately 21 users on our workspace. He managed and secured on<br>&gt; behalf of us. The payments are made monthly on an Amex card ending in 1009<br>&gt; on automatic renewal and we asked that he do this so we don't miss<br>&gt; anything. I do not log in and haven't logged in as he has been contracted<br>&gt; to perform all these functions so I am not aware when the password has<br>&gt; changed.<br>&gt; The name of the company who rightfully owns the domain is Hidden Empire<br>&gt; Holdings, LLC. , dba, Hidden Empire Film Group.<br>&gt; &quot;A-One&quot; we understand is the controller of the account where our owned<br>&gt; domains currently live. I have a formal agreement with A-One,<br>&gt; explicitly showing our ownership of the domain: &quot;<br>&gt; www.hiddenempirefilmgroup.com&quot;, explicitly in *Section 1**1. Assignment<br>&gt; of Discoveries and Intellectual Property Rights; No Transfer of License<br>&gt; to Rights*. *ATTACHED HERE.*<br>&gt;<br>&gt;<br>&gt; Our objective is to obtain control of our owned domains by having them<br>&gt; transferred to our NameCheap account.<br>&gt;<br>&gt;<br>&gt; Hiddenempirefilmgroup.com<br>&gt;<br>&gt;<br>&gt; I am the co owner of this company and if you Google us you will be able to<br>&gt; confirm this easily<br>&gt;<br>&gt;<br>&gt; Roxanne Taylor<br>&gt;<br>&gt; On Sep 6, 2022, at 8:24 AM, Google Workspace Support <br>&gt; workspacesupport@google.com&gt; wrote:<br>&gt;<br>&gt; <br>&gt; [image: Google Workspace]<br>&gt;<br>&gt;<br>&gt; Hello Roxanne,<br>&gt;<br>&gt;<br>&gt; I hope this email finds you well.<br>&gt;<br>&gt; Following support case 40829326 filed with Google Workspace Support, I am<br>&gt; writing to inform you that you must provide proof of ownership for "<br>&gt; hiddenempirefilmgroup.com".<br>&gt;<br>&gt; Within seven days, you must successfully complete the actions listed below<br>&gt; to prove ownership. If you fail to do so, you will not be granted<br>&gt; administrative access to your Google Workspace account or any assets<br>&gt; associated with it: user accounts, domains, Gmail content, Google Drive<br>&gt; data, Google Cloud Platform projects, YouTube channel(s), Google Play<br>&gt; developer account, etc.<br>&gt; This will affect your all assets associated within the Google Workspace<br>&gt; account.<br>&gt; You can provide proof of domain ownership for your primary domain<br>&gt; hiddenempirefilmgroup.com by following the steps below:<br>&gt;<br>&gt; 1. Create the following CNAME record through your domain hosting provider:<br>&gt; 40829326.hiddenempirefilmgroup.com points<br>&gt; to google.com<br>&gt; If your hosting provider is separate from your domain registrar, make sure<br>&gt; you are modifying the CNAME record with your hosting provider. For more<br>&gt; information on how to create a CNAME record, please visit<br>&gt; https://support.google.com/a/answer/47283. If you need assistance in<br>&gt; creating the CNAME record, please contact your hosting provider for support<br>&gt;<br>&gt; 2. Please answer the following account knowledge questions:<br>&gt;<br>&gt; Please try to answer all of the questions, specifying a single answer to<br>&gt; each one. If you are uncertain about some of the answers, it&#39;s a good idea<br>&gt; to check the inbox of the personal email address you&#39;ve specified while<br>&gt; registering the Google Workspace account, or the bank that manages the<br>&gt; payment method you&#39;re using.<br>&gt; - What is the username (username@domain.com) of the Super Administrator<br>&gt; account you are trying to access?<br>&gt; - When did you last sign in to this Super Administrator account<br>&gt; (MM/DD/YYYY)?<br>&gt; - What is the original secondary/recovery email address?<br>&gt; - Why are you unable to access this secondary/recovery email address?<br>&gt; - How many users are on your Google Workspace account?<br>&gt; If you paid with a credit/debit card: (DO NOT PROVIDE COPY/SCAN OF ANY<br>&gt; DETAILS)<br>&gt; - When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br>&gt; - How much was your credit/debit card charged?<br>&gt; - What type of credit/debit card was charged (e.g. MasterCard, Visa)?<br>&gt; - What are the last four digits of this card?<br>&gt; - What is the expiration date of this card?<br>&gt; - What is the billing address associated with the Google Workspace payment<br>&gt; method? - If you made the transaction through Google Wallet, what is the order<br>&gt; number?<br>&gt; If you paid by bank transfer: (DO NOT PROVIDE COPY/SCAN OF ANY DETAILS)<br>&gt; - What is the date of the most recent invoice (MM/DD/YYYY)?<br>&gt; - How much was your most recent bank transfer?<br>&gt; - What is the reference number for this transfer?<br>&gt; - What are the last two digits of this bank

40829326 Dear Google Workspace Support,<br><br><br><br>There are several parties on this correspondence, all requesting your<br>assistance to achieve the same end goal, which is to facilitate proper<br>administrator access for the Google workspace &quot;*hiddenempirefilmgroup.com<br>*&quot;.  Two separate, previous support<br>cases have been opened on this same matter to include:<br><br><br><br>  1. Google Workspace Support 40829326: [rogue]<br> roxanne@hiddenempirefilmgroup.com [ ref:_00Df423Flu._5004Mtwez7:ref ]<br>  2. Google Workspace Support 41009848: Child case for domain<br> hiddenempirefilmgroup.com [<br><br>ref:_00Df423Flu._5004MtqpVr:ref ]<br><br><br>Currently, no user (or admin) in the hiddenempirefilmgroup.com workspace<br>can access their account; instead, users are referred to contact the<br>workspace admin.  However, the sole admin&#39;s privileges were revoked by<br>Google in September, likely due to parallel requests above, and so anyone's<br>access to the workspace is in a holding pattern. Therefore, we need to get<br>an appropriate admin email for this workspace.  The prior admin<br>account was *darrick@hiddenempirefilmgroup.com<br>*.  That admin is copied on this<br>correspondence through the email &quot;darrick.aone@gmail.com&quot;, the same email<br>used to contact Google workspace for help on this matter between Sept 6 –<br>Sept 29 2022 in support matter &quot;41009848&quot;.  In support matter 41009848,<br>this prior admin stated &quot;*I have agreed to<br>give roxanne@hiddenempirefilmgroup.com  administrator privileges*&quot; The owner<br>of Roxanne@hiddenempirefilmgroup.com separately contacted workspace support<br>in matter &quot;40829326&quot; asking for administrator privileges (please note<br>correspondence in that support ticket as well as in this ticket with the<br>email roxanneavent@gmail.com as there is no way to access, at this time due<br>to this very issue,  email for roxanne@hiddenempirefilmgroup.com – error<br>messages advise to contact the admin, but again, there is no active<br>admin).   The admin receives this error message:<br><br>-- <br>Roxanne Taylor

40829326 Hello Roxanne,<br><br>I hope this email finds you well.<br><br>I would have usually called you but it appears that we have a big time zone difference and I do not want to bother you over the phone as it is outside of business hours at your location. However I have arranged a callback at 10:00 AM Roseville time. I hope you will be present to discuss the case over the phone today at 10:00 AM. I or one of my colleagues will try to solve your issue.<br><br>I see the case has been logged for Rogue Administrator and in order to prove the ownership, The original Administrator must be able to modify the DNS records and is able to complete the knowledge test as well that has already been sent to you in one of the previous emails.<br><br>However in order to understand the issue better, I have arranged a callback so that the issue can be resolved at the earliest possible.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref

40829326 <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: Outside working hours</p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Arranged callback, Informed customer to complete the DNS records modification and complete the KT </p><p>Next steps: WOCR</p><p>============</p>

40829326 <p>**Taking the ownership of the case to complete call-back**</p>

40829326 I am waiting for your call, I have an appointment at 1040<br><br>On Thu, Oct 6, 2022 at 5:22 PM Google Workspace Support <br>workspacesupport@google.com&gt; wrote:<br><br><br> [image: Google Workspace]<br><br><br>&gt;<br>&gt;&gt; Hello Roxanne,<br>&gt;&gt;<br>&gt;&gt; I hope this email finds you well.<br>&gt;<br>&gt;&gt; I would have usually called you but it appears that we have a big time<br>&gt; zone difference and I do not want to bother you over the phone as it is<br>&gt;&gt; outside of business hours at your location. However I have arranged a<br>&gt; callback at 10:00 AM Roseville time. I hope you will be present to discuss<br>&gt; the case over the phone today at 10:00 AM. I or one of my colleagues will<br>&gt; try to solve your issue.<br>&gt;&gt;<br>&gt; I see the case has been logged for Rogue Administrator and in order to<br>&gt; prove the ownership, The original Administrator must be able to modify the<br>&gt; DNS records and is able to complete the knowledge test as well that has<br>&gt; already been sent to you in one of the previous emails.<br>&gt;<br>&gt; However in order to understand the issue better, I have arranged a<br>&gt; callback so that the issue can be resolved at the earliest possible.<br>&gt;<br>&gt; I will be closely attentive to your reply and if you have more questions,<br>&gt; I will make sure to properly address them.<br>&gt;<br>&gt; Have a great day!<br>&gt;<br>&gt; Regards,<br>&gt;<br>&gt; Prince<br>&gt; Google Workspace Support<br>&gt;<br>&gt; Follow @AskWorkspace  for regular helpful<br>&gt; tips &amp; product updates<br>&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt;<br>&gt;<br>&gt;

40829326 ref:_00Df423Flu._5004Mtwez7:ref<br>&gt;<br>&gt;<br>&gt;<br>&gt;<br>&gt;<br>-- <br>Roxanne Taylor

| | |
|---|---|
| | Hello, we had a bad connection can you please call back<br><br>On Fri, Oct 7, 2022 at 10:06 AM Roxanne Taylor <br>wrote:<br><br>&gt; I am waiting for your call, I have an appointment at 1040<br>;<br>&gt; On Thu, Oct 6, 2022 at 5:22 PM Google Workspace Support <br>&gt; workspacesupport@google.com&gt; wrote:<br>&gt;<br>&gt;&gt; [image: Google Workspace]<br>&gt;&gt;<br>&gt;&gt;<br>&gt;&gt; Hello Roxanne,<br>&gt;&gt;<br>&gt;&gt; I hope this email finds you well.<br>&gt;&gt;<br>&gt;&gt; I would have usually called you but it appears that we have a big time<br>&gt;&gt; zone difference and I do not want to bother you over the phone as it is<br>&gt;&gt; outside of business hours at your location. However I have arranged a<br>&gt;&gt; callback at 10:00 AM Roseville time. I hope you will be present to discuss<br>&gt;&gt; the case over the phone today at 10:00 AM. I or one of my colleagues will<br>&gt;&gt; try to solve your issue.<br>&gt;&gt;<br>&gt;&gt; I see the case has been logged for Rogue Administrator and in order to<br>&gt;&gt; prove the ownership, The original Administrator must be able to modify the<br>&gt;&gt; DNS records and is able to complete the knowledge test and that has<br>&gt;&gt; already been sent to you in one of the previous emails.<br>&gt;&gt;<br>&gt;&gt; However in order to understand the issue better, I have arranged a<br>&gt;&gt; callback so that the issue can be resolved at the earliest possible.<br>&gt;&gt;<br>&gt;&gt; I will be closely attentive to your reply and if you have more questions,<br>&gt;&gt; I will make sure to properly address them.<br>&gt;&gt;<br>&gt;&gt; Have a great day!<br>&gt;&gt;<br>&gt;&gt; Regards,<br>&gt;&gt;<br>&gt;&gt; Prince<br>&gt;&gt; Google Workspace Support<br>&gt;&gt;<br>&gt;&gt;<br>&gt;&gt; Follow @AskWorkspace  for regular helpful<br>&gt;&gt; tips &amp; product updates<br>&gt;&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt;&gt;<br>&gt;&gt;<br>&gt;&gt; ref:_00Df423Flu._5004Mtwez7:ref<br>&gt;&gt;<br>&gt;&gt;<br>&gt;&gt; --<br>&gt; Roxanne Taylor <br>&gt;<br>&gt;<br>&gt;&gt;<br>&gt;&gt; --<br>&gt; Roxanne Taylor |
| 40829326 | <br>Roxanne Taylor |
| 40829326 | A consult (#/41555241) has been requested for this case |
| 40829326 | Hello Roxanne, <br>  My name is Jenishya and I am representing the Account Recovery Team for Google Workspace. I&#39;m contacting you on behalf of my colleague Prince.<br>  I tried calling your phone at +1 916-257-2475 but reached voicemail so I am sending you this email instead. If you wish to discuss the case over the phone, feel free to provide me with a convenient time frame (including your time zone) so I can arrange a callback.<br> ==Please be informed that since you were not able to prove the ownership of the domain 'hiddenempirefilmgroup.com' by answering the knowledge test and by adding CNAME. We have raised an internal request with our team of specialists to investigate the issue and they will revert the changes in the account.== <br>  ==Once the changes are reverted you can contact the admin of the account and request them to make the changes as per your requirement.== We will wait for the response from the concerned team. This will take 72 business hours, once it is done you will get an update. <br>  If you have any questions or concerns, please do not hesitate to let me know.<br>  Regards,<br>   <br> Jenishya<br> Google Workspace Support<br>   <br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref |
| 40829326 | <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: Yes</p><p>Reached customer: No</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: &gt; called cst reached VM.</p><p>&gt; Requester and rogue has not answered the KT nor added DNS record.</p><p>&gt; It is been more than 7 days raised evaluation consult.</p><p>&gt; Informed the same to the cst.</p><p>Provided TAT</p><p>Next steps: IPCR</p><p>=============</p> |
| 40829326 | <p>**Assigning the case back to original case owner**</p> |

Please see below. Didn't realize you still needed. I sent the other email so you can see all parties are wanting this and just trying to get this done and transferred. I can talk at 1pm. Please let me know if you need anything else.<br><br><br>CNAME record created where host 40829326.hiddenempirefilmgroup.com points to target google.com.<br><br><br>All of the below account knowledge questions have been answered via 41009848 as the payment card is in his possession.<br><br>- What is the username (username@domain.com) of the Super Administrator account you are trying to access?<br><br>darrick@hiddenempirefilmgroup.com<br><br>- When did you last sign in to this Super Administrator account (MM/DD/YYYY)?<br><br>Approximately September 6, 2022<br><br>- What is the original secondary/recovery email address?<br><br>Darrick.aone@gmail.com<br><br>- Why are you unable to access this secondary/recovery email address?<br><br>Admin revoked/suspended by Google; need admin switched – see email request.<br><br>- How many users are on your Google Workspace account?<br><br>Approximately 21<br><br>If you paid with a credit/debit card: (DO NOT PROVIDE  COPY/SCAN OF ANY DETAILS)<br><br>- When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br><br>September 2022<br><br>- How much was your credit/debit card charged?<br><br>- What type of credit/debit card was charged (e.g. MasterCard, Visa)?<br><br>Amex<br><br>- What are the last four digits of this card?<br><br>1009<br><br>- What is the expiration date of this card?<br><br>- What is the billing address associated with the Google Workspace payment method<br><br><br>Roxanne Taylor<br><br>On Oct 7, 2022, at 10:46 AM, Google Workspace Support  wrote:<br><br><br>Hello Roxanne,<br><br><br>My name is Jenishya and I am representing the Account Recovery Team for Google Workspace. I&#39;m contacting you on behalf of my colleague Prince.<br><br>I tried calling your phone at +1 916-257-2475 but reached voicemail so I am sending you this email instead. If you wish to discuss the case over the phone, feel free to provide me with a convenient time frame (including your time zone) so I can arrange a callback.<br><br>Please be informed that since you were not able to prove the ownership of the domain 'hiddenempirefilmgroup.com' by answering the knowledge test and by adding CNAME. We have raised an internal request with our team of specialists to investigate the issue and they will revert the changes in the account.<br><br>Once the changes are reverted you can contact the admin of the account and request them to make the changes as per your requirement. We will wait for the response from the concerned team. This will take 72 business hours, once it is done you will get an update.<br><br>If you have any questions or concerns, please do not hesitate to let me know.<br><br>Regards,<br><br>Jenishya<br><br>Google Workspace Support<br><br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br>&copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA
94043<br>ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>** Account Recovery SME Log **</p><p> </p><p>-Rogue evaluation</p><p> </p><p>- 9KT not answered</p><p>- CNAME not added</p><p>- Trixed to EGS</p><p> </p><p> </p>

40829326

Hello Roxanne, I hope this email finds you well.<br><br>Please be informed that since you were not able to prove the ownership of the domain 'hiddenempirefilmgroup.com' by answering the knowledge test and by adding CNAME. We have raised an internal request with our team of specialists to investigate the issue and they will revert the changes in the account.<br><br>Once the changes are reverted you can contact the admin of the account and request them to make the changes as per your requirement. We will wait for the response from the concerned team. This will take 72 business hours, once it is done you will get an update. <br><br>If you have any questions or concerns, please do not hesitate to let me know.<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA
94043<br>  ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: NA</p><p>KT status: No update</p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Informed customer to wait for 72 business hours, consult raised</p><p>Next steps: Awaiting consult response</p><p>===============</p>

40829326

<p>▶▶ CONSULT RESPONSE – eBSI ◀◀</p><p> </p><p>➡ Case 41555241</p><p> </p><p>➡ Admin FTC: Rogue Admin Evaluation</p><p> </p><p> </p><p>*** INTERNAL ***</p><p>➡ Affected domain: <a href="https://hiddenempirefilmgroup.com" alt="https://hiddenempirefilmgroup.com" target="_blank">hiddenempirefilmgroup.com</a></p><p> </p><p>*** Actions Taken ***</p><p>➡ None the requester or the rogue were able to provibe both the KT/CNAME</p><p>REVERTING THE DOMAIN TO THE ORIGINAL STATE</p><p>➡ Deleted Temp admin</p><p>➡ Successfully updated Primary Admin from 40829326@hiddenempirefilmgroup.com to darrick@hiddenempirefilmgroup.com</p><p>===NEXT STEPS===</p><p> </p><p>Please inform the customer that the domain has reverted to its initial state and push for INTERNAL CONFLICT</p>

40829326

A consult (#41555241) has been updated to Closed
@Prince Kumar

53.19

Hello. Can you let me know the status? Are you going to call again. Do you have what you need?<br><br>Roxanne Taylor<br><br>On Oct 7, 2022, at 2:02 PM, Roxanne Taylor wrote:<br><br>Please see below. Didn't realize you still needed. I sent the other email so you can see all parties are wanting this and just trying to get this done and transferred. I can talk at 1pm. Please let me know if you need anything else.<br><br>CNAME record created where host 40829326.hiddenempirefilmgroup.com points to target google.com.<br><br>All of the below account knowledge questions have been answered via 41009848 as the payment card is in his possession.<br><br>- What is the username (username@domain.com) of the Super Administrator account you are trying to access?<br><br>darrick@hiddenempirefilmgroup.com<br><br>- When did you last sign in to this Super Administrator account (MM/DD/YYYY)?<br><br>Approximately September 6, 2022<br><br>- What is the original secondary/recovery email address?<br><br>Darrick.aone@gmail.com<br><br>- Why are you unable to access this secondary/recovery email address?<br><br>Admin revoked/suspended by Google; need admin switched – see email request.<br><br>- How many users are on your Google Workspace account?<br><br>Approximately 21<br><br>If you paid with a credit/debit card: (DO NOT PROVIDE COPY/SCAN OF ANY DETAILS)<br><br>- When was the last charge for this Google Workspace account (MM/DD/YYYY)?<br><br>September 2022<br><br>- How much was your credit/debit card charged?<br><br>- What type of credit/debit card was charged (e.g. MasterCard, Visa)?<br><br>Amex<br><br>- What are the last four digits of this card?<br><br>1009<br><br>- What is the expiration date of this card?<br><br>- What is the billing address associated with the Google Workspace payment method<br><br>On Oct 7, 2022, at 10:46 AM, Google Workspace Support wrote:<br><br>Hello Roxanne,<br><br>My name is Jenishya and I am representing the Account Recovery Team for Google Workspace. I&#39;m contacting you on behalf of my colleague Prince.<br>I tried calling your phone at +1 916-257-2475 but reached voicemail so I am sending you this email instead. If you wish to discuss the case over the phone, feel free to provide me with a convenient time frame (including your time zone) so I can arrange a callback.<br><br>Please be informed that since you were not able to prove the ownership of the domain 'hiddenempirefilmgroup.com' by answering the knowledge test and by adding CNAME. We have raised an internal request with our team of specialists to investigate the issue and they will revert the changes in the account.<br><br>Once the changes are reverted you can contact the admin of the account and request them to make the changes as per your requirement. We will wait for the response from the concerned team. This will take 72 business hours, once it is done you will get an update.<br><br>If you have any questions or concerns, please do not hesitate to let me know.<br><br>Regards,<br><br>Jenishya<br><br>Google Workspace Support<br><br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br>&copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br><br>ref:_00Df423Flu._5004Mtwez7:ref

40829326

Hello Roxanne, <br> I hope this email finds you well.<br><br>As per our conversation, All the changes have been reverted back to earlier in the Google workspace account with the domain.<br><br>As I have checked my inventory, I see the account has already been deleted by the administrator and the domain is ready to sign up.<br><br>You may now sign up to Google Workspace by going through instructions in this link, https://workspace.google.com. For more details about signing up for Google Workspace, here is an article from our Help Center, https://support.google.com/a/answer/53926.<br><br>It was a pleasure assisting you with this issue. I will proceed to close the case as resolved. If the case is not resolved and you need any further assistance on this issue, we request you to reply to any email you have received which references your unique case number within 30 days. This will reopen the case and I am happy to assist you further. If you need assistance with any new concern, kindly create a new request and we will be glad to assist you.<br><br>However we do have a dedicated support team for all other Google Workspace core services and you should get required support. Please log in to admin.google.com, and reach out to our support teams as highlighted by the Help Center article https://support.google.com/a/answer/1047213.<br><br>If you have queries in the meantime, please do not hesitate to contact me by replying to this email.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br> ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: NA</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Informed customer changes has been reverted to earlier and the workspace eccount has been deleted by admin and domain is ready to sign up</p><p>Next steps: SO</p><p>==============</p>

40829326

The case /41009848 has been closed as an Duplicate request of this case, please continue supporting the customer's technical issue through this case.

40829326

53.20

I'm sorry I don't understand. The account was deleted. When was this. We did not request this. It was supposed to be transferred? We have thousands of emails for years and years that we need to access. I really need to speak to senior management as this is not what was requested. Where are all the previous users and all the historical emails?<br><br>Roxanne Taylor<br><br>On Oct 10, 2022, at 7:05 PM, Google Workspace Support wrote:<br><br>Hello Roxanne,<br><br>I hope this email finds you well.<br><br>As per our conversation, All the changes have been reverted back to earlier in the Google workspace account with the domain.<br><br>As I have checked my inventory, I see the account has already been deleted by the administrator and the domain is ready to sign up.<br><br>You may now sign up to Google Workspace by going through instructions in this link, https://workspace.google.com. For more details about signing up for Google Workspace, here is an article from our Help Center, https://support.google.com/a/answer/53926.<br><br>It was a pleasure assisting you with this issue. I will proceed to close the case as resolved. If the case is not resolved and you need any further assistance on this issue, we request you to reply to any email you have received which references your unique case number within 30 days. This will reopen the case and I am happy to assist you further. If you need assistance with any new concern, kindly create a new request and we will be glad to assist you.<br><br>However we do have a dedicated support team for all other Google Workspace core services and you should get required support. Please log in to admin.google.com, and reach out to our support teams as highlighted by the Help Center article https://support.google.com/a/answer/1047213.<br><br>If you have queries in the meantime, please do not hesitate to contact me by replying to this email.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br>&copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>ref:_00Df423Flu._5004Mtwez7:ref

40829326

Hello Roxanne,<br><br>I Hope this email finds you well.<br><br>I understand that you are going through a difficult situation and would like assistance in accessing the Google Admin Console of the Google Workspace account for hiddenempirefilmgroup.com, which was set up by you earlier and compromised. Although we discussed it in our previous conversation and reverted the domain to its original state.<br><br>As I have checked my inventory I can confirm that you have already set up a new Google workspace account with the domain hiddenempirefilmgroup.com. I hope that issue has been resolved now thus, I will proceed to close the case as resolved. If the case is not resolved and you need any further assistance on this issue, we request you to reply to any email you have received which references your unique case number within 30 days. This will reopen the case and I am happy to assist you further.<br><br>If you need assistance with any new concern, kindly create a new request and we will be glad to assist you.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br>&copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>

40829326 ref:_00Df423Flu._5004Mtwez7:ref

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: NA</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Informed customer as per the discussion and conclusion to the investigation changes to the domain has reverted and customer has already created a new account with the reported domain hence closure email sent</p><p>Next steps: SO</p><p>==============</p>

40829326

The account was deleted. When was this? We did not request this. It was<br>supposed to be transferred? We have thousands of emails for years and<br>years that we need to access. I really need to speak to senior management<br>as this is not what was requested. Where are all the previous users and<br>all the historical emails? *<br>On Tue, Oct 11, 2022 at 5:38 PM Google Workspace Support <br>workspacesupport@google.com&gt; wrote:<br>&gt; [image: Google Workspace]<br>&gt;<br>&gt;<br>&gt; Hello Roxanne,<br>&gt;<br>&gt; I Hope this email finds you well.<br>&gt;<br>&gt; I understand that you are going through a difficult situation and would<br>&gt; like assistance in accessing the Google Admin Console of the Google<br>&gt; Workspace account for hiddenempirefilmgroup.com, which was set up by you<br>&gt; earlier and compromised. Although we discussed it in our previous<br>&gt; conversation and reverted the domain to its original state.<br>&gt;<br>&gt; As I have checked my inventory I can confirm that you have already set up<br>&gt; a new Google workspace account with the domain hiddenempirefilmgroup.com.<br>&gt; I hope that issue has been resolved now thus, I will proceed to close the<br>&gt; case as resolved. If the case is not resolved and you need any further<br>&gt; assistance on this issue, we request you to reply to any email you have<br>&gt; received which references your unique case number within 30 days. This will<br>&gt; reopen the case and I am happy to assist you further.<br>&gt;<br>&gt; If you need assistance with any new concern, kindly create a new request<br>&gt; and we will be glad to assist you.<br>&gt;<br>&gt; I will make sure to properly address them.<br>&gt;<br>&gt; Have a great day!<br>&gt;<br>&gt; Regards,<br>&gt;<br>&gt; Prince<br>&gt; Google Workspace Support<br>&gt;<br>&gt; Follow @AskWorkspace for regular helpful<br>&gt; tips &amp; product updates<br>&gt;<br>&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt;<br>&gt;<br>&gt;

40829326 ref:_00Df423Flu._5004Mtwez7:ref<br>&gt;<br>&gt;<br>&gt;<br>&gt;-- <br>Roxanne Taylor

**53.21**

<p>-- Contact Info --</p><p>Domain: hiddenempirefilmgroup.com</p><p>Customer name: Roxanne Taylor</p><p>Phone number: 949-386-6333 | 916-257-2475</p><p>Email address: roxanne@hiddenempirefilmgroup.com</p><p> </p><p>-- Issue Summary --</p><p>Reason for contact: The accounts on the Google Workspace account of the customer were deleted by their previous super Admin. The customer would like to recover them</p><p>Issue identification: The accounts on the Google Workspace account of the customer were deleted by their previous super Admin. The customer would like to recover them</p><p>Reason for PFI selection: </p><p> </p><p>-- Troubleshooting --</p><p>Step(s) performed:</p><p>-N/A</p><p> </p><p>HC article(s) followed:</p><p>-Generalist scope of support: https://support.google.com/supportu/answer/6327157</p><p>-How to transfer a case (latest): https://support.google.com/supportu/answer/9009680</p><p>-Chat support policies and guidelines: https://support.google.com/supportu/answer/4618731</p><p>-Restore a user&#39;s permanently deleted email: https://support.google.com/a/answer/112445</p><p> </p><p>Additional notes:</p><p>-Customer stated that their domain hiddenempirefilmgroup.com has been a Google Workspace account for years. However, it seems that it was compromised as they had to transfer the Super Admin access from darrick@hiddenempirefilmgroup.com to roxanne@hiddenempirefilmgroup.com</p><p>-Provided education to the customer that the issue that they have is beyond my scope of support as it&#39;s not part of the core service that Google Workspace has. Informed the customer that they could check with the AR team to see if there&#39;s another way to accomplish what they would like to recover their previous users. Customer provided the case number 40829326, advised them to email the previous case and posted notes on the case for visibility.</p><p>-Customer provided the phone numbers 949-386-6333 and 916-257-2475 together with the email address roxanne@hiddenempirefilmgroup.com as a contact option for their issue.</p><p> </p><p>Case status: Closed - 41638514</p>

40829326

Hello Roxanne,<br>I hope this email finds you well.<br><br>I would have usually called you but it appears that we have a big time zone difference and I do not want to bother you over the phone as it is outside of business hours at your location. However I have arranged a callback at 10:00 AM Roseville time again. I hope you will be present to discuss the case over the phone today at 10:00 AM. I or one of my colleagues will try to solve your issue.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br>Regards,<br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043 ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: Outside working hours</p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: CUstomer has requsted for a callback hence arranged callback</p><p>Next steps: WOCR</p><p>==============</p>

40829326

40829326

<p>Took ownership to make a call to the customer</p>

Hello Roxanne,<br> My name is J Shivakumar and I am representing the Account Recovery Team for Google Workspace Support. I am contacting you on behalf of my colleague Prince.<br> I tried calling you on your contact number +1 916-257-2475, but could not reach you (sent voicemail) so I am sending you an email instead. If you wish to discuss the case over the phone, feel free to provide me with your contact number with a convenient time frame (including your time zone) so I can arrange a call back. Otherwise, we can communicate through email if you prefer.<br> I understand that your account has been deleted.<br> As I checked, I would like to inform you that the domain "hiddenempirefilmgroup.com" was restored on 11-Oct-2022 and also there are recent login activities from the account roxanne@hiddenempirefilmgroup.com. I hope now you are able to access your account, if still the issue persists. Please let me know by replying to this email.<br> If you have any questions or concerns, please do not hesitate to reach back to us. <br> Have a great day!<br> Regards,<br> J Shivakumar<br> Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043 ref:_00Df423Flu._5004Mtwez7:ref

40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: Yes</p><p>Reached customer: No</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: The Cx claims that the account has been deleted but as I checked the account was restored on 11-Oct-2022 and also there are recent login activities from the account. Hence asked the Cx whether still issue persists.</p><p>Next steps: WOCR</p><p>==============</p>

40829326

<p>Case Owner was Prince Kumar - Hence, assigned it to my name to assist on behalf -And transferred the case back to original case owner..</p><p> </p><p> </p>

53.22

40829326 — Yes. I still need to connect I have none of my historical emails and no other users exist with their historicals<br><br>Roxanne Taylor<br><br>On Oct 16, 2022, at 5:25 PM, Google Workspace Support  wrote:<br><br><br><br>Hello Customer,<br><br>This is an automated reminder from Google Workspace Support.<br>We haven't heard back from you in the past 2 business days regarding your open case business days regarding your open case &quot; [rogue] roxanne@hiddenempirefilmgroup.com &quot; (# 40829326 ).<br><br>If we can assist you with your case or you have additional information to provide to the support team, please reply to this message with your update. A member of our support team will be happy to assist you.<br><br>If you no longer need assistance with this case, no action is required from your part. If we don't hear back from you within 4 working days, we may close your case and send you a confirmation notice.<br><br><br><br>Sincerely,<br>Google Workspace Support<br><br>&copy; 2022 Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043.<br><br>ref:_00Df423Flu._5004Mtwez7:ref

40829326 — Hello Roxanne,<br><br>I hope this email finds you well.<br><br>I would have usually called you but it appears that we have a big time zone difference and I do not want to bother you over the phone as it is outside of business hours at your location. However I have arranged a callback again at 11:00 AM Roseville time again. I hope you will be present to discuss the case over the phone today at 11:00 AM. I or one of my colleagues will try to solve your issue.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref

40829326 — <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: Outside working hours</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Arranged callback since customer need more clarification on current status of Google workspace account</p><p>Next steps: WOCR</p><p>=============</p>

40829326 — <p>taking ownership for a call back </p>

40829326 — <br>Hello Roxanne,<br>  <br> Thank you for contacting Google Workspace support.My name is Udit.<br> I tried caring you on the number +1 916-257-2475 but was not able to connect.<br> There are recent login activities from the account roxanne@hiddenempirefilmgroup.com. I hope now you are able to access your account, if still the issue persists. Please let me know by replying to this email.<br>  If you have any questions or concerns, please do not hesitate to reach back to us. <br>  <br> Have a great day!<br><br>Regards,<br>  Udit<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref

40829326 — <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: Yes</p><p>Reached customer: No</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: called customer no reply email sent </p><p>Next steps: wocr</p><p>=============</p>

40829326 — <p>call back completed transferring the case  back to the case owner </p>

40829326 — Yes I am still trying to get my question answered about historical emails and the other users.<br><br>Roxanne Taylor<br><br>On Oct 19, 2022, at 1:26 AM, Google Workspace Support  wrote:<br><br><br><br>Hello Customer,<br><br>This is an automated reminder from Google Workspace Support.<br>We haven't heard back from you in the past 2 business days regarding your open case business days regarding your open case &quot; [rogue] roxanne@hiddenempirefilmgroup.com &quot; (# 40829326 ).<br><br>If we can assist you with your case or you have additional information to provide to the support team, please reply to this message with your update. A member of our support team will be happy to assist you.<br><br>If you no longer need assistance with this case, no action is required from your part. If we don't hear back from you within 4 working days, we may close your case and send you a confirmation notice.<br><br><br><br>Sincerely,<br>Google Workspace Support<br><br>&copy; 2022 Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043.<br><br>ref:_00Df423Flu._5004Mtwez7:ref

40829326 — <p>Manual assignment for the follow up</p>

40829326 — <br>Hello Roxanne,<br>  <br>Thank you for contacting Google Workspace support.My name is Syed and will be assisting you on behalf of my colleague Prince.<br>I tried calling you on the number +1 916-257-2475 but reached voicemail , kindly let us know a convenient time frame to arrange a call back and discuss the case.<br><br>There are recent login activities from the account roxanne@hiddenempirefilmgroup.com. I hope now you are able to access your account, if still the issue persists. Please let me know by replying to this email.<br><br>If you have any questions or concerns, please do not hesitate to reach back to us. <br><br>Have a great day!<br><br>Regards,<br>  Syed Shiraz Razvi<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  <br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref

40829326 — <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: Yes</p><p>Reached customer: No</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Called cx reached voicemail ,sent an email to the cx asking for a time frame </p><p>Next steps: WOCR</p><p>=============</p>

| | |
|---|---|
| 40829326 | **<p><b><u>Taking ownership of the case as advised by POC</u></b></p>** |
| | Thank you very much for contacting me. My domain has been restored, but none of the email accounts or the historical emails were there upon restoration. I was told by Google workspace that you could help us recover our historical emails. Please let me know what additional information you need in order so that we can receive these historical emails. If we need to have a call to discuss further, please let me know.  Thank you.<br><br><br>Roxanne Taylor<br><br>On Oct 13, 2022, at 11:07 AM, Google Workspace Support wrote:<br><br><br><br>Hello Roxanne,<br><br>My name is J Shivakumar and I am representing the Account Recovery Team for Google Workspace Support. I am contacting you on behalf of my colleague Prince.<br><br>I tried calling you on your contact number +1 916-257-2475, but could not reach you (sent voicemail) so I am sending you an email instead.  If you wish to discuss the case over the phone, feel free to provide me with your contact number with a convenient time frame (including your time zone) so I can arrange a call back. Otherwise, we can communicate through email if you prefer.<br><br>I understand that your account has been deleted.<br><br>As I checked, I would like to inform you that the domain "hiddenempirefilmgroup.com" was restored on 11-Oct-2022 and also there are recent login activities from the account roxanne@hiddenempirefilmgroup.com. I hope now you are able to access your account, if still the issue persists. Please let me know by replying to this email.<br><br>If you have any questions or concerns, please do not hesitate to reach back to us.<br><br>Have a great day!<br><br>Regards,<br><br>J Shivakumar<br><br>Google Workspace Support<br><br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br>&copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA |
| 40829326 | 94043<br><br>ref:_00Df423Flu._5004Mtwez7:ref |
| | <br>Hello Roxanne,<br>  <br> I hope this email finds you well.<br>  <br> I would have usually called you but it appears that we have a big time zone difference and I do not want to bother you on the phone as it is outside of business hours at your location. However I have arranged a callback again at 11:00 AM Roseville time again. I hope you will be present to discuss the case over the phone today at 11:00 AM. I or one of my colleagues will try to solve your issue.<br>  <br> I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br>  <br> Have a great day!<br>  <br> Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  &copy; 2022 |
| 40829326 | Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref |
| | <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: Outside working hours</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Since customer want to discuss the case over the call hence |
| 40829326 | arranged callback</p><p>Next steps: WOCR</p><p>==============</p> |
| | <p>==== Follow Up ====</p><p>Customer replied: No</p><p>Called customer: Yes</p><p>Reached customer: No</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>==Agent Notes: CST wants to retrieve the emails from older account== |
| 40829326 | ==hiddenempirefilmgroup.com==</p><p>Next steps: WOCR</p><p>==============</p> |
| 40829326 | <p>***Worked on this case as the current owner is Out of Office and reassigning the case back to the original owner***</p><p> </p><p> </p> |
| | Thanks for the email. Yes I am able to access the email but there are no historical emails beyond 10/11/22.  Also I had to create all new users again. ==I have years and years of emails that I can't access that contain very important info. Can you advise how I am able to access.==<br><br>Roxanne Taylor<br><br>On Oct 13, 2022, at 11:07 AM, Google Workspace Support wrote:<br><br><br><br>Hello Roxanne,<br><br>My name is J Shivakumar and I am representing the Account Recovery Team for Google Workspace Support. I am contacting you on behalf of my colleague Prince.<br><br>I tried calling you on your contact number +1 916-257-2475, but could not reach you (sent voicemail) so I am sending you an email instead.  If you wish to discuss the case over the phone, feel free to provide me with your contact number with a convenient time frame (including your time zone) so I can arrange a call back. Otherwise, we can communicate through email if you prefer.<br><br>I understand that your account has been deleted.<br><br>As I checked, I would like to inform you that the domain "hiddenempirefilmgroup.com" was restored on 11-Oct-2022 and also there are recent login activities from the account roxanne@hiddenempirefilmgroup.com. I hope now you are able to access your account, if still the issue persists. Please let me know by replying to this email.<br><br>If you have any questions or concerns, please do not hesitate to reach back to us.<br><br>Have a great day!<br><br>Regards,<br><br>J Shivakumar<br><br>Google Workspace Support<br><br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br>&copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA |
| 40829326 | 94043<br><br>ref:_00Df423Flu._5004Mtwez7:ref |

53.24

| | |
|---|---|
| 40829326 | Hello Roxanne,<br><br>Greetings for the day!<br><br>I understand that you want to restore the emails that have been deleted. Please be informed that you have already created a new Google workspace account ==and the previous account has been completely deleted thus there is no possibility to restore those emails/users== data that has been completely freed from our system.<br><br>Since the deletion has been performed by the existing admin in workspace and we never promise for any user data/files that has been deleted either by system or the admin.<br><br>Therefore , There is nothing left in this case as I can confirm by checking the inventory as you are able to login successfully to the admin console hence I will proceed to close the case as resolved.<br><br>It was a pleasure assisting you with this issue. If the case is not resolved and you need any further assistance on this issue, we request you to reply to any email you have received which references your unique case number within 30 days. This will reopen the case and I am happy to assist you further. If you need assistance with any new concern, kindly create a new request and we will be glad to assist you.<br><br>However we do have a dedicated support team for all other Google Workspace core services and you should get required support. Please log in to admin.google.com, and reach out to our support teams as highlighted by the Help Center article https://support.google.com/a/answer/1047213.<br><br>If you have queries in the meantime, please do not hesitate to contact me by replying to this email.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  <br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>  ref:_00Df423Flu._5004Mtwez7:ref |
| 40829326 | <p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: NA</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Moving case to SO since customer has created a new account and have logged in successfully</p><p>Next steps: SO</p><p>=============</p> |
| 40829326 | This is not what the request was for.  It was supposed to be transferred so<br>I am not sure the old one was deleted.  I need to speak to management about<br>this<br><br>On Thu, Oct 27, 2022 at 6:04 AM Google Workspace Support <workspacesupport@google.com&gt; wrote:<br><br>&gt; [image: Google Workspace]<br>&gt;<br>&gt; Hello Roxanne,<br>&gt;<br>&gt; Greetings for the day!<br>&gt;<br>&gt; ==I understand that you want to restore the emails that have been deleted.<br>&gt; Please be informed that you have already created a new Google workspace<br>&gt; account and the previous account has been completely deleted thus there is<br>&gt; no possibility to restore those emails/users data that has been completely<br>&gt;== freed from our system.<br>&gt;<br>&gt;<br>&gt; Since the deletion has been performed by the existing admin in workspace<br>&gt; and we never promise for any user data/files that has been deleted either<br>&gt; by system or the admin.<br>&gt;<br>&gt; Therefore , There is nothing left in this case as I can confirm by<br>&gt; checking the inventory as you are able to login successfully to the admin<br>&gt; console hence I will proceed to close the case as resolved.<br>&gt; It was a pleasure assisting you with this issue. If the case is not<br>&gt; resolved and you need any further assistance on this issue, we request you<br>&gt; to reply to any email you have received which references your unique case<br>&gt; number within 30 days. This will reopen the case and I am happy to assist you further. If you need assistance with any new concern, kindly create a<br>&gt; new request and we will be glad to assist you.<br>&gt; However we do have a dedicated support team for all other Google Workspace<br>&gt; core services and you should get required support. Please log in to<br>&gt; admin.google.com, and reach out to our support teams as highlighted by<br>&gt; the Help Center article https://support.google.com/a/answer/1047213.<br>&gt; If you have queries in the meantime, please do not hesitate to contact me<br>&gt; by replying to this email.<br>&gt; Have a great day!<br>&gt; Regards,<br>&gt; Prince<br>&gt; Google Workspace Support<br>&gt;<br>&gt; Follow @AskWorkspace  for regular helpful<br>&gt; tips &amp; product updates<br>&gt;<br>&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt;<br>&gt; ref:_00Df423Flu._5004Mtwez7:ref<br>&gt;<br>&gt;<br>&gt;<br>-- <br>Roxanne Taylor |

Please clarify the below<br><br>Please be informed that you have already created a new Google workspace<br>account and the previous account has been completely deleted thus there is<br>no possibility to restore those emails/users data that has been completely<br>freed from our system.<br><br>Who deleted it?<br><br>On Mon, Oct 31, 2022 at 11:14 AM Roxanne Taylor <br>wrote:<br><br>&gt; This is not what the request was for.  It was supposed to be<br>&gt; transferred so I am not sure the old one was deleted.  I need to speak to<br>&gt; management about this<br>&gt;&gt; On Thu, Oct 27, 2022 at 6:04 AM Google Workspace Support <br>&gt; workspacesupport@google.com&gt; wrote:<br>&gt;&gt;&gt; [image: Google Workspace]<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Hello Roxanne,<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Greetings for the day!<br>&gt;&gt;&gt; I understand that you want to restore the emails that have been deleted.<br>&gt;&gt;&gt; Please be informed that you have already created a new Google workspace<br>&gt;&gt;&gt; account and the previous account has been completely deleted thus there is<br>&gt;&gt;&gt; no possibility to restore those emails/users data that has been completely<br>&gt;&gt;&gt; freed from our system.<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Since the deletion has been performed by the existing admin in workspace<br>&gt;&gt;&gt; and we never promise for any user data/files that has been deleted either<br>&gt;&gt;&gt; by system or the admin.<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Therefore , There is nothing left in this case as I can confirm by<br>&gt;&gt;&gt; checking the inventory as you are able to login successfully to the admin<br>&gt;&gt;&gt; console hence I will proceed to close the case as resolved.<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; It was a pleasure assisting you with this issue. If the case is not<br>&gt;&gt;&gt; resolved and you need any further assistance on this issue, we request you<br>&gt;&gt;&gt; to reply to any email you have received which references your unique case<br>&gt;&gt;&gt; number within 30 days. This will reopen the case and I am happy to assist<br>&gt;&gt;&gt; you further. If you need assistance with any new concern, kindly create a<br>&gt;&gt;&gt; new request and we will be glad to assist you.<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; However we do have a dedicated support team for all other Google<br>&gt;&gt;&gt; Workspace core services and you should get required support. Please log in<br>&gt;&gt;&gt; to admin.google.com, and reach out to our support teams as highlighted<br>&gt;&gt;&gt; by the Help Center article https://support.google.com/a/answer/1047213.<br>&gt;&gt;&gt; If you have queries in the meantime, please do not hesitate to contact me<br>&gt;&gt;&gt; by replying to this email.<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Have a great day!<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Regards,<br>&gt;&gt;&gt; Prince<br>&gt;&gt;&gt; Google Workspace Support<br>&gt;&gt;&gt;<br>&gt;&gt;&gt; Follow @AskWorkspace  for regular helpful<br>&gt;&gt;&gt; tips &amp; product updates<br>&gt;&gt;&gt; &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>&gt;&gt;&gt; ref:_00Df423Flu._5004Mtwez7:ref<br>&gt;&gt;&gt; --<br>&gt;&gt; Roxanne Taylor<br>40829326   <br>--- Roxanne Taylor

Hello Roxanne,<br><br>Greetings for the day.<br><br>I would have usually called you but it appears that we have a big time zone difference and I do not want to bother you over the phone as it is outside of business hours at your location. However I have arranged a callback again at 11:00 AM Roseville time again. I hope you will be present to discuss the case over the phone today at 11:00 AM. I or one of my colleagues will try to solve your issue.<br><br>Since we have tried contacting you multiple times and were unable to contact because you were not reachable at the moment thus I would request you to be available to discuss the case over the phone so that we can isolate the issue at the earliest possible time.<br><br>==Please be informed that the deletion of old account was performed by the existing super administrator and only administrator can delete the account because administrator has the all control over the Google workspace but not any user hence I would suggest you to be in touch with the existing/old admin of the previously deleted Google workspace account with the domain hiddenempirefilmgroup.com.==<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>ref:_00Df423Flu._5004Mtwez7:ref
40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: Outside working hours</p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Informed customer callback has been arranged</p><p>Next steps: WOCR</p><p>=============</p>
40829326

Hello Roxanne, <br>  <br> Greetings for the day.<br>  <br> Thank you for contacting Google Workspace support. My name is David and I am representing the Account Recovery Team. I call you and I will be assisting you today on behalf of my colleague Prince.<br>  <br> I tried to reach you on +1 916-257-2475. However, the call reached voicemail and because of that I am sending this email instead. <br>  <br> ==Please be informed that the deletion of old account was performed by the existing super administrator and only administrator can delete the account because administrator has the all control over the Google workspace but not any user hence I would suggest you to be in touch with the existing/old admin of the previously deleted Google workspace account with the domain hiddenempirefilmgroup.com.==<br>  <br> I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br>  <br> Have a great day!<br>  <br> Regards,<br>  <br> David<br>  <br> Google Workspace Support<br>  Follow @AskWorkspace for regular helpful tips &amp; product updates<br>  <br> &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br> ref:_00Df423Flu._5004Mtwez7:ref
40829326

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: Yes</p><p>Reached customer: No</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Clarified how the old account could have been deleted</p><p>Next steps: WOCR</p><p>=============</p>
40829326

53.26

Thank you for this. Please confirm with the emails we're deleted so I can manage expectations on what I should be seeing.<br><br>Roxanne Taylor<br><br>On Nov 1, 2022, at 11:15 AM, Google Workspace Support wrote:<br><br><br><br>Hello Roxanne,<br><br><br><br>Greetings for the day.<br><br><br><br>Thank you for contacting Google Workspace support. My name is David and I am representing the Account Recovery Team. I call you and I will be assisting you today on behalf of my colleague Prince.<br><br>I tried to reach you on +1 916-257-2475. However, the call reached voicemail and because of that I am sending this email instead.<br><br><br>Please be informed that the deletion of old account was performed by the existing super administrator and only administrator can delete the account because administrator has the all control over the Google workspace but not any user hence I would suggest you to be in touch with the existing/old admin of the previously deleted Google workspace account with the domain hiddenempirefilmgroup.com.<br><br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br><br>Have a great day!<br><br><br>David<br><br>Google Workspace Support<br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br><br>&copy; 2022 Google LLC 1600 Amphitheatre
40829326 Parkway, Mountain View, CA 94043<br><br><br>ref:_00Df423Flu._5004Mtwez7:ref

Hello Roxanne,<br><br>I Hope this email finds you well.<br><br>Please be informed that the Google Workspace account associated with your domain which you choose to be deleted for the domain &#39;hiddenempirefilmgroup.com&#39; has already been deleted. Upon checking the inventory, I can confirm that you have already created a new Google workspace account with the domain 'hiddenempirefilmgroup.com'.<br><br>Following support case 40829326 filed with Google Workspace Support, I am writing to inform you that as per our records recent successful login activity has been detected. We Kindly request you to confirm us If the issue has been resolved or still persisting . If the issue is not resolved please provide us the error message which you are receiving so that we can assist you further on it.<br><br>If you have queries in the meantime, please do not hesitate to contact me by replying to this message. Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> <br>
40829326 &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br> ref:_00Df423Flu._5004Mtwez7:ref

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: NA</p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p> </p><p>Others</p><p>Agent Notes: Informed customer to confirm if the issue is resolved since
40829326 customer has already created a new account and has logged in successfully as an admin</p><p>Next steps: WOCR</p><p>=============</p>

I'm not sure you understand the request. I am not requesting for the account to be deleted. I was requesting where all my historical emails have gone. you told me that the prior admin deleted the emails before October 16. Please confirm when the emails were deleted and who deleted them.<br><br>Roxanne Taylor<br><br>On Nov 8, 2022, at 4:13 AM, Google Workspace Support wrote:<br><br><br><br>Hello Roxanne,<br><br>I Hope this email finds you well.<br><br>Please be informed that the Google Workspace account associated with your domain which you choose to be deleted for the domain &#39;hiddenempirefilmgroup.com&#39; has already been deleted. Upon checking the inventory, I can confirm that you have already created a new Google workspace account with the domain 'hiddenempirefilmgroup.com'.<br><br>Following support case 40829326 filed with Google Workspace Support, I am writing to inform you that as per our records recent successful login activity has been detected. We Kindly request you to confirm us If the issue has been resolved or still persisting . If the issue is not resolved please provide us the error message which you are receiving so that we can assist you further on it.<br><br>If you have queries in the meantime, please do not hesitate to contact me by replying to this message. Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br>Follow @AskWorkspace for regular helpful tips &amp; product updates<br><br><br>&copy; 2022 Google LLC 1600 Amphitheatre
40829326 Parkway, Mountain View, CA 94043<br><br>ref:_00Df423Flu._5004Mtwez7:ref

Hello Roxanne,<br><br>Greetings for the day!<br><br>Please be informed that the administrator has full access to all of the resources and services of Google workspace. Since the previous account has been deleted and I can confirm that whosoever was the existing administrator can perform the deletion of the account thus once the account has been deleted, All the data, emails and users associated with the account has been deleted along with it.<br><br>Upon checking the inventory, I see you have already created a new account with your domain therefore we do not have enough resources to check for the deleted account information because a newly created account is already running up with your domain.<br><br>I hope that I was able to answer your questions in this case.<br><br>I will be closely attentive to your reply and if you have more questions, I will make sure to properly address them.<br><br>Have a great day!<br><br>Regards,<br><br>Prince<br>Google Workspace Support<br> Follow @AskWorkspace for regular helpful tips &amp; product updates<br> <br>
40829326 &copy; 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043<br> ref:_00Df423Flu._5004Mtwez7:ref

<p>==== Follow Up ====</p><p>Customer replied: Yes</p><p>Called customer: No</p><p>Reason not called: NA</p><p> </p><p>KT status: No update</p><p> </p><p>CNAME status: No update</p><p> </p><p>Others</p><p>Agent Notes: Informed customer, new account has been created already thus
40829326 we cannot check old deleted account information</p><p>Next steps: WOCR</p><p>=============</p>

40829326 <p>This case has been randomly selected to complete some compliance analysis. No further action needed</p>

53.27



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

February 18, 2023

***Via Email Only***
*lhinkle@sandersroberts.com*

Lawrence C. Hinkle II
Sanders Roberts, LLP
1055 W. 7th Street, Suite 3200
Los Angeles, California 90017
213-426-5000

Re: ***Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.***, **United States District Court for the Central District of California, 2:22-cv-06515-MWF-AGR; 2:22-cv-06515-MWF-ARG(x) (Internal Ref. No. 30640236)**

Dear Lawrence C. Hinkle II:

Google LLC ("Google"), a non-party to your litigation, has received your subpoena, dated February 01, 2023, in the above-referenced matter (the "Subpoena"). As we understand it, your Subpoena requests documents related to the Workspace accounts associated with ROXANNE@HIDDENEMPIREFILMGROUP.COM, DARRICK@HIDDENEMPIREFILMGROUP.COM, HIDDENEMPIREFILMGROUP.COM, OFFICE@HIDDENEMPIREFILMGROUP.COM.

At this point, however, as set forth more fully in the objections below, Google will not produce documents in response to the Subpoena because the requests are objectionable. Google objects to this request because the appropriate entity to whom you should direct your request is the owner of the Google Workspace (f/k/a G Suite) domain, HIDDENEMPIREFILMGROUP.COM. The owner of the domain has custody and control over data associated with their domain, and accordingly legal process seeking such data should be directed towards them. Google further hereby makes the following objections to the Subpoena.

**User Notification**
Google objects to the Subpoena to the extent it fails to allow sufficient time for Google to notify the affected user and for the user to assert his or her rights in response. Google provides its users at least 21 days to object to your request or to inform Google of their intent to file a motion to quash. If your subpoena sufficiently identifies a Google account, Google intends to forward notice of this matter, including your name and contact information, to the user at the email address provided by the user.

**Violation of Federal Law**
As written, the Subpoena can be construed to include information we are prohibited from disclosing. Google objects on the grounds that Section 2702(a) of the federal Stored Communications Act ("SCA") prohibits Google from disclosing the content of electronic communications or content stored on behalf of the user pursuant to a subpoena. 18 U.S.C. § 2702(a) *see e.g., Suzlon Energy Ltd. v. Microsoft Corp,* 671 F.3d 726, 730 (9th Cir. 2011); *Theofel v. Farey-Jones,* 359 F.3d 1066 (9th Cir. 2004); *Mintz v. Mark Bartelstein & Assocs., Inc.* 885 F. Supp. 2d 987, 993-94 (C.D. Cal. 2012); *In re Subpoena Duces Tecum to AOL, LLC.,* 550 F.Supp.2d 606, 611 (E.D. Va. 2008); *Flagg v. City of Detroit,* 252 F.R.D. 346, 366 (E.D. Mich. 2008); *Viacom Int'l Inc. v. YouTube Inc.,* 253 F.R.D. 256 (S.D.N.Y. 2008); *O'Grady v.*



*Superior Court of Santa Clara,* 139 Cal. App. 4th 1423, 1441-43 (2006).

Instead, the appropriate way to seek such content is to direct your request to the account holder who has custody and control of the data in the account, is not bound by the SCA, and is the party to whom discovery requests should be directed. *Suzlon*, 671 F.3d 726, 730-31; *Mintz*, 885 F. Supp. 2d at 993-94; *O'Grady*, 139 Cal. App. 4th at 1446-47. If the account holder is a party to the underlying litigation, you may serve a document request on the account holder for the content sought. *See Mintz*, 885 F. Supp. 2d at 993-94; *O'Grady*, 13 Cal. App. 4th at 1446-6*7*; *see also Flagg*, 252 F.R.D. at 348, 366-67.

You have several options at your disposal as to how you can lawfully obtain this information:

1. You can ask the administrator for the content. The administrator can find instructions for downloading the organization's data at https://support.google.com/a/answer/100458.

2. Google users can obtain and produce their account content themselves by using Google Takeout, available at www.google.com/takeout/; or

3. You can request a court to order the administrator to comply with #1.

If you decide to seek relief from the court, please let us know in advance so that we can oppose. We request that you attach this letter to any relevant court filing.


**Obligations of Parties to Litigation**

Google objects to the subpoena because it would impose an undue burden to Google, a nonparty to the litigation. See Fed. R. Civ. P. 45(d)(1). All the information available to Google is equally available to the holder of an active account. Since the account in question appears to belong to a party-opponent in the litigation, a third-party subpoena is not justified. See Haworth, Inc. v. Herman Miller, Inc., 998 F.2d 975, 978 (Fed. Cir. 1993) (upholding refusal to enforce subpoena issued to non-party where same documents were available from party opponent); Hasbro, Inc. v. Serafino, 168 F.R.D. 99, 100 (D. Mass. 1996) ("If documents are available from a party," it is "preferable to have them obtained pursuant to Rule 34 rather than subpoenaing them from a non-party witness.") (internal alterations and citation omitted); Musarra v. Digital Dish, Inc., No. 2:05-CV-545, 2008 WL 4758699, at *4 (S.D. Ohio Oct. 30, 2008) ("[T]he Court will not impose on this non-party the burden of producing documents presumably available to plaintiffs from a party to this litigation."); Calcor Space Facility, Inc. v. Superior Court, 53 Cal. App. 4th 216, 225 (1997) ("As between parties to litigation and nonparties, the burden of discovery should be placed on the latter only if the former do not possess the material sought to be discovered.").

To the extent these records are sought to verify the completeness or accuracy of discovery from a party to the litigation, the Federal Rules of Civil Procedure do not permit third-party subpoenas for hypothetical impeachment evidence. See, e.g., Cusumano v. Microsoft Corp., 162 F.3d 708, 712 (1st Cir. 1998) (affirming the trial court's denial of a Rule 45 subpoena where the information was sought "for purposes akin to impeachment."); Musarra, 2008 WL 4758699, at *3-4 (rejecting plaintiff's request for non-party discovery to "compare[] and contrast[]" with defendants' production). If you have reason to suspect that another party has not complied with their discovery obligations, you have other means available that do not place an undue burden on a third party. For example, you can request that the other party produce account data while under supervision by the court or by a special master or obtain the services of an e-discovery consultant. See, e.g., Seven Seas Cruises S. De R.L. v. V. Ships Leisure SAM, No. 09-23411-CIV, 2011 WL 772855, at *7 (S.D. Fla. Feb. 19, 2011), report and recommendation adopted, No. 09-23411-CIV, 2011 WL 772902 (S.D. Fla. Feb. 28, 2011) (granting a motion to compel after finding that defendant's production contained significant gaps, and ordering defendant to "retain the services of a qualified third party E-Discovery consultant or vendor and perform a search."). See also Logtale, Ltd. v. IKOR, Inc., No. C-11-05452 CW (DMR), 2013 WL 3967750, at *3 (N.D. Cal. July 31,



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

2013) (noting "obvious gaps and underproduction," and suggesting that, if there were "continuing problems. . . the court [would] order [defendants] to retain the services of an e-discovery vendor and . . . submit sworn, detailed declarations regarding their document preservation and collection efforts.").

**Additional Objections**

1. Google objects to the Subpoena to the extent it seeks to impose an undue burden on a disinterested non-party. Google further objects to the Subpoena to the extent it seeks information already in a party's possession or available to a party from some other source (including public sources) that is more convenient, less burdensome or less expensive. Google objects to the Subpoena to the extent it seeks electronically stored information that is not reasonably accessible to Google.

2. Google objects to the Subpoena to the extent it seeks information that is not proportionate to the needs of the case, not relevant to any party's claims or defenses, or not reasonably calculated to lead to the discovery of admissible evidence.

3. Google objects to the Subpoena to the extent it specifies a date of production that is unreasonable and unduly burdensome, including because it may not afford Google time to provide sufficient notice to the user.

4. Google objects to the Subpoena to the extent that it is vague, ambiguous, unlimited in time or scope, or fails to identify the information sought with reasonable particularity. Accordingly, Google further objects to the Subpoena to the extent it purports to require Google to preserve the requested information. Therefore you should not assume that Google will undertake steps to preserve any information in response to your Subpoena. Google is willing to meet and confer to discuss any preservation request.

5. Google objects to the Subpoena to the extent it seeks to impose obligations on Google beyond what is permissible under applicable law.

Google reserves the right to further object to the Subpoena in any additional response.

If you have any questions, please feel free to contact the undersigned at the Legal Support Department alias at GOOGLE-LEGAL-SUPPORT@GOOGLE.COM. Additionally, should you wish to seek any judicial relief in connection with this matter, Google requests the opportunity to meet and confer in advance of any such filing. Thank you.

Very truly yours,
/s/ Jordan Zuccarello
Legal Investigations Support

**53.30**



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

March 13, 2023

***Via Email Only***
*lhinkle@sandersroberts.com*

Lawrence C. Hinkle II
Sanders Roberts, LLP
1055 W. 7th Street, Suite 3200
Los Angeles, California 90017
213-426-5000

Re: ***Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.***, **United States District Court for the Central District of California, 2:22-cv-06515-MWF-AGR; 2:22-cv-06515-MWF-ARG(x) (Internal Ref. No. 30640236)**

Dear Lawrence C. Hinkle II:

Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby agrees to produce documents via a secure file-transfer portal. You should receive instructions on how to access the portal via email. Please let us know if you do not receive the instructions. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) subscriber and recent login information for the Google account(s) ROXANNE@HIDDENEMPIREFILMGROUP.COM, DARRICK@HIDDENEMPIREFILMGROUP.COM, OFFICE@HIDDENEMPIREFILMGROUP.COM.

Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (30640236) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Jordan Zuccarello
Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

**Hash Values for Production Files (Internal Ref. No. 30640236)**

darrick@hiddenempirefilmgroup.com.245600025727.GoogleAccount.SubscriberInfo_001.zip:

MD5- dd2aa10876a6e475b5f3b921a465e591
SHA512-
b58e917f22180e6e5f351a8b96049956e11286db823c0cec427bec94ee533a7477185b24083ac6c984e157b
468a223e90289b1582ccdcc86dd622bd6356fc031

office@hiddenempirefilmgroup.com.907229457364.GoogleAccount.SubscriberInfo_001.zip:

MD5- 30151db96279beeed494183b93cef0c5
SHA512-
198be25298bded5009437c1f2f733f8d67eb38b2ffc434e6460401dab4d730dff45a2ac523377133f7d22595
b061ee6c3ef71599fd2b3b5201fca249b965b6f0

roxanne@hiddenempirefilmgroup.com.159371507273.GoogleAccount.SubscriberInfo_001.zip:

MD5- f6d2a131b70fd75c2ae8149c776693f5
SHA512-
a036cdbef58e80234cb361871011e1cf7526950447aa52dee3bec277516eb7b0422389d8b5e6bb49141b76d
90553910481e7f47cfaee1404670254deff08c9bb

53.32



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I, Jordan Zuccarello, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated February 01, 2023 (Google LLC Internal Reference No. 30640236) in the matter of *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying 3 file(s) contain true and correct copies of records pertaining to the email address ROXANNE@HIDDENEMPIREFILMGROUP.COM, DARRICK@HIDDENEMPIREFILMGROUP.COM, OFFICE@HIDDENEMPIREFILMGROUP.COM ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 13, 2023

*Jordan Zuccarello*

Jordan Zuccarello, Custodian of Records for Google LLC

53.33

############# * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 245600025727
Name:
Given Name:
Family Name:
e-Mail: darrick@hiddenempirefilmgroup.com
Alternate e-Mails: darrick@hiddenempirefilmgroup.com.test-google-a.com, social@hiddenempirefilmgroup.com, info@hiddenempirefilmgroup.com, social@hiddenempirefilmgroup.com.test-google-a.com, info@hiddenempirefilmgroup.com.test-google-a.com, mtb@hiddenempirefilmgroup.com, supremacy@hiddenempirefilmgroup.com, traffik@hiddenempirefilmgroup.com, theintruder@hiddenempirefilmgroup.com, traffik@hiddenempirefilmgroup.com.test-google-a.com, theintruder@hiddenempirefilmgroup.com.test-google-a.com, supremacy@hiddenempirefilmgroup.com.test-google-a.com, mtb@hiddenempirefilmgroup.com.test-google-a.com, darrick@traffik.movie, info@traffik.movie, mtb@traffik.movie, social@traffik.movie, supremacy@traffik.movie, theintruder@traffik.movie, traffik@traffik.movie, fear@hiddenempirefilmgroup.com, fear@hiddenempirefilmgroup.com.test-google-a.com, fear@traffik.movie, admin@hiddenempirefilmgroup.com, admin@hiddenempirefilmgroup.com.test-google-a.com, admin@traffik.movie

Created on: 2017-10-18 14:59:04 Z
Terms of Service IP:
Terms of Service Language:
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): - -, -

Services: Google Ads, Gmail, Google Payments, Google Hangouts, Google Search Console, Google Calendar, Google Docs, Google Subscribed Links, Dasher Policy, Google Developers Console, Google Services, Google Apps Administrator Control Panel, Ga Plus, Developer Consoles, Google Drive, Google Sites, Contacts, Pikeplace User, Google Keep, Jamboard Web and Mobile Apps, Dynamite, Google Chrome Sync, Classroom, Google Tasks Service, Apps Script, Topaz, Google Voice, Has Madison Account, Android, Meet, Course Kit, Google Vault, Tasks In Tingle, YouTube
Unregistered Services: Google Groups, Strongauth Required

Deletion Date: 2022-10-10 19:31:02 Z
Deletion IP:

End of Service Date: 2022-10-10 19:31:02 Z

Status: Deleted
Last Updated Date:
Last Logins:

## ACCOUNT RECOVERY

Contact e-Mail: darrick@hiddenempirefilmgroup.com
Recovery e-Mail:
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers:
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|-----------|-----------|---------------|------------|----------------|-----------------|

| 2022-10-06 20:58:53 Z | 2603:8000:df00:988f:ec89:7dd9:541:58a7 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
|---|---|---|---|---|---|
| 2022-10-06 17:21:13 Z | 192.145.119.93 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-10-05 15:49:30 Z | 2603:8000:df00:988f:7c01:605e:9ece:4330 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-10-05 15:48:23 Z | 2603:8000:df00:988f:7c01:605e:9ece:4330 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-10-05 00:14:06 Z | 192.145.119.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-10-05 00:12:46 Z | 192.145.119.98 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-10-04 16:19:47 Z | 2603:8000:df00:988f:aa:83ef:68e6:8d27 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-10-04 16:19:47 Z | 2603:8000:df00:988f:aa:83ef:68e6:8d27 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-10-04 04:50:47 Z | 2603:8000:df00:988f:8919:bfe:12b7:125a | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-30 14:22:43 Z | 2603:8000:df00:988f:fc59:cbe5:c9ce:bd87 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-30 03:22:06 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-30 03:22:00 Z | 108.185.96.98 | Login | | | com.google.Gmail/6.0.220904 iSL/3.4 iPhone/16.0.2 hw/iPhone15_2 (gzip),gzip(gfe) |

53.35

| | | | | | |
|---|---|---|---|---|---|
| 2022-09-30 03:20:43 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-29 19:44:04 Z | 2603:8000:df00:988f:fc59:cbe5:c9ce:bd87 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-29 19:32:29 Z | 2603:8000:df00:988f:fc59:cbe5:c9ce:bd87 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-28 14:12:32 Z | 2603:8000:df00:988f:3123:fead:d26b:ca7d | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-24 18:12:34 Z | 2603:8000:df00:988f:f5f0:3c06:733d:ca53 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:105.0) Gecko/20100101 Firefox/105.0,gzip(gfe) |
| 2022-09-20 20:34:10 Z | 2603:8000:df00:988f:4c34:7336:9482:346 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 16_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/105.0.5195.147 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-18 08:48:28 Z | 2603:8000:df00:988f:6daf:6baf:6436:b394 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 16_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/105.0.5195.129 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-17 21:51:02 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 16_0_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.0 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-17 21:50:50 Z | 108.185.96.98 | Login | | | com.google.Gmail/6.0.220821 iSL/3.4 iPhone/16.0.1 hw/iPhone15_2 (gzip),gzip(gfe) |
| 2022-09-17 21:22:41 Z | 108.185.96.98 | Login | | 322E62D7-0895-489B-A548-E63CE0F2949A | Mozilla/5.0 (iPhone; CPU iPhone OS 16_0_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.0 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-15 16:18:00 Z | 2603:8000:df00:988f:6ce9:c02d:d149:a609 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |

| | | | | |
|---|---|---|---|---|
| 2022-09-14 04:43:37 Z | 2607:fb90:bd88:74d5:89a7:68e5:47c8:9b5a | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 16_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/105.0.5195.129 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-13 16:55:22 Z | 2603:8000:df00:988f:1480:f8c5:de29:7c23 | Login | 60A19DD3-AECB-4B9B-9AD1-B629C88564EE | Mozilla/5.0 (iPhone; CPU iPhone OS 16_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.0 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-13 00:08:05 Z | 2603:8000:df00:988f:9d38:cba1:ad95:ed1b | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-09-12 01:47:11 Z | 108.185.96.98 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-10 08:04:17 Z | 2603:8000:df00:988f:6dc4:6a0c:9077:5bc7 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/105.0.5195.100 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-10 07:58:46 Z | 2603:8000:df00:988f:6dc4:6a0c:9077:5bc7 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/105.0.5195.100 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-09-07 00:34:09 Z | 185.216.74.9 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-09-06 18:05:01 Z | 185.216.74.9 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-09-06 17:31:06 Z | 192.145.119.150 | Login | | Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 10.0; WOW64; Trident/7.0; Microsoft Outlook 16.0.15427),gzip(gfe) |
| 2022-09-06 15:39:36 Z | 181.214.196.44 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) |

53.37

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Chrome/105.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-09-06 15:37:56 Z | 181.214.196.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-09-06 15:37:52 Z | 2603:8000:df00:988f:9c35:d21:3da9:f803 | Login | | | com.google.Gmail/6.0.220807 iSL/3.4 iPhone/15.6.1 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-09-06 15:35:44 Z | 181.214.196.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-09-06 15:34:15 Z | 181.214.196.44 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-09-01 18:24:11 Z | 181.214.196.45 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-31 20:28:03 Z | 2603:8000:df00:988f:d062:7bdb:3f5e:3df4 | Login | | | Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 10.0; Win64; x64; Trident/7.0; Microsoft Outlook 16.0.15427),gzip(gfe) |
| 2022-08-31 20:27:50 Z | 2603:8000:df00:988f:55e7:f536:feb3:dae6 | Login | | | com.google.Gmail/6.0.220807 iSL/3.4 iPhone/15.6.1 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-08-31 16:46:01 Z | 2603:8000:df00:988f:d062:7bdb:3f5e:3df4 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-31 15:23:06 Z | 2603:8000:df00:988f:d062:7bdb:3f5e:3df4 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-30 22:27:19 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/104.0.5112.99 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-08-30 19:30:08 Z | 192.145.119.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-30 19:19:28 Z | 192.145.119.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) |

| | | | | | Gecko/20100101 Firefox/104.0,gzip(gfe) |
|---|---|---|---|---|---|
| 2022-08-30 18:18:45 Z | 192.145.119.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-30 18:14:34 Z | 192.145.119.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-30 18:01:40 Z | 192.145.119.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:104.0) Gecko/20100101 Firefox/104.0,gzip(gfe) |
| 2022-08-30 18:01:37 Z | 108.185.96.98 | Login | | | com.google.Gmail/6.0.220807 iSL/3.4 iPhone/15.6.1 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-08-24 17:24:27 Z | 2603:8000:df00:988f:3db8:f7af:4445:5209 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-21 16:50:45 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-21 16:49:45 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 10.0; WOW64; Trident/7.0; Microsoft Outlook 16.0.15427),gzip(gfe) |
| 2022-08-21 16:49:36 Z | 108.185.96.98 | Login | | | com.google.Gmail/6.0.220801 iSL/3.4 iPhone/15.6.1 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-08-20 23:37:53 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-20 23:36:20 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-20 23:33:59 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-20 23:33:40 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-08-20 21:43:06 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-20 21:36:51 Z | 192.145.119.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-18 17:35:19 Z | 2607:fb90:4c20:ddd2:384c:85c:8204:594f | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/104.0.5112.99 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-08-17 00:29:34 Z | 76.167.147.254 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-16 23:12:38 Z | 76.167.147.254 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-16 16:53:41 Z | 76.167.147.254 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-16 16:53:37 Z | 2603:8000:df00:988f:c9d6:8072:546e:ea11 | Login | | | com.google.Gmail/6.0.220801 iSL/3.4 iPhone/15.6 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-08-15 17:30:13 Z | 172.241.224.35 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-15 07:06:02 Z | 2603:8000:df00:988f:ec81:d476:27ad:13b1 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/104.0.5112.88 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-08-13 14:37:58 Z | 76.93.225.102 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.5 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-08-12 15:08:30 Z | 2603:8000:df00:988f:a032:e1e9:75c2:19d4 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-08-11 18:19:06 Z | 2603:8000:df00:988f:a032:e1e9:75c2:19d4 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-11 04:35:33 Z | 2603:8000:df00:988f:a442:5482:1f07:71be | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-10 17:23:34 Z | 2607:fb90:2843:9c59:866:8658:7be4:f3b4 | Login | | 60A19DD3-AECB-4B9B-9AD1-B629C88564EE | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-08-10 17:23:23 Z | 2607:fb90:2843:9c59:866:8658:7be4:f3b4 | Login | | | com.google.Gmail/6.0.220801 iSL/3.4 iPhone/15.6 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-08-10 16:27:51 Z | 172.241.224.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-10 14:19:24 Z | 172.241.224.54 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-10 02:30:02 Z | 172.241.224.55 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-09 21:00:27 Z | 2603:8000:df00:988f:f1b3:2443:fcf6:875e | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-07 18:30:32 Z | 2603:8000:df00:988f:c0ba:bd89:f39b:5047 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-05 18:13:05 Z | 76.93.225.102 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-03 14:53:53 Z | 209.58.146.136 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-02 21:19:42 Z | 209.58.146.137 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-02 19:54:09 Z | 209.58.146.137 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) |

| Date/Time | IP Address | Action | | | User Agent |
|---|---|---|---|---|---|
| | | | | | Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-02 17:48:15 Z | 209.58.146.137 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-08-02 16:38:53 Z | 76.93.225.102 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:103.0) Gecko/20100101 Firefox/103.0,gzip(gfe) |
| 2022-07-18 19:28:43 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:102.0) Gecko/20100101 Firefox/102.0,gzip(gfe) |
| 2022-07-15 21:56:49 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:102.0) Gecko/20100101 Firefox/102.0,gzip(gfe) |
| 2022-07-13 20:53:25 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:102.0) Gecko/20100101 Firefox/102.0,gzip(gfe) |
| 2022-07-12 23:06:08 Z | 2603:8000:df00:988f:6c0a:c33c:def8:715a | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:102.0) Gecko/20100101 Firefox/102.0,gzip(gfe) |
| 2022-07-12 03:39:07 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-07-11 23:31:51 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-07-11 21:33:30 Z | 108.185.96.98 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-07-11 19:06:45 Z | 2603:8000:df00:988f:6c0a:c33c:def8:715a | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:102.0) Gecko/20100101 Firefox/102.0,gzip(gfe) |
| 2022-07-10 11:06:12 Z | 2603:8000:df00:988f:1c09:ff02:8d2c:15d2 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:102.0) Gecko/20100101 Firefox/102.0,gzip(gfe) |
| 2022-06-24 16:40:59 Z | 2603:8000:df00:988f:100b:2a4d:13e3:bc16 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-06-11 02:38:03 Z | 2603:8000:df00:988f:d4f5:37b1:987c:9068 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS |

53.42

| | | | | | |
|---|---|---|---|---|---|
| | | | | | X) AppleWebKit/605.1.15 (KHTML, like Gecko) FxiOS/101.0 Mobile/15E148 Safari/605.1.15,gzip(gfe) |
| 2022-06-11 02:38:00 Z | 2603:8000:df00:988f:d4f5:37b1:987c:9068 | Login | | | com.google.Gmail/6.0.220516 iSL/3.4 iPhone/15.5 hw/iPhone13_3 (gzip),gzip(gfe) |
| 2022-06-10 14:41:55 Z | 2603:8000:df00:988f:a42b:ccc6:2841:cc4 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-06-08 21:14:29 Z | 2607:fb90:8f21:c213:f40d:58d3:8d45:e286 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/102.0.5005.87 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-06-05 08:39:11 Z | 76.93.225.102 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/102.0.5005.87 Mobile/15E148 Safari/604.1,gzip(gfe) |

## MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############## * **Google Confidential and Proprietary** * ##############

```
Enterprise Account Information.json
{
  "registration_information": {
    "customer_id": "59255770",
    "domain_name": "hiddenempirefilmgroup.com",
    "declared_country": "US",
    "primary_admin_email": "darrick@hiddenempirefilmgroup.com",
    "secondary_email_address": "darrick.aone@gmail.com",
    "user_cap": 1,
    "user_count": 0,
    "using_services_allowed": false,
    "is_reseller": false,
    "time_created": "2017-10-18 14:58:59 UTC"
  },
  "services": [{
    "name": "AppSheet",
    "status": "On for everyone"
  }, {
    "name": "Blogger",
    "status": "Off for everyone"
  }, {
    "name": "Calendar",
    "status": "Off for everyone"
  }, {
    "name": "Campaign Manager",
    "status": "Off for everyone"
  }, {
    "name": "Chrome Canvas",
    "status": "On for everyone"
  }, {
    "name": "Chrome Management",
    "status": "On for everyone"
  }, {
    "name": "Chrome Remote Desktop",
    "status": "On for everyone"
  }, {
    "name": "Chrome Web Store",
    "status": "Off for everyone"
  }, {
    "name": "Client-side encryption",
    "status": "On for everyone"
  }, {
    "name": "Contacts",
    "status": "Off for everyone"
  }, {
```

```
    "name": "Currents",
    "status": "Off for everyone"
}, {
    "name": "Directory settings",
    "status": "On for everyone"
}, {
    "name": "Drive and Docs",
    "status": "Off for everyone"
}, {
    "name": "Experimental Apps",
    "status": "On for everyone"
}, {
    "name": "FeedBurner",
    "status": "Off for everyone"
}, {
    "name": "Fusion Tables - experimental",
    "status": "Off for everyone"
}, {
    "name": "Gmail",
    "status": "Off for everyone"
}, {
    "name": "Google Ad Manager",
    "status": "Off for everyone"
}, {
    "name": "Google Ads",
    "status": "Off for everyone"
}, {
    "name": "Google AdSense",
    "status": "Off for everyone"
}, {
    "name": "Google Alerts",
    "status": "Off for everyone"
}, {
    "name": "Google Analytics",
    "status": "Off for everyone"
}, {
    "name": "Google Bookmarks",
    "status": "Off for everyone"
}, {
    "name": "Google Books",
    "status": "Off for everyone"
}, {
    "name": "Google Chrome Sync",
    "status": "Off for everyone"
}, {
```

**53.45**

```json
    "name": "Google Cloud Platform",
    "status": "Off for everyone"
}, {
    "name": "Google Cloud Print",
    "status": "On for everyone"
}, {
    "name": "Google Custom Search",
    "status": "Off for everyone"
}, {
    "name": "Google Data Studio",
    "status": "On for everyone"
}, {
    "name": "Google Domains",
    "status": "On for everyone"
}, {
    "name": "Google Earth",
    "status": "On for everyone"
}, {
    "name": "Google Fi",
    "status": "Off for everyone"
}, {
    "name": "Google Groups",
    "status": "Off for everyone"
}, {
    "name": "Google Hangouts",
    "status": "Off for everyone"
}, {
    "name": "Google Maps",
    "status": "Off for everyone"
}, {
    "name": "Google My Business",
    "status": "On for everyone"
}, {
    "name": "Google My Maps",
    "status": "On for everyone"
}, {
    "name": "Google Pay",
    "status": "On for everyone"
}, {
    "name": "Google Photos",
    "status": "Off for everyone"
}, {
    "name": "Google Play",
    "status": "On for everyone"
}, {
```

```
    "name": "Google Play Console",
    "status": "Off for everyone"
}, {
    "name": "Google Public Data",
    "status": "Off for everyone"
}, {
    "name": "Google Search Console",
    "status": "On for everyone"
}, {
    "name": "Google Takeout",
    "status": "Off for everyone"
}, {
    "name": "Google Translator Toolkit",
    "status": "Off for everyone"
}, {
    "name": "Google Trips",
    "status": "On for everyone"
}, {
    "name": "Google Voice",
    "status": "On for everyone"
}, {
    "name": "Groups for Business",
    "status": "Off for everyone"
}, {
    "name": "Idaas Logo",
    "status": "On for everyone"
}, {
    "name": "Individual storage",
    "status": "Off for everyone"
}, {
    "name": "Location History",
    "status": "Off for everyone"
}, {
    "name": "Managed Google Play",
    "status": "On for everyone"
}, {
    "name": "Material Gallery",
    "status": "Off for everyone"
}, {
    "name": "Merchant Center",
    "status": "Off for everyone"
}, {
    "name": "Partner Dash",
    "status": "Off for everyone"
}, {
```

53.47

```
      "name": "Play Books Partner Center",
      "status": "Off for everyone"
    }, {
      "name": "Read Along",
      "status": "Off for everyone"
    }, {
      "name": "Scholar Profiles",
      "status": "Off for everyone"
    }, {
      "name": "Search Ads 360",
      "status": "Off for everyone"
    }, {
      "name": "Search And Assistant",
      "status": "On for everyone"
    }, {
      "name": "Sharing",
      "status": "On for everyone"
    }, {
      "name": "Shopping Transactions",
      "status": "On for everyone"
    }, {
      "name": "Sites",
      "status": "Off for everyone"
    }, {
      "name": "Studio",
      "status": "Off for everyone"
    }, {
      "name": "Tour Creator",
      "status": "Off for everyone"
    }, {
      "name": "Web and App Activity",
      "status": "Off for everyone"
    }, {
      "name": "YouTube",
      "status": "On for everyone"
    }],
    "resold_information": {
      "bill_to_customer_id": "NA (Not a resold customer)"
    }
}
```

53.48

INTRODUCTION
============

This README file contains an explanation of the produced data. Each filename
includes the Twitter account's unique identification number ("accountID").

To view a file, double click on it. You may need to select a text editing, word
processing program, or browser to open the files (i.e., Notepad, Word, or Chrome).
In a text editor or word processor, you may need to turn on "word wrap" to view the
full contents of the file.

All of our records are maintained in UTC, which is the same as GMT for time zone
purposes. Any fields that are blank or any files that have no content between the
PGP header and signature block indicate that there are no responsive records for
this filetype.

For more information, see our Guidelines for Law Enforcement: https://t.co/le

If you have additional questions that are not answered in our Guidelines for Law
Enforcement, please reply directly to the production email you received. If you are
unable to reply directly to the production email, please submit your inquiry via
Twitter's web form (https://support.twitter.com/forms/lawenforcement) and include
your Twitter case number from the subject line of the production email.


CONTENTS
========
This archive contains:

        /account-creation-ip.txt: IP address used when the account was created.
        /account.txt: Basic account information.
        /ip-audit.txt: IP addresses associated with user authentications to
Twitter.
        /phone-number.txt: Phone number currently associated with the account if a
phone number has been provided.


DETAILED DOCUMENTATION
======================
This section documents the data in each file in more detail.

account-creation-ip.txt
-----------------------
IP address used when the account was created.
* accountId: Unique identifier for the account.
* userCreationIp: IP address at account creation.

account.txt
-----------
Basic account information.

**56.1**

* email: Email address currently associated with the account if an email address
has been provided.
* createdVia: Client application used when the account was created. For example:
"web" if the  account was created from a browser.
* username: The account's current @username. Note that the @username may change but
the account ID will remain the same for the lifetime of the account.
* accountId: Unique identifier for the account.
* createdAt: Date and time when the account was created.
* accountDisplayName: The account's name as currently displayed on the profile.
Note that the display name may change but the account ID will remain the same for
the lifetime of the account.

ip-audit.txt
------------
IP addresses associated with user authentications to Twitter. Please note that
available IP logs correlate with user authentications to Twitter (i.e., sessions),
and not to individual Tweet postings.
* accountId: Unique identifier for the account.
* createdAt: Date and time of a session associated with the account.
* loginIp: IP address associated with the session.

phone-number.txt
----------------
* phoneNumber: Phone number currently associated with the account if a phone number
has been provided.

```
-----BEGIN PGP PUBLIC KEY BLOCK-----
Comment: GPGTools - https://gpgtools.org

mQENBFdxlzgBCAC7+hH+wGWfl419NRjag+1Dc8ZDA8hMCwDZUxgb26zFBEnVY/1B
7d9j5BAhMIjWj2Bf3sVuI0qm88zTCpAa6XH89l4gVatzyRC/dFB22wnXw8PN9taW
rLcYRLRk3Gd0m37niuyjR7+bGjT/NQJj1xtvTrrP6SXZGjAxAaqNqF1h1xmt/xrO
3O+Hc0BHSmuDJkGLmd2fxou5YT94dWWo/t3VNodu/DW6P0wrmyHrgso9Wn6uN7JA
HbEvP0Tkloe7xLmkw+BNM6wITOxSI6BCnNDrH277eXcOkmmZPA69Yia8/Z2yvtSX
ZSxrE739PlerulL6qDBDLgLUEZ2xTsJUKzWjABEBAAG06FR3aXR0ZXIgU2VjdXJp
dHkgT3BlcmF0aW9ucyAoVGhpcyBpcyB0aGUgR1BHIEtleSBmb3IgdGhlIGVtYWls
IGFsaWFzIHN1Y3VyaXR5QCBiZWluZzyByZW5ld3d2VkIGZvciBTRUNVUk1UWS0yMzE4
Ny4gVGhpcyBrZXkgaXMgcHJbdWFyaWx5IHVzZWQgdG8gc2lnbibkBkYXRhIHRoYXQg
aXMgdHJhbnNtaXR0ZWQgYnkgQWdlbnQtVG9vbHHMsIFppccGJpcmQgYW5uZCBaaWXBi
b3gpIDxzZWN1cml0eUB0d2l0dGVyLmNvbT6JAT0EEwEKACcFAldxlzgCGwMFCRLM
AwAFCwkIBwMFFQoJCAsFFgIDAQAChgECF4AACgkQccn4C4ZE/PO5mgf+N/gS0Jgb
n6iT1MTYWuHehH+jZISLbMiV62iLo74AkXFubI0S8+s2ilEFO6fEWC+WykljRQ11
SFeMm4EzufB9tlXZ7ZBNAE33NuIxC/qD2YmQHlaf9fw7fsQ4w0D6L/PZcMJ6Cfyx
R3QgDLU6OOxbbzk++Cm68qyNZqFd/EsRCqV202U88Ib8GAtwF0iFpP0hoNqZFVFD
CcoYY+G0mwO7pUUhpTqnSxsUjro3x7T9Uh9W7sQUg9FlhYv8icgm3a7FGbpcUMac
n//PXbVG+V1XCgPxK4O8ChMEKZF35CECIfYHNLBOi+DEcOGxPYik1mqxdmZMjbbB
55DCQ0LHxYkG5LkBDQRXcZc4AQgA2SFPDBIzUlYZ8ukoELzWhtu7w5ZwS27wvsH+
uEBNqh+CJ+O2Q8n0wSfGC881xOPgUZyHFYCfZ1KrJTk/TOGlNwChNdQRcF7BO7x2
6NhXNLUPPrxqSaw7cwGzd43DRrrdu6V/DQKajMQAw1Y4kpw0oGUoo9l7NNUpomWy
c8KI/30cmbCg0lOUmFSww9MX2H6KJMWpbimv0fHtBP2O6y2DtXRS4a26F46sVN0v
7fkKwyCpRP7c1VJMg543nRQnMbgcjYU13ry2Vuuq8pxYSlV+RPNsbz5NAR5Ch7xW
ujNg9AoFjDIn3rOJvotRsxwAyFE7y29ANC5mnHfH+8qgMgThJQARAQABiQElBBgB
CgAPBQJXcZc4AhsMBQkSzAMAAAoJEHHJ+AuGRPzzDBgIAJRt6j1w4vy6jZ34ms3v
8P7IZxbITFQxM8I89V+Ncd5UmoZm78pBSqqxJlbflwGdUB3xN+D6RuR0w4ExWGit
Nn8/qCjuzDDOfCuEQRn26+J5o7ogXYOWqZTiM9F/d7HBzly8qjNRTC6wRMFN80xv
LphPbvydte23GfB0jqHJjagHYvOFEnxDEv4RCad1CP7RH+/yJTy9yPdmq8+5zn4U
JWTZUQoHmhzxhsNVAolAF4o2uU+mP9zwEEqCD0guGi532FWbrv8Dq9d1xe477GnA
tLGsdC8uA031SKsPmfkuRsHX1novD1Jf+lRFoS5mqh6o+2J8JipQd+op4RPJe9ig
Luw=
=Q9RY
-----END PGP PUBLIC KEY BLOCK-----
```

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

```
[
  {
    "account" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T00:41:10.121Z",
      "email" : "jacky.jasper@gmail.com",
      "createdVia" : "oauth:3033300",
      "username" : "hiddenempirefg",
      "accountDisplayName" : "hiddenempirefg"
    }
  }
]
```
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHl
IGJlaW5nIHJlbWV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGl0ZSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRvY3VtZW50c2cyCkfFuc21pdHRlZCBi
eSBBBZ2VudC1Ub29ycgcywgWmlwYm5zmly2CBhbm5m5kIFppcGGJveCckgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT882slB/9rlu+gDrQ8N8WPtrx8JGch5Gr+uN5f
HaGvIA69FLjDheS2GWhMbvPE1mjXTzaaCxTTqmO6cs1Zuac4MKxGqDWbWgEySMsn
zZXkMhi0KvpikaCEXN8a58bWHKHm3i64g0tY73RhtOtdUOLdQtyisHMN2y+Nvl2l
DvB3G02+3Mh0Po/JaViW+U4OsQ7jHuHrwU1fPTaqZCgJrATdeGXA2WLiD76+Tekg
/37qEVwpvnHGP6RTgAbRdrKix2YyWiPTVWkhkIzXPckHn8HMnGoSoUCcKHNZzUAk
8GCU4U6BGW9L7/70AT2GviIUbGRZ829lSy/zYrVztPQK7/y03+1tM/GW
=NyAX
-----END PGP SIGNATURE-----

**56.4**

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "accountCreationIp" : {
      "accountId" : "1613335181120933888",
      "userCreationIp" : "64.44.80.108"
    }
  }
]
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5zIIHJlbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduduIGRhdGEgdGhhdCBpcyBoFuc21pdHRlZCBi
eSBBZZ2VudC1Ub29scywgWmlwZCBhbm5skIFppcGGJveCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT88+EuB/0TKiA/tclKEuYYoCZBfoK/UyPIqJ4A
UZBgnXjE5lcCX4DUlBgxDhp5s2AOMn3fR72PhhVWh2gq4kUSnvEmz/ktjvFRYFNe
cY/aDaMy4B8Qpm6BL7e3HdX8pJn73p/A4zh6Toh7sfFh5xtkEuZ8b3sz0lJ1T3QJ
03A1UnEU+vrZYYneRT3iSStMdbVMWdz38Zgm/ZJIGpdTRE8mLl/9ICd+dtLf6Y//
BKxSs3yJ60wNnQJk0GtSmNGZY35HWooBxcFQrJLch7WVCJxMRefmuY8D0xON6EnM
B/MlOu67B4WMdAAfG60caXo9wKXUwG4YnYKLU0fBMCkuEB6sfQBLen7y
=7gah
-----END PGP SIGNATURE-----

**56.5**

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T19:09:06.000Z",
      "loginIp" : "76.167.147.254"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:49.000Z",
      "loginIp" : "10.223.107.2"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:46.000Z",
      "loginIp" : "10.223.105.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:33.000Z",
      "loginIp" : "10.223.104.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:24:30.000Z",
      "loginIp" : "10.223.105.2"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:23:35.000Z",
      "loginIp" : "10.223.106.1"
    }
  },
  {
    "ipAudit" : {
      "accountId" : "1613335181120933888",
      "createdAt" : "2023-01-12T15:23:26.000Z",
```

56.6

```
          "loginIp" : "10.223.107.1"
      }
    },
    {
      "ipAudit" : {
        "accountId" : "1613335181120933888",
        "createdAt" : "2023-01-12T15:22:41.000Z",
        "loginIp" : "10.223.106.2"
      }
    },
    {
      "ipAudit" : {
        "accountId" : "1613335181120933888",
        "createdAt" : "2023-01-12T15:21:08.000Z",
        "loginIp" : "10.223.104.2"
      }
    },
    {
      "ipAudit" : {
        "accountId" : "1613335181120933888",
        "createdAt" : "2023-01-12T01:54:10.000Z",
        "loginIp" : "64.44.80.108"
      }
    }
]
```

-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHHUEcgS2V5IGZvciB0aGUgUgZW1haWwgWwxpYXMgc2VjdXJpdHlA
IGJlaW5zIHJlbbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGUgIIZGtleSBSpcyBw
cmltYXJppbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBBcyByB0cmBfuc21pdHRlZCBi
eSBBZZ2VudC1Ub29sIGOscywwgWmlwYmyZCBhbm5kIFFppcCGJveCkgPHHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT88+ZmB/0VQwF5tMmiPaMCcJvVfRFA8wkpt/Eq
/3780j6LhsCCwvGh4DPp8e8lZSpZko31BEW+mSlzQxZvrLZwCcgcKDL77KfStz25
jNvHYD58NMYCiFezmyvWCq7+6YrNlH2O7a+qOcyF1yplZ3CliY05Vp38+z0qBmcZ
RDfeG7iJHTLiF4OOukYdA9D/lnFPfcngfQlm3UKnXZ1lMqRROgBJq3UZmrA1vqH1
I0ZZqWHTTvTqWzsmFygVPAplIkriBTURsMYH9WmtAizXr+c00pvR/PVn5sBLwwiR
4iz8/KJIl5Yz8yPar41fkGiidQKc9X20w4Dtbul0YNKtppw5EquF1Fhi
=WEYK
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

[
  {
    "device" : {
      "phoneNumber" : "+16262674354"
    }
  }
]
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69
```

```
iQIHBAEBCgDxBQJj987qwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbyBkgdXNlZCB0byBzaWduIGRhdGEgEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBB2VudC1Ub29scywgWmlwYmlyYmhsZCBhbmbkIFppcCCJveCkgPHN1Y3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT888cbB/9Ol2Cf7g4z+wsuDr//FC+ifENEdM8C
Y0Wc1IH9Lwb7rvq792LLIWOXO4bNvkPp6izk0X3aNKo0ZnYmsrdzJnNrk6IwuHhY
wRWByS6D49Z4d/K8OjcBQr+7rLn7gb9lDblgZqas8wpbpV5/+5hk0u3s3IMskZDy
3xQnfCnznFbu8lfD5CA6/1YjkpN2YL9iur2w9iHmzdeOCjlxnTYVyEfh5D8thhPJ
HLeTDocV24lT/3VTZ3jzmMTvI7uR3CUggSIJQ3rnnKg++QceO6mZ+BDgpF12xNIj
wbuD8ScSmhPf/H1reNqFM12hZF0M/zRqBnBWOMEWI7A1LMgjjTwWlG4m
=WfJE
```

```
-----END PGP SIGNATURE-----
```

**56.8**

## DECLARATION OF JOLIE PERLA

I, Jolie Perla, hereby declare as follows:

     1.    I am a member of the legal department at X Corp., and work on responding to information requests made via legal process. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge and/or information to which I have access.

     2.    On April 24, 2023, non-party X Corp. was served with a subpoena from the Plaintiffs in the above-captioned action ("Subpoena"). The Subpoena requested certain information regarding an account on the X platform with username @darrickdidit. I have checked X Corp.'s records, which reflect that account was erased on November 4, 2022.

     I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

     Executed on September 9/21/2023 ___, 2023 in San Francisco, California.

DocuSigned by:

_Jolie Perla_

E0750F143F8848F...

Jolie Perla

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS OF REGULARLY
CONDUCTED ACTIVITY

I, Marcella Barreto, certify and declare as follows:

1.     I work for X Corp., and am located in San Francisco, California.  I am a duly authorized custodian of records for X Corp., and am qualified to certify X Corp.'s domestic records of regularly conducted activity.

2.     On March 23, 2023, X Corp. produced a true and correct copy of records regarding the account @hiddenempirefg in response to the subpoena issued to it (then, Twitter, Inc.), dated February 1, 2023, in the case of *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*, No. 2:22-cv-06515-MWF-ARG(x), pending in the United States District Court for the Central District of California.

3.     The records produced on March 23, 2023 were made and kept by the automated systems of X Corp. in the course of regularly conducted activity as a regular practice of X Corp.

I declare under penalty of perjury under the laws of the State of California that the foregoing certification is true and correct to the best of my knowledge.

Executed on January 22, 2024, at San Francisco, California.

DocuSigned by:

*Marcella Barreto*

F00C6021B23D40F...

Marcella Barreto

56.10

| From: | Namecheap Legal <legal@namecheap.com> |
|---|---|
| Sent: | Tuesday, November 15, 2022 6:22 PM |
| To: | Precise Subpoena Service |
| Cc: | legal@namecheap.com |
| Subject: | Re: US01095-02 - HIDDEN EMPIRE HOLDINGS, LLC ET AL. vs. DARRICK ANGELONE ET AL. |
| Attachments: | jackyjasper - Nov_07_2022.pdf; US01095-02 - Facility Copy.pdf |

Dear Ms. Obando,

Thank you for your follow up correspondence.

Please see the attached production materials pursuant to the subpoena submitted to Namecheap on 10/24/2022.

If you have any questions, please let us know.

Best regards,

Namecheap Legal . Namecheap, Inc . E legal@namecheap.com . W namecheap.com

On 11/15/22 1:25 PM, Precise Subpoena Service wrote:

> **CAUTION: This email originated from outside the organization. Do not click links unless you can confirm the sender and know the content is safe.**
> Good afternoon,
>
> I'm kindly following up to obtain an update regarding the subpoena request served on 10/24/2022 to 4600 E. Washington Street, Suite 305, Phoenix, AZ 85034 for the case referenced above. The records are **due this Friday, November 18, 2022**.
>
> Respectfully,
> **Ivania "Roxy" Obando | Manager**



**254 N. Lake Ave., #835 | Pasadena, CA 91101**
**Phone: (626) 314-2350 | Fax: (626) 270-4557**
**www.precisesubpoenaservice.com**

1

**58.1**

namecheap

## User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| 2104162<br>No | sean<br>merrick<br>jackyjasper@gmail.com | Reset | 3/19/2015 10:47:36 AM<br>174.34.158.158 | 4.3700<br>4.3700<br>0.0000 | Jacky Jasper Media<br>6533 Hollywood Blvd<br>Los Angeles, CA | +1.3233754644<br>NA<br>US, 90028 | 10/5/2021 2:13:16 AM<br>10/12/2022 7:33:50 PM<br>181.214.196.38 |

Exported on Nov/07/2022

**58.2**

**Whois details for hiddenempire.media**

### Registrant Contact

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

### Administrative Contact

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

### Technical Contact

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

### Billing Contact

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.3**

namecheap

**Whois details for hiddenempire.org**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.4**

**Whois details for hiddenempire.productions**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

namecheap

**Whois details for hiddenempire.studio**

**Registrant Contact**

| | | | |
|---|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | | |
|---|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | | |
|---|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | | |
|---|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.6**

namecheap

**Whois details for hiddenempireentertainment.com**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.7**

namecheap

**Whois details for** hiddenempiremedia.group

**Registrant Contact**

| | | | | | |
|---|---|---|---|---|---|
| First Name: | sean | Last Name: | merrick | Organization: | Jacky Jasper Media |
| Street Address: | 6533 Hollywood Blvd | Address 2: | | Job Title: | CEO |
| City: | Los Angeles | State/Province, Zip/Postal Code: | CA, 90028 | Country: | United States |
| Email Address: | jackyjasper@gmail.com | Phone Number: | +1 3233754644 | Fax Number: | |

**Administrative Contact**

| | | | | | |
|---|---|---|---|---|---|
| First Name: | sean | Last Name: | merrick | Organization: | Jacky Jasper Media |
| Street Address: | 6533 Hollywood Blvd | Address 2: | | Job Title: | CEO |
| City: | Los Angeles | State/Province, Zip/Postal Code: | CA, 90028 | Country: | United States |
| Email Address: | jackyjasper@gmail.com | Phone Number: | +1 3233754644 | Fax Number: | |

**Technical Contact**

| | | | | | |
|---|---|---|---|---|---|
| First Name: | sean | Last Name: | merrick | Organization: | Jacky Jasper Media |
| Street Address: | 6533 Hollywood Blvd | Address 2: | | Job Title: | CEO |
| City: | Los Angeles | State/Province, Zip/Postal Code: | CA, 90028 | Country: | United States |
| Email Address: | jackyjasper@gmail.com | Phone Number: | +1 3233754644 | Fax Number: | |

**Billing Contact**

| | | | | | |
|---|---|---|---|---|---|
| First Name: | sean | Last Name: | merrick | Organization: | Jacky Jasper Media |
| Street Address: | 6533 Hollywood Blvd | Address 2: | | Job Title: | CEO |
| City: | Los Angeles | State/Province, Zip/Postal Code: | CA, 90028 | Country: | United States |
| Email Address: | jackyjasper@gmail.com | Phone Number: | +1 3233754644 | Fax Number: | |

Exported on Nov/07/2022

**58.8**

Case 2:22-cv-06651-MWF-AGR   Document 11-83-3   Filed 09/14/22   Page 9 of 11   Page ID
Page #:6237
Case 2:22-cv-06651-MWF-AGR   Document 11-87-3   Filed 09/14/22   Page 150 of 121   Page ID
#:16237

**Whois details for <mark>hiddenempiremediagroup.com</mark>**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.9**

**namecheap**

**Whois details for** <mark>hiddenempirereleasing.com</mark>

**Registrant Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: <mark>Jacky Jasper Media</mark> |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: <mark>jackyjasper@gmail.com</mark> | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.10**

**Whois details for hiddenempirestudios.com**

**Registrant Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: sean | Last Name: merrick | Organization: Jacky Jasper Media |
| Street Address: 6533 Hollywood Blvd | Address 2: | Job Title: CEO |
| City: Los Angeles | State/Province, Zip/Postal Code: CA, 90028 | Country: United States |
| Email Address: jackyjasper@gmail.com | Phone Number: +1 3233754644 | Fax Number: |

Exported on Nov/07/2022

**58.11**

namecheap

**Login History**

| Date | Success | Username | IP Address |
|------|---------|----------|------------|
| 9/22/2022 2:05:30 AM | True | jackyjasper | 76.167.147.254 |
| 9/22/2022 12:02:24 AM | True | jackyjasper | 76.167.147.254 |
| 9/21/2022 9:07:50 PM | True | jackyjasper | 76.167.147.254 |
| 9/16/2022 2:30:56 PM | True | jackyjasper | 50.117.77.90 |
| 9/16/2022 11:40:34 AM | True | jackyjasper | 50.117.77.90 |
| 8/18/2022 2:36:24 PM | True | jackyjasper | 23.230.46.39 |
| 8/17/2022 7:54:25 PM | True | jackyjasper | 76.93.225.102 |
| 8/17/2022 5:12:02 PM | True | jackyjasper | 76.93.225.102 |
| 8/17/2022 5:11:39 PM | True | jackyjasper | 76.93.225.102 |

Exported on Nov/07/2022

**58.12**

namecheap

## Domain List

| Domain ID | User ID | Expiration Creation Registration | CC Order ID CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse Reported | Domain Privacy | DNS Restriction | Domain Privacy Auto-Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| supremacy.movie 60966447 | jackyjasper 2104162 | 8/12/2023 5:48:10 PM 8/12/2022 1:48:14 PM 8/12/2022 5:48:10 PM | bf0cf86a-cc4b-41a8-86a8-a8bb0fe06217 ch_3LW1xrI2aKwfvOvn1OZGpJ00 | | | ✓ | | | ✓ | | |
| hiddenempirestudios.xyz 60711606 | jackyjasper 2104162 | 8/2/2023 2:14:32 PM 8/2/2022 10:14:40 AM 8/2/2022 2:14:32 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempirestudios.vip 60711619 | jackyjasper 2104162 | 8/2/2023 2:15:04 PM 8/2/2022 10:15:08 AM 8/2/2022 2:15:04 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | |
| hiddenempirestudios.us 60711615 | jackyjasper 2104162 | 8/2/2023 2:14:55 PM 8/2/2022 10:14:58 AM 8/2/2022 2:14:55 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | | | ✓ |
| hiddenempirestudios.pro 60711617 | jackyjasper 2104162 | 8/2/2023 2:14:58 PM 8/2/2022 10:15:02 AM 8/2/2022 2:14:58 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempirestudios.org 60711596 | jackyjasper 2104162 | 8/2/2023 2:14:22 PM 8/2/2022 10:14:25 AM 8/2/2022 2:14:22 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempirestudios.com 60667447 | jackyjasper 2104162 | 8/1/2023 4:16:28 PM 8/1/2022 12:16:32 PM 8/1/2022 4:16:28 PM | 24196a12-6360-4f7d-82a1-da39b2ec504e ch_3LS1HyI2aKwfvOvn1ceSsFDJ | | | ✓ | | | ✓ | | |
| hiddenempirestudios.biz 60711612 | jackyjasper 2104162 | 8/2/2023 2:14:49 PM 8/2/2022 10:14:54 AM 8/2/2022 2:14:49 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | |
| hiddenempirestudios.art 60711614 | jackyjasper 2104162 | 8/2/2023 2:14:49 PM 8/2/2022 10:14:57 AM 8/2/2022 2:14:49 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | |
| hiddenempirereleasing.com 52233380 | jackyjasper 2104162 | 8/6/2023 10:22:31 PM 8/6/2021 10:22:31 PM | 98865715 117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempireproductions.com 52233382 | jackyjasper 2104162 | 8/6/2023 10:22:36 PM 8/6/2021 6:22:39 PM 8/6/2021 10:22:36 PM | 98865715 117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempiremediagroup.org 60718931 | jackyjasper 2104162 | 8/2/2023 6:57:17 PM 8/2/2022 2:57:18 PM 8/2/2022 6:57:17 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | |
| hiddenempiremediagroup.com 52233379 | jackyjasper 2104162 | 8/6/2023 10:22:27 PM 8/6/2021 6:22:32 PM 8/6/2021 10:22:27 PM | 98865715 117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempiremediagroup.biz 60719178 | jackyjasper 2104162 | 8/2/2023 7:09:53 PM 8/2/2022 3:09:57 PM 8/2/2022 7:09:53 PM | 76a9a212-b9f6-4190-9346-0969195e0822 ch_3LSQTJI2aKwfvOvn1ALzX0IE | | | ✓ | | | ✓ | | |
| hiddenempiremedia.xyz 60718168 | jackyjasper 2104162 | 8/2/2023 6:13:02 PM 8/2/2022 2:13:09 PM 8/2/2022 6:13:02 PM | 1e497b3b-9052-4c0a-af89-8c55a7c31dd3 ch_3LSPaMI2aKwfvOvn0T6qUiVX | | | ✓ | | | ✓ | | ✓ |
| hiddenempiremedia.us 60718177 | jackyjasper 2104162 | 8/2/2023 6:13:19 PM 8/2/2022 2:13:22 PM 8/2/2022 6:13:19 PM | 1e497b3b-9052-4c0a-af89-8c55a7c31dd3 ch_3LSPaMI2aKwfvOvn0T6qUiVX | | | ✓ | | | | | |
| hiddenempiremedia.org 60718167 | jackyjasper 2104162 | 8/2/2023 6:13:05 PM 8/2/2022 2:13:07 PM 8/2/2022 6:13:05 PM | 1e497b3b-9052-4c0a-af89-8c55a7c31dd3 ch_3LSPaMI2aKwfvOvn0T6qUiVX | | | ✓ | | | ✓ | | |
| hiddenempiremedia.net 60719177 | jackyjasper 2104162 | 8/2/2023 7:09:53 PM 8/2/2022 3:09:57 PM 8/2/2022 7:09:53 PM | 76a9a212-b9f6-4190-9346-0969195e0822 ch_3LSQTJI2aKwfvOvn1ALzX0IE | | | ✓ | | | ✓ | | |
| hiddenempiremedia.io 60718165 | jackyjasper 2104162 | 8/2/2023 6:12:57 PM 8/2/2022 2:13:00 PM 8/2/2022 6:12:57 PM | 1e497b3b-9052-4c0a-af89-8c55a7c31dd3 ch_3LSPaMI2aKwfvOvn0T6qUiVX | | | ✓ | | | ✓ | | |
| hiddenempiremedia.group 52233387 | jackyjasper 2104162 | 8/6/2023 10:22:45 PM 8/6/2021 6:22:48 PM 8/6/2021 10:22:45 PM | 98865715 117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempiremedia.com 52233378 | jackyjasper 2104162 | 8/6/2023 10:22:25 PM 8/6/2021 6:22:29 PM 8/6/2021 10:22:25 PM | 98865715 117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempiremedia.biz 60718173 | jackyjasper 2104162 | 8/2/2023 6:13:15 PM 8/2/2022 2:13:18 PM 8/2/2022 6:13:15 PM | 1e497b3b-9052-4c0a-af89-8c55a7c31dd3 ch_3LSPaMI2aKwfvOvn0T6qUiVX | | | ✓ | | | ✓ | | |
| hiddenempirelabs.org 58141502 | jackyjasper 2104162 | 4/18/2023 7:27:07 AM 4/18/2022 3:27:09 AM 4/18/2022 7:27:07 AM | 3ad28e9a-4a76-4a04-a250-129815f48aad ch_3Kpoz2I2aKwfvOvn1MIZXGCg | | | ✓ | | | ✓ | | |
| hiddenempirelabs.net 58141501 | jackyjasper 2104162 | 4/18/2023 7:27:01 AM 4/18/2022 3:27:06 AM 4/18/2022 7:27:01 AM | 3ad28e9a-4a76-4a04-a250-129815f48aad ch_3Kpoz2I2aKwfvOvn1MIZXGCg | | | ✓ | | | ✓ | | |
| hiddenempirelabs.io 58141498 | jackyjasper 2104162 | 4/18/2023 7:26:58 AM 4/18/2022 3:27:01 AM 4/18/2022 7:26:58 AM | 3ad28e9a-4a76-4a04-a250-129815f48aad ch_3Kpoz2I2aKwfvOvn1MIZXGCg | | | ✓ | | | ✓ | | |
| hiddenempirelabs.com 58141499 | jackyjasper 2104162 | 4/18/2023 7:26:58 AM 4/18/2022 3:27:01 AM 4/18/2022 7:26:58 AM | 3ad28e9a-4a76-4a04-a250-129815f48aad ch_3Kpoz2I2aKwfvOvn1MIZXGCg | | | ✓ | | | ✓ | | |
| hiddenempireinnovationlab.net 58141558 | jackyjasper 2104162 | 4/18/2023 7:34:55 AM 4/18/2022 3:34:58 AM 4/18/2022 7:34:55 AM | a7f0caeb-95db-488a-b9a0-ad4771a79b30 ch_3Kpp6fI2aKwfvOvn1yLJB9XW | | | ✓ | | | ✓ | | |
| hiddenempireinnovationlab.io 58141557 | jackyjasper 2104162 | 4/18/2023 7:34:52 AM 4/18/2022 3:34:55 AM 4/18/2022 7:34:52 AM | a7f0caeb-95db-488a-b9a0-ad4771a79b30 ch_3Kpp6fI2aKwfvOvn1yLJB9XW | | | ✓ | | | ✓ | | |
| hiddenempireinnovationlab.com 58141555 | jackyjasper 2104162 | 4/18/2023 7:34:51 AM 4/18/2022 3:34:54 AM 4/18/2022 7:34:51 AM | a7f0caeb-95db-488a-b9a0-ad4771a79b30 ch_3Kpp6fI2aKwfvOvn1yLJB9XW | | | ✓ | | | ✓ | | |
| hiddenempiregroup.com 60676938 | jackyjasper 2104162 | 8/2/2023 12:16:18 AM 8/1/2022 8:16:24 PM 8/2/2022 12:16:18 AM | c8752721-c831-4f7d-bda7-b3c7c291683c ch_3LS8mOI2aKwfvOvn1hPc4fK2 | | | ✓ | | | ✓ | | |
| hiddenempirefilmsgroup.us 60717917 | jackyjasper 2104162 | 8/2/2023 5:59:36 PM 8/2/2022 1:59:40 PM 8/2/2022 5:59:36 PM | 5281afd9-661b-435e-b798-50878ea0703d ch_3LSPNEI2aKwfvOvn0Ft3Ifhx | | | ✓ | | | | | |
| hiddenempirefilmsgroup.studio 60717912 | jackyjasper 2104162 | 8/2/2023 5:59:24 PM 8/2/2022 1:59:27 PM 8/2/2022 5:59:24 PM | 5281afd9-661b-435e-b798-50878ea0703d ch_3LSPNEI2aKwfvOvn0Ft3Ifhx | | | ✓ | | | ✓ | | |
| hiddenempirefilmsgroup.org 60717915 | jackyjasper 2104162 | 8/2/2023 5:59:34 PM 8/2/2022 1:59:35 PM 8/2/2022 5:59:34 PM | 5281afd9-661b-435e-b798-50878ea0703d ch_3LSPNEI2aKwfvOvn0Ft3Ifhx | | | ✓ | | | ✓ | | |
| hiddenempirefilmsgroup.com 60717914 | jackyjasper 2104162 | 8/2/2023 5:59:29 PM 8/2/2022 1:59:33 PM 8/2/2022 5:59:29 PM | 5281afd9-661b-435e-b798-50878ea0703d ch_3LSPNEI2aKwfvOvn0Ft3Ifhx | | | ✓ | | | ✓ | | |
| hiddenempirefilmsgroup.c om 60717916 | jackyjasper 2104162 | 8/2/2023 5:59:32 PM 8/2/2022 1:59:35 PM 8/2/2022 5:59:32 PM | 5281afd9-661b-435e-b798-50878ea0703d ch_3LSPNEI2aKwfvOvn0Ft3Ifhx | | | ✓ | | | ✓ | | |

namecheap

| Domain ID | User ID | Expiration Creation Registration | CC Order ID CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse Reported | Domain Privacy | DNS Restriction | Domain Privacy Auto-Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| hiddenempirefilmgroup.xyz 60600640 | jackyjasper 2104162 | 7/29/2023 2:50:03 PM 7/29/2022 10:50:09 AM 7/29/2022 2:50:03 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.us 60600665 | jackyjasper 2104162 | 7/29/2023 2:50:46 PM 7/29/2022 10:50:49 AM 7/29/2022 2:50:46 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | | | |
| hiddenempirefilmgroup.site 60600668 | jackyjasper 2104162 | 7/29/2023 2:50:51 PM 7/29/2022 10:50:57 AM 7/29/2022 2:50:51 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.org 60600637 | jackyjasper 2104162 | 7/29/2023 2:50:01 PM 7/29/2022 10:50:02 AM 7/29/2022 2:50:01 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.online 60717913 | jackyjasper 2104162 | 8/2/2023 5:59:25 PM 8/2/2022 1:59:31 PM 8/2/2022 5:59:25 PM | 5281afd9-661b-435e-b798-50878ea0703d ch_3LSPNEI2aKwfvOvn0Ft3IfhX | | | ✓ | | | ✓ | | |
| hiddenempirefilmgroup.live 60600654 | jackyjasper 2104162 | 7/29/2023 2:50:34 PM 7/29/2022 10:50:37 AM 7/29/2022 2:50:34 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.io 60600655 | jackyjasper 2104162 | 7/29/2023 2:50:34 PM 7/29/2022 10:50:37 AM 7/29/2022 2:50:34 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.info 60600663 | jackyjasper 2104162 | 7/29/2023 2:50:42 PM 7/29/2022 10:50:45 AM 7/29/2022 2:50:42 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.gg 60600631 | jackyjasper 2104162 | 7/29/2023 2:49:50 PM 7/29/2022 10:49:54 AM 7/29/2022 2:49:50 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | | | |
| hiddenempirefilmgroup.co 60602230 | jackyjasper 2104162 | 7/29/2023 2:50:33 PM 7/29/2022 11:46:59 AM 7/29/2022 2:50:33 PM | SEE_ORDER:100287894 Added By Timeout Retry | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilmgroup.biz 60600659 | jackyjasper 2104162 | 7/29/2023 2:50:37 PM 7/29/2022 10:50:41 AM 7/29/2022 2:50:37 PM | d9ec75b2-d30e-441c-a85a-d58a058641bf ch_3LQuVXI2aKwfvOvn0raS2ZJy | | | ✓ | | | ✓ | | ✓ |
| hiddenempirefilm.com 60676941 | jackyjasper 2104162 | 8/2/2023 12:16:34 AM 8/1/2022 8:16:39 PM 8/2/2022 12:16:34 AM | c8752721-c831-4f7d-bda7-b3c7c291683c ch_3LS8mOI2aKwfvOvn1hPc4fK2 | | | ✓ | | | ✓ | | ✓ |
| hiddenempireentertainmentgroup.xyz 60718977 | jackyjasper 2104162 | 8/3/2023 7:00:17 PM 8/2/2022 3:00:26 PM 8/2/2022 7:00:17 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainmentgroup.us 60718984 | jackyjasper 2104162 | 8/3/2023 7:00:46 PM 8/2/2022 3:00:51 PM 8/2/2022 7:00:46 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | | | |
| hiddenempireentertainmentgroup.site 60718985 | jackyjasper 2104162 | 8/3/2023 7:00:49 PM 8/2/2022 3:00:53 PM 8/2/2022 7:00:49 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainmentgroup.pro 60718983 | jackyjasper 2104162 | 8/3/2023 7:00:41 PM 8/2/2022 3:00:44 PM 8/2/2022 7:00:41 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainmentgroup.org 60718973 | jackyjasper 2104162 | 8/3/2023 7:00:08 PM 8/2/2022 3:00:10 PM 8/2/2022 7:00:08 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainmentgroup.net 60718974 | jackyjasper 2104162 | 8/3/2023 7:00:08 PM 8/2/2022 3:00:13 PM 8/2/2022 7:00:08 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | | | |
| hiddenempireentertainmentgroup.info 60718980 | jackyjasper 2104162 | 8/3/2023 7:00:29 PM 8/2/2022 3:00:36 PM 8/2/2022 7:00:29 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainmentgroup.com 60718976 | jackyjasper 2104162 | 8/3/2023 7:00:14 PM 8/2/2022 3:00:22 PM 8/2/2022 7:00:14 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainmentgroup.co 60718982 | jackyjasper 2104162 | 8/3/2023 7:00:40 PM 8/2/2022 3:00:44 PM 8/2/2022 7:00:40 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | | | |
| hiddenempireentertainmentgroup.biz 60718987 | jackyjasper 2104162 | 8/3/2023 7:00:56 PM 8/2/2022 3:01:00 PM 8/2/2022 7:00:56 PM | bc9364dc-9134-485b-bdac-cc1f0b965e4f ch_3LSQKOI2aKwfvOvn00E0I5tE | | | ✓ | | | ✓ | | |
| hiddenempireentertainment.xyz 60719182 | jackyjasper 2104162 | 8/3/2023 7:09:59 PM 8/2/2022 3:10:08 PM 8/2/2022 7:09:59 PM | 76a9a212-b9f6-4190-9346-0969195e0822 ch_3LSQTJI2aKwfvOvn1ALzX0lE | | | ✓ | | | ✓ | | |
| hiddenempireentertainment.us 60718927 | jackyjasper 2104162 | 8/2/2023 6:57:09 PM 8/2/2022 2:57:12 PM 8/2/2022 6:57:09 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | | | |
| hiddenempireentertainment.site 60719181 | jackyjasper 2104162 | 8/3/2023 7:09:58 PM 8/2/2022 3:10:05 PM 8/2/2022 7:09:58 PM | 76a9a212-b9f6-4190-9346-0969195e0822 ch_3LSQTJI2aKwfvOvn1ALzX0lE | | | ✓ | | | ✓ | | |
| hiddenempireentertainment.org 60718918 | jackyjasper 2104162 | 8/2/2023 6:56:49 PM 8/2/2022 2:56:50 PM 8/2/2022 6:56:49 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | ✓ |
| hiddenempireentertainment.net 60718919 | jackyjasper 2104162 | 8/2/2023 6:56:49 PM 8/2/2022 2:56:52 PM 8/2/2022 6:56:49 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | ✓ |
| hiddenempireentertainment.info 60718921 | jackyjasper 2104162 | 8/2/2023 6:56:58 PM 8/2/2022 2:57:01 PM 8/2/2022 6:56:58 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | |
| hiddenempireentertainment.com 60718920 | jackyjasper 2104162 | 8/2/2023 6:56:53 PM 8/2/2022 2:56:53 PM 8/2/2022 6:56:53 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | |
| hiddenempireentertainment.co 60718924 | jackyjasper 2104162 | 8/2/2023 6:57:02 PM 8/2/2022 2:57:05 PM 8/2/2022 6:57:02 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | |
| hiddenempireentertainment.biz 60718925 | jackyjasper 2104162 | 8/2/2023 6:57:04 PM 8/2/2022 2:57:08 PM 8/2/2022 6:57:04 PM | 92420c87-868b-452e-833f-c6a149bffc85 ch_3LSQGnI2aKwfvOvn0kvB3bwk | | | ✓ | | | ✓ | | |
| hiddenempire.xyz 60711567 | jackyjasper 2104162 | 8/2/2023 2:13:37 PM 8/2/2022 10:13:43 AM 8/2/2022 2:13:37 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.us 60711575 | jackyjasper 2104162 | 8/2/2023 2:13:48 PM 8/2/2022 10:13:51 AM 8/2/2022 2:13:48 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | | | |
| hiddenempire.studio 52233386 | jackyjasper 2104162 | 8/6/2023 10:22:45 PM 8/6/2021 6:22:48 PM 8/6/2021 10:22:45 PM | 98865715 117350004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.productions 52233381 | jackyjasper 2104162 | 8/6/2023 10:22:33 PM 8/6/2021 6:22:37 PM 8/6/2021 10:22:33 PM | 98865715 117350004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.pro 60711573 | jackyjasper 2104162 | 8/2/2023 2:13:45 PM 8/2/2022 10:13:48 AM 8/2/2022 2:13:45 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d ch_3LSLqXI2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |

58.14

| Domain<br>ID | User<br>ID | Expiration<br>Creation<br>Registration | CC Order ID<br>CC Transaction ID | Locked | Expired | Auto-Renew | Marketplace | Abuse<br>Reported | Domain<br>Privacy | DNS<br>Restriction | Domain<br>Privacy Auto-<br>Renew Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| hiddenempire.org<br>52233388 | jackyjasper<br>2104162 | 8/6/2021 10:22:49 PM<br>8/6/2021 6:22:51 PM<br>8/6/2021 10:22:49 PM | 98865715<br>117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.media<br>52233383 | jackyjasper<br>2104162 | 8/6/2021 10:22:40 PM<br>8/6/2021 6:22:43 PM<br>8/6/2021 10:22:40 PM | 98865715<br>117352004 | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.me<br>60711572 | jackyjasper<br>2104162 | 8/2/2023 2:13:44 PM<br>8/2/2015 10:13:47 AM<br>8/2/2022 2:13:44 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d<br>ch_3LSLqXl2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.io<br>60711563 | jackyjasper<br>2104162 | 8/2/2023 2:13:37 PM<br>8/2/2015 10:13:39 AM<br>8/2/2022 2:13:37 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d<br>ch_3LSLqXl2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.info<br>60711568 | jackyjasper<br>2104162 | 8/2/2023 2:13:40 PM<br>8/2/2015 10:13:44 AM<br>8/2/2022 2:13:40 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d<br>ch_3LSLqXl2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| hiddenempire.gg<br>60711557 | jackyjasper<br>2104162 | 8/2/2023 2:13:27 PM<br>8/2/2015 10:13:33 AM<br>8/2/2022 2:13:27 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d<br>ch_3LSLqXl2aKwfvOvn0MvmCY5R | | | ✓ | | | | | |
| hiddenempire.biz<br>60711576 | jackyjasper<br>2104162 | 8/2/2023 2:13:48 PM<br>8/2/2015 10:13:52 AM<br>8/2/2022 2:13:48 PM | 3dc6c6d1-eb10-43be-a472-8c392d3d025d<br>ch_3LSLqXl2aKwfvOvn0MvmCY5R | | | ✓ | | | ✓ | | ✓ |
| chasityjames.com<br>15357858 | jackyjasper<br>2214326 | 12/27/2024 12:49:27 PM<br>4/10/2015 2:33:03 PM<br>12/27/2014 12:00:00 AM | 85677957<br>99907101 | | | ✓ | | | ✓ | | ✓ |
| chasitydanellejames.com<br>15357857 | jackyjasper<br>2214325 | 12/27/2024 12:49:27 PM<br>4/10/2015 2:33:00 PM<br>12/27/2014 12:00:00 AM | 85677957<br>99907101 | | | ✓ | | | ✓ | | ✓ |
| chasitydanelle.com<br>15357856 | jackyjasper<br>2214325 | 12/27/2024 12:49:27 PM<br>4/10/2015 2:32:57 PM<br>12/27/2014 12:00:00 AM | 85677957<br>99907101 | | | ✓ | | | ✓ | | |
| aventviiisparkling.com<br>60195250 | jackyjasper<br>2104162 | 7/13/2023 8:51:20 PM<br>7/13/2022 4:51:24 PM<br>7/13/2022 8:51:20 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | ✓ | | |
| aventviiirose.com<br>60195246 | jackyjasper<br>2104162 | 7/13/2023 8:51:08 PM<br>7/13/2022 4:51:12 PM<br>7/13/2022 8:51:08 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | ✓ | | |
| aventviiibrut.com<br>60195245 | jackyjasper<br>2104162 | 7/13/2023 8:51:08 PM<br>7/13/2022 4:51:12 PM<br>7/13/2022 8:51:08 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | ✓ | | |
| aventviii.us<br>60195255 | jackyjasper<br>2104162 | 7/13/2023 8:51:40 PM<br>7/13/2022 4:51:44 PM<br>7/13/2022 8:51:40 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | | | |
| aventviii.store<br>60195251 | jackyjasper<br>2104162 | 7/13/2023 8:51:27 PM<br>7/13/2022 4:51:33 PM<br>7/13/2022 8:51:27 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | ✓ | | |
| aventviii.shop<br>60195252 | jackyjasper<br>2104162 | 7/13/2023 8:51:26 PM<br>7/13/2022 4:51:35 PM<br>7/13/2022 8:51:26 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | ✓ | | |
| aventviii.com<br>48078012 | jackyjasper<br>2104162 | 2/7/2023 9:56:11 AM<br>2/7/2016 6:14:44 AM<br>2/7/2022 9:56:11 AM | 87125915<br>101677665 | | | ✓ | | | ✓ | | ✓ |
| aventviii.biz<br>60195260 | jackyjasper<br>2104162 | 7/13/2023 8:51:53 PM<br>7/13/2022 4:51:56 PM<br>7/13/2022 8:51:53 PM | 79a01c3d-2660-4dfe-9146-9014a079e0e9<br>ch_3LLCWRl2aKwfvOvn0x8j5C4x | | | ✓ | | | ✓ | | |

Exported on Nov/07/2022

**58.15**



June 27, 2023

Lawrence Hinkle
1055 W. 7th Street, Suite, Suite 3200
Los Angeles, CA 90017

**Re:** Charter Subscriber Information Request
**Charter Case ID:** 218186

Dear Lawrence Hinkle,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 47 U.S.C. § 551, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at: (314) 552-6302. When calling, please reference Charter case number: 218186.

Respectfully,

*John Koziatek*

John P Koziatek, Paralegal
C-John.Koziatek@charter.com
www.charter.com/lea

**60.1**

**SUBSCRIBER RECORD**

| Target Details | 2603:8000:df00:988f:90b8:f0ce:ab97:3f8d, 10/10/2022 7:32:00 PM, GMT, 0 |
|---|---|
| Subscriber Name: | EVONNE ZUMMO |
| Service Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| Billing Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| User Name or Features: | AONEENT@TWC.COM, DARRICK.AONE@GMAIL.COM |
| Phone number: | 3239892221 |
| **Advanced Subscriber Info** | |
| Account Number: | 8448300323583192 |
| MAC: | 346B464D92C4 |
| Lease Log: | Start Date: 12/20/2020 09:06 PM<br>End Date: 02/10/2023 01:28 PM |
| **Equipment Details** | |
| CM MAC: | 688F2E9FAAF4 |

| Target Details | 2603:8000:df00:988f:7c01:605e:9ece:4330, 10/5/2022 3:49:00 PM, GMT, 0 |
|---|---|
| Subscriber Name: | EVONNE ZUMMO |
| Service Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| Billing Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| User Name or Features: | AONEENT@TWC.COM, DARRICK.AONE@GMAIL.COM |
| Phone number: | 3239892221 |
| **Advanced Subscriber Info** | |
| Account Number: | 8448300323583192 |
| MAC: | 346B464D92C4 |
| Lease Log: | Start Date: 12/20/2020 09:06 PM<br>End Date: 02/10/2023 01:28 PM |
| **Equipment Details** | |
| CM MAC: | 688F2E9FAAF4 |

**60.2**

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 Email: leroc@charter.com

| **Target Details** | **2603:8000:df00:988f:d062:7bdb:3f5e:3df4, 8/31/2022 8:28:00 PM, GMT, 0** |
|---|---|
| Subscriber Name: | EVONNE ZUMMO |
| Service Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| Billing Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| User Name or Features: | AONEENT@TWC.COM, DARRICK.AONE@GMAIL.COM |
| Phone number: | 3239892221 |
| **Advanced Subscriber Info** | |
| Account Number: | 8448300323583192 |
| MAC: | 346B464D92C4 |
| Lease Log: | Start Date: 12/20/2020 09:06 PM<br>End Date: 02/10/2023 01:28 PM |
| **Equipment Details** | |
| CM MAC: | 688F2E9FAAF4 |

| **Target Details** | **2603:8000:df00:988f:f1b3:2443:fcf6:875e, 8/9/2022 9:00:00 PM, GMT, 0** |
|---|---|
| Subscriber Name: | EVONNE ZUMMO |
| Service Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| Billing Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| User Name or Features: | AONEENT@TWC.COM, DARRICK.AONE@GMAIL.COM |
| Phone number: | 3239892221 |
| **Advanced Subscriber Info** | |
| Account Number: | 8448300323583192 |
| MAC: | 346B464D92C4 |
| Lease Log: | Start Date: 12/20/2020 09:06 PM<br>End Date: 02/10/2023 01:28 PM |
| **Equipment Details** | |
| CM MAC: | 688F2E9FAAF4 |

**60.3**

| Target Details | 2603:8000:df00:988f:a42b:ccc6:2841:cc4, 6/10/2022 2:41:00 PM, GMT, 0 |
|---|---|
| Subscriber Name: | EVONNE ZUMMO |
| Service Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| Billing Address: | 2529 GRIFFITH PARK BLVD, LOS ANGELES, CA 900392517 |
| User Name or Features: | AONEENT@TWC.COM, DARRICK.AONE@GMAIL.COM |
| Phone number: | 3239892221 |
| **Advanced Subscriber Info** | |
| Account Number: | 8448300323583192 |
| MAC: | 346B464D92C4 |
| Lease Log: | Start Date: 12/20/2020 09:06 PM<br>End Date: 02/10/2023 01:28 PM |
| **Equipment Details** | |
| CM MAC: | 688F2E9FAAF4 |

**60.4**

STATE OF MISSOURI    )

                     )

COUNTY OF ST. LOUIS  )

### AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING BUSINESS RECORDS

### PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13) AND EQUIVALENT STATE RULES

I, John P Koziatek, declare, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct and is based on my personal knowledge.

I am employed by Charter Communications, Inc. or it's affiliates ("Charter") and my title is, Paralegal. I am over the age of 18 and fully competent to make this cerification. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts as part of it's business records. I have reviewed the attached Charter records for 2603:8000:df00:988f:90b8:f0ce:ab97:3f8d, 10/10/2022 7:32:00 PM, GMT, 0; 2603:8000:df00:988f:7c01:605e:9ece:4330, 10/5/2022 3:49:00 PM, GMT, 0; 2603:8000:df00:988f:d062:7bdb:3f5e:3df4, 8/31/2022 8:28:00 PM, GMT, 0; 2603:8000:df00:988f:f1b3:2443:fcf6:875e, 8/9/2022 9:00:00 PM, GMT, 0; 2603:8000:df00:988f:a42b:ccc6:2841:cc4, 6/10/2022 2:41:00 PM, GMT, 0 in response to a lawful request dated and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.
4. The records attached herto are the originals or the exact duplicates of the originals.

FURTHER AFFIANT SAITH NOT.

06/27/2023

_____

Date

*John Koziatek*

_____

John P Koziatek, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
C-John.Koziatek@charter.com
www.charter.com/lea

**60.5**