J.T. Fox, Esq., SBN 195063
LAW OFFICES OF JT FOX & ASSOCIATES, APC
556 S. Fair Oaks Ave., Suite 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax

Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed: September 12, 2022<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE BRIEFING DEADLINES ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Submitted concurrently with Defendants' Ex Parte Application] |

# [PROPOSED] ORDER

On _____, in Department 5A of the above-captioned Court, the Court granted Defendants' Ex Parte Application To Continue Briefing Deadlines on Plaintiffs' Motion for Partial Summary Judgment.

**IT IS FURTHER ORDERED:**

1. Defendants' request for an order continuing the Opposition and Reply deadlines for Plaintiffs' Motion for Partial Summary Judgment is GRANTED.

2. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Partial Summary Judgment is continued to August 4, 2025 or _____.

3. The deadline for Plaintiffs to file their Reply in support of the Motion for Partial Summary Judgment is continued to August 11, 2025 or _____.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Michael W. Fitzgerald,
District Judge

## **PROOF OF SERVICE**

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action; my business address is 556 South Fair Oaks Avenue, No. 444, Pasadena, CA 91105.  My email address is justin@jtfoxlaw.com

I certify that on July 17, 2025, I served: **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE BRIEFING DEADLINES ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** on the following parties or counsel of record as follows:

| | |
|---|---|
| Felton T. Newell, Esq.<br>Newell Law Group PC<br>1801 Century Park East, 24th Floor<br>Phone (310) 556-9663<br>E-mail:  felton@newellpc.com;<br>christine@newellpc.com | *Counsel for Plaintiffs* |
| Jeffrey S. Kramer, State Bar No. 094049<br>Sandra Calin, State Bar No. 100444<br>KRAMER, DEBOER & KEANE<br>A Limited Liability Partnership<br>Including Professional Corporations<br>27001 Agoura Road, Suite 350<br>Calabasas, California 91301<br>Tel: (818) 657-0255 - Fax: (818) 657-0256<br>jkramer@kdeklaw.com;<br>scalin@kdeklaw.com | *Co-Counsel for Defendants* |

**BY ELECTRONIC TRANSMISSION ONLY** by emailing the document(s) to the persons at the email address(es).  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed at Los Angeles, California on July 17, 2025.

                                          ***/s/ Justin Kian***
                                          Justin Kian