NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, et al.,<br><br>Defendants. | Case No. CV 22-6515-MWF(AGRx)<br><br>ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES |

The Court has considered the parties' Joint Stipulation to Continue Trial and Pretrial Dates (the "Stipulation"), filed August 1, 2025. (Docket No. 197). For good cause shown, the Court GRANTS the parties' request and ORDERS the pretrial and trial dates CONTINUED as follows:

| | **Old Deadline** | **New Deadline** |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement and all Motions in Limine | August 7, 2025 | December 1, 2025 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict forms, and Oppositions to Motions in Limine | August 14, 2025 | December 8, 2025 |

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | August 25 2025 | December 22, 2025, at 11:00 a.m. |
| Jury Trial (Est. 10 Days) | September 9, 2025 | January 13, 2026, at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than seven (7) weeks prior to the Final Pretrial Conference (October 6, 2025), counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

These are not the dates requested by the parties. If these dates present a conflict for counsel or the parties, the Court will consider another stipulation to continue the dates.

The Court extends to Mr. Fox its hopes for his complete recovery.

**IT IS SO ORDERED.**

Dated: August 4, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge