NEWELL LAW GROUP PC
FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs and Counterclaim Defendants
**HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC, AND DEON TAYLOR;** and Third-Party Defendant **ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>　　　　　Defendants.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE | Case No. 2:22-cv-06515-MWF-AGR<br><br>The Hon. Michael W. Fitzgerald<br><br>**PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS**<br><br>**HEARING:**<br>DATE:　　August 18, 2025<br>TIME:　　10:00 a.m.<br>LOCATION: Courtroom 5A |

-1-
PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS

ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company

    Counterclaimants,

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual,

    Counterclaim Defendants,

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

    Third-Party Plaintiffs

    v.

ROXANNE TAYLOR, an individual, Third-Party Defendant

Pursuant to Central District Rule No. 56-1, Plaintiffs hereby submit their Statement of Uncontroverted Facts.

| No | Uncontroverted Facts | Source |
|---|---|---|
| 1. | On April 26, 2012, Hidden Empire Film Group LLC, an entity affiliated with HEFG entered into a written agreement with AOne Entertainment LLC (the "2012 Agreement"), an entity owned by Mr. Angelone. | See Ex. 1 to R.Taylor Decl. |
| 2. | Under the terms of the 2012 Agreement, HEFG engaged AOne Entertainment LLC as an independent contractor to design, develop and manage HEFG's websites and related media properties. | Id. |
| 3. | The 2012 Agreement provided that: (a) AOne would be paid a fee, not to exceed $25,000, for Angelone's services in connection with the design and development of two HEFG websites; (b) HEFG would retain all rights in and to any resulting intellectual property; and (c) all such HEFG intellectual property would be turned over by Angelone/AOne immediately upon demand by HEFG. | Id. |
| 4. | The 2012 Agreement provided that Mr. Angelone could not claim ownership in HEFG's domain names: | Id. |
| 5. | Between 2012 and 2022, AOne and its principal, Darrick Angelone, provided a variety of information technology services to HEFG, Deon Taylor and other individuals affiliated with HEFG. | R.Taylor Decl. ¶ 5. |

| | | |
|---|---|---|
| 6. | AOne provided the following specific services for HEFG and Hyper Engine: (a) hosting the domains of HEFG, HEFG's related entities and Hyper Engine; (b) making sure the domain registrations were current; (c) designing, developing and maintaining the HEFG and Hyper Engine websites; (d) maintaining and renewing the registrations for the HEFG Google workspace accounts used for HEFG emails, contacts, calendars, etc.; (e) maintaining the servers hosting the HEFG websites; (f) creating social profiles for, posting content on and managing the social media accounts (Instagram, Facebook, Twitter, LinkedIn) of HEFG, the HEFG initiatives and the personal accounts of certain HEFG personnel; (g) publishing Hyper Engine content on YouTube, Instagram and Facebook; (h) copywriting; (i) managing paid digital media campaigns and handling digital marketing campaigns for HEFG film releases. | *Id.* |
| 7. | Any time AOne provided services, it sent an invoice to HEFG personnel itemizing the work performed and the charged fee. *Id.* HEFG has paid in full all of the invoices it has received from AOne. | *Id.* ¶ 9. |
| 8. | Since securing the HEFG Domain, HEFG has been the owner of it, and it has never agreed to sell, transfer or assign said domain to any other person or non- HEFG entity | R.Taylor Decl. ¶ 8. |
| 9. | At Angelone's urging, HEFG later transferred the HEFG Domain from the HEFG GoDaddy Account to an HEFG account with a company called Namecheap (the "HEFG Namecheap Account"). | *Id.* ¶ 12 |
| 10. | Unbeknownst to HEFG and without its authorization, Angelone and AOne registered the HEFG Namecheap Account in AOne's | *Id.* ¶ 12. |

| | | | |
|---|---|---|---|
| | 11. | name and, despite repeated demands in 2022, they refused to provide the login credentials for the HEFG Namecheap Account to anyone at HEFG. | |
| | 11. | In late 2014, Angelone convinced HEFG to allow AOne to manage all of the HEFG domains (including domains related to the company name and its various businesses as well as its films and initiatives) and the domains for Hyper Engine and HEFG personnel (collectively, the "Domains"). | R.Taylor Decl. ¶ 20. |
| | 12. | Since 2014, AOne has been responsible for securing and/or managing on HEFG's behalf various domains using a variation of the HEFG name including the following Domains:hiddenempirefilmgroup.com, hiddenempirefilms.com, hiddenempiremediagroup.com, hiddenempiremedia.com, hiddenempirereleasing.com, hiddenempireproductions.com, hiddenempire.productions, hiddenempire.media, hiddenempiremedia.group, hiddenempire.studio, hiddenempire.org, hiddenempireentertainment.com, foreveryoungfabrics.com, hiddenempirestudios.com, hefg.com, and hiddenempire.productions. | *Id*. ¶ 22. |
| | 13. | Since 2014, AOne has also been responsible for securing and/or managing numerous domains related to HEFG films. Those HEFG films and the corresponding Domains are as follows:<br>    a.    "Fatale" – fatale.movie<br>    b.    "Intruder" - theintruder.movie<br>    c.    "Traffik" – traffik.movie and traffikmovie.com<br>    d.    "Meet the Blacks" – meettheblacksmovie.com and meettheblacksthemovie.com<br>    e.    "The House Next Door: Meet the Blacks 2" – | *Id.* |

-5-
PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS

| | | |
|---|---|---|
| | thehousenextdoor.movie<br>f.   "Supremacy" – supremacyfilm.com and supremacymovie.com<br>g.   "Fear" - fear.movie and fearthemovie.com<br>h.   "Free Agents" - freeagentsmovie.com and freeagents.movie "Hoop 2" - hoop2film.com and hooptofilm.com | |
| 14. | Since 2014, AOne has also been responsible for securing and/or managing the domains based on the names of HEFG personnel including the following Domains:<br>a.   Deon Taylor (HEFG co-founder) – deontaylor.com and deontaylorfilms.com<br>b.   Roxanne Avent Taylor (HEFG co-founder) – Aventviii.com. | *Id.* |
| 15. | Since 2014, AOne has been responsible for securing and/or managing the domains related to HEFG initiatives including the following Domains:<br>a.   Facts Not Politics – factsnotpolitics.com and factsnotpolitics.org<br>b.   Climb – climborganization.org, climb.org and climb.network<br>c.   Blackchairshow.com<br>d.   Blackhistoryintwominutes.com<br>e.   2getherwesavelives.com,togetherwewillsaveliv | *Id.* |

| | | | |
|---|---|---|---|
| | | es.com, togetherwewillsavelives.com,togetherwewillsavelives.org,and<br>f.   2getherwewillsavelives.com<br>g.   Be.woke.vote | |
| 16. | | Since 2014, AOne also has been responsible for managing the Domains for Hyper Engine including: hyperenginellc.com and hyperengine.ai.<br>     The foregoing Domains were either registered by HEFG itself or HEFG requested that AOne register them on HEFG's behalf and in HEFG's name. | *Id.* ¶ 23. |
| 17. | | Several years ago, Angelone set up HEFG's corporate email system using the Google Workspace (formerly GSuite) tied to the HEFG Domain (the "HEFG Google Account"). R.Taylor Decl. ¶ 14.  As part of AOne setting up the HEFG Google Account, Angelone obtained the login credentials to HEFG's Google Account so he could complete the set up and deployment of the HEFG personnel email addresses on HEFG's behalf. *Id*.  At that point, Angelone provided Roxanne Taylor with the HEFG Google Account login credentials. *Id.* | *Id.* ¶ 14. |
| 18. | | After setting up the HEFG Google Account, Angelone created individual email accounts for HEFG personnel and its support team using the HEFG Domain. All of the HEFG email addresses are tied to the HEFG Domain and the HEFG Google Account.  *Id.* ¶ 15.<br>     Each individual HEFG email account has been regularly | *Id.* ¶¶ 15-16. |

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

| | | | |
|---|---|---|---|
| | | used by HEFG personnel to conduct HEFG business. | |
| | 19 | Said email accounts served as the primary method of communication amongst HEFG personnel and between HEFG personnel and non-HEFG individuals and companies about HEFG business. *Id.* HEFG personnel also circulate banking and financial information through their HEFG email accounts, and use their HEFG Google account to store and manage important files like contracts for various HEFG projects. *Id.* | *Id.* ¶16. |
| | 20. | At some point unknown to HEFG, Angelone changed the login credentials to the HEFG Google Account and he has not provided the new login credentials to HEFG. | *Id.* ¶ 36. |
| | 21. | On August 22, 2022, Mr. Angelone sent a series of text messages to Deon evidencing that he had reviewed emails of HEFG personnel without authorization. Angelone was not an author or recipient of any of the emails he provided to Deon by text. | Ex. 23 to D. Taylor Decl. |
| | 22. | In addition, on August 25, 2022, Angelone's counsel sent an email to Plaintiffs' counsel attaching purported emails and other documents Angelone had gathered. In fact, the only way Angelone could have obtained the documents in question was by reviewing Deon and Roxanne Taylor's personal and private emails without their consent. These documents included attorney-client privileged communications. | R. Taylor Decl. ¶ 48 |
| | 23. | On October 27, 2022, Roxanne Taylor received an email from Google's Account Recovery Team. In that email, Google stated: "I understand that you want to restore the emails that have been deleted. Please be informed that you have already created a new | Ex. 14 to Erin Burke Decl. |

| | | |
|---|---|---|
| | workspace account and the previous account has been completely deleted thus there is no possibility to restore these emails/users data. . . Since the deletion had been performed by the existing admin in workspace and we never promise for any user data/files that has been deleted . . ." | |
| 24. | On October 27, 2022, Roxanne Taylor received an email from Google's Account Recovery Team. In that email, Google stated: "I understand that you want to restore the emails that have been deleted. Please be informed that you have already created a new workspace account and the previous account has been completely deleted thus there is no possibility to restore these emails/users data. . . Since the deletion had been performed by the existing admin in workspace and we never promise for any user data/files that has been deleted . . ." | *Id.* |
| 25. | Angelone's actions have had a devastating effect on Plaintiffs' business, as it has been a struggle to recover from the loss of so much of Plaintiffs' business information that the company accumulated over a decade. | R. Taylor Decl. ¶ 65. |
| 26 | Based on my investigation, the evidence indicates that after the Preliminary Injunction was issued, Angelone apparently deleted HEFG's Google Workspace account when he was the administrator of the account. | Burke Decl. ¶ 20. |
| 27 | The Twitter Return included information showing that the historical account was deleted on November 4, 2022 and HEFG's Twitter handle was transferred to "Jacky Jasper," the same alias | Burke Decl. ¶ 34. |

| | |
|---|---|
| of Angelone that is associated with the Nine Icelandic Domains, on January 12, 2023. | |
| | |

Dated:  August 11, 2025	NEWELL LAW GROUP PC

/s/ Felton T. Newell
_____
Attorneys for Plaintiffs and Counter-Claim Defendants HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC AND DEON TAYLOR; AND Third-Party Defendant ROXANNE TAYLOR