J.T. Fox, Esq., SBN 195063
**LAW OFFICES OF J.T. FOX & ASSOCIATES,**
**A Professional Corporation**
556 S. Fair Oaks Ave., No. 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax

Attorney for Defendants/Counterclaimants,
Darrick Angelone, AONE Creative LLC, and On Chain Innovations, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, | Case No. 2:22-cv-06515-MWF-AGR |
|       Plaintiffs, | *Assigned to the Hon. Judge Michael W. Fitzgerald* |
| v. | **DEFENDANTS' WITNESS LIST** |
| DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company, | Pretrial Conference: December 22, 2025 |
|       Defendants. | Trial Date:  January 13, 2026<br>Time:       8:30 AM<br>Dept.:      5A |

| DEFENDANTS' WITNESSES | | |
|---|---|---|
| **WITNESSES FOR DEFENDANTS** | **ESTIMATED TIME** | **DATES OF TESTIMONY** |
| **1.** Darrick Angelone | Direct – 4.0 hrs; Cross – 2.0 hrs | |
| **2.** Corporate Representative of AOne Creative, LLC / On Chain Innovations, LLC | Direct – 1.5 hrs; Cross – 0.75 hr | |
| **3.** Deon Taylor | Direct – 3.0 hrs; Cross – 1.5 hrs | |
| **4.** Roxanne Avent Taylor | Direct – 3.0 hrs; Cross – 1.5 hrs | |
| **5.** Corporate Representative of Hidden Empire Holdings, LLC | Direct – 1.5 hrs; Cross – 0.75 hr | |
| **6.** Corporate Representative of Hyper Engine, LLC | Direct – 1.5 hrs; Cross – 0.75 hr | |
| **7.** Rick Watts | Direct – 2.0 hrs; Cross – 1.0 hr | |
| **8.** Custodian of Records, City National Bank | Direct – 1.0 hr; Cross – 0.5 hr | |
| **9.** Custodian of Records, Bank of the West | Direct – 1.0 hr; Cross – 0.5 hr | |
| **10.** Velma Sykes | Direct – 1.5 hrs; Cross – 0.75 hr | |
| **11.** Sean Miller | Direct – 1.5 hrs; | |

| | | |
|---|---|---|
| | Cross – 0.75 hr | |
| **12.** Robert Smith | Direct – 2.0 hrs;<br>Cross – 1.0 hr | |
| **13.** Quincy Newell | Direct – 1.5 hrs;<br>Cross – 0.75 hr | |
| **14.** Omar Joseph | Direct – 1.5 hrs;<br>Cross – 0.75 hr | |
| **15.** Erin Burke | Direct – 0.75 hr;<br>Cross – 1.0 hr | |
| **16.** Alex Izen | Direct – 0.25 hr;<br>Cross – 1.0 hr | |
| **17.** Corporate<br>Representative of<br>FTI Consulting | Direct – 1.0 hr;<br>Cross – 0.75 hr | |
| **18.** Chris Walter * | Direct – 0.5 hr;<br>Cross – 0.5 hr | |
| **19.** Amber Jones * | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **20.** Andrew Bachelor<br>* | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **21.** Clifford J. Harris * | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **22.** Damon Wolf * | Direct – 1.0 hr;<br>Cross – 0.75 hr | |
| **23.** Erin Murray * | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **24.** Henry Louis Gates<br>* | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **25.** Jacqui Burton * | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **26.** Eric Bishop (a/k/a<br>Jamie Foxx) * | Direct – 0.75 hr;<br>Cross – 0.5 hr | |
| **27.** John Ferry * | Direct – 0.75 hr; | |

3

| | | |
|---|---|---|
| | Cross – 0.5 hr | |
| **28.** Joseph Sikora * | Direct – 0.5 hr; Cross – 0.5 hr | |
| **29.** Kazuko Golden * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **30.** Lamya Malhotra * | Direct – 0.5 hr; Cross – 0.5 hr | |
| **31.** Corporate Representative of Lionsgate Entertainment * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **32.** Percy Miller * | Direct – 0.5 hr; Cross – 0.5 hr | |
| **33.** Corporate Representative of Mayweather Promotions * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **34.** Michael Claps * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **35.** Philip Fier * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **36.** Corporate Representative of Screen Engine ASI * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **37.** Shandra Dixon * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **38.** Corporate Representative of Sony Pictures Entertainment * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **39.** Suzanne Summerville * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **40.** Van Jones * | Direct – 0.75 hr; Cross – 0.5 hr | |

4

| | | |
|---|---|---|
| **41.**Custodian of Records, Google LLC * | Direct – 1.5 hrs; Cross – 0.75 hr | |
| **42.**Custodian of Records, Namecheap, Inc. * | Direct – 1.5 hrs; Cross – 0.75 hr | |
| **43.**Corporate Representative of OP Innovate * | Direct – 1.0 hr; Cross – 0.75 hr | |
| **44.**Custodian of Records, Charter Communications * | Direct – 1.0 hr; Cross – 0.5 hr | |
| **45.**Custodian of Records, Frontier Communications * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **46.** Custodian of Records, BCounts4You * | Direct – 0.5 hr; Cross – 0.25 hr | |
| **47.**Custodian of Records, BPM LLP * | Direct – 0.5 hr; Cross – 0.25 hr | |
| **48.**Custodian of Records, AT&T * | Direct – 0.75 hr; Cross – 0.5 hr | |
| **49.** Floyd Mayweather Jr. * | Direct – 0.5 hr; Cross – 0.25 hr | |

* Indicates that witness will be called only if the need arises (See Local Rule 16-5).

Defendants reserve the right to call all witnesses identified by Plaintiffs, and to object on all applicable grounds to testimony from the witnesses identified by Plaintiffs.

**DEFENDANTS' WITNESS LIST**

Dated:  December 1, 2025

LAW OFFICES OF J.T. FOX,
A Professional Corporation

By: J.T. Fox, Esq.
Attorney for Defendants and
Counterclaimants, DARRICK
ANGELONE; AONE CREATIVE, LLC,
AND ON CHAIN INNOVATIONS, LLC

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action; my business address is 556 S. Fair Oaks Ave, No. 444, Pasadena, CA 91105.  My email address is justin@jtfoxlaw.com.

I certify that on December 1, 2025, I served:  **DEFENDANTS' WITNESS LIST** on the following parties or counsel of record as follows:

| | |
|---|---|
| Felton T. Newell, Esq.<br>Newell Law Group PC<br>1801 Century Park East, 24th Floor<br>Phone (310) 556-9663<br>E-mail:  felton@newellpc.com;<br>christine@newellpc.com | *Counsel for Plaintiffs* |
| Jeffrey S. Kramer, State Bar No. 094049<br>Sandra Calin, State Bar No. 100444<br>KRAMER, DEBOER & KEANE<br>A Limited Liability Partnership<br>Including Professional Corporations<br>27001 Agoura Road, Suite 350<br>Calabasas, California 91301<br>Tel: (818) 657-0255 - Fax: (818) 657-0256<br>jkramer@kdeklaw.com;<br>scalin@kdeklaw.com | *Co-Counsel for Defendants* |

By ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct.  Executed at Pasadena, California on December 1, 2025

_/s/Justin Kian_
Justin Kian