FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants. | CASE NO.: 2:22-cv-06515-MWF-AGR<br>(Hon. Michael W. Fitzgerald, Dept. 5A)<br><br>**PLAINTIFFS' AND THIRD PARTY DEFENDANT ROXANNE TAYLOR'S WITNESS LIST**<br><br>Complaint Filed: September 12, 2022<br>Trial Date: January 13, 2026 |

**TO THE HONORABLE COURT:**

Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine LLC and Deon Taylor and Third-Party Defendant Roxanne Taylor hereby submit the following list of witnesses for trial in this matter.

| **WITNESSES** | **DIRECT** | **CROSS** | **REDIRECT** | **TOTAL** |
|---|---|---|---|---|
| Darrick Angelone | 6.0 | | | |
| Roxanne Taylor | 4.0 | | | |
| Quincy Newell | 2.0 | | | |
| Deon Taylor | 4.0 | | | |
| Velma Sykes | 1.0 | | | |
| Darrell Thompson | 1.0 | | | |
| Damien Douglas | 1.5 | | | |
| Erin Burke | 2.5 | | | |
| Alex Izen | 1.0 | | | |
| Sean Miller | 1.0 | | | |
| Custodian for Google | .5 | | | |
| Custodian for Charter Communications | .5 | | | |
| Custodian for Twitter | .5 | | | |
| Custodian for Namecheap | .5 | | | |
| **TOTAL TIME:** | **25 hours** | | | |

Dated: December 1, 2025         NEWELL LAW GROUP PC

/s/ *Felton T. Newell*

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**



NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663