1  FELTON T. NEWELL (State Bar #201078)
2  felton@newellpc.com
   CHRISTINE SAID (State Bar #344348)
3  christine@newellpc.com
4  NEWELL LAW GROUP PC
   1801 Century Park East, 24th Floor
5  Los Angeles, CA 90067
6  Telephone: (310) 556-9663

7  Attorneys for Plaintiffs
8  **HIDDEN EMPIRE HOLDINGS, LLC;**
   **HYPER ENGINE, LLC; AND DEON**
9  **TAYLOR; AND THIRD-PARTY**
   **DEFENDANT ROXANNE TAYLOR**
10

11

12              **UNITED STATES DISTRICT COURT**

13         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15  HIDDEN EMPIRE HOLDINGS,          **CASE NO.: 2:22-cv-06515-MWF-AGR**
    LLC; a Delaware limited liability   [Hon. Michael W. Fitzgerald, Dept. 5A)
16  company; HYPER ENGINE, LLC; a
    California limited liability company;
17  DEON TAYLOR, an individual,       **PLAINTIFFS' PROPOSED JURY**
                                      **VERDICT FORMS**
         Plaintiffs,
18
19  vs.
20
    DARRICK ANGELONE, an
21  individual; AONE CREATIVE LLC,
    formerly known as AONEE
22  ENTERTAINMENT LLC, a Florida
    limited liability company; and ON
23  CHAIN INNOVATIONS LLC, a
    Florida limited liability company,
24
         Defendants.
25

26

27

28

We, the jury, answer the following questions submitted by the Court as follows:

**<u>Plaintiffs' Breach of Contract Claim against AOne Creative LLC</u>**

1. Did Hidden Empire Film Group and AOne Creative LLC enter into a contract?

   _____Yes   _____ No

   If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to question 6.

2. Did Hidden Empire Film Group do all or substantially all, of the significant things that the contract required it to do?

   _____Yes   _____ No

   If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to question 6.

3. Did AOne Creative LLC fail to do something that the contract required it to do?

   _____Yes   _____ No

   If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to question 6.

4. Was Hidden Empire Film Group harmed by AOne Creative LLC's breach of contract?

_____Yes    _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to question 6.

5. What are Hidden Empire Film Group's damages?

Economic loss        $_____

**Hidden Empire Film Group's Breach of Contract Claim against Darrick Angelone**

6. Did Hidden Empire Film Group and Darrick Angelone enter into a contract?

_____Yes    _____ No

If your answer to question 6 is yes, then answer question 7.  If you answered no, please skip to question 11.

7. Did Hidden Empire Film Group do all or substantially all, of the significant things that the contract required it to do?

_____Yes    _____ No

If your answer to question 7 is yes, then answer question 8.  If you answered no, please skip to question 11.

8. Did Darrick Angelone fail to do something that the contract required him to do?

_____Yes    _____ No

If your answer to question 8 is yes, then answer question 9.  If you answered no, please skip to question 11.

9. Was Hidden Empire Film Group harmed by Darrick Angelone's breach of contract?

_____Yes    _____ No

If your answer to question 9 is yes, then answer question 10.  If you answered no, please skip to question 10.

10. What are Hidden Empire Film Group's damages?

Past economic loss         $_____

**Hidden Empire Film Group's Computer Fraud and Abuse Act Claim Against Darrick Angelone**

11. Hidden Empire Film Group's computers were used in and affected

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

interstate and commerce and communication.

_____Yes  _____ No

If your answer to question 11 is yes, then answer question 12.  If you answered no, please skip to question 17.

12.Did Darrick Angelone access Hidden Empire Film Group's computers without authorization.

_____Yes  _____ No

If your answer to question 12 is yes, then answer question 13.  If you answered no, please skip to question 17.

13.Did Darrick Angelone obtain unauthorized information from Hidden Empire Film Group's computers.

_____Yes  _____ No

If your answer to question 13 is yes, then answer question 14.  If you answered no, please skip to question 17.

_____Yes  _____ No

14.Did Darrick Angelone do one or more of the following:
    (a) lock Hidden Empire Film Group out of its private corporate accounts
    (b) change the passwords for Hidden Film Group's websites and domains
    (c) refuse to relinquish the administrator credentials for Hidden Empire

Film Group's websites

(d) download Deon Taylor's Zoom videos and posted them to the internet

(e) delete Hidden Empire Film Group's Google Workspace account.


_____Yes   _____ No


If your answer to question 14 is yes, then answer question 15.  If you
answered no, please skip to question 17.


15. Hidden Empire Film Group was damaged in excess of $5,000 during a one-
    year period by Darrick Angelone's unauthorized access and abuse of
    Hidden Empire Film Group's Google Workspace Account.


_____Yes   _____ No


If your answer to question 15 is yes, then answer question 16.  If you
answered no, please skip to question 17.


16.  If you answered "Yes" to question 15, you must answer the following
    question: What amount of damages do you find that Hidden Empire Film
    Group should recover as a result of Darrick Angelone's violation(s) of the
    Computer Fraud and Abuse Act?


Amount $ _____


## Hidden Empire Film Group's Computer Fraud and Abuse Act Claim
## Against AOne Creative LLC


17. Hidden Empire Film Group's computers were used in and affected

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

interstate and commerce and communication.

_____Yes   _____No

If your answer to question 17 is yes, then answer question 18.  If you
answered no, please skip to question 23.

18. Darrick Angelone accessed Hidden Empire Film Group's computers
without authorization.

_____Yes   _____No

If your answer to question 18 is yes, then answer question 19.  If you
answered no, please skip to question 23.

19. Did Darrick Angelone obtain information from Hidden Empire Film
Group's Google Workspace Accounts.

_____Yes   _____No

If your answer to question 19 is yes, then answer question 20.  If you
answered no, please skip to question 23.

20. Did Darrick Angelone do one or more of the following:
(a) lock Hidden Empire Film Group out of its private corporate accounts
(b) change the passwords for Hidden Film Group's websites and domains
(c) refuse to relinquish the administrator credentials for Hidden Empire
Film Group's websites
(d) download Deon Taylor's Zoom videos and posted them to the internet
(e) delete Hidden Empire Film Group's Google Workspace account.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

_____Yes    _____No

If your answer to question 20 is yes, then answer question 21.  If you answered no, please skip to question 23.

21. Hidden Empire Film Group was damaged in excess of $5,000 during a one-year period by Darrick Angelone's unauthorized access and abuse of Hidden Empire Film Group's Google Workspace Account.

_____Yes    _____No

**WAS HE ACTING IN HIS CAPACTIY AS AN AGENT?**

If your answer to question 21 is yes, then answer question 22.  If you answered no, please skip to question 23.

22. What amount of damages did Hidden Empire Film Group suffer?
$_____

**Hidden Empire Film Group's Computer Data and Access Fraud Act Claim Against Darrick Angelone**

23. Was Hidden Empire Film Group the owner of Hidden Empire Film Group's Google Workspace account?

_____Yes    _____No

If your answer to question 23 is yes, then answer question 24.  If you

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1    answered no, please skip to question 23.

2

3    24. Did Darrick Angelone knowingly and without permission do one or more

4        of the following:

5        (a) access and make use of data and files from Hidden Empire Film

6        Group's computers, websites, software and/or computer networks

7        (b) willfully access Hidden Empire Film Group's Google Workspace

8        account without authorization

9        (c) deny an authorized user of Hidden Empire Film Group's Google

10       Workspace account access to Hidden Empire Film Group's Google

11       Workspace Account

12       (d) delete Hidden Empire Film Group's Google Workspace account?

13

14       _____Yes    _____ No

15

16   If your answer to question 24 is yes, then answer question 25.  If you

17   answered no, please skip to question 29.

18

19   25. Did Darrick Angelone engage in one or more of the acts identified in

20       Question 24 without Hidden Empire Film Group's permission.

21

22       _____Yes    _____ No

23

24   If your answer to question 25 is yes, then answer question 26.  If you

25   answered no, please skip to question 29.

26

27   26. Was Hidden Empire Film Group harmed?

28

     _____Yes    _____ No

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

If your answer to question 26 is yes, then answer question 27. If you answered no, please skip to question 29.

27. Was Darrick Angelone's conduct a substantial factor in causing Hidden Empire Film Group's harm?

_____Yes   _____ No

If your answer to question 27 is yes, then answer question 28. If you answered no, please skip to question 29.

28. What is the amount of damages?
$_____

**Hidden Empire Film Group's Computer Data and Access Fraud Act Claim Against AOne Creative LLC**

29. Was Hidden Empire Film Group the owner of Hidden Empire Film Group's Google Workspace account.

_____Yes   _____ No

If your answer to question 29 is yes, then answer question 30. If you answered no, please skip to question 35.

30. Did Darrick Angelone knowingly and without permission do one or more of the following:
(a) access and make use of data and files from Hidden Empire Film Group's computers, websites, software and/or computer networks

(b) willfully access Hidden Empire Film Group's Google Workspace account without authorization

(c) deny an authorized user of Hidden Empire Film Group's Google Workspace account access to Hidden Empire Film Group's Google Workspace Account

(d) delete Hidden Empire Film Group's Google Workspace account?

_____Yes   _____No

If your answer to question 30 is yes, then answer question 31. If you answered no, please skip to question 35.

31. Did AOne Creative LLC engage in one or more of the acts identified in Question 30 without Hidden Empire Film Group's permission?

_____Yes   _____No

If your answer to question 31 is yes, then answer question 32. If you answered no, please skip to question 35.

32. Was Hidden Empire Film Group harmed?

_____Yes   _____No

If your answer to question 32 is yes, then answer question 33. If you answered no, please skip to question 35.

33. Was AOne Creative LLC's conduct a substantial factor in causing Hidden Empire Film Group's harm.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

_____Yes    _____ No

If your answer to question 33 is yes, then answer question 34.  If you answered no, please skip to question 35.

34. What are Hidden Empire Film Group's damages?

$_____

**Hidden Empire Film Group's Conversion Claim against Darrick Angelone**

35. Did Hidden Empire Film Group own its Google Workspace Account?

_____Yes    _____ No

If your answer to question 35 is yes, then answer question 36.  If you answered no, please skip to question 41.

36. Did Darrick Angelone substantially interfere with Hidden Empire Film Group's property by knowingly or intentionally taking possession of Hidden Empire Film Group's Google Workspace Account; and/or preventing Hidden Empire Film Group from having access to its Google Workspace Account; and/or refusing to return access to Hidden Empire Film Group after it demanded the return of its access to its Google Workspace Account.

_____Yes    _____ No

If your answer to question 36 is yes, then answer question 37.  If you answered no, please skip to question 41.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

37. Did Hidden Empire Film Group consent?

_____Yes    _____ No

If your answer to question 37 is yes, then answer question 38.  If you answered no, please skip to question 41.

38. Was Hidden Empire Film Group harmed?

_____Yes    _____ No

If your answer to question 38 is yes, then answer question 39.  If you answered no, please skip to question 41.

39. Was Darrick Angelone's conduct a substantial factor in causing Hidden Empire Film Group's harm?

_____Yes    _____ No

If your answer to question 39 is yes, then answer question 40.  If you answered no, please skip to question 41.

40. Damages

**Hidden Empire Film Group's Conversion Claim against AOne Creative LLC**

41. Did Hidden Empire Film Group own its Google Workspace Account?

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1    _____Yes    _____ No

2

3    If your answer to question 41 is yes, then answer question 42.  If you

4    answered no, please skip to question 47.

5

6    42. Did AOne Creative LLC substantially interfere with Hidden Empire Film

7    Group's property by knowingly or intentionally doing one or more of the

8    following:

9    (a) taking possession of Hidden Empire Film Group's Google Workspace

10    Account

11    (b) preventing Hidden Empire Film Group from having access to its

12    Google Workspace Account

13    (c) refusing to return access to Hidden Empire Film Group after it

14    demanded the return of its access to its Google Workspace Account.

15    _____Yes    _____ No

16    If your answer to question 42 is yes, then answer question 43.  If you

17    answered no, please skip to question 47.

18

19    43. Did Hidden Empire Film Group consent.

20

21    _____Yes    _____ No

22

23    If your answer to question 43 is yes, then answer question 44.  If you

24    answered no, please skip to question 47.

25    44. Was Hidden Empire Film Group harmed?

26

27    _____Yes    _____ No

28

     If your answer to question 44 is yes, then answer question 45.  If you

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

answered no, please skip to question 47.

45. AOne Creative LLC's conduct was a substantial factor in causing Hidden Empire Film Group's harm.

_____Yes   _____ No

If your answer to question 45 is yes, then answer question 46.  If you answered no, please skip to question 47.

46. Hidden Empire's Damages

**Hidden Empire Film Group's Copyright Infringement Claim against Darrick Angelone**

47. Has Hidden Empire Film Group proven by a preponderance of the evidence that it owns a valid copyright for the film "Fear?"

_____Yes   _____ No

If your answer to question 47 is yes, then answer question 48.  If you answered no, please skip to question 52.

48. Did Darrick Angelone's video game copy protected elements of the film "Fear"?

_____Yes   _____ No

If your answer to question 48 is yes, then answer question 49.  If you answered no, please skip to question 52.

49. Was Darrick Angelone's copying of protected elements of the film "Fear" willful?

_____Yes    _____ No

If your answer to question 49 is yes, then answer question 50.  If you answered no, please skip to question 52.

50. Did Hidden Empire Film Group give Darrick Angelone permission to copy protected elements of the film "Fear"?

_____Yes    _____ No

If your answer to question 50 is no, then answer question 51.  If you answered yes, please skip to question 52.

51. What amount of damages should Hidden Empire Film Group recover as a result of Darrick Angelone's infringement of its copyrighted material?

Amount $_____.

**Darrick Angelone's Claim for Breach of Contract against Deon Taylor**

52. Did Darrick Angelone and Deon Taylor enter into a contract?

_____Yes    _____ No

If your answer to question 52 is yes, then answer question 53.  If you answered no, please skip to question 57.

53. Did Darrick Angelone do all or substantially all, of the significant things that the contract required him to do?

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

_____Yes  _____No

If your answer to question 53 is yes, then answer question 54. If you answered no, please skip to question 57.

54. Did Deon Taylor fail to do something that the contract required him to do?

_____Yes  _____No

If your answer to question 54 is yes, then answer question 55. If you answered no, please skip to question 57.

55. Was Darrick Angelone harmed by Deon Taylor's breach of contract?

_____Yes  _____No

If your answer to question 55 is yes, then answer question 56. If you answered no, please skip to question 57.

56. What are Darrick Angelone's damages?

   a.  Past economic loss             $_____

   b.  Future economic loss        $_____

**Darrick Angelone's Claim for Breach of Implied Contract against Deon Taylor**

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

57. Did Darrick Angelone and Deon Taylor enter into a contract?

_____Yes    _____ No

If your answer to question 57 is yes, then answer question 58. If you answered no, please skip to question 62.

58. Did Darrick Angelone do all or substantially all, of the significant things that the contract required him to do?

_____Yes    _____ No

If your answer to question 58 is yes, then answer question 59. If you answered no, please skip to question 62.

59. Did Deon Taylor fail to do something that the contract required him to do?

_____Yes    _____ No

If your answer to question 59 is yes, then answer question 60. If you answered no, please skip to question 62.

60. Was Darrick Angelone harmed by Deon Taylor's breach of contract?

_____Yes    _____ No

If your answer to question 60 is yes, then answer question 61. If you answered no, please skip to question 62.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

61. What are Darrick Angelone's damages?

    c.  Past economic loss        $_____

    d.  Future economic loss     $_____

**Darrick Angelone's Claim for Breach of Fiduciary Duty against Deon Taylor**

62. Was Deon Taylor Darrick Angelone's partner?

    _____Yes    _____ No

If your answer to question 62 is yes, then answer question 63. If you answered no, please skip to question 68.

63. Did Deon Taylor act against Darrick Angelone's interests in connection with the distribution of Hyper Engine LLC's assets?

    _____Yes    _____ No

If your answer to question 63 is yes, then answer question 64. If you answered no, please skip to question 68.

64. Did Darrick Angelone give informed consent to Deon Taylor's conduct?

    _____Yes    _____ No

If your answer to question 64 is yes, then answer question 65. If you answered no, please skip to question 68.

65. Was Darrick Angelone harmed?

    _____Yes    _____ No

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

If your answer to question 65 is yes, then answer question 66.  If you answered no, please skip to question 68.

66. Was Deon Taylor's conduct a substantial factor in causing Darrick Angelone harm?

_____Yes    _____ No

If your answer to question 66 is yes, then answer question 66.  If you answered no, please skip to question 68.

67. Damages

**Darrick Angelone's Claim for Fraud against Deon Taylor**

68. Did Deon Taylor make a promise to Darrick Angelone?

_____Yes    _____ No

If your answer to question 68 is yes, then answer question 69.  If you answered no, stop here, answer no further questions, and have the jury foreperson sign and date this form.

69. Did Deon Taylor intend to perform this promise when he made it?

_____Yes    _____ No

If your answer to question 69 is yes, then answer question 70.  If you answered no, stop here, answer no further questions, and have the jury foreperson sign and date this form.

70. Did Deon Taylor intend that Darrick Angelone rely on this promise?

_____Yes    _____ No

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

71. If your answer to question 70 is yes, then answer question 71.  If you answered no, stop here, answer no further questions, and have the jury foreperson sign and date this form.

72. Did Darrick Angelone reasonably rely on this promise?

_____Yes  _____ No

If your answer to question 72 is yes, then answer question 73.  If you answered no, stop here, answer no further questions, and have the jury foreperson sign and date this form.

73. Did Deon Taylor perform the promised act?

_____Yes  _____ No

If your answer to question 73 is yes, then answer question 74.  If you answered no, stop here, answer no further questions, and have the jury foreperson sign and date this form.

74. Was Darrick Angelone's reliance on Deon Taylor's promise a substantial factor in causing harm to Darrick Angelone?

_____Yes  _____ No

If your answer to question 74 is yes, then answer question 75.  If you answered no, stop here, answer no further questions, and have the jury foreperson sign and date this form.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

75. What are Darrick Angelone's damages?

Past Economic Loss:    $_____

Future Economic Loss:    $_____


_____    _____

**JURY FOREPERSON**                    **DATED**

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663



1
2
3
4
5
6
7
8
9
10
11
12
13

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

HIDDEN EMPIRE HOLDINGS, LLC; a
Delaware limited lability company; HYPER
ENGINE, LLC; a California limited liability
company; DEON TAYLOR, an individual,

     Plaintiffs,

v.

DARRICK ANGELONE, an individual;
AONE CREATIVE LLC, formerly known
as AONE ENTERTAINMENT LLC, a
Florida limited liability company; and ON
CHAIN INNOVATIONS LLC, a Florida
limited liability company,

    Defendants.

Case No. 2:22-cv-06515-MWF-AGR

*Assigned to the Hon. Judge Michael W. Fitzgerald*

**DEFENDANTS PROPOSED JURY VERDICT FORMS**

Pretrial Conference: December 22, 2025
Trial Date:  January 13, 2026
Time:     8:30 AM
Dept.:     5A

**SPECIAL VERDICT FORM – BREACH OF COVENANT OF GOOD FAITH**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.     Did Defendant/Counterclaimant Darrick Angelone and Counter-Defendant Deon Taylor mutually agree to enter into a contract?

_____ Yes                    _____ No

Did Defendant/Counterclaimant Darrick Angelone and Third-Party Defendant Roxanne Taylor mutually agree to enter into a contract?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 1, answer Question 2. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     Did Defendant/Counterclaimant Darrick Angelone do all, or substantially all, of the significant things the contract required of him with respect to Counter-Defendant Deon Taylor?

_____ Yes                    _____ No

Did Defendant/Counterclaimant Darrick Angelone do all, or substantially all, of the significant things the contract required of him with respect to Third-Party Defendant Roxanne Taylor?

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 2, answer Question 3. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Did Counter-Defendant Deon Taylor engage in the conduct that you have been instructed about that prevented Defendant/Counterclaimant Darrick Angelone from receiving the benefits of the contract?

_____ Yes                    _____ No

Did Third-Party Defendant Roxanne Taylor engage in the conduct that you have been instructed about that prevented Defendant/Counterclaimant Darrick Angelone from receiving the benefits of the contract?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 3, answer Question 4. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    In engaging in that conduct, did Counter-Defendant Deon Taylor fail to act fairly and in good faith toward Defendant/Counterclaimant Darrick Angelone?

_____ Yes                    _____ No

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1

2    In engaging in that conduct, did Third-Party Defendant Roxanne Taylor

3    fail to act fairly and in good faith toward Defendant/Counterclaimant Darrick

4    Angelone?

5

6    _____ Yes           _____ No

7

8    For each person that received a "Yes" answer in Question 4, answer

9    Question 5. For each person that received a "No" answer, skip the rest of the

10   questions for that person. If both received a "No" answer to Question 4, stop here

11   for those persons and have the presiding juror sign and date this form.

12

13

14   5.    Was Darrick Angelone harmed by Deon Taylor's breach of contract?

15

16   _____ Yes           _____ No

17

18   Was Darrick Angelone harmed by Roxanne Taylor's breach of contract?

19

20   _____ Yes           _____ No

21

22   For each person that received a "Yes" answer in Question 5, answer

23   Question 6. For each person that received a "No" answer, skip the rest of the

24   questions for that person. If both received a "No" answer to Question 5, stop here

25   for those persons and have the presiding juror sign and date this form.

26

27   6.    What are the damages suffered by Defendant/Counterclaimant Darrick

28   Angelone as a result of the breach of the implied covenant of good faith and fair

dealing?

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

Damages caused by Counter-Defendant Deon Taylor:

Past Economic Loss (general): $ _____

Future Economic Loss (if any): $ _____


Damages caused by Third-Party Defendant Roxanne Taylor:

Past Economic Loss (general): $ _____

Future Economic Loss (if any): $ _____


Dated: _____        Signed: _____
                                        Presiding Juror


After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

**SPECIAL VERDICT FORM – BREACH OF FIDUCIARY DUTY**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.    Did Counter-Defendant Deon Taylor owe a fiduciary duty of undivided loyalty to Defendant/Counterclaimant Darrick Angelone?

_____ Yes            _____ No

Did Third-Party Defendant Roxanne Taylor owe a fiduciary duty of undivided loyalty to Defendant/Counterclaimant Darrick Angelone?

_____ Yes            _____ No

For each person that received a "Yes" answer in Question 1, answer Question 2. For each person that received a "No" answer, skip the rest of the questions. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Did Counter-Defendant Deon Taylor act against Defendant/Counterclaimant Darrick Angelone's interests or act on behalf of a party whose interests were adverse to Darrick Angelone's?

_____ Yes            _____ No

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1    Did Third-Party Defendant Roxanne Taylor act against
2    Defendant/Counterclaimant Darrick Angelone's interests or act on behalf of a
3    party whose interests were adverse to Darrick Angelone's?
4
5    _____ Yes        _____ No
6
7    For each person that received a "Yes" answer in Question 2, answer
8    Question 3. For each person that received a "No" answer, skip the rest of the
9    questions. If both received a "No" answer, stop here and have the presiding juror
10    sign and date this form.
11
12
13    3.    Did Defendant/Counterclaimant Darrick Angelone give informed consent
14    to Counter-Defendant Deon Taylor's conduct?
15
16    _____ Yes        _____ No
17
18    Did Defendant/Counterclaimant Darrick Angelone give informed consent
19    to Third-Party Defendant Roxanne Taylor's conduct?
20
21    _____ Yes        _____ No
22
23    For each person that received a "No" answer in Question 3, answer Question 4.
24    For each person that received a "Yes" answer, skip the rest of the questions. If
25    both received a "Yes" answer, stop here and have the presiding juror sign and
26    date this form.
27
28    4.    Was Defendant/Counterclaimant Darrick Angelone harmed by Counter-
Defendant Deon Taylor's conduct?

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

_____ Yes                    _____ No

Was Defendant/Counterclaimant Darrick Angelone harmed by Third-Party Defendant Roxanne Taylor's conduct?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 4, answer Question 5. For each person that received a "No" answer, skip the rest of the questions. If both received a "No" answer, stop here and have the presiding juror sign and date this form.

5.     Was Counter-Defendant Deon Taylor's conduct a substantial factor in causing harm to Defendant/Counterclaimant Darrick Angelone?

_____ Yes                    _____ No

Was Third-Party Defendant Roxanne Taylor's conduct a substantial factor in causing harm to Defendant/Counterclaimant Darrick Angelone?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 5, answer Question 6. For each person that received a "No" answer, skip the rest of the questions. If both received a "No" answer, stop here and have the presiding juror sign and date this form.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

6.      What are the damages suffered by Defendant/Counterclaimant Darrick Angelone as a result of the conduct of the person identified above?

        Damages caused by Counter-Defendant Deon Taylor:

                Economic loss: $ _____

                Noneconomic loss (if any): $ _____

        Damages caused by Third-Party Defendant Roxanne Taylor:

                Economic loss: $ _____

                Noneconomic loss (if any): $ _____

        For each person that received a "Yes" answer in Question 5, answer Question 7.

7.      Did Counter-Defendant Deon Taylor act with malice, oppression, or fraud?

                _____ Yes                _____ No

        Did Third-Party Defendant Roxanne Taylor act with malice, oppression, or fraud?

                _____ Yes                _____ No

If you answered "Yes" for either person, the Court will instruct you on additional questions concerning punitive damages.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Dated: _____    Signed: _____
                                     Presiding Juror

         After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.


## SPECIAL VERDICT FORM – BREACH OF IMPLIED IN FACT CONTRACT

         We, the jury in the above-entitled action, answer the questions submitted to us as follows:

7.       Did Defendant/Counterclaimant Darrick Angelone and Counter-Defendant Deon Taylor mutually agree to enter into a contract, as shown by their words or conduct and the surrounding circumstances (an implied-in-fact contract)?

_____ Yes                    _____ No


         Did Defendant/Counterclaimant Darrick Angelone and Third-Party Defendant Roxanne Taylor mutually agree to enter into a contract, as shown by their words or conduct and the surrounding circumstances (an implied-in-fact contract)?

_____ Yes                    _____ No


         For each person that received a "Yes" answer in Question 1, answer Question 2. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

8.    Did Defendant/Counterclaimant Darrick Angelone do all, or substantially all, of the significant things the implied contract required of him with respect to Counter-Defendant Deon Taylor?

_____ Yes            _____ No

Did Defendant/Counterclaimant Darrick Angelone do all, or substantially all, of the significant things the implied contract required of him with respect to Third-Party Defendant Roxanne Taylor?

_____ Yes            _____ No

For each person that received a "Yes" answer in Question 2, answer Question 3. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

9.    Was Defendant/Counterclaimant Darrick Angelone excused from having to do all, or substantially all, of the significant things that the contract required him to do with respect to Counter-Defendant Deon Taylor?

_____ Yes            _____ No

Was Defendant/Counterclaimant Darrick Angelone excused from having to do all, or substantially all, of the significant things that the contract required him to do with respect to Third-Party Defendant Roxanne Taylor?

_____ Yes            _____ No

For each person that received a "Yes" answer in Question 3, answer Question 4. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

10.    Did Counter-Defendant Deon Taylor fail to do something that the implied contract required him to do (breach)?

_____ Yes                _____ No

Did Third-Party Defendant Roxanne Taylor fail to do something that the implied contract required her to do (breach)?

_____ Yes                _____ No

For each person that received a "Yes" answer in Question 4, answer Question 5. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 4, stop here for those persons and have the presiding juror sign and date this form.

11.    Was Darrick Angelone harmed by Deon Taylor's breach of contract?

_____ Yes                _____ No

Was Darrick Angelone harmed by Roxanne Taylor's breach of contract?

_____ Yes                _____ No

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1

For each person that received a "Yes" answer in Question 5, answer Question 6. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 5, stop here for those persons and have the presiding juror sign and date this form.

12.    What are the damages suffered by Defendant/Counterclaimant Darrick Angelone as a result of the breach?

Damages caused by Counter-Defendant Deon Taylor:

Contract damages (general): $ _____

Special damages (if any): $ _____

Reliance damages (if any): $ _____

Damages caused by Third-Party Defendant Roxanne Taylor:

Contract damages (general): $ _____

Special damages (if any): $ _____

Reliance damages (if any): $ _____

Dated: _____        Signed: _____

Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

## SPECIAL VERDICT FORM – BREACH OF CONTRACT

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

13.     Did Defendant/Counterclaimant Darrick Angelone and Counter-Defendant Deon Taylor mutually agree to enter into a contract?

_____ Yes                    _____ No

Did Defendant/Counterclaimant Darrick Angelone and Third-Party Defendant Roxanne Taylor mutually agree to enter into a contract?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 1, answer Question 2. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

14.     Did Defendant/Counterclaimant Darrick Angelone do all, or substantially all, of the significant things the contract required of him with respect to Counter-Defendant Deon Taylor?

_____ Yes                    _____ No

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Did Defendant/Counterclaimant Darrick Angelone do all, or substantially all, of the significant things the contract required of him with respect to Third-Party Defendant Roxanne Taylor?

_____ Yes                _____ No

For each person that received a "Yes" answer in Question 2, answer Question 3. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

15.    Was Defendant/Counterclaimant Darrick Angelone excused from having to do all, or substantially all, of the significant things that the contract required him to do with respect to Counter-Defendant Deon Taylor?

_____ Yes                _____ No

Was Defendant/Counterclaimant Darrick Angelone excused from having to do all, or substantially all, of the significant things that the contract required him to do with respect to Third-Party Defendant Roxanne Taylor?

_____ Yes                _____ No

For each person that received a "Yes" answer in Question 3, answer Question 4. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

16.    Did Counter-Defendant Deon Taylor fail to do something that the contract required him to do (breach)?

_____ Yes                _____ No

Did Third-Party Defendant Roxanne Taylor fail to do something that the contract required her to do (breach)?

_____ Yes                _____ No

For each person that received a "Yes" answer in Question 4, answer Question 5. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 4, stop here for those persons and have the presiding juror sign and date this form.

17.    Was Darrick Angelone harmed by Deon Taylor's breach of contract?

_____ Yes                _____ No

Was Darrick Angelone harmed by Roxanne Taylor's breach of contract?

_____ Yes                _____ No

For each person that received a "Yes" answer in Question 5, answer Question 6. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 5, stop here for those persons and have the presiding juror sign and date this form.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

1

2      18.    What are the damages suffered by Defendant/Counterclaimant Darrick

3    Angelone as a result of the breach?

4            Damages caused by Counter-Defendant Deon Taylor:

5                Contract damages (general): $ _____

6                Special damages (if any): $ _____

7                Reliance damages (if any): $ _____

8

9            Damages caused by Third-Party Defendant Roxanne Taylor:

10               Contract damages (general): $ _____

11               Special damages (if any): $ _____

12               Reliance damages (if any): $ _____

13

14

15

16    Dated: _____        Signed: _____
                                              Presiding Juror
17

18           After this verdict form has been signed, notify the clerk/bailiff/court

19    attendant that you are ready to present your verdict in the courtroom.

20

21

22

23

24

25

26

27

28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

### SPECIAL VERDICT FORM – CONTRACT FORMATION

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.     Were the contract terms clear enough so that Counterclaimant Darrick Angelone and Counter-Defendant Deon Taylor could understand what each was required to do?

_____ Yes          _____ No

Were the contract terms clear enough so that Counterclaimant Darrick Angelone and Third-Party Defendant Roxanne Taylor could understand what each was required to do?

_____ Yes          _____ No

For each person that received a "Yes" answer in Question 1, answer Question 2. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     Did Counterclaimant Darrick Angelone and Counter-Defendant Deon Taylor agree to give each other something of value?

_____ Yes          _____ No

PLAINTIFFS' PROPOSED JURY VERDICT FORM

Did Counterclaimant Darrick Angelone and Third-Party Defendant Roxanne Taylor agree to give each other something of value?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 2, answer Question 3. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.      Did Counterclaimant Darrick Angelone and Counter-Defendant Deon Taylor agree to the terms of the contract?

_____ Yes                    _____ No

Did Counterclaimant Darrick Angelone and Third-Party Defendant Roxanne Taylor agree to the terms of the contract?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 3, answer Question 4. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

4.      Did Counter-Defendant Deon Taylor fail to do something that his contract with Counterclaimant Darrick Angelone required him to do, or do something that the contract prohibited him from doing?

_____ Yes          _____ No

Did Third-Party Defendant Roxanne Taylor fail to do something that her contract with Counterclaimant Darrick Angelone required her to do, or do something that the contract prohibited her from doing?

_____ Yes          _____ No

For each person that received a "Yes" answer in Question 4, answer Question 5. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 4, stop here for those persons and have the presiding juror sign and date this form.

5.      Was Counterclaimant Darrick Angelone harmed by Counter-Defendant Deon Taylor's breach of contract?

_____ Yes          _____ No

Was Counterclaimant Darrick Angelone harmed by Third-Party Defendant Roxanne Taylor's breach of contract?

_____ Yes          _____ No

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

For each person that received a "Yes" answer in Question 5, answer Question 6. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 5, stop here for those persons and have the presiding juror sign and date this form.

6.    What are the damages suffered by Defendant/Counterclaimant Darrick Angelone as a result of the breach?

Damages caused by Counter-Defendant Deon Taylor:

Contract damages (general): $ _____

Special damages (if any): $ _____

Reliance damages (if any): $ _____

Damages caused by Third-Party Defendant Roxanne Taylor:

Contract damages (general): $ _____

Special damages (if any): $ _____

Reliance damages (if any): $ _____

Dated: _____        Signed: _____
                                                        Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

### SPECIAL VERDICT FORM – FALSE PROMISE

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

19.    Did Counter-Defendant Deon Taylor make a promise to Counterclaimant Darrick Angelone?

_____ Yes            _____ No

Did Third-Party Defendant Roxanne Taylor make a promise to Counterclaimant Darrick Angelone?

_____ Yes            _____ No

For each person that received a "Yes" answer in Question 1, answer Question 2. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

20.    Did Counter-Defendant Deon Taylor intend to perform this promise when he made it?

1

_____ Yes                    _____ No

2

3      Did Third-Party Defendant Roxanne Taylor intend to perform this promise

4    when she made it?

5

6                       _____ Yes                    _____ No

7      For each person that received a "Yes" answer in Question 2, answer

8    Question 3. For each person that received a "No" answer, skip the rest of the

9    questions for that person. If both received a "No" answer to Question 2, stop here,

10   answer no further questions, and have the presiding juror sign and date this form.

11

12

13   21.    Did Counter-Defendant Deon Taylor intend that Counterclaimant Darrick

14   Angelone rely on this promise?

15

16                       _____ Yes                    _____ No

17

18      Did Third-Party Defendant Roxanne Taylor intend that Counterclaimant

19   Darrick Angelone rely on this promise?

20

21                       _____ Yes                    _____ No

22

23      For each person that received a "Yes" answer in Question 3, answer

24   Question 4. For each person that received a "No" answer, skip the rest of the

25   questions for that person. If both received a "No" answer to Question 3, stop here,

26   answer no further questions, and have the presiding juror sign and date this form.

27

28   22.    Did Counterclaimant Darrick Angelone rely on the promise made by

Counter-Defendant Deon Taylor?

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1

2          _____ Yes          _____ No

3

4          Did Counterclaimant Darrick Angelone rely on the promise made by Third-

5    Party Defendant Roxanne Taylor?

6

7          _____ Yes          _____ No

8

9

10         For each person that received a "Yes" answer in Question 4, answer

11   Question 5. For each person that received a "No" answer, skip the rest of the

12   questions for that person. If both received a "No" answer to Question 4, stop here

13   for those persons and have the presiding juror sign and date this form.

14

15   23.    Did Counter-Defendant Deon Taylor perform the promised act?

16

17         _____ Yes          _____ No

18

19         Did Third-Party Defendant Roxanne Taylor perform the promised act?

20

21         _____ Yes          _____ No

22

23         For each person that received a "Yes" answer in Question 5, answer

24   Question 6. For each person that received a "No" answer, skip the rest of the

25   questions for that person. If both received a "No" answer to Question 5, stop here

26   for those persons and have the presiding juror sign and date this form.

27

28   24.    Was Counterclaimant Darrick Angelone's reliance on Counter-Defendant

     Deon Taylor's promise a substantial factor in causing harm to Mr. Angelone?

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

_____ Yes                    _____ No

Was Counterclaimant Darrick Angelone's reliance on Third-Party Defendant Roxanne Taylor's promise a substantial factor in causing harm to Mr. Angelone?

_____ Yes                    _____ No

For each person that received a "Yes" answer in Question 6, answer Question 7. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer to Question 6, stop here for those persons and have the presiding juror sign and date this form.

25.    What are the damages suffered by Defendant/Counterclaimant Darrick Angelone as a result of the false promise?

Damages caused by Counter-Defendant Deon Taylor:

**i.    Past economic loss**

        lost earnings                    $ _____

        lost profits                      $ _____

        other past economic loss          $ _____

**Total Past Economic Damages:** $ _____

**ii.    Future economic loss**

        lost earnings                    $ _____

        lost profits                      $ _____

        other past economic loss          $ _____

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

**Total Future Economic Damages:** $ _____

Damages caused by Third-Party Defendant Roxanne Taylor:

i.      **Past economic loss**

lost earnings                    $ _____

lost profits                      $ _____

other past economic loss     $ _____

**Total Past Economic Damages:** $ _____

ii.     **Future economic loss**

lost earnings                    $ _____

lost profits                      $ _____

other past economic loss     $ _____

**Total Future Economic Damages:** $ _____

Dated: _____          Signed: _____

                                                 Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

### SPECIAL VERDICT FORM – QUANTUM MERUIT

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.    Did the following person or entity request, by words or conduct, that Counterclaimants Darrick Angelone or AONE Creative LLC perform services (or deliver goods) for their benefit?

As to Counter-Defendant Deon Taylor:

_____ Yes        _____ No

As to Counter-Defendant Hidden Empire Holdings, LLC:

_____ Yes        _____ No

As to Counter-Defendant Hyper Engine, LLC:

_____ Yes        _____ No

As to Third-Party Defendant Roxanne Taylor:

_____ Yes        _____ No

For each person or entity that received a "Yes" answer in Question 1, answer Question 2 as to that person or entity. For each that received a "No" answer, skip the rest of the questions as to that person or entity. If all received a "No"

answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

2a.    Did Counterclaimant Darrick Angelone perform the services (or deliver the goods) as requested for that person's or entity's benefit?

As to Counter-Defendant Deon Taylor:

_____ Yes    _____ No

As to Counter-Defendant Hidden Empire Holdings, LLC:

_____ Yes    _____ No

As to Counter-Defendant Hyper Engine, LLC:

_____ Yes    _____ No

As to Third-Party Defendant Roxanne Taylor:

_____ Yes    _____ No

2b.    Did Counterclaimant AONE Creative LLC perform the services (or deliver the goods) as requested for that person's or entity's benefit?

As to Counter-Defendant Deon Taylor:

_____ Yes    _____ No

As to Counter-Defendant Hidden Empire Holdings, LLC:

_____ Yes    _____ No

As to Counter-Defendant Hyper Engine, LLC:

_____ Yes    _____ No

As to Third-Party Defendant Roxanne Taylor:

_____ Yes    _____ No

For each person or entity that received a "Yes" answer in Question 2, answer Question 3 as to that person or entity. For each that received a "No" answer, skip the rest of the questions as to that person or entity. If all received a "No" answer to Question 2, stop here and have the presiding juror sign and date this form.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

3a.    Did the following person or entity fail to pay Counterclaimant Darrick Angelone for the services (or goods)?

As to Counter-Defendant Deon Taylor:

_____ Yes        _____ No

As to Counter-Defendant Hidden Empire Holdings, LLC:

_____ Yes        _____ No

As to Counter-Defendant Hyper Engine, LLC:

_____ Yes        _____ No

As to Third-Party Defendant Roxanne Taylor:

_____ Yes        _____ No


3b.    Did the following person or entity fail to pay Counterclaimant AONE Creative LLC for the services (or goods)?

As to Counter-Defendant Deon Taylor:

_____ Yes        _____ No

As to Counter-Defendant Hidden Empire Holdings, LLC:

_____ Yes        _____ No

As to Counter-Defendant Hyper Engine, LLC:

_____ Yes        _____ No

As to Third-Party Defendant Roxanne Taylor:

_____ Yes        _____ No


For each person or entity that received a "Yes" answer in Question 3, answer Question 4 as to that person or entity. For each that received a "No" answer, skip the rest of the questions as to that person or entity. If all received a "No" answer to Question 3, stop here and have the presiding juror sign and date this form.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

4.      State the reasonable value of the services (or goods) provided to that person or entity:

As to Counter-Defendant Deon Taylor:

            Reasonable value: $ _____

As to Counter-Defendant Hidden Empire Holdings, LLC:

            Reasonable value: $ _____

As to Counter-Defendant Hyper Engine, LLC:

            Reasonable value: $ _____

As to Third-Party Defendant Roxanne Taylor:

            Reasonable value: $ _____


 Dated: _____        Signed: _____

                                                        Presiding Juror


            After this verdict form has been signed, notify the clerk/bailiff/court

attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663



PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

**SPECIAL VERDICT FORM – UNJUST ENRICHMENT**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.    (a) Did Counterclaimants Darrick Angelone and AONE Creative, LLC confer a benefit on Counter-Defendant Deon Taylor?

_____ Yes        _____ No

(b) Did Counterclaimants Darrick Angelone and AONE Creative, LLC confer a benefit on Counter-Defendant Hidden Empire Holdings, LLC?

_____ Yes        _____ No

(c) Did Counterclaimants Darrick Angelone and AONE Creative, LLC confer a benefit on Counter-Defendant Hyper Engine, LLC?

_____ Yes        _____ No

(d) Did Counterclaimants Darrick Angelone and AONE Creative, LLC confer a benefit on Third-Party Defendant Roxanne Taylor?

_____ Yes        _____ No

For each person or entity that received a "Yes" answer in Question 1, answer Question 2 as to that person or entity. If all received a "No" answer, stop

here, answer no further questions, and have the presiding juror sign and date this form.

2.    (a) Did Counter-Defendant Deon Taylor know, or have reason to know, that the benefit conferred by Counterclaimants Darrick Angelone and AONE Creative, LLC was received under circumstances that would make it unjust to retain it without payment?

_____ Yes                    _____ No

(b) Did Counter-Defendant Hidden Empire Holdings, LLC know, or have reason to know, that the benefit conferred by Counterclaimants Darrick Angelone and AONE Creative, LLC was received under circumstances that would make it unjust to retain it without payment?

_____ Yes                    _____ No

(c) Did Counter-Defendant Hyper Engine, LLC know, or have reason to know, that the benefit conferred by Counterclaimants Darrick Angelone and AONE Creative, LLC was received under circumstances that would make it unjust to retain it without payment?

_____ Yes                    _____ No

(d) Did Third-Party Defendant Roxanne Taylor know, or have reason to know, that the benefit conferred by Counterclaimants Darrick Angelone and AONE Creative, LLC was received under circumstances that would make it unjust to retain it without payment?

PLAINTIFFS' PROPOSED JURY VERDICT FORM

1          _____ Yes          _____ No

2

3    For each person or entity that received a "Yes" answer in Question 2, answer

4    Question 3 as to that person or entity. For each that received a "No" answer,

5    skip the rest of the questions as to that person or entity. If all received a "No"

6    answer, stop here and have the presiding juror sign and date this form.

7

8    3.      (a) Would it be unjust, inequitable, or contrary to good conscience for

9    Counter-Defendant Deon Taylor to retain the benefit without reimbursing

10   Counterclaimants Darrick Angelone and AONE Creative, LLC for its

11   reasonable value?

12

13         _____ Yes          _____ No

14

15   (b) Would it be unjust, inequitable, or contrary to good conscience for

16   Counter-Defendant Hidden Empire Holdings, LLC to retain the benefit

17   without reimbursing Counterclaimants Darrick Angelone and AONE

18   Creative, LLC for its reasonable value?

19

20         _____ Yes          _____ No

21

22   (c) Would it be unjust, inequitable, or contrary to good conscience for

23   Counter-Defendant Hyper Engine, LLC to retain the benefit without

24   reimbursing Counterclaimants Darrick Angelone and AONE Creative, LLC

25   for its reasonable value?

26

27         _____ Yes          _____ No

28

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

(d) Would it be unjust, inequitable, or contrary to good conscience for Third-Party Defendant Roxanne Taylor to retain the benefit without reimbursing Counterclaimants Darrick Angelone and AONE Creative, LLC for its reasonable value?

_____ Yes          _____ No

For each person or entity that received a "Yes" answer in Question 3, answer Question 4 as to that person or entity. If all received a "No" answer, stop here and have the presiding juror sign and date this form.

4.      State the amount that would restore Counterclaimants Darrick Angelone and AONE Creative, LLC to the position they would have been in had the unjust enrichment not occurred:

As to Counter-Defendant Deon Taylor:

        Restitution amount: $ _____

As to Counter-Defendant Hidden Empire Holdings, LLC:

        Restitution amount: $ _____

As to Counter-Defendant Hyper Engine, LLC:

        Restitution amount: $ _____

As to Third-Party Defendant Roxanne Taylor:

        Restitution amount: $ _____

 Dated: _____          Signed: _____
                                          Presiding Juror

        After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

**SPECIAL VERDICT FORM – DAMAGES ON MULTIPLE LEGAL THEORIES**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

For the purposes of this Verdict Form:

(i)     "Counterclaimants" means Darrick Angelone, AONE Creative, LLC, and ON CHAIN INNOVATIONS, LLC.

(ii)    "Counter-Defendants" means Deon Taylor, Hidden Empire Holdings, LLC, Hyper Engine, LLC, and Roxanne Taylor.

You must not award the same item of damages more than once, even if you find that one or more Counter-Defendants are liable to Counterclaimants on more than one legal theory. For each category below, you may award damages only if you find that one or more Counter-Defendants are liable to Counterclaimants under at least one cause of action that permits recovery of that category of damages.

If you do not award damages for a particular category, write "0" in the blank.

**What are Counterclaimants' Damages?**

1. **Past Lost Earnings / Loss of Business Opportunities.** If you find that one or more Counter-Defendants are liable to Counterclaimants under one or more causes of action that allow recovery of past lost earnings or loss

of past business opportunities, what amount do you award Counterclaimants for this item of damage?

$ _____

2. **Past Value of Services / Unpaid Compensation / Quantum Meruit Value.** If you find that one or more Counter-Defendants are liable to Counterclaimants under one or more causes of action that allow recovery of the reasonable value of services or unpaid compensation (including breach of contract, implied contract, quantum meruit, or unjust enrichment), what amount do you award Counterclaimants for this item of damage?

$ _____

3. **Future Lost Earnings or Future Loss of Business Opportunities (if any).** If you find that one or more Counter-Defendants are liable to Counterclaimants under one or more causes of action that allow recovery of future lost earnings or future loss of business opportunities, what amount do you award Counterclaimants for this item of damage?

PLAINTIFFS' PROPOSED JURY VERDICT FORM

$

_____

**4. Out-of-Pocket Expenses / Reliance Damages (if applicable).** If you find that one or more Counter-Defendants are liable to Counterclaimants under one or more causes of action that allow recovery of out-of-pocket expenses, reliance damages, or similar expenditures, what amount do you award Counterclaimants for this item of damage?

$

_____

**5. Noneconomic Harm (Emotional Distress / Harm to Reputation) (if recoverable).** If you find that one or more Counter-Defendants are liable to Counterclaimants under one or more causes of action that allow recovery of noneconomic damages, including emotional distress or harm to reputation, what amount do you award Counterclaimants for this item of damage?

$

_____

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

**6. Restitution / Disgorgement / Unjust Enrichment (if applicable).** If you find that one or more Counter-Defendants are liable to Counterclaimants under one or more causes of action that allow restitution, disgorgement, or unjust enrichment (including unjust enrichment, quantum meruit, or implied contract), what amount do you award Counterclaimants to restore them to the position they would have been in had the unjust enrichment not occurred?

$

_____

**7. Total Damages (All Categories Combined).** State the total amount of damages that you award to Counterclaimants by adding together the amounts you awarded in Questions 1 through 6:

$

_____

Dated: _____        Signed: _____
                                              Presiding Juror

PLAINTIFFS' PROPOSED JURY VERDICT FORM

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

1    After this verdict form has been signed, notify the clerk/bailiff/court

2  attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663



**SPECIAL VERDICT FORM – MULTIPLE CAUSES OF ACTION**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

For each cause of action listed below, you must indicate whether you find in favor of the relevant Defendant/Counterclaimant(s) or in favor of the party against whom that cause of action is asserted.

1. **Breach of Express Oral Contract**

As to Plaintiff/Counter-Defendant Deon Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Plaintiff/Counter-Defendant Deon Taylor

As to Third-Party Defendant Roxanne Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Third-Party Defendant Roxanne Taylor

2. **Breach of Implied Contract**

As to Plaintiff/Counter-Defendant Deon Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Plaintiff/Counter-Defendant Deon Taylor

As to Third-Party Defendant Roxanne Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Third-Party Defendant Roxanne Taylor

3. **Breach of Fiduciary Duty**

As to Plaintiff/Counter-Defendant Deon Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Plaintiff/Counter-Defendant Deon Taylor

As to Third-Party Defendant Roxanne Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Third-Party Defendant Roxanne Taylor

4. **Promissory Fraud (False Promise)**

As to Plaintiff/Counter-Defendant Deon Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Plaintiff/Counter-Defendant Deon Taylor

As to Third-Party Defendant Roxanne Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimant Darrick Angelone

\_\_\_\_\_ Third-Party Defendant Roxanne Taylor

5. **Unjust Enrichment**

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

As to Plaintiff/Counter-Defendant Deon Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Plaintiff/Counter-Defendant Deon Taylor

As to Plaintiff/Counter-Defendant Hidden Empire Holdings, LLC, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Plaintiff/Counter-Defendant Hidden Empire Holdings, LLC

As to Plaintiff/Counter-Defendant Hyper Engine, LLC, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Plaintiff/Counter-Defendant Hyper Engine, LLC

As to Third-Party Defendant Roxanne Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Third-Party Defendant Roxanne Taylor

6. **Quantum Meruit (Goods and Services Rendered)**

As to Plaintiff/Counter-Defendant Deon Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Plaintiff/Counter-Defendant Deon Taylor

As to Plaintiff/Counter-Defendant Hidden Empire Holdings, LLC, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Plaintiff/Counter-Defendant Hidden Empire Holdings, LLC

PLAINTIFFS' PROPOSED JURY VERDICT FORM

As to Plaintiff/Counter-Defendant Hyper Engine, LLC, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Plaintiff/Counter-Defendant Hyper Engine, LLC

As to Third-Party Defendant Roxanne Taylor, we find in favor of:

\_\_\_\_\_ Defendant/Counterclaimants Darrick Angelone and AONE Creative, LLC

\_\_\_\_\_ Third-Party Defendant Roxanne Taylor

Dated: _____        Signed: _____
                                            Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

1
2

### SPECIAL VERDICT FORM – PUNITIVE DAMAGES – ENTITY DEFENDANT

3
4

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

5
6

1.      Did Counter-Defendant Deon Taylor engage in the conduct that you have found constituted fraud, oppression, or malice?

7

8
9

_____ Yes          _____ No

10
11
12

Did Third-Party Defendant Roxanne Taylor engage in the conduct that you have found constituted fraud, oppression, or malice?

13
14

_____ Yes          _____ No

15
16
17
18
19
20

For each person that received a "Yes" answer in Question 1, answer Question 2 as to that person. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

21

22
23
24

2.      Did Hidden Empire Holdings, LLC either (a) employ that person as an officer, director, or managing agent acting on behalf of Hidden Empire Holdings, LLC, or (b) authorize or ratify that person's conduct?

25
26

As to Deon Taylor:

27
28

_____ Yes          _____ No

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

PLAINTIFFS' PROPOSED JURY VERDICT FORM

As to Roxanne Taylor:

_____ Yes        _____ No

For each person that received a "Yes" answer in Question 2, you may consider that person's conduct in deciding whether to award punitive damages against Hidden Empire Holdings, LLC. For each person that received a "No" answer in Question 2, you may not base any punitive damages against Hidden Empire Holdings, LLC on that person's conduct.

If you answered "No" in Question 2 as to both Deon Taylor and Roxanne Taylor, stop here, answer no further questions, and have the presiding juror sign and date this form.

If you answered "Yes" in Question 2 as to at least one of Deon Taylor or Roxanne Taylor, answer Question 3.

3.      What amount of punitive damages, if any, do you award against Hidden Empire Holdings, LLC as punishment and to deter future wrongful conduct?

Punitive damages against Hidden Empire Holdings, LLC:   $ _____

Dated: _____        Signed: _____
                                            Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

NEWELL LAW GROUP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

**SPECIAL VERDICT FORM – PUNITIVE DAMAGES**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

4.    Did Counter-Defendant Deon Taylor engage in the conduct that you have found constituted fraud, oppression, or malice?

_____ Yes        _____ No

Did Third-Party Defendant Roxanne Taylor engage in the conduct that you have found constituted fraud, oppression, or malice?

_____ Yes        _____ No

For each person that received a "Yes" answer in Question 1, answer Question 2 as to that person. For each person that received a "No" answer, skip the rest of the questions for that person. If both received a "No" answer, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.    What amount of punitive damages, if any, do you award to Counterclaimants Darrick Angelone, AONE Creative, LLC, and ON CHAIN INNOVATIONS, LLC as punishment and to deter future wrongful conduct?

As against Counter-Defendant Deon Taylor:

Punitive damages: $ _____

As against Third-Party Defendant Roxanne Taylor:

Punitive damages: $ _____

Dated: _____          Signed: _____
                                                Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

Dated: December 9, 2025                    **NEWELL LAW GROUP PC**

/s/ Felton T. Newell

_____
Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

PLAINTIFFS' PROPOSED JURY VERDICT FORM