FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone:(310)556-9663

Sabrina C. Narain SBN 299471)
NARAIN MACLEAR LLP
300 S. Grand Avenue, Suite 3950
Los Angeles, CA 90071
Tel: 323-716-6557
snarain@nm-llp.com
FCA-Eservice-NM@nm-llp.com

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
27001 Agoura Road, Suite 350
Calabasas, California 91301
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com

J.T. Fox, Esq., SBN 195063
LAW OFFICES OF J.T. FOX & ASSOCIATES,
A Professional Corporation
556 S. Fair Oaks Ave., No. 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax

Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants. | **CASE NO.: 2:22-cv-06515-MWF-AGR**<br>(Hon. Michael W. Fitzgerald, Dept. 5A)<br><br>**JOINT WITNESS LIST**<br><br><br>Complaint Filed: September 12, 2022<br>Trial Date:        January 13, 2026 |

**TO THE HONORABLE COURT:**

Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine LLC and Deon Taylor and Third-Party Defendant Roxanne Taylor and Defendants Darrick Angelone, AONE Creative LLC and On Chain Innovations LLC hereby submits the following list of witnesses for trial in this matter.

| **PARTY** | **WITNESSES** | **DIRECT** | **CROSS** | **REDIRECT** | **SUBJECT** |
|---|---|---|---|---|---|
| Plaintiff | Darrick Angelone | 6.0 | 4.0 | 1.0 | All claims and defenses |
| Plaintiff | Roxanne Taylor | 7.0 | 2.5 | 1.0 | All claims and defenses |
| Plaintiff | Quincy Newell | 4.0 | 1.0 | 1.0 | Communications with Angelone and his attorneys |
| Plaintiff | Deon Taylor | 5.0 | 2.5 | 1.0 | All claims and defenses |
| Plaintiff | Velma Sykes | 1.0 | 0.75 | .5 | Communications with Angelone |
| Plaintiff | Darrell Thompson | 1.0 | 0.5 | .5 | Negotiations regarding status of restoring Google Workspace access |
| Plaintiff | Damien Douglas | 2.0 | 1.0 | .5 | Communications with Darrick regarding Darrick's role |
| Plaintiff | Erin Burke | 3.0 | 2.0 | 1.0 | Expert Witness |
| Plaintiff | Alex Izen | 1.0 | 0.5 | .5 | Expert Witness |
| Plaintiff | Sean Miller | 1.0 | 0.5 | .5 | Communications with Darrick regarding Darrick's role |
| Defendant | Darrick Angelone | 4.0 | 2.0 | 1.0 | Mr. Angelone is expected to testify regarding his long-standing business relationship with Hidden Empire Film Group and its principals; the formation, purpose, |

| PARTY | WITNESSES | DIRECT | CROSS | REDIRECT | SUBJECT |
|---|---|---|---|---|---|
| | | | | | and operations of AOne Creative, LLC, On Chain Innovations, LLC, and Hyper Engine, LLC; the scope of services provided to Plaintiffs and affiliated entities; the parties' course of dealing; authorization to manage digital assets, domains, and email systems; billing, payment disputes, and termination of services; and Defendants' defenses and counterclaims. He may also testify regarding communications with Plaintiffs, third-party vendors, and consultants, and to rebut allegations of unauthorized access, data deletion, or misconduct. |
| Defendant | Corporate Representative of AOne Creative, LLC / On Chain Innovations, LLC | 1.5 | 0.75 | 0.5 | The corporate representative of AOne Creative, LLC and/or On Chain Innovations, LLC is expected to testify regarding the entities' formation, ownership, and operations; the services provided to Plaintiffs and related entities; contracts, invoices, and payment history; |

NEWELL LAW GROUP
801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

| PARTY | WITNESSES | DIRECT | CROSS | REDIRECT | SUBJECT |
|---|---|---|---|---|---|
|  |  |  |  |  | management of digital infrastructure including domains, email, and online platforms; and the circumstances surrounding the suspension or termination of services. The representative may also testify regarding damages, business records, and Defendants' defenses and counterclaims. |
| Defendant | Deon Taylor | 3.0 | 2.0 | 0.75 | Mr. Taylor is expected to testify regarding his role as a principal of Hidden Empire Film Group; negotiations and agreements with Defendants; the use of AOne, On Chain Innovations, and Hyper Engine in connection with film, marketing, and digital projects; authorization given to Defendants regarding access to accounts and systems; financial dealings and payment decisions; and the factual basis for Plaintiffs' claims, including allegations of lockout, data loss, and damages. His testimony may also be used for impeachment and rebuttal. |

| PARTY | WITNESSES | DIRECT | CROSS | REDIRECT | SUBJECT |
|---|---|---|---|---|---|
| Defendant | Roxanne Avent Taylor | 3.0 | 2.0 | 0.75 | Ms. Taylor is expected to testify regarding her role in Hidden Empire Film Group's operations; agreements and communications with Defendants; provision of credentials and access to digital systems; internal bookkeeping, tax, and vendor practices; and her involvement in the formation, governance, and financial treatment of Hyper Engine, LLC. She may also testify regarding Plaintiffs' allegations of unauthorized access, data deletion, and damages, and Defendants' defenses thereto. |
| Defendant | Corporate Representative of Hidden Empire Holdings, LLC | 1.5 | 1.0 | 0.5 | The corporate representative of Hidden Empire Holdings, LLC is expected to testify regarding the entity's structure, ownership, and operations; its relationship with Defendants and Hyper Engine, LLC; payments made to or withheld from Defendants; use of Defendants for marketing, technology, and digital services; |

| PARTY | WITNESSES | DIRECT | CROSS | REDIRECT | SUBJECT |
|---|---|---|---|---|---|
| | | | | | and the factual basis for Plaintiffs' claims of harm or damages. The representative may also testify regarding business records and internal communications |
| Defendant | Corporate Representative of Hyper Engine, LLC | 1.5 | 1.0 | 0.5 | The corporate representative of Hyper Engine, LLC is expected to testify regarding the entity's formation, ownership, governance, and operations; its role in providing marketing, technology, and digital services; financial records and bank accounts; treatment of Hyper Engine as an operating business by Plaintiffs; and its involvement in specific projects at issue in the case. The representative may also testify to rebut Plaintiffs' assertions that Hyper Engine was not a legitimate or operating entity. |
| Defendant | Rick Watts | 2.0 | 2.0 | 0.75 | Mr. Watts is expected to provide expert testimony regarding technical and forensic issues, including Google Workspace administration, access logs, domain-registration records, and related |

| PARTY | WITNESSES | DIRECT | CROSS | REDIRECT | SUBJECT |
|---|---|---|---|---|---|
| | | | | | digital evidence. He may testify regarding whether the available data supports or contradicts allegations of unauthorized access, deletion of data, or system lockouts, and may rebut opinions offered by Plaintiffs' experts. |
| Defendant | John Ferry | 0.75 | 0.75 | 0.25 | Mr. Ferry is expected to testify regarding his work with Hidden Empire Film Group and his communications with Defendants concerning film-related projects, marketing initiatives, and the development of the Fear game. He may testify regarding day-to-day operations, use of email and digital systems, communications about access or credentials, and the parties' course of dealing during the relevant period. |
| Defendant | Michael Claps | 0.75 | 0.75 | 0.25 | Mr. Claps is expected to testify regarding his role as an assistant to Roxanne Avent Taylor and his involvement in Hidden Empire Film Group and Hyper Engine operations. He may testify regarding |

| PARTY | WITNESSES | DIRECT | CROSS | REDIRECT | SUBJECT |
|---|---|---|---|---|---|
| | | | | | administrative practices, access to email and digital systems, internal communications, and his observations concerning the alleged lockout, data access, and the parties' disputes. |
| Defendant | Suzanne Summerville | 0.75 | 0.75 | 0.25 | Ms. Summerville is expected to testify regarding her work with Hidden Empire Film Group and Hyper Engine on marketing and media initiatives; her communications with Defendants and Plaintiffs; her use of AOne-managed email and digital systems; and documents she maintained or produced in the ordinary course of business, including operating-agreement drafts and project materials. Her testimony may address the parties' course of dealing, authorization, and governance issues. |
| | **TOTAL TIME:** | **49.75 hours** | **28.25 hours** | **13.00 hours** | |

NEWELL LAW GROUP
801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 556-9663

Dated: January 5, 2026  NEWELL LAW GROUP PC

/s/ *Felton T. Newell*

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

Dated: January 5, 2026  LAW OFFICES OF J.T. FOX,
A Professional Corporation

By: _____
J.T. Fox, Esq.
Attorney for Defendants and
**Counterclaimants, DARRICK ANGELONE; AONE CREATIVE, LLC, AND ON CHAIN INNOVATIONS, LLC**