FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone:(310)556-9663

Sabrina C. Narain SBN 299471)
NARAIN MACLEAR LLP
300 S. Grand Avenue, Suite 3950
Los Angeles, CA 90071
Tel: 323-716-6557
snarain@nm-llp.com
FCA-Eservice-NM@nm-llp.com

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

JEFFREY S. KRAMER, State Bar No. 094049
SANDRA CALIN, State Bar No. 100444
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
27001 Agoura Road, Suite 350
Calabasas, California 91301
Tel: (818) 657-0255 - Fax: (818) 657-0256
jkramer@kdeklaw.com;
scalin@kdeklaw.com

J.T. Fox, Esq., SBN 195063
LAW OFFICES OF J.T. FOX & ASSOCIATES,
A Professional Corporation
556 S. Fair Oaks Ave., No. 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax

Attorneys for Defendants, DARRICK ANGELONE, AONE CREATIVE, LLC and ON CHAIN INNOVATIONS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE, LLC formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS, LLC, a Florida limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-06515-MWF-AGR<br>Action Filed: September 12, 2022<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial Date:　January 13, 2026 |

　　　　Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine, LLC and Deon Taylor claim that Defendants Darrick Angelone, AOne Creative LLC and On Chain Innovations LLC breached a contract entered into by the parties, deprived Plaintiffs' of the use of their property, and also violated federal and state laws prohibiting computer fraud and misuse.  Defendant Angelone provided IT services to Hidden Empire Holdings, LLC and Hyper Engine, LLC as an independent contractor.  Plaintiffs claim they suffered financial damages as a result of the Defendants' alleged misconduct.  Defendants deny the allegations and deny that Plaintiffs have been damaged as a result of any conduct by the Defendants.

　　　　Darrick Angelone, AOne Creative, LLC and On Chain Innovations, LLC, as counter-claimants, claim that Hidden Empire Holdings, LLC, Hyper Engine, LLC, Deon Taylor and Roxanne Taylor breached a contract between the parties, breached certain fiduciary duties owed to counter-claimants and committed promissory fraud, resulting in financial damages to the counter-claimants.  The counter-claim defendants deny counter-claimants' allegations and deny that counter-claimants have been damaged as a result of any conduct by the counter-claim defendants.

| | | |
|---|---|---|
| DATED: January 5, 2026 | | KRAMER, DEBOER & KEANE |

By: _____
JEFFREY S. KRAMER
SANDRA CALIN

Attorneys for Defendants
DARRICK ANGELONE, AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC

Dated: January 5, 2026                    **NEWELL LAW GROUP PC**

/s/ *Felton T. Newell*
_____
Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC; HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**