# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited lability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, | Case No. 2:22-cv-06515-MWF-AGR |
|       Plaintiffs, | *Assigned to the Hon. Judge Michael W. Fitzgerald* |
| v. | **SPECIAL VERDICT FORM** |
| DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company, | |
|       Defendants. | Pretrial Conference: January 7, 2026<br>Trial Date:  January 14, 2026<br>Time:  8:30 a.m.<br>Dept.:  5A |

1

We, the jury, answer the following questions submitted by the Court as follows:

### **Hidden Empire's Breach of Contract Claim Against Darrick Angelone**

1. Did a predecessor company to Hidden Empire's and a predecessor company to AOne enter into a contract?

   _____Yes  _____ No

   If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 4.

2. Did the predecessor companies to Hidden Empire and AOne assign their respective rights to Hidden Empire and AOne?

   _____Yes  _____ No

   If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 4.

3. Did Hidden Empire do all or substantially all, of the significant things that the contract required it to do?

   _____Yes  _____ No

   If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to page 4.

SPECIAL VERDICT FORM

4. Did AOne fail to do something that the contract required it to do?

_____Yes  _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to page 4.

5. Was Hidden Empire harmed by AOne's breach of contract?

_____Yes  _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to page 4.

6. What are Hidden Empire's damages?

Contract damages (general): $ _____

Special damages (if any): $ _____

Reliance damages (if any): $ _____

SPECIAL VERDICT FORM

## **Hidden Empire's Computer Fraud and Abuse Act Claim Against Darrick Angelone**

1.  Hidden Empire's computers were used in and affected interstate and commerce and communication.

    _____Yes  _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 6.

2.  Did Darrick Angelone access Hidden Empire's computers without authorization.

    _____Yes  _____ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 6.

3.  Did Darrick Angelone obtain unauthorized information from Hidden Empire's computers.

    _____Yes  _____ No

    If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to page 6.

    _____Yes  _____ No

4.  Did Darrick Angelone do one or more of the following:

(a) lock Hidden Empire out of its private corporate accounts; or

(b) change the passwords for Hidden Empire's websites and domains; or

 (c) refuse to relinquish the administrator credentials for Hidden Empire's websites; or

(d) download Deon Taylor's Zoom videos and posted them to the internet; or

(e) delete Hi Hidden Empire's Google Workspace account.

_____Yes   _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to page 6.

5.  Hidden Empire was damaged in excess of $5,000 during a one-year period by Darrick Angelone's actions.

_____Yes   _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to page 6.

6.   If you answered "Yes" to question 15, you must answer the following question: What amount of damages do you find that Hidden Empire should recover as a result of Darrick Angelone's violation(s) of the Computer Fraud and Abuse Act?

Amount $ _____

SPECIAL VERDICT FORM

## **Hidden Empire's Computer Data and Access Fraud Act Claim Against Darrick Angelone**

Was Hidden Empire the owner of Hidden Empire's Google Workspace account?

_____Yes   _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 9.

1.  Did Darrick Angelone knowingly and without permission do one or more of the following:
    (a) access and make use of data and files from Hidden Empire's computers, websites, software and/or computer networks
    (b) willfully access Hidden Empire's Google Workspace account without authorization
    (c) deny an authorized user of Hidden Empire's Google Workspace account access to Hidden Empire's Google Workspace Account
    (d) delete Hidden Empire's Google Workspace account?

    _____Yes   _____ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 9.

SPECIAL VERDICT FORM

2. Did Darrick Angelone engage in one or more of the acts identified in Question 2 without Hidden Empire's permission.

_____Yes    _____ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to page 9.

3. Was Hidden Empire harmed?

_____Yes    _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to page 9.

4. Was Darrick Angelone's conduct a substantial factor in causing Hidden Empire's harm?

_____Yes    _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to page 9.

5. What is the amount of compensatory damages?
   $_____

6. Did Darrick Angelone do one or more of the acts identified in question 2 with fraud, oppression, or malice?

SPECIAL VERDICT FORM

_____ Yes        _____ No

If you answered "Yes" for either person, the Court will instruct you on additional questions concerning punitive damages. Please move to page 8.

SPECIAL VERDICT FORM

**<u>Hidden Empire Film Group's Conversion Claim against Darrick Angelone</u>**

1.  Did Hidden Empire own its Google Workspace Account?

    _____Yes    _____ No

    If your answer to question 1 is yes, then answer question 2.  If you answered no,
    please skip to page 11.

2.  Did Darrick Angelone substantially interfere with Hidden Empire's property by
    knowingly or intentionally taking possession of Hidden Empire's Google
    Workspace Account; and/or preventing Hidden Empire from having access to its
    Google Workspace Account; and/or refusing to return access to Hidden Empire
    after it demanded the return of its access to its Google Workspace Account.

    _____Yes    _____ No

    If your answer to question 2 is yes, then answer question 3.  If you answered no,
    please skip to page 11.

3.  Did Hidden Empire consent?

    _____Yes    _____ No

    If your answer to question 3 is yes, then answer question 4.  If you answered no,
    please skip to page 11.

SPECIAL VERDICT FORM

4.  Was Hidden Empire harmed?

_____Yes   _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to page 11.

5.  Was Darrick Angelone's conduct a substantial factor in causing Hidden Empire's harm?

_____Yes   _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to page 11.

6.  If you answered "Yes" to question 5, you must answer the following question: What amount of damages do you find that Hidden Empire should recover as a result of Darrick Angelone's Conversion?

Amount $ _____

SPECIAL VERDICT FORM

## **Hidden Empire's Copyright Infringement Claim against Darrick Angelone**

1.  Has Deon Taylor proven by a preponderance of the evidence that he owns a valid copyright for the film "Fear?"

    _____Yes    _____ No

    If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 13.

2.  Did Darrick Angelone's video game copy protected elements of the film "Fear"?
    _____Yes    _____ No

    If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 13.

3.  Was Darrick Angelone's copying of protected elements of the film "Fear" willful?
    _____Yes    _____ No

    If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to page 13.

4.  Did Hidden Empire give Darrick Angelone permission to copy protected elements of the film "Fear"?
    _____Yes    _____ No

    If your answer to question 4 is no, then answer question 5.  If you answered yes, please skip to page 13.

SPECIAL VERDICT FORM

5. What amount of damages should Hidden Empire recover as a result of Darrick Angelone's infringement of its copyrighted material?

     Amount $_____

SPECIAL VERDICT FORM

## **Darrick Angelone's Breach of Fiduciary Duty Claim Against Deon Taylor and Roxanne Taylor**

1.       Did Deon Taylor and/or Roxanne Taylor owe a fiduciary duty of undivided loyalty to Darrick Angelone?

_____ Yes                 _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 16.

2.       Did Deon Taylor and/or Roxanne Taylor act against Darrick Angelone's interests or act on behalf of a party whose interests were adverse to Darrick Angelone's?

_____ Yes                 _____ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 16.

3.       Did Darrick Angelone give informed consent to Deon Taylor and/or Roxanne Taylor's conduct?

_____ Yes                 _____ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to page 16.

4.      Was Darrick Angelone harmed by Deon Taylor and/or Roxanne Taylor's conduct?

_____ Yes                _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to page 16.

5.      Was Deon Taylor and/or Roxanne Taylor's conduct a substantial factor in causing harm to Darrick Angelone?

_____ Yes           _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to page 18.

6.      What are the damages suffered by Darrick Angelone as a result of the conduct of the person identified above?

Damages caused by Deon Taylor:
        Economic loss: $ _____
        Noneconomic loss (if any): $ _____

Damages caused by Roxanne Taylor:
        Economic loss: $ _____
        Noneconomic loss (if any): $ _____

For each person that received a "Yes" answer in Question 6, answer Question 7.

SPECIAL VERDICT FORM

7.      Did Deon Taylor and/or Roxanne Taylor act with malice, oppression, or fraud?

_____ Yes                 _____ No

If you answered "Yes" for either person, the Court will instruct you on additional questions concerning punitive damages. Please move to page 16.

SPECIAL VERDICT FORM

## <u>Darrick Angelone's Breach of Contract Claims Against Deon Taylor and Roxanne Taylor</u>

1. Did Darrick Angelone, on the one hand, and Deon Taylor and/or Roxanne Taylor, on the other hand, mutually agree to enter into a contract, as shown by their words or conduct and the surrounding circumstances?

        _____ Yes         _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 19.

2. Did Darrick Angelone do all, or substantially all, of the significant things the contract required of him with respect to Deon Taylor and/or Roxanne Taylor?

        _____ Yes         _____ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 19.

3. Was Darrick Angelone excused from having to do all, or substantially all, of the significant things that the contract required him to do with respect to Deon Taylor and/or Roxanne Taylor?

        _____ Yes         _____ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to question 7.

SPECIAL VERDICT FORM

4. Did Deon Taylor and/or Roxanne Taylor fail to do something that the contract required him/her to do?

_____ Yes                    _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to question 7.

5. Was Darrick Angelone harmed by Deon Taylor and/or Roxanne Taylor's breach of contract?

_____ Yes                    _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to question 7.

6. What are the damages suffered by Darrick Angelone as a result of the breach?

Damages caused by Deon Taylor:

    Contract damages (general): $ _____

    Special damages (if any): $ _____

    Reliance damages (if any): $ _____

Damages caused by Roxanne Taylor:

    Contract damages (general): $ _____

    Special damages (if any): $ _____

    Reliance damages (if any): $ _____

SPECIAL VERDICT FORM

7. Did Deon Taylor and/or Roxanne Taylor do something that unfairly interfered with Darrick Angelone's right to receive the benefits of the contract?

_____ Yes    _____ No

If your answer to question 7 is yes, then answer question 8. If you answered no, please skip to page 19.

8. Was Darrick Angelone harmed by Deon Taylor's and/or Roxanne Taylor's breach of the implied covenant of good faith and fair dealing?

_____ Yes    _____ No

If your answer to question 8 is yes, then answer question 9. If you answered no, please skip to page 19.

9. What are the damages suffered by Darrick Angelone as a result of the breach of the implied covenant of good faith and fair dealing?

Damages caused by Deon Taylor:

Covenant damages: $ _____

Damages caused by Roxanne Taylor:

Covenant damages: $ _____

18

SPECIAL VERDICT FORM

## Darrick Angelone's and AOne Quantum Meruit Claim Against Deon Taylor, Hidden Empire, Hyper Engine and Roxanne Taylor

1. Did Deon Taylor, Hidden Empire, Hyper Engine and/or Roxanne Taylor request that Darrick Angelone or AOne perform services for them?

   _____ Yes        _____ No

   If your answer to Question 1 is Yes, answer Question 2.
   If your answer is No, please skip to page 21.

2. Did Darrick Angelone or AOne performed services as requested for Deon Taylor, Hidden Empire, Hyper Engine and/or Roxanne Taylor with their knowledge and acceptance?

   _____ Yes        _____ No

   If your answer to Question 2 is Yes, answer Question 3.
   If your answer is No, please skip to page 21.

3. Did Deon Taylor, Hidden Empire, Hyper Engine and/or Roxanne Taylor receive the benefit of those services under circumstances that made it reasonable to expect payment, even if no enforceable contract existed?

   _____ Yes        _____ No

   If your answer to Question 3 is Yes, answer Question 4.
   If your answer is No, please skip to page 21.

SPECIAL VERDICT FORM

4.  Has Deon Taylor, Hidden Empire, Hyper Engine and/or Roxanne Taylor not paid Darrick Angelone or AOne for the services?

_____ Yes        _____ No

If your answer to Question 4 is Yes, answer Question 5.

If your answer is No, please skip to page 21.

5.  What is the reasonable value of the services provided by Darrick Angelone or AOne that were not paid for?

As to Deon Taylor:

$ _____

As to Hyper Engine:

$ _____

As to Hidden Empire:

$ _____

As to Roxanne Taylor:

$ _____

SPECIAL VERDICT FORM

### Darrick Angelone's False Promise Claim Against Deon Taylor and Roxanne Taylor

1.  Did Deon Taylor and/or Roxanne Taylor make a promise to Darrick Angelone?

    _____ Yes                _____ No

    If your answer to question 1 is yes, then answer question 2.  If you answered no, please skip to page 24.

2.  Did Deon Taylor and/or Roxanne Taylor intend to perform this promise when he/she made it?

    _____ Yes                _____ No

    If your answer to question 2 is yes, then answer question 3.  If you answered no, please skip to page 24.

3.  Did Deon Taylor and/or Roxanne Taylor intend that Darrick Angelone rely on this promise?

    _____ Yes                _____ No

    If your answer to question 3 is yes, then answer question 4.  If you answered no, please skip to page 24.

SPECIAL VERDICT FORM

4.  Did Darrick Angelone rely on the promise made by Deon Taylor and/or Roxanne Taylor?

_____ Yes               _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, please skip to page 24.

5.  Did Deon Taylor and/or Roxanne Taylor perform the promised act?

_____ Yes               _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, please skip to page 24.

6.  Was Darrick Angelone's reliance on Deon Taylor and/or Roxanne Taylor's promise a substantial factor in causing harm to Mr. Angelone?

_____ Yes               _____ No

If your answer to question 6 is yes, then answer question 7.  If you answered no, please skip to page 24.

7.  What are the damages suffered by Darrick Angelone as a result of the false promise?

SPECIAL VERDICT FORM

Damages caused by Deon Taylor:

**i.**　**Past economic loss**

　　　　lost earnings　　　　　　$ _____

　　　　lost profits　　　　　　　$ _____

　　　　other past economic loss　$ _____


　　　　**Total Past Economic Damages:** $ _____

**ii.**　**Future economic loss**

　　　　lost earnings　　　　　　$ _____

　　　　lost profits　　　　　　　$ _____

　　　　other past economic loss　$ _____


　　　　**Total Future Economic Damages:** $ _____


Damages caused by Roxanne Taylor:

**i.**　**Past economic loss**

　　　　lost earnings　　　　　　$ _____

　　　　lost profits　　　　　　　$ _____

　　　　other past economic loss　$ _____


　　　　**Total Past Economic Damages:** $ _____


**ii.**　**Future economic loss**

　　　　lost earnings　　　　　　$ _____

　　　　lost profits　　　　　　　$ _____

　　　　other past economic loss　$ _____


　　　　**Total Future Economic Damages:** $ _____

23

SPECIAL VERDICT FORM

## **Darrick Angelone and AOne's Unjust Enrichment Claim Against Deon Taylor, Hidden Empire, Hyper Engine and Roxanne Taylor**

1. Did Darrick Angelone and AOne provide services to Deon Taylor, Hidden Empire, Hyper Engine, and/or Roxanne Taylor?

    _____ Yes    _____ No

    If your answer to Question 1 is Yes, answer Question 2.
    If your answer is No, stop here and have the presiding juror sign and date this form.

2. Did Deon Taylor, Hidden Empire, Hyper Engine and/or Roxanne Taylor receive and retain the benefit of those services without paying for them under circumstances that made it unjust to do so?

    _____ Yes    _____ No

    If your answer to Question 2 is Yes, answer Question 3.
    If your answer is No, stop here and have the presiding juror sign and date this form.

3. What amount of money, if any, should be restored to Darrick Angelone and AOne for the unpaid services?

    As to Deon Taylor:
        $ _____

    As to Hidden Empire Holdings:
        $ _____

    As to Hyper Engine:
        $ _____

24

SPECIAL VERDICT FORM

As to Roxanne Taylor:

$ _____

Dated: _____          Signed: _____

Presiding Juror

After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.