FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
CHRISTINE SAID (State Bar #344348)
christine@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC;
HYPER ENGINE, LLC; AND DEON
TAYLOR; AND THIRD-PARTY
DEFENDANT ROXANNE TAYLOR**

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company, <br><br> Defendants. | **CASE NO.: 2:22-cv-06515-MWF-AGR** (Hon. Michael W. Fitzgerald, Dept. 5A) <br><br> **PLAINTIFFS' PROPOSED JURY INSTRUCTION LIST** <br><br> Complaint Filed: September 12, 2022 <br> Trial Date:     January 13, 2026 |

**PLAINTIFFS' JURY INSTRUCTION LIST**

**TO THE HONORABLE COURT:**

Plaintiffs Hidden Empire Holdings, LLC, Hyper Engine LLC and Deon Taylor and Third-Party Defendant Roxanne Taylor hereby submit the following proposed jury instructions for trial in this matter.

**PLAINTIFFS' JURY INSTRUCTION LIST**

| NO. | TITLE | SOURCE | GIVEN AS REQ. | GIVEN AS MOD. | REFUSED | WITHDRAWN |
|---|---|---|---|---|---|---|
| 100 | Preliminary Admonitions | CACI | | | | |
| 101 | Overview of Trial | CACI | | | | |
| 102 | Taking Notes During the Trial | CACI | | | | |
| 104 | Non-Person Party | CACI | | | | |
| 106 | Evidence | CACI | | | | |
| 107 | Witnesses | CACI | | | | |
| 111 | Instruction to Alternate Jurors | CACI | | | | |
| 112 | Questions from Jurors | CACI | | | | |
| 113 | Bias | CACI | | | | |
| 114 | Bench Conferences and Conferences in Chambers | CACI | | | | |
| 116 | Why Electronic Communications and Research are Prohibited | CACI | | | | |
| 200 | Obligation to Prove – More Likely True Than Not True | CACI | | | | |
| 201. | Obligation to Prove- Clear and Convincing Evidence | CACI | | | | |
| 202. | Direct and Indirect Evidence | CACI | | | | |
| 203 | Party Having Power to Produce | CACI | | | | |

3

**PLAINTIFFS' JURY INSTRUCTION LIST**

| NO. | TITLE | SOURCE | GIVEN AS REQ. | GIVEN AS MOD. | REFUSED | WITHDRAWN |
|---|---|---|---|---|---|---|
|  | Better Evidence |  |  |  |  |  |
| 204 | Willful Suppression of Evidence | CACI |  |  |  |  |
| 205 | Failure to Explain or Deny Evidence | CACI |  |  |  |  |
| 219 | Expert Witness Testimony | CACI |  |  |  |  |
| 220 | Experts – Questions Containing Assumed Facts | CACI |  |  |  |  |
| 221 | Conflicting Expert Testimony | CACI |  |  |  |  |
| 223 | Opinion Testimony of Lay Witness | CACI |  |  |  |  |
| 300 | Brach of Contract-Introduction | CACI |  |  |  |  |
| 303 | Breach of Contract | CACI |  |  |  |  |
| 304 | Oral or Written Contract Terms | CACI |  |  |  |  |
| 305 | Implied-in-Fact Contract | CACI |  |  |  |  |
| 318 | Interpretation — Construction by Conduct | CACI |  |  |  |  |
| 326 | Assignment Contested | CACI |  |  |  |  |
| 1812 | Comprehensive Computer Data and Access Fraud Act-Essential Factual Elements | CACI |  |  |  |  |

4

**PLAINTIFFS' JURY INSTRUCTION LIST**

| NO. | TITLE | SOURCE | GIVEN AS REQ. | GIVEN AS MOD. | REFUSED | WITHDRAWN |
|---|---|---|---|---|---|---|
| 1813 | Definition of "Access" | CACI | | | | |
| 1814 | Damages for Investigating Violations of Comprehensive Computer Data and Access Fraud Act | CACI | | | | |
| 1902 | False Promise | CACI | | | | |
| 2100 | Conversion—Essential Factual Elements | CACI | | | | |
| 3700 | Introduction to Vicarious Responsibility | CACI | | | | |
| 3925 | Arguments of Counsel Not Evidence of Damages | CACI | | | | |
| 4100 | "Fiduciary Duty" Explained | CACI | | | | |
| 4101 | Failure to Use Reasonable Care—Essential Factual Elements | CACI | | | | |
| 4102 | Duty of Undivided Loyalty—Essential Factual Elements | CACI | | | | |
| 5000 | Duties of the Judge and Jury | CACI | | | | |
| 5002 | Evidence | CACI | | | | |
| 5003 | Witnesses | CACI | | | | |

5

**PLAINTIFFS' JURY INSTRUCTION LIST**

| NO. | TITLE | SOURCE | GIVEN AS REQ. | GIVEN AS MOD. | REFUSED | WITHDRAWN |
|---|---|---|---|---|---|---|
| 5006 | Non-Person Party | CACI | | | | |
| 5009 | Pre-deliberation Instructions | CACI | | | | |
| 5010 | Taking Notes During the Trial | CACI | | | | |
| 5011 | Reading Back of Trial Testimony in Jury Room | CACI | | | | |
| 5012 | Introduction to Special Verdict Form | CACI | | | | |
| 5013 | Deadlocked Jury Admonition | CACI | | | | |
| 5014 | Substitution of Alternate Juror | CACI | | | | |
| 5015 | Instruction to Alternate Jurors | CACI | | | | |
| 5016 | Judge's Commenting on Evidence | CACI | | | | |
| 5017 | Polling the Jury | CACI | | | | |
| 5018 | Audio or Video Recording and Transcript | CACI | | | | |
| 5019 | Questions from Jurors | CACI | | | | |
| 5020 | Demonstrative Evidence | CACI | | | | |
| 5021 | Electronic Evidence Instruction | CACI | | | | |

6

**PLAINTIFFS' JURY INSTRUCTION LIST**

| NO. | TITLE | SOURCE | GIVEN AS REQ. | GIVEN AS MOD. | REFUSED | WITHDRAWN |
|---|---|---|---|---|---|---|
| | | | | | | |
| 5090 | Final Instruction of Discharge of Jury | CACI | | | | |
| Special No. 1 | Federal Computer Fraud and Abuse Act | Plaintiff | | | | |
| Special No. 2 | Copyright Infringement | 9th Circuit JI | | | | |

Dated:  December 5, 2025

**NEWELL LAW GROUP PC**

/s/ *Felton T. Newell*

Attorneys for Plaintiffs
**HIDDEN EMPIRE HOLDINGS, LLC;
HYPER ENGINE, LLC; AND DEON TAYLOR; AND THIRD-PARTY DEFENDANT ROXANNE TAYLOR**

**PLAINTIFFS' JURY INSTRUCTION LIST**