1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

HIDDEN EMPIRE HOLDINGS,
LLC; a Delaware limited liability
company; HYPER ENGINE, LLC; a
California limited liability company;
DEON TAYLOR, an individual,

12

13

14

Plaintiffs,

15

vs.

16

17

DARRICK ANGELONE, an
individual; AONE CREATIVE LLC,
formerly known as AONEE
ENTERTAINMENT LLC, a Florida
limited liability company; and ON
CHAIN INNOVATIONS LLC, a
Florida limited liability company,

18

19

20

21

Defendants.

**CASE NO.: 2:22-cv-06515-MWF-AGR**
[Hon. Michael W. Fitzgerald, Dept. 5A]

**JOINT EXHIBIT LIST**

22
23
24
25
26
27
28

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | 2012 Agreement HEFGLLC and AOne | | |
| 2. | 12/03/12 email between V. Sykes and D. Angelone | | |
| 3. | 12/10/14 email between R. Taylor and D. Angelone | | |
| 4. | 12/10/14 email between D. Angelone and R. Taylor | | |
| 5. | 10/13/15 email between GoDaddy.com and R. Taylor | | |
| 6. | 10/13/15 email between R.Taylor and D. Angelone | | |
| 7. | 05/08/18 email between D. Angelone and R. Taylor | | |
| 8. | 07/06/18 email between R. Taylor and D. Angelone | | |
| 9. | Invoices for domain renewal fees | | |
| 10. | 07/19/18 email between R. Taylor and D. Angelone | | |
| 11. | 04/22/2022 email between R. Taylor and D. Angelone | | |

| | | | |
|---|---|---|---|
| 12. | 12/14 email between R. Taylor and D. Angelone | | |
| 13. | 10/22/15 email between R. Taylor and D. Angelone | | |
| 14. | 09/06/22 HEFG Instagram and Twitter posts | | |
| 15. | Excerpt from marketing dec for "Fear" film. | | |
| 16. | Screenshots of the characters from the Fear.game website | | |
| 17. | Longview News Journal article regarding Fear game | | |
| 18. | Printout from D. Angelone's Instagram page | | |
| 19. | 09/20/19 email exchange involving D. Angelone | | |
| 20. | 08/11/22 email between R. Taylor, JT Fox and D. Thompson | | |
| 21. | 08/22/22 text messages between D. Angelone and R. Taylor | | |
| 22. | Emails between R. Taylor and HEFG's accountants | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 23. | 8/22/22 text messages between R. Taylor and D. Angelone | | |
| 24. | 08/22 email from D. Thompson | | |
| 25. | 08/11/22 email between D. Taylor, JT Fox and D. Thompson | | |
| 26. | Google Return No. 25783578 | | |
| | 10/27/22 Correspondence between Google and R. Taylor | | |
| 27. | 11/01/22 correspondence between Google and R. Taylor | | |
| 28. | 11/08/22 correspondence between Google and R. Taylor | | |
| 29. | September 28, 2022 D. Angelone declaration | | |
| 30. | Admin console and Google audit logs | | |
| 31. | Documents produced by Charter Communications | | |
| 32. | Documents produced by Twitter | | |
| 33. | 10/05/22 correspondence | | |

| | | | |
|---|---|---|---|
| | between D. Angelone and E. Burke | | |
| 34. | 10/07/22 email correspondence between D. Angelone and E. Burke | | |
| 35. | 10/11/22 email correspondence between D. Angelone and E. Burke | | |
| 36. | 10/13/22 email correspondence between E. Burke and D. Angelone | | |
| 37. | 08/06/21 email between D. Angelone and Q. Newell | | |
| 38. | 08/02/22 email from R. Taylor to D. Angelone | | |
| 39. | 08/03/22 email from D. Angelone to R. Taylor | | |
| 40. | 08/03/22 email from D. Taylor to D. Angelone | | |
| 41. | 08/03/22 email from D. Angelone to D. Taylor | | |
| 42. | 08/04/22 email from D. Taylor to D. Angelone | | |
| 43 | 08/04/22 email from D. | | |

| | | | |
|---|---|---|---|
| | Thompson to Q. Newell | | |
| 44 | 08/04/22 email from Q. Newell to D. Thompson | | |
| 45. | 08/04/22 email from Q. Newell to D. Thompson | | |
| 46. | 08/08/22 email from Q. Newell to D. Thompson | | |
| 47. | 08/09/22 email from D. Taylor to D. Angelone | | |
| 48. | 08/09/22 email from D. Angelone to D. Taylor | | |
| 49. | 08/09/22 email from Q. Newell to D. Angelone | | |
| 50. | 08/09/22 email from Q. Newell to D. Angelone | | |
| 51. | 08/9/22 email from D. Angelone to Q. Newell | | |
| 52. | 08/09/22 emails between Q. Newell and D. Angelone | | |
| 53. | 08/16/22 email from Google to HEFG | | |
| 54. | Detailed Record View U.S. Copyright Office Public Records System | | |

| 55. | 08/11/22 email from D. Taylor to D. Angelone | | |
| 56. | 08/22/23 article by Jacky Jasper: "Deon Taylor Exposed: The 'Fake Friend' in Jamie Foxx's Scandalous Post" | | |
| 57. | YouTube video – Director Deon Taylor Chimes in on Jada Smith's Toxicity & Will Smith and Chris Rock's Masculinity | | |
| 58 | Hyper Engine, LLC Articles of Incorporation | | |
| 59 | FTI Invoices | | |
| 60 | Erin Burke Invoices | | |
| 61 | Namecheap Production | | |
| 62 | Documents produced by Google | | |
| 63 | Operating Agreement of Social Distance LLC | | |
| 64. | Judgment by Default By Court in Berman v. Comeau et al, LASC Case No. BC509496 | | |

7

**JOINT EXHIBIT LIST**

## DEFENDANT'S EXHIBITS

| EX No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 100. | 6/29/2009 Whaley v. Hooks/Deon Taylor case filings alleging breach of fiduciary duty and fraud in an investor/partner dispute. | | |
| 101. | 8/13/2010 Phifer v. Deon Taylor/DTE/HEFG pleadings alleging breach of contract, fraud, conversion, and trademark/intellectual property claims. | | |
| 102. | 5/13/2011 Potter v. Deon Taylor/DTE/NBF cross-complaint and related agreements concerning consulting/employment and alleged contract breaches. | | |
| 103. | 6/10/2011 Rapton v. Deon Taylor entities complaint and abstract of judgment involving claims for fraud and contract damages in excess of $200,000. | | |
| 104. | 6/24/2011 Vail v. Vista Taylor complaint alleging fraudulent-transfer and conspiracy claims relating to alleged asset transfers. | | |
| 105. | 9/20/2011 email regarding initial LMAO web platform terms, including discussion of equity share and platform terms. | | |
| 106. | 12/1/2011 NSLC v. Deon and Roxanne Taylor complaint and judgment | | |

| | | | | |
|---|---|---|---|---|
| | | relating to a commercial lease dispute with personal guarantees and monetary judgment. | | |
| | 107. | 4/26/2012 signed AOne–HEFG LMAO/website development agreement and addendum describing scope of work, deliverables, and budget. | | |
| | 108. | 7/9/2012 email from Velma regarding a late deposit and anticipated timing of payment. | | |
| | 109. | 7/15/2012 email from Deon Taylor stating apology for delayed payment and addressing timing of funds. | | |
| | 110. | 7/16/2012 status email from Darrick Angelone regarding AOne's work on the HEFG website and pending client approvals. | | |
| | 111. | 8/9/2012 status email from Deon Taylor concerning "final payment" for website work and expressing appreciation for AOne's patience. | | |
| | 112. | 8/9/2012 email from Velma estimating that funds will be available "no later than Monday" and addressing payment timing. | | |
| | 113. | 8/14/2012 check from Supremacy the Movie LLC to AOne in the amount of $3,000, bearing Roxanne Taylor's signature. | | |

| | | | |
|---|---|---|---|
| 114. | 8/20/2012 email from Deon Taylor discussing completion and close-out of website work performed by AOne. | | |
| 115. | 9/1/2012 LMAO Allstar Comedy Series business plan and 24-month budgets provided to AOne. | | |
| 116. | 12/3/2012 email chain in which Darrick Angelone requests server access with Velma and Deon copied regarding website administration. | | |
| 117. | HEFG Job Responsibilities Chart (May 2020) | | |
| 118. | 5/20/2013 AOne invoice in the amount of $12,500 for HEFG/LMAO website work. | | |
| 119. | 3/19/2013 email from Darrick Angelone offering website training and assistance in transitioning control. | | |
| 120. | website is offline and that backend access is available through AOne. | | |
| 121. | 3/19/2013 email from Roxanne Taylor directing that the HEFG website be taken offline. | | |
| 122. | 6/12/2013 email from Deon Taylor to Darrick Angelone discussing a proposed equity interest for Angelone in the LMAO project. | | |
| 123. | 8/21/2013 email from Deon Taylor to Darrick Angelone | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | | regarding potential new projects and continued collaboration. | | |
| 124. | 9/24/2013 2Smart Entertainment v. HEFG/Deon Taylor/Roxanne Taylor complaint asserting contract and misrepresentation-related claims in excess of $200,000. | | |
| 125. | 9/30/2013 email from Roxanne Taylor requesting FTP assistance for HEFG website access. | | |
| 126. | 10/1/2013 email from Darrick Angelone transmitting FTP credentials and instructions for HEFG website access. | | |
| 127. | 10/22/2013 email from Deon Taylor to Roxanne Taylor instructing that online work with AOne be closed out. | | |
| 128. | 10/27/2013 email from Darrick Angelone describing that a three-month website contract extended to approximately 19 months and addressing project delays. | | |
| 129. | 10/27/2013 email from Deon Taylor acknowledging past-due payments and commenting on Darrick Angelone's work. | | |
| 130. | Uzoma Okoro v. Deon Taylor Complaint | | |
| 131. | 12/10/2014 email from | | |

| | | | |
|---|---|---|---|
| | Darrick Angelone explaining that the HEFG website is hosted on HEFG servers and that AOne has design files that AOne has design files and a May 2014 database backup | | |
| 132. | hosted on HEFG servers and that AOne has design files and a May 2014 database backup. | | |
| 133. | 12/11/2014 email confirming that AOne registered the hiddenempirefilms.com domain for HEFG. | | |
| 134. | 2/3/2015 email thread regarding device configuration for HEFG email accounts and related IT support. | | |
| 135. | 2/9/2015 email regarding configuration and setup of Velma's HEFG email account. | | |
| 136. | 10/13/2015 Namecheap order showing registration by AOne of hiddenempirefilmgroup.com and meettheblacksthemovie.com domains. | | |
| 137. | 11/20/2015 email from Deon Taylor expressing interest in a Meet the Blacks mobile game concept proposed by AOne. | | |
| 138. | 9/28/2016 Namecheap order summary reflecting renewal of the | | |

| | | | |
|---|---|---|---|
| | | meettheblacksthemovie.com and hiddenempirefilmgroup.com domains by AOne. | |
| 139. | | 1/27/2016 email setting out Meet the Blacks deal memo terms between HEFG and AOne relating to the film marketing campaign. | |
| 140. | | 10/3/2016 email regarding past-due payments and proposed marketing-company partnership arrangements. | |
| 141. | | Richmond v. Deon Taylor et. al Complaint | |
| 142. | | 9/7/2016 email from D. Angelone making payment demand | |
| 143. | | 10/3/2016 email from D. Angelone re: MTB and payment invoices | |
| 144. | | 1/31/2017 fully executed HSK Digital Media Asset Sales Agreement between AOne and Sean Merrick. | |
| 145. | | 2/7/2017 email between Angelone and the Taylors regarding HSK acquisition issues and partnership-related questions. | |
| 146. | | 2/24/2017 fully executed agreement documenting the sale of HSK digital media assets from AOne to HEFG. | |
| 147. | | 2/24/2017 fully executed agreement documenting the sale of HSK digital media assets from AOne to HEFG. | |

13

JOINT EXHIBIT LIST

| 148. | 4/24/2017 email regarding HSK publishing partnership terms, revised agreements, and a 70/30 revenue split. | | |
|---|---|---|---|
| 149. | 8/17/2017 email from AOne to HEFG transmitting a past-due payment demand and attached invoices for HEFG, Meet the Blacks, and Supremacy projects. | | |
| 150. | 10/18/2017 Google Workspace "Welcome" email for the hiddenempirefilmgroup.com domain listing darrick@ as administrator. | | |
| 151. | 10/23/2017 email from Angelone creating a hiddenempirefilmgroup.com email account for Omar Joseph. | | |
| 152. | 11/1/2017 email confirming Google Workspace billing for hiddenempirefilmgroup.com set up through AOne. | | |
| 153. | 11/2/2017 email from AOne outlining proposed $20,000-per-month service scope for HEFG digital and marketing services. | | |
| 154. | 11/16/2017 email between Roxanne Taylor and Angelone itemizing Traffik digital marketing costs. | | |
| 155. | 11/29/2017 email from Roxanne Taylor proposing a discussion about company structure and a bank account | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | for referred clients. | | |
| | 156. | 1/10/2018 email from Roxanne Taylor requesting creation of email forwarders for multiple HEFG email accounts. | | |
| | 157. | 1/16/2018 email transmitting AOne's 2018 HEFG annual digital budget proposal. | | |
| | 158. | 1/17/2018 email from Lionsgate/Code Black (Jeff Clanagan) concerning wage garnishment and an AOne payment dispute. | | |
| | 159. | 1/30/2018 email exchange regarding revised 2018 budget projections and partnership arrangements with Velma. | | |
| | 160. | 1/31/2018 email from Roxanne Taylor requesting creation of a Google Workspace account for Damien Douglas. | | |
| | 161. | 2/2/2018 email from Angelone recommending HEFG transition to Google Workspace tools for brand management. | | |
| | 162. | 2/2/2018 email documenting setup of roxanne@hiddenempirefilm group.com, including administrative access credentials. | | |
| | 163. | 2/2/2018 Google Workspace welcome emails for Roxanne Taylor, Velma, and Omar for hiddenempirefilmgroup.com | | |

| | | | | |
|---|---|---|---|---|
| | | accounts. | | |
| | 164. | 2/8/2018 email from AOne to Velma, Deon, and Roxanne regarding past-due managed-services fees and reimbursement of advertising spend. | | |
| | 165. | 2/13/2018 email from Angelone explaining per-user Google Workspace billing and the impact of additional HEFG users on AOne's costs. | | |
| | 166. | 2/22/2018 email from Roxanne Taylor directing AOne to create corporate email accounts for Robert Smith and Omar. | | |
| | 167. | 2/22/2018 email confirming creation of deon@hiddenempirefilmgroup.com with administrative credentials. | | |
| | 168. | 2/24/2018 email discussing the 2018 HEFG budget and proposed Hyper Engine equity structure. | | |
| | 169. | 2/25/2018 demand email from Kathleen Warden regarding unpaid nanny wages and related judgment. | | |
| | 170. | 2/26/2018 draft Hyper Engine presentation deck identifying Deon Taylor, Roxanne Taylor, and Darrick Angelone as company executives. | | |
| | 171. | 2/28/2018 email addressing Hyper Engine LLC entity | | |

| | | | |
|---|---|---|---|
| | | structure and website development planning. | | |
| | 172. | 3/1/2018 first executed Hyper Engine LLC Operating Agreement setting forth partnership, management, and equity allocations. | | |
| | 173. | 3/1/2018 email exchange among Deon, Roxanne, and Darrick regarding revisions to the Hyper Engine presentation deck. | | |
| | 174. | 3/1/2018 California Secretary of State filing for Hyper Engine LLC submitted by Velma. | | |
| | 175. | 3/2/2018 email from Hyper Engine pitching digital marketing services to a prospective client. | | |
| | 176. | 3/5/2018 email confirming hyperengine.ai email forwarding for Darrick, Deon, and Roxanne. | | |
| | 177. | 3/5/2018 email discussing a potential new Hyper Engine client opportunity. | | |
| | 178. | 3/6/2018 email exchanges concerning Hyper Engine joint venture arrangements and payment invoice processing. | | |
| | 179. | 3/14/2018 email from Roxanne Taylor directing deletion or hiding of the info@hiddenempirefilmgroup.com catch-all email address. | | |

**JOINT EXHIBIT LIST**

| 180. | 3/22/2018 email from AOne to Velma demanding payment of the March 2018 invoice and identifying outstanding balances. | | |
|---|---|---|---|
| 181. | 3/29/2018 email from AOne to HEFG personnel regarding February 2018 invoice payment status. | | |
| 182. | 3/30/2018 email from AOne to Velma and Deon Taylor transmitting revised February and March 2018 invoices and advertising-spend advance details. | | |
| 183. | 3/30/2018 email from Velma stating she forgot her Google Workspace password and requesting assistance. | | |
| 184. | 4/23/2018 emails regarding setup of a Google Workspace email account for Ali Lyons under the HEFG domain. | | |
| 185. | 5/2/2018 email from AOne to HEFG personnel attaching more than $70,000 in outstanding invoices for HEFG, Meet the Blacks, advertising purchases, and hosting services. | | |
| 186. | 5/21/2018 email regarding creation of a Google Workspace account for Destanye Baldwin under the HEFG domain. | | |
| 187. | 5/21/2018 Hyper Engine team meeting calendar | | |

| | | | |
|---|---|---|---|
| | | invitation including Roxanne, Velma, and public-relations participants. | | |
| 188. | 5/21/2018 email from AOne to HEFG personnel regarding past-due invoices and AOne's credit-card charges for project expenses. | | |
| 189. | 6/5/2018 email from Shandra requesting creation of a Google Workspace account for Shawn Edwards under the HEFG domain. | | |
| 190. | 7/17/2018 email confirming setup of the Google Workspace account shawn@hiddenempirefilmgroup.com. | | |
| 191. | 7/19/2018 email from AOne proposing a $59,000 settlement to resolve outstanding invoices between AOne and HEFG. | | |
| 192. | 8/10/2018 emails regarding setup of the Google Workspace account rtaylor_asst@hiddenempirefilmgroup.com for Destanye. | | |
| 193. | 8/27/2018 Namecheap virtual private server (VPS) order confirmation for HEFG website hosting paid by AOne. | | |
| 194. | 8/28/2018 email between Deon Taylor and Darrick Angelone regarding Gillum campaign digital strategy and related wire-transfer information. | | |

**JOINT EXHIBIT LIST**

| | 195. | 9/10/2018 email thread describing Hyper Engine capabilities and proposed targeting strategy for the Proposition 10 campaign. | | |
|---|---|---|---|---|
| | 196. | 9/11/2018 email from AOne to HEFG personnel regarding a payment demand for invoices described as approximately two years old. | | |
| | 197. | 9/11/2018 email from Velma stating that approximately $800,000 has been awarded for the Proposition 10 campaign and requesting a Hyper Engine proposal. | | |
| | 198. | 9/15/2018 Namecheap order confirmation for registration of bewoke.vote and related domains billed to AOne. | | |
| | 199. | 9/15/2018 email among Roxanne, Darrick, Robert Smith, and public-relations personnel regarding Be Woke trademark searches and naming options. | | |
| | 200. | 9/16/2018 email confirming setup of the Google Workspace account james@hiddenempirefilmgroup.com. | | |
| | 201. | 9/21/2018 email from AOne to Roxanne describing Be Woke and Hyper Engine digital-media strategy and media plans. | | |
| | 202. | 9/25/2018 email from Deon Taylor discussing potential changes to the Hidden | | |

| | | | | |
|---|---|---|---|---|
| | | Empire Film Group name in light of domain and trademark issues. | | |
| | 203. | 11/7/2018 Google Workspace migration notice for HEFG email accounts reflecting migration to G Suite administered by AOne. | | |
| | 204. | Google Workspace password-reset notices for HE employees | | |
| | 205. | 2/4/2019 email summarizing HEFG, Be Woke, and Hyper Engine team call, including digital-strategy items led by Darrick Angelone. | | |
| | 206. | 2/15/2019 email regarding development of a Hyper Engine presentation deck and project list among executive-team members. | | |
| | 207. | 7/23/2019 United States Patent and Trademark Office registration record for the "Hidden Empire" trademark issued to Chalant Phifer. | | |
| | 208. | 8/14/2019 email from Sony executive Yvonne Abt seeking to connect with Hyper Engine and Darrick Angelone regarding the film "Black and Blue." | | |
| | 209. | 8/16/2019 Namecheap renewal confirmations for multiple Be Woke-related domains billed to AOne. | | |
| | 210. | 8/16/2019 email from Hyper Engine outlining proposed pricing and billing structure | | |

| | | | |
|---|---|---|---|
| | | for digital-marketing services. | |
| | 211. | 8/16/2019 email from Roxanne Taylor to Marian Koltai describing Hyper Engine and the parties' marketing-company relationship. | |
| | 212. | 8/16/2019 and 8/17/2019 emails from Velma summarizing Hyper Engine operating-agreement terms and equity percentages. | |
| | 213. | 9/4/2019 email thread among Sony executive Yvonne Abt, Hyper Engine, and HEFG representatives regarding a proposed $75,000 influencer campaign for "Black and Blue." | |
| | 214. | 9/10/2019 email from Darrick Angelone to Sony confirming key performance indicators and pricing terms for the "Black and Blue" campaign. | |
| | 215. | 9/10/2019 internal email regarding brainstorming and strategy for the Sony "Black and Blue" proposal. | |
| | 216. | 9/10/2019 email confirming final terms of the agreement between Hyper Engine and Sony for the "Black and Blue" digital-marketing campaign. | |
| | 217. | 9/11/2019 email from Velma attaching Hyper Engine operating agreement and | |

**JOINT EXHIBIT LIST**

| | | EIN relating to entity status. | | |
|---|---|---|---|---|
| | 218. | 9/18/2019 email from Deon introducing the Hyper Engine team, including Angelone, to Warner Bros. regarding the Motherless Brooklyn project. | | |
| | 219. | 9/21/2019 email from Roxanne regarding opening a Hyper Engine Bank of the West account, including signature cards and wire information. | | |
| | 220. | 9/21/2019 email regarding issuance of debit cards for Deon, Roxanne, and Darrick on the Hyper Engine bank account. | | |
| | 221. | 9/30/2019 internal email regarding Black & Blue campaign deliverables and Darrick's request for updates. | | |
| | 222. | 9/30/2019 email correspondence with Sony regarding Black & Blue campaign deliverables. | | |
| | 223. | 10/1/2019 email providing a Hyper Engine campaign update to Sony, including influencer metrics and execution details. | | |
| | 224. | 10/2/2019 email transmitting a Hyper Engine Motherless Brooklyn one-sheet and discussing requested campaign budget. | | |
| | 225. | 10/4/2019 Hyper Engine proposal outlining digital | | |

| | | | | |
|---|---|---|---|---|
| | | marketing services for the Mutha brand. | | |
| | 226. | 10/11/2019 email correspondence with Warner Bros. marketing regarding the Motherless Brooklyn campaign. | | |
| | 227. | 10/15/2019 coordination emails between Warner Bros. and Hyper Engine regarding campaign logistics and influencer planning. | | |
| | 228. | 10/18/2019 email from Roxanne regarding AONE's tracking of Black & Blue influencer posts. | | |
| | 229. | 10/23/2019 email transmitting a Hyper Engine invoice and bank wire instructions to Sony. | | |
| | 230. | 10/25/2019 email from Roxanne directing that work and invoicing be processed through Hyper Engine. | | |
| | 231. | 11/4/2019 email from Roxanne to attorney Christopher Fry describing Hyper Engine ownership structure and equity split. | | |
| | 232. | 11/25/2019 email from Velma proposing revised Hyper Engine operating agreement terms, including asset ownership and agency fee split. | | |
| | 233. | 11/26/2019 Hyper Engine check in the amount of $4,600 to Stable Bags from an HEFG account. | | |

| 234. | 11/27/2019 Namecheap receipt for HEFG hosting renewal billed to AONE. | | |
|---|---|---|---|
| 235. | 12/1/2019 fully executed 2019 Hyper Engine Operating Agreement reflecting ownership and management terms. | | |
| 236. | 12/10/2019 email regarding setup of a new HEFG email account for Sean Miller following promotion to office manager. | | |
| 237. | 12/30/2019 Hyper Engine check no. 104 for $12,500 relating to a Mercedes vehicle lease. | | |
| 238. | 1/9/2020 Hyper Engine check no. 105 for $117,152.03, signed by Roxanne, relating to a Tesla vehicle purchase. | | |
| 239. | 1/23/2020 email thread regarding Hyper Engine/HEFG public-relations launch and PMK press. | | |
| 240. | 1/30/2020 email summarizing an HEFG/Hyper Engine team meeting regarding websites, public relations, Black History in Two Minutes, and PMK. | | |
| 241. | 3/3/2020 email from Roxanne regarding late payments and requesting that Darrick pause while Deon addresses outstanding | | |

| | | | |
|---|---|---|---|
| | amounts. | | |
| 242. | 3/6/2020 email from AONE demanding past-due payments and attaching invoices for HEFG-related costs. | | |
| 243. | 4/21/2020 email from Deon directing Darrick to lead Robert F. Smith digital and social media management with Terakeet. | | |
| 244. | 4/24/2020 email regarding status of and payments on January–March 2020 invoices for HEFG, Be Woke, and Black History in Two Minutes, including staffing impacts. | | |
| 245. | 5/1/2020 audio recording of discussion between Deon and Darrick regarding digital film campaign concepts. | | |
| 246. | 5/7/2020 audio recording of discussion between Deon and Darrick regarding use of automation tools for online voting. | | |
| 247. | 5/7/2020 audio recording of discussion between Deon and Darrick regarding a $4,000 budget for a paid campaign relating to Robert's nomination. | | |
| 248. | 7/1/2020 email from AONE demanding payment of outstanding Black History in Two Minutes, HEFG, and Be Woke invoices, G Suite charges, domain costs, and | | |

| | | | |
|---|---|---|---|
| | | advertising spend reimbursements. | | |
| 249. | 7/7/2020 email transmitting a Hyper Engine digital marketing strategy deck for the Work Vineyard project to Lamya. | | |
| 250. | 7/17/2020 email regarding notice of a bounced check and request for replacement wire payment from HEFG. | | |
| 251. | 7/22/2020 audio recording in which Roxanne describes the Be Woke project setup, introduces Erin Harris, and asks Darrick to assemble a campaign team. | | |
| 252. | 8/4/2020 email from Darrick to Lamya describing Hyper Engine as a joint venture with Roxanne and partners for the Work Vineyard project. | | |
| 253. | 8/5/2020 fully executed Work Vineyard social and digital services agreement between Lamya and Angelone on behalf of Hyper Engine. | | |
| 254. | 8/23/2020 audio recording of discussion in which Deon directs launch of the Be Woke "Kennedy" campaign with Darrick handling digital operations and budget. | | |
| 255. | 9/2/2020 email from BLOC campaign counsel Littman regarding issues raised about commitments and Facebook | | |

| | | | |
|---|---|---|---|
| | | group use by Deon and Hyper Engine. | | |
| 256. | 9/20/2020 email from Pauline Fischer introducing Darrick to BRON as a Be Woke co-founder and partner of Deon and Roxanne. | | |
| 257. | 10/31/2020 email thread regarding Hawkfish engagement terms, fees, and donor messaging. | | |
| 258. | 10/31/2020 email with Hawkfish statement of work and media plan for national campaign involving HEFG/Hyper Engine. | | |
| 259. | 11/1/2020 email exchange among executives regarding Hawkfish engagement and sponsor communications. | | |
| 260. | 11/10/2020 executed master services agreement between Lionsgate and Hyper Engine for creative and marketing services. | | |
| 261. | 11/10/2020 email discussing active HEFG/Be Woke/BHITM projects and web, social, and marketing priorities. | | |
| 262. | 11/10/2020 email from Hawkfish representative Andrea Gellert regarding creative content and campaign metrics. | | |
| 263. | 11/12/2020 email from Angelone providing BHITM cost and invoice breakdown, | | |

| | | | |
|---|---|---|---|
| | | including work, audiences, and balances. | |
| 264. | 11/12/2020 email from Roxanne Taylor to Bank of the West requesting closure of a Hyper Engine account associated with Angelone. | | |
| 265. | 11/27/2020 Namecheap receipt reflecting renewal payment for hiddenempirefilmgroup.com hosting charged to Angelone. | | |
| 266. | 12/7/2020 email attaching Hyper Engine/Be Woke statement of work outlining scope, rates, and reimbursement terms. | | |
| 267. | 12/10/2020 audio recording of discussion between Deon Taylor and Angelone regarding influencer Karesh and next steps on a campaign. | | |
| 268. | 12/15/2020 Hyper Engine Invoice No. 1232 to Lionsgate in the amount of $165,000 for Fatale campaign marketing services. | | |
| 269. | 12/16/2020 email introducing Angelone as "head of digital" operating Hyper Engine, described as the digital arm of Hidden Empire, to Ciroc/Lionsgate partners. | | |
| 270. | 12/23/2020 email and attached report summarizing | | |

| | | | |
|---|---|---|---|
| | | Hyper Engine Fatale influencer campaign performance circulated to HEFG and Lionsgate recipients. | | |
| 271. | 1/1/2021 audio recording in which Deon Taylor asks Angelone to upload a campaign video and references difficulty accessing an account. | | |
| 272. | 1/6/2021 email discussing BHITM payments, budget approval, and feedback from Dyllan McGee regarding digital rollout. | | |
| 273. | 2/8/2021 email setting out annual BHITM/Hyper Engine operating budget, including monthly ranges and approximately 39 domains and related digital assets. | | |
| 274. | 2/8/2021 email exchange between Roxanne Taylor and Angelone regarding BHITM margins, costs, domains, and social media management. | | |
| 275. | 2/22/2021 audio recording of Deon Taylor discussing BHITM finances, Robert F. Smith funding, and compensation for Angelone. | | |
| 276. | 2/24/2021 email from Deon Taylor forwarding a Robert F. Smith Google Alert to Angelone and requesting client-related handling. | | |
| 277. | 3/1/2021 email from | | |

| | | | | |
|---|---|---|---|---|
| | | Angelone to Roxanne Taylor regarding past-due amounts and request for a complete invoice list. | | |
| | 278. | 3/1/2021 email and invoice concerning Work Vineyard billing, including Hyper Engine invoices to Lamya and comments on project profitability. | | |
| | 279. | 3/12/2021 email from Roxanne Taylor to CPA regarding Hyper Engine operating agreement membership and ownership structure. | | |
| | 280. | 3/17/2021 email introducing Quincy Newell as COO and requesting Angelone's assistance with IT integration and workflow. | | |
| | 281. | 3/19/2021 email exchange regarding BHITM terms, including communications with McGee Media and client payment arrangements. | | |
| | 282. | 3/23/2021 weekly HEFG/Hyper Engine staff recap email covering THND, CLIMB, BHITM, newsletter, social media, and e-commerce items. | | |
| | 283. | 3/26/2021 Hyper Engine 2021 company presentation deck listing Angelone as CTO, Roxanne Taylor as CEO, Deon Taylor as CCO, and describing client | | |

| | | | |
|---|---|---|---|
| | portfolio. | | |
| 284. | 4/2/2021 email from Quincy Newell requesting information from Angelone on Hyper Engine team members and resources for upcoming projects. | | |
| 285. | 4/4/2021 email and organizational chart from Angelone to Quincy Newell providing AOne team breakdown and digital asset list, including domains, brands, social accounts, and CMS access. | | |
| 286. | 4/7/2021 email with updated Hyper Engine deck reflecting branding and marketing language incorporating edits from Roxanne Taylor. | | |
| 287. | 4/8/2021 "Climb" vaccine campaign presentation deck describing budget (approximately $1.01 million), target markets, deliverables, and HEFG/Hyper Engine team roles. | | |
| 288. | 4/22/2021 THND working budget Google Sheet shared with Angelone, outlining digital and creative budget line items. | | |
| 289. | 4/22/2021 email circulating THND budget, calendar, and timeline to HEFG and studio participants with reference to digital and social planning. | | |

| 290. | 4/26/2021 email from Angelone to Quincy, Roxanne, and Deon Taylor transmitting THND digital roadmap and proposed budget. | | |
|---|---|---|---|
| 291. | 5/6/2021 THND/MTB2 marketing meeting agenda listing attendees including Angelone and studio marketing personnel. | | |
| 292. | 5/19/2021 audio recording of Deon Taylor dictating BHITM Webby Awards social media post content and addressing the team. | | |
| 293. | 5/21/2021 audio recording of Deon Taylor providing Danny Trejo contact information to Angelone for THND promotional outreach. | | |
| 294. | 5/21/2021 audio recording of Deon Taylor providing King Bach contact information to Angelone for THND digital promotion. | | |
| 295. | 5/22/2021 audio recording of Deon Taylor discussing influencer outreach and paid collaborations for campaign activity with Angelone. | | |
| 296. | 5/31/2021 email exchange regarding potential THND media buy on Pornhub and discussion of how the media source would be described. | | |
| 297. | 6/4/2021 email from publicist Shandra identifying | | |

| | | | |
|---|---|---|---|
| | | Hyper Engine staff as "Partners: Deon, Roxanne, Darrick" for IMDb purposes and discussing timing with Roxanne. | |
| | 298. | 6/8/2021 THND/MTB2 June 8 campaign meeting agenda including studio PR, social media, talent, and Angelone among participants. | |
| | 299. | 6/14/2021 audio recording of Deon Taylor describing Angelone's role in campaigns and discussing adaptation to studio protocols. | |
| | 300. | 6/21/2021 email between Velma and Roxanne Taylor discussing potential removal of AOne/Robert Smith from the Hyper Engine operating agreement. | |
| | 301. | 7/6/2021 email from Angelone summarizing requested payments for approximately $36,000 in ad spend, $7,000 Duval event cost, and $2,000 Work Vineyard cost, with supporting invoices and screenshots attached. | |
| | 302. | 7/13/2021 email from Quincy Newell to Darrick Angelone regarding strategy for the film "Survivor" and potential Hyper Engine support. | |
| | 303. | 7/29/2021 HEFG weekly team meeting notes | |

| | | | | |
|---|---|---|---|---|
| | | identifying Damon Wolf as FEAR marketing lead and listing Darrick Angelone on the strategy team. | | |
| | 304. | 8/2/2021 email chain regarding coordination of FEAR social channel launch among Damon Wolf, Darrick Angelone, Deon Taylor, and Roxanne Taylor, including timing with public-relations activities. | | |
| | 305. | 8/3/2021 email from Darrick Angelone transmitting a consolidated invoice list for THND, HEFG, Work Vineyard, BHITM, Be Woke, CLIMB, server, Google Workspace, and domain charges. | | |
| | 306. | 8/4/2021 email regarding FEAR social launch plan involving Shandra, Shawn, and Darrick Angelone, including social-media strategy and feedback. | | |
| | 307. | 8/6/2021 emails and receipts reflecting Namecheap registrations of multiple "hiddenempire" and related project domains by AOne. | | |
| | 308. | 8/7/2021 email from Roxanne Taylor circulating a draft FEAR landing page to Damon Wolf, Darrick Angelone, Deon Taylor, and Quincy Newell for review. | | |
| | 309. | Collection of Emails from 2018 to 2022 regarding | | |

| | | | | |
|---|---|---|---|---|
| | | HEFG email account setups | | |
| | 310. | 8/9/2021 email from Velma directing Darrick Angelone to reset Michael Claps's email account password. | | |
| | 311. | Iteration of Traffik Marketing Terms | | |
| | 312. | 9/2/2021 FEAR release planning email chain including Darrick Angelone, HEFG executives, and distributors regarding digital and creative campaign plans. | | |
| | 313. | 9/7/2021 email from Roxanne Taylor acknowledging partial payment of invoices, requesting confirmation of the invoice list, and scheduling a budget meeting with Deon Taylor. | | |
| | 314. | 9/7/2021 email from Darrick Angelone transmitting unpaid invoices for HEFG, THND, Work Vineyard, BHITM, FEAR, Google Workspace, server, and domain services. | | |
| | 315. | 9/7/2021 email documenting a password reset for Sean Miller's Google Workspace account and his confirmation of access. | | |
| | 316. | 9/7/2021 Google administrative log entry reflecting an administrator password reset on Sean Miller's account by Darrick Angelone. | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 317. | 9/7/2021 email documenting a password reset for Sean Miller's Google Workspace account and his confirmation of access. | | |
| 318. | 9/13/2021 audio recording of Deon Taylor and Darrick Angelone discussing a Be Woke campaign plan for Denver, including references to Don Cheadle and Chauncey Billups. | | |
| 319. | 9/30/2021 email from Darrick Angelone distributing a FEAR cast social-media toolkit and posting instructions. | | |
| 320. | 10/4/2021 email invitation for a FEAR weekly marketing Zoom meeting listing Darrick Angelone, Quincy Newell, and other marketing participants. | | |
| 321. | 10/6/2021 audio recording of Deon Taylor asking Darrick Angelone to create a Forbes-style meme or headline for Robert F. Smith. | | |
| 322. | 10/6/2021 audio recording providing additional detail regarding the requested Robert F. Smith meme or headline. | | |
| 323. | INTENTIONALLY LEFT BLANK | | |
| 324. | 10/14/2021 email chain concerning vaccine campaign creative materials, | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | | including circulation of "Truth" videos and identification of target states. | | |
| | 325. | 10/14/2021 audio recording of Deon Taylor discussing episode status for a campaign with Darrick Angelone and Roxanne Taylor and referencing payment issues. | | |
| | 326. | 10/18/2021 agenda for a CNBC vaccine public-service-announcement call outlining BHITM, Hyper Engine, and HEFG deliverables and creative plan. | | |
| | 327. | INTENTIONALLY LEFT BLANK | | |
| | 328. | 10/19/2021 audio recording of Deon Taylor requesting a John Lewis film-related meme or headline featuring Deon Taylor and HEFG. | | |
| | 329. | 10/19/2021 audio recording providing additional instructions regarding the John Lewis film meme, including headline and image details. | | |
| | 330. | 11/16/2021 audio recording of Deon Taylor asking Darrick Angelone to allocate advertising budget to promote links concerning Robert F. Smith. | | |
| | 331. | 11/29/2021 email from Darrick Angelone transmitting a Fear Game | | |

| | | | |
|---|---|---|---|
| | | and NFT pitch deck to Deon Taylor, Omar Joseph, Quincy Newell, and Roxanne Taylor. | | |
| 332. | 12/1/2021 calendar invitation for a FEAR weekly marketing Zoom meeting listing Darrick Angelone and other participants. | | |
| 333. | 12/30/2021 email and attached contract regarding the CNBC vaccine education campaign, including execution details sent to Darrick Angelone. | | |
| 334. | 1/13/2022 email from Darrick Angelone to Damon Wolf, Omar Joseph, Deon Taylor, and Roxanne Taylor outlining a FEAR "viral activation" concept, including Instagram filter and TikTok ideas. | | |
| 335. | 1/15/2022 email from Damon Wolf responding to and endorsing Darrick Angelone's FEAR activation concepts. | | |
| 336. | 1/17/2022 email from Roxanne Taylor confirming agency engagement for FEAR and stating that campaign costs require her prior budget approval. | | |
| 337. | 1/19/2022 email and statement of work from | | |

| | | | |
|---|---|---|---|
| | Darrick Angelone providing a 2022 cost breakdown for Google Workspace, domains, servers, social media, and digital marketing services for HEFG. | | |
| 338. | 1/20/2022 email in which Darrick Angelone labels FEAR activation, NFT, and game materials as "KEEP CONFIDENTIAL." | | |
| 339. | 1/24/2022 email describing FEAR Instagram filter shoot logistics and coordination of cast content among Darrick Angelone, Omar Joseph, and Roxanne Taylor. | | |
| 340. | 1/30/2022 loan documentation reflecting a $25,000 AOne loan secured by $100,000 collateral subsequently lost in lender bankruptcy. | | |
| 341. | 1/30/2022 iMessage thread among Darrick Angelone, Deon Taylor, and Omar Joseph discussing budgets, timing, creative elements, and advertising spend for the FEAR game and film. | | |
| 342. | 1/31/2022 email from Darrick Angelone to HEFG providing a complete invoice summary through 2021 and identifying outstanding balances. | | |

| | | | |
|---|---|---|---|
| 343. | 1/31/2022 email from Darrick Angelone to HEFG providing a complete invoice summary through 2021 and identifying outstanding balances. | | |
| 344. | 2/11/2022 audio recording of Deon Taylor explaining that CNBC campaign work is delayed due to client approvals rather than actions by Darrick Angelone. | | |
| 345. | 2/15/2022 Hyper Engine strategy deck and proposal for Pathways, including digital, creative, and key performance indicator plans. | | |
| 346. | 2/21/2022 email from Darrick Angelone introducing attorney Darrell Thompson to Deon Taylor, Roxanne Taylor, and Quincy Newell regarding Hyper Engine partnership issues. | | |
| 347. | 2/22/2022 press release announcing partnership among Hyper Engine, Reach TV, and Black History in Two Minutes. | | |
| 348. | 2/28/2022 email from Darrick Angelone circulating FEAR digital and creative concepts, including proposed campaign budget and allocation. | | |
| 349. | 3/2/2022 email thread regarding follow-up FEAR | | |

| | | | |
|---|---|---|---|
| | marketing discussions identifying Darrick Angelone as digital and creative lead. | | |
| 350. | 3/20/2022 complaint in Chris Cobb v. Hidden Empire and Deon Taylor asserting claims relating to alleged implied contract, conversion, and misrepresentation concerning creative work. | | |
| 351. | 3/24/2022 audio recording in which Deon Taylor discusses an in-person Los Angeles meeting to review creative and web projects and having Darrick lead onboarding. | | |
| 352. | 3/29/2022 email from counsel to Roxanne Taylor regarding nonpayment on the Be Woke Vote trademark matter and potential default. | | |
| 353. | 3/31/2022 email from Darrick Angelone to Omar providing headshot and biography in connection with FEAR Game partnership development. | | |
| 354. | 4/2/2022 audio recording in which Deon Taylor comments on BHITM video work and recommends paid posting on Facebook, referencing Darrick's role. | | |
| 355. | 4/8/2022 email from Darrick Angelone requesting formalization of AOne/Hyper Engine joint venture terms and related | | |

**JOINT EXHIBIT LIST**

| | | business arrangements. | | |
|---|---|---|---|---|
| | 356. | 4/8/2022 audio recording in which Deon Taylor characterizes Hyper Engine as a banner and references AOne providing underlying technology services. | | |
| | 357. | 4/8/2022 audio recording continuing discussion of structural and organizational steps needed for Hyper Engine. | | |
| | 358. | 4/8/2022 audio recording in which Deon Taylor discusses financing Hyper Engine, payments to Darrick and team, and AOne's role in providing technology. | | |
| | 359. | 4/21/2022 email from Darrick to Quincy, copied to Deon and counsel, transmitting a FEAR digital-marketing agreement and plan. | | |
| | 360. | 4/25/2022 email from Darrick to Roxanne regarding server credentials and related security requirements referenced for insurance purposes. | | |
| | 361. | 4/26/2022 email from Darrick to Roxanne providing additional server access instructions and security clarifications. | | |
| | 362. | 4/26/2022 audio recording in which Deon Taylor congratulates Darrick on an award and seeks his views | | |

| | | | | |
|---|---|---|---|---|
| | | on competing companies and marketing. | | |
| | 363. | 4/27/2022 web printout from a Robert F. Smith website listing Darrick Angelone as co-founder and creative director of Be Woke Vote. | | |
| | 364. | 5/3/2022 email from Darrick to HEFG stating that further work will pause until approximately 18 months of past-due balances are addressed. | | |
| | 365. | 5/3/2022 email from Roxanne and Quincy acknowledging the need to pause AOne services and requesting a meeting to discuss reduced scope. | | |
| | 366. | 5/3/2022 audio recording in which Deon Taylor discusses the absence of a signed Fear game agreement and the need for IP diligence. | | |
| | 367. | 5/3/2022 audio recording in which Deon Taylor describes Darrick's internal involvement with the movie and emphasizes due diligence before launch. | | |
| | 368. | 5/3/2022 audio recording in which Deon Taylor addresses Darrick's tone regarding Aisha Tyler and emphasizes team alignment before public releases. | | |
| | 369. | 5/18/2022 audio recording in which Deon Taylor expresses interest in | | |

| | | | |
|---|---|---|---|
| | | resuming work with Darrick and proposes an in-person planning meeting for the next campaign. | |
| 370. | | 5/23/2022 email from Darrick outlining upcoming domain and server expirations and warning of potential data loss absent payment or transfer arrangements. | |
| 371. | | 5/23/2022 iMessage thread between Deon and Darrick regarding Fear Game planning, including game and IP strategy. | |
| 372. | | 5/24/2022 email chain involving Skadden attorney Glen Mastroberte regarding Fear Game partnership terms and IP/rights negotiations. | |
| 373. | | 5/24/2022 audio recording in which Deon Taylor characterizes the dispute as contractual, referencing unpaid invoices and asset issues, and calling for an agreement before game release. | |
| 374. | | 6/4/2022 email from Damon Wolf discussing the value of AOne's contributions to campaigns and addressing resolution of a dispute. | |
| 375. | | 6/23/2022 recurring calendar invitation for HEFG bi-weekly marketing strategy meeting listing Darrick among core participants. | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 376. | 6/23/2022 email from Terakeet regarding completion of Robert F. Smith-related work addressed to Darrick. | | |
| 377. | 7/27/2022 Namecheap invoice for VPS Quasar hosting renewal (July–August 2022) for hiddenempirefilmgroup.com billed to AOne. | | |
| 378. | 8/1/2022 email from Deon acknowledging approximately three months of nonpayment and indicating HEFG is prepared to address outstanding invoices. | | |
| 379. | 8/2/2022 email from Darrick to Sean Miller stating that Google services will be discontinued and offering options for transfer or migration. | | |
| 380. | 8/2/2022 audio recording in which Deon Taylor confirms sending a wire transfer and discusses FEAR, gaming matters, and passcode handoff. | | |
| 381. | 8/6/2022 TestFlight email from Apple confirming approval of Fear Game version 1.0.0 for beta testing under the AOne Creative account. | | |
| 382. | 8/9/2022 email from Deon requesting that AOne cease using HEFG and partner | | |

| | | | | |
|---|---|---|---|---|
| | | names and asserting that Darrick does not own related IP. | | |
| | 383. | 8/9/2022 audio recording in which Deon Taylor confirms a wire transfer and again discusses FEAR/game matters and passcode transfer. | | |
| | 384. | 8/18/2022 TestFlight email from Apple confirming approval of Fear Game version 1.2.0 for beta testing. | | |
| | 385. | 8/22–10/7/2022 Google Workspace login logs reflecting successful logins by specified HEFG users during the period of the alleged lockout. | | |
| | 386. | 8/26/2022 email from Terakeet CEO Mac Cummings formally requesting transfer of Robert F. Smith Instagram and related social media assets from AOne. | | |
| | 387. | 8/29/2022 emails documenting LastPass credential transfer and confirmation of Robert F. Smith social asset handoff from AOne to Terakeet. | | |
| | 388. | 9/5–11/8/2022 Google support chat transcript with Roxanne regarding a "rogue admin," Workspace administrator dispute, and account deletion issues. | | |
| | 389. | 9/6–10/11/2022 Google case | | |

| | | | | |
|---|---|---|---|---|
| | | 41009848 emails notifying Darrick of admin suspension, DNS/CNAME steps, and subsequent account deletion and recreation. | | |
| | 390. | 9/7/2022 OP Innovate Quote 1420 describing proposed incident response and influence-campaign services, including quoted fee of $50,000 and language referencing "coerce/discredit Angelone," prepared before filing of this action. | | |
| | 391. | 9/7/2022 emails regarding Roxanne Taylor's instruction to wire $25,000 to OP Innovate and inquiry about potential cyber-insurance coverage. | | |
| | 392. | 10/2–10/4/2022 emails between FTI personnel (including Jordan and Erin) and Darrick Angelone coordinating transfer of domains and social/web assets and confirming completion of transfers. | | |
| | 393. | 10/5/2022 Google Workspace billing notice stating that the subscription was suspended for non-payment, affecting email service for the Workspace account. | | |
| | 394. | 9/20/2019–11/30/2020 Bank of the West checking-account statements for Hyper Engine LLC | | |

| | | | | |
|---|---|---|---|---|
| | | reflecting transaction activity, service charges, and signatory information. | | |
| | 395. | Agreement dated April 26, 2012 between Hidden Empire Film Group and A One Entertainment LLC. | | |
| | 396. | Hyper Engine LLC Operating Agreement dated December 1, 2019. | | |
| | 397. | INTENTIONALLY LEFT BLANK | | |
| | 398. | Communications between Hidden Empire Film Group personnel and Google Workspace support produced in this action. | | |
| | 399. | Materials furnished by BCOUNTS4YOU pursuant to any subpoena issued in this action. | | |
| | 400. | 10.10.2020 Summary of Conversation with Hyper Engine Deck | | |
| | 401. | Materials furnished by BPM LLP pursuant to any subpoena issued in this action. | | |
| | 402. | Materials furnished by Charter Communications pursuant to any subpoena issued in this action. | | |
| | 403. | Materials furnished by City National Bank pursuant to any subpoena issued in this action. | | |
| | 404. | Materials furnished by Frontier Communications | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | pursuant to any subpoena issued in this action. | | |
| 405. | Materials furnished by McGee Media pursuant to any subpoena issued in this action. | | |
| 406. | Materials furnished by Work Vineyard pursuant to any subpoena issued in this action. | | |
| 407. | Statements of Information filed with California Secretary of State for Hidden Empire entities | | |
| 408. | Deon Taylor's Response to RFP - Set One dated May 28, 2025 | | |
| 409. | Roxanne Taylor's Response to RFP - Set One dated July 9, 2025 | | |
| 410. | Deon Taylor's Response to RFP - Set Two dated July 9, 2025 | | |
| 411. | Roxanne Taylor's Response to RFA - Set Two dated July 9, 2025 | | |
| 412. | Hyper Engine LLC's  Response to RFP - Set Two dated July 9, 2025 | | |
| 413. | Hidden Empire Holdings' Response to Interrogatories - Set Two dated July 9, 2025 | | |
| 414. | Deon Taylor's Response to RFAs - Set Two dated July 9 2025 | | |
| 415. | Hidden Empire Holdings' Response to RFAs - Set Two dated July 9, 2025 | | |
| 416. | Deon Taylor's Response to | | |

| | | | |
|---|---|---|---|
| | | RFA - Set One dated October 9, 2024 | | |
| 417. | Deon Taylor's Response to Interrogatories - Set One dated October 9, 2024 | | |
| 418. | Hidden Empire Holdings' Response to RFAs - Set One dated October 9, 2024 | | |
| 419. | Hidden Empire Holdings' Response to Interrogatories - Set One dated October 9, 2024 | | |
| 420. | Hyper Engine, LLC's Response to RFAs - Set One dated October 9, 2024 | | |
| 421. | Hyper Engine, LLC's Response to Interrogatories - Set One dated October 9, 2024 | | |
| 422. | Roxanne Taylor's Response to RFA - Set One dated October 9, 2024 | | |
| 423. | Roxanne Taylor's Response to Interrogatories - Set One dated October 9, 2024 | | |
| 424. | Defendants' RFPs to Deon Taylor - Set One dated April 21, 2025 | | |
| 425. | Business Plan re LMAO Comedy Series, dated September 2012 | | |
| 426. | 24 Month Expense Budget for LMAO Comedy Series, undated. | | |
| 427. | 24 Month Income Budget for LMAO Comedy Series, undated. | | |
| 428. | 24 Month Profit/Loss Summary for LMAO | | |

JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | Comedy Series, undated. | | |
| 429. | 3/5/2018 Email between Darrick, Deon, and Roxanne Re Hyper Engine email setup. | | |
| 430. | 3/8/2018 Email between Darrick, Deon, Roxanne, and Velma Sykes Re Hyper Engine Partnership Formation. | | |
| 431. | 11/18/2017 E-mails between Darrick and Deon re: Optimad | | |
| 432. | 7/11/2022 Email between Darrick and Roxanne Re Email Set-up | | |
| 433. | 7/29/2021 Meeting Recap Email naming Damon Wolf point person for Fear marketing | | |
| 434. | 12/4/2020 Email between Darrick, Roxanne, and Michael Claps Re Hyper Engine Deck Update; Copy of Hyper Engine Deck | | |
| 435. | Declaration of Alex Izen, dated February 5, 2024 | | |
| 436. | Declaration of Erin Burke in support of sanctions motion, dated February 5, 2024 | | |
| 437. | Declaration of Erin Burke in support of Plaintiff's Reply brief, dated August 11, 2025 | | |
| 438. | Declaration of Roxanne Taylor, dated February 5, 2024 | | |
| 439. | Declaration of Sandy Cain, dated February 26, 2024 | | |
| 440. | Supplemental Declaration of | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Erin Burke, dated March 4, 2024 | | |
| 441. | Declaration of Quincy Newell in support of Ex Parte subpoena application, dated March 15, 2023 | | |
| 442. | Declaration of Roxanne Taylor in support of Ex Parte subpoena application, dated March 15, 2023 | | |
| 443. | Supplemental Declaration of Roxanne Taylor in reply in support, dated April 3, 2023 | | |
| 444. | Declaration of Roxanne Taylor, dated April 3, 2023 | | |
| 445. | Declaration of Deon Taylor submitted in connection with MSJ, dated June 9, 2025 | | |
| 446. | Declaration of Erin Burke submitted in connection with MSJ, dated June 9, 2025 | | |
| 447. | Declaration of Roxanne Taylor submitted in connection with MSJ, dated June 9, 2025 | | |
| 448. | Declaration of Sandy Cain, dated August 4, 2025 | | |
| 449. | Declaration of Rick Watts, dated August 4, 2025 | | |
| 450. | Declaration of Sandy Cain, dated September 13, 2024 | | |
| 451. | Declaration of Roxanne Taylor in support of Ex Parte application, dated September 15, 2022 | | |
| 452. | Declaration of Deon Taylor in support of Ex Parte application, dated September 15, 2022 | | |

**JOINT EXHIBIT LIST**

| 453. | Declaration of Quincy Newell in support of Ex Parte application, dated September 15, 2022 | | |
| 454. | Supplemental Declaration of Deon Taylor, dated September 27, 2022 | | |
| 455. | Supplemental Declaration of Quincy Newell, dated September 27, 2022 | | |
| 456. | Supplemental Declaration of Roxanne Taylor, dated September 27, 2022 | | |
| 457. | Escrow.com transaction confirmation for purchase of domain name "foreveryoungentertainment.com," dated January 26, 2022 | | |
| 458. | Screenshot of payment history reflecting payments made by AONE to The Firm LA between March and May 2022 | | |
| 459. | Screenshot of wire transfer history reflecting payments made to third parties between February and August 2022 | | |
| 460. | On Chain Innovations LLC presentation titled "FEAR NFT Business," describing proposed NFT and mobile game project | | |
| 461. | AONE Creative LLC digital, social, and CTV campaign roadmap for the theatrical release of the film "FEAR" | | |
| 462. | Invoice from Jelic Mercor | | |

| | | | |
|---|---|---|---|
| | | d.o.o. to On Chain Innovations LLC for Fear Game development services, submitted February 10, 2022 | | |
| 463. | Invoice No. 1777 from 4KLIFE LLC to Darrick Angelone for Fear Game graphics, animations, and creative direction, dated October 1, 2022 | | |
| 464. | Invoice No. 1778 from 4KLIFE LLC to Darrick Angelone for Fear Movie augmented reality social media filter, dated October 1, 2022 | | |
| 465. | Hidden Empire Film Group "Job Responsibilities" chart, prepared around May 2020 | | |
| 466. | Hidden Empire Film Group office phone number sheet dated January 23, 2020 | | |
| 467. | 1/27/2016 Agreement between Aone Entertainment and Meet the Blacks LLC Re Deal Memo | | |
| 468. | Unpaid Invoices from AONE to Black History in Two Minutes c/o Hyper Engine LLC, dated June to August, 2022 | | |
| 469. | Unpaid Invoices from AONE to Hidden Empire Film Group, dated May to August, 2022 | | |
| 470. | Invoices reflecting unpaid Google Workspace costs paid by Defendants, dated May to August 2022 | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 471. | Email chain dated March 1, 2021 among Roxanne Taylor, Darrick Angelone, and Michael Claps regarding payment status of Work Vineyard and Hyper Engine invoices, including attached Hyper Engine invoice | | |
| 472. | Forwarded email and recap notes dated March 16, 2021 summarizing HEFG staff weekly team meeting | | |
| 473. | Email dated June 9, 2020 from Michael Claps transmitting call notes regarding discussion with Work Vineyard | | |
| 474. | Email dated June 10, 2020 from Roxanne Taylor transmitting call notes from June 9, 2020 Work Vineyard call | | |
| 475. | Email chain dated June 15, 2021 regarding correction and reissuance of Hyper Engine invoice to Work Vineyard, including attached invoice | | |
| 476. | Email dated July 7, 2020 from Darrick Angelone transmitting "Work Vineyard Digital Marketing Strategies" presentation | | |
| 477. | Email chain dated August 11, 2020 regarding Work Vineyard final agreement and initial Hyper Engine invoice, including attached invoice | | |

| | | | |
|---|---|---|---|
| 478. | 2/26/2022 Audio Message from Deon Taylor | | |
| 479. | 2/28/2022 Audio Message from Deon Taylor | | |
| 480. | 5/27/2022 Audio Message from Deon Taylor | | |
| 481. | Materials furnished by TWENTYONE14 pursuant to any subpoena issued in this action. | | |
| 482. | 11/29/2021 Audio Message to Angelone and Quincy. | | |
| 483. | iMessage Thread Export Deon Roxanne Quincy John Ferry Omar Joseph (2021) | | |
| 484. | iMessage Thread Export Deon-Rox-Omar-John (2021) | | |
| 485. | iMessage Thread Export Deon Roxanne (2016–2018) | | |
| 486. | iMessage Thread Export Deon Roxanne Robert Pillion Bobby Shriver (2020) | | |
| 487. | iMessage Thread Export Bobby Shriver (2020) | | |
| 488. | iMessage Thread Export Pauline Fischer (2020) | | |
| 489. | iMessage Thread Export Quincy Roxanne Deon (2020–2021) | | |
| 490. | iMessage Thread Export Deon Omar John (2020–2022) | | |
| 491. | iMessage Thread Export Deon Omar (2020–2022) | | |
| 492. | iMessage Thread Export Deon Roxanne Quincy Omar (2021) | | |
| 493. | iMessage Thread Export | | |

**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Deon Blameitonkway (2021) | | |
| 494. | iMessage Thread Export Sean Miller (2019–2022) | | |
| 495. | iMessage Thread Export Deon (2016–2018) | | |
| 496. | iMessage Thread Export Roxanne (2016–2018) | | |
| 497. | iMessage Thread Export Damien Kevin Weiss Roxanne Deon (2017–2018) | | |
| 498. | iMessage Thread Export Deon John (2019–2021) | | |
| 499. | iMessage Thread Export Deon (2019–2022) | | |
| 500. | iMessage Thread Export Deon Rox (2019–2022) | | |
| 501. | iMessage Thread Export Roxanne (2019–2022) | | |
| 502. | iMessage Thread Export Shandra (2019–2022) | | |
| 503. | iMessage Thread Export Deon Roxanne John Omar Shawn (2020–2021) | | |
| 504. | iMessage Thread Export Omar Roxanne Deon (2020–2021) | | |
| 505. | iMessage Thread Export Quincy (2021–2022) | | |
| 506. | iMessage Thread Export Damon Wolf (2021–2022) | | |
| 507. | iMessage Thread Export Deon Quincy (2022) | | |
| 508. | iMessage Thread Export Deon Roxanne Damon Omar (2022) | | |
| 509. | February 17, 2024 labor law judgment entered against Roxanne Taylor and in favor of Naomi Leslie, in the | | |

| | | | |
|---|---|---|---|
| | amount of $300,573.51 | | |
| 510. | Collection of State and Federal Tax Liens directed to Deon & Roxanne Taylor | | |
| 511. | 7/11/2022 email chain between Aprio and Roxanne Taylor regarding Hyper Engine ownership | | |
| 512. | 10/24/2022 email between Deon Taylor and Barbara Campbell regarding Hyper Engine payment to Floyd Mayweather | | |
| 513. | Bank of the West business debit card enrollment form listing Darrick Angelone as an authorized cardholder | | |
| 514. | Management Report prepared for Hyper Engine, for year ending in December 31, 2020 | | |
| 515. | Management Report prepared for Hyper Engine, for year ending in December 31, 2021 | | |
| 516. | 8/21/2016 email between Darrick, Deon, and Roxanne regarding invoices for marketing services and formation of a marketing company. | | |
| 517. | 8/22/2021 email from Roxanne Taylor to Darrick Angelone requesting assistance with logging in to her Instagram account. | | |

**JOINT EXHIBIT LIST**

Dated:  January 14, 2026            LAW OFFICES OF JT FOX, APC


                                    By: _/s/ J.T. Fox_____
                                        J.T. FOX
                                        JUSTIN KIAN
                                        Attorneys for Defendants DARRICK
                                        ANGELONE, AONE CREATIVE,
                                        LLC and ON CHAIN
                                        INNOVATIONS, LLC

Dated:  January 14, 2026            KRAMER, DEBOER & KEANE


                                    By:/s/ Sandra Calin_____
                                        SANDRA CALIN
                                        Attorneys for Defendants DARRICK
                                        ANGELONE, AONE CREATIVE,
                                        LLC and ON CHAIN
                                        INNOVATIONS, LLC


Dated: January 14, 2026             NEWELL LAW GROUP PC


                                    By:_____
                                        FELTON T. NEWELL
                                        CHRISTINE SAID
                                        Attorneys for Plaintiffs and Counter-
                                        Claim Defendants HIDDEN EMPIRE
                                        HOLDINGS, LLC; HYPER ENGINE,
                                        LLC and DEON TAYLOR; and Third-
                                        Party Defendant ROXANNE TAYLOR