# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 22-6515-MWF (AGRx) |
| Title: | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. |

Date: January 16, 2026

**Present: The Honorable**   Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell, Sabrina Narain | JT Fox, Sandra Calin |

_____ Day Court Trial    __3rd__ Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    _X_ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_✓_ Witnesses called, sworn and testified.    _✓_ Exhibits Identified    _✓_ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_✓_ Case continued to    January 20, 2026 at 8:15 a.m.    for further trial/further jury deliberation.

_____ Other:

4 : 30

Initials of Deputy Clerk    rs

cc: