# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV 22-6515-MWF (AGRx) | | Date | January 21, 2026 |
|---|---|---|---|---|
| Title: | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. | | | |

**Present: The Honorable** Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell, Sabrina Narain | JT Fox, Sandra Calin |

_____ Day Court Trial    5th Day Jury Trial

____ One day trial: ____ Begun (1st day); __X__ Held & Continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

_✓_ Witnesses called, sworn and testified.    _✓_ Exhibits Identified    _✓_ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for _____    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by _____ is ____ granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted.    ____ denied.    ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

_✓_ Case continued to    January 22, 2026 at 8:15 a.m.    for further trial/further jury deliberation.

____ Other:

|  | 5 | : | 40 |
|---|---|---|---|
| Initials of Deputy Clerk | | rs | |

cc: