# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 22-6515-MWF (AGRx) |
| Title: | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. |

Date: January 26, 2026

Present: The Honorable    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell, Sabrina Narain | JT Fox, Sandra Calin |

_____ Day Court Trial    **6**th    Day Jury Trial

___ One day trial;  ___ Begun (1st day);  **X** Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.  ___ Exhibits Identified  ___ Exhibits admitted.

___ Plaintiff(s) rest.  ___ Defendant(s) rest.

___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.

___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.

___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.

___ Jury polled.  ___ Polling waived.

___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.

___ Judgment by Court for _____  ___ plaintiff(s)  ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).

___ Case submitted.  ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Motion for mistrial by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is  ___ granted.  ___ denied.  ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    January 27, 2026 at 8:15 a.m.    for further trial/further jury deliberation.

✓ Other: Jury not present today.  Court and counsel discuss jury instructions and verdict form.

1 : 20

Initials of Deputy Clerk    rs

cc: