# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 22-6515-MWF (AGRx) |
| | Date: January 27, 2026 |
| Title: | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. |

Present: The Honorable   Michael W. Fitzgerald, United States District Judge

| Gabriela Garcia/Jessica Cortes | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell, Sabrina Narain | JT Fox, Sandra Calin |

_____ Day Court Trial   **7th** Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to   January 28, 2026 at 8:15 a.m.   for further trial/further jury deliberation.

_____ Other: _____

|  | 5 | : | 24 |
|---|---|---|---|

Initials of Deputy Clerk   gga/jc

cc: