UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CORRECTED** CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | LA CV22-06515 MWF (AGR) | Date | January 30, 2026 |
| Title: | Hidden Empire Holdings, LLC et al v. Darrick Angelone et al. | | |

Present: The Honorable **Michael W. Fitzgerald**

| Daniel Torrez | Court Smart a.m./ Terri Hourigan p.m. |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell | Sandra Calin; Justin Kian JT Fox |

____ Day Court Trial      10th Day Jury Trial

____ One day trial:   ____ Begun (1st day);   X  Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   Briefs to be filed by ____
____ Motion to dismiss by ____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by ____ is ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   February 2, 2026 at 8:30 a.m.   for further trial/further jury deliberation.
____ Other:

                                                                                 3  :  17
                                         Initials of Deputy Clerk    DT

cc: