# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 22-6515-MWF (AGRx) |
| Title: | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. |

Date: February 2, 2026

Present: The Honorable    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell, Sabrina Narain | JT Fox, Sandra Calin |

_____ Day Court Trial     __11th__ Day Jury Trial

_____ One day trial:     _____ Begun (1st day);     _X_ Held & Continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.     _____ Exhibits Identified     _____ Exhibits admitted.

_____ Plaintiff(s) rest.     _____ Defendant(s) rest.

_____ Closing arguments made by     _____ plaintiff(s)     _____ defendant(s).     _____ Court instructs jury.

_____ Bailiff(s) sworn.     _____ Jury retires to deliberate.     _✓_ Jury resumes deliberations.

_____ Jury Verdict in favor of     _____ plaintiff(s)     _____ defendant(s) is read and filed.

_____ Jury polled.     _____ Polling waived.

_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.

_____ Judgment by Court for _____     _____ plaintiff(s)     _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by     _____ plaintiff(s)     _____ defendant(s).

_____ Case submitted.     _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is     _____ granted.     _____ denied.     _____ submitted.

_____ Motion for mistrial by _____ is     _____ granted.     _____ denied.     _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is     _____ granted.     _____ denied.     _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_✓_ Case continued to     February 3, 2026 at 8:30 a.m.     for further trial/further jury deliberation.

_✓_ Other: Note 2 received from the jury.

6 : 30

Initials of Deputy Clerk     rs

cc: