# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 22-6515-MWF (AGRx) |
| Title: | Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al. |

**Date** February 3, 2026

**Present: The Honorable** Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Felton T. Newell, Sabrina Narain | JT Fox, Sandra Calin |

_____ Day Court Trial    __12th__ Day Jury Trial

_____ One day trial: _____ Begun (1st day); _____ Held & Continued; __X__ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    ✓ Jury resumes deliberations.

✓ Jury Verdict in favor of    ✓ plaintiff(s)    ✓ defendant(s) is read and filed.

_____ Jury polled.    ✓ Polling waived.

✓ Filed Witness & Exhibit Lists    ✓ Filed jury notes.    ✓ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

✓ Other: Note 2 addressed with Court and jury. Notes 3, 4, and 5 received from jury.

*Phase II for damages was held. Jury deliberations held.*
*Court instructs for phase II.*

__9__ : __00__

Initials of Deputy Clerk    __rs__

cc: