FILED
CLERK, U.S. DISTRICT COURT
FEB - 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

**Hidden Empire Holdings, LLC et al,**

**Plaintiff,**

**v.**

**Darrick Angelone et al.,**

**Defendant.**

**Case No.: LA 22CV06515 MWF (AGRx)**

**CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY**

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): Felton Newell

Counsel for Plaintiffs(s) (Signature): [signature]

Date: 01/30/26

Counsel for Defendant(s) (Printed Name): SANDRA CALIN

Counsel for Defendant(s) (Signature): [signature]

Date: 1/30/26