ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

FEB - 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Date: _1/30/2026_                    Time: _2:12 pm_

Case Name: *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*
Case Number: CV 22-6515-MWF(AGRx)

### JURY NOTE NO. ____1____

[ ]   The Jury has reached a unanimous verdict.

[X]   The Jury requests the following:

We have a question about #1 in Instruction 18. Do we need to define what "ownership" of the Google workspace means? Does Google own the workspace as distinct from the data "in" the workspace? Does a manager who holds access to the workspace, the workspace account is in their name, "own" the workspace as distinct from the data in the workspace? Can the workspace itself be determined to be "personal property" of user as distinct from the content/data in the workspace? We need guidance about the difference between "personal property" the "workspace" or what is "in" the workspace.

_1/30/2026_
Date

Signature of Foreperson of the Jury