ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 2-2-26                               Time: 2:38 pm

Case Name: *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*
Case Number: CV 22-6515-MWF(AGRx)

**JURY NOTE NO.** 2

FILED
CLERK, U.S. DISTRICT COURT
02/03/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

[ ] The Jury has reached a unanimous verdict.

[X] The Jury requests the following:

We need guidance on the instruction, "you must not speculate or guess in awarding damages, but the party asserting the claim does not ~~need~~ have to prove the exact amount of damages." The only evidence we know of is Deon Taylor's estimate of losses. We have no documentation illustrating losses or potential losses. We need guidance in this area as to how we can make this determination.

2-2-26
Date

[signature redacted]
Signature of Foreperson of the Jury