

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 2-3-2026    Time: 11:58 am

Case Name: *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*
Case Number: CV 22-6515-MWF(AGRx)

## JURY NOTE NO. 3

[X] The Jury has reached a unanimous verdict.

[ ] The Jury requests the following:

_____

2-3-2026
Date

Signature of Foreperson of the Jury