**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Date: __2-3-2026__   Time: __3:52 pm__

Case Name: *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*
Case Number: CV 22-6515-MWF(AGRx)

**JURY NOTE NO.** __4__

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

We are deadlocked

__2-3-2026__
Date

Signature of Foreperson of the Jury