# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 2-3-2026             Time: 4:31 pm

Case Name: *Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.*
Case Number: CV 22-6515-MWF(AGRx)

**JURY NOTE NO.** 5

FILED
CLERK, U.S. DISTRICT COURT
FEB 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

[ ] The Jury has reached a unanimous verdict.

[X] The Jury requests the following:

We are 100% Deadlocked

2-3-2026
Date

[signature redacted]
Signature of Foreperson of the Jury