FILED
CLERK, U.S. DISTRICT COURT
FEB 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, a Delaware limited liability company; HYPER ENGINE, LLC, a Califoirnia limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:22-cv-06515-MWF(AGRx)<br><br>Judge Michael W. Fitzgerald<br><br>**VERDICT FORM FOR PLAINTIFFS' CLAIMS** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

## SECTION A: LIABILITY FOR CLAIMS

*As used in this Verdict Form, "Plaintiffs" refers to Deon Taylor, Hidden Empire Holdings, LLC, and Hyper Engine, LLC.*

**QUESTION NO. 1:**

Did the predecessor company to Hidden Empire assign its respective rights to Hidden Empire? (Instruction No. 16).

YES  X        NO ____

*If you answered YES, please answer Question No. 2. If you answered NO, please answer Question No. 3.*

**QUESTION NO. 2:**

Did Plaintiffs prove their claim for breach of contract? (Instruction No. 15).

YES ____        NO  X

*Please answer Question No. 3.*

**QUESTION NO. 3:**

Did Plaintiffs prove their claim for computer access and fraud? (Instruction No. 17).

YES  X        NO ____

*Please answer Question No. 4.*

**QUESTION NO. 4:**

Did Plaintiffs prove their claim for conversion? (Instruction No. 18).

YES _X_          NO _____

*Please answer Question No. 5.*

**QUESTION NO. 5:**

Did Plaintiffs prove their claim for copyright infringement? (Instruction No. 19).

YES _____          NO _X_

*If you answered YES to **any** of Question Nos. 2, 3, 4, or 5, please move to Section B: Damages for Claims.*

*If you answered NO or were instructed not to enter an answer as to **all** of Question Nos. 1, 2, 3, 4, **and** 5, please sign and return this verdict form.*

### SECTION B: DAMAGES FOR CLAIMS

*If you answered YES to any of Question Nos. 2, 3, or 4, please answer Question No. 6.*

-3-

**QUESTION NO. 6:**

What amount of compensatory damages do you award Plaintiffs for their breach of contract, computer fraud, and/or conversion claims? (Instruction Nos. 34, 35, 36).

$ 3,700,000

*If you answered YES to Question No. 3, please answer Question No. 7.*

**QUESTION NO. 7:**

Did Plaintiffs prove by clear and convincing evidence that they are entitled to punitive damages for their computer fraud claim? (Instruction No. 41).

YES _X_    NO _____

*If you answered YES to Question No. 5, please answer Question No. 8.*

**QUESTION NO. 8:**  N

What amount of statutory damages do you award Plaintiffs for their copyright infringement claim? (Instruction Nos. 38, 39).

$ _____

*Please sign and return this verdict form.*

Dated: 2/3/2026        Signed: ████████████████
                                    Foreperson

-4-