# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, a Delaware limited liability company; HYPER ENGINE, LLC, a Califoirnia limited liability company; DEON TAYLOR, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>          Defendants. | Case No. 2:22-cv-06515-MWF(AGRx)<br><br>Judge Michael W. Fitzgerald<br><br>**VERDICT FORM FOR COUNTERCLAIMS** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

## SECTION A: LIABILITY FOR CLAIMS

*As used in this Verdict Form, "Counterclaimants" refers to Darrick Angelone, AOne Creative, LLC, and On Chain Innovations, LLC.*

**QUESTION NO. 1:**

Did Counterclaimants prove their claim for breach of contract? (Instruction No. 25).

YES  X             NO _____

*If you answered YES, please answer Question No. 3. If you answered NO, please answer Question No. 2.*

**QUESTION NO. 2:**  N/A

Did Counterclaimants prove their claim for unjust enrichment? (Instruction No. No. 27).

YES _____             NO _____

*Please answer Question No. 3.*

**QUESTION NO. 3:**

Did Counterclaimants prove their claim for breach of fiduciary duty? (Instruction No. 28).

YES  X             NO _____

Please answer Question No. 4.

**QUESTION NO. 4:**

Did Counterclaimants prove their claim for false promise? (Instruction No. 29).

YES __X__    NO _____

*If you answered YES to **any** Question Nos. 1, 2, 3, **or** 4, please move to Section B: Damages for Counterclaims.*

*If you answered NO to **all** Question Nos. 1, 2, 3 **and** 4, please sign and date this Verdict Form.*

## SECTION B: DAMAGES FOR COUNTERCLAIMS

*If you answered YES to any of Question Nos. 1, 2, 3, or 4, please answer Question No. 5.*

**QUESTION NO. 5:**

What amount of compensatory damages do you award Counterclaimants for their breach of contract, unjust enrichment, breach of fiduciary duty, or false promise claims? (Instruction Nos. 27, 34, 40).

$ __121,000__

*If you answered YES to Question No. 3, please answer Question No. 6.*

**QUESTION NO. 6:**

Did Counterclaimants prove by clear and convincing evidence that they are entitled to punitive damages for their breach of fiduciary duty claim? (Instruction No. 41).

YES __X__          NO _____

*Please sign and return this verdict form.*

Dated: __2/3/2026__          Signed: ███████████████

                                                                                       Foreperson