# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DARRICK ANGELONE, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-6515-MWF(AGRx)<br><br>ORDER GRANTING JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE |

The Court has considered the parties' Joint Stipulation Regarding Post-Trial Briefing Schedule (the "Stipulation"). (Docket No. 279). For good cause shown, the Stipulation is GRANTED. The schedule for the parties' post-trial motions shall be as follows:

- All post-trial motions shall be filed no later than March 16, 2026, and noticed for hearing on April 13, 2026, at 10:00 a.m.
- Oppositions shall be filed no later than March 30, 2026.
- Replies shall be filed no later than April 6, 2026.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge