J.T. Fox, Esq., SBN 195063
LAW OFFICES OF JT FOX, APC
556 S. Fair Oaks Ave., Suite 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax
Email: jt@jtfoxlaw.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONEE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company,<br><br>Defendants.<br><br>DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company<br><br>Counterclaimants, | Case No. 2:22-cv-06515-MWF-AGR<br><br>Assigned to the Honorable: Michael W. Fitzgerald<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFEDANTS' REPLY TO DEFENDANTS' MOTION FOR LACK OF STANDING, CAPACITY AND VACATUR OF VERDICT**<br><br>**[Concurrently Filed with Defendants' Reply to Motion for Lack of Standing, Capacity, and Vacatur of Verdict]**<br><br>Hearing Date: June 1, 2026<br>Time: 10:00 a.m.<br>Ctrm: 5a |

-1-

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPERENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual,

Counterclaim Defendants,

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

Third-Party Plaintiffs

v.

ROXANNE TAYLOR, an individual, Third-Party Defendant

Defendants and Counterclaimants Darrick Angelone, AOne Creative, LLC and On Chain Innovations, LLC ("Defendants"), respectfully request pursuant to Federal Rules of Evidence that the Court take judicial notice of the documents set forth below.

This Court may take judicial notice of a fact "not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

-2-

This Court may also take Judicial Notice of Documents Filed in Federal District Courts.  "[T]he Court may take judicial notice of matters of public record." Moore v. Navarro, 2004 WL 783104, at *2 (N.D. Cal. Mar. 31, 2004). Such "matters of public record" include documents filed in federal district courts. See MGIC Indem. Corp. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986) (taking judicial notice of a motion to dismiss filed in a separate, prior matter); Ray v. Lara, 31 F.4th 692, 702 n.4 (9th Cir. 2022) ("We may take judicial notice of district court records.").

Accordingly, Defendants respectfully request that the Court take judicial notice of the following documents:

**STATE GOVERNMENT DOCUMENTS**

- **RJN Ex. A** — California Franchise Tax Board Entity Status Letter for Hyper Engine, LLC and California Secretary of State Entity Status Report from California Secretary of State website (showing California Franchise Tax Board suspension effective May 1, 2025, inactive through trial and verdict).

- **RJN Ex. B** — California Franchise Tax Board Entity Status Letter for Hidden Empire Film Group, LLC (predecessor) and California Secretary of State Entity Status Report from California Secretary of State website (showing California Franchise Tax Board suspension since September 1, 2015).

**DOCKET FILINGS (cited by Doc. number)**

**Doc. 281** — Defendants Motion for Lack of Standing, Capacity and Vacatur of Verdict.

- **Doc. 264** — Jury Note Number 1.

- **Doc. 280** — Court's Ordered Briefing Schedule.

- **Doc. 289** — Plaintiffs' Opposition to Defendants' Motion for Lack of Standing, Capacity and Vacatur of Verdict.

- **Doc. 274** — Verdict Form (Plaintiffs) (filed February 3, 2026). Key cites: PageID 7656–57 (liability findings — conversion/computer fraud found, breach of contract/copyright rejected); PageID 7658 (Question 6, lump-sum $3,700,000 damages; Question 7, punitive-damages predicate). Referenced at ¶¶113, 114, 115, 129.

**TRIAL EXHIBITS**

- **Trial Ex. 8** — Packet of invoices billed to AONE as the customer.

- **Trial Exs. 151** — Google Workspace billing/setup records showing AOne as the account holder/customer. Referenced at ¶174 and Timeline Table (Oct. 2017 row).

Respectfully submitted.

Dated: April 6, 2026                LAW OFFICES OF JT FOX, APC

                                              By: _/s/ J.T. Fox_____
                                                     J.T. FOX
                                                     Attorneys for Defendants DARRICK
                                                     ANGELONE, AONE CREATIVE, LLC and
                                                     ON CHAIN INNOVATIONS, LLC

# EXHIBIT "A"

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
PO BOX 942857
SACRAMENTO CA 94257-0540

## Entity Status Letter

Date:

ESL ID:

### Why You Received This Letter

According to our records, the following entity information is true and accurate as of the date of this letter.

Entity ID:

Entity Name:

1.  The entity is in good standing with the Franchise Tax Board.

2.  The entity is **not** in good standing with the Franchise Tax Board.

3.  The entity is currently exempt from tax under Revenue and Taxation Code (R&TC) Section 23701

4.  We do not have current information about the entity.

5.  The entity was administratively dissolved/cancelled on                through the Franchise Tax Board Administrative Dissolution process.

### Important Information

*   This information does not necessarily reflect the entity's current legal or administrative status with any other agency of the state of California or other governmental agency or body.
*   If the entity's powers, rights, and privileges were suspended or forfeited at any time in the past, or if the entity did business in California at a time when it was not qualified or not registered to do business in California, this information does not reflect the status or voidability of contracts made by the entity in California during the period the entity was suspended or forfeited (R&TC Sections 23304.1, 23304.5, 23305a, 23305.1).
*   The entity certificate of revivor may have a time limitation or may limit the functions the revived entity can perform, or both (R&TC Section 23305b).

### Connect With Us

Web:           **ftb.ca.gov**
Phone:         800-852-5711 from 7 a.m. to 5 p.m. weekdays, except state holidays
               916-845-6500 from outside the United States

California
Relay Service:   711 or 800-735-2929 (For persons with hearing or speech impairments)

FTB 4263A WEB (REV 12-2019)                    *EXHIBIT "A"*



**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | 03/01/2018 |
| *Status* | **Suspended - FTB** |
| *Standing - SOS* | **Good** |
| *Standing - FTB* | **Not Good** |
| *Standing - Agent* | **Good** |
| *Standing - VCFCF* | **Good** |
| *Inactive Date* | **05/01/2025** |
| *Formed In* | **CALIFORNIA** |
| *Entity Type* | **Limited Liability Company - CA** |
| *Principal Address* | **1657 12TH ST SANTA MONICA, CA 90404** |
| *Mailing Address* | **8088 SHELBORNE DRIVE GRANITE BAY,CA95746** |
| ❗ *Statement of Info Due Date* | **03/31/2026** |
| *Agent* | **Individual VELMA SYKES 8088 SHELBOURNE DRIVE GRANITE BAY, CA  95746** |



**View History**



**Request Access**

# History

Expand All

## System Amendment - FTB Suspended  - 5/1/2025

| | Field Name | Changed From | Changed To |
|---|---|---|---|
| Amendment Type | Filing Status | Active | Suspended - FTB |
| System Amendment - FTB Suspended | FTB - Standing | Good | Not Good |
| Control ID | | | |
| BA20250896834 | | | |
| Date | | | |
| 5/1/2025 | | | |

## Statement of Information  - 6/5/2024

## Statement of Information  - 2/10/2022

## System Amendment - FTB Revivor  - 9/20/2019

## System Amendment - FTB Suspended  - 9/3/2019

Amendment Type
**System Amendment - FTB Suspended**

Control ID
**LBA40140351**

Date
**9/3/2019**

## System Amendment - Penalty Certification - SI  - 9/7/2018

## System Amendment - SI Delinquency for the year of 0  - 6/7/2018

## Initial Filing  - 3/1/2018

# EXHIBIT "B"

# HIDDEN EMPIRE FILM GROUP LLC
## (201122701196)



**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | **08/03/2011** |
| *Status* | **Suspended - FTB** |
| *Standing - SOS* | **Good** |
| *Standing - FTB* | **Not Good** |
| *Standing - Agent* | **Good** |
| *Standing - VCFCF* | **Good** |
| *Inactive Date* | **09/01/2015** |
| *Formed In* | **CALIFORNIA** |
| *Entity Type* | **Limited Liability Company - CA** |
| *Principal Address* | **1657 12TH STREET SANTA MONICA, CA 90404** |
| *Mailing Address* | **8088 SHELBORNE DRIVE GRANITE BAY,CA95746** |
| *Statement of Info Due Date* | **08/31/2025** |
| *Agent* | **Individual VELMA SYKES 8088 SHELBORNE DRIVE GRANITE BAY, CA 95746** |



**View History**



**Request Access**

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
PO BOX 942857
SACRAMENTO CA 94257-0540

## Entity Status Letter

Date:

ESL ID:

### Why You Received This Letter

According to our records, the following entity information is true and accurate as of the date of this letter.

Entity ID:

Entity Name:

1.  The entity is in good standing with the Franchise Tax Board.

2.  The entity is **not** in good standing with the Franchise Tax Board.

3.  The entity is currently exempt from tax under Revenue and Taxation Code (R&TC) Section 23701

4.  We do not have current information about the entity.

5.  The entity was administratively dissolved/cancelled on                    through the Franchise Tax Board Administrative Dissolution process.

### Important Information

- This information does not necessarily reflect the entity's current legal or administrative status with any other agency of the state of California or other governmental agency or body.
- If the entity's powers, rights, and privileges were suspended or forfeited at any time in the past, or if the entity did business in California at a time when it was not qualified or not registered to do business in California, this information does not reflect the status or voidability of contracts made by the entity in California during the period the entity was suspended or forfeited (R&TC Sections 23304.1, 23304.5, 23305a, 23305.1).
- The entity certificate of revivor may have a time limitation or may limit the functions the revived entity can perform, or both (R&TC Section 23305b).

### Connect With Us

Web:        **ftb.ca.gov**
Phone:      800-852-5711 from 7 a.m. to 5 p.m. weekdays, except state holidays
            916-845-6500 from outside the United States

California
Relay Service:   711 or 800-735-2929 (For persons with hearing or speech impairments)

FTB 4263A WEB (REV 12-2019)                    *EXHIBIT "B"*



**Expand All**

### Statement of Information  - *10/6/2023*

### Statement of Information  - *9/14/2022*

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Statement of Information** | Principal Address 1 | 8060 SHELBORNE DRIVE | 8088 SHELBORNE DRIVE |
| Control ID | Annual Report Due Date | 8/31/2019 12:00:00 AM | 8/31/2023 12:00:00 AM |
| **BA20220840622** | Labor Judgement | | N |
| Date | CRA Changed | CHRIS FRY | VELMA SYKES |
| **9/14/2022** | | 980 9TH STREET, 16TH FLOOR | 8088 SHELBORNE DRIVE |
| Image Download | | SACRAMENTO, CA 95814 | GRANITE BAY, CA 95746 |
| ⬇ **Download** | | | |

### System Amendment - FTB Suspended  - *9/1/2015*

Amendment Type
**System Amendment - FTB Suspended**

Control ID
**LBA40254120**

Date
**9/1/2015**

### Initial Filing  - *8/3/2011*

Amendment Type
**Initial Filing**

Control ID
**201122710196**

Date
**8/3/2011**

Image Download
⬇ **Download**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action.  I am an employee of the Law Offices of J.T. Fox, APC, and my business address is 556 S. Fair Oaks, No. 444, Pasadena, CA 91105.

On April 6, 2026, I served a true and correct copy of **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFEDANTS' REPLY TO DEFENDANTS' MOTION FOR LACK OF STANDING, CAPACITY AND VACATUR OF VERDICT** on the parties involved as stated below and addressed as follows:

FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

SABRINA NARAIN (State Bar #299471)
sabrina.narain@nm-llp.com
NARAIN MACLEAR LLP
300 S. Grand Street, Suite 3950
Los Angeles, CA 90071
Telephone (213) 612-3773

Attorneys for Plaintiffs and Counterclaim Defendants **HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC,** and **DEON TAYLOR;** and Third-Party Defendant **ROXANNE TAYLOR**

(X) BY E-MAIL transmission: I caused the aforementioned listed document to be emailed to the above parties on the date set forth above from the following email address: jt@jtfoxlaw.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2026 at Pasadena, California.

*s/J.T. Fox*

------------------------------
J.T. FOX, DECLARANT

-5-