J.T. Fox, Esq., SBN 195063
LAW OFFICES OF JT FOX, APC
556 S. Fair Oaks Ave., Suite 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax

Attorney for Defendants,
DARRICK ANGELONE, AONE CREATIVE LLC, formerly known as AONE
ENTERTAINMENT LLC and ON CHAIN INNOVATIONS LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company; DEON TAYLOR, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; and ON CHAIN INNOVATIONS LLC, a Florida limited liability company, <br><br> Defendants. | Case No. 2:22-cv-06515-MWF-AGR <br><br> Assigned to the Honorable: Michael W. Fitzgerald <br><br> **DEFENDANTS' NOTICE OF ERRATA RE:  (1) MOTION FOR LACK OF STANDING, CAPACITY AND VACATUR OF VERDICT (DKT. 281); AND  (2) REPLY IN SUPPORT THEREOF (DKT. 295)** |
| DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company | |

-1-

Counterclaimants,

HIDDEN EMPIRE HOLDINGS, LLC; a Delaware limited liability company; HYPER ENGINE, LLC; a California limited liability company, DEON TAYLOR, an individual,

Counterclaim Defendants,

DARRICK ANGELONE, an individual; AONE CREATIVE LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; ON CHAIN INNOVATIONS LLC, a Florida limited liability company,

Third-Party Plaintiffs

v.

ROXANNE TAYLOR, an individual, Third-Party Defendant

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants and Counterclaimants Darrick Angelone, AOne Creative LLC, and On Chain Innovations LLC (collectively, "Defendants") hereby submit this Notice of Errata to correct citations to *Sunkist Growers, Inc. v. Winckler & Smith Citrus Products Co.*, 370 U.S. 19 (1962), that appear in two previously filed submissions:

(1) Defendants' Motion for Lack of Standing, Capacity and Vacatur of Verdict (Dkt. 281), filed March 16, 2026; and

(2) Defendants' Reply in Support of Motion for Lack of Standing, Capacity and Vacatur of Verdict (Dkt. 295), filed April 6, 2026.

The corrections relate solely to volume and pin-cite references for *Sunkist Growers*. No substantive argument, factual assertion, or requested relief in either filing is altered by this Notice.

## I. Corrections to Defendants' Motion (Dkt. 281)

1. **Page 15** — In the sentence beginning "surgically excised. The Court cannot determine what portion of $3,700,000 the jury attributed to any individual plaintiff or any particular theory …":

> *As filed:* "See *Sunkist Growers, Inc. v. Winckler & Smith Citrus Prods. Co.*, 370 U.S. 19, **25–26** (1962);"

> *Corrected:* "See *Sunkist Growers, Inc. v. Winckler & Smith Citrus Prods. Co.*, 370 U.S. 19, **29–30** (1962);"

2. **Page 29** — In the sentence beginning "theories are submitted and the jury returns an undifferentiated award …":

> *As filed:* "See *Sunkist Growers*, 370 U.S. at **25–26**;"

> *Corrected:* "See *Sunkist Growers*, 370 U.S. at **29–30**;"

## II. Corrections to Defendants' Reply in Support of the Motion (Dkt. 295)

1. In the paragraph beginning "Plaintiffs' suggestion that it would be 'unjust' to vacate a verdict because the verdict form did not distinguish between the plaintiffs …":

**DEFENDANTS' NOTICE OF ERRATA**

*As filed:* "The Seventh Amendment and *Sunkist Growers, Inc. v. Winckler & Smith Citrus Products Co.*, **370 U.S. 227, 235** (1962), foreclose judicial speculation about which plaintiff the jury intended to benefit with which portion of the award."

*Corrected:* "The Seventh Amendment and *Sunkist Growers, Inc. v. Winckler & Smith Citrus Products Co.*, **370 U.S. 19, 29–30** (1962), foreclose judicial speculation about which plaintiff the jury intended to benefit with which portion of the award."

   **2.**   In the paragraph beginning "The combined nature of the verdict makes it impossible to salvage one theory while setting aside another …":

*As filed:* "*Sunkist Growers*, **370 U.S. at 235**."

*Corrected:* "*Sunkist Growers*, **370 U.S. at 29–30**."

Dated: May 6, 2026                    LAW OFFICES OF JT FOX, APC

                                      /s/ J.T. Fox

                                      By: _____

                                      J.T. Fox, Esq.
                                      Attorney for Defendants and
                                      Counterclaimants

-4-

## **PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action.  I am an employee of the Law Offices of J.T. Fox, APC, and my business address is 556 S. Fair Oaks, No. 444, Pasadena, CA  91105.

On May 6, 2026, I served a true and correct copy of **DEFENDANTS' NOTICE OF ERRATA RE: (1) MOTION FOR LACK OF STANDING, CAPACITY AND VACATUR OF VERDICT (DKT. 281); AND (2) REPLY IN SUPPORT THEREOF (DKT. 295)** on the parties involved as stated below and addressed as follows:

FELTON T. NEWELL (State Bar #201078)
felton@newellpc.com
NEWELL LAW GROUP PC
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9663

SABRINA NARAIN (State Bar #299471)
sabrina.narain@nm-llp.com
NARAIN MACLEAR LLP
300 S. Grand Street, Suite 3950
Los Angeles, CA 90071
Telephone (213) 612-3773

Attorneys for Plaintiffs and Counterclaim Defendants **HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC,** and **DEON TAYLOR;** and Third-Party Defendant **ROXANNE TAYLOR**

(X) BY E-MAIL transmission: I caused the aforementioned listed document to be emailed to the above parties on the date set forth above from my business email address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2026 at Pasadena, California.


*/s/ J.T. Fox*

--------------------------------
J.T. FOX, DECLARANT

DEFENDANTS' NOTICE OF ERRATA