UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 22-6515-MWF(AGRx)**              **Date:  June 29, 2026**

Title:      Hidden Empire Holdings, LLC, et al. v. Darrick Angelone, et al.

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                          Court Reporter:
Rita Sanchez                           Not Reported

Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
None Present                           None Present

**Proceedings (In Chambers):**        ORDER RE: PUNITIVE DAMAGES

At trial, the jury found that both Plaintiffs and Counterclaimants proved by clear and convincing evidence that they were entitled to punitive damages. (*See* Verdict Form for Plaintiffs' Claims (Docket No. 275) at 4; Verdict Form for Counterclaims (Docket No. 277) at 4). The jury then deadlocked on the amount of punitive damages as to both parties. (Jury Note No. 5 (Docket No. 273)).

At the conclusion of trial, the Court instructed the parties to discuss the remaining issues and present them to the Court, and the parties then filed a stipulation requesting briefing to address various issues. (*See* Docket Nos. 279, 280). The parties did not, however, address how to proceed as to the unresolved amount of punitive damages.

The Court therefore **ORDERS** the parties to confer as to how they wish to proceed on this issue and submit a joint report to the Court by **July 22, 2026.**

IT IS SO ORDERED.