J.T. Fox, Esq. (SBN 195063)
**LAW OFFICES OF JT FOX & ASSOCIATES, APC**
556 S. Fair Oaks Ave., No. 444
Pasadena, California 91105
Telephone: (888) 750-5530
Fax: (888) 750-5530
Email: jt@jtfoxlaw.com

Attorney for Defendants and Counterclaimants,
DARRICK ANGELONE, AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN EMPIRE HOLDINGS, LLC, a Delaware limited liability company; HYPER ENGINE, LLC, a California limited liability company; DEON TAYLOR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DARRICK ANGELONE, an individual; AONE CREATIVE, LLC, formerly known as AONE ENTERTAINMENT LLC, a Florida limited liability company; AND DOES 1-100, <br><br> Defendants. <br> _____ <br><br> AND RELATED CROSS-ACTIONS | Case No. 2:22-CV-06515-MWF-AGR <br><br> **JOINT REPORT RE: PUNITIVE DAMAGES PORTION OF CASE** <br><br> Due Date: July 22, 2026 <br> Courtroom: 5A <br> Judge: Michael W. Fitzgerald |

\\\

-1-
JOINT REPORT RE PUNITIVE DAMAGES PORTION OF CASE

**TO THE HONORABLE COURT:**

Plaintiffs HIDDEN EMPIRE HOLDINGS, LLC, HYPER ENGINE, LLC, and DEON TAYLOR, (collectively, "Plaintiffs"), and Defendants DARRICK ANGELONE, AONE CREATIVE, LLC, and ON CHAIN INNOVATIONS, LLC (collectively, "Defendants") hereby submit this Joint Report in regard to how the parties desire to move forward with the punitive damages issues in the case pursuant to this Court's Order dated June 29, 2026.  The Court ordered the parties to prepare and file a Joint Report no later than July 22, 2026.

**MEET AND CONFER**

Counsels for the parties have diligently met and conferred in regard to the punitive damages issues now before the Court.

**PLAINTIFFS' POSITION**

Plaintiffs deem the jury's inability to reach a unanimous verdict as a mistrial with respect to the punitive damages phase.  Plaintiffs contend it would be a waste of resources to have a second trial solely on the issue of punitive damages and that a second jury would likely also have difficulty reaching a unanimous verdict given the facts in this case.

**DEFENDANTS' POSITION**

On the other hand, Defendants desire to have this Court deem a mistrial as to the issue of punitive damages, keep the compensatory damage awards intact, and then retry the punitive damages phase with a new jury trial.  (Per Rule 59 of the Federal Rules of Civil Procedure and the 7th Amendment).

Respectfully submitted.

\\\

\\\

\\\

-2-
**JOINT REPORT RE PUNITIVE DAMAGES PORTION OF CASE**

\\\

\\\

Dated: July 22, 2026                    **LAW OFFICES OF JT FOX &**

**ASSOCIATES, APC**


By:   /s/ J.T. Fox
      J.T. Fox, Esq.
      Attorneys for Defendants,
      *Darrick Angelone, AONE*
      *Creative, LLC, and On Chain*
      *Innovations, LLC*


Dated: July 22, 2026                    **NEWELL LAW GROUP PC**


*/s/ Felton Newell*

By: ____/s/ Felton T. Newell_____
    Felton T. Newell, Esq
    Attorneys for *Hidden Empire*
    *Holdings, LLC, Hyper Engine,*
    *LLC, Deon Taylor, And Roxanne*
    *Taylor*

**JOINT REPORT RE PUNITIVE DAMAGES PORTION OF CASE**